**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF OHIO

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this an amended filing

# Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy          12/17

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
|---|---|

|  |  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| **1.** | **Your full name** <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | Richard <br> First name <br><br> M <br> Middle name <br><br> Osborne <br> Last name and Suffix (Sr., Jr., II, III) | First name <br><br> Middle name <br><br> Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years** <br><br> Include your married or maiden names. |  |  |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-1807 |  |

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ■ I have not used any business name or EINs.<br><br>Business name(s)<br><br>EINs | ☐ I have not used any business name or EINs.<br><br>Business name(s)<br><br>EINs |
| **5. Where you live** | **7265 Markell Road**<br>**Waite Hill, OH 44094**<br>Number, Street, City, State & ZIP Code<br><br>**Lake**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code | If Debtor 2 lives at a different address:<br><br>Number, Street, City, State & ZIP Code<br><br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) |

17-17361-aih    Doc 1    FILED 12/17/17    ENTERED 12/17/17 11:44:57    Page 2 of 47

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

**8.** **How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No

☐ Yes.

| Debtor | _____ | | Relationship to you | _____ |
|---|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |
| Debtor | _____ | | Relationship to you | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

**11.** **Do you rent your residence?**

■ No.    Go to line 12.

☐ Yes.    Has your landlord obtained an eviction judgment against you?

      ☐ No. Go to line 12.

      ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12.** **Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ **No.**    Go to Part 4.

☐ **Yes.**    Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐    Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐    Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐    Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐    Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐    None of the above

**13.** **Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

☐ **No.**    I am not filing under Chapter 11.

■ **No.**    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ **Yes.**    I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14.** **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ **No.**

☐ **Yes.**    What is the hazard?    _____

If immediate attention is
needed, why is it needed?    _____

Where is the property?    _____
_____
Number, Street, City, State & Zip Code

17-17361-aih    Doc 1    FILED 12/17/17    ENTERED 12/17/17 11:44:57    Page 4 of 47

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

17-17361-aih    Doc 1    FILED 12/17/17    ENTERED 12/17/17 11:44:57    Page 5 of 47

| Part 6: | Answer These Questions for Reporting Purposes |
| --- | --- |

**16. What kind of debts do you have?**

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

■ No.    I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes.    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

☐ 1-49
☐ 50-99
☐ 100-199
■ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**19. How much do you estimate your assets to be worth?**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Part 7: | Sign Below |
| --- | --- |

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Richard M Osborne**
_____          _____
**Richard M Osborne**                              Signature of Debtor 2
Signature of Debtor 1

Executed on    **December 17, 2017**          Executed on    _____
                      MM / DD / YYYY                                        MM / DD / YYYY

17-17361-aih    Doc 1    FILED 12/17/17    ENTERED 12/17/17 11:44:57    Page 6 of 47

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

| | | |
|---|---|---|
| **/s/ Glenn E. Forbes** | Date | **December 17, 2017** |
| Signature of Attorney for Debtor | | MM / DD / YYYY |

**Glenn E. Forbes 0005513**
Printed name

**FORBES LAW LLC**
Firm name

**166 Main Street**
**Painesville, OH 44077**
Number, Street, City, State & ZIP Code

Contact phone   **440-357-6211**                    Email address   **bankruptcy@geflaw.net**

**0005513**
Bar number & State

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Richard M Osborne** |
| | First Name      Middle Name      Last Name |
| Debtor 2 (Spouse if, filing) | |
| | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF OHIO |
| Case number (if known) | |

☐ Check if this is an amended filing

## B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:**    List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

|  | | Unsecured claim |
|---|---|---|

**1**

**Chowder Gas Storage**

**What is the nature of the claim?**    $ **$231,135.80**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**

☑ No
☐ Yes. Total claim (secured and unsecured)    $ _____
     Value of security:    - $ _____
     Unsecured claim    $ _____

Contact _____

Contact phone _____

**2**

**Cobra Pipeline Co**
**3511 Lost Nation Rd. Suite 213**
**Willoughby, OH 44094**

**What is the nature of the claim?**    $ **$1,423,972.46**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**

☑ No
☐ Yes. Total claim (secured and unsecured)    $ _____
     Value of security:    - $ _____
     Unsecured claim    $ _____

Contact _____

Contact phone _____

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

---

**3**

**Cobra Pipeline Co**
3511 Lost Nation Rd. Suite 213
Willoughby, OH 44094

What is the nature of the claim?                              $ **$118,632.56**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

Does the creditor have a lien on your property?
- ☒ No
- ☐ Yes. Total claim (secured and unsecured)          $ _____
      Value of security:                           - $ _____
      Unsecured claim                                $ _____

Contact _____

Contact phone _____

---

**4**

**Cobra Pipeline Company LTD**
3511 Lost Nation Rd
Suite 213
Willoughby, OH 44094

What is the nature of the claim?                              $ **$129,774.92**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

Does the creditor have a lien on your property?
- ☒ No
- ☐ Yes. Total claim (secured and unsecured)          $ _____
      Value of security:                           - $ _____
      Unsecured claim                                $ _____

Contact _____

Contact phone _____

---

**5**

**First National Bank**
4140 E. State St.
Hermitage, PA 16148

What is the nature of the claim?                              $ **$837,086.67**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

Does the creditor have a lien on your property?
- ☒ No
- ☐ Yes. Total claim (secured and unsecured)          $ _____
      Value of security:                           - $ _____
      Unsecured claim                                $ _____

Contact _____

Contact phone _____

---

**6**

**First Natl Bk Of Pa**
1 Fnb Blvd
Hermitage, PA 16148

What is the nature of the claim?     **Check Credit Or Line Of Credit**     $ **$485,293.00**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

---

B 104 (Official Form 104)        For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims                    Page 2

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                          Best Case Bankruptcy

**Does the creditor have a lien on your property?**

☐ No

■ Yes. Total claim (secured and unsecured)    $ **$485,293.00**

    Value of security:    - $ **Unknown**

    Unsecured claim    $ **$485,293.00**

Contact

Contact phone

---

**7**    **Huntington Natl Bk**
**Huntington National Bank - Bankruptcy No**
**Po Box 89424**
**Cleveland, OH 44101**

**What is the nature of the claim?**    **Real Estate Mortgage**   $ **$604,623.00**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

☐ No

■ Yes. Total claim (secured and unsecured)    $ **$604,623.00**

    Value of security:    - $ **Unknown**

    Unsecured claim    $ **$604,623.00**

Contact

Contact phone

---

**8**    **Huntington Natl Bk**
**Huntington National Bank - Bankruptcy No**
**Po Box 89424**
**Cleveland, OH 44101**

**What is the nature of the claim?**    **Real Estate Mortgage**   $ **$1,633,536.00**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

☐ No

■ Yes. Total claim (secured and unsecured)    $ **$1,633,536.00**

    Value of security:    - $ **Unknown**

    Unsecured claim    $ **$1,633,536.00**

Contact

Contact phone

---

**9**    **Huntington Natl Bk**
**Huntington National Bank - Bankruptcy No**
**Po Box 89424**
**Cleveland, OH 44101**

**What is the nature of the claim?**    **Real Estate Mortgage**   $ **$225,501.00**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

☐ No

■ Yes. Total claim (secured and unsecured)    $ **$225,501.00**

    Value of security:    - $ **Unknown**

    Unsecured claim    $ **$225,501.00**

Contact

Contact phone

---

**10**    **Huntington Natl Bk**

**What is the nature of the claim?**    **Real Estate Mortgage**   $ **$154,843.00**

---

B 104 (Official Form 104)      For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims      Page 3

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case number *(if known)*

**Huntington National Bank -**
**Bankruptcy No**
**Po Box 89424**
**Cleveland, OH 44101**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

☐ No

■ Yes. Total claim (secured and unsecured)    $ **$154,843.00**
        Value of security:    - $ **Unknown**

Contact

        Unsecured claim    $ **$154,843.00**

Contact phone

---

**11**
**Huntington Natl Bk**
**Huntington National Bank -**
**Bankruptcy No**
**Po Box 89424**
**Cleveland, OH 44101**

**What is the nature of the claim?**    **Real Estate Mortgage**    $ **$154,053.00**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

☐ No

■ Yes. Total claim (secured and unsecured)    $ **$154,053.00**
        Value of security:    - $ **Unknown**

Contact

        Unsecured claim    $ **$154,053.00**

Contact phone

---

**12**
**Huntington Natl Bk**
**Huntington National Bank -**
**Bankruptcy No**
**Po Box 89424**
**Cleveland, OH 44101**

**What is the nature of the claim?**    **Real Estate Mortgage**    $ **$87,865.00**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

☐ No

■ Yes. Total claim (secured and unsecured)    $ **$87,865.00**
        Value of security:    - $ **Unknown**

Contact

        Unsecured claim    $ **$87,865.00**

Contact phone

---

**13**
**Kravitz Brown & Dortch**
**65 E State St**
**Suite 200**
**Columbus, OH 43215-4277**

**What is the nature of the claim?**    $ **$66,340.97**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)    $

Contact

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 4

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Richard M Osborne** | | Case number *(if known)* | |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| Contact phone | | Value of security: | - $ |
| | | Unsecured claim | $ |

---

**14**

**Kravitz, Brown & Dortch LLC**
**65 East State St Suite 200**
**Columbus, OH 43215-4277**

What is the nature of the claim?     <u>Legal</u>     $ **69,218.35**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $

Contact

         Value of security:    - $

Contact phone

         Unsecured claim    $

---

**15**

**Lake Shore Gas Storage**
**3511 Lost Nation Rd. Suite 255**
**Willoughby, OH 44094**

What is the nature of the claim?     $ **1,475,899.88**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $

Contact

         Value of security:    - $

Contact phone

         Unsecured claim    $

---

**16**

**Mentor Lumber**
**7180 Center St**
**Mentor, OH 44060**

What is the nature of the claim?     $ **142,091.44**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $

Contact

         Value of security:    - $

Contact phone

         Unsecured claim    $

---

**17**

**Orwell Trumbull Pipeline**
**3511 Lost Nation Rd Suite 213**
**Willoughby, OH 44094**

What is the nature of the claim?     $ **948,165.32**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)   $ _____

       Value of security:   - $ _____

       Unsecured claim   $ _____

---

**18**

**Orwell Trumbull Pipeline**
3511 Lost Nation Rd. Suite 213
Willoughby, OH 44094

What is the nature of the claim? _____   $ **$715,146.09**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Contact

Contact phone

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)   $ _____

       Value of security:   - $ _____

       Unsecured claim   $ _____

---

**19**

**Orwell-Trumbull Pipeline Co**
3511 Lost Nation Rd. #213
Willoughby, OH 44094

What is the nature of the claim? _____   $ **$2,317,873.84**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Contact

Contact phone

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)   $ _____

       Value of security:   - $ _____

       Unsecured claim   $ _____

---

**20**

**Rockefellar Oil**
7001 Center St.
Mentor, OH 44060

What is the nature of the claim? _____   $ **$61,431.39**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Contact

Contact phone

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)   $ _____

       Value of security:   - $ _____

       Unsecured claim   $ _____

---

**Part 2:**   **Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

B 104 (Official Form 104)      For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims      Page 6

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

17-17361-aih    Doc 1    FILED 12/17/17    ENTERED 12/17/17 11:44:57    Page 13 of 47

| Debtor 1 | **Richard M Osborne** | | Case number *(if known)* | |
|---|---|---|---|---|

| X | /s/ Richard M Osborne | X | |
|---|---|---|---|
| | **Richard M Osborne** | | Signature of Debtor 2 |
| | Signature of Debtor 1 | | |

Date   **December 17, 2017**

Date   _____

B 104 (Official Form 104)      For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     **Page 7**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

3G6 LLC
18330 SR 62
Beloit, OH 44609


8200 Tyler Realty LLC
9049 Tyler Bvld
Saltzman
Mentor, OH 44060


Acharles M Andrews
USA Mgmt & Development
35110 Euclid Avenue
Willoughby, OH 44094


AEP Electric Power
PO Box 24418
Canton, OH 44701-4418


Aflac
1932 Wynnton Road
Columbus, GA 31993-0797


Aflac
1932 Wynnton Rd.
Columbus, GA 31993-8601


Airgas Great Lakes
PO Box 802576
Chicago, IL 60680-2576


Al Xander
PO Box 98
Corry, PA 16407-0098


Albrecht, Melvin
3516 S 12th St.
Homeworth, OH 44634


Ally
PO Box 9001951
Louisville, KY 40290-1951


Almstrom, Melissa
178 E 17th St
Huntington Station, NY 11746

Ann H Andrews, Trustee
Virginia Huxel Trust
220 Hiawatha Avenue
Westerville, OH 43081


Apollo Engineering Co
PO Box 2050
Broken Arrow, OK 74013


Armen R Shockey
1090 W Jackson St
Painesville, OH 44077


Arthur Robinson et al Trust N.R. Trust c
409 Spring Garden Lane
West Conshohocken, PA 19428


AT&T
PO Box 5080
Carol Stream, IL 60197-5080


AT&T Teleconference Services
PO Box 5002
Carol Stream, IL 60197-5002


Auto Zone
PO Box 116067
Atlanta, GA 30368-6067


Automatic Music Vending
8120 Auburn Road
Concord, OH 44077


Bailey, Lynnea
5515 Foote Mill Rd.
Erie, PA 16509


BBU Environmental Services Ltd
2206 Horns Mill Rd. SE
PO Box 2542
Lancaster, OH 43130


Belleau, Mary L.
205 Pioneer St.
Warren, PA 16365

Beth Ann Osborne
7321 Markell Rd
Waite Hill, OH 44094


Big Oat's Oil Field Supply Company
38700 Pelton Road
Willoughby, OH 44094


Big Oats
38700 Pelton Rd
Willoughby, OH 44094


Big Oats Oil Field Supply
38700 Pelton Rd.
Willoughby, OH 44094


Big Oats Oil Field Supply
Pelton Rd.
Willoughby, OH 44094


Big Oats Oil Field Supply Co
38700 Pelton Rd.
Willoughby, OH 44094


Bowler, John M.
225 River Rd.
Warren, PA 16365


Bowler, N. Alexander
PO box 21097
Cheyenne, WY 82003


Bowler, William H.
100 4th Ave
Warren, PA 16365


Brown, Alice M.
447 Sherbrooke Court
Venice, FL 34293


Bruce Bullard
11625 Girdled Road
Concord, OH 44077

Bruno H Thut
16755 Park Circle Dr
Chagrin Falls, OH 44023


Burleigh Drilling
10170 Oil Creek Rd.
Grand Valley, PA 16420


Burt, Richard K.
595 State Route 157
Oil City, PA 16301


Campbell, Lisa
17089 Fawn Lane
Pleasantville, PA 16341


Campbell, Shannon R.
25 Enterprise Rd.
Titusville, PA 16354


Carl Hill
Lisa Hill
10733 Thwing Road
Chardon, OH 44024


CCM Rental at Chesterland
8020 Mayfield Rd
Chesterland, OH 44026


Cedar GEM, LLC
10660 Chardon Road
Chardon, OH 44024


Chamberlain, Romona
304 E. Corcoran
Lewis Town, MT 59457


Charles L Graniteo Jr
5851 Taylor Rd
Leroy, OH 44077


Chowder Gas Storage

Christopher Horsburgh
8940 Riverwood Way
Kirtland, OH 44094


Cintas
PO Box 630910
Cincinnati, OH 45263-0910


City of Mentor
8500 Civic Center Blvd
Mentor, OH 44060


City of Mentor
Finance Dept
8500 Civic Ctr Blvd
Mentor, OH 44060


City Wide Telemessaging Center
706 Twelfth St. NW
Canton, OH 44703


City Wide Telemessaging Center
706 Twelfth St NW
Canton, OH 44703


Cleland, Earl
4138 Westlake Rd.
Mayville, NY 14757


Cobra Pipeline Co
3511 Lost Nation Rd. Suite 213
Willoughby, OH 44094


Cobra Pipeline Company LTD
3511 Lost Nation Rd
Suite 213
Willoughby, OH 44094


Cole's Tire & Supply Inc
205 Greene St.
Marietta, OH 45750-3191


Collins Pine Company
PO box 807
Kane, PA 16735

Colonial Plaza
c/o USA Mgmt
35110 Euclid Ave
Willoughby, OH 44094


Columbus Equipment Co
PO Box 951400
Cleveland, OH 44193


Cometic Gasket
8090 Auburn Road
Concord, OH 44077


Concord Development Co LLC
12 Grandview Circle, Third Floor
Cannonsburg, PA 15317-8533


Conny Farms Ltd
26746 Buck Rd.
Beloit, OH 44609


Covert, Hilaria Covert Kerr & Jim Kerr
37220 Chardon Rd.
Willoughby Hills, OH 44094


Crdt Systems
100 N Park
Helena, MT 59624


Credit Collections Services
Attention: Bankruptcy
725 Canton Street
Norwood, MA 02062


CSX
500 Water Street
Jacksonville, FL 32202


CSX Transportation
PO Box 116628
Atlanta, GA 30368-6628


Cunnie, Margaret E.
13 Sarasota Ave
Narragansett, RI #02882

```
CW Eliot Paine
54 Birch Bay Dr
Bar Harbor, ME 04609


Daelhousen, Laverne
RD 1 Box 211A
Tidioute, PA 16351


Dallas, Robert L.
114 W. Main St
Titusville, PA 16354


Daniel E. Thirion
Denise E. Thirion
8300 Orchard Rd
Painesville, OH 44077


Daniel Powers
10497 Wilder Road
Chardon, OH 44024


David A Klima
6484 Auburn Road
Concord, OH 44077


David Bailey
11952 Girdled Road
Painesville, OH 44077


David C Hulderman
6496 Auburn Road
Concord, OH 44077


David Oil
7001 Center St.
Mentor, OH 44060


Davies, John T.
4571 Youngsville Rd.
Pittsfield, PA 16340


Deep Springs Trout Club
11069 Chardon Rd
Chardon, OH 44024
```

Dennis M. Gehrisch Trustee
8901 Tyler Blvd
Mentor, OH 44060


Deveney Oil & Gas Co
C/O Clifford D Baggot
1590 County Line Road
Gates Mills, OH 44040


Dworken & Bernstein Co., L.P.A.
60 South Park Place
Painesville, OH 44077


Dygan Properties LLC
216 St. Ives Dr
Severna Park, MD 21146


Ecolawn.net
990 Erie Rd
Unit #P
Eastlake, OH 44094


Elisabeta I Pastor
1104 W Jackson St
Painesville, OH 44077


Empowering Energy Choice
141 Longwater Dr Suite 113
Norwell, MA #02061


Environmental Systems Research Institute
PO Box 741076
Los Angeles, CA 41747-6484


Estate of Bruce Beaty
7755 Crile Rd
Concord, OH 44077


F.O.P. Building Fund
PO Box 312
Mentor, OH 44060


Family Greenwoods LP
40 Elmwood Dr.
Warren, PA 16365

FCCC Co II LLC
1110 Euclid Ave. Suite 300
Cleveland, OH 44115


Feldstein, Marvin A
10235 Wisner Rd.
Kirtland, OH 44094


First Choice Coffee Services
215 Ken Mar Insuatrial Pkwy
Broadview Heights, OH 44147


First Insurance Funding
PO Box 7000
Carol Stream, IL 60197-7000


First National Bank
4140 E. State St.
Hermitage, PA 16148


First Natl Bk Of Pa
1 Fnb Blvd
Hermitage, PA 16148


Fleetmatics
PO Box 347472
Pittsburgh, PA 15251-4472


Frank DeMilta
PO Box 748
Willoughby, OH 44094


Frank W Fugman
12682 Chamberlain Rd
Aurora, OH 44202


Gas Analytical Services Inc
PO Box 1028
Bridgeport WV 26330


Gas Measurement Services
315 Margaret St.
Marietta, OH 45750

Gentile, Mary
PO Box 384
Cedar Crest, NM 87088


Gerald S. King
Isabelle B. Bolton
8954 Booth Road
Kirtland, OH 44060


GM Financial Leasing
75 Remittance Dr. Suite 1738
Chicago, IL 60675-1738


Good Tire Service Inc
PO Box J
Knox, PA 16232


Graham, Connie
360 Woodland Place
Meadville, PA 16335


Gray, Mel C.
PO Box 701487
San Antonio, TX 78270


Great Plains Exploration
8500 Station St
Suite 113
Mentor, OH 44060


Grissett, Finley
PO Box 30856
New Orleans, LA 70190


Halverson, Charlotte Faye
632 Mountain View Drive
Lewis Town, MT 59457


Heath Consultants Inc
9030 Monroe Rd.
Houston, TX 77061


Heatmiser

Heisley Tire & Brake, Inc.
5893 Heisley Road
Mentor, OH 44060


Hendricks, Victoria J.
12605 New Ave.
San Martin, CA 95046


Henry V. Bloom
7567 Tyler Blvd
Mentor, OH 44060


Henry, Susan
499 Springridge Rd.
Lot #A18
Clinton, MS 39056


Hilda Burris
9475 Mayfield Rd
Chesterland, OH 44026


Hlth Care Bl
2600 S Garfield St
Missoula, MT 59801


Holland Supply Co
8225 Green Measows Dr. N
Lewis Center, OH 43035


Holmes-Wayne Electric Coop
PO Box 112
Millersburg, OH 44654-0112


Home Depot Credit Services
Dept 32-2649054917 PO Box 78047
Phoenix, AZ 85062-8047


Hoovler, Karen S.
12701 Larchmere Blvd 5-C
Cleveland, OH 44120


Huntington Natl Bk
Huntington National Bank - Bankruptcy No
Po Box 89424
Cleveland, OH 44101

Huntington, Harold
4519 Garden Place
Las Vegas, NV 89107


Hyatt, James E.
2692 Riverwatch Dr.
Suffolk, VA 23434


Hyatt, Thomas K.
7605 Coddle Harbor Lane
Potomac, MD 20854


Hyatt, William E.
502 Water St
Warren, PA 16365


Illuminating Co
PO Box 3638
Akron, OH 44309


Illuminating Co
PO Box 3687
Akron, OH 44309-3687


Illuminating Company
PO Box 3638
Akron, OH 44309


J R Smail Inc
PO Box 1157
Wooster, OH 44691


James Howser
263 Normandy Drive
Painesville, OH 44077


James W. Blum
10140 Kirtland-Chardon Rd
Chardon, OH 44024


Jan X-Ray Service Inc
PO Box 29253
New York, NY 10087-9253

Jeff Shibley
8950 Baldwin Road
Kirtland, OH 44060


Jeffrey Gorman
10795 Buckingham Place
Concord, OH 44077


Jeffrey Hogan
Jacquline Hogan
10098 Welk Road
Chardon, OH 44024


Jiggy Ltd
6011 Heisley Rd
Mentor, OH 44060


Jones, Joann Larson
1832 Arcadia Drive
Billings, MT 59102


Jucera, Dennis
PO Box 36
Moore, MT 59464


K&T Landscaping
2542 85th 1st
Cuyahoga Falls, OH 44221


Karen J McDeavitt
5807 Taylor Rd
Leroy, OH 44077


Kathleen K. Sherry Trust
2141 Magnolia St
Sarasota, FL 34239


Keck, James
3653 Slater Rd.
Salem, OH 44460


Keith Taylor
Audrey Taylor
7665 Mentor Avenue #130
Mentor, OH 44060

Kelly L Sommers, Trustee
7070 South Lane
Waite Hill, OH 44094


Ken Miller Supply W. VA
PO Box 1086
Wooster, OH 44691


Kenneth J. Udovic
Karen Udovic
9785 Kirland Chardon Rd
Chardon, OH 44024


Kerr, Hilaria
37220 Chardon Rd.
Willoughby, OH 44094


Kevin Bowers
Antonia Bowers
10110 Welk Road
Chardon, OH 44024


Keystone Consultants Inc
32 E Main St
Carnegie, PA 15106-2456


Klinger, James W.
33 Bethany St.
Irvine, CA 92603


Klinger, Larry C.
1823 St. Route 22 NE
Somerset, OH 43783


Knox Energy Cooperative Assoc
Box 932446
Cleveland, OH 44193


Knox, Steven
5899 Woodhawk Rd.
Winifred, MT 59849


Kohlman, Keith
111 Flowers Dr.
Covington, LA 70433

Kohlman, Matthew
179 Fox Fire St.
Franklin, NC 28734


Kohlman, Paul
23931 Pepperrell PL. St.
Katy, TX 77493


Kohlman, Zach
516 Ruby Knoll Lane
Franklin, NC 28734


Kowalski, Stanley R.
RD 1 Box 251
Tidioute, PA 16351


Kowalski, Steven P.
RD 1 Box 250 A-B
Tidioute, PA 16351


Kravitz Brown & Dortch
65 E State St
Suite 200
Columbus, OH 43215-4277


Kravitz, Brown & Dortch LLC
65 East State St. Suite 200
Columbus, OH 43215-4277


Kravitz, Brown & Dortch LLC
65 East State St Suite 200
Columbus, OH 43215-4277


Kristine Thut
16755 Park Circle Dr
Chagrin Falls, OH 44023


Kubota Credit
PO Box 0559
Carol Stream, IL 60132-0559


Kucera, David L.
1112 Washington St.
Clarkston, WA 99403

Kucera, Gordon
PO Box 8
Clarkston, WA 99403


Kucera, Wayne
221 Hoy Coulee Rd.
Roundup, MT 59072


Kuholski, Debbie
6055 Brandy Run
Fairview, PA 16415


Lake Church of Christ
8435 Auburn Road
Chardon, OH 44024


Lake Hospital Foundation
7590 Auburn Rd
Concord, OH 44077


Lake Hospital System Inc.
Box 781348
Detroit, MI 48278-1348


Lake Shore Gas Storage
3511 Lost Nation Rd. Suite 255
Willoughby, OH 44094


Lakeland Community College District
Attn: VP of Admin Services
7700 Clocktower Road
Kirtland, OH 44094


Laru Inc
C/O Clifford D Baggot
5925 Heisley Road
Mentor, OH 44060


Laura L Seeley
12492 Chamberlain Rd
Aurora, OH 44202


Lewistown Rental LLC
2566 Truck Bypass
Lewis Town, MT 59457

Livingston, Martha
7431 E. Parkside Dr.
Youngstown, OH 44512


Livingston, Martha
14450 Beloit Snodes Rd.
Beloit, OH 44609


Lola Victor Trustee
9590 Johnnycake Ridge Road
Mentor, OH 44024


Lorenz, Margaret and Fred
6251 Taylor Rd.
Leroy, OH 44077


Lyle J Morris
Bonita Morris
13975 Ravenna Road
Newbury, OH 44065


Madison RE Developers LLC
c/o CRM
1110 Euclid Ave
#300
Cleveland, OH 44115


Mark Sivazlian
Fimy Sahaida
12720 Shawnee Road
Silver Springs, NV 89429


Marlenee, Barbara
13001 Mocassin Lane
Missoula, MT 59808


Marlin Business Bank
PO Box 13604
Philadelphia, PA 19101-3604


Martha Fleming Family Foundation c/o Hun
PO Box 649
Titusville, PA 16354

Martin, Carl Thomas
81 Main St
Tidioute, PA 16351


Martin, Dennis
471 Seldom Seen Rd.
Grand Valley, PA 14620


Martin, James R.
RD #1 Box 231
Tidioute, PA 16351


Martin, Stacy
34245 575 W. Apt C
Bountiful, UT 84010


Martin, Sue S.
5134 No. Lake Mtn, Road
Eagle Mtn., UT 84005


Masters, Cody A.
25 Enterprise Rd.
Titusville, PA 16354


McAuley, Patricia Y.
2633 Williams Hollow Rd.
Hinsdale, NY 14743-9808


McCann, Lillian
8803 Youngsville Rd.
Grand Valley, PA 16420


McCool, John E. dba Edward Oil Co
PO Box 202
Youngsville, PA 16371-0202


McDonough, Saundra
8067 Long Forest Dr.
Brecksville, OH 44141


McKay Standard

McLaughlin, Sarah J.
PO Box 154
Tidioute, PA 16351


McNeal, Russell C.
11 Fernwood Blvd
Alliance, OH 44601


MDS Resources LLC
7 Cheltenham Court
San Antonio, TX 78218


Mead, Deborah R.
7212 Canary Lane NE
Albuquerque, NM 87109


Mead, Wesley V.
8109 Camino Del Venado NW
Albuquerque, NM 87120


Mellon, Gregory C.
3695 Little Hickory Rd.
Tionesta, PA 16353


Mentor Lumber
7180 Center St
Mentor, OH 44060


Mentor Schools Board of Education
6451 Center Street
Mentor, OH 44060


Mentor Wholesale Lumber
7180 N. Center St
Mentor, OH 44060


Messick, Patricia H.
282 Cabrini Blvd Apt 5B
New York, NY 10040


Meunier, Thomas
N89W 17572 St. Thomas Dr.
Menomee Falls, WI 53051

Miami Oil Producers Inc
165 West Liberty St.
Reno, NV 89501


Michael D Gatto
Kristen Gatto
PO Box 381
Chesterland, OH 44026


Micharl Dortch, Esq.
65 East State Street
Suite 200
Columbus, OH 43215


Middlefield Farm and Garden
5782 Heisley Road
Mentor, OH 44060


Midway Industrial Campus Co Ltd
1110 Euclid Ave
#300
Cleveland, OH 44115


Millersburg Tire
7375 State Route 39
East Millersburg, OH 44654


MIT Enterprises
8959 Tyler Blvd
Mentor, OH 44060


Molly M. Fleming Trust c/o Huntington Ba
PO Box 649
Titusville, PA 16354


Morgan, Margaret
704 Maynard Rd.
Helena, MT 59602


Morrison, Gretchen
PO Box 1802
Warren, PA 16365

Morrison, Paul K.
249 William Dr
Canonsburg, PA 15317


Morrison, Thomas W.
2802 Gibson Oaks Dr.
Herndon, VA 20171


Morrison, Virginia C.
2208 Buxton Rd.
Titusville, PA 16354


Morrison, William E.
14211 Carolin Dr.
N. Huntington, PA 15642


Nathan Osborne
5637 S Greenway Ct
Unit F
Highland Hts, OH 44143-1978


Nick Brunner Auto Service
7121 Hart St.
Mentor, OH 44060


Norfolk Southern Railway Company
Real Estate Dept-Ann Powell
1200 Peachtree St
NE Box 165
Atlanta, GA 30309


Northwestern Energy
40 East Broadway Street
Butte, MT 59701


Office of Natural Resources Revenue
PO box 25627
Denver, CO 80225


Ohio Bureau of Workers Comp
PO Box 89492
Cleveland, OH 44101-6492

Ohio Edison
PO Box 3687
Akron, OH 44309-3687


Olszewksi, Eric J.
139 Jonathan Rd.
Lewisburg, PA 17837


Orwell Natural Gas
PO Box 73139
Cleveland, OH 44193-3139


Orwell Natural Gas
PO box 74008599
Chicago, IL 60674-8599


Orwell Trumbull Pipeline
3511 Lost Nation Rd. Suite 213
Willoughby, OH 44094


Orwell Trumbull Pipeline
3511 Lost Nation Rd Suite 213
Willoughby, OH 44094


Orwell Trumbull Pipeline Co
3511 Lost Nation Rd
Suite 213
Willoughby, OH 44094


Orwell Trumbull Pipeline Company
3511 Lost Nation Road
Suite 113
Willoughby, OH 44094


Orwell-Trumbull Pipeline Co
3511 Lost Nation Rd. #213
Willoughby, OH 44094


OsAir Inc
7001 Center St
Mentor, OH 44060


OsAir Inc.
7001 Center St
Mentor, OH 44060

Osborne INC
7954 Reynolds Rd
Mentor, OH 44060


P&E Electric
7330 Case Ave
Mentor, OH 44060


Pappas, Ariana Zsuffa
174 E 74th St. Apt 5G
New York, NY 10021


Paradigm
PO Box 9123
Wichita, KS 67277


Paul Hach II
1034 W Jackson St
Painesville, OH 44077


PCO-Mayfield Ltd
5001 Mayfield Rd
Suite 207
Lyndhurst, OH 44124


Pelletier, Donald
9904 Park Ln NW
Albuquerque, NM 87114


Pierce, Ben
3843 Gale Rd
Granville, OH 43023


Pine Run Petroleum Inc
605 Heckathorn Church Rd.
Seneca, PA 16346


Pitney Bowes
PO Box 371874
Pittsburgh, PA 15250-7874


Pocahontas Land Corporation
Box 1517
Bluefield, WV 24701

Pro OnCall Technologies
12125 Ellington Ct.
Cincinnati, OH 45249


Professional Engine Systems Inc
495 West Main St PO Box 326
Canfield, OH 44406


Pure Resources LP
PO Box 910552
Dallas, TX 75391-0552


Quail Developers Inc
20 Elberta Rd
Painesville, OH 44077


R.V.K. Mechanical
2764 Haines Rd
Mentor, OH 44057


Railroad Management Co
PO Box 678555
Dallas, TX 75267-8555


Ralph Gamber
5893 Heisley Road
Mentor, OH 44060


Ralph Victor Construction Inc
20 Alberta
Painesville, OH 44077


Rensma, Steve E.
46164 Harger Rd.
Titusville, PA 16354


Rental Systems, Inc
7467 Mentor Ave
Mentor, OH 44060


Republic Services
PO Box 9001099
Louisville, KY 40290-1099

Revod
406 Lloyd St.
Dover, OH 44622


Richard Baumgart, Esq.
55 Public Square
21 St Floor
Cleveland, OH 44113


Richard L Gray Test Trust c/o Texas Regi
PO Box 5555
McAllen, TX 78502-5555


Richard M Osborn
7001 Center St
Mentor, OH 44060


Richard M Osborne Jr
7050 Jackson St
Mentor, OH 44060


Richard Mears
Michelle Mears
9915 Kirtland Chardon Rd
Chardon, OH 44024


Richard Silver
11890 Kinsman Rd
Newbury, OH 44065


Richard Sommers
10585 Somerset Drive
Chardon, OH 44024


Richard, Cecile L.
11881 N. Wayland Rd.
Meadville, PA 16335


RL Laughlin & Co Inc
5012 West Washington St. Suite 100
Charleston, WV 25313


RMO

Robert Bundy
16311 Munn Road
Chagrin Falls, OH 44023


Rockefellar Oil
7001 Center St.
Mentor, OH 44060


Rodgers, Gary W.
10270 Washingtonia Palm Way Apt 2216
Fort Myers, FL 33966


Roger J Loecy
9940 Chardon Rd
Chardon, OH 44024


Ronald C Filson
5700 Vrooman Rd
Painesville, OH 44077


Rosequist, Jolene A.
156 High St
Bristol, CT #06010


Rt 44 LLC
Mark Giorgi
8109 Crile Rd
Painesville, OH 44077


Ruhlman, Audrey J.
PO Box 52
Seneca, PA 16346


RVK Mechanical
2764 Haines Road
Madison, OH 44057


Sabella, Dennis
7621 Youngsville Rd.
Tidioute, PA 16351


Sabella, John
9073 Youngsville Rd.
Grand Valley, PA 16420

Sabella, Thomas J.
8888 Youngsville Rd.
Grand Valley, PA 16420


Sabella, Timothy
9010 Youngsville Rd.
Grand Valley, PA 16420


Schwab Resources
1 Scott St.
Tidioute, PA 16351


Sharp, Gregory
12915 Beloit-Snodes Rd.
Beloit, OH 44609


Sharrer, Roberta
1049 Meadowlark Dr.
Harrisonburg, VA 22802


Shearer, Sue E.
2665 Roop Road
Gilroy, CA 95020


Sherlock Oil Co
PO Box 175
Beverly, OH 45715


Sherry, Kathleen K.
2141 Magnolia St
Sarasota, FL 34239


Sievers Security Inc
18210 St Clair Ave
Cleveland, OH 44110


Sims, Marjorie May
5320 S. 372nd
Auburn, WA 98001


Sivazlian, Faye Tanner
37250 Chardon Rd.
Willoughby Hills, OH 44094

Smith, Kimberly K.
93 Camp Fire Lane
Rivesville, WV 26588


Snyder, Robert Dudley Jr
3051 Wolf Creek Ranch Rd.
Burnet, TX 78611


Southern Cross Corp
4487 S Old Peachtree Rd
Norcross, GA 30071


Spencer, Colleen A.
25 Enterprise Rd.
Titusville, PA 16354


Springbrook Gardens Inc
6776 Heisley Rd
Mentor, OH 44060


St. Clair Rifle & Hunting Club
C/O Ed Ujcich
11880 Wellsley Lane
Munson, OH 44024-8734


Staley, Alice Marie
60 Grace Lane
Eureka, MT 59917


Staples Advantage
Dept DET PO Box 83689
Chicago, IL 60696-3689


Steve Calabrese
c/o ERM
1110 Euclid Ave
#300
Cleveland, OH 44115


Steve J Lovick
7080 Ravenna Rd
Concord, OH 44077

Stoffer, Delores
1375 S 12th St
Beloit, OH 44609


Stoffer, James
1485 S 12 St
Beloit, OH 44609


Sullivan, C. Edmund
2440 31 St. Ave. NE
Naples, FL 34120


Suma Recording
5706 Vrooman Rd
Painesville, OH 44077


Summers Rubber
100 Tennis Center Dr.
Marietta, OH 45750


Synergy Offshore LLC
9821 Katy Freeway
Suite 805
Houston, TX 77024


TBT Ltd. LLC
PO Box 2406
Farmington, NM 87499


Terre Verte Company Inc
PO Box 92169
San Diego, CA 92169


Terre Verte Company, Inc
PO Box 90265
San Diego, CA 92169


The Bd of Ed of the Willoughby-Eastlake
37047 Ridge Rd.
Willoughby, OH 44094


The Paradigm Alliance
Box 9123
Wichita, KS 67277

Thomas Bryan
Dorothy Bryan
25650 Chardon Road
Richmond Hts, OH 44143


Thomas E. Wheeler
8507 Tyler Blvd
Mentor, OH 44060


Thomas J Davis
12480 Chamberlain Rd
Aurora, OH 44202


Todd Victor
Cynthia Victor
7685 Snowberry Court
Mentor, OH 44060


Todd, Lynda Gray
729 West 8th St.
Weslaco, TX 78596


Tony Schreiber's Hauling
PO Box 1106
Fairport, OH 44077


USDA Forrest Service c/o Citibank
PO Box 301550
Los Angeles, CA 90030-1550


Utility Technologies International Corp
4700 Homer Ohio Lane
Groveport, OH 43125


Utility Technologys Intl Corp
4700 Homer Ohio Lane
Groveport, OH 43125


Verizon Wireless
PO Box 25505
Lehigh Valley, PA 18002-5505


Voison, Carole M.
411 North Monroe St.
Titusville, PA 16354

Vrooman Road Development
7001 Center St
Mentor, OH 44060


W&W Construction
284 Richmond St
Painesville, OH 44077


Wagner, Margaret Sue
413 Prairie Fire Dr.
Loveland, CO 80538


Walker Brothers Construction
284 Richmond St
Painesville, OH 44077


Wallace, Stacie A.
337 Wimberley Ranch Dr.
Wimberley, TX 78676


Walthall Rea
6300 Rockside Rd
Cleveland, OH 44131


Walthall, Drake & Wallace
6300 Rockside Rd
Ste 100
Cleveland, OH 44131-2221


Ware, Jennifer


Warren Community Water
17300 State Route 550
Marietta, OH 45750


Washington Electric Cooperative Inc
PO Box 664 406 Colegate Dr
Marietta, OH 45750-0664


Waste Management of Ohio
PO Box 4648
Carol Stream, IL 60197-4648

Waste Management of West Virginia
PO Box 13648
Philadelphia, PA 19101-3648


Wells, Kathryn Marlyn
12015 Brewster Dr.
Tampa, FL 33626


Wenger Pipeline Construction Inc
PO Box 526
Dalton, OH 44618


Western Reserve Land Conservancy
3850 Chagrin River Rd
Moreland Hills, OH 44022


Western Reserve Land Conservancy
3850 Chagrin River Rd.
Moreland Hills, OH 44022


Western Reserve Lubricants, Inc
38001 Stevens Blvd
Suite B
Willoughby, OH 44094


Westfield Insurance
PO Box 9001566
Louisville, KY 40290-1566


William Armstron
Judith Armstron
10088 Welk Road
Chardon, OH 44024


William Franz
8078 Ravenna Road
Painesville, OH 44077


William J. Sporar
PO Box 573
Chardon, OH 44024


William Ruple Co., LLC
4756 Beidler Rd
Willoughby, OH 44094

William T. Snyder Testamentary Trust
1210 Arborbrooke Dr.
Knoxville, TN 37922


William Wuliger
2003 St. Clair Avenue
Cleveland, OH 44114


Willis Haines
10539 Chardon Rd
Chardon, OH 44024


Windstream
PO Box 9001908
Louisville, KY 40290-1908


Woodhall Distributing
PO Box 1018
Denton, MT 59430


Yahn, Arthur
1922 47th Ave
San Francisco, CA 94122


Yahn, Hugo
2633 Williams Hollow Rd.
Hinsdale, NY 14743


Yahn, Winona H c/o Patricia McAuley
2633 Williams Hollow Rd.
Hinsdale, NY 14743


Yecha, David
203 Commercial Ave.
Gettysburgh, SD 57442


Zalucki, Anita Eloise
1210 Arborbrooke Dr.
Knoxville, TN 37922


Ziegler, James
RD 1
Tidioute, PA 16351