**Fill in this information to identify your case:**

Debtor 1     **Richard McKay Osborne, Sr.**
      First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)
      First Name          Middle Name          Last Name

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF OHIO

Case number    **17-17361**
(if known)

■ Check if this is an
amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:   Summarize Your Assets

|  |  |  |
|---|---|---|
|  |  | **Your assets**<br>Value of what you own |
| 1. | **Schedule A/B: Property** (Official Form 106A/B)<br>1a. Copy line 55, Total real estate, from Schedule A/B........................................................ | $     **9,303,470.00** |
|  | 1b. Copy line 62, Total personal property, from Schedule A/B........................................................ | $     **1,528,715.26** |
|  | 1c. Copy line 63, Total of all property on Schedule A/B........................................................ | $     **10,832,185.26** |

### Part 2:   Summarize Your Liabilities

|  |  |  |
|---|---|---|
|  |  | **Your liabilities**<br>Amount you owe |
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)<br>2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $     **25,819,824.41** |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br>3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $     **0.00** |
|  | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ | $     **6,172,361.05** |
|  | **Your total liabilities** | $     **31,992,185.46** |

### Part 3:   Summarize Your Income and Expenses

|  |  |  |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*................................................ | $     **32,091.70** |
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*........................................................ | $     **32,084.06** |

### Part 4:   Answer These Questions for Administrative and Statistical Records

6.   **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

    ☐   No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

    ■   Yes

7.   **What kind of debt do you have?**

    ☐   **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

    ■   **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1   **Richard McKay Osborne, Sr.**        Case number *(if known)* **17-17361**

8.   **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.      $ _____

9.   **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $     **0.00** |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $     **0.00** |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $     **0.00** |
| 9d. Student loans. (Copy line 6f.) | $     **0.00** |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $     **0.00** |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$     **0.00** |
| 9g. **Total.** Add lines 9a through 9f. | $     **0.00** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify your case and this filing:**

Debtor 1 **Richard McKay Osborne, Sr.**
First Name  Middle Name  Last Name

Debtor 2
(Spouse, if filing)  First Name  Middle Name  Last Name

United States Bankruptcy Court for the: NORTHERN DISTRICT OF OHIO

Case number **17-17361**

■ Check if this is an amended filing

# Official Form 106A/B
# Schedule A/B: Property
**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes. Where is the property?

1.1

**7020 Williams Road**
Street address, if available, or other description

**Concord** **OH** **44077-0000**
City  State  ZIP Code

**Lake**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$235,890.00**

Current value of the portion you own? **$235,890.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ Check if this is community property (see instructions)

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Debtor 1    **Richard McKay Osborne, Sr.**                                    Case number *(if known)*   **17-17361**

**If you own or have more than one, list here:**

1.2

**IROQUOIS AV**
**11B041E000070**

Street address, if available, or other description

**PAINESVILLE**
**TOWNSHIP**          **OH**      **44077-0000**

City                          State          ZIP Code

**LAKE**

County

**What is the property?** Check all that apply

☐ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

■ Land

☐ Investment property

☐ Timeshare

☐ Other

**Who has an interest in the property?** Check one

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$1,320.00** | **$1,320.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

**If you own or have more than one, list here:**

1.3

**TREMAINE DR**
**29B010C000010**

Street address, if available, or other description

**WICKLIFFE**          **OH**      **44092-0000**

City                          State          ZIP Code

**LAKE**

County

**What is the property?** Check all that apply

☐ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

■ Land

☐ Investment property

☐ Timeshare

☐ Other

**Who has an interest in the property?** Check one

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$800.00** | **$800.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property**
(see instructions)

Debtor 1    **Richard McKay Osborne, Sr.**      Case number *(if known)*   **17-17361**

---

**1.4**

**If you own or have more than one, list here:**

**E 360 ST**
**34A012C000170**

<u>Street address, if available, or other description</u>

**WILLOUGHBY**    **OH**    **44094-0000**

City       State      ZIP Code

**LAKE**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$820.00** | **$820.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

**1.5**

**If you own or have more than one, list here:**

**KEEWAYDIN DR**
**34A017B000290**

<u>Street address, if available, or other description</u>

**WILLOUGHBY**    **OH**    **44094-0000**

City       State      ZIP Code

**LAKE**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$520.00** | **$520.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1    **Richard McKay Osborne, Sr.** _____    Case number _(if known)_ **17-17361** _____

---

| 1.6 | **If you own or have more than one, list here:** |

**7265 MARKELL RD**
**25A0060000010**
_____
Street address, if available, or other description

**WAITE HILL**      **OH**    **44094-0000**
City                State    ZIP Code

**LAKE**
_____
County

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on _Schedule D: Creditors Who Have Claims Secured by Property._

**Current value of the entire property?**      **Current value of the portion you own?**
**$1,723,370.00**                             **$1,723,370.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**Fee simple**

- ☐ **Check if this is community property** (see instructions)

---

| 1.7 | **If you own or have more than one, list here:** |

**434 WATER ST**
**10-154300**
_____
Street address, if available, or other description

**CHARDON**      **OH**    **44024-0000**
City              State    ZIP Code

**GEAUGA**
_____
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ■ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on _Schedule D: Creditors Who Have Claims Secured by Property._

**Current value of the entire property?**      **Current value of the portion you own?**
**$100,000.00**                               **$100,000.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**Fee simple**

- ☐ **Check if this is community property** (see instructions)

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1    **Richard McKay Osborne, Sr.**                                    Case number *(if known)*  **17-17361**

| 1.8 | **If you own or have more than one, list here:** |
|---|---|

**GIRDLED RD**
**08A0010000490**

Street address, if available, or other description

**CONCORD**
**TOWNSHIP**        **OH**        **44077-0000**

City                State        ZIP Code

**LAKE**

County

**What is the property?** Check all that apply

☐ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

■ Land

☐ Investment property

☐ Timeshare

☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?        Current value of the portion you own?
**$73,070.00**                **$73,070.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**Fee simple**

☐ **Check if this is community property**
   (see instructions)

---

| 1.9 | **If you own or have more than one, list here:** |
|---|---|

**11714 GIRDLED RD**
**08A004A000240**

Street address, if available, or other description

**CONCORD**
**TOWNSHIP**        **OH**        **44077-0000**

City                State        ZIP Code

**LAKE**

County

**What is the property?** Check all that apply

■ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

☐ Land

☐ Investment property

☐ Timeshare

☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?        Current value of the portion you own?
**$33,540.00**                **$33,540.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**Fee simple**

☐ **Check if this is community property**
   (see instructions)

---

Debtor 1     **Richard McKay Osborne, Sr.**                                    Case number *(if known)*   **17-17361**

### If you own or have more than one, list here:

1.10

**7792 RAVENNA RD**
**08A004B000140**
Street address, if available, or other description

**CONCORD**
**TOWNSHIP**          **OH**     **44077-0000**
City                 State      ZIP Code

**LAKE**
County

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$114,260.00** | **$114,260.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

### If you own or have more than one, list here:

1.11

**7800 RAVENNA RD**
**08A004B000180**
Street address, if available, or other description

**CONCORD**
**TOWNSHIP**          **OH**     **44077-0000**
City                 State      ZIP Code

**LAKE**
County

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$137,930.00** | **$137,930.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

Debtor 1   **Richard McKay Osborne, Sr.**                                    Case number *(if known)*   **17-17361**

**If you own or have more than one, list here:**

1.1
2

**11579 GIRDLED RD**
**08A0120000420**

Street address, if available, or other description

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**CONCORD**
**TOWNSHIP**        **OH**   **44077-0000**

City              State     ZIP Code

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$204,140.00** | **$204,140.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**LAKE**

County

☐ **Check if this is community property**
(see instructions)

Other information you wish to add about this item, such as local property identification number:

---

**If you own or have more than one, list here:**

1.1
3

**RAVENNA RD**
**08A0130000540**

Street address, if available, or other description

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
■ Land
☐ Investment property
☐ Timeshare
☐ Other _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**CONCORD**
**TOWNSHIP**        **OH**   **44077-0000**

City              State     ZIP Code

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$66,750.00** | **$66,750.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**LAKE**

County

☐ **Check if this is community property**
(see instructions)

Other information you wish to add about this item, such as local property identification number:

---

17-17361-aih    Doc 53    FILED 02/26/18    ENTERED 02/26/18 15:00:03    Page 9 of 110

Debtor 1    **Richard McKay Osborne, Sr.**              Case number *(if known)*   **17-17361**

**If you own or have more than one, list here:**

1.1 4

**CONCORD HAMBDEN RD**
**08A0140000120**

Street address, if available, or other description

**CONCORD TOWNSHIP**    **OH**    **44077-0000**

City        State      ZIP Code

**LAKE**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$65,560.00** | **$65,560.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

**If you own or have more than one, list here:**

1.1 5

**CONCORD HAMBDEN RD**
**08A0140000390**

Street address, if available, or other description

**CONCORD TOWNSHIP**    **OH**    **44077-0000**

City        State      ZIP Code

**LAKE**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$181,370.00** | **$181,370.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

17-17361-aih     Doc 53     FILED 02/26/18     ENTERED 02/26/18 15:00:03     Page 10 of 110

Debtor 1   **Richard McKay Osborne, Sr.**      Case number *(if known)*   **17-17361**

---

**1.16**

**If you own or have more than one, list here:**

**7741 AUBURN RD**
**08A0200000040**
Street address, if available, or other description

**CONCORD**
**TOWNSHIP**     **OH**    **44077-0000**
City          State      ZIP Code

**LAKE**
County

**What is the property?** Check all that apply

- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
**$89,480.00**

**Current value of the portion you own?**
**$89,480.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

- ☐ **Check if this is community property** (see instructions)

---

**1.17**

**If you own or have more than one, list here:**

**LAKE SHORE BV**
**34A017A000030**
Street address, if available, or other description

**EASTLAKE**     **OH**    **44095-0000**
City          State      ZIP Code

**LAKE**
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
**$55,280.00**

**Current value of the portion you own?**
**$55,280.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

- ☐ **Check if this is community property** (see instructions)

---

**1.1 8**

**If you own or have more than one, list here:**

**WILLIAMS ST**
**13A0020000200**
_____
Street address, if available, or other description

**GRAND RIVER**      **OH**      **44045-0000**
_____
City                        State        ZIP Code

**LAKE**
_____
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☒ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$3,940.00** | **$3,940.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

- ☐ **Check if this is community property** (see instructions)

---

**1.1 9**

**If you own or have more than one, list here:**

**CARTER RD**
**07A0270000090**
_____
Street address, if available, or other description

**LEROY**
**TOWNSHIP**      **OH**      **44077-0000**
_____
City                        State        ZIP Code

**LAKE**
_____
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☒ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$395,880.00** | **$395,880.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

- ☐ **Check if this is community property** (see instructions)

17-17361-aih    Doc 53    FILED 02/26/18    ENTERED 02/26/18 15:00:03    Page 12 of 110

Debtor 1     **Richard McKay Osborne, Sr.**          Case number *(if known)*   **17-17361**

---

1.2
0

**If you own or have more than one, list here:**

**5848 VROOMAN RD**
**07A0340000160**

Street address, if available, or other description

**LEROY**
**TOWNSHIP**     **OH**     **44077-0000**

City          State      ZIP Code

**LAKE**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☑ Other   **Industrial Building**

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?     Current value of the portion you own?
      **$630,520.00**           **$630,520.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

- ☐ **Check if this is community property**
  (see instructions)

---

1.2
1

**If you own or have more than one, list here:**

**CARTER RD**
**07A0350000030**

Street address, if available, or other description

**LEROY**
**TOWNSHIP**     **OH**     **44077-0000**

City          State      ZIP Code

**LAKE**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?     Current value of the portion you own?
       **$78,900.00**            **$78,900.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

- ☐ **Check if this is community property**
  (see instructions)

---

Debtor 1    **Richard McKay Osborne, Sr.**      Case number *(if known)*   **17-17361**

---

1.2
2

**If you own or have more than one, list here:**

**VROOMAN RD**
**07A0350000050**

Street address, if available, or other description

**LEROY**
**TOWNSHIP**     **OH**     **44077-0000**

City       State      ZIP Code

**LAKE**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☒ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?
**$50,470.00**      **$50,470.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

1.2
3

**If you own or have more than one, list here:**

**VROOMAN RD**
**07A0420000230**

Street address, if available, or other description

**LEROY**
**TOWNSHIP**     **OH**     **44077-0000**

City       State      ZIP Code

**LAKE**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☒ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?
**$49,200.00**      **$49,200.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

Debtor 1    **Richard McKay Osborne, Sr.**                                        Case number *(if known)*    **17-17361**

**1.2 4**

### If you own or have more than one, list here:

**5660 VROOMAN RD**
**07A0420000240**

Street address, if available, or other description

**LEROY**
**TOWNSHIP**          **OH**     **44077-0000**

City                          State          ZIP Code

**LAKE**

County

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$205,230.00** | **$205,230.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property** (see instructions)

---

**1.2 5**

### If you own or have more than one, list here:

**CARTER RD**
**08A0090000030**

Street address, if available, or other description

**LEROY**
**TOWNSHIP**          **OH**     **44077-0000**

City                          State          ZIP Code

**LAKE**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ■ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$119,020.00** | **$119,020.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property** (see instructions)

---

17-17361-aih    Doc 53    FILED 02/26/18    ENTERED 02/26/18 15:00:03    Page 15 of 110

Debtor 1    **Richard McKay Osborne, Sr.**                    Case number *(if known)*    **17-17361**

---

**1.2 6**

**If you own or have more than one, list here:**

**CARTER RD**
**08A0090000040**

Street address, if available, or other description

**LEROY TOWNSHIP**      **OH**     **44077-0000**

City                State        ZIP Code

**LAKE**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☒ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$120,330.00** | **$120,330.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

- ☐ **Check if this is community property** (see instructions)

---

**1.2 7**

**If you own or have more than one, list here:**

**CARTER RD**
**08A0090000050**

Street address, if available, or other description

**LEROY TOWNSHIP**      **OH**     **44077-0000**

City                State        ZIP Code

**LAKE**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☒ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$137,840.00** | **$137,840.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

- ☐ **Check if this is community property** (see instructions)

---

---

1.2
8

**If you own or have more than one, list here:**

**NORWOOD DR**
**01B094B000070**

Street address, if available, or other description

| MADISON | OH | 44057-0000 |
|---|---|---|
| City | State | ZIP Code |

**LAKE**

County

**What is the property?** Check that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$2,720.00** | **$2,720.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

1.2
9

**If you own or have more than one, list here:**

**NORWOOD DR**
**01B094B000080**

Street address, if available, or other description

| MADISON | OH | 44057-0000 |
|---|---|---|
| City | State | ZIP Code |

**LAKE**

County

**What is the property?** Check that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$2,720.00** | **$2,720.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

**If you own or have more than one, list here:**

1.3
0

**NORWOOD DR**
**01B094B000090**

Street address, if available, or other description

**MADISON**     **OH**     **44057-0000**

City        State       ZIP Code

**LAKE**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☒ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$2,720.00** | **$2,720.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

- ☐ **Check if this is community property** (see instructions)

---

**If you own or have more than one, list here:**

1.3
1

**NORWOOD DR**
**01B094B000100**

Street address, if available, or other description

**MADISON**     **OH**     **44057-0000**

City        State       ZIP Code

**LAKE**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☒ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$2,720.00** | **$2,720.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

- ☐ **Check if this is community property** (see instructions)

---

17-17361-aih    Doc 53    FILED 02/26/18    ENTERED 02/26/18 15:00:03    Page 18 of 110

**If you own or have more than one, list here:**

1.3
2

**N RIDGE RD**
**01B108B000010**
_____
Street address, if available, or other description

| | |
|---|---|
| **MADISON** | **OH** | **44057-0000** |
| City | State | ZIP Code |

**LAKE**
_____
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☒ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$31,200.00** | **$31,200.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

**If you own or have more than one, list here:**

1.3
3

**RIVER ST**
**02A0020000030**
_____
Street address, if available, or other description

| | |
|---|---|
| **MADISON** | **OH** | **44057-0000** |
| City | State | ZIP Code |

**LAKE**
_____
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☒ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$260.00** | **$260.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

Debtor 1    **Richard McKay Osborne, Sr.**                    Case number *(if known)* **17-17361**

1.3
4

**If you own or have more than one, list here:**

**7209 MENTOR AV**
**16B0280000200**

Street address, if available, or other description

| | | |
|---|---|---|
| **MENTOR** | **OH** | **44060-0000** |
| City | State | ZIP Code |

**LAKE**

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$96,270.00** | **$96,270.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

1.3
5

**If you own or have more than one, list here:**

**MENTOR AV**
**16B031B000270**

Street address, if available, or other description

| | | |
|---|---|---|
| **MENTOR** | **OH** | **44060-0000** |
| City | State | ZIP Code |

**LAKE**

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$2,720.00** | **$2,720.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

Debtor 1    **Richard McKay Osborne, Sr.** _____     Case number *(if known)*    **17-17361** _____

1.3
6

**If you own or have more than one, list here:**

**MENTOR AV**
**16B031B000280**
_____
Street address, if available, or other description

| | | |
|---|---|---|
| **MENTOR** | **OH** | **44060-0000** |
| City | State | ZIP Code |

**LAKE**
_____
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☒ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$19,030.00** | **$19,030.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

1.3
7

**If you own or have more than one, list here:**

**MENTOR AV**
**16B031B000310**
_____
Street address, if available, or other description

| | | |
|---|---|---|
| **MENTOR** | **OH** | **44060-0000** |
| City | State | ZIP Code |

**LAKE**
_____
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☒ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$30,380.00** | **$30,380.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

Debtor 1 __Richard McKay Osborne, Sr.__      Case number *(if known)* __17-17361__

---

1.3
8

**If you own or have more than one, list here:**

**7482 CENTER ST (Unit 5)**
**16B035N000050**

Street address, if available, or other description

| | | |
|---|---|---|
| **MENTOR** | **OH** | **44060-0000** |
| City | State | ZIP Code |

**LAKE**

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
■ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put
the amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$150,000.00** | **$150,000.00** |

Describe the nature of your ownership interest
(such as fee simple, tenancy by the entireties, or
a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

1.3
9

**If you own or have more than one, list here:**

**7472 PRESLEY AV (unit F1)**
**16B035N000200**

Street address, if available, or other description

| | | |
|---|---|---|
| **MENTOR** | **OH** | **44060-0000** |
| City | State | ZIP Code |

**LAKE**

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
■ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put
the amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$150,000.00** | **$150,000.00** |

Describe the nature of your ownership interest
(such as fee simple, tenancy by the entireties, or
a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

Debtor 1    **Richard McKay Osborne, Sr.**                                    Case number *(if known)*  **17-17361**

**If you own or have more than one, list here:**

1.40

**7474 PRESLEY AV (unit F2)**
**16B035N000210**

Street address, if available, or other description

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
■ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| **$150,000.00** | **$150,000.00** |

**MENTOR**         **OH**    **44060-0000**

City                State      ZIP Code

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

**LAKE**

County

☐ **Check if this is community property**
(see instructions)

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

---

**If you own or have more than one, list here:**

1.41

**7000 FRACCI CT aka 7001 Center**
**Street**
**16B0390000050**

Street address, if available, or other description

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
■ Other    **Office Building**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| **$900,000.00** | **$900,000.00** |

**MENTOR**         **OH**    **44060-0000**

City                State      ZIP Code

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

**LAKE**

County

☐ **Check if this is community property**
(see instructions)

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

---

Debtor 1    **Richard McKay Osborne, Sr.**       Case number *(if known)*   **17-17361**

---

**1.42**

### If you own or have more than one, list here:

**OLD HEISLEY RD**
**16B054A000010**

Street address, if available, or other description

**MENTOR**    **OH**    **44060-0000**

City      State      ZIP Code

**LAKE**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$16,970.00** | **$16,970.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

**1.43**

### If you own or have more than one, list here:

**6930 OLD HEISLEY RD**
**16B054A000020**

Street address, if available, or other description

**MENTOR**    **OH**    **44060-0000**

City      State      ZIP Code

**LAKE**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$33,250.00** | **$33,250.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

**If you own or have more than one, list here:**

1.4
4

**7325 REYNOLDS RD**
**16C0700000160**

Street address, if available, or other description

| | | |
|---|---|---|
| **MENTOR** | **OH** | **44060-0000** |
| City | State | ZIP Code |

**LAKE**

County

**What is the property?** Check that apply

- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$307,020.00** | **$307,020.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

- ☐ **Check if this is community property**
  (see instructions)

---

**If you own or have more than one, list here:**

1.4
5

**7317 REYNOLDS RD**
**16C0700000180**

Street address, if available, or other description

| | | |
|---|---|---|
| **MENTOR** | **OH** | **44060-0000** |
| City | State | ZIP Code |

**LAKE**

County

**What is the property?** Check that apply

- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$145,960.00** | **$145,960.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

- ☐ **Check if this is community property**
  (see instructions)

---

Debtor 1    **Richard McKay Osborne, Sr.** _____    Case number *(if known)* **17-17361** _____

**1.4 6**

**If you own or have more than one, list here:**

**8310 BELLFLOWER RD**
**16C077J000200**
Street address, if available, or other description

**MENTOR**      **OH**    **44060-0000**
City            State    ZIP Code

**LAKE**
County

**What is the property?** Check all that apply

- ■ Single-family home
- □ Duplex or multi-unit building
- □ Condominium or cooperative
- □ Manufactured or mobile home
- □ Land
- □ Investment property
- □ Timeshare
- □ Other _____

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- □ Debtor 2 only
- □ Debtor 1 and Debtor 2 only
- □ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**
**$84,890.00**                **$84,890.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**Fee simple**

- □ **Check if this is community property**
  (see instructions)

---

**1.4 7**

**If you own or have more than one, list here:**

**HOPKINS RD**
**16C0850000030**
Street address, if available, or other description

**MENTOR**      **OH**    **44060-0000**
City            State    ZIP Code

**LAKE**
County

**What is the property?** Check all that apply

- □ Single-family home
- □ Duplex or multi-unit building
- □ Condominium or cooperative
- □ Manufactured or mobile home
- ■ Land
- □ Investment property
- □ Timeshare
- □ Other _____

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- □ Debtor 2 only
- □ Debtor 1 and Debtor 2 only
- □ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**
**$7,220.00**                **$7,220.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**Fee simple**

- □ **Check if this is community property**
  (see instructions)

---

Debtor 1   **Richard McKay Osborne, Sr.**                    Case number *(if known)*  **17-17361**

1.4
8

**If you own or have more than one, list here:**

**HENDRICKS**
**16C0870000030**

Street address, if available, or other description

| | | |
|---|---|---|
| **MENTOR** | **OH** | **44060-0000** |
| City | State | ZIP Code |

**LAKE**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ■ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$1,180.00** | **$1,180.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

1.4
9

**If you own or have more than one, list here:**

**charmar**
**16D102A000270**

Street address, if available, or other description

| | | |
|---|---|---|
| **MENTOR** | **OH** | **44060-0000** |
| City | State | ZIP Code |

**LAKE**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ■ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$43,510.00** | **$43,510.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

Debtor 1    **Richard McKay Osborne, Sr.**                                   Case number *(if known)*  **17-17361**

1.5
0

**If you own or have more than one, list here:**

**charmar & LSB**
**16D102A000280**

Street address, if available, or other description

| | | |
|---|---|---|
| **MENTOR** | **OH** | **44060-0000** |
| City | State | ZIP Code |

**LAKE**

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
■ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$45,230.00** | **$45,230.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

1.5
1

**If you own or have more than one, list here:**

**ANDREWS RD**
**19A090H000670**

Street address, if available, or other description

| | | |
|---|---|---|
| **MENTOR** | **OH** | **44060-0000** |
| City | State | ZIP Code |

**LAKE**

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
■ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$22,310.00** | **$22,310.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ **Check if this is community property**
(see instructions)

Debtor 1   **Richard McKay Osborne, Sr.**                          Case number *(if known)*  **17-17361**

**If you own or have more than one, list here:**

1.5
2

**6042 ANDREWS RD**
**19A090I000010**

Street address, if available, or other description

| | | |
|---|---|---|
| **MENTOR** | **OH** | **44060-0000** |
| City | State | ZIP Code |

**LAKE**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$39,200.00** | **$39,200.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

**If you own or have more than one, list here:**

1.5
3

**PRIMROSE ANDREWS RD**
**19A090I000020**

Street address, if available, or other description

| | | |
|---|---|---|
| **MENTOR** | **OH** | **44060-0000** |
| City | State | ZIP Code |

**LAKE**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$27,520.00** | **$27,520.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

Debtor 1    **Richard McKay Osborne, Sr.**        Case number *(if known)*   **17-17361**

---

1.54

**If you own or have more than one, list here:**

**STAGE AV**
**15C0260000210**

Street address, if available, or other description

**PAINESVILLE**    **OH**    **44077-0000**

City          State       ZIP Code

**LAKE**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$13,920.00** | **$13,920.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

1.55

**If you own or have more than one, list here:**

**1220 W JACKSON ST**
**15C036H000110**

Street address, if available, or other description

**PAINESVILLE**    **OH**    **44077-0000**

City          State       ZIP Code

**LAKE**

County

**What is the property?** Check all that apply

- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$97,620.00** | **$97,620.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

17-17361-aih    Doc 53    FILED 02/26/18    ENTERED 02/26/18 15:00:03    Page 30 of 110

**1.5 6**

### If you own or have more than one, list here:

**1192 West Jackson**
**15C036H000180**

Street address, if available, or other description

**PAINESVILLE**    **OH**    **44077-0000**

City      State      ZIP Code

**LAKE**

County

**What is the property?** Check all that apply

- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$72,390.00** | **$72,390.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

**1.5 7**

### If you own or have more than one, list here:

**1186 W JACKSON ST**
**15C036H000190**

Street address, if available, or other description

**PAINESVILLE**    **OH**    **44077-0000**

City      State      ZIP Code

**LAKE**

County

**What is the property?** Check all that apply

- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$91,310.00** | **$91,310.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

Debtor 1    **Richard McKay Osborne, Sr.** _____    Case number *(if known)*    **17-17361** _____

1.5 8

### If you own or have more than one, list here:

**SANFORD REAR ST**
**15D016C000150**
Street address, if available, or other description

**PAINESVILLE      OH      44077-0000**
City                State        ZIP Code

**LAKE**
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?       Current value of the portion you own?
**$6,570.00**                                **$6,570.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

1.5 9

### If you own or have more than one, list here:

**OWEGO ST**
**15D0200000040**
Street address, if available, or other description

**PAINESVILLE      OH      44077-0000**
City                State        ZIP Code

**LAKE**
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?       Current value of the portion you own?
**$1,910.00**                                **$1,910.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

Debtor 1    **Richard McKay Osborne, Sr.**                                    Case number *(if known)*   **17-17361**

1.60 | **If you own or have more than one, list here:**

**ELBERTA RD**
**35A0080000110**

Street address, if available, or other description

**PAINESVILLE**      **OH**      **44077-0000**

City                            State        ZIP Code

**LAKE**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$18,930.00** | **$18,930.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

1.61 | **If you own or have more than one, list here:**

**2450 N RIDGE RD**
**11B0340000050**

Street address, if available, or other description

**PAINESVILLE**
**TOWNSHIP**      **OH**      **44077-0000**

City                            State        ZIP Code

**LAKE**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☑ Other    **Commercial Garage**

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$68,610.00** | **$68,610.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

Debtor 1    **Richard McKay Osborne, Sr.** _____    Case number *(if known)*   **17-17361** _____

### If you own or have more than one, list here:

1.6
2

**SPRING LAKE BV**
**11B0340000570**
_____
Street address, if available, or other description

**PAINESVILLE**
**TOWNSHIP**     **OH**     **44077-0000**
_____
City                 State            ZIP Code

**LAKE**
_____
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$90.00** | **$90.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

- ☐ **Check if this is community property** (see instructions)

---

### If you own or have more than one, list here:

1.6
3

**26 FAIRPORT NURSERY RD**
**11B0370000020**
_____
Street address, if available, or other description

**PAINESVILLE**
**TOWNSHIP**     **OH**     **44077-0000**
_____
City                 State            ZIP Code

**LAKE**
_____
County

**What is the property?** Check all that apply

- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$51,540.00** | **$51,540.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

- ☐ **Check if this is community property** (see instructions)

---

17-17361-aih    Doc 53    FILED 02/26/18    ENTERED 02/26/18 15:00:03    Page 34 of 110

**If you own or have more than one, list here:**

1.6
4

**150 FAIRPORT NURSERY RD**
**11B038A000100**

Street address, if available, or other description

**PAINESVILLE**
**TOWNSHIP**    **OH**    **44077-0000**

City    State    ZIP Code

**LAKE**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$57,120.00** | **$57,120.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

**If you own or have more than one, list here:**

1.6
5

**46 IROQUOIS AV**
**11B041E000080**

Street address, if available, or other description

**PAINESVILLE**
**TOWNSHIP**    **OH**    **44077-0000**

City    State    ZIP Code

**LAKE**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$20.00** | **$20.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

Debtor 1    **Richard McKay Osborne, Sr.** _____    Case number *(if known)* **17-17361** _____

**1.6
6**

**If you own or have more than one, list here:**

**214 LAKE RD
11B041G040130**
_____
Street address, if available, or other description

**PAINESVILLE
TOWNSHIP**        **OH**    **44077-0000**
_____
City              State      ZIP Code

**LAKE**
_____
County

**What is the property?** Check that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
■ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$0.00** | **$0.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

**1.6
7**

**If you own or have more than one, list here:**

**1053 ARDOYLE AV
11B043A000200**
_____
Street address, if available, or other description

**PAINESVILLE
TOWNSHIP**        **OH**    **44077-0000**
_____
City              State      ZIP Code

**LAKE**
_____
County

**What is the property?** Check that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
■ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$30.00** | **$30.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

Debtor 1    **Richard McKay Osborne, Sr.**        Case number *(if known)*   **17-17361**

---

1.6
8

**If you own or have more than one, list here:**

**321 Lake Road**
**11B043A000230**

Street address, if available, or other description

**PAINESVILLE**
**TOWNSHIP**      **OH**     **44077-0000**

City        State        ZIP Code

**LAKE**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$350.00** | **$350.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

1.6
9

**If you own or have more than one, list here:**

**MIDWAY BV**
**11B043A000390**

Street address, if available, or other description

**PAINESVILLE**
**TOWNSHIP**      **OH**     **44077-0000**

City        State        ZIP Code

**LAKE**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$40.00** | **$40.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

1.70

**If you own or have more than one, list here:**

**ROBINHOOD AV**
**11B043B000560**

Street address, if available, or other description

**PAINESVILLE**
**TOWNSHIP**        **OH**    **44077-0000**

City                State        ZIP Code

**LAKE**

County

**What is the property?** Check that apply

- [ ] Single-family home
- [ ] Duplex or multi-unit building
- [ ] Condominium or cooperative
- [ ] Manufactured or mobile home
- [x] Land
- [ ] Investment property
- [ ] Timeshare
- [ ] Other _____

**Who has an interest in the property?** Check one

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$4,900.00** | **$4,900.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

- [ ] **Check if this is community property**
(see instructions)

---

1.71

**If you own or have more than one, list here:**

**SUNSET CT**
**11B043B000600**

Street address, if available, or other description

**PAINESVILLE**
**TOWNSHIP**        **OH**    **44077-0000**

City                State        ZIP Code

**LAKE**

County

**What is the property?** Check that apply

- [ ] Single-family home
- [ ] Duplex or multi-unit building
- [ ] Condominium or cooperative
- [ ] Manufactured or mobile home
- [x] Land
- [ ] Investment property
- [ ] Timeshare
- [ ] Other _____

**Who has an interest in the property?** Check one

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$7,670.00** | **$7,670.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

- [ ] **Check if this is community property**
(see instructions)

Debtor 1    **Richard McKay Osborne, Sr.** _____     Case number *(if known)*   **17-17361** _____

1.7
2

**If you own or have more than one, list here:**

**SUNSET CT**
**11B043B000620**
_____
Street address, if available, or other description

**PAINESVILLE**
**TOWNSHIP**        **OH**    **44077-0000**
_____
City                State      ZIP Code

**LAKE**
_____
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?  **$7,960.00**

Current value of the portion you own?  **$7,960.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

1.7
3

**If you own or have more than one, list here:**

**RICHMOND RD**
**11B065B000010**
_____
Street address, if available, or other description

**PAINESVILLE**
**TOWNSHIP**        **OH**    **44077-0000**
_____
City                State      ZIP Code

**LAKE**
_____
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?  **$4,050.00**

Current value of the portion you own?  **$4,050.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

Debtor 1    **Richard McKay Osborne, Sr.**                           Case number *(if known)*   **17-17361**

1.7
4

**If you own or have more than one, list here:**

**RICHMOND RD**
**11B065B000020**

Street address, if available, or other description

**PAINESVILLE**
**TOWNSHIP**          **OH**    **44077-0000**

City                    State       ZIP Code

**LAKE**

County

**What is the property?** Check all that apply

☐ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

■ Land

☐ Investment property

☐ Timeshare

☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$4,500.00** | **$4,500.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

1.7
5

**If you own or have more than one, list here:**

**946 RICHMOND RD**
**11B065B000030**

Street address, if available, or other description

**PAINESVILLE**
**TOWNSHIP**          **OH**    **44077-0000**

City                    State       ZIP Code

**LAKE**

County

**What is the property?** Check all that apply

☐ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

■ Land

☐ Investment property

☐ Timeshare

☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$4,500.00** | **$4,500.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

Debtor 1    **Richard McKay Osborne, Sr.**       Case number *(if known)*   **17-17361**

---

1.7
6

### If you own or have more than one, list here:

**CLARK RD**
**03A0380000190**

Street address, if available, or other description

**PERRY**     **OH**    **44081-0000**

City        State     ZIP Code

**LAKE**

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☑ Other    **Commercial Building**

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$52,300.00** | **$52,300.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

1.7
7

### If you own or have more than one, list here:

**CLARK RD**
**03A0380000200**

Street address, if available, or other description

**PERRY**     **OH**    **44081-0000**

City        State     ZIP Code

**LAKE**

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$1,180.00** | **$1,180.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

Debtor 1    **Richard McKay Osborne, Sr.** _____     Case number *(if known)*  **17-17361** _____

### 1.78

**If you own or have more than one, list here:**

**6912 ST RT 44**
**31-210-00-00-012-000**

Street address, if available, or other description

| **RAVENNA** | **OH** | **44266-0000** |
|---|---|---|
| City | State | ZIP Code |

**PORTAGE**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$104,500.00** | **$104,500.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

### 1.79

**If you own or have more than one, list here:**

**LOVERS LN**
**31-210-00-00-014-000**

Street address, if available, or other description

| **RAVENNA** | **OH** | **44266-0000** |
|---|---|---|
| City | State | ZIP Code |

**PORTAGE**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$83,400.00** | **$83,400.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

Debtor 1    **Richard McKay Osborne, Sr.**      Case number *(if known)*   **17-17361**

---

1.80

**If you own or have more than one, list here:**

**FROST**
**35-021-00-00-001-000**

Street address, if available, or other description

| | | |
|---|---|---|
| **STREETSBORO** | **OH** | **44241-0000** |
| City | State | ZIP Code |

**PORTAGE**

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$33,600.00** | **$33,600.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property** (see instructions)

---

1.81

**If you own or have more than one, list here:**

**FROST**
**35-021-00-00-002-000**

Street address, if available, or other description

| | | |
|---|---|---|
| **STREETSBORO** | **OH** | **44241-0000** |
| City | State | ZIP Code |

**PORTAGE**

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$100.00** | **$100.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property** (see instructions)

---

Debtor 1    **Richard McKay Osborne, Sr.**                    Case number *(if known)*    **17-17361**

**1.8 2**

**If you own or have more than one, list here:**

**538 FROST**
**35-023-00-00-023-000**

Street address, if available, or other description

| **STREETSBORO** | **OH** | **44241-0000** |
|---|---|---|
| City | State | ZIP Code |

**PORTAGE**

County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$92,500.00** | **$92,500.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

**1.8 3**

**If you own or have more than one, list here:**

**S I 90 (south side of Interstate 90 in w**
**26A0010000030**

Street address, if available, or other description

| **WAITE HILL** | **OH** | **44094-0000** |
|---|---|---|
| City | State | ZIP Code |

**LAKE**

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
■ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$300.00** | **$300.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

17-17361-aih    Doc 53    FILED 02/26/18    ENTERED 02/26/18 15:00:03    Page 44 of 110

Debtor 1    **Richard McKay Osborne, Sr.**

Case number *(if known)*   **17-17361**

1.8
4

**If you own or have more than one, list here:**

**SUNNY LANE (Stones Throw Development)**
**763-19-002**

Street address, if available, or other description

**WARRENSVILLE HEIGHTS**          **OH**    **44122-0000**

City                                    State        ZIP Code

**Cuyahoga**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$6,000.00** | **$6,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

1.8
5

**If you own or have more than one, list here:**

**SUNNY LANE (Stones Throw Development)**
**763-19-003**

Street address, if available, or other description

**WARRENSVILLE HEIGHTS**          **OH**    **44122-0000**

City                                    State        ZIP Code

**Cuyahoga**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$6,000.00** | **$6,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

Debtor 1    **Richard McKay Osborne, Sr.**                                              Case number *(if known)*    **17-17361**

1.8 6

**If you own or have more than one, list here:**

| | |
|---|---|
| **SUNNY LANE (Stones Throw Development)** | **What is the property?** Check that apply |
| **763-19-004** | |

Street address, if available, or other description

**WARRENSVILLE HEIGHTS**     **OH**     **44122-0000**

City     State     ZIP Code

**Cuyahoga**

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
■ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    **$6,000.00**

Current value of the portion you own?    **$6,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property** (see instructions)

---

1.8 7

**If you own or have more than one, list here:**

**SARAH LANE (Stones Throw Development)**
**763-19-020**

Street address, if available, or other description

**WARRENSVILLE HEIGHTS**     **OH**     **44122-0000**

City     State     ZIP Code

**Cuyahoga**

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
■ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    **$6,200.00**

Current value of the portion you own?    **$6,200.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property** (see instructions)

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1  **Richard McKay Osborne, Sr.**                                    Case number *(if known)*  **17-17361**

1.8
8
**If you own or have more than one, list here:**

**SARAH LANE (Stones Throw Development)**
**763-19-030**
Street address, if available, or other description

**WARRENSVILLE HEIGHTS**          **OH**    **44122-0000**
City                            State      ZIP Code

**Cuyahoga**
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$6,200.00** | **$6,200.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

1.8
9
**If you own or have more than one, list here:**

**SARAH LANE (Stones Throw Development)**
**763-19-031**
Street address, if available, or other description

**WARRENSVILLE HEIGHTS**          **OH**    **44122-0000**
City                            State      ZIP Code

**Cuyahoga**
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$6,800.00** | **$6,800.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

Debtor 1    **Richard McKay Osborne, Sr.**                                    Case number *(if known)*  **17-17361**

---

1.9
0

**If you own or have more than one, list here:**

**SARAH LANE (Stones Throw Development)**
**763-19-054**
Street address, if available, or other description

**WARRENSVILLE HEIGHTS**          **OH**    **44122-0000**
City                             State      ZIP Code

**Cuyahoga**
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
■ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$6,000.00** | **$6,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

1.9
1

**If you own or have more than one, list here:**

**SARAH LANE (Stones Throw Development)**
**763-19-055**
Street address, if available, or other description

**WARRENSVILLE HEIGHTS**          **OH**    **44122-0000**
City                             State      ZIP Code

**Cuyahoga**
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
■ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$6,000.00** | **$6,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

Debtor 1     **Richard McKay Osborne, Sr.**        Case number *(if known)*   **17-17361**

1.9
2

**If you own or have more than one, list here:**

**SARAH LANE (Stones Throw Development)**
**763-19-056**
Street address, if available, or other description

**WARRENSVILLE HEIGHTS**     **OH**    **44122-0000**
City          State     ZIP Code

**Cuyahoga**
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?     Current value of the portion you own?
**$5,600.00**        **$5,600.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

1.9
3

**If you own or have more than one, list here:**

**SARAH LANE (Stones Throw Development)**
**763-19-069**
Street address, if available, or other description

**WARRENSVILLE HEIGHTS**     **OH**    **44122-0000**
City          State     ZIP Code

**Cuyahoga**
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?     Current value of the portion you own?
**$6,200.00**        **$6,200.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

17-17361-aih     Doc 53     FILED 02/26/18     ENTERED 02/26/18 15:00:03     Page 49 of 110

Debtor 1 **Richard McKay Osborne, Sr.**

Case number *(if known)* **17-17361**

---

**1.9 4**

**If you own or have more than one, list here:**

**SARAH LANE (Stones Throw Development)**
**763-19-070**
Street address, if available, or other description

**WARRENSVILLE HEIGHTS**    **OH**    **44122-0000**
City    State    ZIP Code

**Cuyahoga**
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
**$6,200.00**

**Current value of the portion you own?**
**$6,200.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

**1.9 5**

**If you own or have more than one, list here:**

**SARAH LANE (Stones Throw Development)**
**763-19-071**
Street address, if available, or other description

**WARRENSVILLE HEIGHTS**    **OH**    **44122-0000**
City    State    ZIP Code

**Cuyahoga**
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
**$6,200.00**

**Current value of the portion you own?**
**$6,200.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

17-17361-aih    Doc 53    FILED 02/26/18    ENTERED 02/26/18 15:00:03    Page 50 of 110

1.9
6

**If you own or have more than one, list here:**

**SARAH LANE (Stones Throw Development)**
**763-19-072**

Street address, if available, or other description

**WARRENSVILLE HEIGHTS**    **OH**    **44122-0000**

City    State    ZIP Code

**Cuyahoga**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$6,200.00** | **$6,200.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

- ☐ **Check if this is community property** (see instructions)

---

1.9
7

**If you own or have more than one, list here:**

**SARAH LANE (Stones Throw Development)**
**763-19-073**

Street address, if available, or other description

**WARRENSVILLE HEIGHTS**    **OH**    **44122-0000**

City    State    ZIP Code

**Cuyahoga**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$6,400.00** | **$6,400.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

- ☐ **Check if this is community property** (see instructions)

---

Debtor 1   **Richard McKay Osborne, Sr.**                    Case number *(if known)*   **17-17361**

---

1.98 **If you own or have more than one, list here:**

**SARAH LANE (Stones Throw Development)**
**763-19-074**
Street address, if available, or other description

**WARRENSVILLE HEIGHTS**        **OH**        **44122-0000**
City                            State          ZIP Code

**Cuyahoga**
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☒ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?        Current value of the portion you own?
**$6,300.00**                                **$6,300.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

1.99 **If you own or have more than one, list here:**

**SARAH LANE (Stones Throw Development)**
**763-19-078**
Street address, if available, or other description

**WARRENSVILLE HEIGHTS**        **OH**        **44122-0000**
City                            State          ZIP Code

**Cuyahoga**
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☒ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?        Current value of the portion you own?
**$6,600.00**                                **$6,600.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

Debtor 1    **Richard McKay Osborne, Sr.**      Case number *(if known)*   **17-17361**

---

1.1
00

**If you own or have more than one, list here:**

**SARAH LANE (Stones Throw Development)**
**763-19-079**

Street address, if available, or other description

**WARRENSVILLE HEIGHTS**    **OH**    **44122-0000**

City     State     ZIP Code

**Cuyahoga**

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
■ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$6,700.00** | **$6,700.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

1.1
01

**If you own or have more than one, list here:**

**SARAH LANE (Stones Throw Development)**
**763-19-080**

Street address, if available, or other description

**WARRENSVILLE HEIGHTS**    **OH**    **44122-0000**

City     State     ZIP Code

**Cuyahoga**

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
■ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$6,900.00** | **$6,900.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

17-17361-aih    Doc 53    FILED 02/26/18    ENTERED 02/26/18 15:00:03    Page 53 of 110

Debtor 1    **Richard McKay Osborne, Sr.**                    Case number *(if known)*  **17-17361**

---

**1.1 02**

**If you own or have more than one, list here:**

**SARAH LANE (Stones Throw Development)**
**763-19-083**
Street address, if available, or other description

**WARRENSVILLE HEIGHTS**          **OH**    **44122-0000**
City                              State    ZIP Code

**Cuyahoga**
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?
**$5,900.00**

Current value of the portion you own?
**$5,900.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

**1.1 03**

**If you own or have more than one, list here:**

**SARAH LANE (Stones Throw Development)**
**763-19-084**
Street address, if available, or other description

**WARRENSVILLE HEIGHTS**          **OH**    **44122-0000**
City                              State    ZIP Code

**Cuyahoga**
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?
**$6,300.00**

Current value of the portion you own?
**$6,300.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

Debtor 1    **Richard McKay Osborne, Sr.**                    Case number *(if known)*    **17-17361**

1.1
04

**If you own or have more than one, list here:**

**CONCORD ST (devil strip)**
**29B007C000350**

Street address, if available, or other description

**WICKLIFFE**        **OH**    **44092-0000**

City                State        ZIP Code

**LAKE**

County

**What is the property?** Check all that apply

- [ ] Single-family home
- [ ] Duplex or multi-unit building
- [ ] Condominium or cooperative
- [ ] Manufactured or mobile home
- [x] Land
- [ ] Investment property
- [ ] Timeshare
- [ ] Other _____

**Who has an interest in the property?** Check one

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$290.00** | **$290.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

- [ ] **Check if this is community property** (see instructions)

---

1.1
05

**If you own or have more than one, list here:**

**MEADOW ST**
**29B007D001020**

Street address, if available, or other description

**WICKLIFFE**        **OH**    **44092-0000**

City                State        ZIP Code

**LAKE**

County

**What is the property?** Check all that apply

- [ ] Single-family home
- [ ] Duplex or multi-unit building
- [ ] Condominium or cooperative
- [ ] Manufactured or mobile home
- [x] Land
- [ ] Investment property
- [ ] Timeshare
- [ ] Other _____

**Who has an interest in the property?** Check one

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$300.00** | **$300.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

- [ ] **Check if this is community property** (see instructions)

---

1.1
06

**If you own or have more than one, list here:**

**CATAWBA ST**
**29B007D001030**

Street address, if available, or other description

**WICKLIFFE**    **OH**    **44092-0000**

City      State      ZIP Code

**LAKE**

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
■ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?
**$300.00**      **$300.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

1.1
07

**If you own or have more than one, list here:**

**WOOD ST**
**29B007E000010**

Street address, if available, or other description

**WICKLIFFE**    **OH**    **44092-0000**

City      State      ZIP Code

**LAKE**

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
■ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?
**$420.00**      **$420.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

Debtor 1    **Richard McKay Osborne, Sr.**                                      Case number *(if known)*    **17-17361**

## 1.1 08

**If you own or have more than one, list here:**

**E 296 ST**
**29B007E000170**

Street address, if available, or other description

**WICKLIFFE        OH    44092-0000**

City                State    ZIP Code

**LAKE**

County

| What is the property? Check all that apply |
| --- |
| ☐ Single-family home |
| ☐ Duplex or multi-unit building |
| ☐ Condominium or cooperative |
| ☐ Manufactured or mobile home |
| ■ Land |
| ☐ Investment property |
| ☐ Timeshare |
| ☐ Other _____ |

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
| --- | --- |
| **$430.00** | **$430.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

## 1.1 09

**If you own or have more than one, list here:**

**ROBINDALE ST**
**29B007E000450**

Street address, if available, or other description

**WICKLIFFE        OH    44092-0000**

City                State    ZIP Code

**LAKE**

County

| What is the property? Check all that apply |
| --- |
| ☐ Single-family home |
| ☐ Duplex or multi-unit building |
| ☐ Condominium or cooperative |
| ☐ Manufactured or mobile home |
| ■ Land |
| ☐ Investment property |
| ☐ Timeshare |
| ☐ Other _____ |

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
| --- | --- |
| **$420.00** | **$420.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

Debtor 1    **Richard McKay Osborne, Sr.**        Case number *(if known)*   **17-17361**

---

1.1
10

**If you own or have more than one, list here:**

**PELTON RD**
**27B039A000050**

Street address, if available, or other description

**WILLOUGHBY**     **OH**     **44094-0000**

City           State        ZIP Code

**LAKE**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$1,240.00** | **$1,240.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

1.1
11

**If you own or have more than one, list here:**

**LOST NATION RD**
**27B0440000110**

Street address, if available, or other description

**WILLOUGHBY**     **OH**     **44094-0000**

City           State        ZIP Code

**LAKE**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$2,240.00** | **$2,240.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

Debtor 1    **Richard McKay Osborne, Sr.**                                        Case number *(if known)*   **17-17361**

**If you own or have more than one, list here:**

1.1
12

**SHADOWROW AV**
**27B056E000530**

Street address, if available, or other description

| | |
|---|---|
| **WILLOUGHBY** | **OH** | **44094-0000** |
| City | State | ZIP Code |

**LAKE**

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$7,280.00** | **$7,280.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

**If you own or have more than one, list here:**

1.1
13

**1101 LOST NATION RD**
**27B056E000540**

Street address, if available, or other description

| | |
|---|---|
| **WILLOUGHBY** | **OH** | **44094-0000** |
| City | State | ZIP Code |

**LAKE**

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☑ Other   **Commercial Structure**

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$89,630.00** | **$89,630.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

Debtor 1    **Richard McKay Osborne, Sr.**      Case number *(if known)*   **17-17361**

---

1.1
14

**If you own or have more than one, list here:**

**1080 SHADOWROW RD**
**27B057C000370**
<br>Street address, if available, or other description

**WILLOUGHBY**    **OH**    **44094-0000**
<br>City      State      ZIP Code

**LAKE**
<br>County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☒ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$15,200.00** | **$15,200.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

- ☐ **Check if this is community property**
  <br>(see instructions)

---

1.1
15

**If you own or have more than one, list here:**

**1086 SHADOWROW RD**
**27B057C000380**
<br>Street address, if available, or other description

**WILLOUGHBY**    **OH**    **44094-0000**
<br>City      State      ZIP Code

**LAKE**
<br>County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☒ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$15,200.00** | **$15,200.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

- ☐ **Check if this is community property**
  <br>(see instructions)

---

17-17361-aih    Doc 53    FILED 02/26/18    ENTERED 02/26/18 15:00:03    Page 60 of 110

Debtor 1    **Richard McKay Osborne, Sr.**                    Case number *(if known)* **17-17361**

**1.1 16**

**If you own or have more than one, list here:**

**1073 LOST NATION RD**
**27B057C000390**
_____
Street address, if available, or other description

**WILLOUGHBY      OH      44094-0000**
_____
City                State        ZIP Code

**LAKE**
_____
County

| What is the property? Check all that apply |
| --- |
| ☐ Single-family home |
| ☐ Duplex or multi-unit building |
| ☐ Condominium or cooperative |
| ☐ Manufactured or mobile home |
| ☒ Land |
| ☐ Investment property |
| ☐ Timeshare |
| ☐ Other _____ |

**Who has an interest in the property?** Check one
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?  **$45,880.00**

Current value of the portion you own?  **$45,880.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

**1.1 17**

**If you own or have more than one, list here:**

**MILLER AV**
**31A013B000770**
_____
Street address, if available, or other description

**WILLOUGHBY      OH      44094-0000**
_____
City                State        ZIP Code

**LAKE**
_____
County

| What is the property? Check all that apply |
| --- |
| ☐ Single-family home |
| ☐ Duplex or multi-unit building |
| ☐ Condominium or cooperative |
| ☐ Manufactured or mobile home |
| ☒ Land |
| ☐ Investment property |
| ☐ Timeshare |
| ☐ Other _____ |

**Who has an interest in the property?** Check one
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?  **$3,010.00**

Current value of the portion you own?  **$3,010.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

Debtor 1    **Richard McKay Osborne, Sr.**                    Case number *(if known)*   **17-17361**

**If you own or have more than one, list here:**

1.1
18

**Swede road**
**td-1-828**

Street address, if available, or other description

| **TIDIOUTE** | **PA** | **16351-0000** |
|---|---|---|
| City | State | ZIP Code |

**Warren**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ■ Other     **Part of private compound**

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$15,544.00** | **$15,544.00** |

**Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property** (see instructions)

---

**If you own or have more than one, list here:**

1.1
19

**Swede road**
**td-1-852**

Street address, if available, or other description

| **TIDIOUTE** | **PA** | **16351-0000** |
|---|---|---|
| City | State | ZIP Code |

**Warren**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ■ Other     **Part of private compound**

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$7,482.00** | **$7,482.00** |

**Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property** (see instructions)

---

Debtor 1    **Richard McKay Osborne, Sr.**                    Case number *(if known)*    **17-17361**

**1.1
20**

**If you own or have more than one, list here:**

**Swede road**
**td-1-8621**

Street address, if available, or other description

| | | |
|---|---|---|
| **TIDIOUTE** | **PA** | **16351-0000** |
| City | State | ZIP Code |

**Warren**

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☒ Other    **Part of private compound**

**Who has an interest in the property?** Check one

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number:

Do not deduct secured claims or exemptions. Put
the amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$76,995.00** | **$76,995.00** |

**Describe the nature of your ownership interest
(such as fee simple, tenancy by the entireties, or
a life estate), if known.**

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

**1.1
21**

**If you own or have more than one, list here:**

**Swede road**
**td-1-8622**

Street address, if available, or other description

| | | |
|---|---|---|
| **TIDIOUTE** | **PA** | **16351-0000** |
| City | State | ZIP Code |

**Warren**

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☒ Other    **Part of private compound**

**Who has an interest in the property?** Check one

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number:

Do not deduct secured claims or exemptions. Put
the amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$241,314.00** | **$241,314.00** |

**Describe the nature of your ownership interest
(such as fee simple, tenancy by the entireties, or
a life estate), if known.**

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

**If you own or have more than one, list here:**

1.1
22

**Swede road**
**td-001-862200-001**

Street address, if available, or other description

**TIDIOUTE**          **PA**     **16351-0000**

City                    State     ZIP Code

**Warren**

County

**What is the property?** Check that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ■ Other **Part of private compound**

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$370,944.00** | **$370,944.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

**If you own or have more than one, list here:**

1.1
23

**Swede road**
**td-1-944**

Street address, if available, or other description

**TIDIOUTE**          **PA**     **16351-0000**

City                    State     ZIP Code

**Warren**

County

**What is the property?** Check that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ■ Other **Part of private compound**

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$35,141.00** | **$35,141.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

Debtor 1    **Richard McKay Osborne, Sr.**                    Case number *(if known)*    **17-17361**

1.1
24

**If you own or have more than one, list here:**

**Swede road**
**td-1-94772**

Street address, if available, or other description

| | | |
|---|---|---|
| **TIDIOUTE** | **PA** | **16351-0000** |
| City | State | ZIP Code |

**Warren**

County

**What is the property?** Check all that apply

☐ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

☐ Land

☐ Investment property

☐ Timeshare

■ Other    **Part of private compound**

**Who has an interest in the property?** Check one

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    **$3,195.00**

Current value of the portion you own?    **$3,195.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property** (see instructions)

---

1.1
25

**If you own or have more than one, list here:**

**Swede Road**
**TD-1-842**

Street address, if available, or other description

| | | |
|---|---|---|
| **TIDIOUTE** | **PA** | **16351-0000** |
| City | State | ZIP Code |

**Warren**

County

**What is the property?** Check all that apply

☐ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

☐ Land

☐ Investment property

☐ Timeshare

■ Other    **Part of private compound**

**Who has an interest in the property?** Check one

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    **$30,953.00**

Current value of the portion you own?    **$30,953.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property** (see instructions)

---

Debtor 1    **Richard McKay Osborne, Sr.**                              Case number *(if known)*  **17-17361**

**If you own or have more than one, list here:**

1.1
26

**Campbell Hill Road**
**TD-1-8351**
Street address, if available, or other description

**TIDIOUTE**          **PA**    **16351-0000**
City                State    ZIP Code

**Warren**
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ■ Other    **Part of private compound**

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$43,022.00** | **$43,022.00** |

**Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

**If you own or have more than one, list here:**

1.1
27

**538 Frost Rd**
Street address, if available, or other description

**Streetsboro**        **OH**    **44241-0000**
City                State    ZIP Code

**Portage**
County

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Record Title in name of RMO Trust; Extensively damaged by tenant**
**PPN 35-023-00-00-023-000**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$100,000.00** | **$100,000.00** |

**Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here...........................................................=>**

**$9,303,470.00**

**Part 2:**  Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Debtor 1    **Richard McKay Osborne, Sr.**                                    Case number *(if known)*  **17-17361**

## 3.  Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No

■ Yes

| 3.1 | Make: | **Ford** |
|---|---|---|

**Who has an interest in the property?** Check one

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| | |
|---|---|
| Make: | **Ford** |
| Model: | **Explorer** |
| Year: | **1989** |
| Approximate mileage: | |
| Other information: | |

Location: 7265 Markell Road, Waite Hill OH 44094

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
   (see instructions)

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$1,000.00** | **$1,000.00** |

| 3.2 | | |
|---|---|---|
| Make: | **Ford** | |
| Model: | **Gran Torino** | |
| Year: | **1972** | |
| Approximate mileage: | | |
| Other information: | | |

Location: 7265 Markell Road, Waite Hill OH 44094

**Who has an interest in the property?** Check one

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
   (see instructions)

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$1,000.00** | **$1,000.00** |

## 4.  Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No

☐ Yes

5   **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here**............................................................=>   **$2,000.00**

| **Part 3:** | **Describe Your Personal and Household Items** |
|---|---|

**Do you own or have any legal or equitable interest in any of the following items?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

## 6.  Household goods and furnishings
*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No

■ Yes.  Describe.....

| Miscellaneous Household Goods<br>Location: 7265 Markell Road, Waite Hill OH 44094 | $75,000.00 |
|---|---|
| Miscellaneous pictures, paintings, decor<br>Location: 7265 Markell Road, Waite Hill OH 44094 | $10,000.00 |
| Miscellaneous Houshold Goods<br>Location: 7020 Williams Road, Concord, OH | $25,000.00 |
| Miscellaneous Household Goods<br>Location: 225 Swede Road, Tidioute, PA 16351 | $65,000.00 |

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices
including cell phones, cameras, media players, games

■ No
☐ Yes. Describe.....

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections;
other collections, memorabilia, collectibles

■ No
☐ Yes. Describe.....

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools;
musical instruments

■ No
☐ Yes. Describe.....

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☐ No
■ Yes. Describe.....

| | |
|---|---|
| **Antique Firearms**<br>**Location: 7265 Markell Road, Waite Hill OH 44094** | **$5,000.00** |

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
■ Yes. Describe.....

| | |
|---|---|
| **Miscellaneous Clothing**<br>**Location: 7265 Markell Road, Waite Hill OH 44094** | **$500.00** |

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
■ Yes. Describe.....

| | |
|---|---|
| **Miscellaneous Costume Jewelry, Watches**<br>**Location: 7265 Markell Road, Waite Hill OH 44094** | **$175.00** |

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses

■ No
☐ Yes. Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**

■ No
☐ Yes. Give specific information.....

**15.** **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached**
**for Part 3. Write that number here ...........................................................................**

| |
|---|
| **$180,675.00** |

| **Part 4:** | Describe Your Financial Assets |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own?<br>Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No
    ■ Yes..........................................................................................................

|  |  |
|---|---|
| Cash | $500.00 |

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar
    institutions. If you have multiple accounts with the same institution, list each.
    ■ No
    ☐ Yes........................          Institution name:

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes..................          Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ■ Yes.  Give specific information about them...................
                        Name of entity:                              % of ownership:

|  |  |  |
|---|---|---|
| **SEE ATTACHED LIST** | **See attached list**   % | **Unknown** |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
                        Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ■ No
    ☐ Yes. List each account separately.
                        Type of account:          Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. .....................          Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes.............          Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes.............          Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No

☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes. Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
| --- | --- |

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security
        benefits; unpaid loans you made to someone else
    ☐ No
    ■ Yes. Give specific information..

| | |
| --- | --- |
| **Note Receivable**<br>**Michael Gorman**<br>**936 Rose Angel Circle**<br>**Wake Forest, NC 27587-3935** | **$268,368.00** |
| **Note Receivable**<br>**Tammy Ferrara**<br>**c/o Dedicated to Children**<br>**6970 Heisley Road**<br>**Mentor, OH 44060** | **$15,342.00** |
| **Note Receivable**<br>**Carolyn Coatoam**<br>**2762 Hale Road**<br>**Painesville, OH 44077** | **$89,827.00** |
| **Note Receivable**<br>**Lauren Svec Tristano**<br>**3600 N Lake Shore, Apt 2206**<br>**Chicago, IL 60613-4658**<br>**and**<br>**235 N West Street**<br>**Wheaton, IL 60187-5004** | **$12,000.00** |
| **Note Receivable and Mortgage**<br>**Moses 'Red' La Fountaine**<br>**Lake Placid, NY** | **$60,000.00** |
| **$628,954.63 booked as loans on books and records of**<br>**Rockefeller Oil Co. LLC** | **Unknown** |

17-17361-aih     Doc 53     FILED 02/26/18     ENTERED 02/26/18 15:00:03     Page 70 of 110

Debtor 1    **Richard McKay Osborne, Sr.**    Case number *(if known)*    **17-17361**

| | |
|---|---|
| **$2,137.096.39 booked as loans on books and records of Sleepy Hollow Oil & Gas, LLC** | Unknown |
| **$220,595.75 booked as loans on books and records of David Oil Co. LLC** | Unknown |
| **$114,179.71 booked as loans on books and records of Tatonka Oil Company, LLC** | Unknown |
| **$436,737.34 booked as loans on books and records of Ohio Rural Natural Gas Coop** | Unknown |
| **$330,205.29 booked as loans on books and records of Big Oats Oil Field Supply Co. LLC** | Unknown |
| **$325,000 booked as advance from member on books and records of Orwell Trumbull Pipeline Co LLC** | $0.00 |
| **Roalty due from David Oil Company LLC** | $3.26 |
| **$16,000 Loan due from Cobra Pipeline Co. LTD** | Unknown |

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ■ No
    ☐ Yes. Name the insurance company of each policy and list its value.
    Company name:                Beneficiary:                Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ☐ No
    ■ Yes. Describe each claim.........

| | |
|---|---|
| **Insurance Claim for Fire at PA Compound** | $900,000.00 |

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**......................................................................................................................

$1,346,040.26

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**
   - ■ No. Go to Part 6.
   - ☐ Yes.  Go to line 38.

| **Part 6:** | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
|  | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
   - ■ No. Go to Part 7.
   - ☐ Yes.  Go to line 47.

| **Part 7:** | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership
   - ■ No
   - ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here**  ....................................   | **$0.00** |

| **Part 8:** | List the Totals of Each Part of this Form |
|---|---|

55. **Part 1: Total real estate, line 2** ..................................................................................................................   **$9,303,470.00**

56. **Part 2: Total vehicles, line 5**                                              **$2,000.00**
57. **Part 3: Total personal and household items, line 15**                        **$180,675.00**
58. **Part 4: Total financial assets, line 36**                                    **$1,346,040.26**
59. **Part 5: Total business-related property, line 45**                           **$0.00**
60. **Part 6: Total farm- and fishing-related property, line 52**                  **$0.00**
61. **Part 7: Total other property not listed, line 54**                    +      **$0.00**

62. **Total personal property.** Add lines 56 through 61...      **$1,528,715.26**      Copy personal property total      **$1,528,715.26**

63. **Total of all property on Schedule A/B.** Add line 55 + line 62                              | **$10,832,185.26** |

**Fill in this information to identify your case:**

Debtor 1    **Richard McKay Osborne, Sr.**
First Name      Middle Name      Last Name

Debtor 2
(Spouse if, filing)    First Name      Middle Name      Last Name

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF OHIO

Case number    **17-17361**
(if known)

■ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1:   List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|
| **2.1** **7001 Center Street LLC**<br><br>Creditor's Name | Describe the property that secures the claim:<br>**7001 Fracci Court** | $787,500.00 | $900,000.00 | $55,604.80 |

**2.1** **7001 Center Street LLC**

Creditor's Name

_____
Number, Street, City, State & Zip Code

Describe the property that secures the claim:

**7001 Fracci Court**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment from a lawsuit
■ Other (including a right to offset)   **Assignment of CFBank Mortgage**

Date debt was incurred _____    Last 4 digits of account number _____

| **2.2** **Chicago Title**<br>Creditor's Name | Describe the property that secures the claim:<br>**SEE ATTACHMENT** | $1,990,000.00 | $0.00 | $1,990,000.00 |

**2.2** **Chicago Title**

Creditor's Name

**8518 Mentor Avenue**
**Mentor, OH 44060**
Number, Street, City, State & Zip Code

Describe the property that secures the claim:

**SEE ATTACHMENT**

**As of the date you file, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment from a lawsuit
■ Other (including a right to offset)   **See Attachment**

Date debt was incurred _____    Last 4 digits of account number _____

Official Form 106D      Schedule D: Creditors Who Have Claims Secured by Property      page 1 of 7

| Debtor 1 | **Richard McKay Osborne, Sr.** | | Case number (if know) | **17-17361** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

| 2.3 | **CONCORD/HAMBDEN ROAD, LLC** | | | **$487,500.00** | **$246,930.00** | **$292,071.50** |
|---|---|

**CONCORD/HAMBDEN ROAD, LLC**
Creditor's Name

Describe the property that secures the claim:

**2 lots on Concord Hambden Road**

_____
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Assignment of Mortgage from Fifth/Third Bank**

**Date debt was incurred** _____    **Last 4 digits of account number** _____

| 2.4 | **Cuyahoga County Treasurer** | | | **$144,157.79** | **$118,800.00** | **$25,357.79** |
|---|---|

**Cuyahoga County Treasurer**
Creditor's Name

Describe the property that secures the claim:

**See attached**

**2079 E 9th St**
**Cleveland, OH 44115**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** _____    **Last 4 digits of account number** _____

| 2.5 | **Diane M Osborne Trust** | | | **$1,050,000.00** | **$781,568.00** | **$268,432.00** |
|---|---|

**Diane M Osborne Trust**
Creditor's Name

Describe the property that secures the claim:

**Property on Swede Road Tidioute PA**

_____
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Mortages**

**Date debt was incurred** _____    **Last 4 digits of account number** _____

Debtor 1  **Richard McKay Osborne, Sr.**          Case number (*if know*)  **17-17361**

    First Name          Middle Name          Last Name

---

| 2.6 | **Erie National Bank** | Describe the property that secures the claim: | $803,251.00 | $0.00 | $803,251.00 |
|---|---|---|---|---|---|

Creditor's Name

**See Attachment**

**fka, Lake National Bank**
**7402 Center Street**
**Mentor, OH 44060**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who owes the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)    **See Attachment**

Date debt was incurred _____     Last 4 digits of account number _____

---

| 2.7 | **Estate of John R. Masco** | Describe the property that secures the claim: | $0.00 | $100,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**434 Water Street (Amount paid off but lien not released)**

**c/o Lori Masco**
**245 Lake Pointe Dr**
**Akron, OH 44333-1790**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who owes the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred _____     Last 4 digits of account number _____

---

| 2.8 | **Estate of Marion Rose Nathan** | Describe the property that secures the claim: | $50,000.00 | $33,600.00 | $22,892.06 |
|---|---|---|---|---|---|

Creditor's Name

**Lot on Frost Road**

**c/o Frances Nathan Rutt**
**11721 Ambleside Dr**
**Potomac, MD 20854**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred _____     Last 4 digits of account number _____

---

| 2.9 | **Farley Land LLC** | Describe the property that secures the claim: | $640,000.00 | $129,370.00 | $557,305.56 |
|---|---|---|---|---|---|

---

Official Form 106D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 3 of 7

Debtor 1  **Richard McKay Osborne, Sr.**
   First Name        Middle Name        Last Name

Case number (if know)  **17-17361**

---

Creditor's Name

**Lots on Carter Road and Vrooman Road**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **Assignment of Mortgage**

Date debt was incurred _____

Last 4 digits of account number _____

---

| 2.10 | **First National Bank of PA** | | $10,575,719.44 | $0.00 | $10,575,719.44 |
|------|-------------------------------|--|---------------|-------|----------------|

Creditor's Name

Describe the property that secures the claim:

**SEE ATTACHMENT**

**6990 Heisley Road
Mentor, OH 44060**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **See attachment**

Date debt was incurred  **Various**

Last 4 digits of account number _____

---

| 2.11 | **Huntington Natl Bk** | | $2,445,689.38 | $8,549,480.00 | $0.00 |
|------|------------------------|--|---------------|---------------|-------|

Creditor's Name

Describe the property that secures the claim:

**See Attachment**

**ATTN: Bankruptcy
Po Box 89424
Cleveland, OH 44101**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **See Attachment**

Date debt was incurred  **Opened 05/08  Last Active 11/20/17**

Last 4 digits of account number _____

---

Official Form 106D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 4 of 7

Debtor 1  **Richard McKay Osborne, Sr.**

| First Name | Middle Name | Last Name |

Case number (if know)  **17-17361**

---

| 2.1 2 | **Huron Lime** | | $3,450,000.00 | $1,723,370.00 | $3,450,000.00 |

Creditor's Name

Describe the property that secures the claim:

**7265 MARKELL RD**

**c/o Osborne, Inc.**
**7954 Reynolds Road**
**Mentor, OH 44060**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.

Nature of lien. Check all that apply.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **See Attachment**

**Date debt was incurred** _____

**Last 4 digits of account number** _____

---

| 2.1 3 | **Portage County Treasurer** | | $11,212.83 | $314,100.00 | $0.00 |

Creditor's Name

Describe the property that secures the claim:

**See Attached**

**449 S Meridian St Fl 1**
**Ravenna, OH 44266-1217**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

Nature of lien. Check all that apply.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Date debt was incurred** _____

**Last 4 digits of account number** _____

---

| 2.1 4 | **RBS Charter One** | | $150,000.00 | $235,890.00 | $0.00 |

Creditor's Name

Describe the property that secures the claim:

**7020 Williams Road Concord, OH 44077  Lake County**

**8715 Mentor Avenue**
**Mentor, OH 44060**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.

Nature of lien. Check all that apply.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Date debt was incurred** _____

**Last 4 digits of account number** _____

---

Official Form 106D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 5 of 7

Debtor 1   **Richard McKay Osborne, Sr.**                          Case number (if know)   **17-17361**
_____First Name_____Middle Name_____Last Name_____

| 2.15 | **RBS Charter One/Citizens** | | $2,828,150.96 | $0.00 | $2,828,150.96 |

Creditor's Name

**Describe the property that secures the claim:**

**SEE ATTACHED amount owed is estimated based on payments made**

**8715 Mentor Avenue
Mentor, OH 44060**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)   **First Mortgage**

Date debt was incurred   **Various**        Last 4 digits of account number   **Various**

---

| 2.16 | **Tax Ease Ohio LLC** | | $10,954.92 | $100,000.00 | $0.00 |

Creditor's Name

**Describe the property that secures the claim:**

**538 Frost Rd Streetsboro, OH 44241
Portage County
Record Title in name of RMO Trust;
Extensively damaged by tenant
PPN 35-023-00-00-023-000**

**14800 Landmark Blvd Ste 400
Dallas, TX 75254**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)   _____

Date debt was incurred   **2015-17**        Last 4 digits of account number   **1592;6128;7096**

---

| 2.17 | **Treasurer-Lake County** | | $395,688.09 | $7,946,980.00 | $0.00 |

Creditor's Name

**105 Main St
PO BOX 490
Painesville, OH 44077-0490**
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**See Attached**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit

---

Debtor 1   **Richard McKay Osborne, Sr.**                                    Case number (if know)   **17-17361**

      First Name               Middle Name             Last Name

☐ **Check if this claim relates to a**    ☐ Other (including a right to offset) _____
    **community debt**

**Date debt was incurred** _____    **Last 4 digits of account number** _____

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | **$25,819,824.41** |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$25,819,824.41** |

**Part 2:**  **List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐ Name, Number, Street, City, State & Zip Code
**Citizens Bank NA**
**1 Providence Ctr**
**Providence, RI 02903**

On which line in Part 1 did you enter the creditor?  **2.15**

Last 4 digits of account number  ___

---

☐ Name, Number, Street, City, State & Zip Code
**Cuyahoga County Prosecutor**
**General Civil Division**
**1200 Ontario St FL 8**
**Cleveland, OH 44113**

On which line in Part 1 did you enter the creditor?  **2.4**

Last 4 digits of account number  ___

---

☐ Name, Number, Street, City, State & Zip Code
**Indepence Bank**
**Chief Legal Officer**
**4401 Rockside Rd**
**Independence, OH 44131**

On which line in Part 1 did you enter the creditor?  **2.10**

Last 4 digits of account number  ___

---

☐ Name, Number, Street, City, State & Zip Code
**Lake County Prosecutor-Civil**
**105 Main St**
**PO Box 490**
**Painesville, OH 44077**

On which line in Part 1 did you enter the creditor?  **2.17**

Last 4 digits of account number  ___

---

☐ Name, Number, Street, City, State & Zip Code
**Lori Masco**
**824 Carolina Cir SW**
**Vero Beach, FL 32962-6900**

On which line in Part 1 did you enter the creditor?  **2.7**

Last 4 digits of account number  ___

---

☐ Name, Number, Street, City, State & Zip Code
**Suzanne Godenswager Esq.**
**1213 Prospect Ave Ste 300**
**Cleveland, OH 44113**

On which line in Part 1 did you enter the creditor?  **2.16**

Last 4 digits of account number  ___

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| current deed | Parcel | owner | street address | county | type | Counties 100% Market Valuations | Taxes and deling. 2016 payable 2017 | total of tax certificates | First Mortgage Lender (1) Instrument No | mortgage amount | 2nd | third | fourth | Fifth |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | as of 11/20/2017 | | | | | | | |
| 866/985 | 11B041E000070 | OSBORNE RICHARD M | IROQUOIS AV | LAKE | land | 1,320.00 | $0.00 | | RBS Charter One 2014R012333 | 12,960,000.00 | | | | |
| 2008R032171 | 29B010C000010 | OSBORNE RICK | TREMAINE DR | LAKE | land | 800.00 | $0.00 | | RBS Charter One2014R012333 | 12,960,000.00 | | | | |
| 2008R032172 | 34A012C000170 | OSBORNE Rick M | E 360 ST | LAKE | land | 820.00 | $179.87 | | RBS Charter One 2014R012333 | 12,960,000.00 | | | | |
| 2008R032173 | 34A017B000290 | OSBORNE Rick M | KEEWAYDIN DR | LAKE | land | 520.00 | $28.25 | | RBS Charter one 2014R013442 | 12,960,000.00 | | | | |
| 2006R043584 | 25A0060000010 | RIGRTONA | 7265 MARKELL RD | LAKE | single family house | 1,723,370.00 | $0.00 | | Huntington Bank 2008R012869 | $2,000,000.00 | Parkview 2008R021424 $5,857,208.30 (amended 2009R024377) $15,604,370.00 | Huron Lime - 2012R002446 ($1,060,000.00) | Huron Lime 2012R002447 ($1,740,000.00) | Chicago Title - 2013R010779 ($1,990,000.00) |
| 200901140920 | 763-19-002 | RMO Trustee | SUNNY LANE (Stones Throw Development) | Cuyahoga | land | 6,000.00 | $7,154.62 | | Parkview 200901140921 | $396,000 (amended Inst No. 2090910516) to $15,604,370.00 | RBS Charter One 201405200185 ($12,960,000.00) | | | |
| 200901140920 | 763-19-003 | RMO Trustee | SUNNY LANE (Stones Throw Development) | Cuyahoga | land | 6,000.00 | $7,581.98 | | Parkview 200807300886 | $396,000 (amended Inst No. 2090910516) to $15,604,370.00 | RBS Charter One 201405200185 ($12,960,000.00) | | | |
| 200901140920 | 763-19-004 | RMO Trustee | SUNNY LANE (Stones Throw Development) | Cuyahoga | land | 6,000.00 | $7,154.62 | | Parkview 200807300886 | $396,000 (amended Inst No. 2090910516) to $15,604,370.00 | RBS Charter One 201405200185 ($12,960,000.00) | | | |
| 200901140920 | 763-19-020 | RMO Trustee | SARAH LANE (Stones Throw Development) | Cuyahoga | land | 6,200.00 | $12,201.43 | | Parkview 200807300886 | $396,000 (amended Inst No. 2090910516) to $15,604,370.00 | RBS Charter One 201405200185 ($12,960,000.00) | | | |
| 200901140920 | 763-19-030 | RMO Trustee | SARAH LANE (Stones Throw Development) | Cuyahoga | land | 6,200.00 | $7,215.35 | | Parkview 200807300886 | $396,000 (amended Inst No. 2090910516) to $15,604,370.00 | RBS Charter One 201405200185 ($12,960,000.00) | | | |
| 200901140920 | 763-19-031 | RMO Trustee | SARAH LANE (Stones Throw Development) | Cuyahoga | land | 6,800.00 | $8,003.39 | | Parkview 200807300886 | $396,000 (amended Inst No. 2090910516) to $15,604,370.00 | RBS Charter One 201405200185 ($12,960,000.00) | | | |
| 200901140920 | 763-19-054 | RMO Trustee | SARAH LANE (Stones Throw Development) | Cuyahoga | land | 6,000.00 | $5,370.52 | | Parkview 200807300886 | $396,000 (amended Inst No. 2090910516) to $15,604,370.00 | RBS Charter One 201405200185 ($12,960,000.00) | | | |
| 200901140920 | 763-19-055 | RMO Trustee | SARAH LANE (Stones Throw Development) | Cuyahoga | land | 6,000.00 | $5,261.30 | | Parkview 200807300886 | $396,000 (amended Inst No. 2090910516) to $15,604,370.00 | RBS Charter One 201405200185 ($12,960,000.00) | | | |
| 200901140920 | 763-19-056 | RMO Trustee | SARAH LANE (Stones Throw Development) | Cuyahoga | land | 5,600.00 | $5,446.17 | | Parkview 200807300886 | $396,000 (amended Inst No. 2090910516) to $15,604,370.00 | RBS Charter One 201405200185 ($12,960,000.00) | | | |
| 200901140920 | 763-19-069 | RMO Trustee | SARAH LANE (Stones Throw Development) | Cuyahoga | land | 6,200.00 | $7,215.35 | | Parkview 200807300886 | $396,000 (amended Inst No. 2090910516) to $15,604,370.00 | RBS Charter One 201405200185 ($12,960,000.00) | | | |
| 200901140920 | 763-19-070 | RMO Trustee | SARAH LANE (Stones Throw Development) | Cuyahoga | land | 6,200.00 | $7,215.35 | | Parkview 200807300886 | $396,000 (amended Inst No. 2090910516) to $15,604,370.00 | RBS Charter One 201405200185 ($12,960,000.00) | | | |
| 200901140920 | 763-19-071 | RMO Trustee | SARAH LANE (Stones Throw Development) | Cuyahoga | land | 6,200.00 | $6,816.10 | | Parkview 200807300886 | $396,000 (amended Inst No. 2090910516) to $15,604,370.00 | RBS Charter One 201405200185 ($12,960,000.00) | | | |
| 200901140920 | 763-19-072 | RMO Trustee | SARAH LANE (Stones Throw Development) | Cuyahoga | land | 6,200.00 | $7,240.97 | | Parkview 200807300886 | $396,000 (amended Inst No. 2090910516) to $15,604,370.00 | RBS Charter One 201405200185 ($12,960,000.00) | | | |
| 200901140920 | 763-19-073 | RMO Trustee | SARAH LANE (Stones Throw Development) | Cuyahoga | land | 6,400.00 | $7,399.26 | | Parkview 200807300886 | $396,000 (amended Inst No. 2090910516) to $15,604,370.00 | RBS Charter One 201405200185 ($12,960,000.00) | | | |
| 200901140920 | 763-19-074 | RMO Trustee | SARAH LANE (Stones Throw Development) | Cuyahoga | land | 6,300.00 | $6,873.21 | | Parkview 200807300886 | $396,000 (amended Inst No. 2090910516) to $15,604,370.00 | RBS Charter One 201405200185 ($12,960,000.00) | | | |
| 200901140920 | 763-19-078 | RMO Trustee | SARAH LANE (Stones Throw Development) | Cuyahoga | land | 6,600.00 | $7,476.74 | | Parkview 200807300886 | $396,000 (amended Inst No. 2090910516) to $15,604,370.00 | RBS Charter One 201405200185 ($12,960,000.00) | | | |
| 200901140920 | 763-19-079 | RMO Trustee | SARAH LANE (Stones Throw Development) | Cuyahoga | land | 6,700.00 | $6,962.52 | | Parkview 200807300886 | $396,000 (amended Inst No. 2090910516) to $15,604,370.00 | RBS Charter One 201405200185 ($12,960,000.00) | | | |
| 200901140920 | 763-19-080 | RMO Trustee | SARAH LANE (Stones Throw Development) | Cuyahoga | land | 6,900.00 | $7,469.68 | | Parkview 200807300886 | $396,000 (amended Inst No. 2090910516) to $15,604,370.00 | RBS Charter One 201405200185 ($12,960,000.00) | | | |
| 200901140920 | 763-19-083 | RMO Trustee | SARAH LANE (Stones Throw Development) | Cuyahoga | land | 5,900.00 | $6,658.21 | | Parkview 200807300886 | $396,000 (amended Inst No. 2090910516) to $15,604,370.00 | RBS Charter One 201405200185 ($12,960,000.00) | | | |
| 200901140920 | 763-19-084 | RMO Trustee | SARAH LANE (Stones Throw Development) | Cuyahoga | land | 6,300.00 | $7,441.02 | | Parkview 200807300886 | $396,000 (amended Inst No. 2090910516) to $15,604,370.00 | RBS Charter One 201405200185 ($12,960,000.00) | | | |
| 1544-608 | 10-154300 | RMO Trustee | 434 Water Street | GEAUGA | land | 100,000.00 | $0.00 | | John R. Masco 1757-888 | 300,000.00 | Parkview Fed 1847-1038 ($5,587,208.30) Amend 1868-884 ($15,604,370) | | | |
| 2008R025619 | 01B094B000070 | RMO Trustee | NORWOOD DR | LAKE | land | 2,720.00 | $619.45 | | RBS Charter one 2014R013442 | 12,960,000.00 | | | | |
| 2008R025619 | 01B094B000080 | RMO Trustee | NORWOOD DR | LAKE | land | 2,720.00 | $619.45 | | RBS Charter one 2014R013442 | 12,960,000.00 | | | | |

| current deed | Parcel | owner | street address | county | type | Counties 100% Market Valuations | Taxes and delinq. 2016 payable 2017 as of 11/20/2017 | total of tax certificates | Lender (1) Instrument No | mortgage amount | 2nd | third | fourth | Fifth |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2008R029986 | 01B094B000090 | RMO Trustee | NORWOOD DR | LAKE | land | 2,720.00 | $619.45 | | RBS Charter one 2014R013442 | 12,960,000.00 | | | | |
| 2008R029986 | 01B094B000100 | RMO Trustee | NORWOOD DR | LAKE | land | 2,720.00 | $619.45 | | RBS Charter one 2014R013442 | 12,960,000.00 | | | | |
| 2002R063278 | 01B108B000010 | RMO Trustee | N RIDGE RD | LAKE | land | 31,200.00 | $470.22 | | Parkview 2008R021420 | $5,857,208.30 (amended 2009R024377) $15,604,370.00 | RBS Charter one 2014R013442 ($12,960,000.00) | | | |
| 2008R032167 | 02A002000030 | RMO Trustee | RIVER ST | LAKE | land | 260.00 | $337.20 | | RBS Charter one 2014R013442 | 12,960,000.00 | | | | |
| 1195-309 | 03A0380000190 | RMO Trustee | CLARK RD | LAKE | comm structure | 52,300.00 | $0.00 | | | | | | | |
| 1195-309 | 03A0380000200 | RMO Trustee | CLARK RD | LAKE | land | 1,180.00 | $0.00 | | | | | | | |
| 2002r053356 | 07A0270000090 | RMO Trustee | CARTER RD | LAKE | land | 395,880.00 | $0.00 | | Tax Certificate 2015R017465 $39,164.58 | 39,164.58 | Tax Certificate 2016R002884 $9,010.38 | Tax Certificate 2016R030392 $8,849.90 | Tax Certificate 2017R027075 $9,323.29 | |
| 2002r053356 | 07A0340000160 | RMO Trustee | 5848 VROOMAN RD | LAKE | industrial | 630,520.00 | $7,868.40 | | | | | | | |
| 2009R010201 | 07A0350000030 | RMO Trustee | CARTER RD | LAKE | land | 78,900.00 | $45,500.65 | | Ruth Brainard & Dora Farley 2009R010202 assigned 216r033821 Farley Land LLC | $640,000.00 | | | | |
| 2009R010201 | 07A0350000050 | RMO Trustee | VROOMAN RD | LAKE | land | 50,470.00 | $1,175.56 | | Ruth Brainard & Dora Farley 2009R010202 assigned 216r033821 Farley Land LLC | $640,000.00 | | | | |
| 2005R044461 | 07A0420000230 | RMO Trustee | VROOMAN RD | LAKE | land | 49,200.00 | $0.00 | | Lake National 2008R001118 modification 2008R033620 | $225,000.00 | | | | |
| 2008R001117 | 07A0420000240 | RMO Trustee | 5660 VROOMAN RD | LAKE | single family house | 205,230.00 | $0.00 | | Lake National 2008R001118 modification 2008R033620 | $225,000.00 | | | | |
| 2007r040609 | 08A0010000490 | RMO Trustee | GIRDLED RD | LAKE | land | 73,070.00 | $1,072.21 | | RBS Charter one 2014R013442 | 12,960,000.00 | | | | |
| 2004R006232 | 08A004A000240 | RMO Trustee | 11714GIRDLED RD | LAKE | land | 33,540.00 | $1,147.51 | | RBS Charter one 2008R009281 | $9,5000,000.00 ($12,960,000.00) | RBS Charter one 2014R013442 | 12,960,000.00 | | |
| 2002r066359 | 08A004B000140 | RMO Trustee | 7792 RAVENNA RD | LAKE | single family house | 114,260.00 | $30,043.82 | | RBS Charter one 2008R009281 | $9,5000,000.00 ($12,960,000.00) | RBS Charter one 2014R013442 | 12,960,000.00 | Osair Inc (2016R028044) | |
| 2002R008731 | 08A004B000180 | RMO Trustee | 7800 RAVENNA RD | LAKE | single family house | 137,930.00 | $28,947.60 | | Parkview 2008R021420 | $5,857,208.30 (amended 2009R024377) $15,604,370.00 ($12,960,000.00) | RBS Charter one 2014R013442 | 12,960,000.00 | Osair Inc (2016R028044) | |
| 2005R001308 | 08A006B000080 | RMO Trustee | 7020 WILLIAMS RD | LAKE | single family house | 235,890.00 | $0.00 | | Parkview 2008R021420 | $5,857,208.30 (amended 2009R024377) $15,604,370.00 ($12,960,000.00) | RBS Charter one 2014R013442 | 12,960,000.00 | Osair Inc. (2017R012081) | |
| 2002r053356 | 08A0090000030 | RMO Trustee | CARTER RD | LAKE | land | 119,020.00 | $0.00 | 21630.06 | Tax Certificate 2015R017468 ($13,205.06 | 13,205.06 | Tax Certificate 2016R02887 $2,761.39 | Tax certificate 2016R030394 $2,761.43 | tax certificate 2017R027078 $2,902.18 | |
| 2003r073591 | 08A0090000040 | RMO Trustee | CARTER RD | LAKE | land | 120,330.00 | $0.00 | 7083.43 | tax certificate 2015R017467 $13,549.59 | 13,549.59 | Tax Certificate 2016R002888 $2790.77 | Tax certificate 2016R030395 $52,790.84 | Tax Certificate 2017R027079 $2,933.14 | |
| 2003R018950 | 08A0090000050 | RMO Trustee | CARTER RD | LAKE | land | 137,840.00 | $0.00 | 19148.97 | Tax Certificate 2015R017466 ($15,492.44 | 15,492.44 | Tax Certificate 2016R02891 $3,181.75 | Tax certificate 2016R030396 $3,181.79 | tax certificate 2017R027080 $3,344.78 | |
| 2009R020096 | 08A0120000420 | RMO Trustee | 11579 GIRDLED RD | LAKE | single family house | 204,140.00 | $0.00 | | Lake National 2009R020097 | $111,000.00 | | | | |
| 2003R056195 | 08A0130000540 | RMO Trustee | RAVENNA RD | LAKE | land | 66,750.00 | $95.10 | | RBS Charter one 2014R013442 | 12,960,000.00 | | | | |
| 2002R007377 | 08A0140000120 | RMO Trustee | CONCORD HAMBDEN RD | LAKE | land | 65,560.00 | $13,660.62 | | Fifth Third assigned to Concord Hamden Road LLC 2004R031710 2016R023738 | $487,500 | RBS Charter one 2014R013442 ($12,960,000.00) | | | |
| 2002R007379 | 08A0140000390 | RMO Trustee | CONCORD HAMBDEN RD | LAKE | land | 181,370.00 | $37,840.88 | | Fifth Third assigned to Concord Hamden Road LLC 2004R031710 2016R023738 | $487,500 | RBS Charter one 2014R013442 ($12,960,000.00) | | | |
| 2006r041530 | 08A0200000040 | RMO Trustee | 7741 AUBURN RD | LAKE | single family house | 89,480.00 | $0.00 | | Huntington (fmly SKY Bank) 2006R014531-refiled 2006R046767 | $112,000.00 | RBS Charter one 2014R013442 ($12,960,000.00) | | | |

| current deed | Parcel | owner | street address | county | type | Counties 100% Market Valuations as of 11/20/2017 | Taxes and delinq. 2016 payable 2017 | total of tax certificates | Lender (1) Instrument No | mortgage amount | 2nd | third | fourth | Fifth |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | First Mortgage | | Additional Mortgages/liens | | | |
| 2005R041535 | 11B0340000050 | RMO Trustee | 2450 N RIDGE RD | LAKE | commercial garage | 68,610.00 | $1,314.93 | | Parkview 2008R021420 | $5,857,208.30 (amended 2009R024377) $15,604,370.00 | RBS Charter one 2014R013442 ($12,960,000.00) | | | |
| 2005R041534 | 11B0340000570 | RMO Trustee | SPRING LAKE BV (note error on deed shows property in richard W osborne, trustee | LAKE | land | 90.00 | $0.00 | | RBS Charter one 2014R013442 | 12,960,000.00 | | | | |
| 1195/309 | 11B0370000020 | RMO Trustee | 26 FAIRPORT NURSERY RD | LAKE | single family house | 51,540.00 | $635.02 | | Parkview 2008R021420 | $5,857,208.30 (amended 2009R024377) $15,604,370.00 | RBS Charter one 2014R013442 ($12,960,000.00) | | | |
| 2009r006113 | 11B038A000100 | RMO Trustee | 150 FAIRPORT NURSERY RD | LAKE | land | 57,120.00 | $0.00 | 2976.61 | RBS Charter one 2014R013442 | 12,960,000.00 | tax certificate 2016r030213 $$2,976.61 | | | |
| 2004R045685 | 11B041E000080 | RMO Trustee | 46 IROQUOIS AV | LAKE | land (subsided) | 20.00 | $0.00 | | RBS Charter one 2014R013442 | 12,960,000.00 | | | | |
| 2004R045687 | 11B041G040130 | RMO Trustee | 214 LAKE RD | LAKE | land (subsided) | 0.00 | $0.00 | | RBS Charter one 2014R013442 | 12,960,000.00 | | | | |
| 2001R036960 | 11B043A000200 | RMO Trustee | 1053 ARDOYLE AV | LAKE | land | 30.00 | $0.00 | | RBS Charter one 2014R013442 | 12,960,000.00 | | | | |
| 1195-309 | 11B043A000230 | RMO Trustee | 321 Lake Road | LAKE | land | 350.00 | $0.00 | | RBS Charter one 2014R013442 | 12,960,000.00 | | | | |
| 2006R017187 | 11B043A000390 | RMO Trustee | MIDWAY BV | LAKE | land | 40.00 | $0.00 | | RBS Charter one 2014R013442 | 12,960,000.00 | | | | |
| 2006R017187 | 11B043B000560 | RMO Trustee | ROBINHOOD AV | LAKE | land | 4,900.00 | $243.50 | | RBS Charter one 2014R013442 | 12,960,000.00 | | | | |
| 2006R018574 | 11B043B000600 | RMO Trustee | SUNSET CT | LAKE | land | 7,670.00 | $1,650.72 | | RBS Charter one 2014R013442 | 12,960,000.00 | | | | |
| 2006R017187 | 11B043B000620 | RMO Trustee | SUNSET CT | LAKE | land | 7,960.00 | $394.98 | | RBS Charter one 2014R013442 | 12,960,000.00 | | | | |
| 2008r025618 | 11B065B000010 | RMO Trustee | RICHMOND RD | LAKE | land | 4,050.00 | $0.00 | | RBS Charter one 2014R013442 | 12,960,000.00 | | | | |
| 2008r025618 | 11B065B000020 | RMO Trustee | RICHMOND RD | LAKE | land | 4,500.00 | $0.00 | | RBS Charter one 2014R013442 | 12,960,000.00 | | | | |
| 2008r025618 | 11B065B000030 | RMO Trustee | 946 RICHMOND RD | LAKE | land | 4,500.00 | $0.00 | | RBS Charter one 2014R013442 | 12,960,000.00 | | | | |
| 2002R059697 | 13A0020000200 | RMO Trustee | WILLIAMS ST | LAKE | land | 3,940.00 | $1,087.49 | | RBS Charter one 2014R013442 | 12,960,000.00 | | | | |
| 2009R021012 | 15C0260000210 | RMO Trustee | STAGE AV | LAKE | land | 13,920.00 | $3,197.62 | | RBS Charter one 2014R013442 | 12,960,000.00 | | | | |
| 2004R014718 | 15C036H000110 | RMO Trustee | 1220 W JACKSON ST | LAKE | single family house | 97,620.00 | $132.89 | | Parkview 2008R021420 | $5,857,208.30 (amended 2009R024377) $15,604,370.00 | RBS Charter one 2014R013442 ($12,960,000.00) | | | |
| 2002R063822 | 15C036H000180 | RMO Trustee | 1192 West Jackson | LAKE | single family house | 72,390.00 | $0.00 | 4630.17 | RBS Charter one 2014R013442 | 12,960,000.00 | tax certificate 2016R030476 $3,518.35 | tax certificate 2017R025157 $$1,111.82 | | |
| 2002R048955 | 15C036H000190 | RMO Trustee | 1186 W JACKSON ST | LAKE | single family house | 91,310.00 | $1,270.13 | | Parkview 2008R021420 | $5,857,208.30 (amended 2009R024377) $15,604,370.00 | RBS Charter one 2014R013442 ($12,960,000.00) | | | |
| 2004R045688 | 15D016C000150 | RMO Trustee | SANFORD REAR ST | LAKE | land | 6,570.00 | $1,597.60 | | RBS Charter one 2014R013442 | 12,960,000.00 | | | | |
| 2004R045691 | 15D0200000040 | RMO Trustee | OWEGO ST/ North St Clair | LAKE | land | 1,910.00 | $473.41 | | RBS Charter one 2014R013442 | 12,960,000.00 | | | | |
| 1996R029845 | 16B0280000200 | RMO Trustee | 7209 MENTOR AV | LAKE | land | 96,270.00 | $18,568.98 | | RBS Charter one 2014R013442 | 12,960,000.00 | | | | |
| 2001R006784 | 16B031B000270 | RMO Trustee | MENTOR AV | LAKE | land | 2,720.00 | $0.00 | | RBS Charter one 2014R013442 | 12,960,000.00 | | | | |
| 2001R006784 | 16B031B000280 | RMO Trustee | MENTOR AV | LAKE | land | 19,030.00 | $0.00 | | RBS Charter one 2014R013442 | 12,960,000.00 | | | | |
| 2001R006784 | 16B031B000310 | RMO Trustee | MENTOR AV | LAKE | land | 30,380.00 | $0.00 | | RBS Charter One 2008R009281 | $9,5000,000.00 | RBS Charter one 2014R013442 ($12,960,000.00) | | | |
| 2008R018499 | 16B035N000050 | RMO Trustee | 7482 CENTER ST (Unit 5) | LAKE | condo | 150,000.00 | $0.00 | | Huntington 2008R018450 | $268,800.00 | RBS Charter one 2014R013442 ($12,960,000.00) | | | |
| 2008r027300 | 16B035N000200 | RMO Trustee | 7472 PRESLEY AV (unit F1) | LAKE | condo | 150,000.00 | $0.00 | | MERS assigned to Huntington Bank 2008R027301 2017R028935 | $180,000.00 | RBS Charter one 2014R013442 ($12,960,000.00) | | | |
| 2008r023941 | 16B035N000210 | RMO Trustee | 7474 PRESLEY AV (unit F2) | LAKE | condo | 150,000.00 | $0.00 | | MERS- Huntington 2008R023942 | $180,000.00 | RBS Charter one 2014R013442 ($12,960,000.00) | | | |
| 2008R031040 | 16B0390000050 | RMO Trustee | 7000 FRACCI CT aka 7001 Center Street | LAKE | comm office | 1,001,000.00 | $59,280.51 | 81293.98 | CF Bank assign to 7001 Center St LLC | $787,500 | tax certificate 2015R017460 $51,632.85 | tax certificate 2016R002893 $29,661.13 | | |
| 2008r027385 | 16B054A000010 | RMO Trustee | OLD HEISLEY RD | LAKE | land | 16,970.00 | $187.96 | | RBS Charter one 2014R013442 | 12,960,000.00 | | | | |
| 2008r027385 | 16B054A000020 | RMO Trustee | 6930 OLD HEISLEY RD | LAKE | land | 33,250.00 | $0.00 | | RBS Charter one 2014R013442 | 12,960,000.00 | | | | |
| 2012R021595 | 16C0700000160 | RMO Trustee | 7325 REYNOLDS RD | LAKE | single family house | 307,020.00 | $15,746.05 | | RBS Charter one 2014R013442 | 12,960,000.00 | | | | |
| 2008R012853 | 16C0700000180 | RMO Trustee | 7317 REYNOLDS RD | LAKE | single family house | 145,960.00 | $0.00 | | Lake National 2008R012854 | $110,,000.00 | RBS Charter one 2014R013442 ($12,960,000.00) | 12,960,000.00 | | |

| current deed | Parcel | owner | street address | county | type | Counties 100% Market Valuations | Taxes and deling. 2016 payable 2017 as of 11/20/2017 | total of tax certificates | Lender (1) Instrument No | mortgage amount | 2nd | third | fourth | Fifth |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2004R013667 | 16C077J000200 | RMO Trustee | 8310 BELLFLOWER RD | LAKE | single family house | 84,890.00 | $203.48 | 11147.57 | Parkview 2008R021420 | $5,857,208.30 (amended 2009R024377) $15,604,370.00 | RBS Charter one 2014R013442 ($12,960,000.00) | tax certificate 2015R017493 $7,729.75 | tax certificate 2016R02890  $2,193.54 | tax certificate 2017R027267 $1,224.28 |
| 1195/326 | 16C0850000030 | RMO Trustee | HOPKINS RD/Center St | LAKE | land | 7,220.00 | $1,870.07 | | RBS Charter one 2014R013442 | 12,960,000.00 | | | | |
| 1997R018745 | 16C0870000030 | RMO Trustee | HENDRICKS | LAKE | land | 1,180.00 | $238.96 | | RBS Charter one 2014R013442 | 12,960,000.00 | | | | |
| 1195/326 | 16D102A000270 | RMO Trustee | charmar | LAKE | land | 43,510.00 | $610.32 | | RBS Charter one 2014R013442 | 12,960,000.00 | Osair Inc (2017R017453) | | | |
| 1195/326 | 16D102A000280 | RMO Trustee | charmar & LSB | LAKE | land | 45,230.00 | $644.68 | | RBS Charter one 2014R013442 | 12,960,000.00 | Osair Inc (2017R017454) | | | |
| 1999R993866 | 19A090H000670 | RMO Trustee | ANDREWS RD | LAKE | land | 22,310.00 | $373.07 | | Parkview 2008R021420 | $5,857,208.30 (amended 2009R024377) $15,604,370.00 | RBS Charter one 2014R013442 ($12,960,000.00) | 12,960,000.00 | | |
| 1999R993866 | 19A090I000010 | RMO Trustee | 6042 ANDREWS RD | LAKE | land | 39,200.00 | $655.37 | | Parkview 2008R021420 | $5,857,208.30 (amended 2009R024377) $15,604,370.00 | RBS Charter one 2014R013442 ($12,960,000.00) | 12,960,000.00 | | |
| 1999R993866 | 19A090I000020 | RMO Trustee | PRIMROSE ANDREWS RD | LAKE | land | 27,520.00 | $460.00 | | Parkview 2008R021420 | $5,857,208.30 (amended 2009R024377) $15,604,370.00 | RBS Charter one 2014R013442 ($12,960,000.00) | 12,960,000.00 | | |
| 2009R019035 | 26A001000030 | RMO Trustee | S I 90 (south side of Interstate 90 in waite hill) | LAKE | land | 300.00 | $0.00 | | RBS Charter one 2014R013442 ($12,960,000.00) | 12,960,000.00 | | | | |
| 2008R000868 | 27B039A000050 | RMO Trustee | PELTON RD | LAKE | land | 1,240.00 | $68.57 | | Parkview 2008R000869 | $5,000,000.00 (amended 2009R023482) to $15,604,370.00 | | | | |
| 1195/326 | 27B0440000110 | RMO Trustee | LOST NATION RD | LAKE | land | 2,240.00 | $0.00 | | RBS Charter one 2014R013442 | 12,960,000.00 | | | | |
| 1195/326 | 27B056E000530 | RMO Trustee | SHADOWROW AV | LAKE | land | 7,280.00 | $0.00 | | Parkview 2008R021420 | $5,857,208.30 (amended 2009R024377) $15,604,370.00 | RBS Charter one 2014R013442 ($12,960,000.00) | 12,960,000.00 | | |
| 1195/326 | 27B056E000540 | RMO Trustee | 1101 LOST NATION RD | LAKE | comm structure | 89,630.00 | $1,385.35 | | Parkview 2008R021420 | $5,857,208.30 (amended 2009R024377) $15,604,370.00 | RBS Charter one 2014R013442 ($12,960,000.00) | 12,960,000.00 | | |
| 1195/326 | 27B057C000370 | RMO Trustee | 1080 SHADOWROW RD | LAKE | land | 15,200.00 | $227.33 | | Parkview 2008R021420 | $5,857,208.30 (amended 2009R024377) $15,604,370.00 | RBS Charter one 2014R013442 ($12,960,000.00) | 12,960,000.00 | | |
| 1195/326 | 27B057C000380 | RMO Trustee | 1086 SHADOWROW RD | LAKE | land | 15,200.00 | $227.32 | | Parkview 2008R021420 | $5,857,208.30 (amended 2009R024377) $15,604,370.00 | RBS Charter one 2014R013442 ($12,960,000.00) | 12,960,000.00 | | |
| 1195/326 | 27B057C000390 | RMO Trustee | 1073 LOST NATION RD | LAKE | land | 45,880.00 | $10,529.54 | | Parkview 2008R021420 | $5,857,208.30 (amended 2009R024377) $15,604,370.00 | RBS Charter one 2014R013442 ($12,960,000.00) | 12,960,000.00 | | |
| 1999R036973 | 29B007C000350 | RMO Trustee | CONCORD ST (devil strip) | LAKE | land | 290.00 | $68.06 | | RBS Charter one 2014R013442 | 12,960,000.00 | | | | |
| 1999R036974 | 29B007D001020 | RMO Trustee | MEADOW ST | LAKE | land | 300.00 | $74.87 | | RBS Charter one 2014R013442 | 12,960,000.00 | | | | |
| 1999r035975 | 29B007D001030 | RMO Trustee | CATAWBA ST | LAKE | land | 300.00 | $74.87 | | RBS Charter one 2014R013442 | 12,960,000.00 | | | | |
| 1999R036976 | 29B007E000010 | RMO Trustee | WOOD ST | LAKE | land | 420.00 | $101.93 | | RBS Charter one 2014R013442 | 12,960,000.00 | | | | |
| 1999R036977 | 29B007E000170 | RMO Trustee | E 296 ST | LAKE | land | 430.00 | $102.31 | | RBS Charter one 2014R013442 | 12,960,000.00 | | | | |
| 1999R036979 | 29B007E000450 | RMO Trustee | ROBINDALE ST | LAKE | land | 420.00 | $99.57 | | RBS Charter one 2014R013442 | 12,960,000.00 | | | | |
| 1999R036981 | 31A013B000770 | RMO Trustee | MILLER AV | LAKE | land | 3,010.00 | $716.82 | | RBS Charter one 2014R013442 | 12,960,000.00 | | | | |
| 1997R036108 | 34A017A000030 | RMO Trustee | LAKE SHORE BV | LAKE | land | 55,280.00 | $820.85 | | RBS Charter one 2014R012333 | 12,960,000.00 | | | | |
| 2002r064408 | 35A0080000110 | RMO Trustee | ELBERTA RD/Renaissance Pkwy | LAKE | land | 18,930.00 | $99,507.27 | | RBS Charter one 2008R009281 ($9,500,000.00) | $9,5000,000.00 | RBS Charter one 2014R013442 ($12,960,000.00) | | | |
| 200808439 | 31-210-00-00-012-000 | RMO Trustee | 6912 ST RT 44 | PORTAGE | land | 104,500.00 | $2,617.44 | 19904.62 | RBS Charter One 201407352 | 12,960,000.00 | tax certificate 201517703 201601861 $17,217.94 | tax certificate 201615525 $2,686.68 | | |
| 200808439 | 31-210-00-00-014-000 | RMO Trustee | LOVERS LN | PORTAGE | land | 83,400.00 | $2,088.65 | 16305.92 | RBS Charter One 201407352 | 12,960,000.00 | tax certificate 201517704 201601862 $14,141.77 | tax certificate 201615526 $2,164.12 | | |
| Vol 244, Page 639 | 35-021-00-00-001-000 | RMO Trustee | FROST | PORTAGE | land | 33,600.00 | $6,492.06 | | Marion Rose Nathan Trustee - frances r Rutt, trustee 200110932 200315067 200610255 | 100,000.00 | RBS Charter one 201407352 ($12,960,000.00) | 12,960,000.00 | | |
| Volume 466, Page 545 | 35-021-00-00-002-000 | RMO Trustee | FROST | PORTAGE | land | 100.00 | $14.68 | | RBS Charter One 201407352 | 12,960,000.00 | | | | |
| 200529106 | 35-023-00-00-023-000 | RMO Trustee | 538 FROST | PORTAGE | single family house | 92,500.00 | $0.00 | 8997.92 | Parkview 200813955 | $5,857,208.30 (amended 2009R018937) to $15,604,370.00 | RBS Charter One 201407352 ($12,960,000.00) | tqx certificate 201517719 201616876 $4132.52 | tax certificate 201615568 $2,311.25 | tax certificate 201715988 $2,551.15 |

| Property Information | | | | | type | Counties 100% Market Valuations | Taxes and deling. 2016 payable 2017 | total of tax certificates | First Mortgage | | | Additional Mortgages/liens | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| current deed | Parcel | owner | street address | county | | | as of 11/20/2017 | | Lender (1) Instrument No | mortgage amount | | 2nd | third | fourth | Fifth |
| | | | | TOTALS | | 8,479,880.00 | 551,058.71 | 193119.25 | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

| Name of Entity | Percent owned by RMO/Trusts | Date Formed | Date Ceased Operations | Active/Inactive | Accountant/Bookkeeper | EIN (If known) |
|---|---|---|---|---|---|---|
| 000 Richmond Road LLC | 100.00% | 6/2/2014 | | Active | | |
| 000 West Jackson LLC | 100.00% | 6/2/2014 | | Active | | |
| 001 Jackson Street LLC | 100.00% | 6/2/2014 | | Active | | |
| 1058 Peach Blvd | 100.00% | 6/2/2014 | | Active | | |
| 11447 Viceroy LLC | 100.00% | 9/22/2014 | | Active | | |
| 11486 Viceroy LLC | 100.00% | 6/2/2014 | | Active | | |
| 11495 Viceroy LLC | 100.00% | 6/2/2014 | | Active | | |
| 11520 Monarch LLC | 100.00% | 8/15/2016 | | Active | | |
| 11575 Girdled Road LLC | 100.00% | 2/26/2014 | | Active | | |
| 1180 W. Jackson St LLC | 100.00% | 9/22/2014 | | Active | | |
| 1392 Jackson Street LLC | 100.00% | 3/15/2017 | | Active | | |
| 15499 Kinsman Road LLC | 100.00% | 3/15/2017 | | Active | | |
| 2412 N. Newton Falls Road LLC | 100.00% | 8/29/2016 | | Active | | |
| 2737 Hubbard Rd LLC | 100.00% | 7/3/2017 | | Active | | |
| 27981 EUCLID CO., LLC | 50.00% | 6/18/1997 | | Active | | |
| 306 Lakeshore LLC | 100.00% | 1/6/2012 | | Active | | |
| 362 Center Street LLC | 100.00% | 3/15/2017 | | Active | | |
| 366 Center Street LLC | 100.00% | 3/15/2017 | | Active | | |
| 38700 PELTON ROAD, LLC | 100.00% | 1/22/2008 | | Active | | |
| 5848 Vrooman Road LLC | 100.00% | 7/3/2017 | | Active | | |
| 6631 Ridge Road LLC | 100.00% | 6/2/2014 | | Active | | |
| 7001 Center Street LLC | 100.00% | 7/26/2016 | | Active | | |
| 7621 MENTOR AVENUE, LLC | 100.00% | 12/2/2009 | | Active | | |
| 8014 Bellflower LLC | 100.00% | 5/7/2013 | | Active | | |
| 815 Superior Ave LLC | 100.00% | 8/29/1994 | | Active | | |
| 8491 Mayfield Acquisitions LLC | 25.00% | 10/25/2016 | | Active | | |
| 8667 East Avenue LLC | 100.00% | 9/22/2014 | | Active | | |
| 9010 TYLER, LLC | 100.00% | 8/9/2017 | | Active | | |
| A000 MENTOR AVENUE, LLC | 100.00% | 6/2/2014 | | Active | | |
| ANGRMO OIL & GAS | 50.00% | 3/3/2003 | | Active | | |
| BACK LAND, LLC | 100.00% | 3/3/2016 | | Active | | |
| BIG OAT'S OIL FIELD SUPPLY COMPANY, LLC | 100.00% | 5/8/2009 | | Active | | 34-1782080 |
| BISHOP ROAD LLC | 100.00% | 11/15/2015 | | Active | | |
| BLACK BEAR REALTY, LTD. | 99.00% | 5/4/1995 | | Active | | 34-1801548 |
| BLACKBROOK ROAD, LLC | 100.00% | 4/10/2014 | | Active | | |
| CHOWDER GAS STORAGE FACILITY, LLC | 100.00% | 6/9/2008 | | Active | | |
| CHOWDER LAND DEVELOPMENT CO., LLC | 100.00% | 7/28/2008 | | Active | | |
| COBRA PIPELINE CO., LTD. | 85.93% | 10/17/2015 | | Active | | 41-2255945 |
| CONCORD/HAMBDEN ROAD, LLC | 100.00% | 3/22/2013 | | Active | | |
| DAVID OIL COMPANY, LLC | 100.00% | 8/5/2016 | | Active | | |
| EAST 27TH STREET LLC | 100.00% | 12/31/2015 | | Active | | |
| ESPYVILLE PA, LLC | 100.00% | 6/2/2014 | | Active | | |
| FARLEY LAND, LLC | 100.00% | 10/31/2016 | | Active | | |
| FRONT LAND, LLC | 100.00% | 3/3/2016 | | Active | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| GREAT LAKES PARKWAY, LLC | 100.00% | 12/23/2009 | | Active | | |
| HALE ROAD, LLC | 100.00% | 11/24/2014 | | Active | | |
| HAMILTON/MERCANTILE DEVELOPMENT COMPANY, INC. | 100.00% | 4/23/1997 | | Active | | |
| HAMILTON-MERCANTILE LAND LLC | 100.00% | 11/15/2015 | | Active | | |
| HEISLEY-HOPKINS, INC. | 100.00% | 2/4/1991 | | Active | | 34-1701842 |
| JOHN D. OIL AND GAS COMPANY | 100.00% | 6/23/2000 | | Active | | |
| John D. Oil and Gas Marketing LLC | 85.93% | | | Active | | 38-3724735 |
| JOHN D. RESOURCES, LLC | 100.00% | 9/27/2004 | | Active | | 01-0849110 |
| KYKUIT RESOURCES, LLC | 18.22% | 5/8/2007 | | Active | | 23-0184655 |
| Lec House LLC | 100.00% | 12/21/2016 | | Active | | |
| LEIMCO ACQUISITION COMPANY, LLC | 100.00% | 9/6/2017 | | Active | | |
| LEIMCO DEVELOPMENT COMPANY, LTD. | 90.00% | 3/30/2001 | | Active | | |
| LEIMCO HOLDING COMPANY, LLC | 100.00% | 3/3/2016 | | Active | | |
| LIGHTNING OIL CO., LTD. | 49.00% | 4/5/1996 | | Active | | |
| LIGHTNING OIL COMPANY | 100.00% | 12/9/1991 | | Active | | 31-1490133 |
| LIGHTNING PIPELINE COMPANY II, INC. | 100.00% | 1/30/2002 | | Active | | 02-0617550 |
| LIGHTNING PIPELINE COMPANY LTD. | 85.93% | 10/15/2001 | | Active | | 02-0617547 |
| LITTLE INCH, LLC | 100.00% | 5/11/2005 | | Active | | |
| MADISON LAND LLC | 100.00% | 11/15/2015 | | Active | | |
| MADISON/ROUTE 20, LLC | 50.00% | 5/6/1999 | | Active | | |
| MARIETTA LAND PROPERTIES LLC | 100.00% | 9/6/2016 | | Active | | |
| MENTOR EQUIPMENT RENTAL LLC | 100.00% | 1/21/2015 | | Active | | |
| MIDWAY INDUSTRIAL CAMPUS CO., LTD. | 33.34% | 12/18/2000 | | Active | | |
| NATHAN PROPERTIES, LLC | 100.00% | 10/21/2011 | | Active | | |
| NEO GAS MARKETING, LLC | 100.00% | 7/17/2003 | | Active | | 20-0119593 |
| OHIO PIPELINE LLC | 85.93% | 5/27/2004 | | Active | | |
| Orwell-Trumbull Pipeline Co. LLC | 85.30% | 9/3/2004 | | Active | | 43-2082799 |
| OSAIR, INC | 95.00% | 2/9/1963 | | Active | | 34-0964544 |
| PAINESVILLE BALLFIELD, LLC | 100.00% | 9/22/2014 | | Active | | |
| PLAZA AVENUE, LLC | 100.00% | 9/22/2014 | | Active | | |
| POPEYE'S MARINA, INC. | 100.00% | 11/18/1987 | | Active | | |
| RAVENNA ROAD II, LLC | 100.00% | 9/22/2014 | | Active | | |
| RIGRTONA HOLDING COMPANY, LLC | 100.00% | 3/3/2016 | | Active | | |
| RMO, Inc. | 100.00% | 8/16/1989 | | Active | | |
| ROCKEFELLER OIL COMPANY, LLC | 100.00% | 8/5/2016 | | Active | | |
| ROUTE 84 LLC | 100.00% | 5/17/2017 | | Active | | |
| S.C.R.O. COMPANY, LLC | 50.00% | 5/19/1999 | | Active | | |
| SLEEPY HOLLOW OIL & GAS, LLC | 100.00% | 11/19/2005 | | Active | | 90-0437215 |
| Tatonka Oil Company LLC | 100.00% | 4/21/2016 | | Active | | |
| THE RETIREMENT MANAGEMENT COMPANY | 100.00% | 3/26/1993 | | Active | | |
| TIN MAN STORAGE, LLC | 100.00% | 6/13/2005 | | Active | | |
| TINMAN STORAGE CENTER, LLC | 100.00% | 11/12/2004 | | Active | | |
| WILLIAMS RD., LLC | 100.00% | 9/22/2014 | | Active | | |
| WILSON LAND PROPERTIES, LLC | 100.00% | 1/14/2014 | | Active | | |
| WOODLANDS ASSISTED LIVING RESIDENCE - EASTLAND, LLC | 100.00% | 1/29/2004 | | Active | | 20-0703922 |

| | | | | | | |
|---|---|---|---|---|---|---|
| YELLOWBRICK STORAGE, LLC | 100.00% | 5/3/2013 | | Active | | |
| 1450 Jackson Street II LLC | 100.00% | 9/22/2014 | 2017 | Inactive | | |
| 1450 Jackson Street LLC | 100.00% | 11/16/2010 | 2017 | Inactive | | |
| 2681 ORCHARD WAY, INC. | 100.00% | 7/25/1999 | | Inactive | | |
| 5480 Woodside Road LLC | 100.00% | 10/28/2010 | 2015 | Inactive | | |
| 5580 Woodside Rd. LLC | 100.00% | 5/11/2017 | 2015 | Inactive | | |
| 7123 INDUSTRIAL PARK BLVD., INC. | 100.00% | 1/15/1992 | 2002 | Inactive | | 34-1703840 |
| 8420 Mentor Avenue LLC | 100.00% | 6/2/2014 | Unknown | Inactive | | |
| 8644 Station Street LLC | 100.00% | 5/30/2013 | 2016 | Inactive | | |
| ACHIEVEMENT, LTD | 50.00% | 11/5/1996 | 2014 | Inactive | | |
| ALTA GAS SERVICES LLC | 100.00% | 7/11/2005 | 2014 | Inactive | | |
| ANDOVER PROPANE, LLC | 100.00% | 6/26/2013 | 2012 | Inactive | | |
| BEDFORD PROPERTIES LTD. | 66.89% | 9/14/1994 | 2014 | Inactive | | |
| BLUE HERON DEVELOPMENT LTD. | 100.00% | 11/2/1995 | 10+ years ago | Inactive | | 34-1821532 |
| Brainard Gas Corp | 100.00% | 6/10/1999 | 2010 | Inactive | | |
| CARDINAL FRANCHISE CORP. | 100.00% | 7/13/1993 | 10+ years ago | Inactive | | 34-1747067 |
| CENTER STREET INVESTMENTS, INC. | 54.20% | 7/28/2000 | Unknown | Inactive | | |
| CHARDON BANK BUILDING, LLC | 100.00% | 3/2/2009 | 10+ years ago | Inactive | | |
| CHECKERS OF OHIO, INC. | 100.00% | 10/15/1990 | Never Operated | Inactive | | |
| COLUMBUS TILE YARD, LLC | 100.00% | 5/16/2002 | 10+ years ago | Inactive | | 02-0617512 |
| CONCORD GROUP, LLC | 50.00% | 4/19/2001 | 10+ years ago | Inactive | | |
| CRILE ROAD DEVELOPERS, LTD. | 100.00% | 2/22/2000 | 10+ years ago | Inactive | | |
| CUBBY'S RECYCLING LLC | 100.00% | 4/7/2011 | Never Operated | Inactive | | |
| DELICIOUS DESIGNATED DRIVERS, LLC | 100.00% | 1/31/2011 | Never Operated | Inactive | | |
| DMO PROPERTIES, INC. | 100.00% | 6/17/1988 | 5+ years ago | Inactive | | 34-1595405 |
| ERIE-COKE PROPERTIES, INC. | 33.34% | 10/26/2000 | 10+ years ago | Inactive | | |
| FIRST INDEMNITY, LTD. | 100.00% | 11/1/1996 | 10+ years ago | Inactive | | 31-1489512 |
| FLAGLER, LLC | 100.00% | 4/4/2003 | 10+ years ago | Inactive | | |
| FOREVER WILD, LLC | 100.00% | 6/5/2003 | Never Operated | Inactive | | |
| GN1, LLC | 100.00% | 1/3/2006 | Unknown | Inactive | | |
| GN2, LLC | 100.00% | 1/3/2006 | Unknown | Inactive | | |
| GN3, LLC | 100.00% | 1/3/2006 | Unknown | Inactive | | |
| GN4, LLC | 100.00% | 1/3/2006 | Unknown | Inactive | | |
| GN5, LLC | 100.00% | 1/18/2006 | Unknown | Inactive | | |
| GREAT LAKES PLAZA, LTD. | 51.47% | 7/15/2002 | 2012 | Inactive | | |
| GREAT PLAINS EXPLORATION, LLC | 100.00% | 4/4/2003 | 2016 | Inactive | | 56-2349495 |
| HEISLEY STORAGE & MINI LTD. | 33.00% | 11/9/1995 | 10+ years ago | Inactive | | |
| HOPKINS HEISLEY CORP. | 100.00% | 3/6/1997 | 10+ years ago | Inactive | | |
| LAKESHORE & RT. 306, LLC | 100.00% | 7/16/2012 | 2012 | Inactive | | 01-0849110 |
| LIBERTY SELF STOR II LLC | 99.00% | | 2012 | Inactive | | |
| LIBERTY SELF STOR, LTD. | 100.00% | 6/3/1996 | 2012 | Inactive | | |
| LITTLE OATS, LLC | 100.00% | 3/22/2010 | 2015 | Inactive | | |
| LUDLOW NATURAL GAS COMPANY, LLC | 100.00% | 3/28/2017 | 2016 | Inactive | | |
| MATCHWORKS TAVERN, LLC | 100.00% | 1/5/2011 | 2012 | Inactive | | |
| MATCHWORKS, LLC | 100.00% | 1/31/2012 | 2012 | Inactive | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| MEADOWLANDS APARTMENTS, INC. | 100.00% | 2/2/1994 | 10+ years ago | Inactive | | 34-1762459 |
| MENTOR-BARD PROPERTIES, LLC | 50.00% | 3/29/2004 | 2012 | Inactive | | |
| MERIDIAN POINT REALTY TRUST '83 | 100.00% | 12/14/1998 | 10+ years ago | Inactive | | |
| NORTHWESTERLY, LTD. | 100.00% | 8/22/1996 | 10+ years ago | Inactive | | 34-1860277 |
| OPD SANITARY SEWER DEVELOPMENT COMPANY, LLC | 100.00% | 7/3/2002 | 2014 | Inactive | | |
| ORWELL NATURAL GAS COMPANY | 100.00% | 8/12/1986 | 2012 | Inactive | | 34-1534903 |
| OSBORNE CRUSHED STONE & CONCRETE LLC | 100.00% | 8/1/2015 | 2015 | Inactive | | |
| OSBORNE MONETARY FINANCE, LLC | 100.00% | 3/30/2015 | 2015 | Inactive | | |
| OSBORNE SECURITIES, INC. | 50.00% | 9/12/1980 | 30+ years ago | Inactive | | |
| PAINESVILLE BANK BUILDING, LLC | 100.00% | 3/2/2009 | 2012 | Inactive | | |
| PAINESVILLE TOWNSHIP TRAILER PARK, INC. | 50.00% | 5/10/1989 | 10+ years ago | Inactive | | |
| RENAISSANCE PARKWAY LLC | 100.00% | 2/29/2016 | 2016 | Inactive | | |
| RICK'S II, LLC | 100.00% | 12/23/2009 | Unknown | Inactive | | |
| RICK'S LTD. | 100.00% | 11/3/2008 | Unknown | Inactive | | |
| RICKY HOMES, INC | 100.00% | 10/17/1985 | 20+ years ago | Inactive | | |
| ROCKEFELLER RENTALS, LLC | 100.00% | 12/16/2010 | Unknown | Inactive | | |
| ROCKWELL GARAGE, LLC | 100.00% | 3/22/2013 | 2012 | Inactive | | |
| ROCKWELL PROPERTY, LLC | 100.00% | 4/24/2009 | 2012 | Inactive | | |
| ROUTE 20 BOWLING ALLEY, INC. | 50.00% | 7/26/1999 | 10+ years ago | Inactive | | |
| ROUTE 306 PROPERTIES, LLC | 100.00% | 2/12/2014 | Never Operated | Inactive | | |
| ROUTE 306, LLC | 100.00% | 12/27/2011 | Never Operated | Inactive | | |
| ROUTE 44, LLC | 100.00% | 8/24/2012 | 2015 | Inactive | | |
| SOUTHEAST RETIREMENT COMPANY LTD | 100.00% | 8/29/1994 | 10+ years ago | Inactive | | |
| STATION STREET LEASING, LLC | 100.00% | 11/27/2006 | 2012 | Inactive | | |
| STATION STREET LEASING, LLC | 100.00% | 11/27/2006 | Unknown | Inactive | | |
| STATION STREET PARTNERS, LLC | 100.00% | 6/28/2002 | 2012 | Inactive | | |
| STATION STREET PARTNERS, LLC | 100.00% | 6/8/2002 | Unknown | Inactive | | |
| STEVE-RICK, LTD. | 50.00% | 4/12/2002 | Unknown | Inactive | | |
| STIFFTHEBANKS.COM, LLC | 100.00% | 1/13/2011 | Never Operated | Inactive | | |
| SUCH A DEAL, LLC | 100.00% | 5/7/2007 | Never Operated | Inactive | | |
| SUGAR BUSH HOLDINGS, LLC | 100.00% | 10/25/2013 | 2016 | Inactive | | |
| SUGARBRUSH PROPERTIES, LLC | 100.00% | 5/21/2015 | 2016 | Inactive | | |
| SUGARBUSH PROPERTIES I, LLC | 100.00% | 8/8/2014 | 2016 | Inactive | | |
| THE JEROME T. OSBORNE FAMILY LIMITED PARTNERSHIP | 7.28% | 12/31/1996 | 2016-17 | Inactive | | |
| TURBINE STORAGE LLC | 100.00% | 7/8/1999 | 10+ years ago | Inactive | | |
| TURKEY VULTURE FUND XIII, LTD. | 35-40% | 11/22/1994 | 10+ years ago | Inactive | | 34-1786314 |
| TURKEY VULTURE FUND XIV, LTD. | 35-40% | 12/31/2006 | 10+ years ago | Inactive | | 34-1854265 |
| TURKEY VULTURE MANAGEMENT, LTD. | 35-40% | 11/24/1997 | 10+ years ago | Inactive | | 34-1854269 |
| TYLER BOULEVARD HOLDING COMPANY | 100.00% | 9/25/1997 | Unknown | Inactive | | |
| TYLER BOULEVARD, LLC | 100.00% | 1/31/2012 | Unknown | Inactive | | |
| VROOMAN ROAD WATERLINE, LLC | 100.00% | 2/14/2013 | Never Operated | Inactive | | |
| WOODLANDS ASSISTED LIVING RESIDENCE, LLC | 98.00% | 8/25/2000 | 10+ years ago | Inactive | | 34-1932800 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Richard McKay Osborne, Sr.** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF OHIO |
| Case number | 17-17361 |
| (if known) | |

■ Check if this is an
amended filing

Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   - ■ No. Go to Part 2.
   - ☐ Yes.

### Part 2:    List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**
   - ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   - ■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | Total claim |
|---|---|---|---|

| 4.1 | **Big Oats** | Last 4 digits of account number | | $8,996.58 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**38700 Pelton Rd**
**Willoughby, OH 44094**
Number Street City State Zip Code

When was the debt incurred?      2017

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a  community debt

Is the claim subject to offset?
- ☐ No
- ■ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify _____

17-17361-aih    Doc 53    FILED 02/26/18    ENTERED 02/26/18 15:00:03    Page 89 of 110

Debtor 1   **Richard McKay Osborne, Sr.**                    Case number (if know)   **17-17361**

---

| 4.2 | **Cobra Pipeline Company LTD** | Last 4 digits of account number | | **$6,391.51** |

Nonpriority Creditor's Name
**3511 Lost Nation Rd**
**Suite 213**
**Willoughby, OH 44094**
Number Street City State Zip Code

When was the debt incurred?   **2017**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.3 | **Crdt Systems** | Last 4 digits of account number | **0062** | **$81.00** |

Nonpriority Creditor's Name
**100 N Park**
**Helena, MT 59624**
Number Street City State Zip Code

When was the debt incurred?   **Opened  4/18/14**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Great Falls Clinic**

---

| 4.4 | **Credit Collections Services** | Last 4 digits of account number | **6367** | **$145.00** |

Nonpriority Creditor's Name
**Attention: Bankruptcy**
**725 Canton Street**
**Norwood, MA 02062**
Number Street City State Zip Code

When was the debt incurred?   **Opened 10/15**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Collection Attorney Nationwide Insurance**

---

| 4.5 | **Cuyahoga County Common Pleas Ct** |
|---|---|

Nonpriority Creditor's Name

**Clerk of Court- Civil**
**1200 Ontario St FL1**
**Cleveland, OH 44113**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____     **Unknown**

**When was the debt incurred?**    various

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Court costs and fees**

---

| 4.6 | **Deep Springs Trout Club** |
|---|---|

Nonpriority Creditor's Name

**11069 Chardon Rd**
**Chardon, OH 44024**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____     **$1,325.46**

**When was the debt incurred?**    2017

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify   _____

---

| 4.7 | **DONNELLEY FINANCIAL SOLUTIONS INC** |
|---|---|

Nonpriority Creditor's Name

**35 W WACKER DR 35TH FLOOR**
**Chicago, IL 60601**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____     **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Unknown**

---

Debtor 1 **Richard McKay Osborne, Sr.**      Case number (if know)   **17-17361**

---

| 4.8 | **Ecolawn.net** | Last 4 digits of account number _____ | **$1,371.00** |

Nonpriority Creditor's Name
**990 Erie Rd**
**Unit #P**
**Eastlake, OH 44094**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.9 | **Heisley-Hopkins, LLC** | Last 4 digits of account number _____ | **$3,390,435.49** |

Nonpriority Creditor's Name
**c/o Zack Burkons Receiver**
**1621 Euclid Ave Ste 408**
**Cleveland, OH 44115**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **various**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **booked loans to Debtor on books and records of creditor**

---

| 4.10 | **Illuminating Company** | Last 4 digits of account number _____ | **$0.06** |

Nonpriority Creditor's Name
**PO Box 3638**
**Akron, OH 44309**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Royalty**

---

17-17361-aih    Doc 53    FILED 02/26/18    ENTERED 02/26/18 15:00:03    Page 92 of 110

Debtor 1    **Richard McKay Osborne, Sr.**    Case number (if know)    **17-17361**

| 4.1 1 | **John D. Resources LLC** | Last 4 digits of account number _____ | **$55,015.00** |

Nonpriority Creditor's Name

When was the debt incurred?    **various**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Contingent
■ Debtor 1 only
☐ Debtor 2 only    ■ Unliquidated
☐ Debtor 1 and Debtor 2 only    ■ Disputed
☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community debt**    ☐ Student loans
**Is the claim subject to offset?**    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes    ■ Other. Specify  **booked loans to Debtor on books and records of creditor**

---

| 4.1 2 | **Lake County Court of Common Pleas** | Last 4 digits of account number    **1819** | **$711.51** |

Nonpriority Creditor's Name

**Civil Clerk**
**47 N Park Pl**
**Painesville, OH 44077**    When was the debt incurred?    **2017**

Number Street City State Zip Code

**Who incurred the debt?** Check one.    **As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only    ☐ Contingent
☐ Debtor 2 only    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only    ☐ Disputed
☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community debt**    ☐ Student loans
**Is the claim subject to offset?**    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes    ■ Other. Specify  **Court Costs**

---

| 4.1 3 | **Ludlow Natural Gas Co. LLC** | Last 4 digits of account number _____ | **$23,104.82** |

Nonpriority Creditor's Name

When was the debt incurred?    **various**

Number Street City State Zip Code

**Who incurred the debt?** Check one.    **As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only    ☐ Contingent
☐ Debtor 2 only    ■ Unliquidated
☐ Debtor 1 and Debtor 2 only    ☐ Disputed
☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community debt**    ☐ Student loans
**Is the claim subject to offset?**    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes    ■ Other. Specify  **booked loans to Debtor on books and records of creditor**

---

Debtor 1    **Richard McKay Osborne, Sr.**                                      Case number (if know)    **17-17361**

---

| 4.1 4 | **McKay Real Estate Corp.** | Last 4 digits of account number _____ | **$427,318.17** |

Nonpriority Creditor's Name

**When was the debt incurred?**    **various**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

■ Unliquidated

☐ At least one of the debtors and another

■ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **booked loans to Debtor on books and records of creditor**

---

| 4.1 5 | **Mentor Lumber** | Last 4 digits of account number _____ | **$142,091.44** |

Nonpriority Creditor's Name

**7180 Center St**
**Mentor, OH 44060**

**When was the debt incurred?**    **2017**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   _____

---

| 4.1 6 | **Orwell Natural Gas** | Last 4 digits of account number _____ | **$9.45** |

Nonpriority Creditor's Name

**PO Box 73139**
**Cleveland, OH 44193-3139**

**When was the debt incurred?**    **2017**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

■ Unliquidated

☐ At least one of the debtors and another

■ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **on books and records of company**

---

| 4.1 7 | **OsAir Inc.** | Last 4 digits of account number | _____ | **$2,051,251.94** |

**OsAir Inc.**
Nonpriority Creditor's Name
**7001 Center St**
**Mentor, OH 44060**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    $2,051,251.94

When was the debt incurred?    **various**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **booked loans to Debtor on books and records of creditor**

---

| 4.1 8 | **Portage County Common Pleas** | Last 4 digits of account number | **various** | **Unknown** |

**Portage County Common Pleas**
Nonpriority Creditor's Name
**Civil Division**
**PO BOX 1035**
**Ravenna, OH 44266-1035**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?    **2017-2018**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Court Costs**

---

| 4.1 9 | **Tony Schreiber's Hauling** | Last 4 digits of account number | _____ | **$450.00** |

**Tony Schreiber's Hauling**
Nonpriority Creditor's Name
**PO Box 1106**
**Fairport, OH 44077**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?    **2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    _____

---

| 4.2 0 | **Walker Brothers Construction** | **Last 4 digits of account number** _____ | $395.00 |

Nonpriority Creditor's Name
**284 Richmond St**
**Painesville, OH 44077**
Number Street City State Zip Code

**When was the debt incurred?**  **2017**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.2 1 | **Yellowbrick Storage LLC** | **Last 4 digits of account number** _____ | $63,267.62 |

Nonpriority Creditor's Name

Number Street City State Zip Code

**When was the debt incurred?**  **various**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  booked loans to Debtor on books and records of creditor

---

**Part 3:**　**List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **COLE, AARON M**<br>**2323 PARK AVE**<br>**Cincinnati, OH 45206** | Line **4.7** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number _____ | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Cuyahoga County Prosecutor**<br>**General Civil Division**<br>**1200 Ontario St FL 8**<br>**Cleveland, OH 44113** | Line **4.5** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number _____ | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Lake County Prosecutor-Civil**<br>**105 Main St**<br>**PO Box 490**<br>**Painesville, OH 44077** | Line **4.12** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number _____ | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Ohio Attorney General** | Line  of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims |

Debtor 1    **Richard McKay Osborne, Sr.**                                      Case number (if know)    **17-17361**

**Collections Enforcement Section**
**attn Bankruptcy Staff**                                          ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**150 E Gay ST Fl 21**
**Columbus, OH 43215**
                                   Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| --- | --- |
| **Portage County Prosecutor** | Line **4.18** of (Check one): |
| **Civil Division** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **241 S Chestnut St** | ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Ravenna, OH 44266** | |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| --- | --- |
| **United States Attorney General** | Line  of (Check one): |
| **Main Justice Bldg** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **10th & Constitution Ave NW** | ☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Washington, DC 20530** | |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| --- | --- |
| **US Attorney-- ND Ohio** | Line  of (Check one): |
| **Attn Bankruptcy Section** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **801 W Superior Ave Ste 400** | ☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Cleveland, OH 44113-1852** | |

Last 4 digits of account number

**Part 4:**    **Add the Amounts for Each Type of Unsecured Claim**

6.  **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | | Total Claim |
| --- | --- | --- | --- | --- |
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 0.00 |

| | | | | Total Claim |
| --- | --- | --- | --- | --- |
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 6,172,361.05 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 6,172,361.05 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Richard McKay Osborne, Sr.** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF OHIO |
| Case number | 17-17361 |
| (if known) | |

■ Check if this is an amended filing

Official Form 106H
# Schedule H: Your Codebtors                                    12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| Name, Number, Street, City, State and ZIP Code | Check all schedules that apply: |

| | | |
|---|---|---|
| 3.1 | **8667 East Avenue LLC** | ■ Schedule D, line __2.11__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Huntington Natl Bk** |
| 3.2 | **BIG OAT'S OIL FIELD SUPPLY Co** | ■ Schedule D, line __2.11__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Huntington Natl Bk** |
| 3.3 | **Black Bear Realty Ltd** | ■ Schedule D, line __2.10__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**First National Bank of PA** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1  **Richard McKay Osborne, Sr.**                    Case number *(if known)*  **17-17361**

| | |
|---|---|
| ██ **Additional Page to List More Codebtors** | |
| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.4  **Chowder Gas Storage Facility LLC**

■ Schedule D, line ___**2.10**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**First National Bank of PA**

3.5  **Great Plains Exploration LLC**

■ Schedule D, line ___**2.15**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**RBS Charter One/Citizens**

3.6  **Hamilton Partners Inc.**

■ Schedule D, line ___**2.10**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**First National Bank of PA**

3.7  **Heisley-Hopkins LLC**

■ Schedule D, line ___**2.10**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**First National Bank of PA**

3.8  **John D Oil & Gas Company**

■ Schedule D, line ___**2.15**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**RBS Charter One/Citizens**

3.9  **Junior Properties, Ltd**

■ Schedule D, line ___**2.10**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**First National Bank of PA**

3.10  **Lake Shore Gas Storage, Inc.**

■ Schedule D, line ___**2.10**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**First National Bank of PA**

3.11  **Orwell-Trumbull Pipeline Co**

■ Schedule D, line ___**2.10**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**First National Bank of PA**

Debtor 1    **Richard McKay Osborne, Sr.**                              Case number *(if known)*   **17-17361**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|

3.12    **Oz Gas Ltd**

■ Schedule D, line ___**2.15**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**RBS Charter One/Citizens**

**Fill in this information to identify your case:**

Debtor 1    **Richard McKay Osborne, Sr.**
     First Name      Middle Name      Last Name

Debtor 2
(Spouse if, filing)    First Name      Middle Name      Last Name

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF OHIO

Case number    17-17361
(if known)

■ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy     4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**    **Give Details About Your Marital Status and Where You Lived Before**

1. **What is your current marital status?**

   ■ Married
   ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ■ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ■ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2**    **Explain the Sources of Your Income**

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips | **Unknown** | ☐ Wages, commissions, bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |

Debtor 1    **Richard McKay Osborne, Sr.**          Case number (*if known*)   **17-17361**

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>(January 1 to December 31, 2016 ) | ☐ Wages, commissions, bonuses, tips<br><br>■ Operating a business | **$-510,270.00** | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2015 ) | ☐ Wages, commissions, bonuses, tips<br><br>■ Operating a business | **$-2,415,439.00** | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |

5.  **Did you receive any other income during this year or the two previous calendar years?**
    Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

    List each source and the gross income from each source separately. Do not include income that you listed in line 4.

    ☐ No
    ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | See tax return | **Unknown** | | |
| **For last calendar year:**<br>(January 1 to December 31, 2016 ) | see tax return | **$634,132.00** | | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2015 ) | see tax return | **$91,609.00** | | |

**Part 3:**    **List Certain Payments You Made Before You Filed for Bankruptcy**

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

    ■ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

       During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

       ■ No.   Go to line 7.
       ☐ Yes   List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
       * Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

    ☐ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
       During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

       ☐ No.   Go to line 7.
       ☐ Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No
☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☑ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Osborne  et al v. Park View Federal Savings Bank, et al I 7-CA-106614** | appeal of the judgment giving rise to the appointment of the receiver | **Cuyahoga County Court of Appeals** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **RICHARD M. OSBORNE, ET AL vs. PARK VIEW FEDERAL SAVINGS BANK 14CV822810** | **Breach of Contract** | **Cuyahoga County Common Pleas Ct Clerk of Court- Civil 1200 Ontario St FL1 Cleveland, OH 44113** | ☐ Pending<br>☑ On appeal<br>☐ Concluded |
| **U.S. v. Osborne (individually and as trustee of RMO Trust), Center Street Investments, Inc., Calendar Real Estate Development Co., LLC, et al. 11-CV-2039** | alleged violations of the Clean Water Act caused by his operation of a rock crushing facility | **U.S. Dist. Ct.** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **RICHARD M. OSBORNE, ET AL. vs. KOHRMAN, JACKSON & KRANTZ P.L.L., ET AL. CV-14-830753** | **Tort** | **Cuyahoga County Common Pleas Ct Clerk of Court- Civil 1200 Ontario St FL1 Cleveland, OH 44113** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| **U.S. v. Osborne (individually and as trustee of RMO Trust), Madison/Rte 20, LLC, Midway Industrial Campus Co., LLC,1 et al 11-CV-1029** | **CWA violation case** | **U.S. Dist. Ct** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **In re Estate of Jerome T. Osborne**<br>**14 ES 0305** | **Probate Matter** | **Lake County Probate Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Bank of America v Bucks**<br>**17CF002041** | **Foreclosure** | **Lake County Court of**<br>**Common Pleas**<br>**Civil Clerk**<br>**47 N Park Pl**<br>**Painesville, OH 44077** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Chicago Title Ins. Co. v. Osborne,**<br>**Inc. and Osborne (individually),**<br>**17CV000880** | **Collection** | **Lake County Common**<br>**Pleas Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Chicago Title Ins. Co. v. Osborne,**<br>**Inc. and Osborne (individually),**<br>**17CV000816** | **Collection** | **Lake County Court of**<br>**Common Pleas**<br>**Civil Clerk**<br>**47 N Park Pl**<br>**Painesville, OH 44077** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Osborne (individually and as**<br>**trustee of RMO Trust) v. Gorman,**<br>**et al.**<br>**17CV00 1408** | **Collection** | **Lake County Court of**<br>**Common Pleas** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| **Richard M. Osborne, Executor v.**<br>**Jennifer lafelice**<br>**15 CV 0103** | **declaration** | **Lake County Probate Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Cobra Pipeline Co., Ltd. v. Ohio**<br>**Tax Commissioner**<br>**n/a** | **tax assessment** | **Ohio Bd. of Tax Appeals** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Orwell-Trumbull Pipeline v. Ohio**<br>**Tax Commissioner**<br>**n/a** | **Tax Appeal** | **Ohio Bd. of Tax Appeals** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Osborne Trustee v LaFountaine**<br>**etal**<br>**CV17-0532** | **Collection/Foreclosure** | **Supreme Court County of**<br>**Essex NY** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **LAKE COUNTY TREASURER vs .**<br>**PARCELS OF LAND**<br>**16CF001819** | **Foreclosure** | **Lake County Court of**<br>**Common Pleas**<br>**Civil Clerk**<br>**47 N Park Pl**<br>**Painesville, OH 44077** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| **LAKE COUNTY TREASURER vs .**<br>**PARCELS OF LAND**<br>**16CF001704** | **Foreclosure** | **Lake County Court of**<br>**Common Pleas**<br>**Civil Clerk**<br>**47 N Park Pl**<br>**Painesville, OH 44077** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **LAKE COUNTY TREASURER vs .<br>PARCELS OF LAND**<br>**16CF001651** | **Foreclosure** | **Lake County Court of<br>Common Pleas<br>Civil Clerk<br>47 N Park Pl<br>Painesville, OH 44077** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| **LAKE COUNTY TREASURER vs .<br>PARCELS OF LAND**<br>**16CF001631** | **Foreclosure** | **Lake County Court of<br>Common Pleas<br>Civil Clerk<br>47 N Park Pl<br>Painesville, OH 44077** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| **LAKE COUNTY TREASURER vs .<br>PARCELS OF LAND**<br>**16CF001394** | **Foreclosure** | **Lake County Court of<br>Common Pleas<br>Civil Clerk<br>47 N Park Pl<br>Painesville, OH 44077** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| **LAKE COUNTY TREASURER vs .<br>PARCELS OF LAND**<br>**16CF1633** | **Foreclosure** | **Lake County Court of<br>Common Pleas<br>Civil Clerk<br>47 N Park Pl<br>Painesville, OH 44077** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| **LAKE COUNTY TREASURER vs .<br>PARCELS OF LAND**<br>**16CF1632** | **Foreclosure** | **Lake County Court of<br>Common Pleas<br>Civil Clerk<br>47 N Park Pl<br>Painesville, OH 44077** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **LAKE COUNTY TREASURER vs .<br>PARCELS OF LAND**<br>**16CF1631** | **Foreclosure** | **Lake County Court of<br>Common Pleas<br>Civil Clerk<br>47 N Park Pl<br>Painesville, OH 44077** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| **LAKE COUNTY TREASURER vs .<br>PARCELS OF LAND**<br>**16CF1630** | **Foreclosure** | **Lake County Court of<br>Common Pleas<br>Civil Clerk<br>47 N Park Pl<br>Painesville, OH 44077** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **LAKE COUNTY TREASURER vs .<br>PARCELS OF LAND**<br>**16CF1622** | **Foreclosure** | **Lake County Court of<br>Common Pleas<br>Civil Clerk<br>47 N Park Pl<br>Painesville, OH 44077** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| **LAKE COUNTY TREASURER vs .<br>PARCELS OF LAND**<br>**16CF1620** | **Foreclosure** | **Lake County Court of<br>Common Pleas<br>Civil Clerk<br>47 N Park Pl<br>Painesville, OH 44077** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| CENTER STREET SCHOOL CONDOMINIUMS AND COACHHOUSES vs . OSBORNE TRUSTEE, 156CF1547 | Foreclosure | Lake County Court of Common Pleas Civil Clerk 47 N Park Pl Painesville, OH 44077 | ☐ Pending<br>■ On appeal<br>☐ Concluded |
| LAKE COUNTY TREASURER vs . PARCELS OF LAND ENCUMBERED WITH LIENS 16CF1402 | Foreclosure | Lake County Court of Common Pleas Civil Clerk 47 N Park Pl Painesville, OH 44077 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| OSBORNE TRUST, RICHARD M et al vs . FIRSTMERIT BANK NA et al 16CCV0363 | Breach of Contract | Lake County Court of Common Pleas Civil Clerk 47 N Park Pl Painesville, OH 44077 | ☐ Pending<br>☐ On appeal<br>■ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?** Check all that apply and fill in the details below.

☐ No. Go to line 11.
■ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| Treasurer-Lake County 105 Main St PO BOX 490 Painesville, OH 44077-0490 | See listing of Foreclosures<br><br>☐ Property was repossessed.<br>■ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | various | Unknown |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
■ No
☐ Yes

**Part 5:     List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
■ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 Charity's Name Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

**Part 6:    List Certain Losses**

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☐ No
☑ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|
| **Fire at PA Compound Swede Road Tidioute PA** | **Mutual Fire Insurance Company** | **8/21/2017** | **$900,000.00** |

**Part 7:    List Certain Payments or Transfers**

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| Person Who Was Paid Address Email or website address Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **FORBES LAW LLC Main Street Law Building 166 Main Street Painesville, OH 44077** | | **12/17** | **$2,527.50** |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
☑ Yes. Fill in the details.

| Person Who Received Transfer Address Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Louie V, LLC**<br>**7321 Markell rd**<br>**Waite Hill, OH 44094**<br><br>**Daughter's LLC** | **See attached** | **None** | **January 8, 2017** |
| **Jerome Osborne**<br>**6011 Heisley Rd**<br>**Mentor, OH 44060**<br><br>**Nephew** | **06/01/2017; 2 shares of Osborne Concrete & Stone & 6 shares of Fairport Trucking for a total purchase of $181,268.00**<br>**07/05/2017; 8 shares of Grand River Asphalt for a total purchase of $178,175.50**<br>**10/16/2017; 19 shares of Osborne Co. Ltd. for a total purchase of $100,000.00**<br>**10/17/2017; 8 shares of Grand River Asphalt for a total purchase of $178,175.50** | **$637,619.00** | **6/01;7/05;10/16; 10/17/2017** |
| **Michael E Osborne Trustee and Metric Drive Investors LLC**<br>**7670 Tyler Blvd**<br>**Mentor, OH 44060**<br><br>**Brother's Trust and Company** | **15 Shares of Cuyahoga Concrete Co. Owned by RMO, Inc. (RMO, Inc. owned the stock and received the funds; Debtor also signed as seller individually)** | **$528,172.80 (Paid to RMO, Inc.)** | **8/23/17** |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)
☐ No
■ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|
| **Richard M Osborne Trust** | | **1995; revoked 12/17** |
| **RIGRTONA Trust** | | **1995?; revoked 12/17** |

---

**Part 8:**    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
**Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.**
■ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of Financial Institution<br>**Address** (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>**Address** (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☐ **No**
■ **Yes. Fill in the details.**

| Name of Storage Facility<br>**Address** (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>**Address** (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| Debtors other homes<br>Various | | Furnishings | ☐ No<br>■ Yes |

**Part 9:** Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ **No**
☐ **Yes. Fill in the details.**

| Owner's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

**Part 10:** Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25. **Have you notified any governmental unit of any release of hazardous material?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

**26.** Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

■ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City,<br>State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

| Part 11: | Give Details About Your Business or Connections to Any Business |
|---|---|

**27.** Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

    ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

    ■ A member of a limited liability company (LLC) or limited liability partnership (LLP)

    ■ A partner in a partnership

    ☐ An officer, director, or managing executive of a corporation

    ■ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies.  Go to Part 12.

■ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **See list attached to Schedule A/B** | | EIN:<br><br>From-To |

**28.** Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

■ No
☐ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| | |

| Part 12: | Sign Below |
|---|---|

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Richard McKay Osborne, Sr.
_____                    _____
**Richard McKay Osborne, Sr.**                              Signature of Debtor 2
Signature of Debtor 1

Date    **February 26, 2018**                         Date _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
■ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).