| Name of Entity | Percent owned by RMO/Trusts | Date Formed | Date Ceased Operations | Active/Inactive | Accountant/Bookkeeper | EIN (If known) |
|---|---|---|---|---|---|---|
| 000 Richmond Road LLC | 100.00% | 6/2/2014 | | Active | | |
| 000 West Jackson LLC | 100.00% | 6/2/2014 | | Active | | |
| 001 Jackson Street LLC | 100.00% | 6/2/2014 | | Active | | |
| 1058 Peach Blvd | 100.00% | 6/2/2014 | | Active | | |
| 11447 Viceroy LLC | 100.00% | 9/22/2014 | | Active | | |
| 11486 Viceroy LLC | 100.00% | 6/2/2014 | | Active | | |
| 11495 Viceroy LLC | 100.00% | 6/2/2014 | | Active | | |
| 11520 Monarch LLC | 100.00% | 8/15/2016 | | Active | | |
| 11575 Girdled Road LLC | 100.00% | 2/26/2014 | | Active | | |
| 1180 W. Jackson St LLC | 100.00% | 9/22/2014 | | Active | | |
| 1392 Jackson Street LLC | 100.00% | 3/15/2017 | | Active | | |
| 15499 Kinsman Road LLC | 100.00% | 3/15/2017 | | Active | | |
| 2412 N. Newton Falls Road LLC | 100.00% | 8/29/2016 | | Active | | |
| 2737 Hubbard Rd LLC | 100.00% | 7/3/2017 | | Active | | |
| 27981 EUCLID CO., LLC | 50.00% | 6/18/1997 | | Active | | |
| 306 Lakeshore LLC | 100.00% | 1/6/2012 | | Active | | |
| 362 Center Street LLC | 100.00% | 3/15/2017 | | Active | | |
| 366 Center Street LLC | 100.00% | 3/15/2017 | | Active | | |
| 38700 PELTON ROAD, LLC | 100.00% | 1/22/2008 | | Active | | |
| 5848 Vrooman Road LLC | 100.00% | 7/3/2017 | | Active | | |
| 6631 Ridge Road LLC | 100.00% | 6/2/2014 | | Active | | |
| 7001 Center Street LLC | 100.00% | 7/26/2016 | | Active | | |
| 7621 MENTOR AVENUE, LLC | 100.00% | 12/2/2009 | | Active | | |
| 8014 Bellflower LLC | 100.00% | 5/7/2013 | | Active | | |
| 815 Superior Ave LLC | 100.00% | 8/29/1994 | | Active | | |
| 8491 Mayfield Acquisitions LLC | 25.00% | 10/25/2016 | | Active | | |
| 8667 East Avenue LLC | 100.00% | 9/22/2014 | | Active | | |
| 8755 Munson Road LLC | 100.00% | 9/23/2011 | | Active | | |
| 9010 TYLER, LLC | 100.00% | 8/9/2017 | | Active | | |
| A000 MENTOR AVENUE, LLC | 100.00% | 6/2/2014 | | Active | | |
| ANGRMO OIL & GAS | 50.00% | 3/3/2003 | | Active | | |
| BACK LAND, LLC | 100.00% | 3/3/2016 | | Active | | |
| BIG OAT'S OIL FIELD SUPPLY COMPANY, LLC | 100.00% | 5/8/2009 | | Active | | 34-1782080 |
| BISHOP ROAD LLC | 100.00% | 11/15/2015 | | Active | | |
| BLACK BEAR REALTY, LTD. | 99.00% | 5/4/1995 | | Active | | 34-1801548 |
| BLACKBROOK ROAD, LLC | 100.00% | 4/10/2014 | | Active | | |
| CHOWDER GAS STORAGE FACILITY, LLC | 100.00% | 6/9/2008 | | Active | | |
| CHOWDER LAND DEVELOPMENT CO., LLC | 100.00% | 7/28/2008 | | Active | | |
| COBRA PIPELINE CO., LTD. | 85.93% | 10/17/2015 | | Active | | 41-2255945 |
| CONCORD/HAMBDEN ROAD, LLC | 100.00% | 3/22/2013 | | Active | | |
| DAVID OIL COMPANY, LLC | 100.00% | 8/5/2016 | | Active | | |
| EAST 27TH STREET LLC | 100.00% | 12/31/2015 | | Active | | |
| ESPYVILLE PA, LLC | 100.00% | 6/2/2014 | | Active | | |
| FARLEY LAND, LLC | 100.00% | 10/31/2016 | | Active | | |

| Name | Ownership | Date | Status | EIN |
|---|---|---|---|---|
| FRONT LAND, LLC | 100.00% | 3/3/2016 | Active | |
| Gorman Road LLC | 100.00% | 8/3/2011 | Active | |
| GREAT LAKES PARKWAY, LLC | 100.00% | 12/23/2009 | Active | |
| HALE ROAD, LLC | 100.00% | 11/24/2014 | Active | |
| HAMILTON/MERCANTILE DEVELOPMENT COMPANY, INC. | 100.00% | 4/23/1997 | Active | |
| HAMILTON-MERCANTILE LAND LLC | 100.00% | 11/15/2015 | Active | |
| HEISLEY-HOPKINS, INC. | 100.00% | 2/4/1991 | Active | 34-1701842 |
| JOHN D. OIL AND GAS COMPANY | 100.00% | 6/23/2000 | Active | |
| John D. Oil and Gas Marketing LLC | 85.93% | 6/6/2013 | Active | 38-3724735 |
| JOHN D. RESOURCES, LLC | 100.00% | 9/27/2004 | Active | 01-0849110 |
| KYKUIT RESOURCES, LLC | 18.22% | 5/8/2007 | Active | 23-0184655 |
| Lec House LLC | 100.00% | 12/21/2016 | Active | |
| LEIMCO ACQUISITION COMPANY, LLC | 100.00% | 9/6/2017 | Active | |
| LEIMCO DEVELOPMENT COMPANY, LTD. | 90.00% | 3/30/2001 | Active | |
| LEIMCO HOLDING COMPANY, LLC | 100.00% | 3/3/2016 | Active | |
| LIGHTNING OIL CO., LTD. | 49.00% | 4/5/1996 | Active | |
| LIGHTNING OIL COMPANY | 100.00% | 12/9/1991 | Active | 31-1490133 |
| LIGHTNING PIPELINE COMPANY II, INC. | 100.00% | 1/30/2002 | Active | 02-0617550 |
| LIGHTNING PIPELINE COMPANY LTD. | 85.93% | 10/15/2001 | Active | 02-0617547 |
| LITTLE INCH, LLC | 100.00% | 5/11/2005 | Active | |
| MADISON LAND LLC | 100.00% | 11/15/2015 | Active | |
| MADISON/ROUTE 20, LLC | 50.00% | 5/6/1999 | Active | |
| MARIETTA LAND PROPERTIES LLC | 100.00% | 9/6/2016 | Active | |
| MENTOR EQUIPMENT RENTAL LLC | 100.00% | 1/21/2015 | Active | |
| MIDWAY INDUSTRIAL CAMPUS CO., LTD. | 33.34% | 12/18/2000 | Active | |
| NATHAN PROPERTIES, LLC | 100.00% | 10/21/2011 | Active | |
| NEO GAS MARKETING, LLC | 100.00% | 7/17/2003 | Active | 20-0119593 |
| OHIO PIPELINE LLC | 85.93% | 5/27/2004 | Active | |
| Orwell-Trumbull Pipeline Co. LLC | 85.30% | 9/3/2004 | Active | 43-2082799 |
| OSAIR, INC | 95.00% | 2/9/1963 | Active | 34-0964544 |
| Oz Gas Ltd | 100.00% | 2/22/2001 | Active | |
| PAINESVILLE BALLFIELD, LLC | 100.00% | 9/22/2014 | Active | |
| PLAZA AVENUE, LLC | 100.00% | 9/22/2014 | Active | |
| POPEYE'S MARINA, INC. | 100.00% | 11/18/1987 | Active | |
| RAVENNA ROAD II, LLC | 100.00% | 9/22/2014 | Active | |
| RIGRTONA HOLDING COMPANY, LLC | 100.00% | 3/3/2016 | Active | |
| RMO, Inc. | 100.00% | 8/16/1989 | Active | |
| ROCKEFELLER OIL COMPANY, LLC | 100.00% | 8/5/2016 | Active | |
| ROUTE 84 LLC | 100.00% | 5/17/2017 | Active | |
| S.C.R.O. COMPANY, LLC | 50.00% | 5/19/1999 | Active | |
| SLEEPY HOLLOW OIL & GAS, LLC | 100.00% | 11/19/2005 | Active | 90-0437215 |
| Tatonka Oil Company LLC | 100.00% | 4/21/2016 | Active | |
| THE RETIREMENT MANAGEMENT COMPANY | 100.00% | 3/26/1993 | Active | |
| TIN MAN STORAGE, LLC | 100.00% | 6/13/2005 | Active | |
| TINMAN STORAGE CENTER, LLC | 100.00% | 11/12/2004 | Active | |

| Name | Ownership | Date | Last Activity | Status | EIN |
|---|---|---|---|---|---|
| WILLIAMS RD., LLC | 100.00% | 9/22/2014 | | Active | |
| WILSON LAND PROPERTIES, LLC | 100.00% | 1/14/2014 | | Active | |
| WOODLANDS ASSISTED LIVING RESIDENCE - EASTLAND, LLC | 100.00% | 1/29/2004 | | Active | 20-0703922 |
| YELLOWBRICK STORAGE, LLC | 100.00% | 5/3/2013 | | Active | |
| 1344 LOST NATION ROAD LLC | 100.00% | 8/17/2011 | | Inactive | |
| 1450 Jackson Street II LLC | 100.00% | 9/22/2014 | 2017 | Inactive | |
| 1450 Jackson Street LLC | 100.00% | 11/16/2010 | 2017 | Inactive | |
| 2681 ORCHARD WAY, INC. | 100.00% | 7/25/1999 | | Inactive | |
| 5480 Woodside Road LLC | 100.00% | 10/28/2010 | 2015 | Inactive | |
| 5580 Woodside Rd. LLC | 100.00% | 5/11/2017 | 2015 | Inactive | |
| 7123 INDUSTRIAL PARK BLVD., INC. | 100.00% | 1/15/1992 | 2002 | Inactive | 34-1703840 |
| 7341 Lakeshore LLC | 100.00% | 11/21/2011 | Unknown | Inactive | |
| 7597 Mentor Avenue LLC | 100.00% | 3/20/2012 | Unknown | Inactive | |
| 7621 Mentor Avenue LLC | 100.00% | 3/20/2012 | Unknown | Inactive | |
| 8420 Mentor Avenue LLC | 100.00% | 6/2/2014 | Unknown | Inactive | |
| 8644 Station Street LLC | 100.00% | 5/30/2013 | 2016 | Inactive | |
| 8990 Tyler Boulevard LLC | Unknown | 6/15/2010 | Unknown | Inactive | |
| 9130-38 Tyler Boulevard LLC | 100.00% | 6/29/2012 | Unknown | Inactive | |
| ACHIEVEMENT, LTD | 50.00% | 11/5/1996 | 2014 | Inactive | |
| ALTA GAS SERVICES LLC | 100.00% | 7/11/2005 | 2014 | Inactive | |
| ANDOVER PROPANE, LLC | 100.00% | 6/26/2013 | 2012 | Inactive | |
| Barnes LLC | 100.00% | 12/6/2010 | Unknown | Inactive | |
| BEDFORD PROPERTIES LTD. | 66.89% | 9/14/1994 | 2014 | Inactive | |
| BLUE HERON DEVELOPMENT LTD. | 100.00% | 11/2/1995 | 10+ years ago | Inactive | 34-1821532 |
| Brainard Gas Corp | 100.00% | 6/10/1999 | 2010 | Inactive | |
| Butchcoat LLC | Unknown | 11/5/2002 | 7+ years ago | Inactive | |
| CARDINAL FRANCHISE CORP. | 100.00% | 7/13/1993 | 10+ years ago | Inactive | 34-1747067 |
| CENTER STREET INVESTMENTS, INC. | 54.20% | 7/28/2000 | Unknown | Inactive | |
| CHARDON BANK BUILDING, LLC | 100.00% | 3/2/2009 | 10+ years ago | Inactive | |
| CHECKERS OF OHIO, INC. | 100.00% | 10/15/1990 | Never Operated | Inactive | |
| CHR LLC | 100.00% | 3/8/2011 | Unknown | Inactive | |
| COLUMBUS TILE YARD, LLC | 100.00% | 5/16/2002 | 10+ years ago | Inactive | 02-0617512 |
| CONCORD GROUP, LLC | 50.00% | 4/19/2001 | 10+ years ago | Inactive | |
| CRILE ROAD DEVELOPERS, LTD. | 100.00% | 2/22/2000 | 10+ years ago | Inactive | |
| CUBBY'S RECYCLING LLC | 100.00% | 4/7/2011 | Never Operated | Inactive | |
| DELICIOUS DESIGNATED DRIVERS, LLC | 100.00% | 1/31/2011 | Never Operated | Inactive | |
| DMO PROPERTIES, INC. | 100.00% | 6/17/1988 | 5+ years ago | Inactive | 34-1595405 |
| ERIE-COKE PROPERTIES, INC. | 33.34% | 10/26/2000 | 10+ years ago | Inactive | |
| FIRST INDEMNITY, LTD. | 100.00% | 11/1/1996 | 10+ years ago | Inactive | 31-1489512 |
| FLAGLER, LLC | 100.00% | 4/4/2003 | 10+ years ago | Inactive | |
| FOREVER WILD, LLC | 100.00% | 6/5/2003 | Never Operated | Inactive | |
| GN1, LLC | 100.00% | 1/3/2006 | Unknown | Inactive | |
| GN2, LLC | 100.00% | 1/3/2006 | Unknown | Inactive | |
| GN3, LLC | 100.00% | 1/3/2006 | Unknown | Inactive | |

| Entity | Ownership | Date | Last Active | Status | EIN |
|---|---|---|---|---|---|
| GN4, LLC | 100.00% | 1/3/2006 | Unknown | Inactive | |
| GN5, LLC | 100.00% | 1/18/2006 | Unknown | Inactive | |
| GREAT LAKES PLAZA, LTD. | 51.47% | 7/15/2002 | 2012 | Inactive | |
| GREAT PLAINS EXPLORATION, LLC | 100.00% | 4/4/2003 | 2016 | Inactive | 56-2349495 |
| HEISLEY STORAGE & MINI LTD. | 33.00% | 11/9/1995 | 10+ years ago | Inactive | |
| HOPKINS HEISLEY CORP. | 100.00% | 3/6/1997 | 10+ years ago | Inactive | |
| Keene Properties LLC | Unknown | 9/3/2011 | Unknown | Inactive | |
| LAKESHORE & RT. 306, LLC | 100.00% | 7/16/2012 | 2012 | Inactive | 01-0849110 |
| LIBERTY SELF STOR II LLC | 99.00% | | 2012 | Inactive | |
| LIBERTY SELF STOR, LTD. | 100.00% | 6/3/1996 | 2012 | Inactive | |
| LITTLE OATS, LLC | 100.00% | 3/22/2010 | 2015 | Inactive | |
| Lucky Brothers LLC | 50.00% | 10/10/2008 | 5+ years ago | Inactive | |
| LUDLOW NATURAL GAS COMPANY, LLC | 100.00% | 3/28/2017 | 2016 | Inactive | |
| MATCHWORKS TAVERN, LLC | 100.00% | 1/5/2011 | 2012 | Inactive | |
| MATCHWORKS, LLC | 100.00% | 1/31/2012 | 2012 | Inactive | |
| MEADOWLANDS APARTMENTS, INC. | 100.00% | 2/2/1994 | 10+ years ago | Inactive | 34-1762459 |
| MENTOR-BARD PROPERTIES, LLC | 50.00% | 3/29/2004 | 2012 | Inactive | |
| Mentor Condominiums LLC | 100.00% | 12/14/2010 | Unknown | Inactive | |
| MERIDIAN POINT REALTY TRUST '83 | 100.00% | 12/14/1998 | 10+ years ago | Inactive | |
| NORTHWESTERLY, LTD. | 100.00% | 8/22/1996 | 10+ years ago | Inactive | 34-1860277 |
| OPD SANITARY SEWER DEVELOPMENT COMPANY, LLC | 100.00% | 7/3/2002 | 2014 | Inactive | |
| ORWELL NATURAL GAS COMPANY | 100.00% | 8/12/1986 | 2012 | Inactive | 34-1534903 |
| OSBORNE CRUSHED STONE & CONCRETE LLC | 100.00% | 8/1/2015 | 2015 | Inactive | |
| OSBORNE MONETARY FINANCE, LLC | 100.00% | 3/30/2015 | 2015 | Inactive | |
| OSBORNE SECURITIES, INC. | 50.00% | 9/12/1980 | 30+ years ago | Inactive | |
| Oz Acquisition, LLC | 100.00% | 10/18/2010 | 5+ years ago | Inactive | |
| Oz Gas Aviation LLC | Unknown | 12/12/2007 | 5+ years ago | Inactive | |
| PAINESVILLE BANK BUILDING, LLC | 100.00% | 3/2/2009 | 2012 | Inactive | |
| PAINESVILLE TOWNSHIP TRAILER PARK, INC. | 50.00% | 5/10/1989 | 10+ years ago | Inactive | |
| RENAISSANCE PARKWAY LLC | 100.00% | 2/29/2016 | 2016 | Inactive | |
| RICK'S II, LLC | 100.00% | 12/23/2009 | Unknown | Inactive | |
| RICK'S LTD. | 100.00% | 11/3/2008 | Unknown | Inactive | |
| RICKY HOMES, INC | 100.00% | 10/17/1985 | 20+ years ago | Inactive | |
| ROCKEFELLER RENTALS, LLC | 100.00% | 12/16/2010 | Unknown | Inactive | |
| ROCKWELL GARAGE, LLC | 100.00% | 3/22/2013 | 2012 | Inactive | |
| ROCKWELL PROPERTY, LLC | 100.00% | 4/24/2009 | 2012 | Inactive | |
| ROUTE 20 BOWLING ALLEY, INC. | 50.00% | 7/26/1999 | 10+ years ago | Inactive | |
| ROUTE 306 PROPERTIES, LLC | 100.00% | 2/12/2014 | Never Operated | Inactive | |
| ROUTE 306, LLC | 100.00% | 12/27/2011 | Never Operated | Inactive | |
| ROUTE 44, LLC | 100.00% | 8/24/2012 | 2015 | Inactive | |
| S.O.L. Properties LLC | Unknown | 12/14/2006 | Unknown | Inactive | |
| ScultYour Image, LLC | 100.00% | 3/8/2011 | Unknown | Inactive | |
| SOUTHEAST RETIREMENT COMPANY LTD | 100.00% | 8/29/1994 | 10+ years ago | Inactive | |
| STATION STREET LEASING, LLC | 100.00% | 11/27/2006 | Unknown | Inactive | |
| STATION STREET PARTNERS, LLC | 100.00% | 6/8/2002 | Unknown | Inactive | |

| Name | % | Formed | Last Active | Status | EIN |
|---|---|---|---|---|---|
| STEVE-RICK, LTD. | 50.00% | 4/12/2002 | Unknown | Inactive | |
| STIFFTHEBANKS.COM, LLC | 100.00% | 1/13/2011 | Never Operated | Inactive | |
| SUCH A DEAL, LLC | 100.00% | 5/7/2007 | Never Operated | Inactive | |
| SUGAR BUSH HOLDINGS, LLC | 100.00% | 10/25/2013 | 2016 | Inactive | |
| SUGARBRUSH PROPERTIES, LLC | 100.00% | 5/21/2015 | 2016 | Inactive | |
| SUGARBUSH PROPERTIES I, LLC | 100.00% | 8/8/2014 | 2016 | Inactive | |
| THE JEROME T. OSBORNE FAMILY LIMITED PARTNERSHIP | 7.28% | 12/31/1996 | 2016-17 | Inactive | |
| TURBINE STORAGE LLC | 100.00% | 7/8/1999 | 10+ years ago | Inactive | |
| TURKEY VULTURE FUND XIII, LTD. | 35-40% | 11/22/1994 | 10+ years ago | Inactive | 34-1786314 |
| TURKEY VULTURE FUND XIV, LTD. | 35-40% | 12/31/2006 | 10+ years ago | Inactive | 34-1854265 |
| TURKEY VULTURE MANAGEMENT, LTD. | 35-40% | 11/24/1997 | 10+ years ago | Inactive | 34-1854269 |
| TYLER BOULEVARD HOLDING COMPANY | 100.00% | 9/25/1997 | Unknown | Inactive | |
| TYLER BOULEVARD, LLC | 100.00% | 1/31/2012 | Unknown | Inactive | |
| VROOMAN ROAD WATERLINE, LLC | 100.00% | 2/14/2013 | Never Operated | Inactive | |
| WOODLANDS ASSISTED LIVING RESIDENCE, LLC | 98.00% | 8/25/2000 | 10+ years ago | Inactive | 34-1932800 |