| **Fill in this information to identify your case:** | |
|---|---|
| Debtor 1 | **Richard McKay Osborne, Sr.** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF OHIO |
| Case number | 17-17361 |
| (if known) | |

■ Check if this is an
amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct
information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file
your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:   Summarize Your Assets

| | | **Your assets**<br>Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B.......................................................... | $ 9,303,470.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B................................................... | $ 1,528,715.26 |
| | 1c. Copy line 63, Total of all property on Schedule A/B............................................................ | $ 10,832,185.26 |

### Part 2:   Summarize Your Liabilities

| | | **Your liabilities**<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ 25,819,824.41 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................ | $ 0.00 |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............ | $ 6,342,566.46 |
| | **Your total liabilities** | $ 32,162,390.87 |

### Part 3:   Summarize Your Income and Expenses

| | | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*.................................................. | $ 32,091.70 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*................................................ | $ 32,084.06 |

### Part 4:   Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

    ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

    ■ Yes

7. **What kind of debt do you have?**

    ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

    ■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Official Form 106Sum      **Summary of Your Assets and Liabilities and Certain Statistical Information**      page 1 of 2

Debtor 1     **Richard McKay Osborne, Sr.**                              Case number *(if known)* **17-17361**

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form
    122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.                                              $ _____

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | | Total claim |
|---|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ | 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ | 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ | 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ | 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ | 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ | 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ | 0.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| | |
|---|---|
| **Fill in this information to identify your case and this filing:** | |

Debtor 1     **Richard McKay Osborne, Sr.**
           First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)    First Name          Middle Name          Last Name

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF OHIO

Case number    **17-17361**

■ Check if this is an
     amended filing

## Official Form 106A/B
# Schedule A/B: Property              12/15

In each category, separately list and describe items. List an asset only once.  If an asset fits in more than one category, list the asset in the category where you think it fits best.  Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes.  Where is the property?

1.1    **7020 Williams Road**
     Street address, if available, or other description

**Concord**      **OH**      **44077-0000**
City        State        ZIP Code

**Lake**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$235,890.00** | **$235,890.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
    (see instructions)

Debtor 1    **Richard McKay Osborne, Sr.**

Case number *(if known)*    **17-17361**

**1.2**    **If you own or have more than one, list here:**

**IROQUOIS AV**
**11B041E000070**

Street address, if available, or other description

**PAINESVILLE**
**TOWNSHIP**    **OH**    **44077-0000**

City    State    ZIP Code

**LAKE**

County

**What is the property?** Check all that apply

☐ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

■ Land

☐ Investment property

☐ Timeshare

☐ Other

**Who has an interest in the property?** Check one

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**
**$1,320.00**    **$1,320.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

**1.3**    **If you own or have more than one, list here:**

**TREMAINE DR**
**29B010C000010**

Street address, if available, or other description

**WICKLIFFE**    **OH**    **44092-0000**

City    State    ZIP Code

**LAKE**

County

**What is the property?** Check all that apply

☐ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

■ Land

☐ Investment property

☐ Timeshare

☐ Other

**Who has an interest in the property?** Check one

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**
**$800.00**    **$800.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property**
(see instructions)

Debtor 1    **Richard McKay Osborne, Sr.**      Case number *(if known)*   **17-17361**

---

1.4

**If you own or have more than one, list here:**

**E 360 ST**
**34A012C000170**

Street address, if available, or other description

**WILLOUGHBY**    **OH**    **44094-0000**

City      State      ZIP Code

**LAKE**

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
■ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$820.00** | **$820.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property** (see instructions)

---

1.5

**If you own or have more than one, list here:**

**KEEWAYDIN DR**
**34A017B000290**

Street address, if available, or other description

**WILLOUGHBY**    **OH**    **44094-0000**

City      State      ZIP Code

**LAKE**

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
■ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$520.00** | **$520.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property** (see instructions)

---

Debtor 1    **Richard McKay Osborne, Sr.** _____    Case number *(if known)*    **17-17361** _____

### 1.6 If you own or have more than one, list here:

**7265 MARKELL RD**
**25A0060000010**
_____
Street address, if available, or other description

**WAITE HILL**    **OH**    **44094-0000**
_____
City            State    ZIP Code

**LAKE**
_____
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$1,723,370.00** | **$1,723,370.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**
_____

☐ **Check if this is community property**
(see instructions)

---

### 1.7 If you own or have more than one, list here:

**434 WATER ST**
**10-154300**
_____
Street address, if available, or other description

**CHARDON**    **OH**    **44024-0000**
_____
City            State    ZIP Code

**GEAUGA**
_____
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
■ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$100,000.00** | **$100,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**
_____

☐ **Check if this is community property**
(see instructions)

---

17-17361-aih    Doc 72    FILED 03/12/18    ENTERED 03/12/18 17:33:40    Page 6 of 77

Debtor 1     **Richard McKay Osborne, Sr.**     Case number *(if known)*   **17-17361**

**If you own or have more than one, list here:**

1.8

**GIRDLED RD**
**08A0010000490**

Street address, if available, or other description

**CONCORD**
**TOWNSHIP**    **OH**    **44077-0000**

City     State     ZIP Code

**LAKE**

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
■ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**     **Current value of the portion you own?**

**$73,070.00**     **$73,070.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

**If you own or have more than one, list here:**

1.9

**11714 GIRDLED RD**
**08A004A000240**

Street address, if available, or other description

**CONCORD**
**TOWNSHIP**    **OH**    **44077-0000**

City     State     ZIP Code

**LAKE**

County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**     **Current value of the portion you own?**

**$33,540.00**     **$33,540.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

Debtor 1    **Richard McKay Osborne, Sr.**        Case number *(if known)*   **17-17361**

---

**1.10**

**If you own or have more than one, list here:**

**7792 RAVENNA RD**
**08A004B000140**

Street address, if available, or other description

**CONCORD TOWNSHIP**    **OH**    **44077-0000**

City           State       ZIP Code

**LAKE**

County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$114,260.00** | **$114,260.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

**1.11**

**If you own or have more than one, list here:**

**7800 RAVENNA RD**
**08A004B000180**

Street address, if available, or other description

**CONCORD TOWNSHIP**    **OH**    **44077-0000**

City           State       ZIP Code

**LAKE**

County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$137,930.00** | **$137,930.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

Debtor 1    **Richard McKay Osborne, Sr.**                                   Case number *(if known)*   **17-17361**

**If you own or have more than one, list here:**

1.1 2

**11579 GIRDLED RD**
**08A0120000420**

Street address, if available, or other description

**CONCORD**
**TOWNSHIP**          **OH**     **44077-0000**

City                   State        ZIP Code


**LAKE**

County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$204,140.00** | **$204,140.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

**If you own or have more than one, list here:**

1.1 3

**RAVENNA RD**
**08A0130000540**

Street address, if available, or other description

**CONCORD**
**TOWNSHIP**          **OH**     **44077-0000**

City                   State        ZIP Code


**LAKE**

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
■ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$66,750.00** | **$66,750.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

17-17361-aih    Doc 72    FILED 03/12/18    ENTERED 03/12/18 17:33:40    Page 9 of 77

Debtor 1    **Richard McKay Osborne, Sr.**                                    Case number *(if known)*   **17-17361**

**If you own or have more than one, list here:**

1.1
4

**CONCORD HAMBDEN RD**
**08A0140000120**

Street address, if available, or other description

**CONCORD**
**TOWNSHIP**        **OH**    **44077-0000**

City                    State      ZIP Code

**LAKE**

County

**What is the property?** Check all that apply

☐ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

☑ Land

☐ Investment property

☐ Timeshare

☐ Other

**Who has an interest in the property?** Check one

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?        Current value of the portion you own?
**$65,560.00**                                **$65,560.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

**If you own or have more than one, list here:**

1.1
5

**CONCORD HAMBDEN RD**
**08A0140000390**

Street address, if available, or other description

**CONCORD**
**TOWNSHIP**        **OH**    **44077-0000**

City                    State      ZIP Code

**LAKE**

County

**What is the property?** Check all that apply

☐ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

☑ Land

☐ Investment property

☐ Timeshare

☐ Other

**Who has an interest in the property?** Check one

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?        Current value of the portion you own?
**$181,370.00**                              **$181,370.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

17-17361-aih    Doc 72    FILED 03/12/18    ENTERED 03/12/18 17:33:40    Page 10 of 77

Debtor 1   **Richard McKay Osborne, Sr.**      Case number *(if known)*   **17-17361**

---

1.16

**If you own or have more than one, list here:**

**7741 AUBURN RD**
**08A0200000040**

Street address, if available, or other description

**CONCORD**
**TOWNSHIP**    **OH**    **44077-0000**

City      State      ZIP Code

**LAKE**

County

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ■ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

**$89,480.00**      **$89,480.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property** (see instructions)

---

1.17

**If you own or have more than one, list here:**

**LAKE SHORE BV**
**34A017A000030**

Street address, if available, or other description

**EASTLAKE**    **OH**    **44095-0000**

City      State      ZIP Code

**LAKE**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ■ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

**$55,280.00**      **$55,280.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property** (see instructions)

---

17-17361-aih    Doc 72    FILED 03/12/18    ENTERED 03/12/18 17:33:40    Page 11 of 77

Debtor 1    **Richard McKay Osborne, Sr.**         Case number *(if known)*   **17-17361**

**1.18**

**If you own or have more than one, list here:**

**WILLIAMS ST**
**13A0020000200**

Street address, if available, or other description

**GRAND RIVER**    **OH**    **44045-0000**

City        State     ZIP Code

**LAKE**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☒ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$3,940.00** | **$3,940.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property** (see instructions)

---

**1.19**

**If you own or have more than one, list here:**

**CARTER RD**
**07A0270000090**

Street address, if available, or other description

**LEROY**
**TOWNSHIP**    **OH**    **44077-0000**

City        State     ZIP Code

**LAKE**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☒ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$395,880.00** | **$395,880.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property** (see instructions)

---

Debtor 1  **Richard McKay Osborne, Sr.**                    Case number *(if known)*  **17-17361**

**If you own or have more than one, list here:**

1.2.0

**What is the property?** Check all that apply

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**5848 VROOMAN RD**
**07A0340000160**

Street address, if available, or other description

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☑ Other  **Industrial Building**

**LEROY**
**TOWNSHIP**        **OH**        **44077-0000**

City                State        ZIP Code

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$630,520.00** | **$630,520.00** |

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

**LAKE**

County

☐ **Check if this is community property**
(see instructions)

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

---

**If you own or have more than one, list here:**

1.2.1

**What is the property?** Check all that apply

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**CARTER RD**
**07A0350000030**

Street address, if available, or other description

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**LEROY**
**TOWNSHIP**        **OH**        **44077-0000**

City                State        ZIP Code

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$78,900.00** | **$78,900.00** |

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

**LAKE**

County

☐ **Check if this is community property**
(see instructions)

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

---

Debtor 1    **Richard McKay Osborne, Sr.**                                    Case number *(if known)*   **17-17361**

**If you own or have more than one, list here:**

1.2
2

**VROOMAN RD**
**07A0350000050**

Street address, if available, or other description

**LEROY**
**TOWNSHIP**        **OH**      **44077-0000**

City                State       ZIP Code

**LAKE**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ■ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$50,470.00** | **$50,470.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property** (see instructions)

---

**If you own or have more than one, list here:**

1.2
3

**VROOMAN RD**
**07A0420000230**

Street address, if available, or other description

**LEROY**
**TOWNSHIP**        **OH**      **44077-0000**

City                State       ZIP Code

**LAKE**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ■ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$49,200.00** | **$49,200.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property** (see instructions)

---

17-17361-aih    Doc 72    FILED 03/12/18    ENTERED 03/12/18 17:33:40    Page 14 of 77

Debtor 1   **Richard McKay Osborne, Sr.** _____   Case number *(if known)*   **17-17361** _____

---

1.24

**If you own or have more than one, list here:**

| | |
|---|---|
| **5660 VROOMAN RD**<br>**07A0420000240** | **What is the property?** Check that apply |
| Street address, if available, or other description | |

What is the property? Check that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**LEROY TOWNSHIP**   **OH**   **44077-0000**
City                State      ZIP Code

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$205,230.00**

Current value of the portion you own? **$205,230.00**

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**LAKE**
County

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property** (see instructions)

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

---

1.25

**If you own or have more than one, list here:**

| | |
|---|---|
| **CARTER RD**<br>**08A0090000030** | |
| Street address, if available, or other description | |

**What is the property?** Check that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ■ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**LEROY TOWNSHIP**   **OH**   **44077-0000**
City                State      ZIP Code

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$119,020.00**

Current value of the portion you own? **$119,020.00**

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**LAKE**
County

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property** (see instructions)

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

---

Debtor 1     **Richard McKay Osborne, Sr.**                    Case number *(if known)*    **17-17361**

**1.2
6**

**If you own or have more than one, list here:**

**CARTER RD**
**08A0090000040**

Street address, if available, or other description

**LEROY
TOWNSHIP**          **OH**     **44077-0000**

City               State       ZIP Code

**LAKE**

County

**What is the property?** Check that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$120,330.00** | **$120,330.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

**1.2
7**

**If you own or have more than one, list here:**

**CARTER RD**
**08A0090000050**

Street address, if available, or other description

**LEROY
TOWNSHIP**          **OH**     **44077-0000**

City               State       ZIP Code

**LAKE**

County

**What is the property?** Check that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$137,840.00** | **$137,840.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

17-17361-aih     Doc 72     FILED 03/12/18     ENTERED 03/12/18 17:33:40     Page 16 of 77

Debtor 1    **Richard McKay Osborne, Sr.** _____     Case number *(if known)*  **17-17361** _____

**If you own or have more than one, list here:**

1.2
8

**NORWOOD DR**
**01B094B000070**
<u>Street address, if available, or other description</u>

| | | |
|---|---|---|
| **MADISON** | **OH** | **44057-0000** |
| City | State | ZIP Code |

**LAKE**
<u>County</u>

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
■ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$2,720.00** | **$2,720.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

**If you own or have more than one, list here:**

1.2
9

**NORWOOD DR**
**01B094B000080**
<u>Street address, if available, or other description</u>

| | | |
|---|---|---|
| **MADISON** | **OH** | **44057-0000** |
| City | State | ZIP Code |

**LAKE**
<u>County</u>

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
■ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$2,720.00** | **$2,720.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**1.3
0**

**If you own or have more than one, list here:**

**NORWOOD DR
01B094B000090**

Street address, if available, or other description

**MADISON        OH      44057-0000**

City            State       ZIP Code

**LAKE**

County

| | What is the property? Check all that apply |
|---|---|
| ☐ | Single-family home |
| ☐ | Duplex or multi-unit building |
| ☐ | Condominium or cooperative |
| ☐ | Manufactured or mobile home |
| ■ | Land |
| ☐ | Investment property |
| ☐ | Timeshare |
| ☐ | Other _____ |

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **$2,720.00**

**Current value of the portion you own?**    **$2,720.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

**1.3
1**

**If you own or have more than one, list here:**

**NORWOOD DR
01B094B000100**

Street address, if available, or other description

**MADISON        OH      44057-0000**

City            State       ZIP Code

**LAKE**

County

| | What is the property? Check all that apply |
|---|---|
| ☐ | Single-family home |
| ☐ | Duplex or multi-unit building |
| ☐ | Condominium or cooperative |
| ☐ | Manufactured or mobile home |
| ■ | Land |
| ☐ | Investment property |
| ☐ | Timeshare |
| ☐ | Other _____ |

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **$2,720.00**

**Current value of the portion you own?**    **$2,720.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property**
(see instructions)

Debtor 1   **Richard McKay Osborne, Sr.**                    Case number *(if known)*  **17-17361**

**If you own or have more than one, list here:**

1.3
2

**N RIDGE RD**
**01B108B000010**

Street address, if available, or other description

**MADISON**     **OH**     **44057-0000**

City                    State          ZIP Code

**LAKE**

County

**What is the property?** Check all that apply

☐  Single-family home
☐  Duplex or multi-unit building
☐  Condominium or cooperative
☐  Manufactured or mobile home
■  Land
☐  Investment property
☐  Timeshare
☐  Other

**Who has an interest in the property?** Check one

■  Debtor 1 only
☐  Debtor 2 only
☐  Debtor 1 and Debtor 2 only
☐  At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**     **Current value of the portion you own?**
          **$31,200.00**               **$31,200.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐  **Check if this is community property**
     (see instructions)

---

**If you own or have more than one, list here:**

1.3
3

**RIVER ST**
**02A0020000030**

Street address, if available, or other description

**MADISON**     **OH**     **44057-0000**

City                    State          ZIP Code

**LAKE**

County

**What is the property?** Check all that apply

☐  Single-family home
☐  Duplex or multi-unit building
☐  Condominium or cooperative
☐  Manufactured or mobile home
■  Land
☐  Investment property
☐  Timeshare
☐  Other

**Who has an interest in the property?** Check one

■  Debtor 1 only
☐  Debtor 2 only
☐  Debtor 1 and Debtor 2 only
☐  At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**     **Current value of the portion you own?**
          **$260.00**               **$260.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐  **Check if this is community property**
     (see instructions)

---

17-17361-aih   Doc 72   FILED 03/12/18   ENTERED 03/12/18 17:33:40   Page 19 of 77

Debtor 1    **Richard McKay Osborne, Sr.**                    Case number *(if known)*    **17-17361**

## 1.34  If you own or have more than one, list here:

**7209 MENTOR AV**
**16B0280000200**
Street address, if available, or other description

| MENTOR | OH | 44060-0000 |
|--------|-----|-----------|
| City | State | ZIP Code |

**LAKE**
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$96,270.00** | **$96,270.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

- ☐ **Check if this is community property** (see instructions)

---

## 1.35  If you own or have more than one, list here:

**MENTOR AV**
**16B031B000270**
Street address, if available, or other description

| MENTOR | OH | 44060-0000 |
|--------|-----|-----------|
| City | State | ZIP Code |

**LAKE**
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$2,720.00** | **$2,720.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

- ☐ **Check if this is community property** (see instructions)

---

Debtor 1    **Richard McKay Osborne, Sr.**                                       Case number *(if known)*    **17-17361**

---

1.3
6
**If you own or have more than one, list here:**

**MENTOR AV**
**16B031B000280**
Street address, if available, or other description

**MENTOR**          **OH**     **44060-0000**
City                State        ZIP Code

**LAKE**
County

**What is the property?** Check that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☒ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put
the amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

Current value of the          Current value of the
entire property?              portion you own?
**$19,030.00**                 **$19,030.00**

Describe the nature of your ownership interest
(such as fee simple, tenancy by the entireties, or
a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

1.3
7
**If you own or have more than one, list here:**

**MENTOR AV**
**16B031B000310**
Street address, if available, or other description

**MENTOR**          **OH**     **44060-0000**
City                State        ZIP Code

**LAKE**
County

**What is the property?** Check that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☒ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put
the amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

Current value of the          Current value of the
entire property?              portion you own?
**$30,380.00**                 **$30,380.00**

Describe the nature of your ownership interest
(such as fee simple, tenancy by the entireties, or
a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

Debtor 1    **Richard McKay Osborne, Sr.**            Case number *(if known)*  **17-17361**

---

**1.3 8**

**If you own or have more than one, list here:**

**7482 CENTER ST (Unit 5)**
**16B035N000050**
_____
Street address, if available, or other description

**MENTOR**      **OH**    **44060-0000**
_____
City         State     ZIP Code

**LAKE**
_____
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☑ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$150,000.00** | **$150,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property** (see instructions)

---

**1.3 9**

**If you own or have more than one, list here:**

**7472 PRESLEY AV (unit F1)**
**16B035N000200**
_____
Street address, if available, or other description

**MENTOR**      **OH**    **44060-0000**
_____
City         State     ZIP Code

**LAKE**
_____
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☑ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$150,000.00** | **$150,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property** (see instructions)

---

17-17361-aih    Doc 72    FILED 03/12/18    ENTERED 03/12/18 17:33:40    Page 22 of 77

Debtor 1    **Richard McKay Osborne, Sr.**             Case number *(if known)*   **17-17361**

---

1.40

**If you own or have more than one, list here:**

**7474 PRESLEY AV (unit F2)**
**16B035N000210**

Street address, if available, or other description

| | | |
|---|---|---|
| **MENTOR** | **OH** | **44060-0000** |
| City | State | ZIP Code |

**LAKE**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ■ Condominium or cooperative

- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$150,000.00** | **$150,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

1.41

**If you own or have more than one, list here:**

**7000 FRACCI CT aka 7001 Center**
**Street**
**16B0390000050**

Street address, if available, or other description

| | | |
|---|---|---|
| **MENTOR** | **OH** | **44060-0000** |
| City | State | ZIP Code |

**LAKE**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative

- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ■ Other    **Office Building**

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$900,000.00** | **$900,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

17-17361-aih    Doc 72    FILED 03/12/18    ENTERED 03/12/18 17:33:40    Page 23 of 77

Debtor 1    **Richard McKay Osborne, Sr.**    Case number *(if known)* **17-17361**

---

1.4
2

**If you own or have more than one, list here:**

**OLD HEISLEY RD**
**16B054A000010**

Street address, if available, or other description

| | |
|---|---|
| **MENTOR** | **OH** | **44060-0000** |
| City | State | ZIP Code |

**LAKE**

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☒ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$16,970.00** | **$16,970.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

1.4
3

**If you own or have more than one, list here:**

**6930 OLD HEISLEY RD**
**16B054A000020**

Street address, if available, or other description

| | |
|---|---|
| **MENTOR** | **OH** | **44060-0000** |
| City | State | ZIP Code |

**LAKE**

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☒ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$33,250.00** | **$33,250.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

17-17361-aih    Doc 72    FILED 03/12/18    ENTERED 03/12/18 17:33:40    Page 24 of 77

Debtor 1    **Richard McKay Osborne, Sr.**                                    Case number *(if known)*    **17-17361**

**1.4 4**

**If you own or have more than one, list here:**

**7325 REYNOLDS RD**
**16C0700000160**

Street address, if available, or other description

| | |
|---|---|
| **MENTOR** | **OH**    **44060-0000** |
| City | State    ZIP Code |

**LAKE**

County

**What is the property?** Check that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$307,020.00** | **$307,020.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property** (see instructions)

---

**1.4 5**

**If you own or have more than one, list here:**

**7317 REYNOLDS RD**
**16C0700000180**

Street address, if available, or other description

| | |
|---|---|
| **MENTOR** | **OH**    **44060-0000** |
| City | State    ZIP Code |

**LAKE**

County

**What is the property?** Check that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ■ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$145,960.00** | **$145,960.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property** (see instructions)

---

Debtor 1   **Richard McKay Osborne, Sr.**      Case number *(if known)*   **17-17361**

**1.4 6**

**If you own or have more than one, list here:**

**8310 BELLFLOWER RD**
**16C077J000200**

Street address, if available, or other description

| | | |
|---|---|---|
| **MENTOR** | **OH** | **44060-0000** |
| City | State | ZIP Code |

**LAKE**

County

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$84,890.00** | **$84,890.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property** (see instructions)

---

**1.4 7**

**If you own or have more than one, list here:**

**HOPKINS RD**
**16C0850000030**

Street address, if available, or other description

| | | |
|---|---|---|
| **MENTOR** | **OH** | **44060-0000** |
| City | State | ZIP Code |

**LAKE**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ■ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$7,220.00** | **$7,220.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property** (see instructions)

17-17361-aih    Doc 72    FILED 03/12/18    ENTERED 03/12/18 17:33:40    Page 26 of 77

Debtor 1    **Richard McKay Osborne, Sr.**                                    Case number *(if known)*    **17-17361**

**1.4 8**

**If you own or have more than one, list here:**

**HENDRICKS**
**16C0870000030**

Street address, if available, or other description

**MENTOR**          **OH**    **44060-0000**

City                State      ZIP Code

**LAKE**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$1,180.00** | **$1,180.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

- ☐ **Check if this is community property**
  (see instructions)

---

**1.4 9**

**If you own or have more than one, list here:**

**charmar**
**16D102A000270**

Street address, if available, or other description

**MENTOR**          **OH**    **44060-0000**

City                State      ZIP Code

**LAKE**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$43,510.00** | **$43,510.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

- ☐ **Check if this is community property**
  (see instructions)

---

Debtor 1    **Richard McKay Osborne, Sr.** _____    Case number *(if known)*  **17-17361** _____

## If you own or have more than one, list here:

1.50

**charmar & LSB**
**16D102A000280**
_____
Street address, if available, or other description

| | |
|---|---|
| **MENTOR** | **OH**   **44060-0000** |

City    State    ZIP Code

**LAKE** _____
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$45,230.00** | **$45,230.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

- ☐ **Check if this is community property** (see instructions)

---

## If you own or have more than one, list here:

1.51

**ANDREWS RD**
**19A090H000670**
_____
Street address, if available, or other description

| | |
|---|---|
| **MENTOR** | **OH**   **44060-0000** |

City    State    ZIP Code

**LAKE** _____
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$22,310.00** | **$22,310.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

- ☐ **Check if this is community property** (see instructions)

Debtor 1   **Richard McKay Osborne, Sr.**        Case number *(if known)*   **17-17361**

---

**1.52**

**If you own or have more than one, list here:**

**6042 ANDREWS RD**
**19A090I000010**

Street address, if available, or other description

**MENTOR**     **OH**     **44060-0000**

City     State     ZIP Code

**LAKE**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☒ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$39,200.00** | **$39,200.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

- ☐ **Check if this is community property**
  (see instructions)

---

**1.53**

**If you own or have more than one, list here:**

**PRIMROSE ANDREWS RD**
**19A090I000020**

Street address, if available, or other description

**MENTOR**     **OH**     **44060-0000**

City     State     ZIP Code

**LAKE**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☒ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$27,520.00** | **$27,520.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

- ☐ **Check if this is community property**
  (see instructions)

---

17-17361-aih    Doc 72    FILED 03/12/18    ENTERED 03/12/18 17:33:40    Page 29 of 77

Debtor 1    **Richard McKay Osborne, Sr.** _____    Case number *(if known)*    **17-17361** _____

---

1.5
4

**If you own or have more than one, list here:**

**STAGE AV**
**15C0260000210**
_____
Street address, if available, or other description

**PAINESVILLE       OH       44077-0000**
_____
City                State        ZIP Code

**LAKE**
_____
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$13,920.00** | **$13,920.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

- ☐ **Check if this is community property**
  (see instructions)

---

1.5
5

**If you own or have more than one, list here:**

**1220 W JACKSON ST**
**15C036H000110**
_____
Street address, if available, or other description

**PAINESVILLE       OH       44077-0000**
_____
City                State        ZIP Code

**LAKE**
_____
County

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$97,620.00** | **$97,620.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

- ☐ **Check if this is community property**
  (see instructions)

---

Debtor 1   **Richard McKay Osborne, Sr.** _____   Case number *(if known)*  **17-17361** _____

**1.5 6**   **If you own or have more than one, list here:**

**1192 West Jackson**
**15C036H000180**

Street address, if available, or other description

**PAINESVILLE**   **OH**   **44077-0000**

City   State   ZIP Code

**LAKE**

County

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$72,390.00** | **$72,390.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

**1.5 7**   **If you own or have more than one, list here:**

**1186 W JACKSON ST**
**15C036H000190**

Street address, if available, or other description

**PAINESVILLE**   **OH**   **44077-0000**

City   State   ZIP Code

**LAKE**

County

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$91,310.00** | **$91,310.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

Debtor 1 **Richard McKay Osborne, Sr.**      Case number *(if known)* **17-17361**

---

1.5
8

**If you own or have more than one, list here:**

**SANFORD REAR ST**
**15D016C000150**

Street address, if available, or other description

**PAINESVILLE**    **OH**    **44077-0000**

City      State      ZIP Code

**LAKE**

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$6,570.00** | **$6,570.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

1.5
9

**If you own or have more than one, list here:**

**OWEGO ST**
**15D0200000040**

Street address, if available, or other description

**PAINESVILLE**    **OH**    **44077-0000**

City      State      ZIP Code

**LAKE**

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$1,910.00** | **$1,910.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1    **Richard McKay Osborne, Sr.**                                    Case number *(if known)*  **17-17361**

**1.6 0**

**If you own or have more than one, list here:**

**ELBERTA RD**
**35A0080000110**

Street address, if available, or other description

**PAINESVILLE**      **OH**     **44077-0000**

City                          State          ZIP Code

**LAKE**

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$18,930.00** | **$18,930.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property** (see instructions)

---

**1.6 1**

**If you own or have more than one, list here:**

**2450 N RIDGE RD**
**11B0340000050**

Street address, if available, or other description

**PAINESVILLE**
**TOWNSHIP**       **OH**     **44077-0000**

City                          State          ZIP Code

**LAKE**

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☑ Other    **Commercial Garage**

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$68,610.00** | **$68,610.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property** (see instructions)

---

Official Form 106A/B                          Schedule A/B: Property                                          page 31

Debtor 1   **Richard McKay Osborne, Sr.** _____   Case number *(if known)*   **17-17361** _____

---

1.6 2

**If you own or have more than one, list here:**

**SPRING LAKE BV**
**11B0340000570**
_____
Street address, if available, or other description

**PAINESVILLE**
**TOWNSHIP**      **OH**   **44077-0000**
_____
City              State       ZIP Code

**LAKE**
_____
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$90.00** | **$90.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

1.6 3

**If you own or have more than one, list here:**

**26 FAIRPORT NURSERY RD**
**11B0370000020**
_____
Street address, if available, or other description

**PAINESVILLE**
**TOWNSHIP**      **OH**   **44077-0000**
_____
City              State       ZIP Code

**LAKE**
_____
County

**What is the property?** Check all that apply

- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$51,540.00** | **$51,540.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

Debtor 1    **Richard McKay Osborne, Sr.** _____    Case number *(if known)*    **17-17361** _____

1.6
4

**If you own or have more than one, list here:**

**What is the property?** Check all that apply

**150 FAIRPORT NURSERY RD**
**11B038A000100**
Street address, if available, or other description

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
■ Land
☐ Investment property
☐ Timeshare
☐ Other _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$57,120.00** | **$57,120.00** |

**PAINESVILLE TOWNSHIP**    **OH**    **44077-0000**
City                State        ZIP Code

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**Fee simple**

**LAKE**
County

☐ **Check if this is community property**
(see instructions)

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

---

1.6
5

**If you own or have more than one, list here:**

**What is the property?** Check all that apply

**46 IROQUOIS AV**
**11B041E000080**
Street address, if available, or other description

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
■ Land
☐ Investment property
☐ Timeshare
☐ Other _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$20.00** | **$20.00** |

**PAINESVILLE TOWNSHIP**    **OH**    **44077-0000**
City                State        ZIP Code

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**Fee simple**

**LAKE**
County

☐ **Check if this is community property**
(see instructions)

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

17-17361-aih    Doc 72    FILED 03/12/18    ENTERED 03/12/18 17:33:40    Page 35 of 77

Debtor 1    **Richard McKay Osborne, Sr.**                    Case number *(if known)*   **17-17361**

**1.6**
**6**

**If you own or have more than one, list here:**

**214 LAKE RD**
**11B041G040130**

Street address, if available, or other description

**PAINESVILLE**
**TOWNSHIP**      **OH**    **44077-0000**

City                State        ZIP Code

**LAKE**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put
the amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$0.00** | **$0.00** |

Describe the nature of your ownership interest
(such as fee simple, tenancy by the entireties, or
a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

**1.6**
**7**

**If you own or have more than one, list here:**

**1053 ARDOYLE AV**
**11B043A000200**

Street address, if available, or other description

**PAINESVILLE**
**TOWNSHIP**      **OH**    **44077-0000**

City                State        ZIP Code

**LAKE**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put
the amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$30.00** | **$30.00** |

Describe the nature of your ownership interest
(such as fee simple, tenancy by the entireties, or
a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

Debtor 1    **Richard McKay Osborne, Sr.**                    Case number *(if known)*    **17-17361**

**If you own or have more than one, list here:**

**321 Lake Road**
**11B043A000230**

Street address, if available, or other description

**PAINESVILLE TOWNSHIP**    **OH**    **44077-0000**

City    State    ZIP Code

**LAKE**

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
■ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$350.00** | **$350.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

**If you own or have more than one, list here:**

**MIDWAY BV**
**11B043A000390**

Street address, if available, or other description

**PAINESVILLE TOWNSHIP**    **OH**    **44077-0000**

City    State    ZIP Code

**LAKE**

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
■ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$40.00** | **$40.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

Debtor 1    **Richard McKay Osborne, Sr.**                          Case number *(if known)*    **17-17361**

**1.70**

**If you own or have more than one, list here:**

**ROBINHOOD AV**
**11B043B000560**
Street address, if available, or other description

**PAINESVILLE**
**TOWNSHIP**          **OH**    **44077-0000**
City                        State      ZIP Code

**LAKE**
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
■ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$4,900.00** | **$4,900.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

**1.71**

**If you own or have more than one, list here:**

**SUNSET CT**
**11B043B000600**
Street address, if available, or other description

**PAINESVILLE**
**TOWNSHIP**          **OH**    **44077-0000**
City                        State      ZIP Code

**LAKE**
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
■ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$7,670.00** | **$7,670.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

Debtor 1    **Richard McKay Osborne, Sr.**                    Case number *(if known)*    **17-17361**

**1.7
2**

**If you own or have more than one, list here:**

**SUNSET CT
11B043B000620**

Street address, if available, or other description

**PAINESVILLE
TOWNSHIP**          **OH**    **44077-0000**

City            State      ZIP Code

**LAKE**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put
the amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

Current value of the       Current value of the
entire property?           portion you own?
**$7,960.00**              **$7,960.00**

Describe the nature of your ownership interest
(such as fee simple, tenancy by the entireties, or
a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

**1.7
3**

**If you own or have more than one, list here:**

**RICHMOND RD
11B065B000010**

Street address, if available, or other description

**PAINESVILLE
TOWNSHIP**          **OH**    **44077-0000**

City            State      ZIP Code

**LAKE**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put
the amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

Current value of the       Current value of the
entire property?           portion you own?
**$4,050.00**              **$4,050.00**

Describe the nature of your ownership interest
(such as fee simple, tenancy by the entireties, or
a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

Debtor 1    **Richard McKay Osborne, Sr.**        Case number *(if known)*   **17-17361**

**1.74**

**If you own or have more than one, list here:**

**RICHMOND RD**
**11B065B000020**

Street address, if available, or other description

**PAINESVILLE**
**TOWNSHIP**    **OH**    **44077-0000**

City      State      ZIP Code

**LAKE**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☒ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$4,500.00** | **$4,500.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

**1.75**

**If you own or have more than one, list here:**

**946 RICHMOND RD**
**11B065B000030**

Street address, if available, or other description

**PAINESVILLE**
**TOWNSHIP**    **OH**    **44077-0000**

City      State      ZIP Code

**LAKE**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☒ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$4,500.00** | **$4,500.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

Debtor 1 **Richard McKay Osborne, Sr.**                Case number *(if known)* **17-17361**

**1.7 6**

**If you own or have more than one, list here:**

**CLARK RD**
**03A0380000190**

Street address, if available, or other description

**PERRY**         **OH**     **44081-0000**

City                State          ZIP Code

**LAKE**

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
■ Other     **Commercial Building**

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$52,300.00** | **$52,300.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

**1.7 7**

**If you own or have more than one, list here:**

**CLARK RD**
**03A0380000200**

Street address, if available, or other description

**PERRY**         **OH**     **44081-0000**

City                State          ZIP Code

**LAKE**

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
■ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$1,180.00** | **$1,180.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property**
(see instructions)

17-17361-aih    Doc 72    FILED 03/12/18    ENTERED 03/12/18 17:33:40    Page 41 of 77

Debtor 1    **Richard McKay Osborne, Sr.**                                        Case number *(if known)*   **17-17361**

**1.7 8**    **If you own or have more than one, list here:**

**6912 ST RT 44**
**31-210-00-00-012-000**
_____
Street address, if available, or other description

**RAVENNA**         **OH**    **44266-0000**
_____
City                  State       ZIP Code

**PORTAGE**
_____
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
■ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put
the amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

Current value of the          Current value of the
entire property?             portion you own?
**$104,500.00**              **$104,500.00**

Describe the nature of your ownership interest
(such as fee simple, tenancy by the entireties, or
a life estate), if known.
**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

**1.7 9**    **If you own or have more than one, list here:**

**LOVERS LN**
**31-210-00-00-014-000**
_____
Street address, if available, or other description

**RAVENNA**         **OH**    **44266-0000**
_____
City                  State       ZIP Code

**PORTAGE**
_____
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
■ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put
the amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

Current value of the          Current value of the
entire property?             portion you own?
**$83,400.00**               **$83,400.00**

Describe the nature of your ownership interest
(such as fee simple, tenancy by the entireties, or
a life estate), if known.
**Fee simple**

☐ **Check if this is community property**
(see instructions)

Debtor 1   **Richard McKay Osborne, Sr.**                                    Case number *(if known)*   **17-17361**

**If you own or have more than one, list here:**

1.8
0

**FROST**
**35-021-00-00-001-000**

Street address, if available, or other description

| | | |
|---|---|---|
| **STREETSBORO** | **OH** | **44241-0000** |
| City | State | ZIP Code |

**PORTAGE**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   **$33,600.00**

Current value of the portion you own?   **$33,600.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

**If you own or have more than one, list here:**

1.8
1

**FROST**
**35-021-00-00-002-000**

Street address, if available, or other description

| | | |
|---|---|---|
| **STREETSBORO** | **OH** | **44241-0000** |
| City | State | ZIP Code |

**PORTAGE**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   **$100.00**

Current value of the portion you own?   **$100.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

Debtor 1    **Richard McKay Osborne, Sr.**                                    Case number *(if known)*  **17-17361**

**If you own or have more than one, list here:**

1.8
2

**538 FROST**
**35-023-00-00-023-000**

Street address, if available, or other description

**What is the property?** Check that apply

- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative

| | |
|---|---|
| Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |

**STREETSBORO**    **OH**    **44241-0000**

City    State    ZIP Code

- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Current value of the entire property?**    **Current value of the portion you own?**
**$92,500.00**    **$92,500.00**

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

**PORTAGE**

County

- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

**Other information you wish to add about this item, such as local property identification number:**

**See attached for record owner**

---

**If you own or have more than one, list here:**

1.8
3

**S I 90 (south side of Interstate 90 in w**
**26A0010000030**

Street address, if available, or other description

**What is the property?** Check that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative

| | |
|---|---|
| Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |

**WAITE HILL**    **OH**    **44094-0000**

City    State    ZIP Code

- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Current value of the entire property?**    **Current value of the portion you own?**
**$300.00**    **$300.00**

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

**LAKE**

County

- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

**Other information you wish to add about this item, such as local property identification number:**

**See attached for record owner**

---

Debtor 1    **Richard McKay Osborne, Sr.**                                    Case number *(if known)*    **17-17361**

---

**1.8
4**

**If you own or have more than one, list here:**

**SUNNY LANE (Stones Throw
Development)
763-19-002**

Street address, if available, or other description

**WARRENSVILLE
HEIGHTS**          **OH**    **44122-0000**

City                    State        ZIP Code

**Cuyahoga**

County

**What is the property?** Check all that apply

- [ ] Single-family home
- [ ] Duplex or multi-unit building
- [ ] Condominium or cooperative
- [ ] Manufactured or mobile home
- [x] Land
- [ ] Investment property
- [ ] Timeshare
- [ ] Other _____

**Who has an interest in the property?** Check one

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put
the amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$6,000.00** | **$6,000.00** |

**Describe the nature of your ownership interest
(such as fee simple, tenancy by the entireties, or
a life estate), if known.**

**Fee simple**

- [ ] **Check if this is community property**
  (see instructions)

---

**1.8
5**

**If you own or have more than one, list here:**

**SUNNY LANE (Stones Throw
Development)
763-19-003**

Street address, if available, or other description

**WARRENSVILLE
HEIGHTS**          **OH**    **44122-0000**

City                    State        ZIP Code

**Cuyahoga**

County

**What is the property?** Check all that apply

- [ ] Single-family home
- [ ] Duplex or multi-unit building
- [ ] Condominium or cooperative
- [ ] Manufactured or mobile home
- [x] Land
- [ ] Investment property
- [ ] Timeshare
- [ ] Other _____

**Who has an interest in the property?** Check one

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put
the amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$6,000.00** | **$6,000.00** |

**Describe the nature of your ownership interest
(such as fee simple, tenancy by the entireties, or
a life estate), if known.**

**Fee simple**

- [ ] **Check if this is community property**
  (see instructions)

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    **Richard McKay Osborne, Sr.**                    Case number *(if known)*  **17-17361**

---

**1.86**

**If you own or have more than one, list here:**

**SUNNY LANE (Stones Throw
Development)**
**763-19-004**
Street address, if available, or other description

**WARRENSVILLE
HEIGHTS**          **OH**     **44122-0000**
City                State      ZIP Code

**Cuyahoga**
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
■ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put
the amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$6,000.00** | **$6,000.00** |

**Describe the nature of your ownership interest
(such as fee simple, tenancy by the entireties, or
a life estate), if known.**

**Fee simple**

☐ **Check if this is community property**
  (see instructions)

---

**1.87**

**If you own or have more than one, list here:**

**SARAH LANE (Stones Throw
Development)**
**763-19-020**
Street address, if available, or other description

**WARRENSVILLE
HEIGHTS**          **OH**     **44122-0000**
City                State      ZIP Code

**Cuyahoga**
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
■ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put
the amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$6,200.00** | **$6,200.00** |

**Describe the nature of your ownership interest
(such as fee simple, tenancy by the entireties, or
a life estate), if known.**

**Fee simple**

☐ **Check if this is community property**
  (see instructions)

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1   **Richard McKay Osborne, Sr.** _____   Case number *(if known)*   **17-17361** _____

---

1.8
8

**If you own or have more than one, list here:**

**SARAH LANE (Stones Throw Development)**
**763-19-030**

Street address, if available, or other description

**WARRENSVILLE HEIGHTS**    **OH**    **44122-0000**

City      State      ZIP Code

**Cuyahoga**

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
■ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$6,200.00** | **$6,200.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

1.8
9

**If you own or have more than one, list here:**

**SARAH LANE (Stones Throw Development)**
**763-19-031**

Street address, if available, or other description

**WARRENSVILLE HEIGHTS**    **OH**    **44122-0000**

City      State      ZIP Code

**Cuyahoga**

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
■ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$6,800.00** | **$6,800.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

17-17361-aih    Doc 72    FILED 03/12/18    ENTERED 03/12/18 17:33:40    Page 47 of 77

Debtor 1    **Richard McKay Osborne, Sr.**                    Case number *(if known)*   **17-17361**

**1.9 0**

**If you own or have more than one, list here:**

**SARAH LANE (Stones Throw Development)**
**763-19-054**
Street address, if available, or other description

**WARRENSVILLE HEIGHTS**        **OH**    **44122-0000**
City                State    ZIP Code

**Cuyahoga**
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$6,000.00** | **$6,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

- ☐ **Check if this is community property** (see instructions)

---

**1.9 1**

**If you own or have more than one, list here:**

**SARAH LANE (Stones Throw Development)**
**763-19-055**
Street address, if available, or other description

**WARRENSVILLE HEIGHTS**        **OH**    **44122-0000**
City                State    ZIP Code

**Cuyahoga**
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$6,000.00** | **$6,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

- ☐ **Check if this is community property** (see instructions)

---

Debtor 1    **Richard McKay Osborne, Sr.**    Case number *(if known)*    **17-17361**

**If you own or have more than one, list here:**

1.9
2

**SARAH LANE (Stones Throw Development)**
**763-19-056**

Street address, if available, or other description

**WARRENSVILLE HEIGHTS**    **OH**    **44122-0000**

City    State    ZIP Code

**Cuyahoga**

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☒ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    **$5,600.00**

Current value of the portion you own?    **$5,600.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

**If you own or have more than one, list here:**

1.9
3

**SARAH LANE (Stones Throw Development)**
**763-19-069**

Street address, if available, or other description

**WARRENSVILLE HEIGHTS**    **OH**    **44122-0000**

City    State    ZIP Code

**Cuyahoga**

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☒ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    **$6,200.00**

Current value of the portion you own?    **$6,200.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

**1.94**

**If you own or have more than one, list here:**

**SARAH LANE (Stones Throw Development)**
**763-19-070**

Street address, if available, or other description

**WARRENSVILLE HEIGHTS**        **OH**    **44122-0000**

City                State        ZIP Code

**Cuyahoga**

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
■ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    **$6,200.00**

Current value of the portion you own?    **$6,200.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

**1.95**

**If you own or have more than one, list here:**

**SARAH LANE (Stones Throw Development)**
**763-19-071**

Street address, if available, or other description

**WARRENSVILLE HEIGHTS**        **OH**    **44122-0000**

City                State        ZIP Code

**Cuyahoga**

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
■ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    **$6,200.00**

Current value of the portion you own?    **$6,200.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

Debtor 1    **Richard McKay Osborne, Sr.**     Case number *(if known)*   **17-17361**

---

**1.9 6**

**If you own or have more than one, list here:**

**SARAH LANE (Stones Throw Development)**
**763-19-072**

Street address, if available, or other description

**WARRENSVILLE HEIGHTS**    **OH**    **44122-0000**

City     State     ZIP Code

**Cuyahoga**

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
■ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?
**$6,200.00**      **$6,200.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

**1.9 7**

**If you own or have more than one, list here:**

**SARAH LANE (Stones Throw Development)**
**763-19-073**

Street address, if available, or other description

**WARRENSVILLE HEIGHTS**    **OH**    **44122-0000**

City     State     ZIP Code

**Cuyahoga**

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
■ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?
**$6,400.00**      **$6,400.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

Debtor 1    **Richard McKay Osborne, Sr.**      Case number *(if known)*   **17-17361**

**1.9 8**

**If you own or have more than one, list here:**

**SARAH LANE (Stones Throw Development)**
**763-19-074**

Street address, if available, or other description

**WARRENSVILLE HEIGHTS**    **OH**    **44122-0000**

City      State      ZIP Code

**Cuyahoga**

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
■ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$6,300.00** | **$6,300.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

**1.9 9**

**If you own or have more than one, list here:**

**SARAH LANE (Stones Throw Development)**
**763-19-078**

Street address, if available, or other description

**WARRENSVILLE HEIGHTS**    **OH**    **44122-0000**

City      State      ZIP Code

**Cuyahoga**

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
■ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$6,600.00** | **$6,600.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

Debtor 1   **Richard McKay Osborne, Sr.**          Case number *(if known)*   **17-17361**

**1.1 00**

**If you own or have more than one, list here:**

**SARAH LANE (Stones Throw Development)**
**763-19-079**

Street address, if available, or other description

**WARRENSVILLE HEIGHTS**          **OH**   **44122-0000**

City                     State      ZIP Code

**Cuyahoga**

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
■ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$6,700.00** | **$6,700.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

**1.1 01**

**If you own or have more than one, list here:**

**SARAH LANE (Stones Throw Development)**
**763-19-080**

Street address, if available, or other description

**WARRENSVILLE HEIGHTS**          **OH**   **44122-0000**

City                     State      ZIP Code

**Cuyahoga**

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
■ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$6,900.00** | **$6,900.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

Debtor 1    **Richard McKay Osborne, Sr.**                           Case number *(if known)*  **17-17361**

---

1.1
02

**If you own or have more than one, list here:**

**SARAH LANE (Stones Throw Development)**
**763-19-083**

Street address, if available, or other description

**WARRENSVILLE HEIGHTS**          **OH**      **44122-0000**

City                          State      ZIP Code

**Cuyahoga**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☒ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   Current value of the portion you own?
**$5,900.00**                 **$5,900.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

1.1
03

**If you own or have more than one, list here:**

**SARAH LANE (Stones Throw Development)**
**763-19-084**

Street address, if available, or other description

**WARRENSVILLE HEIGHTS**          **OH**      **44122-0000**

City                          State      ZIP Code

**Cuyahoga**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☒ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   Current value of the portion you own?
**$6,300.00**                 **$6,300.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

Debtor 1     **Richard McKay Osborne, Sr.**        Case number *(if known)*   **17-17361**

---

**1.104**

### If you own or have more than one, list here:

**CONCORD ST (devil strip)**
**29B007C000350**

Street address, if available, or other description

**WICKLIFFE**     **OH**     **44092-0000**

City          State       ZIP Code

**LAKE**

County

**What is the property?** Check that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☒ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$290.00** | **$290.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

**1.105**

### If you own or have more than one, list here:

**MEADOW ST**
**29B007D001020**

Street address, if available, or other description

**WICKLIFFE**     **OH**     **44092-0000**

City          State       ZIP Code

**LAKE**

County

**What is the property?** Check that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☒ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$300.00** | **$300.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

Debtor 1    **Richard McKay Osborne, Sr.**                    Case number *(if known)*    **17-17361**

1.1
06
**If you own or have more than one, list here:**

**CATAWBA ST**
**29B007D001030**

Street address, if available, or other description

**WICKLIFFE**      **OH**    **44092-0000**

City                State          ZIP Code

**LAKE**

County

**What is the property?** Check all that apply

- [ ] Single-family home
- [ ] Duplex or multi-unit building
- [ ] Condominium or cooperative
- [ ] Manufactured or mobile home
- [x] Land
- [ ] Investment property
- [ ] Timeshare
- [ ] Other _____

**Who has an interest in the property?** Check one

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put
the amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$300.00** | **$300.00** |

Describe the nature of your ownership interest
(such as fee simple, tenancy by the entireties, or
a life estate), if known.

**Fee simple**

- [ ] **Check if this is community property**
  (see instructions)

---

1.1
07
**If you own or have more than one, list here:**

**WOOD ST**
**29B007E000010**

Street address, if available, or other description

**WICKLIFFE**      **OH**    **44092-0000**

City                State          ZIP Code

**LAKE**

County

**What is the property?** Check all that apply

- [ ] Single-family home
- [ ] Duplex or multi-unit building
- [ ] Condominium or cooperative
- [ ] Manufactured or mobile home
- [x] Land
- [ ] Investment property
- [ ] Timeshare
- [ ] Other _____

**Who has an interest in the property?** Check one

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put
the amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$420.00** | **$420.00** |

Describe the nature of your ownership interest
(such as fee simple, tenancy by the entireties, or
a life estate), if known.

**Fee simple**

- [ ] **Check if this is community property**
  (see instructions)

---

Debtor 1    **Richard McKay Osborne, Sr.** _____    Case number _(if known)_    **17-17361** _____

**If you own or have more than one, list here:**

1.1 08

**E 296 ST**
**29B007E000170**

Street address, if available, or other description

**WICKLIFFE**      **OH**    **44092-0000**

City                State    ZIP Code

**LAKE**

County

**What is the property?** Check that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on _Schedule D: Creditors Who Have Claims Secured by Property._

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$430.00** | **$430.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

- ☐ **Check if this is community property** (see instructions)

---

**If you own or have more than one, list here:**

1.1 09

**ROBINDALE ST**
**29B007E000450**

Street address, if available, or other description

**WICKLIFFE**      **OH**    **44092-0000**

City                State    ZIP Code

**LAKE**

County

**What is the property?** Check that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on _Schedule D: Creditors Who Have Claims Secured by Property._

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$420.00** | **$420.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

- ☐ **Check if this is community property** (see instructions)

---

Debtor 1     **Richard McKay Osborne, Sr.**                                    Case number *(if known)*     **17-17361**

---

1.1
10

**If you own or have more than one, list here:**

**PELTON RD**
**27B039A000050**

<u>Street address, if available, or other description</u>

**WILLOUGHBY**        **OH**        **44094-0000**
City                            State          ZIP Code

**LAKE**
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☒ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$1,240.00** | **$1,240.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

1.1
11

**If you own or have more than one, list here:**

**LOST NATION RD**
**27B0440000110**

<u>Street address, if available, or other description</u>

**WILLOUGHBY**        **OH**        **44094-0000**
City                            State          ZIP Code

**LAKE**
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☒ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$2,240.00** | **$2,240.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

Debtor 1    **Richard McKay Osborne, Sr.**                                    Case number *(if known)*    **17-17361**

**If you own or have more than one, list here:**

1.1
12

**SHADOWROW AV**
**27B056E000530**
Street address, if available, or other description

**WILLOUGHBY**        **OH**      **44094-0000**
City                        State        ZIP Code

**LAKE**
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
■ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$7,280.00** | **$7,280.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
    (see instructions)

---

**If you own or have more than one, list here:**

1.1
13

**1101 LOST NATION RD**
**27B056E000540**
Street address, if available, or other description

**WILLOUGHBY**        **OH**      **44094-0000**
City                        State        ZIP Code

**LAKE**
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
■ Other    **Commercial Structure**

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$89,630.00** | **$89,630.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
    (see instructions)

---

Debtor 1   **Richard McKay Osborne, Sr.** _____   Case number *(if known)*   **17-17361** _____

### 1.1 14   **If you own or have more than one, list here:**

**1080 SHADOWROW RD**
**27B057C000370**
_____
Street address, if available, or other description

**WILLOUGHBY        OH        44094-0000**
_____
City               State        ZIP Code

**LAKE**
_____
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ■ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$15,200.00** | **$15,200.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

### 1.1 15   **If you own or have more than one, list here:**

**1086 SHADOWROW RD**
**27B057C000380**
_____
Street address, if available, or other description

**WILLOUGHBY        OH        44094-0000**
_____
City               State        ZIP Code

**LAKE**
_____
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ■ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$15,200.00** | **$15,200.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

Debtor 1   **Richard McKay Osborne, Sr.**                                    Case number *(if known)*   **17-17361**

**1.1**
**16**   **If you own or have more than one, list here:**

**1073 LOST NATION RD**
**27B057C000390**

Street address, if available, or other description

**WILLOUGHBY**      **OH**      **44094-0000**

City                      State         ZIP Code

**LAKE**

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
■ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$45,880.00** | **$45,880.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

**1.1**
**17**   **If you own or have more than one, list here:**

**MILLER AV**
**31A013B000770**

Street address, if available, or other description

**WILLOUGHBY**      **OH**      **44094-0000**

City                      State         ZIP Code

**LAKE**

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
■ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**See attached for record owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$3,010.00** | **$3,010.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

Debtor 1 **Richard McKay Osborne, Sr.**     Case number *(if known)* **17-17361**

1.1 18

**If you own or have more than one, list here:**

**Swede road**
**td-1-828**

Street address, if available, or other description

| | | |
|---|---|---|
| **TIDIOUTE** | **PA** | **16351-0000** |
| City | State | ZIP Code |

**Warren**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ■ Other    **Part of private compound**

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?
**$15,544.00**

Current value of the portion you own?
**$15,544.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

1.1 19

**If you own or have more than one, list here:**

**Swede road**
**td-1-852**

Street address, if available, or other description

| | | |
|---|---|---|
| **TIDIOUTE** | **PA** | **16351-0000** |
| City | State | ZIP Code |

**Warren**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ■ Other    **Part of private compound**

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?
**$7,482.00**

Current value of the portion you own?
**$7,482.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

17-17361-aih    Doc 72    FILED 03/12/18    ENTERED 03/12/18 17:33:40    Page 62 of 77

Debtor 1   **Richard McKay Osborne, Sr.**          Case number *(if known)*  **17-17361**

**1.1 20**

**If you own or have more than one, list here:**

**Swede road**
**td-1-8621**

Street address, if available, or other description

**TIDIOUTE**    **PA**    **16351-0000**

City       State      ZIP Code

**Warren**

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
■ Other   **Part of private compound**

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   **$76,995.00**

Current value of the portion you own?   **$76,995.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

**1.1 21**

**If you own or have more than one, list here:**

**Swede road**
**td-1-8622**

Street address, if available, or other description

**TIDIOUTE**    **PA**    **16351-0000**

City       State      ZIP Code

**Warren**

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
■ Other   **Part of private compound**

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   **$241,314.00**

Current value of the portion you own?   **$241,314.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

Debtor 1     **Richard McKay Osborne, Sr.**                              Case number *(if known)*   **17-17361**

**If you own or have more than one, list here:**

**What is the property?** Check all that apply

**Swede road**
**td-001-862200-001**

Street address, if available, or other description

| | |
|---|---|
| ☐ | Single-family home |
| ☐ | Duplex or multi-unit building |
| ☐ | Condominium or cooperative |
| ☐ | Manufactured or mobile home |
| ☐ | Land |
| ☐ | Investment property |
| ☐ | Timeshare |
| ■ | Other   **Part of private compound** |

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**     **Current value of the portion you own?**
**$370,944.00**                               **$370,944.00**

**TIDIOUTE**     **PA**     **16351-0000**

City          State        ZIP Code

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

**Who has an interest in the property?** Check one

| | |
|---|---|
| ■ | Debtor 1 only |
| ☐ | Debtor 2 only |
| ☐ | Debtor 1 and Debtor 2 only |
| ☐ | At least one of the debtors and another |

**Warren**

County

☐ **Check if this is community property**
(see instructions)

Other information you wish to add about this item, such as local property identification number:

---

**If you own or have more than one, list here:**

**Swede road**
**td-1-944**

Street address, if available, or other description

**What is the property?** Check all that apply

| | |
|---|---|
| ☐ | Single-family home |
| ☐ | Duplex or multi-unit building |
| ☐ | Condominium or cooperative |
| ☐ | Manufactured or mobile home |
| ☐ | Land |
| ☐ | Investment property |
| ☐ | Timeshare |
| ■ | Other   **Part of private compound** |

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**TIDIOUTE**     **PA**     **16351-0000**

City          State        ZIP Code

**Current value of the entire property?**     **Current value of the portion you own?**
**$35,141.00**                                **$35,141.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

**Who has an interest in the property?** Check one

| | |
|---|---|
| ■ | Debtor 1 only |
| ☐ | Debtor 2 only |
| ☐ | Debtor 1 and Debtor 2 only |
| ☐ | At least one of the debtors and another |

**Warren**

County

☐ **Check if this is community property**
(see instructions)

Other information you wish to add about this item, such as local property identification number:

---

Debtor 1    **Richard McKay Osborne, Sr.**                    Case number *(if known)*  **17-17361**

**1.1 24**

**If you own or have more than one, list here:**

**Swede road**
**td-1-94772**
Street address, if available, or other description

| | | |
|---|---|---|
| **TIDIOUTE** | **PA** | **16351-0000** |
| City | State | ZIP Code |

**Warren**
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☒ Other      **Part of private compound**

**Who has an interest in the property?** Check one

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$3,195.00** | **$3,195.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

**1.1 25**

**If you own or have more than one, list here:**

**Swede Road**
**TD-1-842**
Street address, if available, or other description

| | | |
|---|---|---|
| **TIDIOUTE** | **PA** | **16351-0000** |
| City | State | ZIP Code |

**Warren**
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☒ Other      **Part of private compound**

**Who has an interest in the property?** Check one

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$30,953.00** | **$30,953.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

Debtor 1     **Richard McKay Osborne, Sr.**                    Case number *(if known)*  **17-17361**

**1.1 26**

**If you own or have more than one, list here:**

**Campbell Hill Road**
**TD-1-8351**
<sub>Street address, if available, or other description</sub>

**TIDIOUTE**          **PA**    **16351-0000**
<sub>City</sub>                 <sub>State</sub>    <sub>ZIP Code</sub>

**Warren**
<sub>County</sub>

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☑ Other    **Part of private compound**

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$43,022.00** | **$43,022.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**Fee simple**

☐ **Check if this is community property**
<sub>(see instructions)</sub>

---

**1.1 27**

**If you own or have more than one, list here:**

**538 Frost Rd**
<sub>Street address, if available, or other description</sub>

**Streetsboro**      **OH**    **44241-0000**
<sub>City</sub>                 <sub>State</sub>    <sub>ZIP Code</sub>

**Portage**
<sub>County</sub>

**What is the property?** Check all that apply

- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Record Title in name of RMO Trust; Extensively damaged by tenant**
**PPN 35-023-00-00-023-000**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$100,000.00** | **$100,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**Fee simple**

☐ **Check if this is community property**
<sub>(see instructions)</sub>

---

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.........................................................=>**

| **$9,303,470.00** |
|---|

**Part 2:  Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Debtor 1    **Richard McKay Osborne, Sr.**                                    Case number *(if known)*    **17-17361**

### 3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No

■ Yes

| | | |
|---|---|---|
| 3.1 | Make: **Ford** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |

3.1    Make:    **Ford**

Model:    **Explorer**

Year:    **1989**

Approximate mileage:

Other information:

Location: 7265 Markell Road, Waite Hill OH 44094

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?

$1,000.00    $1,000.00

3.2    Make:    **Ford**

Model:    **Gran Torino**

Year:    **1972**

Approximate mileage:

Other information:

Location: 7265 Markell Road, Waite Hill OH 44094

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?

$1,000.00    $1,000.00

### 4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No

☐ Yes

5    **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** .............................................................=>    $2,000.00

---

**Part 3:    Describe Your Personal and Household Items**

**Do you own or have any legal or equitable interest in any of the following items?**    Current value of the portion you own?
Do not deduct secured claims or exemptions.

### 6. Household goods and furnishings
*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No

■ Yes. Describe.....

| | |
|---|---|
| Miscellaneous Household Goods<br>Location: 7265 Markell Road, Waite Hill OH 44094 | $75,000.00 |
| Miscellaneous pictures, paintings, decor<br>Location: 7265 Markell Road, Waite Hill OH 44094 | $10,000.00 |
| Miscellaneous Houshold Goods<br>Location: 7020 Williams Road, Concord, OH | $25,000.00 |
| Miscellaneous Household Goods<br>Location: 225 Swede Road, Tidioute, PA 16351 | $65,000.00 |

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1   **Richard McKay Osborne, Sr.**                     Case number *(if known)*   **17-17361**

**7. Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices
             including cell phones, cameras, media players, games
   ■ No
   ☐ Yes.  Describe.....

**8. Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections;
             other collections, memorabilia, collectibles
   ■ No
   ☐ Yes.  Describe.....

**9. Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools;
             musical instruments
   ■ No
   ☐ Yes.  Describe.....

**10.  Firearms**
   *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
   ☐ No
   ■ Yes.  Describe.....

| | |
|---|---|
| **Antique Firearms**<br>**Location: 7265 Markell Road, Waite Hill OH 44094** | **$5,000.00** |

**11.  Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
   ☐ No
   ■ Yes.  Describe.....

| | |
|---|---|
| **Miscellaneous Clothing**<br>**Location: 7265 Markell Road, Waite Hill OH 44094** | **$500.00** |

**12.  Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ☐ No
   ■ Yes.  Describe.....

| | |
|---|---|
| **Miscellaneous Costume Jewelry, Watches**<br>**Location: 7265 Markell Road, Waite Hill OH 44094** | **$175.00** |

**13.  Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ■ No
   ☐ Yes.  Describe.....

**14.  Any other personal and household items you did not already list, including any health aids you did not list**
   ■ No
   ☐ Yes.  Give specific information.....

**15.  Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached**
   **for Part 3. Write that number here** ...........................................................................

| |
|---|
| **$180,675.00** |

| Part 4: | Describe Your Financial Assets |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own?<br>Do not deduct secured claims or exemptions. |
|---|---|

Debtor 1    **Richard McKay Osborne, Sr.**                                    Case number *(if known)*  **17-17361**

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No
    ■ Yes.................................................................................................................

|  |  |
|---|---:|
| Cash | $500.00 |

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ■ No
    ☐ Yes........................                                    Institution name:

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes..................                            Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ■ Yes.  Give specific information about them...................
                                Name of entity:                                % of ownership:

|  |  |  |  |
|---|---|---|---:|
| **SEE ATTACHED LIST** | **See attached list** | **%** | **Unknown** |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
                                Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ■ No
    ☐ Yes. List each account separately.
                        Type of account:                            Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. ....................                                Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes.............                Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes.............                Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No

Debtor 1    **Richard McKay Osborne, Sr.**                                    Case number *(if known)* __17-17361__

☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
          benefits; unpaid loans you made to someone else
    ☐ No
    ■ Yes. Give specific information..

| | |
|---|---|
| **Note Receivable**<br>**Michael Gorman**<br>**936 Rose Angel Circle**<br>**Wake Forest, NC 27587-3935** | **$268,368.00** |
| **Note Receivable**<br>**Tammy Ferrara**<br>**c/o Dedicated to Children**<br>**6970 Heisley Road**<br>**Mentor, OH 44060** | **$15,342.00** |
| **Note Receivable**<br>**Carolyn Coatoam**<br>**2762 Hale Road**<br>**Painesville, OH 44077** | **$89,827.00** |
| **Note Receivable**<br>**Lauren Svec Tristano**<br>**3600 N Lake Shore, Apt 2206**<br>**Chicago, IL 60613-4658**<br>**and**<br>**235 N West Street**<br>**Wheaton, IL 60187-5004** | **$12,000.00** |
| **Note Receivable and Mortgage**<br>**Moses 'Red' La Fountaine**<br>**Lake Placid, NY** | **$60,000.00** |
| **$628,954.63 booked as loans on books and records of**<br>**Rockefeller Oil Co. LLC** | **Unknown** |

| | |
|---|---|
| **$2,137.096.39 booked as loans on books and records of Sleepy Hollow Oil & Gas, LLC** | Unknown |
| **$220,595.75 booked as loans on books and records of David Oil Co. LLC** | Unknown |
| **$114,179.71 booked as loans on books and records of Tatonka Oil Company, LLC** | Unknown |
| **$436,737.34 booked as loans on books and records of Ohio Rural Natural Gas Coop** | Unknown |
| **$330,205.29 booked as loans on books and records of Big Oats Oil Field Supply Co. LLC** | Unknown |
| **$325,000 booked as advance from member on books and records of Orwell Trumbull Pipeline Co LLC** | $0.00 |
| **Royalty due from David Oil Company LLC** | $3.26 |
| **$16,000 Loan due from Cobra Pipeline Co. LTD** | Unknown |
| **breach of contract claim against Gas Natural Inc. for $600,000, lawsuit pending** | Unknown |

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ☐ No
    ☐ Yes. Name the insurance company of each policy and list its value.
                   Company name:                            Beneficiary:                     Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ☑ No
    ☐ Yes. Give specific information.

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ☑ No
    ☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ☐ No
    ☑ Yes. Describe each claim.........

| | |
|---|---|
| **Insurance Claim for Fire at PA Compound** | $900,000.00 |

35. **Any financial assets you did not already list**
    ☑ No
    ☐ Yes. Give specific information.

Debtor 1    **Richard McKay Osborne, Sr.**                                    Case number *(if known)*   **17-17361**

36.  **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached**
     **for Part 4. Write that number here**.................................................................................................................    **$1,346,040.26**

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

37.  **Do you own or have any legal or equitable interest in any business-related property?**

     ■ No. Go to Part 6.
     □ Yes.  Go to line 38.

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
|  | If you own or have an interest in farmland, list it in Part 1. |

46.  **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

     ■ No. Go to Part 7.
     □ Yes.  Go to line 47.

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

53.  **Do you have other property of any kind you did not already list?**
     *Examples:* Season tickets, country club membership

     ■ No
     □ Yes. Give specific information.........

54.  **Add the dollar value of all of your entries from Part 7. Write that number here** ......................................    **$0.00**

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

55.  **Part 1: Total real estate, line 2** ..........................................................................................    **$9,303,470.00**

56.  **Part 2: Total vehicles, line 5**                              **$2,000.00**

57.  **Part 3: Total personal and household items, line 15**        **$180,675.00**

58.  **Part 4: Total financial assets, line 36**                    **$1,346,040.26**

59.  **Part 5: Total business-related property, line 45**                 **$0.00**

60.  **Part 6: Total farm- and fishing-related property, line 52**        **$0.00**

61.  **Part 7: Total other property not listed, line 54**        +        **$0.00**

62.  **Total personal property.** Add lines 56 through 61...    **$1,528,715.26**    Copy personal property total    **$1,528,715.26**

63.  **Total of all property on Schedule A/B.** Add line 55 + line 62                                                     **$10,832,185.26**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                 Best Case Bankruptcy

| Name of Entity | Percent owned by RMO/Trusts | Date Formed | Date Ceased Operations | Active/Inactive | Accountant/Bookkeeper | EIN (If known) |
|---|---|---|---|---|---|---|
| 000 Richmond Road LLC | 100.00% | 6/2/2014 | | Active | | |
| 000 West Jackson LLC | 100.00% | 6/2/2014 | | Active | | |
| 001 Jackson Street LLC | 100.00% | 6/2/2014 | | Active | | |
| 1058 Peach Blvd | 100.00% | 6/2/2014 | | Active | | |
| 11447 Viceroy LLC | 100.00% | 9/22/2014 | | Active | | |
| 11486 Viceroy LLC | 100.00% | 6/2/2014 | | Active | | |
| 11495 Viceroy LLC | 100.00% | 6/2/2014 | | Active | | |
| 11520 Monarch LLC | 100.00% | 8/15/2016 | | Active | | |
| 11575 Girdled Road LLC | 100.00% | 2/26/2014 | | Active | | |
| 1180 W. Jackson St LLC | 100.00% | 9/22/2014 | | Active | | |
| 1392 Jackson Street LLC | 100.00% | 3/15/2017 | | Active | | |
| 15499 Kinsman Road LLC | 100.00% | 3/15/2017 | | Active | | |
| 2412 N. Newton Falls Road LLC | 100.00% | 8/29/2016 | | Active | | |
| 2737 Hubbard Rd LLC | 100.00% | 7/3/2017 | | Active | | |
| 27981 EUCLID CO., LLC | 50.00% | 6/18/1997 | | Active | | |
| 306 Lakeshore LLC | 100.00% | 1/6/2012 | | Active | | |
| 362 Center Street LLC | 100.00% | 3/15/2017 | | Active | | |
| 366 Center Street LLC | 100.00% | 3/15/2017 | | Active | | |
| 38700 PELTON ROAD, LLC | 100.00% | 1/22/2008 | | Active | | |
| 5848 Vrooman Road LLC | 100.00% | 7/3/2017 | | Active | | |
| 6631 Ridge Road LLC | 100.00% | 6/2/2014 | | Active | | |
| 7001 Center Street LLC | 100.00% | 7/26/2016 | | Active | | |
| 7621 MENTOR AVENUE, LLC | 100.00% | 12/2/2009 | | Active | | |
| 8014 Bellflower LLC | 100.00% | 5/7/2013 | | Active | | |
| 815 Superior Ave LLC | 100.00% | 8/29/1994 | | Active | | |
| 8491 Mayfield Acquisitions LLC | 25.00% | 10/25/2016 | | Active | | |
| 8667 East Avenue LLC | 100.00% | 9/22/2014 | | Active | | |
| 8755 Munson Road LLC | 100.00% | 9/23/2011 | | Active | | |
| 9010 TYLER, LLC | 100.00% | 8/9/2017 | | Active | | |
| A000 MENTOR AVENUE, LLC | 100.00% | 6/2/2014 | | Active | | |
| ANGRMO OIL & GAS | 50.00% | 3/3/2003 | | Active | | |
| BACK LAND, LLC | 100.00% | 3/3/2016 | | Active | | |
| BIG OAT'S OIL FIELD SUPPLY COMPANY, LLC | 100.00% | 5/8/2009 | | Active | | 34-1782080 |
| BISHOP ROAD LLC | 100.00% | 11/15/2015 | | Active | | |
| BLACK BEAR REALTY, LTD. | 99.00% | 5/4/1995 | | Active | | 34-1801548 |
| BLACKBROOK ROAD, LLC | 100.00% | 4/10/2014 | | Active | | |
| CHOWDER GAS STORAGE FACILITY, LLC | 100.00% | 6/9/2008 | | Active | | |
| CHOWDER LAND DEVELOPMENT CO., LLC | 100.00% | 7/28/2008 | | Active | | |
| COBRA PIPELINE CO., LTD. | 85.93% | 10/17/2015 | | Active | | 41-2255945 |
| CONCORD/HAMBDEN ROAD, LLC | 100.00% | 3/22/2013 | | Active | | |
| DAVID OIL COMPANY, LLC | 100.00% | 8/5/2016 | | Active | | |
| EAST 27TH STREET LLC | 100.00% | 12/31/2015 | | Active | | |
| ESPYVILLE PA, LLC | 100.00% | 6/2/2014 | | Active | | |
| FARLEY LAND, LLC | 100.00% | 10/31/2016 | | Active | | |

| | | | | | |
|---|---|---|---|---|---|
| FRONT LAND, LLC | 100.00% | 3/3/2016 | Active | | |
| Gorman Road LLC | 100.00% | 8/3/2011 | Active | | |
| GREAT LAKES PARKWAY, LLC | 100.00% | 12/23/2009 | Active | | |
| HALE ROAD, LLC | 100.00% | 11/24/2014 | Active | | |
| HAMILTON/MERCANTILE DEVELOPMENT COMPANY, INC. | 100.00% | 4/23/1997 | Active | | |
| HAMILTON-MERCANTILE LAND LLC | 100.00% | 11/15/2015 | Active | | |
| HEISLEY-HOPKINS, INC. | 100.00% | 2/4/1991 | Active | | 34-1701842 |
| JOHN D. OIL AND GAS COMPANY | 100.00% | 6/23/2000 | Active | | |
| John D. Oil and Gas Marketing LLC | 85.93% | 6/6/2013 | Active | | 38-3724735 |
| JOHN D. RESOURCES, LLC | 100.00% | 9/27/2004 | Active | | 01-0849110 |
| KYKUIT RESOURCES, LLC | 18.22% | 5/8/2007 | Active | | 23-0184655 |
| Lec House LLC | 100.00% | 12/21/2016 | Active | | |
| LEIMCO ACQUISITION COMPANY, LLC | 100.00% | 9/6/2017 | Active | | |
| LEIMCO DEVELOPMENT COMPANY, LTD. | 90.00% | 3/30/2001 | Active | | |
| LEIMCO HOLDING COMPANY, LLC | 100.00% | 3/3/2016 | Active | | |
| LIGHTNING OIL CO., LTD. | 49.00% | 4/5/1996 | Active | | |
| LIGHTNING OIL COMPANY | 100.00% | 12/9/1991 | Active | | 31-1490133 |
| LIGHTNING PIPELINE COMPANY II, INC. | 100.00% | 1/30/2002 | Active | | 02-0617550 |
| LIGHTNING PIPELINE COMPANY LTD. | 85.93% | 10/15/2001 | Active | | 02-0617547 |
| LITTLE INCH, LLC | 100.00% | 5/11/2005 | Active | | |
| MADISON LAND LLC | 100.00% | 11/15/2015 | Active | | |
| MADISON/ROUTE 20, LLC | 50.00% | 5/6/1999 | Active | | |
| MARIETTA LAND PROPERTIES LLC | 100.00% | 9/6/2016 | Active | | |
| MENTOR EQUIPMENT RENTAL LLC | 100.00% | 1/21/2015 | Active | | |
| MIDWAY INDUSTRIAL CAMPUS CO., LTD. | 33.34% | 12/18/2000 | Active | | |
| NATHAN PROPERTIES, LLC | 100.00% | 10/21/2011 | Active | | |
| NEO GAS MARKETING, LLC | 100.00% | 7/17/2003 | Active | | 20-0119593 |
| OHIO PIPELINE LLC | 85.93% | 5/27/2004 | Active | | |
| Orwell-Trumbull Pipeline Co. LLC | 85.30% | 9/3/2004 | Active | | 43-2082799 |
| OSAIR, INC | 95.00% | 2/9/1963 | Active | | 34-0964544 |
| Oz Gas Ltd | 100.00% | 2/22/2001 | Active | | |
| PAINESVILLE BALLFIELD, LLC | 100.00% | 9/22/2014 | Active | | |
| PLAZA AVENUE, LLC | 100.00% | 9/22/2014 | Active | | |
| POPEYE'S MARINA, INC. | 100.00% | 11/18/1987 | Active | | |
| RAVENNA ROAD II, LLC | 100.00% | 9/22/2014 | Active | | |
| RIGRTONA HOLDING COMPANY, LLC | 100.00% | 3/3/2016 | Active | | |
| RMO, Inc. | 100.00% | 8/16/1989 | Active | | |
| ROCKEFELLER OIL COMPANY, LLC | 100.00% | 8/5/2016 | Active | | |
| ROUTE 84 LLC | 100.00% | 5/17/2017 | Active | | |
| S.C.R.O. COMPANY, LLC | 50.00% | 5/19/1999 | Active | | |
| SLEEPY HOLLOW OIL & GAS, LLC | 100.00% | 11/19/2005 | Active | | 90-0437215 |
| Tatonka Oil Company LLC | 100.00% | 4/21/2016 | Active | | |
| THE RETIREMENT MANAGEMENT COMPANY | 100.00% | 3/26/1993 | Active | | |
| TIN MAN STORAGE, LLC | 100.00% | 6/13/2005 | Active | | |
| TINMAN STORAGE CENTER, LLC | 100.00% | 11/12/2004 | Active | | |

| Name | | Ownership % | Date | Note | Status | | ID |
|---|---|---|---|---|---|---|---|
| WILLIAMS RD., LLC | | 100.00% | 9/22/2014 | | Active | | |
| WILSON LAND PROPERTIES, LLC | | 100.00% | 1/14/2014 | | Active | | |
| WOODLANDS ASSISTED LIVING RESIDENCE - EASTLAND, LLC | | 100.00% | 1/29/2004 | | Active | | 20-0703922 |
| YELLOWBRICK STORAGE, LLC | | 100.00% | 5/3/2013 | | Active | | |
| 1344 LOST NATION ROAD LLC | | 100.00% | 8/17/2011 | | Inactive | | |
| 1450 Jackson Street II LLC | | 100.00% | 9/22/2014 | 2017 | Inactive | | |
| 1450 Jackson Street LLC | | 100.00% | 11/16/2010 | 2017 | Inactive | | |
| 2681 ORCHARD WAY, INC. | | 100.00% | 7/25/1999 | | Inactive | | |
| 5480 Woodside Road LLC | | 100.00% | 10/28/2010 | 2015 | Inactive | | |
| 5580 Woodside Rd. LLC | | 100.00% | 5/11/2017 | 2015 | Inactive | | |
| 7123 INDUSTRIAL PARK BLVD., INC. | | 100.00% | 1/15/1992 | 2002 | Inactive | | 34-1703840 |
| 7341 Lakeshore LLC | | 100.00% | 11/21/2011 Unknown | | Inactive | | |
| 7597 Mentor Avenue LLC | | 100.00% | 3/20/2012 Unknown | | Inactive | | |
| 7621 Mentor Avenue LLC | | 100.00% | 3/20/2012 Unknown | | Inactive | | |
| 8420 Mentor Avenue LLC | | 100.00% | 6/2/2014 Unknown | | Inactive | | |
| 8644 Station Street LLC | | 100.00% | 5/30/2013 | 2016 | Inactive | | |
| 8990 Tyler Boulevard LLC | Unknown | | 6/15/2010 Unknown | | Inactive | | |
| 9130-38 Tyler Boulevard LLC | | 100.00% | 6/29/2012 Unknown | | Inactive | | |
| ACHIEVEMENT, LTD | | 50.00% | 11/5/1996 | 2014 | Inactive | | |
| ALTA GAS SERVICES LLC | | 100.00% | 7/11/2005 | 2014 | Inactive | | |
| ANDOVER PROPANE, LLC | | 100.00% | 6/26/2013 | 2012 | Inactive | | |
| Barnes LLC | | 100.00% | 12/6/2010 Unknown | | Inactive | | |
| BEDFORD PROPERTIES LTD. | | 66.89% | 9/14/1994 | 2014 | Inactive | | |
| BLUE HERON DEVELOPMENT LTD. | | 100.00% | 11/2/1995 10+ years ago | | Inactive | | 34-1821532 |
| Brainard Gas Corp | | 100.00% | 6/10/1999 | 2010 | Inactive | | |
| Butchcoat LLC | Unknown | | 11/5/2002 7+ years ago | | Inactive | | |
| CARDINAL FRANCHISE CORP. | | 100.00% | 7/13/1993 10+ years ago | | Inactive | | 34-1747067 |
| CENTER STREET INVESTMENTS, INC. | | 54.20% | 7/28/2000 Unknown | | Inactive | | |
| CHARDON BANK BUILDING, LLC | | 100.00% | 3/2/2009 10+ years ago | | Inactive | | |
| CHECKERS OF OHIO, INC. | | 100.00% | 10/15/1990 Never Operated | | Inactive | | |
| CHR LLC | | 100.00% | 3/8/2011 Unknown | | Inactive | | |
| COLUMBUS TILE YARD, LLC | | 100.00% | 5/16/2002 10+ years ago | | Inactive | | 02-0617512 |
| CONCORD GROUP, LLC | | 50.00% | 4/19/2001 10+ years ago | | Inactive | | |
| CRILE ROAD DEVELOPERS, LTD. | | 100.00% | 2/22/2000 10+ years ago | | Inactive | | |
| CUBBY'S RECYCLING LLC | | 100.00% | 4/7/2011 Never Operated | | Inactive | | |
| DELICIOUS DESIGNATED DRIVERS, LLC | | 100.00% | 1/31/2011 Never Operated | | Inactive | | |
| DMO PROPERTIES, INC. | | 100.00% | 6/17/1988 5+ years ago | | Inactive | | 34-1595405 |
| ERIE-COKE PROPERTIES, INC. | | 33.34% | 10/26/2000 10+ years ago | | Inactive | | |
| FIRST INDEMNITY, LTD. | | 100.00% | 11/1/1996 10+ years ago | | Inactive | | 31-1489512 |
| FLAGLER, LLC | | 100.00% | 4/4/2003 10+ years ago | | Inactive | | |
| FOREVER WILD, LLC | | 100.00% | 6/5/2003 Never Operated | | Inactive | | |
| GN1, LLC | | 100.00% | 1/3/2006 Unknown | | Inactive | | |
| GN2, LLC | | 100.00% | 1/3/2006 Unknown | | Inactive | | |
| GN3, LLC | | 100.00% | 1/3/2006 Unknown | | Inactive | | |

| Name | | Percent | Date | Note | Status | ID |
|---|---|---|---|---|---|---|
| GN4, LLC | | 100.00% | 1/3/2006 | Unknown | Inactive | |
| GN5, LLC | | 100.00% | 1/18/2006 | Unknown | Inactive | |
| GREAT LAKES PLAZA, LTD. | | 51.47% | 7/15/2002 | | 2012 Inactive | |
| GREAT PLAINS EXPLORATION, LLC | | 100.00% | 4/4/2003 | | 2016 Inactive | 56-2349495 |
| HEISLEY STORAGE & MINI LTD. | | 33.00% | 11/9/1995 | 10+ years ago | Inactive | |
| HOPKINS HEISLEY CORP. | | 100.00% | 3/6/1997 | 10+ years ago | Inactive | |
| Keene Properties LLC | Unknown | | 9/3/2011 | Unknown | Inactive | |
| LAKESHORE & RT. 306, LLC | | 100.00% | 7/16/2012 | | 2012 Inactive | 01-0849110 |
| LIBERTY SELF STOR II LLC | | 99.00% | | | 2012 Inactive | |
| LIBERTY SELF STOR, LTD. | | 100.00% | 6/3/1996 | | 2012 Inactive | |
| LITTLE OATS, LLC | | 100.00% | 3/22/2010 | | 2015 Inactive | |
| Lucky Brothers LLC | | 50.00% | 10/10/2008 | 5+ years ago | Inactive | |
| LUDLOW NATURAL GAS COMPANY, LLC | | 100.00% | 3/28/2017 | | 2016 Inactive | |
| MATCHWORKS TAVERN, LLC | | 100.00% | 1/5/2011 | | 2012 Inactive | |
| MATCHWORKS, LLC | | 100.00% | 1/31/2012 | | 2012 Inactive | |
| MEADOWLANDS APARTMENTS, INC. | | 100.00% | 2/2/1994 | 10+ years ago | Inactive | 34-1762459 |
| MENTOR-BARD PROPERTIES, LLC | | 50.00% | 3/29/2004 | | 2012 Inactive | |
| Mentor Condominiums LLC | | 100.00% | 12/14/2010 | Unknown | Inactive | |
| MERIDIAN POINT REALTY TRUST '83 | | 100.00% | 12/14/1998 | 10+ years ago | Inactive | |
| NORTHWESTERLY, LTD. | | 100.00% | 8/22/1996 | 10+ years ago | Inactive | 34-1860277 |
| OPD SANITARY SEWER DEVELOPMENT COMPANY, LLC | | 100.00% | 7/3/2002 | | 2014 Inactive | |
| ORWELL NATURAL GAS COMPANY | | 100.00% | 8/12/1986 | | 2012 Inactive | 34-1534903 |
| OSBORNE CRUSHED STONE & CONCRETE LLC | | 100.00% | 8/1/2015 | | 2015 Inactive | |
| OSBORNE MONETARY FINANCE, LLC | | 100.00% | 3/30/2015 | | 2015 Inactive | |
| OSBORNE SECURITIES, INC. | | 50.00% | 9/12/1980 | 30+ years ago | Inactive | |
| Oz Acquisition, LLC | | 100.00% | 10/18/2010 | 5+ years ago | Inactive | |
| Oz Gas Aviation LLC | Unknown | | 12/12/2007 | 5+ years ago | Inactive | |
| PAINESVILLE BANK BUILDING, LLC | | 100.00% | 3/2/2009 | | 2012 Inactive | |
| PAINESVILLE TOWNSHIP TRAILER PARK, INC. | | 50.00% | 5/10/1989 | 10+ years ago | Inactive | |
| RENAISSANCE PARKWAY LLC | | 100.00% | 2/29/2016 | | 2016 Inactive | |
| RICK'S II, LLC | | 100.00% | 12/23/2009 | Unknown | Inactive | |
| RICK'S LTD. | | 100.00% | 11/3/2008 | Unknown | Inactive | |
| RICKY HOMES, INC | | 100.00% | 10/17/1985 | 20+ years ago | Inactive | |
| ROCKEFELLER RENTALS, LLC | | 100.00% | 12/16/2010 | Unknown | Inactive | |
| ROCKWELL GARAGE, LLC | | 100.00% | 3/22/2013 | | 2012 Inactive | |
| ROCKWELL PROPERTY, LLC | | 100.00% | 4/24/2009 | | 2012 Inactive | |
| ROUTE 20 BOWLING ALLEY, INC. | | 50.00% | 7/26/1999 | 10+ years ago | Inactive | |
| ROUTE 306 PROPERTIES, LLC | | 100.00% | 2/12/2014 | Never Operated | Inactive | |
| ROUTE 306, LLC | | 100.00% | 12/27/2011 | Never Operated | Inactive | |
| ROUTE 44, LLC | | 100.00% | 8/24/2012 | | 2015 Inactive | |
| S.O.L. Properties LLC | Unknown | | 12/14/2006 | Unknown | Inactive | |
| ScultYour Image, LLC | | 100.00% | 3/8/2011 | Unknown | Inactive | |
| SOUTHEAST RETIREMENT COMPANY LTD | | 100.00% | 8/29/1994 | 10+ years ago | Inactive | |
| STATION STREET LEASING, LLC | | 100.00% | 11/27/2006 | Unknown | Inactive | |
| STATION STREET PARTNERS, LLC | | 100.00% | 6/8/2002 | Unknown | Inactive | |

| | | | | | |
|---|---|---|---|---|---|
| STEVE-RICK, LTD. | 50.00% | 4/12/2002 Unknown | | Inactive | |
| STIFFTHEBANKS.COM, LLC | 100.00% | 1/13/2011 Never Operated | | Inactive | |
| SUCH A DEAL, LLC | 100.00% | 5/7/2007 Never Operated | | Inactive | |
| SUGAR BUSH HOLDINGS, LLC | 100.00% | 10/25/2013 | 2016 | Inactive | |
| SUGARBRUSH PROPERTIES, LLC | 100.00% | 5/21/2015 | 2016 | Inactive | |
| SUGARBUSH PROPERTIES I, LLC | 100.00% | 8/8/2014 | 2016 | Inactive | |
| THE JEROME T. OSBORNE FAMILY LIMITED PARTNERSHIP | 7.28% | 12/31/1996 2016-17 | | Inactive | |
| TURBINE STORAGE LLC | 100.00% | 7/8/1999 10+ years ago | | Inactive | |
| TURKEY VULTURE FUND XIII, LTD. | 35-40% | 11/22/1994 10+ years ago | | Inactive | 34-1786314 |
| TURKEY VULTURE FUND XIV, LTD. | 35-40% | 12/31/2006 10+ years ago | | Inactive | 34-1854265 |
| TURKEY VULTURE MANAGEMENT, LTD. | 35-40% | 11/24/1997 10+ years ago | | Inactive | 34-1854269 |
| TYLER BOULEVARD HOLDING COMPANY | 100.00% | 9/25/1997 Unknown | | Inactive | |
| TYLER BOULEVARD, LLC | 100.00% | 1/31/2012 Unknown | | Inactive | |
| VROOMAN ROAD WATERLINE, LLC | 100.00% | 2/14/2013 Never Operated | | Inactive | |
| WOODLANDS ASSISTED LIVING RESIDENCE, LLC | 98.00% | 8/25/2000 10+ years ago | | Inactive | 34-1932800 |