# FORBES LAW LLC

Attorney and Counsellor at Law  
www.geflaw.net

(Tax ID No. 81-2769067)

Main Street Law Building  
166 Main Street  
Painesville, Ohio 44077  
440-357-6211, ext. 130  
crenzi@geflaw.net

To: Richard M. Osborne  
7265 Markell Road  
Waite Hill, OH 44094

Invoice Date: 3/26/2018

*Thank you in advance for your prompt payment!*

**PLEASE MAKE CHECKS PAYABLE TO: FORBES LAW LLC**

*For your convenience, you can now make payments on-line by visiting our "Pay Your Bill" page on our website at www.geflaw.net*

Regarding: Osborne, Richard M - CH11  
Invoice No: 80499

## Services Rendered

| Date | Staff | Description | Dur/Qty | Rate | Charges |
|---|---|---|---|---|---|
| 12/17/2017 | GEF | Professional Service<br>Rick Osborne<br>E-mail miscellaneous -Mel | 0.30 | $350.00 | $105.00 |
| 12/18/2017 | CAS | Professional Service<br>e,ails to/from Carolyn re SOFA (x11)<br>Emails to/from D Whiteman re DIP and MOR instructions | 0.60 | $125.00 | $75.00 |
| 12/18/2017 | GEF | Professional Service<br>Rick's case<br>E-mail miscellaneous | 0.40 | $350.00 | $140.00 |
| 12/18/2017 | GEF | Professional Service<br>RE: Rick's case<br>E-mail to client -Bill re: Dip accounts | 0.30 | $350.00 | $105.00 |
| 12/19/2017 | CAS | Professional Service<br>Conference - miscellaneous - Jessica and Carolyn re schedules<br>Create csv files<br>Emails to Jessica, Carolyn and Don regarding property | 1.20 | $125.00 | $150.00 |
| 12/19/2017 | GEF | Professional Service<br>Mel | 0.20 | $350.00 | $70.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Fax to client | | | |
| 12/20/2017 | CAS | Professional Service<br>emails to/from Carolyn re cash flows and account numbers | 0.30 | $125.00 | $37.50 |
| 12/20/2017 | GEF | Professional Service<br>Cases and strategy-Confidential<br>Review and analysis<br>Correspondence to client | 0.70 | $350.00 | $245.00 |
| 12/20/2017 | GEF | Professional Service<br>Telephone conference - miscellaneous -Baumgart and Wuliger | 0.50 | $350.00 | $175.00 |
| 12/20/2017 | GEF | Professional Service<br>RE: Rick's personal BK<br>E-mail miscellaneous -Summers re:creditors | 0.20 | $350.00 | $70.00 |
| 12/24/2017 | GEF | Professional Service<br>RE: Osborne<br>E-mail miscellaneous -Toole | 0.20 | $350.00 | $70.00 |
| 12/26/2017 | GEF | Professional Service<br>RE: Osborne - 17-17361-aih<br>E-mail miscellaneous | 0.20 | $350.00 | $70.00 |
| 12/26/2017 | GEF | Professional Service<br>Lisa<br>Fax to client | 0.40 | $350.00 | $140.00 |
| 12/27/2017 | CAS | Professional Service<br>emails to/from Carolyn re schedules/payment advices | 0.40 | $125.00 | $50.00 |
| 12/27/2017 | GEF | Professional Service<br>RE: Rick<br>E-mail miscellaneous -Don re: SS check | 0.20 | $350.00 | $70.00 |
| 12/27/2017 | GEF | Professional Service<br>Conference - miscellaneous -Whiteman re:Rick's income | 1.20 | $350.00 | $420.00 |
| 12/27/2017 | GEF | Professional Service<br>Telephone conference - miscellaneous -Summers re: schedules | 0.50 | $350.00 | $175.00 |
| 12/27/2017 | GEF | Professional Service<br>Rick<br>E-mail miscellaneous -Ricks Bankruptcy draft to | 0.20 | $350.00 | $70.00 |

Carolyn

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/27/2017 | GEF | Professional Service<br>Osborne<br>E-mail miscellaneous -Friedlander re: adequate protection | 0.20 | $350.00 | $70.00 |
| 12/27/2017 | GEF | Professional Service<br>Osborne<br>E-mail miscellaneous -Weaver | 0.30 | $350.00 | $105.00 |
| 12/28/2017 | GEF | Professional Service<br>Case<br>Fax to client | 0.40 | $350.00 | $140.00 |
| 12/29/2017 | GEF | Professional Service<br>E-mail to opposing attorney -Palmer | 0.30 | $350.00 | $105.00 |
| 12/29/2017 | GEF | Professional Service<br>email to Whiteman | 0.20 | $350.00 | $70.00 |
| 12/30/2017 | GEF | Professional Service<br>RE: Rick<br>E-mail miscellaneous -Don Whiteman re: schedules | 0.20 | $350.00 | $70.00 |
| 1/02/2018 | GEF | Professional Service<br>RE: Rick Osborne Fire Claim<br>E-mail miscellaneous -Mel | 0.20 | $350.00 | $70.00 |
| 1/02/2018 | GEF | Professional Service<br>Telephone conference with client re: realestate sales | 0.30 | $350.00 | $105.00 |
| 1/02/2018 | GEF | Professional Service<br>Telephone conference - miscellaneous -Jody re: sale of property | 0.20 | $350.00 | $70.00 |
| 1/02/2018 | GEF | Professional Service<br>Telephone conference - miscellaneous -atty Dibella re: fire claim | 0.30 | $350.00 | $105.00 |
| 1/02/2018 | GEF | Professional Service<br>Changes to schedules | 0.30 | $350.00 | $105.00 |
| 1/02/2018 | GEF | Professional Service<br>Telephone conference - miscellaneous -JodyT re: mineral rights sales and special counsel | 0.30 | $350.00 | $105.00 |
| 1/03/2018 | CAS | Professional Service<br>Draft Motion to Extend Time to File Schedules; | 0.30 | $125.00 | $37.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | order; service | | | |
| 1/03/2018 | CAS | Professional Service<br>emails to/from Carolyn re schedules | 0.20 | $125.00 | $25.00 |
| 1/03/2018 | GEF | Professional Service<br>E-mail to opposing attorney | 0.50 | $350.00 | $175.00 |
| 1/03/2018 | GEF | Professional Service<br>Telephone conference with opposing attorney - Sikora re: Chicago Title and progress of case, potential actions | 0.80 | $350.00 | $280.00 |
| 1/03/2018 | GEF | Professional Service<br>Telephone conference - miscellaneous -Beth | 0.20 | $350.00 | $70.00 |
| 1/04/2018 | GEF | Professional Service<br>Telephone conference - miscellaneous -Toole re:receiver issues | 0.20 | $350.00 | $70.00 |
| 1/05/2018 | GEF | Professional Service<br>RE: Rick Osborne<br>E-mail miscellaneous -Sill re: fire claim | 0.20 | $350.00 | $70.00 |
| 1/05/2018 | GEF | Professional Service<br>Osborne<br>E-mail to opposing attorney | 0.30 | $350.00 | $105.00 |
| 1/05/2018 | GEF | Professional Service<br>Telephone conference - miscellaneous -Friedlander re: adequate protection | 0.20 | $350.00 | $70.00 |
| 1/07/2018 | GEF | Professional Service<br>RE: FW: Osborne v. LaFountaine & NBT<br>E-mail miscellaneous -NY lawyer | 0.20 | $350.00 | $70.00 |
| 1/07/2018 | GEF | Professional Service<br>RE: Richard M. Osborne, et al., bankruptcies; Tenant rent checks<br>E-mail miscellaneous -Toole re:checks and records | 0.20 | $350.00 | $70.00 |
| 1/08/2018 | GEF | Professional Service<br>E-mail miscellaneous -Baumgart | 0.20 | $350.00 | $70.00 |
| 1/09/2018 | GEF | Professional Service<br>Telephone conference - miscellaneous -Conway re: sale on 16th | 0.40 | $350.00 | $140.00 |
| 1/09/2018 | GEF | Professional Service<br>Conference - miscellaneous -Baumgart | 0.20 | $350.00 | $70.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/09/2018 | GEF | Professional Service<br>fax to client | 0.20 | $350.00 | $70.00 |
| 1/09/2018 | GEF | Professional Service<br>Telephone conference with client re: sale on 16th (2x) | 0.40 | $350.00 | $140.00 |
| 1/10/2018 | CAS | Professional Service<br>Emails to Whiteman and Carolyn re Schedule B information | 0.20 | $125.00 | $25.00 |
| 1/10/2018 | CAS | Professional Service<br>Analyze income spreadsheet and revise Schedule I | 0.60 | $125.00 | $75.00 |
| 1/10/2018 | GEF | Professional Service<br>Conference with client | 0.60 | $350.00 | $210.00 |
| 1/11/2018 | CAS | Professional Service<br>Additional analysis of income spreadsheet and revisions Schedule I | 0.50 | $125.00 | $62.50 |
| 1/11/2018 | GEF | Professional Service<br>FW:<br>review email from Dortch | 0.20 | $350.00 | $70.00 |
| 1/11/2018 | GEF | Professional Service<br>RE: In re: Osborne 17-17361-aih<br>E-mail miscellaneous | 0.20 | $350.00 | $70.00 |
| 1/12/2018 | CAS | Professional Service<br>Finalize Schedule G - Residential Leases | 0.70 | $125.00 | $87.50 |
| 1/12/2018 | CAS | Professional Service<br>email to D Whiteman re commercial leases | 0.20 | $125.00 | $25.00 |
| 1/12/2018 | GEF | Professional Service<br>Telephone conference with client re: 7001 | 0.20 | $350.00 | $70.00 |
| 1/15/2018 | CAS | Professional Service<br>Telephone conference - miscellaneous - Carolyn & Jessica re schedules<br>emails to Whiteman re DIP | 0.80 | $125.00 | $100.00 |
| 1/16/2018 | CAS | Professional Service<br>Call to Carolyn & Rick re schedules<br>Revise Schedules I & J<br>Revise Means Test<br>Emails to/from Carolyn & Jessica re RMO real property, personal property, notes receivable, | 6.30 | $125.00 | $787.50 |

mortgages (x18)
Revisions to real property spredsheet attachment
Revisions to mortgage spreadsheet attachment
Update Schedules A, B, C, D, H
Draft Motion to Extend Time and Order2

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/17/2018 | CAS | Professional Service<br>Conference with client to revise schedules | 1.20 | $125.00 | $150.00 |
| 1/17/2018 | CAS | Professional Service<br>Review and respond to emails from Jessica and Carolyn regarding updated property listing<br>Update attachments to schedules | 0.60 | $125.00 | $75.00 |
| 1/17/2018 | GEF | Professional Service<br>Telephone conference - miscellaneous - Whiteman | 0.20 | $350.00 | $70.00 |
| 1/17/2018 | GEF | Professional Service<br>E-mail miscellaneous -Baumgart | 0.20 | $350.00 | $70.00 |
| 1/17/2018 | GEF | Professional Service<br>RE: Commercial and Residential listings for RMO<br>E-mail miscellaneous | 0.30 | $350.00 | $105.00 |
| 1/17/2018 | GEF | Professional Service<br>Conference with client re:schedules | 1.30 | $350.00 | $455.00 |
| 1/18/2018 | CAS | Professional Service<br>prepare amended verified statement | 0.20 | $125.00 | $25.00 |
| 1/18/2018 | GEF | Professional Service<br>Attendance at hearing IDI | 1.40 | $350.00 | $490.00 |
| 1/19/2018 | GEF | Professional Service<br>Telephone conference - miscellaneous -Fred Schwieg | 0.20 | $350.00 | $70.00 |
| 1/19/2018 | GEF | Professional Service<br>Telephone conference with client | 0.30 | $350.00 | $105.00 |
| 1/23/2018 | GEF | Professional Service<br>Telephone conference - miscellaneous<br>Fred | 0.20 | $350.00 | $70.00 |
| 1/25/2018 | GEF | Professional Service<br>RE: Bankruptcy of Rick Osborne and related entities<br>E-mail miscellaneous | 0.30 | $350.00 | $105.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/25/2018 | GEF | Professional Service<br>RE: Responses<br>E-mail to client -Jessica | 0.20 | $350.00 | $70.00 |
| 1/26/2018 | GEF | Professional Service<br>E-mail miscellaneous -Krassof | 0.20 | $350.00 | $70.00 |
| 1/27/2018 | GEF | Professional Service<br>Burkons, notes on cross<br>begin preparation of Burkons cross | 0.60 | $350.00 | $210.00 |
| 2/01/2018 | GEF | Professional Service<br>E-mail miscellaneous -court | 0.20 | $350.00 | $70.00 |
| 2/09/2018 | GEF | Professional Service<br>Attendance at hearing | 1.50 | $350.00 | $525.00 |
| 2/13/2018 | GEF | Professional Service<br>RE: RMO - Walthall subpoena<br>Review of documents<br>E-mail miscellaneous | 0.30 | $350.00 | $105.00 |
| 2/13/2018 | GEF | Professional Service<br>Fax to client | 0.20 | $350.00 | $70.00 |

Total Fees $9,382.50

Total New Charges $9,382.50

Previous Balance $0.00