The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on April 15, 2018, which may be different from its entry on the record.

**IT IS SO ORDERED.**

**Dated: April 15, 2018**



ARTHUR I. HARRIS
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re: | Case No. 17-17361-aih |
| RICHARD M. OSBORNE, | Chapter 11 |
| Debtor. | Judge Arthur I. Harris |
| | ORDER GRANTING MOTION OF FIRST NATIONAL BANK OF PENNSYLVANIA FOR RELIEF FROM STAY AND ABANDONMENT |

This matter came before the Court on the Motion for Relief from Stay and Abandonment (the "Motion") filed by First National Bank of Pennsylvania, successor-by-merger to Park View Federal Savings Bank ("Movant"). Movant has alleged that good cause for granting the Motion exists, and that Debtor, counsel for the Debtor, and all other necessary parties were served with the Motion, and with notice of the objection deadline on the Motion. Debtor filed an objection to the Motion. Responses to the Motion were filed by creditors Chicago Title Insurance

1

Company and The Huntington National Bank. No other party filed a response or otherwise appeared in opposition to the Motion. A hearing on the Motion, the Debtor's objection and other responses to the Motion was held on March 27, 2018, and, as further adjourned, on April 10, 2018. For the reasons stated in open court, Movant withdrew the following real property from the Motion: 7265 Markel Road, Waite Hill, OH, parcel no. 25A00600001; and V/L Frost Road, Mantua, Portage County, OH, parcel no. 35-021-00-00-001-000, and 35-021-00-00-002-000. For the reasons stated in open court, and pursuant to an agreement between the parties, it is appropriate to grant the relief, in part, requested by Movant.

IT IS, THEREFORE, ORDERED that the Motion is granted, in part, and the automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Movant, its successors, and assigns, in relation to the following real property subject to the Motion (collectively, the "Property"):

a) 11551 Sunny Dr., Warrensville Heights, OH, parcel no. 763-19-002;
b) 11555 Sunny Dr., Warrensville Heights, OH, parcel no. 763-19-003;
c) 11559 Sunny Dr., Warrensville Heights, OH, parcel no. 763-19-004;
d) 21006 Sarah Dr., Warrensville Heights, OH, parcel no. 763-19-054;
e) 21010 Sarah Dr., Warrensville Heights, OH, parcel no. 763-19-055;
f) 21014 Sarah Dr., Warrensville Heights, OH, parcel no. 763-19-056;
g) 21018 Sarah Dr., Warrensville Heights, OH, parcel no. 763-19-020;
h) 21022 Sarah Dr., Warrensville Heights, OH, parcel no. 763-19-030;
i) 21026 Sarah Dr., Warrensville Heights, OH, parcel no. 763-19-031;
j) 21030 Sarah Dr., Warrensville Heights, OH, parcel no. 763-19-069;
k) 21034 Sarah Dr., Warrensville Heights, OH, parcel no. 763-19-070;
l) 21036 Sarah Dr., Warrensville Heights, OH, parcel no. 763-19-071;

m) 21040 Sarah Dr., Warrensville Heights, OH, parcel no. 763-19-072;

n) 21044 Sarah Dr., Warrensville Heights, OH, parcel no. 763-19-073;

o) 21050 Sarah Dr., Warrensville Heights, OH, parcel no. 763-19-074;

p) 21067 Sarah Dr., Warrensville Heights, OH, parcel no. 763-19-078;

q) 21063 Sarah Dr., Warrensville Heights, OH, parcel no. 763-19-079;

r) 21059 Sarah Dr., Warrensville Heights, OH, parcel no. 763-19-080;

s) 21047 Sarah Dr., Warrensville Heights, OH, parcel no. 763-19-083;

t) 21043 Sarah Dr., Warrensville Heights, OH, parcel no. 763-19-084;

u) 434 Water, Chardon, OH parcel no. 10-154300;

v) 26 Fairport Nursery, Painesville Twp., OH, parcel no. 11B0370000020;

w) 1101 Lost Nation, Willoughby, OH, parcel no. 27B056E00054;

x) 1080 Shadowrow Ave., Willoughby, OH, parcel no. 27B057C00037;

y) 1086 Shadowrow Ave., Willoughby, OH, parcel nos. 27B057C00038, 27B056E00053;

z) 1073 Lost Nation, Willoughby, OH, parcel no. 27B057C00039;

aa) 6042 Andrews Rd., Mentor-On-The-Lake, OH, parcel nos. 19A09I00001, 19A09I00002, 19A090H00067;

bb) North Ridge Rd., Madison Twp., OH, parcel no. 01B108B000010;

cc) 1186 West Jackson, Painesville, OH, parcel no. 15C036H00019;

dd) 1220 West Jackson, Painesville, OH, parcel no. 15C036H00011;

ee) 8310 Bellflower, Mentor, OH, parcel no. 16C077J00020;

ff) 7800 Ravenna, Concord Twp., OH, parcel no. 08A004B00018;

gg) 2450 North Ridge, Painesville Twp., OH, parcel no. 11B034000005;

hh) Pelton Road, Willoughby, Lake County, OH, parcel no. 27B039A000050; and

ii) 538 Frost, Streetsboro, Portage County, OH, parcel no. 350230000023.

IT IS FURTHER ORDERED that pursuant to § 554(b) of the Bankruptcy Code, the Property is abandoned.

IT IS FURTHER ORDERED that in relation to the real property located at 7020 Williams, Painesville, OH, parcel no. 08A006B000080, the Motion is hereby

adjourned to May 22, 2018, at 11:00 a.m. before the Honorable Arthur I. Harris, at the U.S. Bankruptcy Court for the Northern District of Ohio, Howard M. Metzenbaum U.S. Courthouse, 201 Superior Avenue, Cleveland, OH 44114-1235.

# # #

SUBMITTED BY:

*/s/ Nathaniel R. Sinn*
Matthew H. Matheney (0069974)
Gregory P. Amend (0081247)
Nathaniel R. Sinn (0088467)
Buckingham, Doolittle & Burroughs, LLC
1375 E. 9th Street, Suite 1700
Cleveland, Ohio 44114
Telephone: (216) 621-5300
Facsimile: (216) 621-5440
Email:  mmatheney@bdblaw.com
  gamend@bdblaw.com
  nsinn@bdblaw.com
COUNSEL FOR MOVANT

4

# CERTIFICATE OF SERVICE

A true and correct copy of the foregoing Order Granting Motion of First National Bank of Pennsylvania for Relief from Stay and Abandonment was served by the Clerk of Courts:

- Gregory P. Amend: gamend@bdblaw.com
- Adam S. Baker: abakerlaw@sbcglobal.net
- Robert D. Barr: rbarr@koehler.law
- Glenn Forbes: bankruptcy@geflaw.net
- Stephen D. Hobt: shobt@aol.com
- Christopher J. Klym: bk@hhkwlaw.com
- Matthew H. Matheney: mmatheney@bdblaw.com
- Timothy P. Palmer: timothy.palmer@bipc.com
- John J. Rutter: jrutter@ralaw.com
- Frederic P. Schwieg: fschwieg@schwieglaw.com
- Michael J. Sikora, III: msikora@sikoralaw.com
- Jeffrey C. Toole: toole@buckleyking.com
- Maria D. Giannirakis ust06: maria.d.giannirakis@usdoj.gov
- Scott R. Belhorn: Scott.R.Belhorn@usdoj.gov

and by regular U.S. mail, postage prepaid, to:

Richard M. Osborne
7265 Markell Road
Waite Hill, Ohio 44094

_____
Clerk of Courts

CL2:478491_v1