## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

IN RE RICHARD M. OSBORNE
*Debtor*

CASE NO. 17-17361
CHAPTER 11
JUDGE ARTHUR I. HARRIS

## MOTION OF RICHARD M. OSBORNE TO SELL A PARCEL OF REAL PROPERTY LOCATED AT GIRDLED ROAD, CONCORD TOWNSHIP OH FREE OF ANY INTEREST OF ANY ENTITY OTHER THAN THE ESTATE

Richard M. Osborne, Debtor in Possession ("Debtor") moves this Court for an order pursuant to 11 U.S.C. §§ 102(1)(B)(i), 363(b) and (f), authorizing the sale of the property of the estate described below free of any interest of any entity other than the estate.

1.  On December 17, 2017 (the "Petition Date"), the Debtor filed his voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

2.  The Debtor has continued in possession of his property and has continued to operate and manage his businesses as debtor-in possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code. No request has been made for the appointment of a trustee or examiner, and the United States Trustee has indicated that no official creditor committee is being formed in this case.

3.  The Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334.  Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.  This is a "core" proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (M) and (O).  The statutory predicate for the relief sought herein is §363(b) and (f) of the Bankruptcy Code.

4.  The Debtor seeks to sell vacant land at Girdled Road**,** Concord Ohio PPN 08A0010000490 ("Girdled Road").  The Debtor proposes to sell the estate's interest in Girdled Road for $125,000.00 ("Gross Proceeds") less payment of all outstanding real estate taxes through the closing date, consisting of approximately $3,248.19 in current real estate taxes due Lake County

-1-

Ohio (the "Real Estate Taxes" and the remaining sum the "Net Proceeds") on the terms and conditions set forth in the offer to purchase from Sommers Real Estate Group LLC ("Buyer") attached hereto as Exhibit A. Buyer has no connection to the Debtor, but is seeking to purchase two lots on Concord Hambden Road that is the subject of a separate motion to sell. Buyer seeks to purchase Girdled Road in good faith.

5. Prepetition title to Girdled Road was in the name of the Richard M. Osborne Trust ("Trust"). On December 17, 2017 the Debtor revoked the Trust which caused the Trust's property to revest in the Debtor on that date. Girdled Road is therefore property of this bankruptcy estate.

6. On or about January 7, 2008, the Trust gave a mortgage to RBS Citizen's Charter One Bank ("RBS") on Girdled Road (the "Mortgage"). The Mortgage granted a first priority lien on Girdled Road. RBS alleges that it is owed $8,076,373.53 in its filed proof of claim Claim No. 28. The only interest superior to the Mortgage in Girdled Road are the liens for Real Estate Taxes.

7. The Lake County Auditor's fair market appraisal for Girdled Road is $73,070.00. The proposed Gross Sales Price is therefore fair and reasonable for Girdled Road.

8. There are numerous holders of an interest in Girdled Road as set forth on Exhibit B, but all such holders of any interest consent to the sale free of their interest.

9. Many of the interests in Girdled Road are in bona fide dispute. .

10. As the remaining interests are junior in priority to the Mortgage, the holder of any interest in Girdled Road may be compelled in a legal or equitable proceeding to accept a money satisfaction of such interest.

11. In order to provide adequate protection of any interest in Girdled Road, the Real Estate Taxes will be paid to Tax Ease and/or the Lake County Treasurer. The Net Proceeds will be paid to RBS, but subject to the jurisdiction of this Court should its claim later be disallowed or if RBS

be paid in full from other sources. All other interests in Girdled Road will be determined by a later order of this Court, in accordance with the respective rights and priorities of the holders any interest in Girdled Road, as such right appears and is entitled to be enforced against Girdled Road, the Estate or the Debtor under the Bankruptcy Code or applicable non-bankruptcy law.

12. Therefore Girdled Road may be sold free of any interest of any other entity.

Therefore, the Debtor respectfully requests that this Court authorize the sale of Girdled Road, in the event a timely objection to this motion is made, to the Buyer on the terms and conditions herein set forth.

<div style="margin-left:40%">

Respectfully submitted,
/s/ Frederic P. Schwieg, Esq.

Frederic P. Schwieg, Esq. (0030418)
Attorney at Law
2705 Gibson Dr
Rocky River, OH 44116
(440) 499-4506
Fax: (440) 398-0490
fschwieg@schwieglaw.com
Attorney for Richard M. Osborne

</div>

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Motion to sell was electronically transmitted on or about the date filed via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice list or was served by U.S. mail, postage prepaid, or certified mail on the persons below as indicated below.

Electronic Mail Notice List
The following is a list of the parties who are on the list to receive e-mail notice/service for this case:

Gregory P. Amend on behalf of Creditor First National Bank of Pennsylvania
gamend@bdblaw.com, grichards@bdblaw.com

Adam S. Baker on behalf of Creditor Michael E. Osborne, Sr.
abakerlaw@sbcglobal.net, adam@bakerlaw.us;abakerlaw@gmail.com

Robert D. Barr on behalf of Creditor Chicago Title Insurance Company
rbarr@koehler.law, rbarr@koehler.law

David T. Brady on behalf of Creditor Tax Ease Ohio, LLC
DBrady@Sandhu-Law.com, bk1notice@sandhu-law.com

Christopher J. Klym on behalf of Creditor Ohio Department of Taxation
bk@hhkwlaw.com

Matthew H. Matheney on behalf of Creditor First National Bank of Pennsylvania
mmatheney@bdblaw.com, bhajduk@bdblaw.com

Timothy P. Palmer on behalf of Creditor The Huntington National Bank
timothy.palmer@bipc.com, donna.curcio@bipc.com

John J. Rutter on behalf of Creditor Concord Lumber & Supply Co.
jrutter@ralaw.com

Frederic P. Schwieg on behalf of Debtor Richard M. Osborne
fschwieg@schwieglaw.com

Michael J. Sikora, III on behalf of Creditor Chicago Title Insurance Company
msikora@sikoralaw.com, aarasmith@sikoralaw.com;mtroha@sikoralaw.com

Nathaniel R. Sinn on behalf of Creditor First National Bank of Pennsylvania
nsinn@bdblaw.com, kslatinsky@bdblaw.com

Andrew M. Tomko on behalf of Creditor Tax Ease Ohio, LLC
atomko@sandhu-law.com, bk1notice@sandhu-law.com

Jeffrey C. Toole on behalf of Interested Party Zachary B Burkons
toole@buckleyking.com, young@buckleyking.com;heberlein@buckleyking.com

Michael S. Tucker on behalf of Creditor Citizens Bank, N.A.
mtucker@ulmer.com

Maria D. Giannirakis ust06 on behalf of U.S. Trustee United States Trustee
maria.d.giannirakis@usdoj.gov

Scott R. Belhorn ust35 on behalf of U.S. Trustee United States Trustee
Scott.R.Belhorn@usdoj.gov

Ordinary US Mail Service:
Treasurer-Lake County

-4-

PO BOX 490
Painesville OH 44077-0490

Lake County Prosecutor-Civil
PO BOX 490
Painesville OH 44077-0490

Ohio Department of Job & Family Services
Attn: Program Services/Revenue Recovery
P.O. Box 182404
Columbus, Ohio 43218-2404

Ohio Bureau of Workers' Compensation
Attn: Law Section Bankruptcy Unit
P.O. Box 15567
Columbus, Ohio 43215-0567

Ohio Attorney General
Collections Enforcement Section
attn Bankruptcy Staff
150 E Gay ST Fl 21
Columbus, OH 43215

/s/ Frederic P. Schwieg
Frederic P. Schwieg

-5-

## CONTRACT TO PURCHASE REAL ESTATE

The undersigned Purchaser, or it's assigns, agree to purchase from Richard M. Osborne, Trustee, Seller, the following described real estate known as vacant land on Girdled Road, **Permanent Parcel # 08A0010000490,** Concord Township, Lake County, Ohio, containing 3.21 acres, more or less.

1. The purchase price is **$125,000.00,** payable as follows:

    A. Earnest money, **$ 5,000.00** in cash or check, to be deposited with Title Company upon approval of the Court

    B. Balance is to be deposited with the escrow agent five days prior to closing.

    C. Purchaser is purchasing property with no contingencies.

2. Seller shall furnish a Limited Warranty Deed conveying to the Purchaser good title to the property, free and clear of any encumbrances whatsoever, except (i) zoning ordinances, if any; (ii) easements, reservations and restrictions of record, if any; (iii) taxes and assessments, which shall be prorated as of the date of title transfer (based on the last available tax duplicate), and therefore assumed by Purchasers.

3. Funds & Documents:

    All documents and funds necessary for the completion of this transaction shall be placed in escrow, with the escrow agent, Lake County Title Company, 306 High Street, Fairport Harbor, Ohio, 44077. Telephone numbers 440-974-8242; not less than 3 days before the date of the title transfer.

4. Title:

    Title shall be taken as follows: Sommers Real Estate Group LLC

    Type of deed: Warranty



EXHIBIT
A

1

5. Defects:

In the event a defect in title appears, Seller shall have 30 days to remove said defect, and in any event of failure to do so, Purchaser may rescind this agreement.

6. Possession:

Possession of the property shall be delivered upon transfer of title.

7. Charges:

Seller shall pay: (a) any amounts due Purchaser by reason of pro-rations, (b) one half the escrow fee, (c) one half of the realty transfer tax and (d) one-half of the Owners Fee Title Policy in the amount of the purchase price and (e) the title examination fee (f) any CAUV recoupment

Purchaser shall pay (a) one half of the escrow fee (b) one half of the transfer tax (c) one-half of the Owner's Fee Title Policy in the amount of the purchase price (d) any costs related to the filing of any mortgage placed on the property

8. Closing:

Title shall transfer on or about: 5 days after court approval

9. Real Estate Commission:

Buyer and Seller have not used any real estate agent and no commission is due to any Realtor.

THIS AGREEMENT CONTAINS ALL OF THE TERMS AND CONDITIONS AGREED TO BY AND BETWEEN BUYER AND SELLER AND THERE ARE NO OTHER CONDITIONS, REPRESENTATIONS, WARRANTIES OR AGREEMENTS EXPRESSED OR IMPLIED. ANY CHANGES TO THIS AGREEMENT MUST BE IN WRITING.

FACSIMILE (FAX) SIGNATURES OR ELECTRONIC SIGNATURES SHALL BE

2

DEEMED BINDING AND VALID.

Purchaser(s):

_____ urbon
Sommers Real Estate Group LLC

Box 1102
Chardon, Ohio 44024
Address

Dated: 4 - 16 - 18

Telephone Number: 440-487-1220

Email: rs@sommersrealestate.com

Seller:

By: _____

Dated: _____

By: _____

Dated: _____

By: _____

Dated: _____

3

# Full Search

Effective date: March 15, 2018

## Property Address:

11714 Girdled Road

## Title Vested in the Name of:

Richard M. Osborne, Trustee

## Vesting Deed (s)

2007R040609

## Legal Description:

See Deed 2007R040609 for description

## Mortgages and Liens

Mortgage from Richard M. Osborne Trustee to RBS Citizens Charter One filed for record * and recorded as Instrument No. 2014R013422 of Lake County Records. Amount $12,960,000.00 (caption and more land)

**Judgment lien** Filed on 8/21/2009; 09-JL-004014, in favor of **RBS Citizens, Charter One,** AGAINST: John D Oil and Gas Company Richard M Osborne, Trustee and Richard M. Osborne (individually) Amount $9,500,000.00
**Judgment lien Re-filed** on 8/18/2014; 14-JL-003247, in favor of **RBS Citizens, Charter One,** AGAINST: John D Oil and Gas Company Richard M Osborne, Trustee and Richard M. Osborne (individually) Amount $9,500,000.00

**Judgment Lien** Filed on 8/21/2009; 09-JL-004015, in favor of RBS Citizens, Charter One, Against: Richard M. Osborne (individually); Great Plains Exploration LLC and Oz Gas. Amount $21,211,495.94
**Judgment lien Re-filed** on 8/18/2014; 14-JL-003248, in favor of **RBS Citizens, Charter One,** Against: Richard M. Osborne (individually); Great Plains Exploration LLC and Oz Gas. Amount $21,211,495.94
***NOTE: THIS LIEN IS FILED AGAINST RICHARD M. OBORNE (INDIVIDUALLY) AND IS NOT FILED AGAINTS THE RICHARD M. OSBORNE TRUST***

**Judgment Lien** Filed on 7/25/2011, 11-JL-003136, in favor of **The Home Savings and Loan Company,** AGAINST: Richard M. Osborne, Trustee, Richard M. Osborne, Trustee of the Rigrtona Trust, Richard M. Osborne Individually
Amount $737,105.52
**Judgment Lien Re-filed** on July 20, 2016. 16-JL-002725 in favor of **The Home Savings and Loan Company,** AGAINST: Richard M. Osborne, Trustee, Richard M. Osborne, Trustee of the Rigrtona Trust, Richard M. Osborne Individually

EXHIBIT

**B**

Amount $737,105.52
**Note:** The above lien was assigned on November 14, 2017 from Home Savings Bank to Rigrtona Holding Company LLC (NOTE: THIS ASSIGNEMENT WAS *FILED IN ERROR IN CASE 16-JL-002726 – this assignment was not filed in jl docket 16-JL-002725 as shown above*)
*NOTE: THIS LIEN APPEARS TO BE FILED AGAINST THE RIGRTONA TRUST AND NOT THE RICHARD M. OSBORNE TRUST*

**Judgment Lien** Filed on 7/25/2011, 11-JL-003139, in favor of The Home Savings and Loan Company, AGAINST: <u>Richard M. Osborne (Individually)</u> and Leimco Development Co. and Martin Hathy
Amount $1,230,753.89
**Judgment lien Re-filed** on July 20, 2016, 16-JL-002726, in favor of The Home Savings and Loan Company, AGAINST: <u>Richard M. Osborne (Individually)</u> and Leimco Development Co. and
Martin Hathy
Amount $1,378,250.02
**Note:** The above lien was assigned on November 14, 2017 from Home Savings Bank to Leimco Acquisition Company LLC
*NOTE: THIS LIEN IS FILED AGAINST RICHARD M. OBORNE (INDIVIDUALLY) AND IS NOT FILED AGAINTS THE RICHARD M. OSBORNE TRUST*

**Judgment Lien** Filed on 9/28/2011, 11-JL-004219, in favor of Citizens Bank;
Assigned on 4/12/2013 to **Chicago Title Insurance Company.** AGAINST; <u>Richard M. Osborne, Trustee</u> and Richard M. Osborne (individually)
Amount $3,460,913.95
**Judgment Lien Re-filed** on September 13, 2016. Common Pleas Court of Lake County docket 16-JL-003910 in favor of **Chicago Title Insurance Company.** AGAINST; <u>Richard M. Osborne, Trustee</u> and Richard M. Osborne (individually)
Amount $3,460,913.95

**Judgment Lien** Filed on 11/23/2011, 11-JL-005330, in favor of Home Savings and Loan Company of Youngstown;
AGAINST; Midway Industrial Campus, and Richard M. Osborne (Amount: $4,164,725.00)
AGAINST; Madison Route 20 LLC and Richard M. Osborne (Amount $2,248,265.46)
**Judgment lien Re-filed** on July 20, 2016, 16-JL-002731, in favor of Home Savings and Loan Company of Youngstown;
AGAINST; Midway Industrial Campus, and Richard M. Osborne (Amount: $4,164,725.00)
AGAINST; Madison Route 20 LLC and Richard M. Osborne (Amount $2,248,265.46)
**Note: Partial Release filed for record November 16, 2017 which releases Richard M. Osborne from the above judgment**
*NOTE: THIS LIEN IS FILED AGAINST RICHARD M. OBORNE (INDIVIDUALLY) AND IS NOT FILED AGAINTS THE RICHARD M. OSBORNE TRUST*

**Judgment Lien** Filed on 2/15/2013,   13 FJ-000002, In favor of First Source bank,
AGAINST; <u>Richard M. Osborne (individually)</u>
Amount $523,117.37
*NOTE: THIS LIEN IS FILED AGAINST RICHARD M. OBORNE (INDIVIDUALLY) AND IS NOT FILED AGAINTS THE RICHARD M. OSBORNE TRUST*

**Judgment Lien** Filed on 10/15/2015, 15-JL-004203, in favor of CFBank (28879 Chagrin Blvd. Woodmere Ohio 44122) AGAINST; <u>Richard M. Osborne, Trustee</u> and Richard M. Osborne (individually) Amount; $662,565.96
**Note:** The above lien was assigned on August 1, 2016 from CF Bank to 7001 Center St. LLC

**STATE JUDGMENT LIEN** filed 12/19/2015. 15-ST-005412. In favor of the Ohio Department of Taxation, against Richard M. Osborne (individually) in the amount of $594,583.30
***NOTE: THIS LIEN IS FILED AGAINST RICHARD M. OBORNE (INDIVIDUALLY) AND IS NOT FILED AGAINTS THE RICHARD M. OSBORNE TRUST***

**Judgment Lien** Filed on 2/15/2013,  13 FJ-000002, In favor of First Source bank,
AGAINST; <u>Richard M. Osborne (individually)</u>
Amount $523,117.37

**Notice of lien** filed 2/19/2016 in Instrument no. 2016L000096 of Lake County Records in favor of Ohio Department of Job and Family services against <u>Rick M. Osborne</u> and Tom J. Smith, d/b/a/ LSS I LP in the amount of $150.81

**Judgment Lien** Filed on 7/20/2016, 16-JL-002725, in favor of The Home Savings and Loan Company of Youngstown  AGAINST; <u>Richard M. Osborne, Trustee</u>  The Rigrtona Trust and Richard M. Osborne (individually)
Amount; $737,105.52
**Note:** The above lien was assigned on November 14, 2017 from Home Savings to Rigrtona Holding Company LLC

**Judgment Lien** filed on 7/20/2016. 16-JL-002726, in favor of the Homes Savings and Loan Company of Youngstown, against Leimco Development Company, Richard M. Osborne and Martin Hathy
Amount: $1,387,520.00
**Note:** The above lien was assigned on November 14, 2017 from Home Savings to Leimco Acquisition Company LLC

**STATE JUDGMENT LIEN** filed 03/09/2017. 17-ST-001389. In favor of the Ohio Department of Workmen's Compensation, against Richard M. Osborne (individually) in the amount of $22,188.99 – serial No. 4233537 –
***NOTE: THIS LIEN IS FILED AGAINST RICHARD M. OBORNE (INDIVIDUALLY) AND IS NOT FILED AGAINTS THE RICHARD M. OSBORNE TRUST***

**Workmen's Compensation Lien**, filed for record March 10, 2017 and recorded in Instrument No. 2017R006265 of Lake County Records in favor of the State of Ohio Bureau of Workmen's Compensation against Richard M. Osborne et-al The Northwesterly
Judgment amount $22,193.60– serial No. 4233537 –Risk No. 1225465-0
***NOTE: THIS LIEN IS FILED AGAINST RICHARD M. OBORNE (INDIVIDUALLY) AND IS NOT FILED AGAINTS THE RICHARD M. OSBORNE TRUST***

**Judgment Lien** Filed on May 18, 2017, 17-JL-002688, in favor of Chicago Title Insurance Company AGAINST; <u>Richard M. Osborne, Trustee</u> and Richard M. Osborne (individually), Rigrtona Trust and Leimco Development Company
Amount; $1,657,332.86

**Judgment Lien** Filed on September 29, 2017- 17-JL-004165, in favor of Chicago Title Insurance Company AGAINST; <u>Richard M. Osborne, Trustee</u> and Richard M. Osborne (individually), Rigrtona Trust and Leimco Development Company
Amount; $1,657,332.86

**Judgment Lien** Filed on October 18, 2017- 17-JL-005189, in favor of First National Bank of Pennsylvania AGAINST; <u>Richard M. Osborne, Trustee under restated Trust Agreement dated January 13, 1995</u> and Richard M. Osborne (individually), Junior Properties, Rigrtona Trust of December 3, 2001, Chowder Gas Storage Facility, Lake Shore Gas Storage Inc, Orwell Trumbull Pipeline Co. LLC, Heisley Hopkins Inc, Black Bear Realty LTD and Hamilton Partners Inc.
Amount; $4,609,385,39 with interest at $952.28 per day

**Judgment Lien** Filed on October 18, 2017- 17-JL-005190, in favor of First National Bank of Pennsylvania AGAINST; <u>Richard M. Osborne, Trustee under restated Trust Agreement dated January 13, 1995</u> and Richard M. Osborne (individually), Junior Properties, Rigrtona Trust of December 3, 2001, Chowder Gas Storage Facility, Lake Shore Gas Storage Inc, Orwell Trumbull Pipeline Co. LLC, Heisley Hopkins Inc, Black Bear Realty LTD and Hamilton Partners Inc.
Amount; $4,609,385,39 with interest at $952.28 per day

**Judgment Lien** Filed on October 18, 2017- 17-JL-005191, in favor of First National Bank of Pennsylvania AGAINST; <u>Richard M. Osborne, Trustee under restated Trust Agreement dated January 13, 1995</u> and Richard M. Osborne (individually), Junior Properties, Rigrtona Trust of December 3, 2001, Chowder Gas Storage Facility, Lake Shore Gas Storage Inc, Orwell Trumbull Pipeline Co. LLC, Heisley Hopkins Inc, Black Bear Realty LTD and Hamilton Partners Inc.
Amount; $541,388.32 with interest at $47.40 per day

**Judgment Lien** Filed on October 18, 2017- 17-JL-005192, in favor of First National Bank of Pennsylvania AGAINST; <u>Richard M. Osborne, Trustee under restated Trust Agreement dated January 13, 1995</u> and Richard M. Osborne (individually), Junior Properties, Rigrtona Trust of December 3, 2001, Chowder Gas Storage Facility, Lake Shore Gas Storage Inc, Orwell Trumbull Pipeline Co. LLC, Heisley Hopkins Inc, Black Bear Realty LTD and Hamilton Partners Inc.
Amount; $471,216.54 with interest at $75.48 per day

**Judgment Lien** Filed on October 18, 2017- 17-JL-005193, in favor of First National Bank of Pennsylvania AGAINST; <u>Richard M. Osborne, Trustee under restated Trust Agreement dated January 13, 1995</u> and Richard M. Osborne (individually), Junior Properties, Rigrtona Trust of December 3, 2001, Chowder Gas Storage Facility, Lake Shore Gas Storage Inc, Orwell Trumbull Pipeline Co. LLC, Heisley Hopkins Inc., Black Bear Realty LTD and Hamilton Partners Inc.
Amount; $104,929.18 with interest at $10.06 per day

**Judgment Lien** Filed on October 18, 2017- 17-JL-005194, in favor of First National Bank of Pennsylvania AGAINST; <u>Richard M. Osborne, Trustee under restated Trust Agreement dated January 13, 1995</u> and Richard M. Osborne (individually), Junior Properties, Rigrtona Trust of December 3, 2001, Chowder Gas Storage Facility, Lake Shore Gas Storage Inc, Orwell Trumbull Pipeline Co. LLC, Heisley Hopkins Inc, Black Bear Realty LTD and Hamilton Partners Inc.
Amount; $34,036.09 with interest at $3.27 per day

**Judgment Lien** Filed on October 18, 2017- 17-JL-005195, in favor of First National Bank of Pennsylvania AGAINST; <u>Richard M. Osborne, Trustee under restated Trust Agreement dated January 13, 1995</u> and Richard M. Osborne (individually), Junior Properties, Rigrtona Trust of December 3, 2001, Chowder Gas Storage Facility, Lake Shore Gas Storage Inc, Orwell Trumbull Pipeline Co. LLC, Heisley Hopkins Inc, Black Bear Realty LTD and Hamilton Partners Inc.
Amount; $557,387.76 with interest at $48.76 per day

**Judgment Lien** Filed on October 18, 2017- 17-JL-005196, in favor of First National Bank of Pennsylvania AGAINST; <u>Richard M. Osborne, Trustee under restated Trust Agreement dated January 13, 1995</u> and Richard M. Osborne (individually), Junior Properties, Rigrtona Trust of December 3, 2001, Chowder Gas Storage Facility, Lake Shore Gas Storage Inc, Orwell Trumbull Pipeline Co. LLC, Heisley Hopkins Inc, Black Bear Realty LTD and Hamilton Partners Inc.
Amount; $547,470.56 with interest at $121.04 per day

**Judgment Lien** Filed on October 18, 2017- 17-JL-005197, in favor of First National Bank of Pennsylvania AGAINST; <u>Richard M. Osborne, Trustee under restated Trust Agreement dated January 13, 1995</u> and Richard M. Osborne (individually), Junior Properties, Rigrtona Trust of December 3, 2001, Chowder Gas Storage Facility, Lake Shore Gas Storage Inc, Orwell Trumbull Pipeline Co. LLC, Heisley Hopkins Inc, Black Bear Realty LTD and Hamilton Partners Inc.
Amount; $1,346,107.19 with interest at $117.73 per day

**Judgment Lien** Filed on October 18, 2017- 17-JL-005198, in favor of First National Bank of Pennsylvania AGAINST; <u>Richard M. Osborne, Trustee under restated Trust Agreement dated January 13, 1995</u> and Richard M. Osborne (individually), Junior Properties, Rigrtona Trust of December 3, 2001, Chowder Gas Storage Facility, Lake Shore Gas Storage Inc, Orwell Trumbull Pipeline Co. LLC, Heisley Hopkins Inc, Black Bear Realty LTD and Hamilton Partners Inc.
Amount; $93,857.37 with interest at $0 per day

**Judgment Lien** Filed on October 18, 2017- 17-JL-005199, in favor of First National Bank of Pennsylvania AGAINST; <u>Richard M. Osborne, Trustee under restated Trust Agreement dated January 13, 1995</u> and Richard M. Osborne (individually), Junior Properties, Rigrtona Trust of December 3, 2001, Chowder Gas Storage Facility, Lake Shore Gas Storage Inc, Orwell Trumbull Pipeline Co. LLC, Heisley Hopkins Inc., Black Bear Realty LTD and Hamilton Partners Inc.
Amount; $142,492.71 with interest at $13.67 per day

**Judgment Lien** Filed on November 1, 2017- 17-JL-005314, in favor of First National Bank of Pennsylvania AGAINST; <u>Richard M. Osborne, Trustee under restated Trust Agreement dated January 13, 1995</u> and Richard M. Osborne (individually), Junior Properties, Rigrtona Trust of December 3, 2001, Chowder Gas Storage Facility, Lake Shore Gas Storage Inc, Orwell Trumbull Pipeline Co. LLC, Heisley Hopkins Inc., Black Bear Realty LTD and Hamilton Partners Inc.
Amount; $480.138.04

## Taxes

Taxes for the year 2017, Payable in 2018:
 Listed in the name of Richard M. Osborne, Trustee (Parcel No. 08-A-001-0-00-049-0)

First Half taxes amounting to $1,132.31 (includes first half penalty) are a lien
Second half taxes amounting to $1,029.37 are a lien but not yet due
Prior Delinquencies: $1,086.51
_____
Total full year taxes and delinquencies currently due: $3,248.19

Assessed Values: Land $25,570; Building $0; Total: $25,570

## Other Encumbrances

Restrictions in the deed from B D M L Inc to James A. Bruening and Kellie Bruening dated May 12, 1995, filed for record May 15, 1995 and recorded in Volume 1116. Page 204 of Lake County Records



# COUNTY OF LAKE

## FRANK A. SUPONCIC, CPA, CFE
### RECORDER

| EASTERN | WESTERN | FAX |
|---------|---------|-----|
| LAKE COUNTY | LAKE COUNTY | (440) 350-5940 |
| (440) 350-2510 | (440) 946-2829 | |



2007R040609

LAKE COUNTY OHIO
RECORDED ON
11/29/2007    03:03:50PM

FRANK A SUPONCIC,CPA,CFE
LAKE COUNTY RECORDER
REC FEE:        $28.00
        PAGES:   3



**IMPORTANT**
**RECORDING INFORMATION**

This cover sheet is a permanent addition to the original document and *MUST* be retained with the document that was filed and/or recorded.

**Reflected hereon is the pertinent recording information:**

- File Number
- Date Filed
- Time Filed
- Recording Fee
- Number of Pages Recorded

# Thank You

105 MAIN STREET • P.O. BOX 490 • PAINESVILLE, OHIO 44077
www.lakecountyrecorder.org • E-mail: recorder@lakecountyohio.org
Lake County Recorder 2007R040609 Page: 1 of 3

WARRANTY DEED

and the Grantor has complied with
Section 319.202 of the Revised Code.
E 3935 FEE $ NLA
11/29/07 EXEMPT
Edward H. Zupancic, County Auditor

| KNOW ALL MEN BY THESE PRESENTS: |
| --- |

That **MARTIN WHELAN (Married to Lynn P. Whelan)** the Grantor, who claims title by

or through Document No. 2006R046473 of Lake County Records, for the consideration of *Ten and*

*No/l00 Dollars ($10.00)* received to his full satisfaction of **RICHARD M. OSBORNE, TRUSTEE**

the Grantee, whose Tax Mailing Address will be: *8500 Station Street, Mentor, Ohio, 44060*, does

*give, grant, bargain, sell and convey* unto the said Grantee, his successors and assigns, the following

described premises:

SITUATED IN THE TOWNSHIP OF CONCORD, COUNTY OF LAKE AND STATE OF OHIO, AND
KNOWN AS BEING A PART OF LOT 2, TRACT I AND IS FURTHER BOUNDED AND DESCRIBED AS
FOLLOWS:  BEGINNING AT A P.K. NAIL, WITH SHINER, SET TO MARK A POINT IN THE
CENTERLINE OF GIRDLED ROAD 66 FEET WIDE.  SAID POINT, BEING FURTHER LOCATED FROM
A P.K. NAIL FOUND TO MARK THE CENTERLINE INTERSECTION OF PAINESVILLE-RAVENNA
ROAD WITH SAID GIRDLED ROAD NORTH 67 DEGREES 12 MINUTES 51 SECONDS EAST, A
DISTANCE OF 3177.84 FEET, AND SOUTH 57 DEGREES 12 MINUTES 51 SECONDS WEST, A
DISTANCE OF 433.84 FEET FROM THE EAST LINE OF LOT 2.  THENCE; THRU THE LANDS OF THE
GRANTORS HEREIN, THE FOLLOWING (4) COURSES AND DISTANCES.  NORTH 67 DEGREES 12
MINUTES 51 SECONDS EAST, A DISTANCE OF 216.98 FEET TO A POINT IN SAID CENTERLINE OF
GIRDLED ROAD.  THENCE; SOUTH 00 DEGREES 02 MINUTES 28 SECONDS EAST, (THRU A 5/8"
CAPPED IRON PIN SET AT 35.78 FEET) A TOTAL DISTANCE OF 747.29 FEET TO A CAPPED IRON
PIN SET TO MARK A POINT.  THENCE; SOUTH 89 DEGREES 57 MINUTES 32 SECONDS WEST, A
DISTANCE OF 197.24 FEET TO A 5/8" CAPPED IRON PIN SET TO MARK A POINT.  THENCE;
NORTH 00 DEGREES 17 MINUTES 18 SECONDS WEST, (THRU A CAPPED IRON PIN SET AT 627.69
FEET) A TOTAL DISTANCE OF 663.41 FEET TO THE POINT OF BEGINNING.  SAID LAND
CONTAINING 3.218 ACRES AS SURVEYED AND DESCRIBED IN MARCH 1995 BY TIMOTHY E.
STOCKER P.S. 7245, CRABBS' SURVEYING SERVICE ORDER NO. 1229, AND BEING SUBJECT TO
ALL LEGAL HIGHWAYS AND EASEMENTS.  BASIS OF BEARINGS ARE ALIGNED TO THE EASTERN
BOUNDARY LOT LINE IN THE HAWTHORNE WOODS SUBDIVISION AS RECORDED IN VOLUME 15
PAGE 16.

Perm. Parcel No. 08A-001-49

To have and to hold the above granted and bargained premises, with the appurtenances thereunto

belonging, unto the said Grantee, his successors and assigns forever.  And the said Grantor does for

himself and his heirs, executors and administrators hereby covenant with the said Grantee, his

successors and assigns, that at and until the ensealing of these presents he is well seized of the above

described premises, as a good and indefeasible estate in fee simple, and has good right to bargain and

sell the same in manner and form as above written; that the same are free and clear from all

encumbrances whatsoever, *except easements, conditions, reservations and restrictions of record;*

*zoning ordinances, if any;  and taxes and assessments, both general and special, presently a lien, but*

*not yet payable;* and that he will warrant and defend said premises, with the appurtenances thereunto

belonging, to the said Grantee, his successors and assigns, forever, against all lawful claims and

demands whatsoever.

And for valuable consideration, I, Lynn P. Whelan, Wife of Grantor, do hereby remise,

release and forever quit-claim unto the said Grantee, his successors and assigns, all my right and

expectancy of *dower* in the above described premises.

**040609**

LAKE COUNTY TITLE, LLC
Order No. O 1101658

IN WITNESS WHEREOF, we have hereunto set our hands this 27 day of November, 2007.

_____
Martin Whelan

_____
Lynn P. Whelan

STATE OF OHIO          )
COUNTY OF Fairfield    ) ss:

BEFORE ME, a notary public in and for said County, personally appeared the above named Martin Whelan and Lynn P. Whelan who signed the foregoing instrument and that the same is their free act and deed.

IN TESTIMONY WHEREOF, I have hereunto set my hand and official seal at Lancaster_____, Ohio, this 27th day of November_____, 2007.

_____
Notary Public

_____
Prepared by:
David J. Richards, Jr., Esq.
Dworken & Bernstein Co., LPA
60 So. Park Place
Painesville, OH 44077



ROGER L. WOODS
Notary Public, State of Ohio
My Commission Expires
4-18-11



TRANSFERRED
NOV 2 9 2007
_____
Auditor, Lake County, Ohio

040609

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE RICHARD M. OSBORNE | CASE NO. 17-17361 |
| DEBTOR | CHAPTER 11 |
| | JUDGE ARTHUR I. HARRIS |

<u>**ORDER GRANTING MOTION OF RICHARD M. OSBORNE TO SELL A PARCEL OF REAL PROPERTY LOCATED AT GIRDLED ROAD, CONCORD TOWNSHIP OH FREE OF ANY INTEREST OF ANY ENTITY OTHER THAN THE ESTATE**</u>

The matter before the Court is the motion of Richard M. Osborne, Debtor in Possession ("Debtor") for an order pursuant to 11 U.S.C. §§ 102(1)(B)(i), 363(b) and (f), authorizing the sale of the property of the estate described below free of any interest of any entity other than the estate ("Motion"). [Docket No. ___] .

THE COURT FINDS THAT:

1. The Motion and Notice of the Motion was certified as being duly served according to the Bankruptcy Code and Federal Rules of Bankruptcy Procedure.

2. On December 17, 2017 (the "Petition Date"), the Debtor filed his voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

3.   The Debtor has continued in possession of his property and has continued to operate and manage his businesses as debtor-in possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code. No request has been made for the appointment of a trustee or examiner, and the United States Trustee has indicated that no official creditor committee is being formed in this case.

4.   The Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334.  Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.  This is a "core" proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (M) and (O).  The statutory predicate for the relief sought herein is Section 363(b) and (f) of the Bankruptcy Code.

5.   The Debtor seeks to sell vacant land at Girdled Road**,** Concord Ohio PPN 08A0010000490 ("Girdled Road").  The Debtor proposes to sell the estate's interest in Girdled Road for $125,000.00 ("Gross Proceeds") less payment of all outstanding real estate taxes through the closing date, consisting of approximately $3,248.19 in current real estate taxes due Lake County Ohio (the "Real Estate Taxes" and the remaining sum the "Net Proceeds") on the terms and conditions set forth in the offer to purchase from Sommers Real Estate Group LLC ("Buyer") attached to the Motion as Exhibit A.  Buyer has no connection to the Debtor, but is seeking to purchase two lots on Concord Hambden Road that is the subject of a separate motion to sell. Buyer is therefore purchasing Girdled Road in good faith.

6.   Prepetition title to Girdled Road was in the name of the Richard M. Osborne Trust ("Trust"). On December 17, 2017 the Debtor revoked the Trust which caused the Trust's property to revest in the Debtor on that date.  Girdled Road is therefore property of this bankruptcy estate.

7.   On or about January 7, 2008, the Trust gave a mortgage to RBS Citizen's Charter One Bank ("RBS") on Girdled Road (the "Mortgage").  The Mortgage granted a first priority lien on

Girdled Road. RBS alleges that it is owed $8,076,373.53 in its filed proof of claim Claim No.

28. The only interest superior to the Mortgage in Girdled Road are the liens for Real Estate

Taxes.

8. The Lake County Auditor's fair market appraisal for Girdled Road is $73,070.00. The

proposed Gross Sales Price is therefore fair and reasonable for Girdled Road.

9. There are numerous holders of an interest in Girdled Road as set forth on Exhibit B to the

Motion, but all such holders of any interest consent to the sale free of their interest.

10. Many of the interests in Girdled Road are in bona fide dispute. .

11. As the remaining interests are junior in priority to the Mortgage, the holder of any interest in

Girdled Road may be compelled in a legal or equitable proceeding to accept a money satisfaction

of such interest.

12. Therefore Girdled Road may be sold free of any interest of any other entity.

THEREFORE IT IS ORDERED THAT:

1. The Debtor is hereby authorized to sell Girdled Road, free and clear of any interest of any

entity other than the estate;

2. The Debtor is hereby authorized to disburse from the Gross Sale Proceeds an amount

sufficient to pay the Real Estate Taxes, and the Net Proceeds to RBS, but subject to the

jurisdiction of this Court should its claim later be disallowed or if RBS be paid in full from other

sources.

3. All other interests in Girdled Road are hereby subject distribution pursuant to later order of

this Court, in accordance with the respective rights and priorities of the holders any interest in

Girdled Road, as such right appears and is entitled to be enforced against Girdled Road, the

Estate or the Debtor under the Bankruptcy Code or applicable non-bankruptcy law.

###

Prepared By:
/s/ Frederic P. Schwieg, Esq.
_____
Frederic P. Schwieg, Esq. (0030418)
Attorney at Law
2705 Gibson Dr
Rocky River, OH 44116
(440) 499-4506
Fax: (440) 398-0490
fschwieg@schwieglaw.com
Attorney for Richard M. Osborne

## CERTIFICATE OF SERVICE

a copy of the foregoing Order Granting Motion to Sell was served on following on this
_____ day of April, 2018 by regular U.S. mail or by ECF.

The following is a list of the parties who are on the list to receive e-mail notice/service for this case:

T Gregory P. Amend on behalf of Creditor First National Bank of Pennsylvania
gamend@bdblaw.com, grichards@bdblaw.com

Adam S. Baker on behalf of Creditor Michael E. Osborne, Sr.
abakerlaw@sbcglobal.net, adam@bakerlaw.us;abakerlaw@gmail.com

Robert D. Barr on behalf of Creditor Chicago Title Insurance Company
rbarr@koehler.law, rbarr@koehler.law

David T. Brady on behalf of Creditor Tax Ease Ohio, LLC
DBrady@Sandhu-Law.com, bk1notice@sandhu-law.com

Christopher J. Klym on behalf of Creditor Ohio Department of Taxation
bk@hhkwlaw.com

Matthew H. Matheney on behalf of Creditor First National Bank of Pennsylvania
mmatheney@bdblaw.com, bhajduk@bdblaw.com

Timothy P. Palmer on behalf of Creditor The Huntington National Bank
timothy.palmer@bipc.com, donna.curcio@bipc.com

John J. Rutter on behalf of Creditor Concord Lumber & Supply Co.
jrutter@ralaw.com

Frederic P. Schwieg on behalf of Debtor Richard M. Osborne
fschwieg@schwieglaw.com

Michael J. Sikora, III on behalf of Creditor Chicago Title Insurance Company
msikora@sikoralaw.com, aarasmith@sikoralaw.com;mtroha@sikoralaw.com

Nathaniel R. Sinn on behalf of Creditor First National Bank of Pennsylvania
nsinn@bdblaw.com, kslatinsky@bdblaw.com

Andrew M. Tomko on behalf of Creditor Tax Ease Ohio, LLC
atomko@sandhu-law.com, bk1notice@sandhu-law.com

-4-

Jeffrey C. Toole on behalf of Interested Party Zachary B Burkons
toole@buckleyking.com, young@buckleyking.com;heberlein@buckleyking.com

Michael S. Tucker on behalf of Creditor Citizens Bank, N.A.
mtucker@ulmer.com

Maria D. Giannirakis ust06 on behalf of U.S. Trustee United States Trustee
maria.d.giannirakis@usdoj.gov

Scott R. Belhorn ust35 on behalf of U.S. Trustee United States Trustee
Scott.R.Belhorn@usdoj.gov

Ordinary US Mail Service:
Treasurer-Lake County
PO BOX 490
Painesville OH 44077-0490

Lake County Prosecutor-Civil
PO BOX 490
Painesville OH 44077-0490

Ohio Department of Job & Family Services
Attn: Program Services/Revenue Recovery
P.O. Box 182404
Columbus, Ohio 43218-2404

Ohio Bureau of Workers' Compensation
Attn: Law Section Bankruptcy Unit
P.O. Box 15567
Columbus, Ohio 43215-0567

Ohio Attorney General
Collections Enforcement Section
attn Bankruptcy Staff
150 E Gay ST Fl 21
Columbus, OH 43215