# UNITED STATES BANKRUPTCY COURT
# _____NORTHERN   DISTRICT OF OHIO_____

| | | |
|---|---|---|
| IN RE:   RICHARD M. OSBORNE } | CASE NUMBER: | 17-17361 |
| } | | |
| } | | |
| } | JUDGE   HARRIS | |
| } | | |
| DEBTOR. } | CHAPTER 11 | |

**DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)**
**FOR THE PERIOD**
**FROM**   1-Mar   **TO**   31-Mar-18

   Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated: _____

/s/ Frederic P. Schwieg, Esq.
Attorney for Debtor

Debtor's Address
and Phone Number:
7265 Markell Rd.
Waite Hill, OH 44094
/s/ Richard M Osborne Sr.

Tel.   216-215-1313

Attorney's Address
and Phone Number:
2705 Gibson Dr.
Rocky River, OH 44116-3008
_____
Bar No. 0030418
Tel.   440-499-4506

Note:  The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the followng resources on the United States Trustee Program website,
http://www.justice.gov/ust/r20/index.htm
1)   Instructions for Preparation Debtor's Chapter 11 Monthly Operating Report
2)   Initial Filing Requirements
3)   Frequently Asked Questions (FAQs)

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

Case Name: RICHARD M. OSBORNE
Case Number: 17-17361

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this report.

|  | Month Mar-18 | Cumulative Total |
|---|---|---|
| **CASH- Beginning of Month (Household)** | $20,344.09 | $29,011.57 |
| **CASH- Beginning of Month (Business)** | $9,309.40 | $29,730.61 |
|  |  |  |
| **Total Household Receipts** | $22,067.02 | $64,713.00 |
| **Total Business Receipts** | $16,939.35 | $61,985.28 |
| **Total Receipts** | $39,006.37 | $126,671.28 |
|  |  |  |
| **Total Household Disbursements** | $10,462.90 | $32,764.79 |
| **Total Business Disbursements** | $14,820.48 | $59,489.23 |
| **Total Disbursements** | $25,283.38 | $92,254.02 |
|  |  |  |
| NET CASH FLOW (Total Receipts minus Total Disbursements) | $13,722.99 | $43,906.62 |
|  |  |  |
| **CASH- End of Month (Individual)** | $31,948.21 | $60,959.78 |
| **CASH- End of Month (Business)** | $11,428.27 | $41,158.88 |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| | | |
|---|---|---|
| **TOTAL DISBURSEMENTS (From Above)** | $25,283.38 | $92,254.02 |
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) | $0.00 | $0.00 |
| **DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION** | $25,283.38 | $92,254.02 |

**I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief**

This _____ day of _____ 20_____.       _____
                                                           Debtor's Signature

Monthly Operating Report - Indivdual

17-17361-aih    Doc 126    FILED 04/25/18    ENTERED 04/25/18 16:35:08    Page 2 of 19

## SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

|  | Month<br>Mar-18 | Cumulative<br>Total |
|---|---|---|
| **CASH** - Beginning of Month | $20,344.09 | $29,011.57 |
|  |  |  |
| **CASH RECEIPTS** |  |  |
| Salary or Cash from Business |  |  |
| Wages from Other Sources (attach list to this report) |  |  |
| Interest or Dividend Income | $59.88 | $64.86 |
| Alimony or Child Support |  |  |
| Social Security/Pension/Retirement | $2,563.00 | $10,204.00 |
| Sale of Household Assets (attach list to this report) |  |  |
| Loans/Borrowing from Outside Sources (attach list to this report) |  |  |
| Other (specify) (attach list to this report) travel reimbursement | $1,944.14 | $1,944.14 |
| Receipts from JTO Estate | $17,500.00 | $52,500.00 |
| **TOTAL RECEIPTS** | $22,067.02 | $64,713.00 |
|  |  |  |
| **CASH DISBURSEMENTS** |  |  |
| Alimony or Child Support Payments |  |  |
| Charitable Contributions |  |  |
| Gifts |  |  |
| Household Expenses/Food/Clothing | $1,543.55 | $5,247.27 |
| Household Repairs & Maintenance | $347.76 | $3,822.76 |
| Insurance | $922.74 | $922.74 |
| IRA Contribution |  |  |
| Lease/Rent Payments |  |  |
| Medical/Dental Payments | $2,919.67 | $3,036.10 |
| Mortgage Payment(s) |  |  |
| Other Secured Payments | $575.00 | $6,850.00 |
| Taxes - Personal Property |  |  |
| Taxes - Real Estate |  |  |
| Taxes Other (attach schedule) |  |  |
| Travel & Entertainment | $2,062.53 | $3,586.42 |
| Tuition/Education |  |  |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | $1,172.03 | $7,989.03 |
| Vehicle Expenses | $734.11 | $1,124.96 |
| Vehicle Secured Payment(s) |  |  |
| U. S. Trustee Quarterly Fees |  |  |
| Professional Fees (Legal, Accounting) |  |  |
| Other (attach schedule) |  |  |
| Subscriptions | $185.51 | $185.51 |
|  |  |  |
| **Total Household Disbursements** | $10,462.90 | $32,764.79 |
|  |  |  |
| **CASH - End of Month** (Must equal reconciled bank statement- Attachment No. 2) | $31,948.21 | $60,959.78 |

## SCHEDULE OF BUSINESS
## CASH RECEIPTS AND CASH DISBURSEMENTS

|  | Month<br>Mar-18 | Cumulative<br>Total |
|---|---|---|
| **CASH** - Beginning of Month | $9,309.40 | $29,730.61 |
|  |  |  |
| **BUSINESS CASH RECEIPTS** |  |  |
| Cash Sales |  |  |
| Account Receivable Collection |  |  |
| Loans/Borrowing from Outside Sources (attach list to this report) |  |  |
| Rental Income | $16,437.70 | $49,199.11 |
| Sale of Business Assets (attach list to this report) |  |  |
| Other (specify) (attach list to this report) |  | $1.52 |
| Closed Erie Bank accounts | $501.65 | $12,794.65 |
| **Total Business Receipts** | $16,939.35 | $61,985.28 |
|  |  |  |
| **BUSINESS CASH DISBURSEMENTS** |  |  |
| Net Payroll (Excluding Self) | $9,761.31 | $26,212.72 |
| Salary Paid to Debtor or Owner's Draw (e.g., transfer to Household Account) |  |  |
| Taxes - Payroll |  |  |
| Taxes - Sales |  |  |
| Taxes Other (attach schedule) |  |  |
| Contract Labor (Subcontractors) |  | $1,800.00 |
| Inventory Purchases |  |  |
| Secured/Lease Payments (Business) | $1,198.46 | $3,643.31 |
| Utilities (Business) | $1,780.77 | $4,927.16 |
| Insurance |  | $2,158.45 |
| Vehicle Expenses |  | $2,377.26 |
| Travel & Entertainment | $530.14 | $530.14 |
| Repairs and Maintenance |  | $9,014.34 |
| Supplies | $149.80 | $486.64 |
| Charitable Contributions/Gifts |  |  |
| Purchase of Fixed Assets |  |  |
| Advertising |  |  |
| Bank Charges |  | $226.11 |
| Other (attach schedule) - refund | $1,400.00 | $2,951.67 |
|  |  | $2,744.67 |
| **Total Business Disbursements** | $14,820.48 | $59,489.23 |
|  |  |  |
| **CASH - End of Month** (Must equal reconciled bank statement - Attachment No. 2) | $11,428.27 | $41,158.88 |

Monthly Operating Report - Individual

| QUESTIONNAIRE | | |
|---|---|---|
| | **YES*** | **NO** |
| 1. Have any assets been sold or transferred outside the normal course of business during this reporting period? | | xxxx |
| 2. Have any funds been disbursed from any account other than a debtor in possession account? | | xxxx |
| 3. Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | xxxx |
| 4. Have any payments been made on pre-petition liabilities this reporting period? | | xxxx |
| 5. Have any post-petition loans been received by the debtor from any party? | | xxxxx |
| 6. Are any post-petition payroll taxes past due? | | XXXXX |
| 7. Are any post-petition state or federal income taxes past due? | | xxxxx |
| 8. Are any post-petition state or local sales taxes past due? | | xxxxx |
| 9. Are any post-petition real estate taxes past due? | | xxxxx |
| 10. Are any amounts owed to post-petition creditors/vendors delinquent? | | xxxxxx |
| 11. Are any wage payments past due? | | XXXXX |

***If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.**

| INSURANCE INFORMATION | | |
|---|---|---|
| | **YES** | **NO*** |
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | XXXXX | |
| 2. Are all premium payments current? | XXXXX | |

***If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.**

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| **TYPE of POLICY    and    CARRIER** | **Period of Coverage** | **Payment Amount and Frequency** | **Delinquency Amount** |
| Rental Property Policy - State Farm (there are at least 18 diffenent policies) | Most end 11/18/18 | 16.917 annual | 0 |
| | | | |
| | | | |
| | | | |
| | | | |

____ Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

| **DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:** |
|---|
| |
| |
| |
| |
| Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: _____        18-Aug |

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| **Name of Bank:** | Erie Bank | Erie Bank | Huntingon | |
| **Account Number:** | 1306934505 | 1306934977 | 2665744835 | |
| **Purpose of Account (Business/Personal)** | Bus/Pers | Tax | Bus./Pers. | |
| **Type of Account (e.g. checking)** | Checking | Checking | Checking | |
| 1. **Balance per Bank Statement** | $0.00 | $0.00 | $45,483.35 | |
| 2. **ADD**: Deposits not credited (attach list to this report) | $0.00 | $0.00 | $501.65 | |
| 3. **SUBTRACT**: Outstanding Checks (attach list) | $0.00 | $0.00 | $2,608.52 | |
| 4. Other Reconciling Items (attach list to this report) | $0.00 | $0.00 | | |
| 5. **Month End Balance** (Must Agree with Books) | $0.00 | $0.00 | $43,376.48 | |
| TOTAL OF ALL ACCOUNTS | | | | $43,376.48 |

Note: Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information<br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach a copy of each investment account statement.

# Richard M Osborne DIP
## Account Reconciliation
## As of Mar 31, 2018
## 1004 - Cash - Huntington DIP
## Bank Statement Date: March 31, 2018

Filter Criteria includes: Report is printed in Detail Format.

| | | | | |
|---|---|---|---|---|
| Beginning GL Balance | | | | 26,861.74 |
| Add: Cash Receipts | | | | 39,000.67 |
| Less: Cash Disbursements | | | | (14,842.13) |
| Add (Less) Other | | | | (7,643.80) |
| Ending GL Balance | | | | 43,376.48 |
| Ending Bank Balance | | | | 45,483.35 |
| Add back deposits in transit | | | | |
| | Mar 31, 2018 | 3/31/18 | 501.65 | |
| Total deposits in transit | | | | 501.65 |
| (Less) outstanding checks | | | | |
| | Feb 5, 2018 | 1504 | (240.21) | |
| | Feb 13, 2018 | 1518 | (638.44) | |
| | Mar 23, 2018 | 1534 | (114.82) | |
| | Mar 19, 2018 | 1571 | (52.00) | |
| | Mar 23, 2018 | 1574 | (60.39) | |
| | Mar 23, 2018 | 1575 | (51.11) | |
| | Mar 23, 2018 | 1577 | (51.87) | |
| | Mar 28, 2018 | 1580 | (142.65) | |
| Total outstanding checks | | | | (1,351.49) |
| Add (Less) Other | | | | |
| | Mar 30, 2018 | Payroll 3-30- | (1,257.03) | |
| Total other | | | | (1,257.03) |
| Unreconciled difference | | | | 0.00 |
| Ending GL Balance | | | | 43,376.48 |

## Account Information

| | | | |
|---|---|---|---|
| Today's Beginning Balance | $56,728.10 | Nickname | Huntington 5 Interest Checking |
| Pending Transactions | $0.00 | Type | Huntington 5 Interest Checking |
| Deposit Holds | $0.00 | Routing Number | 041000153 |
| **Account Balance** | **$56,728.10** | Account Number | *******4835  Show |
| | | Overdraft Protection (ODP) | None |

Expanded Account Information

| | | | |
|---|---|---|---|
| Interest Earned but Not Paid | $2.66 | Year To Date Interest | $7.22 |
| Previous Year Interest | $0.00 | | |

## Pending Transactions

Deposits labeled "In-Process" are not included in your account balance and not available for withdrawal.
**When will my deposits be available?**

| Date | Type | Payee/Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| 04/04/2018 | Banking Office | $12,500.00 Teller Check Deposit | | | In-Process |

## Transaction History

From 02/28/2018    To 04/04/2018    View a Report >>>

Download

| Date | Number | Type | Payee/Description | Tag | Debit | Credit | Account Balance |
|---|---|---|---|---|---|---|---|
| 04/03/2018 | 1577 | Check | SUBSTITUTE CHECK | | -$51.87 | | $56,728.10 |
| 04/03/2018 | 1575 | Check | SUBSTITUTE CHECK | | -$51.11 | | $56,779.97 |
| 04/03/2018 | 1534 | Check | SUBSTITUTE CHECK | | -$114.82 | | $56,831.08 |
| 04/03/2018 | 0 | Deposit | DEPOSIT | | | $600.00 | $56,945.90 |
| 04/03/2018 | 0 | Deposit | DEPOSIT | | | $5,600.00 | $56,345.90 |
| 04/02/2018 | 20002 | Check | SUBSTITUTE CHECK | | -$1,257.03 | | $50,745.90 |
| 04/02/2018 | 0 | Deposit | DEPOSIT | | | $6,519.58 | $52,002.93 |
| 03/30/2018 | 0 | Electronic Debit | OHIO PAYROLL PLU RMO | MARCH | -$805.42 | | $45,483.35 |
| 03/30/2018 | 20003 | Check | SUBSTITUTE CHECK | | -$1,248.50 | | $46,318.77 |
| 03/29/2018 | 1554 | Check | SUBSTITUTE CHECK | | -$575.00 | | $47,567.27 |
| 03/29/2018 | 1510 | Check | SUBSTITUTE CHECK | | -$575.00 | | $48,142.27 |
| 03/29/2018 | 488037 | ATM/POS | SAHLI & SAHLI | | -$31.18 | | $48,717.27 |
| 03/29/2018 | 0 | Debit Card | GIANT EAGLE #0088 | | -$38.75 | | $48,748.45 |
| 03/29/2018 | 0 | Debit Card | WAL-MART #5360 | | -$226.52 | | $48,787.20 |
| 03/29/2018 | 0 | Debit Card | TRACTOR SUPPLY #2149 | | -$77.76 | | $49,013.72 |
| 03/29/2018 | 0 | Debit Card | GIANT EAGLE #0088 | | -$61.82 | | $49,091.48 |
| 03/28/2018 | 1573 | Check | SUBSTITUTE CHECK | | -$551.15 | | $49,153.30 |
| 03/28/2018 | 0 | Deposit | DEPOSIT | | | $2,563.00 | $49,704.45 |
| 03/27/2018 | 1576 | Check | SUBSTITUTE CHECK | | -$41.74 | | $47,141.45 |
| 03/27/2018 | 1566 | Check | SUBSTITUTE CHECK | | -$183.75 | | $47,183.19 |
| 03/27/2018 | 0 | Deposit | DEPOSIT | | | $1,944.14 | $47,366.94 |
| 03/26/2018 | 1572 | Check | SUBSTITUTE CHECK | | -$922.74 | | $45,422.80 |
| 03/26/2018 | 1570 | Check | SUBSTITUTE CHECK | | -$5.83 | | $46,345.54 |
| 03/26/2018 | 1569 | Check | SUBSTITUTE CHECK | | -$37.12 | | $46,351.37 |
| 03/26/2018 | 1568 | Check | SUBSTITUTE CHECK | | -$95.05 | | $46,388.49 |
| 03/26/2018 | 1565 | Check | SUBSTITUTE CHECK | | -$132.42 | | $46,483.54 |
| 03/23/2018 | 1567 | Check | SUBSTITUTE CHECK | | -$42.62 | | $46,615.96 |
| 03/23/2018 | 0 | Debit Card | AARP *UNITEDHEALTH | | -$2,368.52 | | $46,658.58 |
| 03/23/2018 | 0 | Debit Card | HARD ROCK ROCKSINO NOR | | -$100.00 | | $49,027.10 |
| 03/23/2018 | 0 | Deposit | DEPOSIT | | | $1,322.55 | $49,127.10 |
| 03/22/2018 | 20000 | Check | SUBSTITUTE CHECK | | -$1,257.03 | | $47,804.55 |
| 03/22/2018 | 1533 | Check | SUBSTITUTE CHECK | | -$1,400.00 | | $49,061.58 |
| 03/22/2018 | 0 | Debit Card | BP#954689636215 7-EQPS | | -$68.46 | | $50,461.58 |
| 03/22/2018 | 0 | Debit Card | BRUEGGERS #3742 | | -$9.55 | | $50,530.04 |

| Date | Number | Type | Payee/Description | Tag | Debit | Credit | Account Balance |
|---|---|---|---|---|---|---|---|
| 03/22/2018 | 0 | Debit Card | DISCOUNT DRUG MART 25 | | -$12.00 | | $50,539.59 |
| 03/22/2018 | 0 | Debit Card | GREAT LAKES PHARMACY | | -$50.00 | | $50,551.59 |
| 03/22/2018 | 0 | Deposit | DEPOSIT | | | $651.76 | $50,601.59 |
| 03/21/2018 | 0 | Debit Card | 05784 - CLEVELAND AIRP | | -$60.00 | | $49,949.83 |
| 03/21/2018 | 0 | Debit Card | AMERICAN 0010619962177 | | -$59.00 | | $50,009.83 |
| 03/21/2018 | 0 | Debit Card | OKLAHOMA CITY AIRPORT | | -$19.22 | | $50,068.83 |
| 03/21/2018 | 0 | Debit Card | AMERICAN 0010279602176 | | -$25.00 | | $50,088.05 |
| 03/21/2018 | 0 | Debit Card | RENAISSANCE WATERFORD | | -$189.81 | | $50,113.05 |
| 03/20/2018 | 0 | Interest | INTEREST PAYMENT | | | $5.70 | $50,302.86 |
| 03/20/2018 | 1560 | Check | SUBSTITUTE CHECK | | -$11.06 | | $50,297.16 |
| 03/20/2018 | 1559 | Check | SUBSTITUTE CHECK | | -$204.37 | | $50,308.22 |
| 03/20/2018 | 1558 | Check | SUBSTITUTE CHECK | | -$368.11 | | $50,512.59 |
| 03/20/2018 | 1557 | Check | SUBSTITUTE CHECK | | -$43.92 | | $50,880.70 |
| 03/20/2018 | 1556 | Check | SUBSTITUTE CHECK | | -$23.52 | | $50,924.62 |
| 03/20/2018 | 0 | Debit Card | SQ *SQ *THUNDER CA | | -$60.00 | | $50,948.14 |
| 03/19/2018 | 20001 | Check | SUBSTITUTE CHECK | | -$1,087.36 | | $51,008.14 |
| 03/19/2018 | 1564 | Check | SUBSTITUTE CHECK | | -$270.00 | | $52,095.50 |
| 03/19/2018 | 1561 | Check | SUBSTITUTE CHECK | | -$122.02 | | $52,365.50 |
| 03/19/2018 | 0 | Debit Card | SQ *SQ *OKC ORANGE CAB | | -$70.00 | | $52,487.52 |
| 03/19/2018 | 0 | Debit Card | SIERRA AIRPORT CON | | -$4.32 | | $52,557.52 |
| 03/19/2018 | 0 | Debit Card | HNDISCOVER ST728 | | -$18.69 | | $52,561.84 |
| 03/19/2018 | 0 | Debit Card | KWIK FILL 197 | | -$60.98 | | $52,580.53 |
| 03/19/2018 | 0 | Debit Card | AMERICAN 0017013275229 | | -$1,413.00 | | $52,641.51 |
| 03/19/2018 | 0 | Debit Card | AGENT FE 8900721495110 | | -$31.00 | | $54,054.51 |
| 03/16/2018 | 0 | Electronic Debit | OHIO PAYROLL PLU RMO | | -$817.10 | | $54,085.51 |
| 03/16/2018 | 1563 | Check | SUBSTITUTE CHECK | | -$31.03 | | $54,902.61 |
| 03/16/2018 | 1562 | Check | SUBSTITUTE CHECK | | -$126.50 | | $54,933.64 |
| 03/16/2018 | 1532 | Check | SUBSTITUTE CHECK | | -$1,234.69 | | $55,060.14 |
| 03/16/2018 | 0 | Debit Card | WM SUPERCENTER #5360 | | -$411.93 | | $56,294.83 |
| 03/14/2018 | 1547 | Check | SUBSTITUTE CHECK | | -$77.49 | | $56,706.76 |
| 03/14/2018 | 0 | Deposit | DEPOSIT | | | $2,250.00 | $56,784.25 |
| 03/13/2018 | 1555 | Check | SUBSTITUTE CHECK | | -$78.25 | | $54,534.25 |
| 03/13/2018 | 1546 | Check | SUBSTITUTE CHECK | | -$741.23 | | $54,612.50 |
| 03/13/2018 | 0 | Deposit | DEPOSIT | | | $2,400.00 | $55,353.73 |
| 03/12/2018 | 1553 | Check | SUBSTITUTE CHECK | | -$1,147.06 | | $52,953.73 |
| 03/12/2018 | 1552 | Check | SUBSTITUTE CHECK | | -$31.83 | | $54,100.79 |
| 03/12/2018 | 1551 | Check | SUBSTITUTE CHECK | | -$154.23 | | $54,132.62 |
| 03/12/2018 | 1550 | Check | SUBSTITUTE CHECK | | -$195.45 | | $54,286.85 |
| 03/12/2018 | 1545 | Check | SUBSTITUTE CHECK | | -$61.85 | | $54,482.30 |
| 03/12/2018 | 1544 | Check | SUBSTITUTE CHECK | | -$349.84 | | $54,544.15 |
| 03/12/2018 | 1531 | Check | SUBSTITUTE CHECK | | -$1,198.46 | | $54,893.99 |
| 03/12/2018 | 1515 | Check | SUBSTITUTE CHECK | | -$79.70 | | $56,092.45 |
| 03/12/2018 | 0 | Debit Card | FASTSIGNS MENTOR | | -$259.10 | | $56,172.15 |
| 03/12/2018 | 0 | Deposit | DEPOSIT | | | $982.22 | $56,431.25 |
| 03/09/2018 | 1543 | Check | SUBSTITUTE CHECK | | -$57.73 | | $55,449.03 |
| 03/09/2018 | 930009 | ATM/POS | Wal-Mart Super ± | | -$293.19 | | $55,506.76 |
| 03/09/2018 | 162001 | ATM/POS | HEINEN'S 8850 MEN ± | | -$86.09 | | $55,799.95 |
| 03/09/2018 | 0 | Debit Card | KWIK FILL 197 | | -$74.33 | | $55,886.04 |
| 03/09/2018 | 0 | Deposit | DEPOSIT | | | $0.75 | $55,960.37 |
| 03/08/2018 | 1541 | Check | SUBSTITUTE CHECK | | -$6.14 | | $55,959.62 |
| 03/08/2018 | 38200 | ATM/POS | GIANT-EAGLE #0 ± | | -$8.48 | | $55,965.76 |
| 03/08/2018 | 0 | Debit Card | MCDONALD'S F5532 | | -$17.66 | | $55,974.24 |
| 03/08/2018 | 0 | Deposit | DEPOSIT | | | $268.44 | $55,991.90 |
| 03/07/2018 | 0 | Debit Card | CARNEGIE AUTO WASH | | -$28.62 | | $55,725.46 |
| 03/06/2018 | 1536 | Check | SUBSTITUTE CHECK | | -$145.52 | | $55,754.08 |
| 03/05/2018 | 1539 | Check | SUBSTITUTE CHECK | | -$666.33 | | $55,899.60 |
| 03/05/2018 | 1537 | Check | SUBSTITUTE CHECK | | -$49.18 | | $56,565.93 |
| 03/05/2018 | 0 | Deposit | DEPOSIT | | | $600.00 | $56,615.11 |
| 03/05/2018 | 0 | Deposit | DEPOSIT | | | $900.00 | $56,015.11 |
| 03/05/2018 | 0 | Deposit | DEPOSIT | | | $1,000.33 | $55,115.11 |

| Date | Number | Type | Payee/Description | Tag | Debit | Credit | Account Balance |
|---|---|---|---|---|---|---|---|
| 03/05/2018 | 0 | Deposit | DEPOSIT | | | $15,717.83 | $54,114.78 |
| 03/02/2018 | 1529 | Check | SUBSTITUTE CHECK | | -$4,175.00 | | $38,396.95 |
| 03/02/2018 | 0 | Deposit | DEPOSIT | | | $7,900.00 | $42,571.95 |
| 03/01/2018 | 1540 | Check | SUBSTITUTE CHECK | | -$14.50 | | $34,671.95 |
| 02/28/2018 | 1530 | Check | SUBSTITUTE CHECK | | -$1,653.45 | | $34,686.45 |
| 02/28/2018 | 0 | Debit Card | BRUEGGERS #3742 | | -$8.55 | | $36,339.90 |

**Scheduled Payments & Transfers**

What will your balance be

No transactions found for the specified date range.

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558



RICHARD M OSBORNE DIP SR
7265 MARKELL RD
WAITE HILL OH 44094-9312

*Have a Question or Concern?*

Stop by your nearest Customer
Huntington office or Information
contact us at: Privacy Notice

1-800-480-BANK (2265)

www.huntington.com

## *Huntington 5 Interest Checking Account*  Account: 02665744835

| | | |
|---|---|---|
| Statement Activity From: | **Beginning Balance** | $32,544.27 |
| 02/16/18 to 03/20/18 | Credits (+) | 38,963.70 |
| | Debits (-) | 21,210.81 |
| | Interest Paid (+) | 5.70 |
| | Total Fees (-) | 0.00 |
| | **Ending Balance** | **$50,302.86** |
| | Average Balance | 43,996.22 |
| | Low Balance | 31,965.86 |

*Interest earned this statement period $5.70\**

*(\*) This amount represents interest accrued on your account during this statement period. Interest is available for withdrawal when paid to your account.*

*Annual Percentage Yield Earned this statement period 0.15%*

## *Deposit / Credit Activity (+)*  Account: 02665744835

| Date | Description | Amount |
|---|---|---|
| 02/20 | DEPOSIT | 1,260.63 |
| 02/21 | DEPOSIT | 1,000.00 |
| 02/26 | DEPOSIT | 1,322.50 |
| 02/28 | DEPOSIT | 2,563.00 |
| 02/28 | DEPOSIT | 800.00 |
| 03/02 | DEPOSIT | 7,900.00 |
| 03/05 | DEPOSIT | 15,717.83 |
| 03/05 | DEPOSIT | 1,000.33 |
| 03/05 | DEPOSIT | 900.00 |
| 03/05 | DEPOSIT | 600.00 |
| 03/08 | DEPOSIT | 266.44 |

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC. ⓗ ® and Huntington ® are federally registered service marks of Huntington Bancshares Incorporated. Patent pending for the 24-Hour Grace™ system and method.   ©2018 Huntington Bancshares Incorporated.



## Deposit / Credit Activity (+)

*Account: 02665744835*

| Date | Description | Amount |
|---|---|---|
| 03/09 | DEPOSIT | 0.75 |
| 03/12 | DEPOSIT | 982.22 |
| 03/13 | DEPOSIT | 2,400.00 |
| 03/14 | DEPOSIT | 2,250.00 |
| 03/20 | INTEREST PAYMENT | 5.70 |

## Check Activity (-)

*Account: 02665744835*

| Check # | Amount | Date Paid | Check # | Amount | Date Paid |
|---|---|---|---|---|---|
| 1512S | 45.94 | 02/20 | 1540S | 14.50 | 03/01 |
| 1513S | 23.52 | 02/21 | 1541S | 6.14 | 03/08 |
| 1514S | 43.92 | 02/21 | 1543S* | 57.73 | 03/09 |
| 1515S | 79.70 | 03/12 | 1544S | 349.84 | 03/12 |
| 1516S | 363.86 | 02/20 | 1545S | 61.85 | 03/12 |
| 1519S* | 11.06 | 02/21 | 1546S | 741.23 | 03/13 |
| 1520S | 254.12 | 02/21 | 1547S | 77.49 | 03/14 |
| 1521S | 161.90 | 02/20 | 1550S* | 195.45 | 03/12 |
| 1522S | 82.77 | 02/21 | 1551S | 154.23 | 03/12 |
| 1523S | 31.03 | 02/20 | 1552S | 31.83 | 03/12 |
| 1524S | 184.16 | 02/27 | 1553S | 1,147.06 | 03/12 |
| 1525S | 32.33 | 02/27 | 1555S* | 78.25 | 03/13 |
| 1526S | 97.45 | 02/26 | 1556S | 23.52 | 03/20 |
| 1527S | 46.97 | 02/26 | 1557S | 43.92 | 03/20 |
| 1528S | 126.41 | 02/27 | 1558S | 368.11 | 03/20 |
| 1529S | 4,175.00 | 03/02 | 1559S | 204.37 | 03/20 |
| 1530S | 1,653.45 | 02/28 | 1560S | 11.06 | 03/20 |
| 1531S | 1,198.46 | 03/12 | 1561S | 122.02 | 03/19 |
| 1532S | 1,234.69 | 03/16 | 1562S | 126.50 | 03/16 |
| 1536S* | 145.52 | 03/06 | 1563S | 31.03 | 03/16 |
| 1537S | 49.18 | 03/05 | 1564S | 270.00 | 03/19 |
| 1538S | 573.47 | 02/27 | 20001S* | 1,087.36 | 03/19 |
| 1539S | 666.33 | 03/05 | | | |

(S) Indicates this check was converted to a Substitute Check.
(*) Indicates the prior sequentially numbered check(s) may have 1) been voided by you 2) not yet been presented 3) appeared on a previous statement.

## Debit Card / POS Activity (-)

*Account: 02665744835*

| Date | Description | Amount |
|---|---|---|
| 02/16 | PURCHASE FRONTIER A6USPM FRONTIER A6USPM DENVER CO 5175461663253435 | 578.41 |
| 02/20 | PURCHASE AGENT FE 89007208811603 AGENT FE 89007208811603 PROFESSIONAL OH 5175461663253435 | 31.00 |
| 02/23 | PURCHASE KINTARO KINTARO BROOKLYN OH 5175461663253435 | 74.72 |



## Debit Card / POS Activity (-)                                                  Account: 02665744835

| Date | Description | Amount |
|---|---|---|
| 02/26 | PURCHASE FRONTIER ONBOARD FRONTIER ONBOARD DENVER CO 5175461663253435 | 7.48 |
| 02/27 | PURCHASE WAL-MART #1857 WAL-MART #1857 MENTOR OH 5175461663253435 | 66.50 |
| 02/27 | PURCHASE GIANT-EAGLE #6381 GIANT-EAGLE #6381 WILLOUGHBY OH 5175461663253435 | 107.99 |
| 02/28 | PURCHASE DISCOUNT DRUG MART 25 DISCOUNT DRUG MART 25 MENTOR OH 5175461663253435 | 116.43 |
| 02/28 | PURCHASE BRUEGGERS #3742 BRUEGGERS #3742 MENTOR OH 5175461663253435 | 9.55 |
| 03/07 | PURCHASE CARNEGIE AUTO WASH CARNEGIE AUTO WASH CLEVELAND OH 5175461663253435 | 28.62 |
| 03/08 | PURCHASE MCDONALD'S F5532 MCDONALD'S F5532 EDINBORO PA 5175461663253435 | 17.66 |
| 03/08 | PURCHASE GIANT-EAGLE #0 GIANT-EAGLE #0 Mentor OH 5175461663253435 | 8.48 |
| 03/09 | PURCHASE KWIK FILL 197 KWIK FILL 197 UNION CITY PA 5175461663253435 | 74.33 |
| 03/09 | PURCHASE HEINEN'S 8850 MEN HEINEN'S 8850 MEN MENTOR OH 5175461663253435 | 86.09 |
| 03/09 | PURCHASE Wal-Mart Super Wal-Mart Super CHARDON OH 5175461663253435 | 293.19 |
| 03/12 | PURCHASE FASTSIGNS MENTOR FASTSIGNS MENTOR MENTOR OH 5175461663253435 | 259.10 |
| 03/16 | PURCHASE WM SUPERCENTER #5360 WM SUPERCENTER #5360 TITUSVILLE PA 5175461663253435 | 411.93 |
| 03/19 | PURCHASE AGENT FE 8900721495110 AGENT FE 89007214951104 PROFESSIONAL OH 5175461663253435 | 31.00 |
| 03/19 | PURCHASE AMERICAN 0017013275229 AMERICAN 00170132752296 NORTH OLMSTED OH 5175461663253435 | 1,413.00 |
| 03/19 | PURCHASE KWIK FILL 197 KWIK FILL 197 UNION CITY PA 5175461663253435 | 60.98 |
| 03/19 | PURCHASE HNDISCOVER ST728 HNDISCOVER ST728 CLEVELAND OH 5175461663253435 | 18.69 |
| 03/19 | PURCHASE SIERRA AIRPORT CON SIERRA AIRPORT CON DALLAS TX 5175461663253435 | 4.32 |
| 03/19 | PURCHASE SQ *SQ *OKC ORANGE CAB SQ *SQ *OKC ORANGE CAB OKLAHOMA CITY OK 5175461663253435 | 70.00 |
| 03/20 | PURCHASE SQ *SQ *THUNDER CA SQ *SQ *THUNDER CA OKLAHOMA CITY OK 5175461663253435 | 60.00 |

## Other Withdrawal / Debit Activity (-)                                            Account: 02665744835

| Date | Description | Amount |
|---|---|---|
| 02/23 | ATT Payment 022218 507972001EVR1V | 79.51 |
| 03/16 | OHIO PAYROLL PLU RMO RMO | 817.10 |

## Huntington 5 Interest Checking Balance Activity                                  Account: 02665744835

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 02/15 | 32,544.27 | 02/28 | 34,686.45 | 03/09 | 55,449.03 |
| 02/16 | 31,965.86 | 03/01 | 34,671.95 | 03/12 | 52,953.73 |
| 02/20 | 32,592.76 | 03/02 | 38,396.95 | 03/13 | 54,534.25 |
| 02/21 | 33,177.37 | 03/05 | 55,899.60 | 03/14 | 56,706.76 |
| 02/23 | 33,023.14 | 03/06 | 55,754.08 | 03/16 | 54,085.51 |
| 02/26 | 34,193.74 | 03/07 | 55,725.46 | 03/19 | 51,008.14 |
| 02/27 | 33,102.88 | 03/08 | 55,959.62 | 03/20 | 50,302.86 |

17-17361-aih    Doc 126    FILED 04/25/18    ENTERED 04/25/18 16:35:08    Page 13 of 19

# Richard M Osborne DIP
## Cash Disbursement Register
March 2018
**1002 - Cash - Erie Bank - DIP**

| Date | Reference | Type | Payee/Paid By | Memo | Payment Amt |
|---|---|---|---|---|---:|
| 3/2/18 | Payroll 3-2-18 | Gen. Jrnl. | | Payroll | 2,111.81 |
| 3/6/18 | ACH030618 | Payment | Ohio Payroll | Payroll processing | 149.80 |
| | | **Total** | | | **2,261.61** |

# Richard M Osborne DIP
## Cash Receipt Register
## Huntington Bank - Business
## For March 2018

| Date | Reference | Type | Payee/Paid By | Memo | Description | Receipt Amt |
|---|---|---|---|---|---|---:|
| 3/2/18 | 1252 | Receipt | catherine Groves | 3/5/18 | Rent | 600.00 |
| 3/2/18 | 4331 | Receipt | Richard Balog | 3/5/18 | Rent | 500.00 |
| 3/2/18 | cash3/2/18 | Receipt | robert Fratus | 3/5/18 | Rent | 800.00 |
| 3/2/18 | cash3/2/18 | Receipt | Wallenfelz 7474 pres | 3/5/18 | Rent | 1,000.00 |
| 3/5/18 | 1127 | Receipt | the learning tree | 3/5/18 | Rent | 1,217.83 |
| 3/5/18 | 1134 | Receipt | Carst | 3/5/18 | Rent | 600.00 |
| 3/5/18 | 24811194655 | Receipt | boone | 3/5/18 | Rent | 600.00 |
| 3/5/18 | 3361 | Receipt | Myers, Debbie | 3/5/18 | Rent | 900.00 |
| 3/5/18 | 5263 | Receipt | Beckwith | 3/5/18 | Rent | 1,000.00 |
| 3/5/18 | Cash3518 | Receipt | Rasile Michael | 3/5/18 | Rent | 600.00 |
| 3/5/18 | cash3518 | Receipt | Clint Rose | 3/5/18 | Rent | 800.00 |
| 3/8/18 | 551653460 | Receipt | Smith | 3/8/18 | Rent | 265.15 |
| 3/12/18 | 1570 | Receipt | Becker | 3/12/18 | Rent | 232.22 |
| 3/12/18 | 2621 | Receipt | zukowski 5660vrooman | 3/12/18 | Rent | 750.00 |
| 3/13/18 | 1207 | Receipt | Kiss 15499 Kinsman | 3/13/18 | Rent | 1,400.00 |
| 3/13/18 | 1237 | Receipt | Lakrii | 3/13/18 | Rent | 1,000.00 |
| 3/14/18 | 114 | Receipt | jusko | 3/14/18 | Rent | 1,050.00 |
| 3/14/18 | cash31418 | Receipt | Johnson 7741 auburn | 3/14/18 | Rent | 1,200.00 |
| 3/22/18 | 1135 | Receipt | Carst | 3/22/18 | Rent | 600.00 |
| 3/23/18 | 2002157787 | Receipt | Airgas | 3/23/18 | Rent | 1,322.50 |
| | | **Total** | | | | **16,437.70** |

# Richard M Osborne DIP
## Cash Disbursement Register
## Huntington Bank - Business
## For March 2018

| Date | Reference | Type | Payee/Paid By | Memo | Payment Amt |
|---|---|---|---|---|---:|
| 3/2/18 | Payroll 3-2-18 | Gen. Jrnl. | | | 1,147.06 |
| 3/7/18 | 1531 | Payment | Bank Of America | | 1,198.46 |
| 3/8/18 | 1546 | Payment | dominion | | 741.23 |
| 3/8/18 | 1547 | Payment | lake county dept | Utilities | 77.49 |
| 3/8/18 | 1550 | Payment | orwell Natural | Utilities | 195.45 |
| 3/8/18 | 1551 | Payment | orwell Natural | Utilities | 154.23 |
| 3/8/18 | 1552 | Payment | sievers | Utilities | 31.83 |
| 3/12/18 | 1556 | Payment | city of pain | Utilities | 23.52 |
| 3/12/18 | 1560 | Payment | Knox Energy | Utilities | 11.06 |
| 3/12/18 | 1561 | Payment | orwell Natural | Utilities | 122.02 |
| 3/12/18 | 1563 | Payment | sievers | Utilities | 31.03 |
| 3/16/18 | Payroll 3-16-18 | Gen. Jrnl. | | Payroll | 3,161.49 |
| 3/19/18 | 1568 | Payment | Illuminating | Utilities | 95.05 |
| 3/19/18 | 1569 | Payment | Illuminating | Utilities | 37.12 |
| 3/19/18 | 1570 | Payment | orwell Natural | Utilities | 5.83 |
| 3/22/18 | 1533 | Payment | Aimee Urban | refund | 1,400.00 |
| 3/23/18 | 1574 | Payment | Aqua | Utilities | 60.39 |
| 3/23/18 | 1577 | Payment | lake county dept | Utilities | 51.87 |
| 3/28/18 | 1580 | Payment | city of pain | Utilities | 142.65 |
| 3/30/18 | Payroll 3-30-18 | Gen. Jrnl. | | Payroll | 3,340.95 |
| | | **Total** | | | **12,028.73** |

# Richard M Osborne DIP
## Cash Receipts Register
## Huntington Bank - Household
## For March 2018

| Date | Reference | Type | Payee/Paid By | Memo | Description | Receipt Amt |
|---|---|---|---|---|---|---:|
| 3/2/18 | 3733 | Receipt | Estate JTO | 3/5/18 | From JTO Estate | 5,000.00 |
| 3/5/18 | 1904168 | Receipt | computershare | 3/5/18 | dividend | 0.33 |
| 3/5/18 | 3518 | Receipt | woodside | 3/5/18 | From JTO Estate | 12,500.00 |
| 3/8/18 | 0045526353 | Receipt | computershare | 3/8/18 | dividend | 1.02 |
| 3/8/18 | 0072382 | Receipt | timken | 3/8/18 | dividend | 0.27 |
| 3/9/18 | 0040118300 | Receipt | computershare | 3/9/18 | dividend | 0.75 |
| 3/22/18 | 6761499 | Receipt | Voya | 3/22/18 | dividend | 27.56 |
| 3/22/18 | 6761515 | Receipt | Voya | 3/22/18 | dividend | 24.20 |
| 3/23/18 | 1934951 | Receipt | computershare | 3/23/18 | dividend | 0.05 |
| 3/27/18 | 3549 | Receipt | Cobra | 3/27/18 | reimbursement | 1,944.14 |
| 3/28/18 | 11757 | Receipt | SSA | 3/28/18 | social security | 2,563.00 |
| 3/31/18 | 03/31/18 | Gen. Jrnl. | | | interest earned | 5.70 |
| | | **Total** | | | | **22,067.02** |

# Richard M Osborne DIP
## Cash Disbursement Register
## Huntington Bank - Household
## For March 2018

| Date | Reference | Type | Payee/Paid By | Memo | Payment Amt |
|---|---|---|---|---|---:|
| 3/7/18 | pos30718 | Payment | Carnegie auto wash | auto expense | 28.62 |
| 3/8/18 | 1543 | Payment | big Oats | auto expense | 57.73 |
| 3/8/18 | 1544 | Payment | cobra | | 349.84 |
| 3/8/18 | 1545 | Payment | Illuminating | utilities | 61.85 |
| 3/8/18 | pos30818-1 | Payment | MCDonalds | food | 17.66 |
| 3/8/18 | pos30818-2 | Payment | Giant Eagle | food | 8.48 |
| 3/9/18 | pos30918-1 | Payment | Walmart | supplies | 293.19 |
| 3/9/18 | pos30918-2 | Payment | Heinen's | food | 86.09 |
| 3/9/18 | pos30918-3 | Payment | Kwik Fill | auto expense | 74.33 |
| 3/12/18 | 1554 | Payment | Hathy | interest | 575.00 |
| 3/12/18 | 1555 | Payment | big Oats | auto expense | 78.25 |
| 3/12/18 | 1557 | Payment | city of pain | utilities | 43.92 |
| 3/12/18 | 1558 | Payment | Directv | utilities | 368.11 |
| 3/12/18 | 1559 | Payment | Knox Energy | utilities | 204.37 |
| 3/12/18 | 1562 | Payment | sievers | utilities | 126.50 |
| 3/12/18 | 1564 | Payment | osborne Lance | | 270.00 |
| 3/12/18 | pos31218 | Payment | fastsigns | supplies | 259.10 |
| 3/15/18 | pos31518 | Payment | Walmart | supplies | 411.93 |
| 3/16/18 | pos31618-1 | Payment | Kwik Fill | auto expense | 60.98 |
| 3/16/18 | pos31618-2 | Payment | american air | travel | 1,413.00 |
| 3/16/18 | pos31618-3 | Payment | agent fee | travel | 31.00 |
| 3/19/18 | 1565 | Payment | Aqua | utilities | 132.42 |
| 3/19/18 | 1566 | Payment | AT&T | utilities | 183.75 |
| 3/19/18 | 1567 | Payment | big Oats | auto expense | 42.62 |
| 3/19/18 | 1571 | Payment | Barron's | subscription | 52.00 |
| 3/19/18 | pos31918-1 | Payment | HNDiscover | subscription | 18.69 |
| 3/19/18 | pos31918-2 | Payment | Sierra airport | travel | 4.32 |
| 3/19/18 | pos31918-3 | Payment | SQ OKC orange cab | travel | 70.00 |
| 3/19/18 | pos31918-4 | Payment | Renaissance waterfor | travel | 189.81 |
| 3/19/18 | pos31918-5 | Payment | SQ Thunder cab | travel | 60.00 |
| 3/19/18 | pos31918-6 | Payment | american air | travel | 25.00 |
| 3/20/18 | 1572 | Payment | westfield Insurance | 3409227244 | 922.74 |
| 3/20/18 | pos32018-1 | Payment | Oklahoma city airpor | travel | 19.22 |
| 3/20/18 | pos32018-2 | Payment | american air tulsa | travel | 59.00 |
| 3/20/18 | pos32018-3 | Payment | cleveland cleveland | travel | 60.00 |
| 3/21/18 | 1573 | Payment | united health | health insurance | 551.15 |
| 3/22/18 | pos32218-1 | Payment | aarp | health insurance | 2,368.52 |
| 3/22/18 | pos32218-2 | Payment | hard rock | entertainment | 100.00 |

# Richard M Osborne DIP
## Cash Disbursement Register
## Huntington Bank - Household
## For March 2018

| Date | Reference | Type | Payee/Paid By | Memo | Payment Amt |
|---|---|---|---|---|---:|
| 3/22/18 | pos32218-3 | Payment | 7-eleven | food | 68.46 |
| 3/22/18 | pos32218-4 | Payment | Brueggers | food | 9.55 |
| 3/22/18 | pos32218-5 | Payment | Discount Drug | supplies | 12.00 |
| 3/22/18 | pos32218-6 | Payment | Great Lakes Pharmacy | supplies | 50.00 |
| 3/23/18 | 1534 | Payment | The News-Herald | subscription | 114.82 |
| 3/23/18 | 1575 | Payment | AT&T | utilities | 51.11 |
| 3/23/18 | 1576 | Payment | big Oats | auto expense | 41.74 |
| 3/29/18 | POS032918-1 | Payment | Giant Eagle | food | 61.82 |
| 3/29/18 | POS032918-2 | Payment | Tractor Supply | Parts | 77.76 |
| 3/29/18 | POS032918-3 | Payment | Walmart | supplies | 226.52 |
| 3/29/18 | POS032918-4 | Payment | Giant Eagle | food | 38.75 |
| 3/29/18 | POS032918-5 | Payment | Sahli & Sahli | entertainment | 31.18 |
|  |  | **Total** |  |  | **10,462.90** |