```
                           United States Bankruptcy Court
                             Northern District of Ohio
In re:                                                          Case No. 17-17361-aih
Richard M. Osborne                                              Chapter 11
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0647-1           User: mgaug                 Page 1 of 2               Date Rcvd: May 22, 2018
                               Form ID: pdf739             Total Noticed: 12
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2018.
db             +Richard M. Osborne,    7265 Markell Road,    Waite Hill, OH 44094-9312
aty            +Gregory M. Dennin,    Dennin & Dennin,    2745 Main Street,    Lake Placid, NY 12946-3559
cr             +CSX Transportation, Inc.,    c/o McGuireWoods LLP,    50 N. Laura Street, Suite 3300,
                 Jacksonville, FL 32202-3661
cr             +Chicago Title Insurance Company,    2533 North 117th Avenue,    Omaha, NE 68164-3679
cr              Citizens Bank, N.A.,    c/o Michael S. Tucker, Esq.,    1660 West 2nd Street, Suite 1100,
                 Cleveland, OH  44113-1448
cr             +Estate of Jerome T. Osborne,    c/o Kirk W. Roessler, Esq.,    1301 East Ninth Street Suite 3500,
                 Cleveland, OH 44114-1838
cr             +First National Bank of Pennsylvania,    c/o Buckingham, Doolittle & Burroughs,
                 1375 East 9th Street Suite 1700,    Cleveland, OH 44114-1790
intp           +Lakeland Community College,    c/o Alison L. Archer,    Assistant Attorney General,
                 615 W. Superior Ave.,    11th Floor,    Cleveland, OH 44113-1899
cr             +Michael E. Osborne, Sr.,    7670 Tyler Blvd.,    Mentor, OH 44060-4853
cr             +Ohio Department of Taxation,    c/o William C. Huffman,    24441 Detroit Road, Suite 300,
                 Westlake, OH 44145-1543
cr             +The Huntington National Bank,    c/o Timothy P. Palmer, Esq.,    Buchanan Ingersoll & Rooney PC,
                 One Oxford Centre 20th floor,    Pittsburgh, PA 15219-1400
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
intp           +E-mail/Text: ecf@buckleyking.com May 22 2018 22:00:25      Zachary B Burkons,
                 c/o Buckley King LPA,    600 Superior Ave., Suite 1400,    Cleveland, OH 44114-2693
                                                                                               TOTAL: 1

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Bank of America, N.A.
cr              Mentor Lumber & Supply Co.
cr              Tax Ease Ohio, LLC
                                                                                               TOTALS: 3, * 0, ## 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2018 at the address(es) listed below:
              Adam S. Baker    on behalf of Creditor Michael E. Osborne, Sr. abakerlaw@sbcglobal.net,
               adam@bakerlaw.us;abakerlaw@gmail.com
              Alison L. Archer    on behalf of Interested Party    Lakeland Community College
               alison.archer@ohioattorneygeneral.gov,
               Trish.Lazich@ohioattorneygeneral.gov;angelique.dennis-noland@ohioattorneygeneral.gov
              Andrew M. Tomko    on behalf of Creditor    Tax Ease Ohio, LLC atomko@sandhu-law.com,
               bk1notice@sandhu-law.com
              Austin B. Barnes, III    on behalf of Creditor    Tax Ease Ohio, LLC abarnes@sandhu-law.com,
               bk1notice@sandhu-law.com
              Christopher J. Klym    on behalf of Creditor    Ohio Department of Taxation bk@hhkwlaw.com
              David T. Brady    on behalf of Creditor    Tax Ease Ohio, LLC DBrady@Sandhu-Law.com,
               bk1notice@sandhu-law.com
              Frederic P. Schwieg     on behalf of Debtor Richard M. Osborne fschwieg@schwieglaw.com
              Gregory P. Amend    on behalf of Creditor    First National Bank of Pennsylvania gamend@bdblaw.com,
               grichards@bdblaw.com
              Jeffrey C. Toole    on behalf of Interested Party Zachary B Burkons toole@buckleyking.com,
               young@buckleyking.com;heberlein@buckleyking.com
              John J. Rutter    on behalf of Creditor    Mentor Lumber & Supply Co. jrutter@ralaw.com
              Kirk W. Roessler    on behalf of Creditor    Estate of Jerome T. Osborne kroessler@walterhav.com,
               kballa@walterhav.com;slasalvia@walterhav.com
```

```
District/off: 0647-1           User: mgaug                 Page 2 of 2                 Date Rcvd: May 22, 2018
                               Form ID: pdf739             Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Maria D. Giannirakis   ust06   on behalf of U.S. Trustee   United States Trustee
       maria.d.giannirakis@usdoj.gov
      Matthew H. Matheney   on behalf of Creditor   First National Bank of Pennsylvania
       mmatheney@bdblaw.com, bhajduk@bdblaw.com
      Michael J. Sikora, III   on behalf of Creditor   Chicago Title Insurance Company
       msikora@sikoralaw.com, aarasmith@sikoralaw.com;mtroha@sikoralaw.com
      Michael S. Tucker   on behalf of Creditor   Citizens Bank, N.A. mtucker@ulmer.com
      Nathaniel R. Sinn   on behalf of Creditor   First National Bank of Pennsylvania nsinn@bdblaw.com,
       kslatinsky@bdblaw.com
      Rachel L. Steinlage   on behalf of Interested Party Zachary B Burkons rsteinlage@meyersroman.com,
       jray@meyersroman.com;mnowak@meyersroman.com
      Robert D. Barr   on behalf of Creditor   Chicago Title Insurance Company rbarr@koehler.law,
       rbarr@koehler.law
      Scott R. Belhorn   ust35   on behalf of U.S. Trustee   United States Trustee
       Scott.R.Belhorn@usdoj.gov
      Stephen R. Franks   on behalf of Creditor   Bank of America, N.A. amps@manleydeas.com
      Timothy P. Palmer   on behalf of Creditor   The Huntington National Bank timothy.palmer@bipc.com,
       donna.curcio@bipc.com

                                                                                                                      TOTAL: 21

The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on May 22, 2018, which may be different from its entry on the record.

**IT IS SO ORDERED.**

**Dated: May 22, 2018**



ARTHUR I. HARRIS
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | Case No. 17-17361 |
| | ) | |
| RICHARD MCKAY OSBORNE, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Judge ARTHUR I. HARRIS |
| | ) | |
| | ) | ORDER GRANTING MOTION |
| | ) | OF ESTATE OF JEROME T. OSBORNE |
| | ) | FOR RELIEF FROM STAY |
| | ) | EXPECTANCY INTEREST IN THE |
| | ) | ESTATE OF JEROME T. OSBORNE |

This matter came before the Court on the Motion for Relief from Stay (the "Motion") filed by The Estate of Jerome T. Osborne ("Movant"). Movant has alleged that good cause for granting the Motion exists, and that Debtor, counsel for the Debtor, and all other necessary parties were served with the Motion, and with notice of the hearing date on the Motion. No party filed a response or otherwise appeared in opposition to the Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

{02572208 - 1}

IT IS, THEREFORE, ORDERED that the Motion is granted. The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Movant, its successors, and assigns and Movant may proceed to exercise its rights of set off under 11 U.S.C. § 553(a) and applicable non-bankruptcy law.

# # #

SUBMITTED BY:

*/s/ Kirk w. Roessler*
KIRK W. ROESSLER (0060931)
SHELLY R. LaSALVIA (0077291)
PATRICK A. HRUBY (0085107)
WALTER HAVERFIELD LLP
1301 East Ninth Street, Suite 3500
Cleveland, OH 44114
Telephone: (216) 781-1212
Facsimile: (216) 575-0911
Email: kroessler@walterhav.com
slasalvia@walterhav.com
phruby@walterhav.com
*Attorneys for Movant,*
*Estate of Jerome T. Osborne*