**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on June 4, 2018, which may be different from its entry on the record.**

IT IS SO ORDERED.



Dated:  June 4, 2018

ENTERED UNDER ADMINISTRATIVE ORDER NO. 02-10: TERESA D. UNDERWOOD, CLERK OF COURT
BY:  /s/ Michael Gaughan
Deputy Clerk

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | CASE NO. 17-17361 |
| | ) | |
| RICHARD M. OSBORNE, | ) | CHAPTER 11 |
| | ) | |
| DEBTOR | ) | JUDGE ARTHUR I. HARRIS |

### ORDER AUTHORIZING EXAMINATION OF LAKE COUNTY TITLE, LLC PURSUANT TO RULE 2004(a) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

This matter is before the Court on the Motion of Chicago Title Insurance Company ("Chicago Title") for an Order of this Court authorizing and directing the examination of Lake County Title, LLC ("Lake County Title") under Rule 2004 of the Federal Rules of Bankruptcy Procedure (the "Motion"), and the averments in the Motion.

IT APPEARING to the Court that it would be in the best interest of the within estate to authorize counsel for Chicago Title to proceed with the examination of Lake County Title under or by virtue of the authority granted in Rule 2004 of the Federal Rules of Bankruptcy Procedure.

IT IS THEREFORE ORDERED that Lake County Title is hereby ordered and directed to produce the following documents and items pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure:

(1) Information and/or documentation concerning transactions Lake County Title has handled that have in any way involved the Debtor, Richard M. Osborne, since December 17, 2017.

(2) Information and/or documentation concerning transactions Lake County Title has handled that have in any way involved any entity in which the Debtor has an interest, including but not necessarily limited to the entities listed in Debtor's Bankruptcy Schedules and/or Amended Bankruptcy Schedules since December 17, 2017.

(3) Any and all information and/or documentation concerning any interest the Debtor, Richard M. Osborne, has in Lake County Title.

(4) Any information and/or documentation regarding money, compensation, profits, proceeds, and/or remuneration paid to the Debtor, Richard M. Osborne, since December 17, 2017.

(5) Information and/or documentation concerning any funds paid, remitted, and/or tendered to any entity in which the Debtor, Richard M. Osborne, has an interest, including but not necessarily limited to the entities listed in Debtor's Bankruptcy Schedules and/or Amended Bankruptcy Schedules, since December 17, 2017.

IT IS FURTHER ORDERED that Lake County Title shall produce the above documents and items on or before June 27, 2018, at the Office of Michael J. Sikora III, Sikora Law LLC, 737 Bolivar Road, Suite 270, Cleveland, Ohio 44115.

IT IS FURTHER ORDERED that an Officer Lake County Title with knowledge of the above matters shall appear for examination on July 6, 2018, at 10:00 a.m. EST, at the Office of Michael J. Sikora III, Sikora Law LLC, 737 Bolivar Road, Suite 270, Cleveland, Ohio 44115.

# # #

**Order Submitted By:**

/s/ Robert D. Barr
Robert D. Barr (#0067121)
KOEHLER FITZGERALD LLC
1111 Superior Avenue East, Suite 2500
Cleveland, Ohio 44114
Phone: (216) 744-2739
Fax: (216) 916-4369
Email: rbarr@koehler.law

Co-Counsel for Chicago Title Insurance Company

## Service List

**To be served via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:**

    Adam S. Baker, on behalf of Michael E. Osborne, Sr., at abakerlaw@sbcglobal.net

    Robert D. Barr, Attorney for Chicago Title Insurance Company, at rbarr@koehler.law

    Michael J. Sikora, III, Attorney for Chicago Title Insurance Company, at msikora@sikoralaw.com

    Michael S. Tucker, Attorney for Citizens Bank, N.A., at mtucker@ulmer.com

    Christopher J. Klym, Attorney for Ohio Department of Taxation, at bk@hhkwlaw.com

    Matthew H. Matheney, Attorney for First National Bank of Pennsylvania, at mmatheney@bdblaw.com

    Timothy P. Palmer, Attorney for The Huntington National Bank, at timothy.palmer@bipc.com

    John J. Rutter, Attorney for Mentor Lumber & Supply Co., at jrutter@ralaw.com

    Frederic P. Schwieg, Attorney for Richard M. Osborne, at fschwieg@schwieglaw.com

Jeffrey C. Toole, Attorney for Zachary B. Burkons, at toole@buckleyking.com

Maria D. Giannirakis ust06, United States Trustee, at maria.d.giannirakis@usdoj.gov

Scott R. Belhorn ust35, United States Trustee, at Scott.R.Belhorn@usdoj.gov

Gregory P. Amend, Attorney for First National Bank of Pennsylvania, at gamend@bdblaw.com

Nathaniel R. Sinn, Attorney for First National Bank of Pennsylvania, at nsinn@bdblaw.com

Alison L. Archer, Attorney for Lakeland Community College, at alison.archer@ohioattorneygeneral.com

David T. Brady, Attorney for Tax Ease Ohio, LLC, at DBrady@Sandhu-Law.com

Andrew M. Tomko, Attorney for Tax Ease Ohio, LLC, at atomko@sandhu-law.com

**AND, by regular U.S. mail, postage prepaid, to the following:**

Richard M. Osborne
7265 Markell Road
Waite Hill, Ohio 44094

Lake County Title, LLC
Attention: Thomas R. Flenner, President
306 High Street
Fairport Harbor, Ohio 44077