```
                          United States Bankruptcy Court
                           Northern District of Ohio
In re:                                                          Case No. 17-17361-aih
Richard M. Osborne                                              Chapter 11
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0647-1          User: mgaug              Page 1 of 2             Date Rcvd: Jun 04, 2018
                              Form ID: pdf801          Total Noticed: 13


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 06, 2018.
db             +Richard M. Osborne,    7265 Markell Road,    Waite Hill, OH 44094-9312
aty            +Gregory M. Dennin,    Dennin & Dennin,    2745 Main Street,   Lake Placid, NY 12946-3559
cr             +CSX Transportation, Inc.,    c/o McGuireWoods LLP,    50 N. Laura Street, Suite 3300,
                 Jacksonville, FL 32202-3661
cr             +Chicago Title Insurance Company,    2533 North 117th Avenue,   Omaha, NE 68164-3679
cr              Citizens Bank, N.A.,    c/o Michael S. Tucker, Esq.,   1660 West 2nd Street, Suite 1100,
                 Cleveland, OH 44113-1448
cr             +Estate of Jerome T. Osborne,    c/o Kirk W. Roessler, Esq.,   1301 East Ninth Street Suite 3500,
                 Cleveland, OH 44114-1838
cr             +First National Bank of Pennsylvania,    c/o Buckingham, Doolittle & Burroughs,
                 1375 East 9th Street Suite 1700,   Cleveland, OH 44114-1790
               +Lake County Title, LLC,    Attn: Thomas R. Flenner, President,   306 High Street,
                 Fairport Harbor, OH 44077-5829
intp           +Lakeland Community College,    c/o Alison L. Archer,   Assistant Attorney General,
                 615 W. Superior Ave.,    11th Floor,   Cleveland, OH 44113-1899
cr             +Michael E. Osborne, Sr.,    7670 Tyler Blvd.,   Mentor, OH 44060-4853
cr             +Ohio Department of Taxation,    c/o William C. Huffman,   24441 Detroit Road, Suite 300,
                 Westlake, OH 44145-1543
cr             +The Huntington National Bank,    c/o Timothy P. Palmer, Esq.,   Buchanan Ingersoll & Rooney PC,
                 One Oxford Centre 20th floor,   Pittsburgh, PA 15219-1400

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
intp           +E-mail/Text: ecf@buckleyking.com Jun 04 2018 22:00:25     Zachary B Burkons,
                 c/o Buckley King LPA,   600 Superior Ave., Suite 1400,   Cleveland, OH 44114-2693
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Bank of America, N.A.
cr              Mentor Lumber & Supply Co.
cr              Tax Ease Ohio, LLC
*              +Richard M. Osborne,    7265 Markell Rd,   Waite Hill, OH 44094-9312
                                                                                  TOTALS: 3, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 4, 2018 at the address(es) listed below:
              Adam S. Baker    on behalf of Creditor Michael E. Osborne, Sr. abakerlaw@sbcglobal.net,
               adam@bakerlaw.us;abakerlaw@gmail.com
              Alison L. Archer    on behalf of Interested Party    Lakeland Community College
               alison.archer@ohioattorneygeneral.gov,
               Trish.Lazich@ohioattorneygeneral.gov;angelique.dennis-noland@ohioattorneygeneral.gov
              Andrew M. Tomko    on behalf of Creditor    Tax Ease Ohio, LLC atomko@sandhu-law.com,
               bk1notice@sandhu-law.com
              Austin B. Barnes, III    on behalf of Creditor    Tax Ease Ohio, LLC abarnes@sandhu-law.com,
               bk1notice@sandhu-law.com
              Christopher J. Klym    on behalf of Creditor    Ohio Department of Taxation bk@hhkwlaw.com
              David T. Brady    on behalf of Creditor    Tax Ease Ohio, LLC DBrady@Sandhu-Law.com,
               bk1notice@sandhu-law.com
              Frederic P. Schwieg    on behalf of Debtor Richard M. Osborne fschwieg@schwieglaw.com
              Gregory P. Amend    on behalf of Creditor    First National Bank of Pennsylvania gamend@bdblaw.com,
               grichards@bdblaw.com
              Jeffrey C. Toole    on behalf of Interested Party Zachary B Burkons toole@buckleyking.com,
               young@buckleyking.com;heberlein@buckleyking.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      John J. Rutter   on behalf of Creditor   Mentor Lumber & Supply Co. jrutter@ralaw.com
      Kirk W. Roessler   on behalf of Creditor   Estate of Jerome T. Osborne kroessler@walterhav.com,
       kballa@walterhav.com;slasalvia@walterhav.com
      Maria D. Giannirakis   ust06   on behalf of U.S. Trustee   United States Trustee
       maria.d.giannirakis@usdoj.gov
      Matthew H. Matheney   on behalf of Creditor   First National Bank of Pennsylvania
       mmatheney@bdblaw.com,   bhajduk@bdblaw.com
      Michael J. Sikora, III   on behalf of Creditor   Chicago Title Insurance Company
       msikora@sikoralaw.com,   aarasmith@sikoralaw.com;mtroha@sikoralaw.com
      Michael S. Tucker   on behalf of Creditor   Citizens Bank, N.A. mtucker@ulmer.com
      Nathaniel R. Sinn   on behalf of Creditor   First National Bank of Pennsylvania nsinn@bdblaw.com,
       kslatinsky@bdblaw.com
      Rachel L. Steinlage   on behalf of Interested Party Zachary B Burkons rsteinlage@meyersroman.com,
       jray@meyersroman.com;mnowak@meyersroman.com
      Robert D. Barr   on behalf of Creditor   Chicago Title Insurance Company rbarr@koehler.law,
       rbarr@koehler.law
      Scott R. Belhorn   ust35   on behalf of U.S. Trustee   United States Trustee
       Scott.R.Belhorn@usdoj.gov
      Stephen R. Franks   on behalf of Creditor   Bank of America, N.A. amps@manleydeas.com
      Timothy P. Palmer   on behalf of Creditor   The Huntington National Bank timothy.palmer@bipc.com,
       donna.curcio@bipc.com

                                                                                                   TOTAL: 21

**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on June 4, 2018, which may be different from its entry on the record.**

IT IS SO ORDERED.

Dated: June 4, 2018

ENTERED UNDER ADMINISTRATIVE ORDER NO. 02-10: TERESA D. UNDERWOOD, CLERK OF COURT
BY: /s/ Michael Gaughan
Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | CASE NO. 17-17361 |
| | ) | |
| RICHARD M. OSBORNE, | ) | CHAPTER 11 |
| | ) | |
| DEBTOR | ) | JUDGE ARTHUR I. HARRIS |

### ORDER AUTHORIZING EXAMINATION OF LAKE COUNTY TITLE, LLC PURSUANT TO RULE 2004(a) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

This matter is before the Court on the Motion of Chicago Title Insurance Company ("Chicago Title") for an Order of this Court authorizing and directing the examination of Lake County Title, LLC ("Lake County Title") under Rule 2004 of the Federal Rules of Bankruptcy Procedure (the "Motion"), and the averments in the Motion.

IT APPEARING to the Court that it would be in the best interest of the within estate to authorize counsel for Chicago Title to proceed with the examination of Lake County Title under or by virtue of the authority granted in Rule 2004 of the Federal Rules of Bankruptcy Procedure.

IT IS THEREFORE ORDERED that Lake County Title is hereby ordered and directed to produce the following documents and items pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure:

(1) Information and/or documentation concerning transactions Lake County Title has handled that have in any way involved the Debtor, Richard M. Osborne, since December 17, 2017.

(2) Information and/or documentation concerning transactions Lake County Title has handled that have in any way involved any entity in which the Debtor has an interest, including but not necessarily limited to the entities listed in Debtor's Bankruptcy Schedules and/or Amended Bankruptcy Schedules since December 17, 2017.

(3) Any and all information and/or documentation concerning any interest the Debtor, Richard M. Osborne, has in Lake County Title.

(4) Any information and/or documentation regarding money, compensation, profits, proceeds, and/or remuneration paid to the Debtor, Richard M. Osborne, since December 17, 2017.

(5) Information and/or documentation concerning any funds paid, remitted, and/or tendered to any entity in which the Debtor, Richard M. Osborne, has an interest, including but not necessarily limited to the entities listed in Debtor's Bankruptcy Schedules and/or Amended Bankruptcy Schedules, since December 17, 2017.

IT IS FURTHER ORDERED that Lake County Title shall produce the above documents and items on or before June 27, 2018, at the Office of Michael J. Sikora III, Sikora Law LLC, 737 Bolivar Road, Suite 270, Cleveland, Ohio 44115.

IT IS FURTHER ORDERED that an Officer Lake County Title with knowledge of the above matters shall appear for examination on July 6, 2018, at 10:00 a.m. EST, at the Office of Michael J. Sikora III, Sikora Law LLC, 737 Bolivar Road, Suite 270, Cleveland, Ohio 44115.

# # #

**Order Submitted By:**

/s/ Robert D. Barr
Robert D. Barr (#0067121)
KOEHLER FITZGERALD LLC
1111 Superior Avenue East, Suite 2500
Cleveland, Ohio 44114
Phone: (216) 744-2739
Fax: (216) 916-4369
Email: rbarr@koehler.law

Co-Counsel for Chicago Title Insurance Company

## Service List

**To be served via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:**

    Adam S. Baker, on behalf of Michael E. Osborne, Sr., at abakerlaw@sbcglobal.net

    Robert D. Barr, Attorney for Chicago Title Insurance Company, at rbarr@koehler.law

    Michael J. Sikora, III, Attorney for Chicago Title Insurance Company, at msikora@sikoralaw.com

    Michael S. Tucker, Attorney for Citizens Bank, N.A., at mtucker@ulmer.com

    Christopher J. Klym, Attorney for Ohio Department of Taxation, at bk@hhkwlaw.com

    Matthew H. Matheney, Attorney for First National Bank of Pennsylvania, at mmatheney@bdblaw.com

    Timothy P. Palmer, Attorney for The Huntington National Bank, at timothy.palmer@bipc.com

    John J. Rutter, Attorney for Mentor Lumber & Supply Co., at jrutter@ralaw.com

    Frederic P. Schwieg, Attorney for Richard M. Osborne, at fschwieg@schwieglaw.com

Jeffrey C. Toole, Attorney for Zachary B. Burkons, at toole@buckleyking.com

Maria D. Giannirakis ust06, United States Trustee, at maria.d.giannirakis@usdoj.gov

Scott R. Belhorn ust35, United States Trustee, at Scott.R.Belhorn@usdoj.gov

Gregory P. Amend, Attorney for First National Bank of Pennsylvania, at gamend@bdblaw.com

Nathaniel R. Sinn, Attorney for First National Bank of Pennsylvania, at nsinn@bdblaw.com

Alison L. Archer, Attorney for Lakeland Community College, at alison.archer@ohioattorneygeneral.com

David T. Brady, Attorney for Tax Ease Ohio, LLC, at DBrady@Sandhu-Law.com

Andrew M. Tomko, Attorney for Tax Ease Ohio, LLC, at atomko@sandhu-law.com

**AND, by regular U.S. mail, postage prepaid, to the following:**

Richard M. Osborne
7265 Markell Road
Waite Hill, Ohio 44094

Lake County Title, LLC
Attention: Thomas R. Flenner, President
306 High Street
Fairport Harbor, Ohio 44077

4