# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

IN RE RICHARD M. OSBORNE, SR.
*Debtor*

CASE NO. 17-17361
JUDGE ARTHUR I. HARRIS
CHAPTER 11

### FIRST INTERIM APPLICATION OF FREDERIC P. SCHWIEG, ESQ. ATTORNEY AT LAW FOR APPROVAL OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR DEBTOR AND DEBTOR IN POSSESSION

Frederic P. Schwieg, Esq. Attorney at Law moves the Court for an order approving this first interim application for attorney's fees as counsel to Richard M. Osborne, Sr. as debtor and debtor-in-possession ("Debtor") in the amount of $69,685.00 and expenses of $1,887.07 and allowing him $70,572.07 as an administrative expense against the bankruptcy estate and to authorize him to reduce that sum from the remaining retainer he holds of $26,373.00.

## I. JURISDICTION

The court has jurisdiction over this matter pursuant to 28 U.S.C. §1334(a) and (e) and General Order 84 of the United States District Court for this District. This is a core proceeding in which the Court may enter a final order pursuant to 28 U.S.C. §157(b)(2)(A),(M) and (O).

## II. NARRATIVE SUMMARY

### A. BACKGROUND

This bankruptcy case was filed on December 17, 2017 with the Debtor represented by attorney Glenn Forbes. Mr. Forbes had a conflict due to his representation of several companies in other chapter 11 cases that were owned by the Debtor. Therefore on January 17, 2018 the Debtor moved to employ applicant Frederic P. Schwieg, Esq. Attorney at Law ("Schwieg") as his counsel [Doc 28]. On February 6, 2018 the Court approved the retention of Mr. Schwieg [Doc. 40] on an hourly basis, and all payments to be made to Frederic P. Schwieg, Esq. Mr. Schwieg would be from funds held Mr. Schwieg as a retainer or from the Debtor; no other payments have been promised to him other than those approved by the Court. Pursuant to the

Order approving fees to Mr. Forbes, on May 22, 2018 Mr. Schwieg received the remaining retainer amount held by Mr. Forbes of $26,373.00. Mr. Schwieg has filed no prior applications in this case.

Mr. Schwieg is an experienced bankruptcy lawyer having been practicing before this Court since 1987. Mr. Schwieg is a former law clerk to the Hon. John F. Ray, Jr., and has represented debtors, bankruptcy trustees, and Chapter 11 debtors in possession in numerous bankruptcy cases.

The hourly rates charged on the attached exhibit are the usual and customary charge to all of Frederic P. Schwieg, Esq.'s clients for services of the type provided, at the time provided. This application covers the period January 10, 2018 through June 9, 2018.

### B. CASE STATUS

The Debtor has remaining in possession of his assets and has recently completed an extensive appraisal of his real estate. He is now employed and he is now in a position to move the case forward and is evaluating options for doing so.

### C. PROJECT SUMMARY

Mr. Schwieg was retained by the Debtor to represent him in all matters before this Court. From the beginning, this case has been driven by a large amount of past litigation with various parties and the value of the assets owned by the Debtor. Initially Mr. Schwieg worked to correct the Debtor's schedules which were complex requiring substantial time to find and record over 150 companies owned by the debtor and to determine which ones were operating as opposed to merely being of record with the state of Ohio. Mr. Schwieg also attended hearings on the dismissal of the Orwell-Trumbull Pipeline case, and filed motions to employ professionals to assist with the collection and sale of assets. Mr. Schwieg prepared and filed motions to sell rela estate and responded to objections to those motions. The value of those sales exceed $1 million. Mr. Schwieg's services are detailed on the attached invoice.

### D. EXPENSES

Mr. Schwieg incurred $1,887.07 in expenses in connection with this case.

### E. CONCLUSION

Therefore, Frederic P. Schwieg, Esq. Attorney at Law requests that this Court enter an order approving his legal fees in the amount of $69,685.00 and expenses of $1,887.07 and allowing him $70,572.07 as an administrative expense against the bankruptcy estate and to authorize him to reduce that sum from the remaining retainer he holds of $26,373.00..  A proposed order is attached.

Respectfully Submitted,
/s/ Frederic P. Schwieg, Esq.

Frederic P. Schwieg, Esq. (0030418)
Attorney at Law
2705 Gibson Dr
Rocky River, OH 44116
(440) 499-4506
Fax (440) 398-0490
fschwieg@schwieglaw.com

## CERTIFICATE OF SERVICE

A copy of this Amended Final Application for Approval of Attorney Fees and Reimbursement of Expenses was served by was electronically transmitted on or about the date filed via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice list or was served by U.S. mail, postage prepaid, or certified mail on the persons below as indicated below.

Electronic Mail Notice List

The following is a list of the parties who are on the list to receive e-mail notice/service for this case:

Gregory P. Amend on behalf of Creditor First National Bank of Pennsylvania
gamend@bdblaw.com, grichards@bdblaw.com

Alison L. Archer on behalf of Interested Party Lakeland Community College
alison.archer@ohioattorneygeneral.gov, Trish.Lazich@ohioattorneygeneral.gov;angelique.dennis-noland@ohioattorneygeneral.gov

Adam S. Baker on behalf of Creditor Michael E. Osborne, Sr.
abakerlaw@sbcglobal.net, adam@bakerlaw.us;abakerlaw@gmail.com

Austin B. Barnes, III on behalf of Creditor Tax Ease Ohio, LLC
abarnes@sandhu-law.com, bk1notice@sandhu-law.com

Robert D. Barr on behalf of Creditor Chicago Title Insurance Company
rbarr@koehler.law, rbarr@koehler.law

David T. Brady on behalf of Creditor Tax Ease Ohio, LLC
DBrady@Sandhu-Law.com, bk1notice@sandhu-law.com

Stephen R. Franks on behalf of Creditor Bank of America, N.A.
amps@manleydeas.com

Christopher J. Klym on behalf of Creditor Ohio Department of Taxation
bk@hhkwlaw.com

Matthew H. Matheney on behalf of Creditor First National Bank of Pennsylvania
mmatheney@bdblaw.com, bhajduk@bdblaw.com

Timothy P. Palmer on behalf of Creditor The Huntington National Bank
timothy.palmer@bipc.com, donna.curcio@bipc.com

Kirk W. Roessler on behalf of Creditor Estate of Jerome T. Osborne
kroessler@walterhav.com, kballa@walterhav.com;slasalvia@walterhav.com

John J. Rutter on behalf of Creditor Mentor Lumber & Supply Co.
jrutter@ralaw.com

Frederic P. Schwieg on behalf of Debtor Richard M. Osborne
fschwieg@schwieglaw.com

Michael J. Sikora, III on behalf of Creditor Chicago Title Insurance Company
msikora@sikoralaw.com, aarasmith@sikoralaw.com;mtroha@sikoralaw.com

Nathaniel R. Sinn on behalf of Creditor First National Bank of Pennsylvania
nsinn@bdblaw.com, kslatinsky@bdblaw.com

Rachel L. Steinlage on behalf of Interested Party Zachary B Burkons
rsteinlage@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com

**FEE APP1-18-06-11**

Andrew M. Tomko on behalf of Creditor Tax Ease Ohio, LLC
atomko@sandhu-law.com, bk1notice@sandhu-law.com

Jeffrey C. Toole on behalf of Interested Party Zachary B Burkons
toole@buckleyking.com, young@buckleyking.com;heberlein@buckleyking.com

Michael S. Tucker on behalf of Creditor Citizens Bank, N.A.
mtucker@ulmer.com

Maria D. Giannirakis ust06 on behalf of U.S. Trustee United States Trustee
maria.d.giannirakis@usdoj.gov

Scott R. Belhorn ust35 on behalf of U.S. Trustee United States Trustee
Scott.R.Belhorn@usdoj.gov


Richard M. Osborne, Sr. (via fax)

/s/ Frederic P. Schwieg
Frederic P. Schwieg

**FEE APP1-18-06-11**

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

In re Richard M. Osborne, Sr.
*Debtor*

Case No. 17-17361
Judge Arthur I. Harris
Chapter 11

## Order Granting First Interim Application of Frederic P. Schwieg, Esq. Attorney at Law for Approval of Compensation and Reimbursement of Expenses as Counsel for Debtor and Debtor in Possession

Before the Court is the First Interim Application of Frederic P. Schwieg, Esq. Attorney at Law for Approval of Compensation and Reimbursement of Expenses as Counsel for Debtor and Debtor in Possession [Doc. ___ ] ("Motion"). All parties in interest having been duly served with notice of the Motion and the deadline to respond, and no party in interest having appeared in opposition to the Motion, the Court being fully apprised in the premises, FINDS and ORDERS as follows:

THE COURT FINDS that the compensation requested as adjusted by the court at the hearing is reasonable taking into account the nature and extent of such services, the time spent on such services, and the rates charged. The Court finds that the services rendered were necessary to the administration of the case, that they were performed in a reasonable amount of time

FEE APP1-18-06-11

commensurate with the complexity and importance and nature of the claim presented. The Court

finds that Mr. Schwieg has demonstrated skill and experience in the bankruptcy field and the

compensation is reasonable based on the customary compensation charged by comparably

skilled practitioners in cases other than under this title.

IT IS THEREFORE ORDERED THAT Frederic P. Schwieg's request for legal fees in

the amount of $69,685.00 and expenses of $1,887.07 and allowing him $70,572.07 as an

administrative expense against the bankruptcy estate is hereby APPROVED and he is authorized

to reduce that sum from the remaining retainer he holds of $26,373.00. The Debtor shall pay the

balance of the fees forthwith

### 

Prepared By:
/s/ Frederic P. Schwieg, Esq.
Frederic P. Schwieg, Esq. (0030418)
Attorney at Law
2705 Gibson Dr
Rocky River, OH 44116
(440) 499-4506
Fax (440) 398-0490
fschwieg@schwieglaw.com
ECF Service

The following is a list of the parties who are on the list to receive e-mail notice/service for this case:

Gregory P. Amend on behalf of Creditor First National Bank of Pennsylvania
gamend@bdblaw.com, grichards@bdblaw.com

Alison L. Archer on behalf of Interested Party Lakeland Community College
alison.archer@ohioattorneygeneral.gov, Trish.Lazich@ohioattorneygeneral.gov;angelique.dennis-noland@ohioattorneygeneral.gov

Adam S. Baker on behalf of Creditor Michael E. Osborne, Sr.
abakerlaw@sbcglobal.net, adam@bakerlaw.us;abakerlaw@gmail.com

Austin B. Barnes, III on behalf of Creditor Tax Ease Ohio, LLC
abarnes@sandhu-law.com, bk1notice@sandhu-law.com

Robert D. Barr on behalf of Creditor Chicago Title Insurance Company
rbarr@koehler.law, rbarr@koehler.law

David T. Brady on behalf of Creditor Tax Ease Ohio, LLC

**FEE APP1-18-06-11**

DBrady@Sandhu-Law.com, bk1notice@sandhu-law.com

Stephen R. Franks on behalf of Creditor Bank of America, N.A.
amps@manleydeas.com

Christopher J. Klym on behalf of Creditor Ohio Department of Taxation
bk@hhkwlaw.com

Matthew H. Matheney on behalf of Creditor First National Bank of Pennsylvania
mmatheney@bdblaw.com, bhajduk@bdblaw.com

Timothy P. Palmer on behalf of Creditor The Huntington National Bank
timothy.palmer@bipc.com, donna.curcio@bipc.com

Kirk W. Roessler on behalf of Creditor Estate of Jerome T. Osborne
kroessler@walterhav.com, kballa@walterhav.com;slasalvia@walterhav.com

John J. Rutter on behalf of Creditor Mentor Lumber & Supply Co.
jrutter@ralaw.com

Frederic P. Schwieg on behalf of Debtor Richard M. Osborne
fschwieg@schwieglaw.com

Michael J. Sikora, III on behalf of Creditor Chicago Title Insurance Company
msikora@sikoralaw.com, aarasmith@sikoralaw.com;mtroha@sikoralaw.com

Nathaniel R. Sinn on behalf of Creditor First National Bank of Pennsylvania
nsinn@bdblaw.com, kslatinsky@bdblaw.com

Rachel L. Steinlage on behalf of Interested Party Zachary B Burkons
rsteinlage@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com

Andrew M. Tomko on behalf of Creditor Tax Ease Ohio, LLC
atomko@sandhu-law.com, bk1notice@sandhu-law.com

Jeffrey C. Toole on behalf of Interested Party Zachary B Burkons
toole@buckleyking.com, young@buckleyking.com;heberlein@buckleyking.com

Michael S. Tucker on behalf of Creditor Citizens Bank, N.A.
mtucker@ulmer.com

Maria D. Giannirakis ust06 on behalf of U.S. Trustee United States Trustee
maria.d.giannirakis@usdoj.gov

Scott R. Belhorn ust35 on behalf of U.S. Trustee United States Trustee
Scott.R.Belhorn@usdoj.gov

# Frederic P. Schwieg, Esq., Attorney at Law    INVOICE

2705 Gibson Drive
Rocky River, OH 44116
Phone: 4404994506
Email: fschwieg@schwieglaw.com

Invoice # 76
Date: 06/09/2018
Due On: 07/09/2018

Richard M. Osborne
7265 Markell Road
Waite Hill, OH 44094

## Osborne-Individual Chapter 11-00074

## Individual Chapter 11

### Services

| Type | Date | Description | Quantity | Rate | Total |
|------|------|-------------|---------:|-----:|------:|
| Service | 01/10/2018 | meeting R Osborne re background | 1.00 | $300.00 | $300.00 |
| Service | 01/10/2018 | call with G Forbes re status of schedules and events going forward | 0.30 | $300.00 | $90.00 |
| Service | 01/10/2018 | review filings to date | 0.30 | $300.00 | $90.00 |
| Service | 01/15/2018 | call with R Osborne re suits | 0.20 | $300.00 | $60.00 |
| Service | 01/16/2018 | prepare Motion to Employ | 0.40 | $300.00 | $120.00 |
| Service | 01/17/2018 | finalize Motion to Employ | 0.30 | $300.00 | $90.00 |
| Service | 01/17/2018 | review schedules | 1.00 | $300.00 | $300.00 |
| Service | 01/18/2018 | IDI | 1.80 | $300.00 | $540.00 |
| Service | 01/18/2018 | Meeting M Giannarakis and J Weaver re schedules and 341 | 0.30 | $300.00 | $90.00 |
| Service | 01/18/2018 | meeting G Forbes, Don and Cynthia and Rick re next steps | 0.30 | $300.00 | $90.00 |
| Service | 01/18/2018 | review file from G Forbes | 1.50 | $300.00 | $450.00 |
| Service | 01/22/2018 | call with R Osborne re various matters | 0.30 | $300.00 | $90.00 |
| Service | 01/22/2018 | call with G Forbes re status of various matters | 0.30 | $300.00 | $90.00 |
| Service | 01/22/2018 | call with G Dennin re foreclosure case in NY | 0.30 | $300.00 | $90.00 |
| Service | 01/22/2018 | call with creditor re notices | 0.30 | $300.00 | $90.00 |
| Service | 01/22/2018 | call with D Whiteman re operating reports | 0.20 | $300.00 | $60.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 01/22/2018 | 2 emails with D Whiteman re operating reports | 0.40 | $300.00 | $120.00 |
| Service | 01/22/2018 | email with J Weaver re operating reports | 0.10 | $300.00 | $30.00 |
| Service | 01/22/2018 | review schedules re HNB loans | 0.50 | $300.00 | $150.00 |
| Service | 01/22/2018 | email with R Osborne Jr re sale commissions | 0.20 | $300.00 | $60.00 |
| Service | 01/23/2018 | emails with D Whiteman and J Weaver re operating reports | 0.50 | $300.00 | $150.00 |
| Service | 01/23/2018 | review operating report draft | 0.50 | $300.00 | $150.00 |
| Service | 01/23/2018 | call with G Forbes re sales and out come of hearing | 0.30 | $300.00 | $90.00 |
| Service | 01/23/2018 | call from creditor | 0.20 | $300.00 | $60.00 |
| Service | 01/29/2018 | call with B Kelley re LLC sales | 0.20 | $300.00 | $60.00 |
| Service | 01/29/2018 | call with R Osborn re LLC sales | 0.20 | $300.00 | $60.00 |
| Service | 01/29/2018 | research foreclosure dockets | 1.00 | $300.00 | $300.00 |
| Service | 01/29/2018 | email with G Forbes re LLCs | 0.20 | $300.00 | $60.00 |
| Service | 01/29/2018 | Call with Wuliger office re LLCs | 0.20 | $300.00 | $60.00 |
| Service | 01/30/2018 | review Motion to Dismiss filed by FNBPA | 2.50 | $300.00 | $750.00 |
| Service | 01/30/2018 | work on schedule revisions | 1.50 | $300.00 | $450.00 |
| Service | 01/30/2018 | call with R Osborne re sale and FNBPA issues | 0.20 | $300.00 | $60.00 |
| Service | 01/30/2018 | call with R Osborne re records | 0.20 | $300.00 | $60.00 |
| Service | 01/31/2018 | review PUCO response in Orwell | 1.30 | $300.00 | $390.00 |
| Service | 01/31/2018 | call to D Whiteman re information on transfers | 0.20 | $300.00 | $60.00 |
| Service | 01/31/2018 | revisions to scheduels | 1.00 | $300.00 | $300.00 |
| Service | 01/31/2018 | call with R Osborne re document return | 0.20 | $300.00 | $60.00 |
| Service | 01/31/2018 | prepare and file suggestions of bankruptcy in Lake and Portage County cases | 1.00 | $300.00 | $300.00 |
| Service | 01/31/2018 | call with J Tomaszewski re sale of stock to Michael Osborne by RMO, Inc. | 0.30 | $300.00 | $90.00 |
| Service | 01/31/2018 | review sale agreement for Concrete Company stock | 0.50 | $300.00 | $150.00 |
| Service | 01/31/2018 | call with G Keating re foreclosure cases | 0.30 | $300.00 | $90.00 |
| Service | 02/02/2018 | call with G Forbes and then Chiron re options on Orwell | 1.30 | $300.00 | $390.00 |
| Service | 02/02/2018 | further call with Chiron and Morris Anderson representatives re marketing and value of assets | 0.80 | $300.00 | $240.00 |
| Service | 02/02/2018 | call with R Osborne re schedules and sales of assets | 0.40 | $300.00 | $120.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 02/02/2018 | call with C Coatam re real estate on schedules | 0.30 | $300.00 | $90.00 |
| Service | 02/02/2018 | further call with C Coatam re real estate in PA | 0.20 | $300.00 | $60.00 |
| Service | 02/02/2018 | revise schedules | 3.00 | $300.00 | $900.00 |
| Service | 02/02/2018 | review of listing agreement with K W Commercial as broker and law re same | 1.00 | $300.00 | $300.00 |
| Service | 02/03/2018 | call with G Forbes re sale of gas entities | 0.30 | $300.00 | $90.00 |
| Service | 02/05/2018 | Hearing on Motion to Dismiss Orwell case | 8.00 | $300.00 | $2,400.00 |
| Service | 02/06/2018 | Hearing on Motion to Dismiss Orwell case | 4.00 | $300.00 | $1,200.00 |
| Service | 02/06/2018 | call with D Whiteman re information fior schedules | 0.50 | $300.00 | $150.00 |
| Service | 02/06/2018 | call with R Osborne re hearing and 341 meeting | 0.20 | $300.00 | $60.00 |
| Service | 02/06/2018 | review schedules for revisions | 1.00 | $300.00 | $300.00 |
| Service | 02/07/2018 | call with D Whiteman re land co rents | 0.30 | $300.00 | $90.00 |
| Service | 02/07/2018 | revise schedules per email from D Whiteman | 1.00 | $300.00 | $300.00 |
| Service | 02/07/2018 | call with M Giannarakis re rescheduled 341 | 0.20 | $300.00 | $60.00 |
| Service | 02/07/2018 | call with G Forbes re land company and bank options | 0.40 | $300.00 | $120.00 |
| Service | 02/07/2018 | prepare and serve notice of rescheduled 341 | 0.50 | $300.00 | $150.00 |
| Service | 02/07/2018 | call with C Coatam re company transactions | 0.30 | $300.00 | $90.00 |
| Service | 02/07/2018 | review company transactions from C Coatam | 0.50 | $300.00 | $150.00 |
| Service | 02/07/2018 | call with C Coatam re company transactions listing | 0.30 | $300.00 | $90.00 |
| Service | 02/07/2018 | revise schedules | 3.00 | $300.00 | $900.00 |
| Service | 02/08/2018 | review changes to schedules from C Coatam | 0.80 | $300.00 | $240.00 |
| Service | 02/08/2018 | call with C Coatam re changes to schedules | 0.30 | $300.00 | $90.00 |
| Service | 02/08/2018 | revise schedules | 1.50 | $300.00 | $450.00 |
| Service | 02/09/2018 | work on amendments to schedules | 3.00 | $300.00 | $900.00 |
| Service | 02/12/2018 | call with R Osborne re changes to company listing | 0.70 | $300.00 | $210.00 |
| Service | 02/12/2018 | work on RMO company listing | 3.00 | $300.00 | $900.00 |
| Service | 02/13/2018 | call with R Osborne re company listing | 0.30 | $300.00 | $90.00 |
| Service | 02/13/2018 | review company listing from R Osborne | 0.30 | $300.00 | $90.00 |
| Service | 02/13/2018 | work on company listing for schedules | 3.50 | $300.00 | $1,050.00 |
| Service | 02/14/2018 | review email from R M Osborne Jr re companies | 0.50 | $300.00 | $150.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 02/14/2018 | work on company listing for schedules | 4.50 | $300.00 | $1,350.00 |
| Service | 02/14/2018 | conference call with Chiron re sale of entities | 0.50 | $300.00 | $150.00 |
| Service | 02/15/2018 | call with C Coatoam re information on schedules and company list | 0.40 | $300.00 | $120.00 |
| Service | 02/15/2018 | further call with C Coatoam re information on schedules and company list | 0.20 | $300.00 | $60.00 |
| Service | 02/15/2018 | review company lists from C Coatoam and D Whitehouse | 0.60 | $300.00 | $180.00 |
| Service | 02/15/2018 | revise schedules | 5.30 | $300.00 | $1,590.00 |
| Service | 02/15/2018 | review receivers Motion for Relief | 0.50 | $300.00 | $150.00 |
| Service | 02/16/2018 | meeting R Osborne re schedules | 2.00 | $300.00 | $600.00 |
| Service | 02/16/2018 | call with G Keating re Chicago Title collection | 0.30 | $300.00 | $90.00 |
| Service | 02/16/2018 | email from J Toole re electric notice | 0.20 | $300.00 | $60.00 |
| Service | 02/16/2018 | call with G Forbes re schedule D | 0.30 | $300.00 | $90.00 |
| Service | 02/16/2018 | Revise Schedules | 4.00 | $300.00 | $1,200.00 |
| Service | 02/17/2018 | draft motion to sell Fracci Court | 2.50 | $300.00 | $750.00 |
| Service | 02/17/2018 | call with R Osborne re motion to sell and amount owed FNB | 0.20 | $300.00 | $60.00 |
| Service | 02/19/2018 | call with R Baumgart re Motion for Relief | 0.30 | $300.00 | $90.00 |
| Service | 02/19/2018 | call with C Coatam re Schedule Amendments | 0.30 | $300.00 | $90.00 |
| Service | 02/19/2018 | second call with C Coatam re Schedule Amendments | 0.30 | $300.00 | $90.00 |
| Service | 02/19/2018 | call with B Sochor re Schedule Amendments | 0.30 | $300.00 | $90.00 |
| Service | 02/19/2018 | call with J Hackenberg re Motion to Sell | 0.20 | $300.00 | $60.00 |
| Service | 02/19/2018 | revise motion to sell and order | 0.50 | $300.00 | $150.00 |
| Service | 02/19/2018 | call with R Osborne re motion for relief and companies | 0.30 | $300.00 | $90.00 |
| Service | 02/19/2018 | revise schedules | 5.80 | $300.00 | $1,740.00 |
| Service | 02/20/2018 | call with R Osborne re creditors on schedule D | 0.20 | $300.00 | $60.00 |
| Service | 02/20/2018 | further call with R Osborne re creditors on schedule D | 0.20 | $300.00 | $60.00 |
| Service | 02/20/2018 | call with Jodi Tomazewski re creditors on schedule D; company listing | 0.30 | $300.00 | $90.00 |
| Service | 02/20/2018 | research on various courts to find two estate representatives | 0.80 | $300.00 | $240.00 |
| Service | 02/20/2018 | attention to service and filing of motion to sell | 0.50 | $300.00 | $150.00 |

| Service | 02/20/2018 | work on revisions to schedules | 4.20 | $300.00 | $1,260.00 |
|---------|------------|--------------------------------|------|---------|-----------|
| Service | 02/26/2018 | review FNBPA Motion for Relief and compare to schedules | 1.00 | $300.00 | $300.00 |
| Service | 02/26/2018 | call with C Coatoam re RBS amount | 0.20 | $300.00 | $60.00 |
| Service | 02/26/2018 | meeting R Osborne re schedules and sales, FNBPA MFRSA | 1.70 | $300.00 | $510.00 |
| Service | 02/26/2018 | revise and file schedules | 2.50 | $300.00 | $750.00 |
| Service | 02/27/2018 | call with R Osborne re meeting of creditors | 0.30 | $300.00 | $90.00 |
| Service | 02/28/2018 | review company list from J Tomasewski and amend shcedules | 1.50 | $300.00 | $450.00 |
| Service | 02/28/2018 | call with R Osborne re letter and companies | 0.20 | $300.00 | $60.00 |
| Service | 02/28/2018 | call with B Wuliger re Gas Natural Claim | 0.40 | $300.00 | $120.00 |
| Service | 02/28/2018 | emails with R Baumgart re claim | 0.20 | $300.00 | $60.00 |
| Service | 02/28/2018 | further revisions to schedules | 1.50 | $300.00 | $450.00 |
| Service | 03/01/2018 | 341 meeting | 3.50 | $300.00 | $1,050.00 |
| Service | 03/01/2018 | travel to and from 341 meeting | 1.00 | $150.00 | $150.00 |
| Service | 03/01/2018 | call with D Whiteman re rent roll | 0.40 | $300.00 | $120.00 |
| Service | 03/02/2018 | call with R Osborne re various matters | 0.30 | $300.00 | $90.00 |
| Service | 03/02/2018 | further call with R Osborne re leases | 0.20 | $300.00 | $60.00 |
| Service | 03/02/2018 | call with G Denin re NY Foreclosure | 0.40 | $300.00 | $120.00 |
| Service | 03/02/2018 | call with creditor re claim | 0.20 | $300.00 | $60.00 |
| Service | 03/03/2018 | case law research for receiver motion for releif | 1.00 | $300.00 | $300.00 |
| Service | 03/05/2018 | call with R Osborne re information for schedules | 0.20 | $300.00 | $60.00 |
| Service | 03/05/2018 | call with G Forbes re company cases | 0.20 | $300.00 | $60.00 |
| Service | 03/06/2018 | call with R Osborne re sale offer | 0.20 | $300.00 | $60.00 |
| Service | 03/06/2018 | call with H rabb re JT Osborne Estate Claim | 0.30 | $300.00 | $90.00 |
| Service | 03/06/2018 | research law on contempt and automatic stay | 5.00 | $300.00 | $1,500.00 |
| Service | 03/07/2018 | call with S Dahl re company cases | 0.40 | $300.00 | $120.00 |
| Service | 03/07/2018 | call with W Wuliger re response to receiver | 0.20 | $300.00 | $60.00 |
| Service | 03/07/2018 | email with R Baumgart re response to receiver motion | 0.20 | $300.00 | $60.00 |
| Service | 03/07/2018 | emails with D Whiteman re rent roll | 0.20 | $300.00 | $60.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 03/07/2018 | revise form rent roll from D Whiteman | 0.40 | $300.00 | $120.00 |
| Service | 03/07/2018 | call with G Forbes re company cases | 0.20 | $300.00 | $60.00 |
| Service | 03/07/2018 | draft and revise response to receiver motion for relief | 5.50 | $300.00 | $1,650.00 |
| Service | 03/08/2018 | call with R Baumgart re changes to response to FNB motion for relief | 0.80 | $300.00 | $240.00 |
| Service | 03/08/2018 | draft response to bank motion for relief | 5.00 | $300.00 | $1,500.00 |
| Service | 03/08/2018 | final changes and file response to receiver motion for relief | 1.80 | $300.00 | $540.00 |
| Service | 03/09/2018 | final changes and respond to motion to dismiss | 1.00 | $300.00 | $300.00 |
| Service | 03/12/2018 | call with S Dahl re motion for relief | 0.20 | $300.00 | $60.00 |
| Service | 03/12/2018 | review declaration of non-consent | 0.40 | $300.00 | $120.00 |
| Service | 03/12/2018 | meeting R Osborne re schedule amendments | 0.90 | $300.00 | $270.00 |
| Service | 03/13/2018 | hearing on revivers Motion for relief | 2.00 | $300.00 | $600.00 |
| Service | 03/13/2018 | call from R Osborne re documents | 0.20 | $300.00 | $60.00 |
| Service | 03/13/2018 | call with S Dahl re estate"s claim | 0.40 | $300.00 | $120.00 |
| Service | 03/14/2018 | call with R Osborne | 0.20 | $300.00 | $60.00 |
| Service | 03/19/2018 | call with R Osborne re sale | 0.20 | $300.00 | $60.00 |
| Service | 03/19/2018 | Call with J Hackenberg re sale of Fracci and UST objection | 0.20 | $300.00 | $60.00 |
| Service | 03/19/2018 | call from G Dennin re NY foreclosure | 0.20 | $300.00 | $60.00 |
| Service | 03/19/2018 | prepare motion to employ G Dennin as special counsel | 0.80 | $300.00 | $240.00 |
| Service | 03/19/2018 | prepare motion to set claims bar date | 0.80 | $300.00 | $240.00 |
| Service | 03/22/2018 | meeting R Osborne re sales | 1.00 | $300.00 | $300.00 |
| Service | 03/22/2018 | email from R Osborne Jr re Fracci Ct marketing | 0.20 | $300.00 | $60.00 |
| Service | 03/22/2018 | call with D Whiteman re operating reports | 0.40 | $300.00 | $120.00 |
| Service | 03/22/2018 | review February Operating Report | 0.50 | $300.00 | $150.00 |
| Service | 03/22/2018 | review January Operating report | 0.30 | $300.00 | $90.00 |
| Service | 03/22/2018 | prepare response to UST Objection to sale | 1.50 | $300.00 | $450.00 |
| Service | 03/22/2018 | call with J Hackenburg re Chicago Title objection | 0.20 | $300.00 | $60.00 |
| Service | 03/23/2018 | finish response to UST objection to sale and file same | 2.00 | $300.00 | $600.00 |
| Service | 03/23/2018 | draft reply to Chicago Title | 1.50 | $300.00 | $450.00 |

| Service | 03/26/2018 | call with R Osborne re Erie Bank | 0.20 | $300.00 | $60.00 |
|---------|------------|----------------------------------|------|---------|--------|
| Service | 03/26/2018 | revise and file response to motion for relief | 1.50 | $300.00 | $450.00 |
| Service | 03/26/2018 | revise and file motion for order to shaw cause | 1.00 | $300.00 | $300.00 |
| Service | 03/26/2018 | call with counsel fro purchaser of Reynolds Road | 0.30 | $300.00 | $90.00 |
| Service | 03/26/2018 | emails from G Keating re motion to show cause | 0.20 | $300.00 | $60.00 |
| Service | 03/26/2018 | review and prepare operating reports for January and February | 1.00 | $300.00 | $300.00 |
| Service | 03/27/2018 | hearings on oral ruling, FNB Motion for Relief and Motion to sell | 3.50 | $300.00 | $1,050.00 |
| Service | 03/27/2018 | travel to and from hearings | 1.00 | $150.00 | $150.00 |
| Service | 03/27/2018 | call with J Hackenberg re sale hearing | 0.10 | $300.00 | $30.00 |
| Service | 03/27/2018 | Draft order on Motion to sell | 1.00 | $300.00 | $300.00 |
| Service | 03/27/2018 | call with H Rabb re estate claim | 0.40 | $300.00 | $120.00 |
| Service | 03/27/2018 | call with K Roessler re estate claim | 0.20 | $300.00 | $60.00 |
| Service | 03/28/2018 | call with J Hackenburg re sale terms | 0.20 | $300.00 | $60.00 |
| Service | 03/28/2018 | call with R Barr re motion for contempt | 0.30 | $300.00 | $90.00 |
| Service | 03/28/2018 | email to R Barr re motion for sanctions | 0.20 | $300.00 | $60.00 |
| Service | 03/28/2018 | review Diane Osborne loan docs | 0.80 | $300.00 | $240.00 |
| Service | 03/28/2018 | review rent roll and Erie Bank loan docs | 1.00 | $300.00 | $300.00 |
| Service | 03/28/2018 | call with S Dahl re consolidation | 0.20 | $300.00 | $60.00 |
| Service | 03/28/2018 | revise order on sale of Fracci court | 0.30 | $300.00 | $90.00 |
| Service | 03/29/2018 | call with S Dahl and G Forbes re options on cases | 0.50 | $300.00 | $150.00 |
| Service | 03/29/2018 | review motion to intervene and determine changes to schedules | 1.00 | $300.00 | $300.00 |
| Service | 03/29/2018 | call with J Svete re Diane Osborne claim | 0.20 | $300.00 | $60.00 |
| Service | 03/29/2018 | email with B Sochor re Erie Bank properties | 0.20 | $300.00 | $60.00 |
| Service | 03/29/2018 | review Erie Bank POCs and loan docs | 0.80 | $300.00 | $240.00 |
| Service | 03/29/2018 | call with R Osborne re Erie Bank property | 0.30 | $300.00 | $90.00 |
| Service | 04/02/2018 | call with G Keating re Concord Hampden | 0.40 | $300.00 | $120.00 |
| Service | 04/02/2018 | prepare notice of bankruptcy for RR Donnelley | 0.50 | $300.00 | $150.00 |
| Service | 04/03/2018 | call with R Osborne re Williams road | 0.20 | $300.00 | $60.00 |

| Service | 04/03/2018 | call with J Tomazewski re Diane stock pledge and Leonardi purchase | 0.20 | $300.00 | $60.00 |
|---|---|---|---|---|---|
| Service | 04/03/2018 | prepare motion to shorten notice | 1.00 | $300.00 | $300.00 |
| Service | 04/03/2018 | file operating reports | 0.20 | $300.00 | $60.00 |
| Service | 04/03/2018 | call with R Sommers re sale of Girdled Road and Concord Hampden | 0.40 | $300.00 | $120.00 |
| Service | 04/03/2018 | call with G Keating re Concord Hampden foreclosure | 0.30 | $300.00 | $90.00 |
| Service | 04/03/2018 | call with R Osborne re concord hambden sale | 0.20 | $300.00 | $60.00 |
| Service | 04/03/2018 | call with R Osborne re changes to schedules and other claims | 0.20 | $300.00 | $60.00 |
| Service | 04/04/2018 | prepare motion to extend exclusivity | 1.00 | $300.00 | $300.00 |
| Service | 04/04/2018 | call with J Svete re Diane Osborne Claim | 0.30 | $300.00 | $90.00 |
| Service | 04/04/2018 | prepare revisions to schedules per call with J Svete | 1.00 | $300.00 | $300.00 |
| Service | 04/04/2018 | email with M Tucker re Girdled Road Sale | 0.10 | $300.00 | $30.00 |
| Service | 04/05/2018 | meeting R Osborne re schedules and chse issues | 1.00 | $300.00 | $300.00 |
| Service | 04/06/2018 | call with title agent re closing on Fracci Court and Concord Hambden | 0.30 | $300.00 | $90.00 |
| Service | 04/06/2018 | call with G Keating re Concord Hambden | 0.20 | $300.00 | $60.00 |
| Service | 04/06/2018 | further call with G Keating re Concord foreclosure | 0.30 | $300.00 | $90.00 |
| Service | 04/06/2018 | draft motion to sell | 1.50 | $300.00 | $450.00 |
| Service | 04/06/2018 | call with S Fink re Erie Bank cash collateral | 0.30 | $300.00 | $90.00 |
| Service | 04/09/2018 | review contact and prepare motion to sell Williams Road | 1.50 | $300.00 | $450.00 |
| Service | 04/09/2018 | revise Motion to Sell Concord Hambden | 1.80 | $300.00 | $540.00 |
| Service | 04/09/2018 | call with R Osborne re Williams Road and Concord Hambden sales | 0.20 | $300.00 | $60.00 |
| Service | 04/09/2018 | email from G Keating re amount due on Concord Hambden | 0.20 | $300.00 | $60.00 |
| Service | 04/09/2018 | call with Notice Party re motion top limit notices | 0.20 | $300.00 | $60.00 |
| Service | 04/09/2018 | call with Notice Party re motion top limit notices | 0.20 | $300.00 | $60.00 |
| Service | 04/10/2018 | hearing on Motion for Relief and meeting with R Osborne before and after | 1.00 | $300.00 | $300.00 |
| Service | 04/10/2018 | call with B Wuliger re state court matters | 0.50 | $300.00 | $150.00 |
| Service | 04/10/2018 | travel to and from hearing on Motion for Relief | 1.50 | $150.00 | $225.00 |

| Service | 04/11/2018 | revise Motion to Sell | 1.50 | $300.00 | $450.00 |
|---------|------------|------------------------|------|---------|---------|
| Service | 04/12/2018 | call with R Osborne re sale motion | 0.20 | $300.00 | $60.00 |
| Service | 04/12/2018 | revise motion to sell Concord Hambden | 1.00 | $300.00 | $300.00 |
| Service | 04/12/2018 | emails with Concord Hambden buyer re sale terms | 0.20 | $300.00 | $60.00 |
| Service | 04/12/2018 | further call with R Osborne re sale terms | 0.20 | $300.00 | $60.00 |
| Service | 04/16/2018 | call with R Osborne re receiver contacting tenants | 0.20 | $300.00 | $60.00 |
| Service | 04/16/2018 | further call with R Osborne re receiver actions | 0.20 | $300.00 | $60.00 |
| Service | 04/16/2018 | research law on rule 4001 | 0.50 | $300.00 | $150.00 |
| Service | 04/16/2018 | email with R Sommers re Concord Hambden contract | 0.20 | $300.00 | $60.00 |
| Service | 04/16/2018 | email with R Sommers re status of Girdled Road | 0.20 | $300.00 | $60.00 |
| Service | 04/16/2018 | final changes to Motion to Sell Concord Hambden and file same | 0.90 | $300.00 | $270.00 |
| Service | 04/16/2018 | call with J Tomaszewski re Hathy transaction | 0.20 | $300.00 | $60.00 |
| Service | 04/16/2018 | further call with J Tomaszewski re Hathy transaction | 0.20 | $300.00 | $60.00 |
| Service | 04/16/2018 | email with T Flenner re Hathy assignment | 0.20 | $300.00 | $60.00 |
| Service | 04/16/2018 | further email with T Flenner re Hathy assignment | 0.20 | $300.00 | $60.00 |
| Service | 04/16/2018 | review Haty documents | 0.50 | $300.00 | $150.00 |
| Service | 04/16/2018 | call with G Keating re Chicago Title | 0.20 | $300.00 | $60.00 |
| Service | 04/17/2018 | call with T Flenner re Fracci closing issues | 0.20 | $300.00 | $60.00 |
| Service | 04/17/2018 | review motion and order to continue hearing on motion for contempt and email with R Barr re same | 0.20 | $300.00 | $60.00 |
| Service | 04/17/2018 | email with R Sommers re hearing on motion to sell | 0.10 | $300.00 | $30.00 |
| Service | 04/17/2018 | draft motion for contempt and withdrawal | 1.20 | $300.00 | $360.00 |
| Service | 04/17/2018 | call with creditor re proof of claim notice | 0.20 | $300.00 | $60.00 |
| Service | 04/17/2018 | call with creditor re proof of claim notice | 0.20 | $300.00 | $60.00 |
| Service | 04/17/2018 | call with creditor re proof of claim notice | 0.20 | $300.00 | $60.00 |
| Service | 04/17/2018 | email with S Fink re Erie Bank | 0.20 | $300.00 | $60.00 |
| Service | 04/18/2018 | call with G Keating re settlement with Chicago Title and Motion for Sanctions | 0.50 | $300.00 | $150.00 |
| Service | 04/18/2018 | call with R Barr re settlement with Chicago Title and Motion for Sanctions | 0.20 | $300.00 | $60.00 |

| Service | 04/18/2018 | Further call with R Barr re settlement with Chicago Title and Motion for Sanctions | 0.20 | $300.00 | $60.00 |
|---------|------------|-----------------------------------------------------------------------------------|------|---------|--------|
| Service | 04/18/2018 | email to R Barr re settlement with Chicago Title and Motion for Sanctions | 0.20 | $300.00 | $60.00 |
| Service | 04/18/2018 | call with R DiBella re docs for Insurance claim | 0.40 | $300.00 | $120.00 |
| Service | 04/18/2018 | call with R Osborne re Hess Oil and insurance issues | 0.30 | $300.00 | $90.00 |
| Service | 04/18/2018 | call with K Moss re settlement and Leonetti sale | 0.20 | $300.00 | $60.00 |
| Service | 04/18/2018 | call with R Osborne re Leonetti sale | 0.20 | $300.00 | $60.00 |
| Service | 04/18/2018 | review MORdraft for March | 0.50 | $300.00 | $150.00 |
| Service | 04/18/2018 | call with T Flenner re Fracci Court closing | 0.30 | $300.00 | $90.00 |
| Service | 04/18/2018 | call with J Hackenberg re gas tank at Fracci | 0.20 | $300.00 | $60.00 |
| Service | 04/18/2018 | call with R Osborne re gas tank | 0.20 | $300.00 | $60.00 |
| Service | 04/19/2018 | call with S Dahl re company options | 0.80 | $300.00 | $240.00 |
| Service | 04/19/2018 | review closing statement draft for Fracci Court | 0.20 | $300.00 | $60.00 |
| Service | 04/19/2018 | emails with T Flenner re Fracci Court closing | 0.20 | $300.00 | $60.00 |
| Service | 04/19/2018 | draft motion to sell Girdled Road | 1.50 | $300.00 | $450.00 |
| Service | 04/19/2018 | call with S Franks re Buck sale | 0.20 | $300.00 | $60.00 |
| Service | 04/19/2018 | review and revise schedule A/B | 0.50 | $300.00 | $150.00 |
| Service | 04/19/2018 | call with R Osborne re Fracci court proceeds | 0.20 | $300.00 | $60.00 |
| Service | 04/20/2018 | final changes to Motion to Sell Girdled Road and file same | 0.80 | $300.00 | $240.00 |
| Service | 04/20/2018 | revise Fracci Court Deed | 0.50 | $300.00 | $150.00 |
| Service | 04/24/2018 | meeting R Osborne and W Wuliger re various matters | 1.50 | $300.00 | $450.00 |
| Service | 04/24/2018 | call with S Dahl re status of bank discussions | 0.50 | $300.00 | $150.00 |
| Service | 04/24/2018 | prepare motion to use Erie Bank Cash Collateral | 0.60 | $300.00 | $180.00 |
| Service | 04/24/2018 | revise schedules | 0.50 | $300.00 | $150.00 |
| Service | 04/24/2018 | email with J Tomaszewski re companies | 0.20 | $300.00 | $60.00 |
| Service | 04/25/2018 | revise letter to D DiBella re insurance claim information | 1.20 | $300.00 | $360.00 |
| Service | 04/25/2018 | review Erie Bank proofs of claim | 1.50 | $300.00 | $450.00 |
| Service | 04/25/2018 | call with K Moss re sale status | 0.20 | $300.00 | $60.00 |
| Service | 04/25/2018 | call with T Flenner re Fracci closing | 0.20 | $300.00 | $60.00 |

| Service | 04/25/2018 | email from D Whiteman re closing | 0.10 | $300.00 | $30.00 |
| Service | 04/25/2018 | email to D Whiteman and T Flenner re closing | 0.10 | $300.00 | $30.00 |
| Service | 04/25/2018 | email from T Flenner re closing | 0.10 | $300.00 | $30.00 |
| Service | 04/25/2018 | call with R Osborne re various matters | 0.20 | $300.00 | $60.00 |
| Service | 04/25/2018 | file operating report for March | 0.20 | $300.00 | $60.00 |
| Service | 04/26/2018 | call with R Osborne re various matters | 0.20 | $300.00 | $60.00 |
| Service | 04/26/2018 | prepare report of Fracci Court sale | 0.80 | $300.00 | $240.00 |
| Service | 04/26/2018 | emails with J Weaver re Fracci Court sale funds and DIP account | 0.20 | $300.00 | $60.00 |
| Service | 04/26/2018 | email with S Fink re Eire Bank CCO | 0.20 | $300.00 | $60.00 |
| Service | 04/30/2018 | call with R Osborne re various issues | 0.20 | $300.00 | $60.00 |
| Service | 04/30/2018 | review revised complaint from Chicago Title | 0.30 | $300.00 | $90.00 |
| Service | 04/30/2018 | email from R Sommers re Girdled Road | 0.10 | $300.00 | $30.00 |
| Service | 05/02/2018 | call with R Osborne re status of matters | 0.20 | $300.00 | $60.00 |
| Service | 05/02/2018 | call with G Keating re Chicago Title | 0.40 | $300.00 | $120.00 |
| Service | 05/02/2018 | call with K Roesseler re estate MFRSA | 0.30 | $300.00 | $90.00 |
| Service | 05/02/2018 | draft Motion to Employ Wuliger | 0.20 | $300.00 | $60.00 |
| Service | 05/07/2018 | call with R Osborne re listing agents | 0.20 | $300.00 | $60.00 |
| Service | 05/07/2018 | call with T Seaman re listing for PA | 0.20 | $300.00 | $60.00 |
| Service | 05/07/2018 | call with A Kaufman re listing for Waite Hill | 0.20 | $300.00 | $60.00 |
| Service | 05/07/2018 | email from D Whiteman re properties | 0.20 | $300.00 | $60.00 |
| Service | 05/07/2018 | email to R Steinlage re properties | 0.20 | $300.00 | $60.00 |
| Service | 05/08/2018 | email with M Perlmuter re A Sill emplyment | 0.20 | $300.00 | $60.00 |
| Service | 05/08/2018 | call with M Perlmuter re A Sill employment | 0.20 | $300.00 | $60.00 |
| Service | 05/08/2018 | review agreement with A Sill | 0.40 | $300.00 | $120.00 |
| Service | 05/08/2018 | draft and revise motion to employ A Sill | 1.00 | $300.00 | $300.00 |
| Service | 05/08/2018 | email with R Deblasis re fire claim | 0.20 | $300.00 | $60.00 |
| Service | 05/08/2018 | email with R Steinlage re receiver involvement and property keys | 0.20 | $300.00 | $60.00 |
| Service | 05/08/2018 | email with D Whitmen re keys | 0.20 | $300.00 | $60.00 |

| Service | 05/08/2018 | further email with M Perlmuter re changes to motion to employ | 0.20 | $300.00 | $60.00 |
|---------|------------|---------------------------------------------------------------|------|---------|--------|
| Service | 05/08/2018 | revise and file motion to employ A Sill | 0.50 | $300.00 | $150.00 |
| Service | 05/10/2018 | call with R barr re Chicago Title settlement | 0.20 | $300.00 | $60.00 |
| Service | 05/10/2018 | call with S Dahl re bank settlement | 0.40 | $300.00 | $120.00 |
| Service | 05/10/2018 | email with S Fink re Erie Bank payments | 0.20 | $300.00 | $60.00 |
| Service | 05/10/2018 | call with G Denin re Lake Placid forecleoure | 0.50 | $300.00 | $150.00 |
| Service | 05/10/2018 | call with r Osborne re erie bank | 0.20 | $300.00 | $60.00 |
| Service | 05/15/2018 | review claims form Cuyahoga County and other parties | 1.00 | $300.00 | $300.00 |
| Service | 05/15/2018 | review Objection to Williams Road sale by UST and email with R Somers re same | 0.30 | $300.00 | $90.00 |
| Service | 05/15/2018 | review Objection to Concord Hampden Road sale by UST and email with R Somers re same | 0.30 | $300.00 | $90.00 |
| Service | 05/15/2018 | review Objection to Girdled Road sale by UST and email with R Somers re same | 0.30 | $300.00 | $90.00 |
| Service | 05/15/2018 | review Objection to Girdled Road sale by Citizens and email with R Somers re same | 0.30 | $300.00 | $90.00 |
| Service | 05/15/2018 | draft agreed order on Girdled Road Sale | 0.80 | $300.00 | $240.00 |
| Service | 05/15/2018 | emails with M Tucker re order on Girdled Road | 0.30 | $300.00 | $90.00 |
| Service | 05/21/2018 | call with R Osborne re status of sale motions | 0.20 | $300.00 | $60.00 |
| Service | 05/21/2018 | second call with R Osborne re status of sale motions | 0.20 | $300.00 | $60.00 |
| Service | 05/21/2018 | call with R Sommers re status of sale motions | 0.20 | $300.00 | $60.00 |
| Service | 05/21/2018 | review operating report and call wut D Whitemen re same | 0.50 | $300.00 | $150.00 |
| Service | 05/21/2018 | prepare response to objections to sale of Concord Hamden property | 1.00 | $300.00 | $300.00 |
| Service | 05/22/2018 | Hearings on Motions to Sell | 2.50 | $300.00 | $750.00 |
| Service | 05/22/2018 | call with R Osborne re hearing outcomes | 0.30 | $300.00 | $90.00 |
| Service | 05/22/2018 | call with R Osborne Jr re hearing outcomes | 0.50 | $300.00 | $150.00 |
| Service | 05/22/2018 | call with G Forbes re status of settlement | 0.20 | $300.00 | $60.00 |
| Service | 05/23/2018 | review land sales sheet from R Sommers | 0.40 | $300.00 | $120.00 |
| Service | 05/23/2018 | Call with R Sommers re land sales sheet | 0.20 | $300.00 | $60.00 |
| Service | 05/23/2018 | call with S Fink re AP for Erie Bank | 0.20 | $300.00 | $60.00 |

| Service | 05/23/2018 | prepare order on Sill retention | 0.40 | $300.00 | $120.00 |
|---------|------------|--------------------------------|------|---------|---------|
| Service | 05/23/2018 | email with M Perlmuter re Sill retention status | 0.20 | $300.00 | $60.00 |
| Service | 05/30/2018 | call with G Keating re CT settlement | 0.50 | $300.00 | $150.00 |
| Service | 06/04/2018 | call with T Flenner | 0.20 | $300.00 | $60.00 |
| Service | 06/04/2018 | email with R Sommers re Girdled Rd sale | 0.20 | $300.00 | $60.00 |
| Service | 06/06/2018 | call with R Osborne re well valuation on Concord Hambden Rd | 0.20 | $300.00 | $60.00 |
| Service | 06/06/2018 | emails with c Coatam re well analysis | 0.20 | $300.00 | $60.00 |
| Service | 06/07/2018 | call with G Forbes re sales of RE | 0.30 | $300.00 | $90.00 |
| Service | 06/07/2018 | call with R Osborne re sales of RE | 0.20 | $300.00 | $60.00 |
| Service | 06/08/2018 | review Motion for 2004 | 0.30 | $300.00 | $90.00 |

|  |  |  | **Quantity Subtotal** | | **230.7** |
|--|--|--|--|--|--|
|  |  |  | **Services Subtotal** | | **$68,685.00** |

## Expenses

| Type | Date | Description | Quantity | Rate | Total |
|------|------|-------------|----------|------|-------|
| Expense | 02/05/2018 | Parking | 1.00 | $8.00 | $8.00 |
| Expense | 02/06/2018 | Parking | 1.00 | $8.00 | $8.00 |
| Expense | 02/07/2018 | Printing Costs: 371 X .15 = 55.65 Postage Costs: 371 at the 1oz rate = 174.37 | 1.00 | $230.02 | $230.02 |
| Expense | 02/20/2018 | filing fee motion to sell | 1.00 | $181.00 | $181.00 |
| Expense | 03/01/2018 | Parking | 1.00 | $10.00 | $10.00 |
| Expense | 03/12/2018 | filing fee | 1.00 | $31.00 | $31.00 |
| Expense | 03/27/2018 | Parking | 1.00 | $10.00 | $10.00 |
| Expense | 04/03/2018 | Printing Costs: 455 X .15 = 68.25 Postage Costs: 455 at the 1oz rate = 213.85 | 1.00 | $282.10 | $282.10 |
| Expense | 04/05/2018 | filing fee | 1.00 | $31.00 | $31.00 |
| Expense | 04/09/2018 | filing fee Motion to Sell | 1.00 | $181.00 | $181.00 |
| Expense | 04/10/2018 | Parking | 1.00 | $14.00 | $14.00 |
| Expense | 04/12/2018 | Printing Costs: 1900 X .15 = 285.00 Postage Costs: 475 at the 1oz rate = 223.25 | 1.00 | $508.25 | $508.25 |
| Expense | 04/16/2018 | Filing Fee Motion to Sell Concord Hambden | 1.00 | $181.00 | $181.00 |

| Expense | 04/17/2018 | Printing Costs: 140 X .15 = 21.00 Postage Costs: 5 at the 2oz rate = 3.45 | 1.00 | $24.45 | $24.45 |
| Expense | 04/20/2018 | filing fee Motion to Sell Girdled Road | 1.00 | $181.00 | $181.00 |
| Expense | 05/22/2018 | Parking | 1.00 | $6.25 | $6.25 |

| | | | **Expenses Subtotal** | **$1,887.07** |
| | | | **Quantity Total** | **230.7** |
| | | | **Subtotal** | **$70,572.07** |
| | | | **Total** | **$70,572.07** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 76 | 07/09/2018 | $70,572.07 | $0.00 | $70,572.07 |

| | | | **Outstanding Balance** | **$70,572.07** |
| | | | **Amount in Trust** | **$26,373.00** |
| | | | **Total Amount Outstanding** | **$44,199.07** |

Please make all amounts payable to: Frederic P. Schwieg, Esq., Attorney at Law