# UNITED STATES BANKRUPTCY COURT
## _____NORTHERN   DISTRICT OF OHIO_____

| | | |
|---|---|---|
| IN RE:   RICHARD M. OSBORNE } | CASE NUMBER: | 17-17361 |
| } | | |
| } | | |
| } | JUDGE   HARRIS | |
| } | | |
| DEBTOR.                                        } | CHAPTER 11 | |

**DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)**
**FOR THE PERIOD**
**FROM**     4/1/2018     **TO**     4/30/2018

Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated: _____

/s/Frederic P. Schwieg, Esq.
Attorney for Debtor

Debtor's Address
and Phone Number:
7265 Markell Rd.
Waite Hill, OH 44094
_____

Tel. _____ 216-215-1313

Attorney's Address
and Phone Number:
2705 Gibson Dr.
Rocky River, OH 44116-3008
_____
Bar No. ___ 0030418
Tel. _____ 440-499-4506

Note:  The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the followng resources on the United States Trustee Program website, http://www.justice.gov/ust/r20/index.htm
1)       Instructions for Preparation Debtor's Chapter 11 Monthly Operating Report
2)       Initial Filing Requirements
3)       Frequently Asked Questions (FAQs)

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

Case Name: RICHARD M. OSBORNE
Case Number: 17-17361

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this report.

|  | Month Apr-18 | Cumulative Total |
|---|---|---|
| **CASH- Beginning of Month (Household)** | $31,948.21 | $60,959.78 |
| **CASH- Beginning of Month (Business)** | $11,428.27 | $41,158.88 |
|  |  |  |
| **Total Household Receipts** | $83,632.22 | $148,345.22 |
| **Total Business Receipts** | $690,310.45 | $752,295.73 |
| **Total Receipts** | $773,942.67 | $900,613.95 |
|  |  |  |
| **Total Household Disbursements** | $13,806.54 | $46,571.33 |
| **Total Business Disbursements** | $10,269.11 | $69,758.34 |
| **Total Disbursements** | $24,075.65 | $116,329.67 |
|  |  |  |
| NET CASH FLOW (Total Receipts minus Total Disbursements) | $749,867.02 | $793,773.64 |
|  |  |  |
| **CASH- End of Month (Individual)** | $101,773.89 | $162,733.67 |
| **CASH- End of Month (Business)** | $691,469.61 | $732,628.49 |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| | | |
|---|---|---|
| **TOTAL DISBURSEMENTS (From Above)** | $24,075.65 | $116,329.67 |
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) | $0.00 | $0.00 |
| **DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION** | $24,075.65 | $116,329.67 |

**I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief**

This _____ day of _____ 20\_\_\_\_\_.     _____

Debtor's Signature

Monthly Operating Report - Indivdual

# SCHEDULE OF HOUSEHOLD
# CASH RECEIPTS AND CASH DISBURSEMENTS

|  | Month<br>Apr-18 | Cumulative<br>Total |
|---|---|---|
| **CASH** - Beginning of Month | $31,948.21 | $60,959.78 |
|  |  |  |
| **CASH RECEIPTS** |  |  |
| Salary or Cash from Business |  |  |
| Wages from Other Sources (attach list to this report) |  |  |
| Interest or Dividend Income | $10.40 | $75.26 |
| Alimony or Child Support |  |  |
| Social Security/Pension/Retirement | $2,563.00 | $12,767.00 |
| Sale of Household Assets (attach list to this report) |  |  |
| Loans/Borrowing from Outside Sources (attach list to this report) |  |  |
| Other (specify) (attach list to this report) See detail sheet | $63,558.82 | $65,502.96 |
| Receipts from JTO Estate | $17,500.00 | $70,000.00 |
| **TOTAL RECEIPTS** | $83,632.22 | $148,345.22 |
|  |  |  |
| **CASH DISBURSEMENTS** |  |  |
| Alimony or Child Support Payments |  |  |
| Charitable Contributions |  |  |
| Gifts |  |  |
| Household Expenses/Food/Clothing | $789.11 | $6,036.38 |
| Household Repairs & Maintenance | $806.04 | $4,628.80 |
| Insurance |  | $922.74 |
| IRA Contribution |  |  |
| Lease/Rent Payments |  |  |
| Medical/Dental Payments | $116.43 | $3,152.53 |
| Mortgage Payment(s) |  |  |
| Other Secured Payments | $575.00 | $7,425.00 |
| Taxes - Personal Property |  |  |
| Taxes - Real Estate |  |  |
| Taxes Other (attach schedule) |  |  |
| Travel & Entertainment | $595.00 | $4,181.42 |
| Tuition/Education |  |  |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | $2,184.36 | $10,173.39 |
| Vehicle Expenses | $1,422.14 | $2,547.10 |
| Vehicle Secured Payment(s) |  |  |
| U. S. Trustee Quarterly Fees | $975.00 | $975.00 |
| Professional Fees (Legal, Accounting) | $3,350.00 | $3,350.00 |
| Other (attach schedule) repair car | $1,827.15 | $1,827.15 |
| Subscriptins | $62.60 | $248.11 |
| Miscellaneous | $878.14 | $878.14 |
| Traffic ticket | $225.57 | $225.57 |
| **Total Household Disbursements** | $13,806.54 | $46,571.33 |
|  |  |  |
| **CASH - End of Month** (Must equal reconciled bank statement-Attachment No. 2) | $101,773.89 | $209,305.00 |

# SCHEDULE OF BUSINESS
# CASH RECEIPTS AND CASH DISBURSEMENTS

|  | Month<br>Apr-18 | Cumulative<br>Total |
|---|---|---|
| **CASH** - Beginning of Month | $11,428.27 | $41,158.88 |
|  |  |  |
| **BUSINESS CASH RECEIPTS** |  |  |
| Cash Sales |  |  |
| Account Receivable Collection |  |  |
| Loans/Borrowing from Outside Sources (attach list to this report) |  |  |
| Rental Income | $14,377.70 | $63,576.81 |
| Sale of Business Assets (attach list to this report) | $675,932.75 | $675,932.75 |
| Other (specify) (attach list to this report) |  | $1.52 |
|  |  | $12,794.65 |
| **Total Business Receipts** | $690,310.45 | $752,295.73 |
|  |  |  |
| **BUSINESS CASH DISBURSEMENTS** |  |  |
| Net Payroll (Excluding Self) | $6,878.17 | $33,090.89 |
| Salary Paid to Debtor or Owner's Draw (e.g., transfer to Household Account) |  |  |
| Taxes - Payroll |  |  |
| Taxes - Sales |  |  |
| Taxes Other (attach schedule) |  |  |
| Contract Labor (Subcontractors) |  | $1,800.00 |
| Inventory Purchases |  |  |
| Secured/Lease Payments (Business) | $1,198.46 | $4,841.77 |
| Utilities (Business) | $633.75 | $5,560.91 |
| Insurance | $858.73 | $3,017.18 |
| Vehicle Expenses |  | $2,377.26 |
| Travel & Entertainment |  | $530.14 |
| Repairs and Maintenance | $700.00 | $9,714.34 |
| Supplies |  | $486.64 |
| Charitable Contributions/Gifts |  |  |
| Purchase of Fixed Assets |  |  |
| Advertising |  |  |
| Bank Charges |  | $226.11 |
| Other (attach schedule) |  | $2,951.67 |
|  |  | $5,161.43 |
| **Total Business Disbursements** | $10,269.11 | $69,758.34 |
|  |  |  |
| **CASH - End of Month** (Must equal reconciled bank statement - Attachment No. 2) | $691,469.61 | $732,628.49 |

| | QUESTIONNAIRE | YES* | NO |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business during this reporting period? | XXX | |
| 2. | Have any funds been disbursed from any account other than a debtor in possession account? | XXX | |
| 3. | Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | XXX |
| 4. | Have any payments been made on pre-petition liabilities this reporting period? | XXX | |
| 5. | Have any post-petition loans been received by the debtor from any party? | | XXX |
| 6. | Are any post-petition payroll taxes past due? | | XXXXXX |
| 7. | Are any post-petition state or federal income taxes past due? | | XXX |
| 8. | Are any post-petition state or local sales taxes past due? | | XXX |
| 9. | Are any post-petition real estate taxes past due? | | XXX |
| 10. | Are any amounts owed to post-petition creditors/vendors delinquent? | | XXX |
| 11. | Are any wage payments past due? | | XXXXXX |

**\*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.**

| | INSURANCE INFORMATION | YES | NO* |
|---|---|---|---|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | XXXXXX | |
| 2. | Are all premium payments current? | XXXXXX | |

**\*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.**

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY        and        CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| Rental Property Policy - State Farm (there are at least 18 diffenent policies) | Most end 11-18-18 | 16917 annual | 0 |
| | | | |
| | | | |
| | | | |
| | | | |

____ Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

| DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD: |
|---|
| Sale of Fracci Court |
| |
| |
| Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: _____ UNKWN |

# Richard M Osborne DIP
## Account Reconciliation
### As of Apr 30, 2018
### 1004 - Cash - Huntington DIP
### Bank Statement Date: April 30, 2018

Filter Criteria includes: Report is printed in Detail Format.

| | | | | |
|---|---|---|---|---|
| Beginning GL Balance | | | | 43,376.48 |
| Add: Cash Receipts | | | | 98,001.27 |
| Less: Cash Disbursements | | | | (17,431.81) |
| Add (Less) Other | | | | (6,635.19) |
| Ending GL Balance | | | | 117,310.75 |
| Ending Bank Balance | | | | 121,477.62 |
| Add back deposits in transit | | | | |
| Total deposits in transit | | | | |
| (Less) outstanding checks | | | | |
| | Feb 5, 2018 | 1504 | (240.21) | |
| | Feb 13, 2018 | 1518 | (638.44) | |
| | Apr 5, 2018 | 1591 | (575.00) | |
| | Apr 25, 2018 | 1611 | (62.56) | |
| | Apr 25, 2018 | 1612 | (69.37) | |
| | Apr 25, 2018 | 1616 | (700.00) | |
| | Apr 25, 2018 | 1619 | (62.60) | |
| | Apr 25, 2018 | 1620 | (975.00) | |
| | Apr 30, 2018 | 1621 | (259.35) | |
| | Apr 30, 2018 | 1626 | (493.52) | |
| | Apr 30, 2018 | 1627 | (26.09) | |
| | Apr 30, 2018 | 1628 | (64.73) | |
| Total outstanding checks | | | | (4,166.87) |
| Add (Less) Other | | | | |
| Total other | | | | |
| Unreconciled difference | | | | 0.00 |
| Ending GL Balance | | | | 117,310.75 |

RMO'S

## Account Information

| | | | | |
|---|---|---|---|---|
| Today's Beginning Balance | $116,526.84 | Nickname | | Huntington Interest Checking |
| Pending Transactions | $0.00 | Type | | Huntington 5 Interest Checking |
| Deposit Holds | $0.00 | Routing Number | | 041000153 |
| **Account Balance** | **$116,526.84** | Account Number | *******4895 | Show |
| | | Overdraft Protection (ODP) | | None |

Expanded Account Information

| | | | |
|---|---|---|---|
| Interest Earned but Not Paid | $6.82 | Year To Date Interest | $15.87 |
| Previous Year Interest | $0.00 | | |

## Pending Transactions

No transactions found for today.

## Transaction History

From 04/01/2018    To 04/30/2018    View a Report >>>

Download

4-30-18

| Date | Number | Type | Payee/Description | Tag | Debit | Credit | Account Balance |
|---|---|---|---|---|---|---|---|
| 04/30/2018 | 1618 | Check | SUBSTITUTE CHECK | | -$147.63 | | $121,477.62 |
| 04/30/2018 | 1617 | Check | SUBSTITUTE CHECK | | -$101.60 | | $121,625.25 |
| 04/30/2018 | 1615 | Check | SUBSTITUTE CHECK | | -$89.32 | | $121,726.85 |
| 04/30/2018 | 1614 | Check | SUBSTITUTE CHECK | | -$51.57 | | $121,816.17 |
| 04/30/2018 | 1613 | Check | SUBSTITUTE CHECK | | -$40.01 | | $121,867.74 |
| 04/30/2018 | 1609 | Check | SUBSTITUTE CHECK | | -$116.43 | | $121,907.75 |
| 04/30/2018 | 1608 | Check | SUBSTITUTE CHECK | | -$551.15 | | $122,024.18 |
| 04/30/2018 | 1581 | Check | SUBSTITUTE CHECK | | -$307.58 | | $122,575.33 |
| 04/30/2018 | 0 | Debit Card | SAHLI & SAHLI INC | | -$37.07 | | $122,882.91 |
| 04/30/2018 | 0 | Debit Card | SAHLI & SAHLI INC | | -$37.05 | | $122,919.98 |
| 04/30/2018 | 0 | Debit Card | KING BUILDING SUPP | | -$7.66 | | $122,957.03 |
| 04/30/2018 | 0 | Debit Card | SAHLI & SAHLI INC | | -$44.46 | | $122,964.69 |
| 04/30/2018 | 0 | Debit Card | KING BUILDING SUPP | | -$33.37 | | $123,009.15 |
| 04/27/2018 | 0 | Electronic Debit | OHIO PAYROLL PLU RMO | | -$3,309.40 | | $123,042.52 |
| 04/27/2018 | 0 | Debit Card | WM SUPERCENTER #5360 | | -$198.20 | | $126,351.92 |
| 04/27/2018 | 0 | Debit Card | ZAPPYS AUTO WASHES | | -$7.00 | | $126,548.12 |
| 04/25/2018 | 0 | Deposit | DEPOSIT | | | $2,563.00 | $126,555.12 |
| 04/24/2018 | 1604 | Check | SUBSTITUTE CHECK | | -$183.34 | | $123,992.12 |
| 04/24/2018 | 1603 | Check | SUBSTITUTE CHECK | | -$126.75 | | $124,175.46 |
| 04/24/2018 | 0 | Debit Card | JOHNNY S BAR | | -$593.00 | | $124,302.21 |
| 04/23/2018 | 1606 | Check | SUBSTITUTE CHECK | | -$41.00 | | $124,897.21 |
| 04/23/2018 | 1605 | Check | SUBSTITUTE CHECK | | -$34.88 | | $124,938.21 |
| 04/23/2018 | 1595 | Check | SUBSTITUTE CHECK | | -$31.28 | | $124,973.09 |
| 04/23/2018 | 1594 | Check | SUBSTITUTE CHECK | | -$43.92 | | $125,004.37 |
| 04/23/2018 | 0 | Debit Card | TRACTOR SUPPLY #2149 | | -$31.78 | | $125,048.29 |
| 04/23/2018 | 0 | Debit Card | SAHLI & SAHLI INC | | -$51.88 | | $125,080.07 |
| 04/23/2018 | 0 | Debit Card | SAHLI & SAHLI INC | | -$71.97 | | $125,131.93 |
| 04/23/2018 | 0 | Deposit | DEPOSIT | | | $1,322.50 | $125,203.90 |
| 04/20/2018 | 1607 | Check | SUBSTITUTE CHECK | | -$73.67 | | $123,881.40 |
| 04/20/2018 | 0 | Debit Card | LITTLE CAESARS 1238 00 | | -$23.32 | | $123,955.07 |
| 04/20/2018 | 0 | Debit Card | WM SUPERCENTER #5360 | | -$3.98 | | $123,978.39 |
| 04/20/2018 | 0 | Debit Card | WM SUPERCENTER #5360 | | -$160.35 | | $123,982.37 |
| 04/20/2018 | 0 | Deposit | DEPOSIT | | | $74.86 | $124,142.72 |
| 04/19/2018 | 1583 | Check | SUBSTITUTE CHECK | | -$1,827.15 | | $124,067.86 |
| 04/19/2018 | 0 | Debit Card | THE TRADING POST | | -$25.02 | | $125,895.01 |
| 04/19/2018 | 0 | Debit Card | SAHLI & SAHLI INC | | -$66.42 | | $125,920.03 |

| Date ▼ | Number | Type | Payee/Description | Tag | Debit | Credit | Account Balance |
|---|---|---|---|---|---|---|---|
| 04/19/2018 | 0 | Deposit | DEPOSIT | | | $13,867.13 | $125,986.45 |
| 04/18/2018 | 0 | Interest | INTEREST PAYMENT | | | $8.65 | $112,119.32 |
| 04/18/2018 | 0 | Electronic Debit | ATT Payment | | -$65.85 | | $112,110.67 |
| 04/18/2018 | 0 | Debit Card | KING BUILDING SUPP | | -$32.00 | | $112,176.52 |
| 04/17/2018 | 1599 | Check | SUBSTITUTE CHECK | | -$11.06 | | $112,208.52 |
| 04/17/2018 | 1598 | Check | SUBSTITUTE CHECK | | -$204.15 | | $112,219.58 |
| 04/17/2018 | 1597 | Check | SUBSTITUTE CHECK | | -$352.24 | | $112,423.73 |
| 04/17/2018 | 0 | Deposit | DEPOSIT | | | $1,050.00 | $112,775.97 |
| 04/16/2018 | 1601 | Check | SUBSTITUTE CHECK | | -$154.98 | | $111,725.97 |
| 04/16/2018 | 1600 | Check | SUBSTITUTE CHECK | | -$77.49 | | $111,880.95 |
| 04/16/2018 | 1596 | Check | SUBSTITUTE CHECK | | -$733.23 | | $111,958.44 |
| 04/16/2018 | 1592 | Check | SUBSTITUTE CHECK | | -$3,350.00 | | $112,691.67 |
| 04/16/2018 | 0 | Deposit | DEPOSIT | | | $1,000.00 | $116,041.67 |
| 04/13/2018 | 0 | Electronic Debit | OHIO PAYROLL PLU RMO | | -$3,334.44 | | $115,041.67 |
| 04/13/2018 | 1602 | Check | SUBSTITUTE CHECK | | -$31.03 | | $118,376.11 |
| 04/13/2018 | 0 | Deposit | DEPOSIT | | | $640.00 | $118,407.14 |
| 04/12/2018 | 0 | Debit Card | WAL-MART #5360 | | -$225.63 | | $117,767.14 |
| 04/12/2018 | 0 | Debit Card | SAHLI & SAHLI INC | | -$50.23 | | $117,992.77 |
| 04/12/2018 | 0 | Debit Card | VCN*MENTORMUNITRAFCRIM | | -$225.57 | | $118,043.00 |
| 04/12/2018 | 0 | Deposit | DEPOSIT | | | $2,059.37 | $118,268.57 |
| 04/11/2018 | 1593 | Check | SUBSTITUTE CHECK | | -$107.21 | | $116,209.20 |
| 04/11/2018 | 1580 | Check | SUBSTITUTE CHECK | | -$142.65 | | $116,316.41 |
| 04/10/2018 | 1586 | Check | SUBSTITUTE CHECK | | -$405.75 | | $116,459.06 |
| 04/10/2018 | 0 | Debit Card | PET HOSP OF WILLOUGHBY | | -$519.08 | | $116,864.81 |
| 04/10/2018 | 0 | Debit Card | SUNOCO 0166747600 QPS | | -$63.26 | | $117,383.89 |
| 04/09/2018 | 1590 | Check | SUBSTITUTE CHECK | | -$1,198.46 | | $117,447.15 |
| 04/09/2018 | 1589 | Check | SUBSTITUTE CHECK | | -$9.45 | | $118,645.61 |
| 04/09/2018 | 1588 | Check | SUBSTITUTE CHECK | | -$106.49 | | $118,655.06 |
| 04/06/2018 | 0 | Electronic Debit | OHIO PAYROLL PLU End of mon | | -$234.33 | | $118,761.55 |
| 04/06/2018 | 1587 | Check | SUBSTITUTE CHECK | | -$63.88 | | $118,995.88 |
| 04/06/2018 | 1585 | Check | SUBSTITUTE CHECK | | -$396.04 | | $119,059.76 |
| 04/06/2018 | 1571 | Check | SUBSTITUTE CHECK | | -$52.00 | | $119,455.80 |
| 04/06/2018 | 0 | Deposit | DEPOSIT | | | $1,015.15 | $119,507.80 |
| 04/05/2018 | 1584 | Check | SUBSTITUTE CHECK | | -$366.39 | | $118,492.65 |
| 04/05/2018 | 0 | Deposit | DEPOSIT | | | $49,691.33 | $118,859.04 |
| 04/04/2018 | 1574 | Check | SUBSTITUTE CHECK | | -$60.39 | | $69,167.71 |
| 04/04/2018 | 0 | Deposit | DEPOSIT | | | $12,500.00 | $69,228.10 |
| 04/03/2018 | 1577 | Check | SUBSTITUTE CHECK | | -$51.87 | | $56,728.10 |
| 04/03/2018 | 1575 | Check | SUBSTITUTE CHECK | | -$51.11 | | $56,779.97 |
| 04/03/2018 | 1534 | Check | SUBSTITUTE CHECK | | -$114.82 | | $56,831.08 |
| 04/03/2018 | 0 | Deposit | DEPOSIT | | | $600.00 | $56,945.90 |
| 04/03/2018 | 0 | Deposit | DEPOSIT | | | $5,600.00 | $56,345.90 |
| 04/02/2018 | 20002 | Check | SUBSTITUTE CHECK | | -$1,257.03 | | $50,745.90 |
| 04/02/2018 | 0 | Deposit | DEPOSIT | | | $6,519.58 | $52,002.93 |

**Scheduled Payments & Transfers**

What will your balance be

No transactions found for the specified date range.

# Richard M Osborne DIP
## General Ledger
### For the Period From Apr 1, 2018 to Apr 30, 2018

Filter Criteria includes: 1) IDs: 1004. Report order is by ID. Report is printed with shortened descriptions and in Detail Format.

| Account ID<br>Account Description | Date | Reference | Jrnl | Trans Description | Debit Amt | Credit Amt | Balance |
|---|---|---|---|---|---|---|---|
| 1004<br>Cash - Huntington DIP | 4/1/18 | | | Beginning Balance | | | 43,376.48 |
| | 4/2/18 | 1584 | CDJ | Big Oats | | 366.39 | |
| | 4/2/18 | 1585 | CDJ | Cobra Pipeline Co | | 396.04 | |
| | 4/2/18 | 1586 | CDJ | Dominion East Ohi | | 405.75 | |
| | 4/2/18 | 1587 | CDJ | The Illuminating Co | | 63.88 | |
| | 4/2/18 | 1588 | CDJ | Orwell Natural Gas | | 106.49 | |
| | 4/2/18 | 1589 | CDJ | Orwell Natural Gas | | 9.45 | |
| | 4/2/18 | cash4218 | CRJ | | 800.00 | | |
| | 4/2/18 | cash-4/2/18 | CRJ | | 800.00 | | |
| | 4/2/18 | Cash/4/2/1 | CRJ | | 1,000.00 | | |
| | 4/2/18 | 1132 | CRJ | | 1,217.83 | | |
| | 4/2/18 | 1136 | CRJ | Carst Monument & | 600.00 | | |
| | 4/2/18 | 1259 | CRJ | | 600.00 | | |
| | 4/2/18 | 4342 | CRJ | | 500.00 | | |
| | 4/2/18 | 5287 | CRJ | Kenith S. Beckwith | 1,000.00 | | |
| | 4/2/18 | 48223905 | CRJ | computershare | 1.75 | | |
| | 4/3/18 | cash4318 | CRJ | | 600.00 | | |
| | 4/3/18 | 3770 | CRJ | | 600.00 | | |
| | 4/3/18 | 3770 | CRJ | Estate JTO | 5,000.00 | | |
| | 4/4/18 | 3002 | CRJ | | 12,500.00 | | |
| | 4/4/18 | 1590 | CDJ | Bank of America | | 1,198.46 | |
| | 4/5/18 | cash4518 | CRJ | | 600.00 | | |
| | 4/5/18 | 842 | CRJ | | 800.00 | | |
| | 4/5/18 | 1591 | CDJ | Marty Hathy | | 575.00 | |
| | 4/5/18 | ACH04051 | CDJ | Ohio Payroll Plus | | 234.33 | |
| | 4/5/18 | 11864 | CRJ | | 10,543.70 | | |
| | 4/5/18 | 11863 | CRJ | | 37,245.98 | | |
| | 4/6/18 | 73346 | CRJ | | 750.00 | | |
| | 4/6/18 | 556425718 | CRJ | Edwin K. Smith | 265.15 | | |
| | 4/6/18 | 1592 | CDJ | Walthall Rea | | 3,350.00 | |
| | 4/9/18 | 1593 | CDJ | Big Oats | | 107.21 | |
| | 4/9/18 | 1594 | CDJ | City Of Painesville | | 43.92 | |
| | 4/9/18 | 1595 | CDJ | City Of Painesville | | 31.28 | |
| | 4/9/18 | 1596 | CDJ | Cummins Sales An | | 733.23 | |
| | 4/9/18 | 1597 | CDJ | Directv | | 352.24 | |
| | 4/9/18 | 1598 | CDJ | Knox Energy Coop | | 204.15 | |
| | 4/9/18 | 1599 | CDJ | Knox Energy Coop | | 11.06 | |
| | 4/9/18 | 1600 | CDJ | Lake county Dept. | | 77.49 | |
| | 4/9/18 | 1601 | CDJ | Lake county Dept. | | 154.98 | |
| | 4/9/18 | 1602 | CDJ | Sievers Security | | 31.03 | |
| | 4/10/18 | pos41018- | CDJ | Pet Hospital of Wil | | 519.08 | |
| | 4/10/18 | pos41018- | CDJ | Sunoco | | 63.26 | |
| | 4/11/18 | pos41118 | CDJ | Mentor Muni Court | | 225.57 | |
| | 4/11/18 | 1581 | CDJ | Westfield Insuranc | | 307.58 | |
| | 4/12/18 | 651138 | CRJ | | 1,827.15 | | |
| | 4/12/18 | 1577 | CRJ | Henrietta Becker | 232.22 | | |
| | 4/12/18 | pos41218- | CDJ | Walmart | | 225.63 | |
| | 4/12/18 | pos41218- | CDJ | sahli & sahli inc | | 50.23 | |
| | 4/13/18 | Payroll 4-1 | GEN | Payroll 4-13-18 | | 3,334.44 | |
| | 4/13/18 | cash41318 | CRJ | | 640.00 | | |
| | 4/16/18 | 1252 | CRJ | Lakrii Brazaitis | 1,000.00 | | |
| | 4/16/18 | 1603 | CDJ | Aqua Oh | | 126.75 | |
| | 4/16/18 | 1604 | CDJ | AT&T | | 183.34 | |
| | 4/16/18 | 1605 | CDJ | Big Oats | | 34.88 | |
| | 4/16/18 | 1606 | CDJ | The Illuminating Co | | 41.00 | |
| | 4/16/18 | 1607 | CDJ | Sherrii Phillips | | 73.67 | |
| | 4/17/18 | 41718 | CDJ | AT&T | | 65.85 | |
| | 4/17/18 | 41817cash | CRJ | | 1,050.00 | | |
| | 4/18/18 | 1583 | CDJ | Classic ARC | | 1,827.15 | |
| | 4/18/18 | pos41818 | CDJ | King building suppl | | 32.00 | |
| | 4/19/18 | 6844509 | CRJ | | 7,274.28 | | |
| | 4/19/18 | 6844508 | CRJ | | 6,592.85 | | |

# Richard M Osborne DIP
## General Ledger
### For the Period From Apr 1, 2018 to Apr 30, 2018

Filter Criteria includes: 1) IDs: 1004. Report order is by ID. Report is printed with shortened descriptions and in Detail Format.

| Account ID<br>Account Description | Date | Reference | Jrnl | Trans Description | Debit Amt | Credit Amt | Balance |
|---|---|---|---|---|---|---|---|
| | 4/19/18 | pos41918- | CDJ | sahli & sahli inc | | 66.42 | |
| | 4/19/18 | pos41918- | CDJ | The trading post | | 25.02 | |
| | 4/20/18 | 6139 | CRJ | | 74.86 | | |
| | 4/20/18 | pos42018- | CDJ | Walmart | | 3.98 | |
| | 4/20/18 | pos42018- | CDJ | Walmart | | 160.35 | |
| | 4/20/18 | pos42018- | CDJ | Little Caesares | | 23.32 | |
| | 4/20/18 | pos42018- | CDJ | sahli & sahli inc | | 71.97 | |
| | 4/23/18 | 1608 | CDJ | United Healthcare I | | 551.15 | |
| | 4/23/18 | 200218382 | CRJ | Airgas Great Lakes | 1,322.50 | | |
| | 4/23/18 | 42318-1 | CDJ | sahli & sahli inc | | 51.86 | |
| | 4/23/18 | 42318-2 | CDJ | Tractor Supply | | 31.78 | |
| | 4/24/18 | pos42418 | CDJ | Johnnys bar | | 595.00 | |
| | 4/25/18 | 1611 | CDJ | ACN Communicati | | 62.56 | |
| | 4/25/18 | 1612 | CDJ | Aqua Oh | | 69.37 | |
| | 4/25/18 | 1613 | CDJ | AT&T | | 40.01 | |
| | 4/25/18 | 1614 | CDJ | AT&T | | 51.57 | |
| | 4/25/18 | 1615 | CDJ | Big Oats | | 89.32 | |
| | 4/25/18 | 1616 | CDJ | Customers Electric | | 700.00 | |
| | 4/25/18 | 1617 | CDJ | The Illuminating Co | | 101.60 | |
| | 4/25/18 | 1618 | CDJ | Staples Advantage | | 147.63 | |
| | 4/25/18 | 1619 | CDJ | The Plain Dealer | | 62.60 | |
| | 4/25/18 | 1620 | CDJ | U.S. Trustee | | 975.00 | |
| | 4/25/18 | ACH04251 | CRJ | Social Securtiy Ad | 2,563.00 | | |
| | 4/27/18 | Payroll 04- | GEN | Payroll 04-27-18 | | 3,309.40 | |
| | 4/27/18 | pos42718- | CDJ | sahli & sahli inc | | 44.46 | |
| | 4/27/18 | pos42718- | CDJ | King building suppl | | 33.37 | |
| | 4/27/18 | pos42718- | CDJ | Walmart | | 196.20 | |
| | 4/27/18 | pos42718- | CDJ | Zappys auto wash | | 7.00 | |
| | 4/27/18 | 1609 | CDJ | Drug Mart | | 116.43 | |
| | 4/30/18 | 1621 | CDJ | Big Oats | | 259.35 | |
| | 4/30/18 | 1626 | CDJ | Dominion East Ohi | | 493.52 | |
| | 4/30/18 | 1627 | CDJ | The illuminating Co | | 26.09 | |
| | 4/30/18 | 1628 | CDJ | The Illuminating Co | | 64.73 | |
| | 4/30/18 | pos43018 | CDJ | King building suppl | | 7.66 | |
| | 4/30/18 | pos43018- | CDJ | sahli & sahli inc | | 37.05 | |
| | 4/30/18 | pos43018- | CDJ | sahli & sahli inc | | 37.07 | |
| | 4/30/18 | 04/30/18 | GEN | Interest Income | 8.65 | | |
| | | | | Current Period Cha | 98,009.92 | 24,075.65 | 73,934.27 |
| | 4/30/18 | | | **Ending Balance** | | | **117,310.75** |

# Richard M Osborne DIP
## Account Reconciliation
### As of Apr 30, 2018
### 1005 - Huntington DIP - Real Estate
### Bank Statement Date: April 30, 2018

Filter Criteria includes: Report is printed in Detail Format.

| | |
|---|---:|
| Beginning GL Balance | |
| Add: Cash Receipts | 675,932.75 |
| Less: Cash Disbursements | |
| Add (Less) Other | |
| Ending GL Balance | 675,932.75 |
| Ending Bank Balance | 675,932.75 |
| Add back deposits in transit | |
| Total deposits in transit | |
| (Less) outstanding checks | |
| Total outstanding checks | |
| Add (Less) Other | |
| Total other | |
| Unreconciled difference | 0.00 |
| Ending GL Balance | 675,932.75 |

*Sale*

## Account Information

| | | | | | |
|---|---|---|---|---|---|
| Today's Beginning Balance | $675,932.75 | Nickname | | Huntington Relationship Money Market | |
| Pending Transactions | $0.00 | Type | | Huntington Relationship Money Market | |
| Deposit Holds | $0.00 | Routing Number | | 041000153 | |
| **Account Balance** | **$675,932.75** | Account Number | | *******1908 | Show |

Expanded Account Information

| | | | |
|---|---|---|---|
| Interest Earned but Not Paid | $194.44 | Year To Date Interest | $0.00 |
| Previous Year Interest | $0.00 | | |

## Pending Transactions

No transactions found for today.

## Transaction History

From 04/01/2018   To 04/30/2018   View a Report >>>

Download

| Date ▼ | Number | Type | Payee/Description | Tag | Debit | Credit | Account Balance | |
|---|---|---|---|---|---|---|---|---|
| 04/25/2018 | 0 | Deposit | DEPOSIT | | | $675,932.75 | $675,932.75 | |

## Scheduled Payments & Transfers

What will your balance be

No transactions found for the specified date range.

# Richard M Osborne DIP
## Cash Receipts Register
## For April 2018
## Huntington - Personal Acct.

| Date | Reference | Type | Payee/Paid By | Memo | Receipt For: | Receipt Amt |
|---|---|---|---|---|---|---:|
| 4/2/18 | 48223905 | Receipt | computershare | 4/2/18 | Dividend | 1.75 |
| 4/3/18 | 3770 | Receipt | Estate JTO | 4/3/18 | Estate of JTO | 5,000.00 |
| 4/4/18 | 3002 | Receipt | woodside | 4/4/18 | Estate of JTO | 12,500.00 |
| 4/5/18 | 11863 | Receipt | erie Bank | 4/5/18 | Received from Beth Osborne | 37,245.98 |
| 4/5/18 | 11864 | Receipt | erie Bank | 4/5/18 | Received from Beth Osborne | 10,543.70 |
| 4/12/18 | 651138 | Receipt | state farm | 4/12/18 | Insurance claim on vehicle | 1,827.15 |
| 4/19/18 | 6844508 | Receipt | Voya | 4/19/18 | cashed out insurance | 6,592.85 |
| 4/19/18 | 6844509 | Receipt | Voya | 4/19/18 | cashed out insurance | 7,274.28 |
| 4/20/18 | 6139 | Receipt | erie Bank | 4/20/18 | no explanation | 74.86 |
| 4/25/18 | ACH042518 | Receipt | SSA | 04/25/18 | Social Security | 2,563.00 |
| 4/30/18 | 04/30/18 | Gen. Jrnl. | | 04/30/18 | Interest earned on account | 8.65 |
| | | **Total** | | | | **83,632.22** |

# Richard M Osborne DIP
## Cash Receipts Register
## For April 2018
## Huntingotn - Business Acct.

| Date | Reference | Type | Payee/Paid By | Memo | Receipt For | Receipt Amt |
|---|---|---|---|---|---|---|
| 4/2/18 | 1132 | Receipt | the learning tree | 4/2/18 | Rent | 1,217.83 |
| 4/2/18 | 1136 | Receipt | Carst | 4/2/18 | Rent | 600.00 |
| 4/2/18 | 1259 | Receipt | groves730columbia | 4/2/18 | Rent | 600.00 |
| 4/2/18 | 4342 | Receipt | Balog 7792 Ravenna | 4/2/18 | Rent | 500.00 |
| 4/2/18 | 5287 | Receipt | Beckwith | 4/2/18 | Rent | 1,000.00 |
| 4/2/18 | Cash/4/2/18 | Receipt | joyce 7474 presley | 4/2/18 | Rent | 1,000.00 |
| 4/2/18 | cash-4/2/18 | Receipt | toad 7317 reynolds | 4/2/18 | Rent | 800.00 |
| 4/2/18 | cash4218 | Receipt | Clint Rose 1186w.jac | 4/2/18 | Rent | 800.00 |
| 4/3/18 | 3770 | Receipt | boone 6980Ravenna | 4/3/18 | Rent | 600.00 |
| 4/3/18 | cash4318 | Receipt | rasile 8310 Bellflow | 4/3/18 | Rent | 600.00 |
| 4/5/18 | 842 | Receipt | fratus 1180w.jackson | 4/5/18 | Rent | 800.00 |
| 4/5/18 | cash4518 | Receipt | wilson 7741 Auburn | 4/5/18 | Rent | 600.00 |
| 4/6/18 | 556425718 | Receipt | Smith | 4/6/18 | Rent | 265.15 |
| 4/6/18 | 73346 | Receipt | zukowski 5660vrooman | 4/6/18 | Rent | 750.00 |
| 4/12/18 | 1577 | Receipt | Becker | 4/12/18 | Rent | 232.22 |
| 4/13/18 | cash41318 | Receipt | rasile 8310 Bellflow | 4/13/18 | Rent | 640.00 |
| 4/16/18 | 1252 | Receipt | Lakrii | 4/16/18 | Rent | 1,000.00 |
| 4/17/18 | 41817cash | Receipt | jusko 11575 Girdled | 4/17/18 | Rent | 1,050.00 |
| 4/23/18 | 2002183823 | Receipt | Airgas | 4/23/18 | Rent | 1,322.50 |
| | | **Total** | | | | **14,377.70** |

# Richard M Osborne DIP
## Cash Disbusement Register
## For April 2018
## Huntington Personal Acct.

| Date | Reference | Type | Payee/Paid By | Memo | Payment Amt |
|---|---|---|---|---|---:|
| 4/2/18 | 1584 | Payment | big Oats | vehicle expense | 366.39 |
| 4/2/18 | 1585 | Payment | cobra | vehicle expense | 396.04 |
| 4/2/18 | 1586 | Payment | dominion | utility | 405.75 |
| 4/2/18 | 1587 | Payment | Illuminating | utility | 63.88 |
| 4/5/18 | 1591 | Payment | Hathy | interest Payment | 575.00 |
| 4/6/18 | 1592 | Payment | walthall Rea | accounting fees | 3,350.00 |
| 4/9/18 | 1593 | Payment | big Oats | vehicle expense | 107.21 |
| 4/9/18 | 1594 | Payment | city of pain | utility | 43.92 |
| 4/9/18 | 1596 | Payment | Cummins | 304084 equipment repairs | 733.23 |
| 4/9/18 | 1597 | Payment | Directv | utility | 352.24 |
| 4/9/18 | 1598 | Payment | Knox Energy | utility | 204.15 |
| 4/10/18 | pos41018-1 | Payment | pet hospital of will | veterinary services | 519.08 |
| 4/10/18 | pos41018-2 | Payment | sunoco | vehicle expense | 63.26 |
| 4/11/18 | pos41118 | Payment | mentor muni court | traffic ticket | 225.57 |
| 4/12/18 | pos41218-1 | Payment | Walmart | supplies | 225.63 |
| 4/12/18 | pos41218-2 | Payment | sahli & sahli inc | | 50.23 |
| 4/16/18 | 1603 | Payment | Aqua | utility | 126.75 |
| 4/16/18 | 1604 | Payment | AT&T | utility | 183.34 |
| 4/16/18 | 1605 | Payment | big Oats | vehicle expense | 34.88 |
| 4/16/18 | 1607 | Payment | Phillips S | vehicle expense | 73.67 |
| 4/17/18 | 41718 | Payment | AT&T | internet waite hill | 65.85 |
| 4/18/18 | 1583 | Payment | Classic ARC | state farm check to fix caddy | 1,827.15 |
| 4/18/18 | pos41818 | Payment | king building | supplies | 32.00 |
| 4/19/18 | pos41918-1 | Payment | sahli & sahli inc | | 66.42 |
| 4/19/18 | pos41918-2 | Payment | the trading post | vehicle expense | 25.02 |
| 4/20/18 | pos42018-1 | Payment | Walmart | supplies | 3.98 |
| 4/20/18 | pos42018-2 | Payment | Walmart | supplies | 160.35 |
| 4/20/18 | pos42018-3 | Payment | little caesars | food | 23.32 |
| 4/20/18 | pos42018-4 | Payment | sahli & sahli inc | | 71.97 |
| 4/23/18 | 42318-1 | Payment | sahli & sahli inc | | 51.86 |
| 4/23/18 | 42318-2 | Payment | Tractor supply | parts | 31.78 |
| 4/24/18 | pos42418 | Payment | johnnys bar | meals & entertainment | 595.00 |
| 4/25/18 | 1611 | Payment | ACN | utility | 62.56 |
| 4/25/18 | 1613 | Payment | AT&T | utility | 40.01 |
| 4/25/18 | 1614 | Payment | AT&T | utility | 51.57 |
| 4/25/18 | 1615 | Payment | big Oats | vehicle expense | 89.32 |
| 4/25/18 | 1618 | Payment | Staples | supplies | 147.63 |
| 4/25/18 | 1619 | Payment | The Plain Dealer | subscription | 62.60 |

# Richard M Osborne DIP
## Cash Disbusement Register
## For April 2018
## Huntington Personal Acct.

| Date | Reference | Type | Payee/Paid By | Memo | Payment Amt |
|---|---|---|---|---|---:|
| 4/25/18 | 1620 | Payment | U.S. Trustee Payment | Trustee fees | 975.00 |
| 4/27/18 | 1609 | Payment | Drug Mart | prescriptions | 116.43 |
| 4/27/18 | pos42718-1 | Payment | sahli & sahli inc | | 44.46 |
| 4/27/18 | pos42718-2 | Payment | king building | parts | 33.37 |
| 4/27/18 | pos42718-3 | Payment | Walmart | supplies | 196.20 |
| 4/27/18 | pos42718-4 | Payment | Zappys auto wash | vehicle expense | 7.00 |
| 4/30/18 | 1621 | Payment | big Oats | vehicle expense | 259.35 |
| 4/30/18 | 1626 | Payment | dominion | utility | 493.52 |
| 4/30/18 | 1627 | Payment | Illuminating | utility | 26.09 |
| 4/30/18 | 1628 | Payment | Illuminating | utility | 64.73 |
| 4/30/18 | pos43018 | Payment | king building | parts | 7.66 |
| 4/30/18 | pos43018-2 | Payment | sahli & sahli inc | | 37.05 |
| 4/30/18 | pos43018-3 | Payment | sahli & sahli inc | | 37.07 |
| | | **Total** | | | **13,806.54** |

# Richard M Osborne DIP
## Cash Disbusement Register
## For April 2018
## Huntington Business Acct.

| Date | Reference | Type | Payee/Paid By | Memo | Payment Amt |
|---|---|---|---|---|---:|
| 4/2/18 | 1588 | Payment | orwell Natural | utility | 106.49 |
| 4/2/18 | 1589 | Payment | orwell Natural | utility | 9.45 |
| 4/4/18 | 1590 | Payment | Bank Of America | 229325102 Loan payment | 1,198.46 |
| 4/5/18 | ACH040518 | Payment | Ohio Payroll | March payrolls processing | 234.33 |
| 4/9/18 | 1595 | Payment | city of pain | utility | 31.28 |
| 4/9/18 | 1599 | Payment | Knox Energy | utility | 11.06 |
| 4/9/18 | 1600 | Payment | lake county dept | utility | 77.49 |
| 4/9/18 | 1601 | Payment | lake county dept | utility | 154.98 |
| 4/9/18 | 1602 | Payment | sievers | utility | 31.03 |
| 4/11/18 | 1581 | Payment | westfield Insurance | insurance | 307.58 |
| 4/13/18 | Payroll 4-13-18 | Gen. Jrnl. | | payroll | 3,334.44 |
| 4/16/18 | 1606 | Payment | Illuminating | utility | 41.00 |
| 4/23/18 | 1608 | Payment | united health | employee health insurance | 551.15 |
| 4/25/18 | 1612 | Payment | Aqua | utility | 69.37 |
| 4/25/18 | 1616 | Payment | customers Electric | repair on electric service to house | 700.00 |
| 4/25/18 | 1617 | Payment | Illuminating | utility | 101.60 |
| 4/27/18 | Payroll 04-27-1 | Gen. Jrnl. | | payroll | 3,309.40 |
| | | **Total** | | | **10,269.11** |