The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on July 19, 2018, which may be different from its entry on the record.

**IT IS SO ORDERED.**

**Dated: July 19, 2018**



ARTHUR I. HARRIS
UNITED STATES BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| IN RE RICHARD M. OSBORNE, SR. *Debtor* | CASE NO. 17-17361<br>JUDGE ARTHUR I. HARRIS<br>CHAPTER 11 |

**ORDER GRANTING FIRST INTERIM APPLICATION OF FREDERIC P. SCHWIEG, ESQ. ATTORNEY AT LAW FOR APPROVAL OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR DEBTOR AND DEBTOR IN POSSESSION**

Before the Court is the First Interim Application of Frederic P. Schwieg, Esq. Attorney at Law for Approval of Compensation and Reimbursement of Expenses as Counsel for Debtor and Debtor in Possession [Doc. 169] ("Motion"). All parties in interest having been duly served with notice of the Motion and the deadline to respond, and no party in interest having appeared in opposition to the Motion, the Court being fully apprised in the premises, FINDS and ORDERS as follows:

THE COURT FINDS that the compensation requested as adjusted by the court at the hearing is reasonable taking into account the nature and extent of such services, the time spent on such services, and the rates charged. The Court finds that the services rendered were necessary to the administration of the case, that they were performed in a reasonable amount of time

commensurate with the complexity and importance and nature of the claim presented.  The Court finds that Mr. Schwieg has demonstrated skill and experience in the bankruptcy field and the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than under this title.

    IT IS THEREFORE ORDERED THAT Frederic P. Schwieg's request for legal fees in the amount of $69,685.00 and expenses of $1,887.07 and allowing him $70,572.07 as an administrative expense against the bankruptcy estate is hereby APPROVED and he is authorized to reduce that sum from the remaining retainer he holds of $26,373.00.  The Debtor shall pay the balance of the fees forthwith

###

Prepared By:
/s/ Frederic P. Schwieg, Esq.
Frederic P. Schwieg, Esq. (0030418)
Attorney at Law
2705 Gibson Dr
Rocky River, OH 44116
(440) 499-4506
Fax (440) 398-0490
fschwieg@schwieglaw.com
    ECF Service

The following is a list of the parties who are on the list to receive e-mail notice/service for this case:

Gregory P. Amend on behalf of Creditor First National Bank of Pennsylvania
gamend@bdblaw.com, grichards@bdblaw.com

Alison L. Archer on behalf of Interested Party Lakeland Community College
alison.archer@ohioattorneygeneral.gov, Trish.Lazich@ohioattorneygeneral.gov;angelique.dennis-noland@ohioattorneygeneral.gov

Adam S. Baker on behalf of Creditor Michael E. Osborne, Sr.
abakerlaw@sbcglobal.net, adam@bakerlaw.us;abakerlaw@gmail.com

Austin B. Barnes, III on behalf of Creditor Tax Ease Ohio, LLC
abarnes@sandhu-law.com, bk1notice@sandhu-law.com

Robert D. Barr on behalf of Creditor Chicago Title Insurance Company
rbarr@koehler.law, rbarr@koehler.law

David T. Brady on behalf of Creditor Tax Ease Ohio, LLC

DBrady@Sandhu-Law.com, bk1notice@sandhu-law.com

Stephen R. Franks on behalf of Creditor Bank of America, N.A.
amps@manleydeas.com

Christopher J. Klym on behalf of Creditor Ohio Department of Taxation
bk@hhkwlaw.com

Matthew H. Matheney on behalf of Creditor First National Bank of Pennsylvania
mmatheney@bdblaw.com, bhajduk@bdblaw.com

Timothy P. Palmer on behalf of Creditor The Huntington National Bank
timothy.palmer@bipc.com, donna.curcio@bipc.com

Kirk W. Roessler on behalf of Creditor Estate of Jerome T. Osborne
kroessler@walterhav.com, kballa@walterhav.com;slasalvia@walterhav.com

John J. Rutter on behalf of Creditor Mentor Lumber & Supply Co.
jrutter@ralaw.com

Frederic P. Schwieg on behalf of Debtor Richard M. Osborne
fschwieg@schwieglaw.com

Michael J. Sikora, III on behalf of Creditor Chicago Title Insurance Company
msikora@sikoralaw.com, aarasmith@sikoralaw.com;mtroha@sikoralaw.com

Nathaniel R. Sinn on behalf of Creditor First National Bank of Pennsylvania
nsinn@bdblaw.com, kslatinsky@bdblaw.com

Rachel L. Steinlage on behalf of Interested Party Zachary B Burkons
rsteinlage@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com

Andrew M. Tomko on behalf of Creditor Tax Ease Ohio, LLC
atomko@sandhu-law.com, bk1notice@sandhu-law.com

Jeffrey C. Toole on behalf of Interested Party Zachary B Burkons
toole@buckleyking.com, young@buckleyking.com;heberlein@buckleyking.com

Michael S. Tucker on behalf of Creditor Citizens Bank, N.A.
mtucker@ulmer.com

Maria D. Giannirakis ust06 on behalf of U.S. Trustee United States Trustee
maria.d.giannirakis@usdoj.gov

Scott R. Belhorn ust35 on be