# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 17-17361 |
| | ) | |
| Richard M. Osborne, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Judge Arthur Harris |
| | ) | |

## NOTICE OF MOTION OF RECEIVER ZACHARY B. BURKONS FOR TURNOVER OF PROPERTY

Zachary B. Burkons ("Receiver") has filed papers with the court and hereby seeks the immediate turnover of certain funds that have been collected by the Debtor during the pendency of this Case (the "Turnover Motion").

**Your Rights May be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the Turnover Motion, then on or before **August 21, 2018**, your or your attorney must:

File with the court a written request for a hearing and an answer, explaining your position at:

United States Bankruptcy Court, Howard M. Metzenbaum United States Court House, 201 Superior Avenue, Cleveland, Ohio 44114.

If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above.

And attend the hearing scheduled to be held on **August 28, 2018 at 11:00 A.M.** before the Honorable Judge Arthur I. Harris in Courtroom 1A, Howard M. Metzenbaum United States Court House, 201 Superior Avenue, Cleveland, Ohio 44114.

If you or your attorney does not take these steps, the court may decide that you do not oppose the relief sought in the Turnover Motion and may enter an order granting that relief.

Respectfully submitted,

*/s/ David M. Neumann*
Richard M. Bain (0016525)
David M. Neumann (0068747)
MEYERS, ROMAN, FRIEDBERG & LEWIS
28601 Chagrin Boulevard, Suite 600
Cleveland, Ohio 44122
(216) 831-0042    Fax: (216) 831-0542
Email: rbain@meyersroman.com
        dneumann@meyersroman.com

*Attorneys for Receiver Zachary B. Burkons*

# CERTIFICATE OF SERVICE

I hereby certify that a copy of this Notice of Hearing was electronically transmitted on or about July 26, 2018 via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice list or was served by U.S. mail, postage prepaid, or certified mail on the persons below as indicated below.

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Gregory P. Amend    gamend@bdblaw.com, grichards@bdblaw.com
- Alison L. Archer    alison.archer@ohioattorneygeneral.gov, Trish.Lazich@ohioattorneygeneral.gov;angelique.dennis-noland@ohioattorneygeneral.gov
- Adam S. Baker    abakerlaw@sbcglobal.net, adam@bakerlaw.us;abakerlaw@gmail.com
- Austin B. Barnes    abarnes@sandhu-law.com, bk1notice@sandhu-law.com
- Robert D. Barr    rbarr@koehler.law, rbarr@koehler.law
- David T. Brady    DBrady@Sandhu-Law.com, bk1notice@sandhu-law.com
- Stephen R. Franks    amps@manleydeas.com
- Stephen John Futterer    sjfutterer@sbcglobal.net, r43087@notify.bestcase.com
- Christopher J. Klym    bk@hhkwlaw.com
- Matthew H. Matheney    mmatheney@bdblaw.com, bhajduk@bdblaw.com
- Timothy P. Palmer    timothy.palmer@bipc.com, donna.curcio@bipc.com
- Kirk W. Roessler    kroessler@walterhav.com, kballa@walterhav.com;slasalvia@walterhav.com
- John J. Rutter    jrutter@ralaw.com
- Frederic P. Schwieg    fschwieg@schwieglaw.com
- Michael J. Sikora    msikora@sikoralaw.com, aarasmith@sikoralaw.com;mtroha@sikoralaw.com
- Nathaniel R. Sinn    nsinn@bdblaw.com, kslatinsky@bdblaw.com
- Rachel L. Steinlage    rsteinlage@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com;rbain@meyersroman.com
- Andrew M. Tomko    atomko@sandhu-law.com, bk1notice@sandhu-law.com
- Jeffrey C. Toole    toole@buckleyking.com, young@buckleyking.com;heberlein@buckleyking.com
- United States Trustee    (Registered address)@usdoj.gov
- Michael S. Tucker    mtucker@ulmer.com
- Maria D. Giannirakis ust06    maria.d.giannirakis@usdoj.gov
- Scott R. Belhorn ust35    Scott.R.Belhorn@usdoj.gov

By ordinary mail:

CSX Transportation, Inc.
c/o McGuireWoods LLP
50 N. Laura Street, Suite 3300
Jacksonville, FL 32202

Gregory M. Dennin
Dennin & Dennin
2745 Main Street
Lake Placid, NY 12946
greg@gmdlplaw.com, djensch1@roadrunner.com

                                               */s/ David M. Neumann*
                                               David M. Neumann