The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on August 1, 2018, which may be different from its entry on the record.

**IT IS SO ORDERED.**

**Dated: August 1, 2018**



*Arthur I. Harris*
UNITED STATES BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| IN RE RICHARD M. OSBORNE SR<br>*Debtor* | CASE NO. 17-17361<br>JUDGE ARTHUR I HARRIS<br>CHAPTER 11 |

### ORDER GRANTING MOTION OF RICHARD M. OSBORNE TO EMPLOY THOMAS SEAMAN AND KELLER WILLIAMS PITTSBURGH N. AS REAL ESTATE AGENT.

The matter before the Court is the Motion of Richard M. Osborne, to employ Thomas Seaman and Keller Williams Pittsburgh N., as real estate agent. [Doc. 181] in this case. No party having objected to the Motion, the Court having reviewed the Motion finds the same well taken and it is hereby GRANTED.

The Debtor is hereby authorized to employ Thomas Seaman and Keller Williams Pittsburgh N., ("KW") as his real estate agent to sell the interest of the estate in 225 Swede Road Tidioute PA("Real Estate").

**Professional Services to be Rendered**. The professional services KW shall render consist of brokerage and marketing services incidental for the sale of the Real Estate, and production of related documents.

**Approved Arrangement for Compensation**. KW shall receive for broker services a commission of 5.0% of the sale price for the Real Estate ("Commission"). The Commission

shall be earned upon the closing of any sale of any parcel of the Real Estate.

###

Prepared by:
/s/ Frederic P. Schwieg, Esq.
Frederic P. Schwieg, Esq. (0030418)
Attorney at Law
2705 Gibson Dr
Rocky River, OH 44116
(440) 499-4506
(440) 398-0490
fschwieg@schwieglaw.com

ECF Service

Gregory P. Amend on behalf of Creditor First National Bank of Pennsylvania
gamend@bdblaw.com, grichards@bdblaw.com

Alison L. Archer on behalf of Interested Party Lakeland Community College
alison.archer@ohioattorneygeneral.gov, Trish.Lazich@ohioattorneygeneral.gov;angelique.dennis-noland@ohioattorneygeneral.gov

Adam S. Baker on behalf of Creditor Michael E. Osborne, Sr.
abakerlaw@sbcglobal.net, adam@bakerlaw.us;abakerlaw@gmail.com

Austin B. Barnes, III on behalf of Creditor Tax Ease Ohio, LLC
abarnes@sandhu-law.com, bk1notice@sandhu-law.com

Robert D. Barr on behalf of Creditor Chicago Title Insurance Company
rbarr@koehler.law, rbarr@koehler.law

David T. Brady on behalf of Creditor Tax Ease Ohio, LLC
DBrady@Sandhu-Law.com, bk1notice@sandhu-law.com

Gregory M. Dennin on behalf of Debtor Richard M. Osborne
greg@gmdlplaw.com, djensch1@roadrunner.com

Stephen R. Franks on behalf of Creditor Bank of America, N.A.
amps@manleydeas.com

Christopher J. Klym on behalf of Creditor Ohio Department of Taxation
bk@KWkwlaw.com

Matthew H. Matheney on behalf of Creditor First National Bank of Pennsylvania
mmatheney@bdblaw.com, bhajduk@bdblaw.com

Timothy P. Palmer on behalf of Creditor The Huntington National Bank
timothy.palmer@bipc.com, donna.curcio@bipc.com

Kirk W. Roessler on behalf of Creditor Estate of Jerome T. Osborne
kroessler@walterhav.com, kballa@walterhav.com;slasalvia@walterhav.com

John J. Rutter on behalf of Creditor Mentor Lumber & Supply Co.
jrutter@ralaw.com

Frederic P. Schwieg on behalf of Debtor Richard M. Osborne

fschwieg@schwieglaw.com

Michael J. Sikora, III on behalf of Creditor Chicago Title Insurance Company
msikora@sikoralaw.com, aarasmith@sikoralaw.com;mtroha@sikoralaw.com

Nathaniel R. Sinn on behalf of Creditor First National Bank of Pennsylvania
nsinn@bdblaw.com, kslatinsky@bdblaw.com

Rachel L. Steinlage on behalf of Interested Party Zachary B Burkons
rsteinlage@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com

Andrew M. Tomko on behalf of Creditor Tax Ease Ohio, LLC
atomko@sandhu-law.com, bk1notice@sandhu-law.com

Jeffrey C. Toole on behalf of Interested Party Zachary B Burkons
toole@buckleyking.com, young@buckleyking.com;heberlein@buckleyking.com

Michael S. Tucker on behalf of Creditor Citizens Bank, N.A.
mtucker@ulmer.com

Maria D. Giannirakis ust06 on behalf of U.S. Trustee United States Trustee
maria.d.giannirakis@usdoj.gov

Scott R. Belhorn ust35 on behalf of U.S. Trustee United States Trustee
Scott.R.Belhorn@usdoj.gov