IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION



| | |
|---|---|
| IN RE RICHARD M. OSBORNE SR.<br>*Debtor* | CASE NO. 17-17361<br>CHAPTER 11<br>JUDGE ARTHUR I. HARRIS |

**MOTION TO RESCHEDULE HEARING ON MOTION FOR TURNOVER**

Richard M. Osborne, Sr., as debtor and debtor-in-possession herein, (the "Debtor") hereby move this Court for entry of an order pursuant to Federal Rule of Bankruptcy Procedure (the "Bankruptcy Rules") 2002 to reschedule a hearing on the Motion Of Receiver Zachary B. Burkons for Turnover of Property [Doc.201] ("Motion") currently set for August 28, 2018 at 11:00 AM to the next available docket date.

MOTION TO RESCHEDULE HEARING IS GRANTED. HEARING SCHEDULED FOR AUGUST 28, 2018, IS RESCHEDULED TO SEPTEMBER 18, 2018, AT 11:00 AM. THE DEADLINE FOR RESPONDING TO THE MOTION FOR TURNOVER REMAINS AUGUST 21, 2018. THE COURT STRONGLY ENCOURAGES THE PARTIES TO REACH A CONSENSUAL RESOLUTION ON THE TURNOVER MOTION, AND THE COURT IS PREPARED TO ENTER AN AGREED ORDER WHENEVER IT IS SUBMITTED. ON THE OTHER HAND, THE RELIEF REQUESTED BY THE RECEIVER, IF CONTESTED, WILL LIKELY REQUIRE THE FILING OF AN ADVERSARY COMPLAINT. <u>SEE</u> BANKRUPTCY RULE 7001(1).

*/s/ Arthur I. Harris*