**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>RICHARD M. OSBORNE,<br><br>              Debtor. | Case No. 17-17361-aih<br><br>Chapter 11<br><br>Judge Arthur I. Harris |

**NOTICE OF HEARING ON FIRST NATIONAL BANK OF
PENNSYLVANIA'S OBJECTION TO DEBTOR'S CLAIM OF
<u>HOMESTEAD EXEMPTION</u>**

      Please take notice that First National Bank of Pennsylvania, successor-by-merger to Park View Federal Savings Bank has filed an objection to the debtor Richard M. Osborne's claimed homestead exemption (the "***Objection***"), namely the exemption claimed as to the real property and improvements located at 7020 Williams Road, Concord Township, Ohio.

      A hearing on the Objection is scheduled for September 18, 2018 at 11:00 a.m. prevailing E.T. before the Honorable Arthur I. Harris, at the U.S. Bankruptcy Court for the Northern District of Ohio, Howard M. Metzenbaum U.S. Courthouse, 201 Superior Avenue, Cleveland, OH 44114-1235.

      <u>**Your rights may be affected**</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

      Pursuant to Local Rule 9013-1(b), if you do not want the Court to grant the relief sought in the Objection, or if you want the Court to consider your view on the Objection, then on or before <u>**September 11, 2018**</u> (the "***Deadline***"), you or your attorney must:

      File with the Court a written request for a hearing and a written response setting forth the specific grounds explaining your position at:

    United States Bankruptcy Court
    Northern District of Ohio
    Howard M. Metzenbaum U.S. Courthouse
    201 Superior Avenue
    Cleveland, OH 44114-1235

OR your attorney must file a response using the Court's ECF system. If you mail your request to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the Deadline.

You must also send a copy of your response either by 1) the Court's ECF system or by 2) ordinary U.S. Mail to:

Matthew H. Matheney, Esq.
Gregory P. Amend, Esq.
Nathaniel R. Sinn, Esq.
Buckingham, Doolittle & Burroughs, LLC
1375 E. 9th Street, Suite 1700
Cleveland, Ohio 44114
*Attorneys for First National Bank of Pennsylvania*

Pursuant to Local Rule 9013-1(d), if you or your attorney do not take these steps, the Court may decide that you do not oppose the Objection and may enter an order granting that relief without further hearing or notice.

Dated: August 16, 2018                    Respectfully submitted,

/s/ *Nathaniel R. Sinn*
Matthew H. Matheney (0069974)
Gregory P. Amend (0081247)
Nathaniel R. Sinn (0088467)
Buckingham, Doolittle & Burroughs, LLC
1375 E. 9th Street, Suite 1700
Cleveland, Ohio 44114
Telephone: (216) 621-5300
Facsimile: (216) 621-5440
Email:     mmatheney@bdblaw.com
           gamend@bdblaw.com
           nsinn@bdblaw.com

COUNSEL FOR FIRST NATIONAL BANK OF PENNSYLVANIA

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 16, 2018, a true and correct copy of the foregoing was served via the Court's electronic case filing system on the following who are listed on the Court's Electronic Mail Notice List:

- Gregory P. Amend: gamend@bdblaw.com
- Alison Archer: alison.archer@ohioattorneygeneral.gov
- Adam S. Baker: abakerlaw@sbcglobal.net
- Austin B. Barnes III: abarnes@sandu-law.com
- Robert D. Barr: rbarr@koehler.law
- David T. Brady: dbrady@sandu-law.com
- LeAnn E. Covey: lcovey@clunkhoose.com
- Gregory M. Dennin: greg@gmdlplaw.com
- Glenn Forbes: bankruptcy@geflaw.net
- Stephen R. Franks: amps@manleydeas.com
- Stephen John Futterer: sjfutterer@sbcglobal.net
- Stephen D. Hobt: shobt@aol.com
- Christopher J. Klym: bk@hhkwlaw.com
- Matthew H. Matheney: mmatheney@bdblaw.com
- Kelly Neal: kelly.neal@bipc.com
- David M. Nuemann: dnuemann@meyersroman.com
- Timothy P. Palmer: timothy.palmer@bipc.com
- Kirk W. Roessler: kroessler@walterhav.com
- John J. Rutter: jrutter@ralaw.com
- Frederic P. Schwieg: fschwieg@schwieglaw.com
- Michael J. Sikora, III: msikora@sikoralaw.com
- Andrew M. Tomko: atomko@sandhu-law.com
- Jeffrey C. Toole: toole@buckleyking.com
- Michael S. Tucker: mtucker@ulmer.com
- Maria D. Giannirakis: maria.d.giannirakis@usdoj.gov
- Scott R. Belhorn: Scott.R.Belhorn@usdoj.gov

And by regular U.S. mail, postage prepaid:

Richard M. Osborne
7265 Markell Road
Waite Hill, Ohio 44094

/s/ *Nathaniel R. Sinn*
Nathaniel R. Sinn (0088467)

CL2:484254_v1

3