IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE RICHARD M. OSBORNE, SR.<br>*Debtor* | CASE NO. 17-17361<br>JUDGE ARTHUR I. HARRIS<br>CHAPTER 11 |

**MOTION OF RICHARD M. OSBORNE, SR. TO EMPLOY SCOTT HIVNOR AS AN APPRAISER**

Richard M. Osborne, Sr., the Debtor in Possession ("Debtor"), moves this Court for an order authorizing him to employ an appraiser and if need be to be an expert witness.

**Necessity for Employment**. The Debtor needs an accurate fair market value of his real estate at 7020 Williams Road. The Debtor might need Advanced Appraisal to testify as an expert witness concerning his appraisal. Such matters require the particular expertise of an appraiser with experience in residential real estate.

**Person to be Employed**. Debtor seeks to employ Scott Hivnor, and the firm Advanced Appraisal Services, 37721 Vine Street Ste 3, Willoughby, OH 44094, telephone number 440-946-8364 ("Advanced Appraisal") as his appraiser.

**Reasons for Selection**. Advanced Appraisal has been selected by Debtor to perform these services because Advanced Appraisal has the particular expertise in residential real estate, particularly in Lake and Geauga County Ohio, to perform the relevant appraisal.

**Professional Services to be Rendered**. The professional services Advanced Appraisal, shall render consist of the rendering of an opinion as to the current fair market value of property of the estate, services incidental thereto at trial.

**Proposed Arrangement for Compensation and Advanced Appraisal's Connections with Other Entities**. The Debtor proposes to pay Advanced Appraisal for

MTE-ADVAPPRFORWILLIAMS

services rendered on an flat fee of $400 and to reimburse all expenses incurred by Advanced Appraisal on behalf of the Estate. The verified statement of Advanced Appraisal establishes that Advanced Appraisal and the firm Advanced Appraisal Services are disinterested persons as that term is defined in the Bankruptcy Code and only have the connections to other parties in interest set forth in that statement:

THEREFORE, the Debtor respectfully requests that this Court enter an order authorizing the retention of Scott Hivnor and Advanced Appraisal as appraiser to Debtor to perform the services necessary for the effective administration of the estate.

Respectfully submitted,
/s/ Frederic P. Schwieg, Esq.
Frederic P. Schwieg, Esq. (0030418)
Attorney at Law
2705 Gibson Dr
Rocky River, OH 44116
(440) 499-4506
Fax: (440) 398-0490
fschwieg@schwieglaw.com

# **CERTIFICATE OF SERVICE**

I certify that a copy of this Motion to Employ Counsel w as electronically transmitted on or about August 21, 2018 via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice list or was served by U.S. mail, postage prepaid, or certified mail on the persons below as indicated below.

Electronic Mail Notice List
The following is a list of the parties who are on the list to receive e-mail notice/service for this case:

Gregory P. Amend on behalf of Creditor First National Bank of Pennsylvania
gamend@bdblaw.com, grichards@bdblaw.com

Alison L. Archer on behalf of Interested Party Lakeland Community College
alison.archer@ohioattorneygeneral.gov, Trish.Lazich@ohioattorneygeneral.gov;angelique.dennis-noland@ohioattorneygeneral.gov

Adam S. Baker on behalf of Creditor Michael E. Osborne, Sr.
abakerlaw@sbcglobal.net, adam@bakerlaw.us;abakerlaw@gmail.com

Austin B. Barnes, III on behalf of Creditor Tax Ease Ohio, LLC
abarnes@sandhu-law.com, bk1notice@sandhu-law.com

Robert D. Barr on behalf of Creditor Chicago Title Insurance Company
rbarr@koehler.law, rbarr@koehler.law

David T. Brady on behalf of Creditor Tax Ease Ohio, LLC
DBrady@Sandhu-Law.com, bk1notice@sandhu-law.com

LeAnn E. Covey on behalf of Creditor Bank of America, N.A.
bknotice@clunkhoose.com

Stephen R. Franks on behalf of Creditor Bank of America, N.A.
amps@manleydeas.com

Stephen John Futterer on behalf of Creditor City of Willoughby
sjfutterer@sbcglobal.net, r43087@notify.bestcase.com

Christopher J. Klym on behalf of Creditor Ohio Department of Taxation
bk@hhkwlaw.com

Matthew H. Matheney on behalf of Creditor First National Bank of Pennsylvania
mmatheney@bdblaw.com, bhajduk@bdblaw.com

Kelly Neal on behalf of Creditor The Huntington National Bank
kelly.neal@bipc.com, donna.curcio@bipc.com

David M. Neumann on behalf of Interested Party Zachary B Burkons
dneumann@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com

Timothy P. Palmer on behalf of Creditor The Huntington National Bank
timothy.palmer@bipc.com, donna.curcio@bipc.com

Kirk W. Roessler on behalf of Creditor Estate of Jerome T. Osborne
kroessler@walterhav.com, kballa@walterhav.com;slasalvia@walterhav.com

John J. Rutter on behalf of Creditor Mentor Lumber & Supply Co.
jrutter@ralaw.com

Frederic P. Schwieg on behalf of Attorney Frederic P. Schwieg

fschwieg@schwieglaw.com

Frederic P. Schwieg on behalf of Debtor Richard M. Osborne
fschwieg@schwieglaw.com

Michael J. Sikora, III on behalf of Creditor Chicago Title Insurance Company
msikora@sikoralaw.com, aarasmith@sikoralaw.com

Nathaniel R. Sinn on behalf of Creditor First National Bank of Pennsylvania
nsinn@bdblaw.com, kslatinsky@bdblaw.com

Rachel L. Steinlage on behalf of Interested Party Zachary B Burkons
rsteinlage@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com;rbain@meyersroman.com

Andrew M. Tomko on behalf of Creditor Tax Ease Ohio, LLC
atomko@sandhu-law.com, bk1notice@sandhu-law.com

Jeffrey C. Toole on behalf of Interested Party Zachary B Burkons
toole@buckleyking.com, young@buckleyking.com;heberlein@buckleyking.com

Michael S. Tucker on behalf of Creditor Citizens Bank, N.A.
mtucker@ulmer.com

Maria D. Giannirakis ust06 on behalf of U.S. Trustee United States Trustee
maria.d.giannirakis@usdoj.gov

Scott R. Belhorn ust35 on behalf of U.S. Trustee United States Trustee
Scott.R.Belhorn@usdoj.gov

/s/Frederic P. Schwieg, Esq.
Frederic P. Schwieg, Esq.

# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE RICHARD M. OSBORNE, SR.<br>*Debtor* | CASE NO. 17-17361<br>JUDGE ARTHUR I. HARRIS<br>CHAPTER 11 |

**VERIFIED STATEMENT OF SCOTT HIVNOR PURSUANT TO FED RULE BANKR. P. 2014 IN SUPPORT OF MOTION OF RICHARD M. OSBORNE, SR. TO EMPLOY HIM AS APPRAISER**

Scott Hivnor, being first duly sworn, deposes and says as follows:

1. I aver to the following statements from my personal knowledge, and the following statements are true for me and Advanced Appraisal Services

2. I make this verified statement pursuant to the provisions of the Bankruptcy Code regarding the employment of professional persons by Richard M. Osborne, Sr. ("Debtor") and in light of the restrictions and requirements imposed therein by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the Local Rules of this Court.

3. This verified statement is to affirm to this Court that neither affiant, nor any person with whom I am associated in the practice of asset appraisal is a relative by blood or marriage of any Bankruptcy Judge of the Northern District of Ohio, the United States Trustee for the Districts of Ohio and Michigan, Region IX, or any employee of said U.S. Trustee, and that I am not now nor have I ever been so connected with any such person as to render his appointment or the Court's approval of his appointment as appraiser to the Debtor in the above-captioned case improper.

4. I and Advanced Appraisal Services are "disinterested persons" as:

    a) I and Advanced Appraisal Services do not and have not served as an employee of the debtor within two years before the petition filing.

b) I and Advanced Appraisal Services are not and have not been a general or limited partner of a partnership in which the debtor is also a general or limited partner. I do not presently represent a creditor, a general partner, a lessor, a lessee, a party to an executory contract of the debtor, or a person otherwise adverse or potentially adverse to the debtor or estate, on any matter, when such representation is related or unrelated to the debtor or the estate.

c) I and Advanced Appraisal Services do not represent an insider of the debtor.

d) I and Advanced Appraisal Services have not been paid fees pre-petition nor hold a security interest guarantee or other assurance of compensation for services performed and to be performed in this case.

e) There is no agreement of any nature as to the sharing of any compensation to be paid to me other than that with Advanced Appraisal Services

f) I and Advanced Appraisal Services do not have any other connection with the debtor, creditors, United States Trustee or any employee of that office, or any other parties in interest.

g) I and Advanced Appraisal Services do not have any other interest, direct or indirect, which may be affected by the proposed representation.

h) The rates of compensation set forth in the Debtor's application to employ me and Advanced Appraisal Services are true and are the customary and usual rates charged by me and Advanced Appraisal Services for such services.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NOT

_____
Scott Hivnor

SWORN TO BEFORE ME and subscribed in my presence this 16th day of August 2018.

_____
NOTARY PUBLIC

**KURT S. KOLAR**
Notary Public - State of Ohio
My Commission Expires Oct. 24, 2019

MTE-ADVAPPRFORWILLIAMS

17-17361-aih    Doc 229    FILED 08/21/18    ENTERED 08/21/18 13:27:10    Page 6 of 9

# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE RICHARD M. OSBORNE, SR.<br>*Debtor* | CASE NO. 17-17361<br>JUDGE ARTHUR I. HARRIS<br>CHAPTER 11 |

### ORDER GRANTING MOTION OF RICHARD M. OSBORNE, SR. TO EMPLOY SCOTT HIVNOR AND ADVANCED APPRAISAL AS APPRAISER

The matter before the Court is the Motion of Richard M. Osborne, Sr. the Debtor, to employ Scott Hivnor as his appraiser in this case. No party in interest having objected to the Motion, the Court having reviewed the Motion finds the same well taken and is hereby granted.

###

Prepared by:
/s/ Frederic P. Schwieg, Esq.
Frederic P. Schwieg, Esq. (0030418)
Attorney at Law
2705 Gibson Dr
Rocky River, OH 44116
(440) 499-4506
Fax: (440) 398-0490
fschwieg@schwieglaw.com

### ECF SERVICE LIST

The following is a list of the parties who are on the list to receive e-mail notice/service for this case:

MTE-ADVAPPRFORWILLIAMS

Gregory P. Amend on behalf of Creditor First National Bank of Pennsylvania
gamend@bdblaw.com, grichards@bdblaw.com

Alison L. Archer on behalf of Interested Party Lakeland Community College
alison.archer@ohioattorneygeneral.gov, Trish.Lazich@ohioattorneygeneral.gov;angelique.dennis-noland@ohioattorneygeneral.gov

Adam S. Baker on behalf of Creditor Michael E. Osborne, Sr.
abakerlaw@sbcglobal.net, adam@bakerlaw.us;abakerlaw@gmail.com

Austin B. Barnes, III on behalf of Creditor Tax Ease Ohio, LLC
abarnes@sandhu-law.com, bk1notice@sandhu-law.com

Robert D. Barr on behalf of Creditor Chicago Title Insurance Company
rbarr@koehler.law, rbarr@koehler.law

David T. Brady on behalf of Creditor Tax Ease Ohio, LLC
DBrady@Sandhu-Law.com, bk1notice@sandhu-law.com

LeAnn E. Covey on behalf of Creditor Bank of America, N.A.
bknotice@clunkhoose.com

Stephen R. Franks on behalf of Creditor Bank of America, N.A.
amps@manleydeas.com

Stephen John Futterer on behalf of Creditor City of Willoughby
sjfutterer@sbcglobal.net, r43087@notify.bestcase.com

Christopher J. Klym on behalf of Creditor Ohio Department of Taxation
bk@hhkwlaw.com

Matthew H. Matheney on behalf of Creditor First National Bank of Pennsylvania
mmatheney@bdblaw.com, bhajduk@bdblaw.com

Kelly Neal on behalf of Creditor The Huntington National Bank
kelly.neal@bipc.com, donna.curcio@bipc.com

David M. Neumann on behalf of Interested Party Zachary B Burkons
dneumann@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com

Timothy P. Palmer on behalf of Creditor The Huntington National Bank
timothy.palmer@bipc.com, donna.curcio@bipc.com

Kirk W. Roessler on behalf of Creditor Estate of Jerome T. Osborne
kroessler@walterhav.com, kballa@walterhav.com;slasalvia@walterhav.com

John J. Rutter on behalf of Creditor Mentor Lumber & Supply Co.
jrutter@ralaw.com

Frederic P. Schwieg on behalf of Attorney Frederic P. Schwieg
fschwieg@schwieglaw.com

Frederic P. Schwieg on behalf of Debtor Richard M. Osborne
fschwieg@schwieglaw.com

Michael J. Sikora, III on behalf of Creditor Chicago Title Insurance Company
msikora@sikoralaw.com, aarasmith@sikoralaw.com

Nathaniel R. Sinn on behalf of Creditor First National Bank of Pennsylvania

nsinn@bdblaw.com, kslatinsky@bdblaw.com

Rachel L. Steinlage on behalf of Interested Party Zachary B Burkons
rsteinlage@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com;rbain@meyersroman.com

Andrew M. Tomko on behalf of Creditor Tax Ease Ohio, LLC
atomko@sandhu-law.com, bk1notice@sandhu-law.com

Jeffrey C. Toole on behalf of Interested Party Zachary B Burkons
toole@buckleyking.com, young@buckleyking.com;heberlein@buckleyking.com

Michael S. Tucker on behalf of Creditor Citizens Bank, N.A.
mtucker@ulmer.com

Maria D. Giannirakis ust06 on behalf of U.S. Trustee United States Trustee
maria.d.giannirakis@usdoj.gov

Scott R. Belhorn ust35 on behalf of U.S. Trustee United States Trustee
Scott.R.Belhorn@usdoj.gov