The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on August 30, 2018, which may be different from its entry on the record.

**IT IS SO ORDERED.**

**Dated: August 30, 2018**



ARTHUR I. HARRIS
UNITED STATES BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | Case No. 17-17361 |
| | ) | |
| RICHARD OSBORNE, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Judge Arthur I. Harris |
| | ) | |
| | ) | |
| | ) | ORDER GRANTING THE |
| | ) | HUNTINGTON NATIONAL BANK |
| | ) | RELIEF FROM STAY AND |
| | ) | ABANDONMENT |
| | ) | |
| | ) | 7265 Markell, Waite Hill, OH |
| | ) | Parcel No. 25A00600001 |
| | ) | |

This matter came before the Court on the Motion for Relief from Stay and Abandonment (the "Motion") filed by The Huntington National Bank ("Movant"). Movant has alleged that good cause for granting the Motion exists, and that Debtor, counsel for the Debtor, and all other necessary parties were served with the Motion, and with notice of the hearing date on the Motion.

No party filed a response or otherwise appeared in opposition to the Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted. The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Movant, its successors, and assigns with respect to the property located at 7265 Markell, Waite Hill, Ohio, Parcel No. 25A00600001 (the "Collateral").

IT IS FURTHER ORDERED that pursuant to § 544(b) of the Bankruptcy Code, the Collateral is abandoned.

IT IS FURTHER ORDERED that Movant is directed to file a report of sale promptly following liquidation of the Collateral if any excess proceeds are received. Should Movant seek to file any unsecured deficiency claim, Movant shall do so no later than 90 days after this Order is entered. If the Property has not been liquidated, the deficiency claim is to be estimated.

IT IS SO ORDERED.

### # # #

Submitted by:

*/s/ Timothy P. Palmer*
BUCHANAN INGERSOLL & ROONEY PC
One Oxford Centre
301 Grant Street, FL 20
Pittsburgh, Pennsylvania 15219
Phone: (412)562-8800
Email: timothy.palmer@bipc.com
Counsel for The Huntington National Bank

CERTIFICATE OF SERVICE

A copy of the foregoing Order Granting The Huntington National Bank Motion for Relief from Stay and Abandonment as to 7265 Markell Road was served on the _____th day of August, 2018 via the Court's electronic case filing system and/or by regular U.S. mail, postage prepaid.

The following is a list of the parties on the Court's Electronic Filing system service list to receive e-mail notices and service for this case:

Gregory P. Amend on behalf of Creditor First National Bank of Pennsylvania
gamend@bdblaw.com, grichards@bdblaw.com

Alison L. Archer on behalf of Interested Party Lakeland Community College
alison.archer@ohioattorneygeneral.gov, Trish.Lazich@ohioattorneygeneral.gov;angelique.dennis-noland@ohioattorneygeneral.gov

Adam S. Baker on behalf of Creditor Michael E. Osborne, Sr.
abakerlaw@sbcglobal.net, adam@bakerlaw.us;abakerlaw@gmail.com

Austin B. Barnes, III on behalf of Creditor Tax Ease Ohio, LLC
abarnes@sandhu-law.com, bk1notice@sandhu-law.com

Robert D. Barr on behalf of Creditor Chicago Title Insurance Company
rbarr@koehler.law, rbarr@koehler.law

David T. Brady on behalf of Creditor Tax Ease Ohio, LLC
DBrady@Sandhu-Law.com, bk1notice@sandhu-law.com

Stephen R. Franks on behalf of Creditor Bank of America, N.A.
amps@manleydeas.com

Stephen John Futterer on behalf of Creditor City of Willoughby
sjfutterer@sbcglobal.net, r43087@notify.bestcase.com

Christopher J. Klym on behalf of Creditor Ohio Department of Taxation
bk@hhkwlaw.com

Matthew H. Matheney on behalf of Creditor First National Bank of Pennsylvania
mmatheney@bdblaw.com, bhajduk@bdblaw.com

Kirk W. Roessler on behalf of Creditor Estate of Jerome T. Osborne
kroessler@walterhav.com, kballa@walterhav.com;slasalvia@walterhav.com

John J. Rutter on behalf of Creditor Mentor Lumber & Supply Co. jrutter@ralaw.com

Frederic P. Schwieg on behalf of Attorney Frederic P. Schwieg fschwieg@schwieglaw.com

Frederic P. Schwieg on behalf of Debtor Richard M. Osborne fschwieg@schwieglaw.com

Michael J. Sikora, III on behalf of Creditor Chicago Title Insurance Company
msikora@sikoralaw.com, aarasmith@sikoralaw.com;mtroha@sikoralaw.com

Nathaniel R. Sinn on behalf of Creditor First National Bank of Pennsylvania
nsinn@bdblaw.com, kslatinsky@bdblaw.com

Rachel L. Steinlage on behalf of Interested Party Zachary B Burkons
rsteinlage@meyersroman.com,
jray@meyersroman.com;mnowak@meyersroman.com;rbain@meyersroman.com

Andrew M. Tomko on behalf of Creditor Tax Ease Ohio, LLC
atomko@sandhu-law.com, bk1notice@sandhu-law.com

Jeffrey C. Toole on behalf of Interested Party Zachary B Burkons
toole@buckleyking.com, young@buckleyking.com;heberlein@buckleyking.com

Michael S. Tucker on behalf of Creditor Citizens Bank, N.A.
mtucker@ulmer.com

Maria D. Giannirakis ust06 on behalf of U.S. Trustee United States Trustee
maria.d.giannirakis@usdoj.gov

Scott R. Belhorn ust35 on behalf of U.S. Trustee United States Trustee
Scott.R.Belhorn@usdoj.gov