```
United States Bankruptcy Court
Northern District of Ohio
```

In re:                                                                    Case No. 17-17361-aih
Richard M. Osborne                                                        Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0647-1     User: mgaug          Page 1 of 2          Date Rcvd: Aug 30, 2018
                         Form ID: pdf945      Total Noticed: 15

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 01, 2018.
db             +Richard M. Osborne,    7265 Markell Road,    Waite Hill, OH 44094-9312
aty            +Frederic P. Schwieg,    2705 Gibson Drive,   Rocky River, OH 44116-3008
aty            +Gregory M. Dennin,    Dennin & Dennin,    2745 Main Street,    Lake Placid, NY 12946-3559
cr             +CSX Transportation, Inc.,    c/o McGuireWoods LLP,    50 N. Laura Street, Suite 3300,
                 Jacksonville, FL 32202-3661
cr             +Chicago Title Insurance Company,    2533 North 117th Avenue,    Omaha, NE 68164-3679
cr              Citizens Bank, N.A.,    c/o Michael S. Tucker, Esq.,    1660 West 2nd Street, Suite 1100,
                 Cleveland, OH 44113-1448
cr             +City of Willoughby,    One Public Square,   Willoughby, OH 44094-7827
cr             +Estate of Jerome T. Osborne,    c/o Kirk W. Roessler, Esq.,    1301 East Ninth Street Suite 3500,
                 Cleveland, OH 44114-1838
cr             +First National Bank of Pennsylvania,    c/o Buckingham, Doolittle & Burroughs,
                 1375 East 9th Street Suite 1700,    Cleveland, OH 44114-1790
intp           +Lakeland Community College,    c/o Alison L. Archer,    Assistant Attorney General,
                 615 W. Superior Ave.,    11th Floor,   Cleveland, OH 44113-1899
cr             +Michael E. Osborne, Sr.,    7670 Tyler Blvd.,    Mentor, OH 44060-4853
cr             +Ohio Department of Taxation,    c/o William C. Huffman,    24441 Detroit Road, Suite 300,
                 Westlake, OH 44145-1543
cr             +The Huntington National Bank,    c/o Timothy P. Palmer, Esq.,    Buchanan Ingersoll & Rooney PC,
                 One Oxford Centre 20th floor,    Pittsburgh, PA 15219-1400
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust            +E-mail/Text: ustpregion09.cl.ecf@usdoj.gov Aug 30 2018 22:20:35     United States Trustee,
                 Suite 441,    H.M Metzenbaum U.S. Courthouse,    201 Superior Avenue,   Cleveland, OH 44114-1234
intp           +E-mail/Text: ecf@buckleyking.com Aug 30 2018 22:20:22     Zachary B Burkons,
                 c/o Buckley King LPA,    600 Superior Ave., Suite 1400,   Cleveland, OH 44114-2693
                                                                                             TOTAL: 2

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Bank of America, N.A.
cr              Mentor Lumber & Supply Co.
cr              Tax Ease Ohio, LLC
                                                                                  TOTALS: 3, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 30, 2018 at the address(es) listed below:
              Adam S. Baker    on behalf of Creditor Michael E. Osborne, Sr. abakerlaw@sbcglobal.net,
               adam@bakerlaw.us;abakerlaw@gmail.com
              Alison L. Archer    on behalf of Interested Party   Lakeland Community College
               alison.archer@ohioattorneygeneral.gov,
               Trish.Lazich@ohioattorneygeneral.gov;angelique.dennis-noland@ohioattorneygeneral.gov
              Andrew M. Tomko    on behalf of Creditor    Tax Ease Ohio, LLC atomko@sandhu-law.com,
               bk1notice@sandhu-law.com
              Austin B. Barnes, III    on behalf of Creditor    Tax Ease Ohio, LLC abarnes@sandhu-law.com,
               bk1notice@sandhu-law.com
              Christopher J. Klym    on behalf of Creditor    Ohio Department of Taxation bk@hhkwlaw.com
              David M. Neumann    on behalf of Interested Party Zachary B Burkons dneumann@meyersroman.com,
               jray@meyersroman.com;mnowak@meyersroman.com
              David T. Brady    on behalf of Creditor    Tax Ease Ohio, LLC DBrady@Sandhu-Law.com,
               bk1notice@sandhu-law.com
              Frederic P. Schwieg    on behalf of Attorney Frederic P. Schwieg fschwieg@schwieglaw.com
              Frederic P. Schwieg    on behalf of Debtor Richard M. Osborne fschwieg@schwieglaw.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Gregory P. Amend    on behalf of Creditor    First National Bank of Pennsylvania gamend@bdblaw.com, grichards@bdblaw.com

        Jeffrey C. Toole    on behalf of Interested Party Zachary B Burkons toole@buckleyking.com, young@buckleyking.com;heberlein@buckleyking.com

        John J. Rutter    on behalf of Creditor    Mentor Lumber & Supply Co. jrutter@ralaw.com

        Kelly Neal    on behalf of Creditor    The Huntington National Bank kelly.neal@bipc.com, donna.curcio@bipc.com

        Kirk W. Roessler    on behalf of Creditor    Estate of Jerome T. Osborne kroessler@walterhav.com, kballa@walterhav.com;slasalvia@walterhav.com

        LeAnn E. Covey    on behalf of Creditor    Bank of America, N.A. bknotice@clunkhoose.com

        Maria D. Giannirakis    ust06    on behalf of U.S. Trustee    United States Trustee maria.d.giannirakis@usdoj.gov

        Matthew H. Matheney    on behalf of Creditor    First National Bank of Pennsylvania mmatheney@bdblaw.com, bhajduk@bdblaw.com

        Michael J. Sikora, III    on behalf of Creditor    Chicago Title Insurance Company msikora@sikoralaw.com, aarasmith@sikoralaw.com

        Michael S. Tucker    on behalf of Creditor    Citizens Bank, N.A. mtucker@ulmer.com

        Nathaniel R. Sinn    on behalf of Creditor    First National Bank of Pennsylvania nsinn@bdblaw.com, kslatinsky@bdblaw.com

        Rachel L. Steinlage    on behalf of Interested Party Zachary B Burkons rsteinlage@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com;rbain@meyersroman.com

        Robert D. Barr    on behalf of Creditor    Chicago Title Insurance Company rbarr@koehler.law, rbarr@koehler.law

        Scott R. Belhorn    ust35    on behalf of U.S. Trustee    United States Trustee Scott.R.Belhorn@usdoj.gov

        Stephen John Futterer    on behalf of Creditor    City of Willoughby sjfutterer@sbcglobal.net, r43087@notify.bestcase.com

        Stephen R. Franks    on behalf of Creditor    Bank of America, N.A. amps@manleydeas.com

        Timothy P. Palmer    on behalf of Creditor    The Huntington National Bank timothy.palmer@bipc.com, donna.curcio@bipc.com

        TOTAL: 26

The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on August 30, 2018, which may be different from its entry on the record.

**IT IS SO ORDERED.**

**Dated: August 30, 2018**



ARTHUR I. HARRIS
UNITED STATES BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| IN RE RICHARD M. OSBORNE<br>*Debtor* | CASE NO. 17-17361<br>CHAPTER 11<br>JUDGE ARTHUR I. HARRIS |

**AGREED ORDER GRANTING SUPPLEMENTAL MOTION OF RICHARD M. OSBORNE, SR. DEBTOR AND DEBTOR IN POSSESSION FOR AUTHORITY TO COMPROMISE CONTROVERSIES WITH CHICAGO TITLE INSURANCE COMPANY AND TO ABANDON MEMBERSHIP INTERESTS IN LEIMCO ACQUISITION COMPANY LLC.**

Before the Court is the Supplemental Motion of Richard M. Osborne, Sr. Debtor and Debtor in Possession for Authority to Compromise Controversies with Chicago Title Insurance Company and to Abandon Membership Interests in Leimco Acquisition Company LLC [Doc. 214] ("Motion") In the Motion Richard M. Osborne, Sr. Debtor and Debtor in Possession ("Debtor"), movesthe Court pursuant to 11 U.S.C. § 507 and Federal Rule of Bankruptcy Procedure 9019(a) for a supplemental order approving a settlement of a certain pre-petition claims with Chicago Title Insurance Company ("Chicago Title" and "Chicago Title Claim") and pursuant to 11 U.S.C. §554 for abandonment of the estate's ownership interests in Leimco Development Company LTD and Leimco Holding Company LLC [Doc. 189]. ("Motion to

-1-

Compromise"). No objection was made to the Motion to Compromise. However in preparing the state court settlement agreements, the parties discovered that although a mortgage from Home Savings Bank had been assigned to Leimco Holding Company LLC, the judgment liens, for reasons unknown, were instead assigned to Leimco Acquisition Company LLC ("Acquisition"). Acquisition has no other assets other than the assigned judgments from Home Savings, and because of the assessments set forth in the Motion to Compromise there is no realizable value to the judgements that it holds.

A hearing on the Motion having been scheduled for August 29, 2018 at 10:00 AM, no party in interest having opposed the Motion and the parties agreeing to this order;

The abandonment of the Debtor's interests in Leimco Acquisition Company LLC subject to the proposed settlement and the contingencies that must be satisfied as set forth in the Motion to Compromise is hereby APPROVED.

IT IS THEREFORE ORDERED that all of the Debtor's rights, claims and interests in or to Leimco Acquisition Company LLC are hereby abandoned from the bankruptcy estate in the within case pursuant to 11 U.S.C. § 554 subject to the proposed settlement and the contingencies that must be satisfied as set forth in the Motion to Compromise.

###

Submitted by:
/s/ Frederic P. Schwieg, Esq.
Frederic P. Schwieg, Esq. (0030418)
Attorney at Law
2705 Gibson Dr
Rocky River, OH 44116
(440) 499-4506
Fax: (440) 398-0490
fschwieg@schwieglaw.com
Counsel for Richard M. Osborne, Sr. Debtor and Debtor in Possession

Agreed to by:
/s/ Robert D. Barr
_____
Robert D. Barr (#0067121)
KOEHLER FITZGERALD LLC
1111 Superior Avenue East, Suite 2500
Cleveland, Ohio 44114
Phone: (216) 744-2739
Fax: (216) 916-4369
Email: rbarr@koehler.law
Co-Counsel for Chicago Title Insurance Company

## ECF SERVICE

A copy of this Supplemental Motion to Compromise was served on the following on July 13, 2018 filed by Notice of Electronic Filing or email.

The following is a list of the parties who are on the list to receive e-mail notice/service for this case:
**17-17361 Notice will be electronically mailed to the U.S. Trustee, and:**

Gregory P. Amend on behalf of Creditor First National Bank of Pennsylvania
gamend@bdblaw.com, grichards@bdblaw.com

Alison L. Archer on behalf of Interested Party Lakeland Community College
alison.archer@ohioattorneygeneral.gov, Trish.Lazich@ohioattorneygeneral.gov;angelique.dennis-noland@ohioattorneygeneral.gov

Adam S. Baker on behalf of Creditor Michael E. Osborne, Sr.
abakerlaw@sbcglobal.net, adam@bakerlaw.us;abakerlaw@gmail.com

Austin B. Barnes, III on behalf of Creditor Tax Ease Ohio, LLC
abarnes@sandhu-law.com, bk1notice@sandhu-law.com

Robert D. Barr on behalf of Creditor Chicago Title Insurance Company
rbarr@koehler.law, rbarr@koehler.law

David T. Brady on behalf of Creditor Tax Ease Ohio, LLC
DBrady@Sandhu-Law.com, bk1notice@sandhu-law.com

Stephen R. Franks on behalf of Creditor Bank of America, N.A.
amps@manleydeas.com

Christopher J. Klym on behalf of Creditor Ohio Department of Taxation
bk@hhkwlaw.com

Matthew H. Matheney on behalf of Creditor First National Bank of Pennsylvania
mmatheney@bdblaw.com, bhajduk@bdblaw.com

Timothy P. Palmer on behalf of Creditor The Huntington National Bank
timothy.palmer@bipc.com, donna.curcio@bipc.com

Kirk W. Roessler on behalf of Creditor Estate of Jerome T. Osborne
kroessler@walterhav.com, kballa@walterhav.com;slasalvia@walterhav.com

John J. Rutter on behalf of Creditor Mentor Lumber & Supply Co.
jrutter@ralaw.com

Frederic P. Schwieg on behalf of Debtor Richard M. Osborne
fschwieg@schwieglaw.com

Michael J. Sikora, III on behalf of Creditor Chicago Title Insurance Company
msikora@sikoralaw.com, aarasmith@sikoralaw.com;mtroha@sikoralaw.com

Nathaniel R. Sinn on behalf of Creditor First National Bank of Pennsylvania
nsinn@bdblaw.com, kslatinsky@bdblaw.com

Rachel L. Steinlage on behalf of Interested Party Zachary B Burkons
rsteinlage@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com

Andrew M. Tomko on behalf of Creditor Tax Ease Ohio, LLC
atomko@sandhu-law.com, bk1notice@sandhu-law.com

Jeffrey C. Toole on behalf of Interested Party Zachary B Burkons
toole@buckleyking.com, young@buckleyking.com;heberlein@buckleyking.com

Michael S. Tucker on behalf of Creditor Citizens Bank, N.A.
mtucker@ulmer.com

Maria D. Giannirakis ust06 on behalf of U.S. Trustee United States Trustee
maria.d.giannirakis@usdoj.gov

Scott R. Belhorn ust35 on behalf of U.S. Trustee United States Trustee
Scott.R.Belhorn@usdoj.gov

Ordinary US Mail Service:
Eric Condon, Esq.
105 Main Street
P.O. Box 490
Painesville, Ohio 44077
Counsel for Plaintiff Lake County Treasurer

James M. Lyons, Esq.
240 East Main Street
Painesville, Ohio 44077
Counsel for City of Painesville