# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 17-17361 |
| **RICHARD M. OSBORNE** | CHAPTER 11 |
| **DEBTOR**: | JUDGE ARTHUR HARRIS |

### NOTICE OF APPEARANCE, REQUEST FOR NOTICE AND SERVICE OF ALL DOCUMENTS, REQUEST FOR MATRIX ENTRY AND RESERVATION OF RIGHTS

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Bankruptcy Procedure 9010(b) and § 1109(b) of Title 11 (the "Bankruptcy Code") of the United States Code, Dennis J. Kaselak hereby appears as counsel for Diane Osborne, a party in interest in the captioned Debtor's (the "Debtor") Chapter 11 case.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017, 4001, 9001 and 9010 and Sections 342 and 109(b) of the Bankruptcy Code, Diane Osborne hereby requests that all documents filed with the Court, all notices given or required to be given in the Debtor's case, and all papers served or required to be served in this case, be given and served upon the following, and that appropriate entry thereof be made on the Clerk's Matrix in this case:

Dennis J. Kaselak, Esquire
Ibold & O'Brien
401 South Street
Chardon, Ohio 44024
Phone: 440-285-3511
Fax: 440-285-3363
Email: dkaselak@peteribold.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure and Bankruptcy Code provisions specified above, but also includes, without limitation, all orders, notices, hearing, dates, applications, motions, petitions, requests, complaints, demands, replies, answers, schedules of assets and liabilities and statements of affairs, operating reports, plans of reorganization and liquidation and disclosure statements, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, telegraph, telex, facsimile transmission, electronic mail and otherwise that: (a) affect or seek to affect in any way any rights or interest of any creditor

or party in interest in this case, including Diane Osborne, with respect to, without limitation, (i) the Debtor, (ii) property of the estate, or proceeds thereof, in which the Debtor may claim an interest, or (iii) property or proceeds thereof, in the possession, custody, or control of others, that the Debtor may seek to use; or (b) require or seek to require any act, delivery or any property, payment or other conduct by Diane Osborne.

**PLEASE TAKE FURTHER NOTICE** that Diane Osborne intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive: (a) Diane Osborne's right to have final orders and non-core matters entered only after de novo review by a District Judge; (b) Diane Osborne's right to trial by jury in any proceedings so triable in this case or any case, controversy or proceeding related to this case; (c) Diane Osborne's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (d) any other rights, claims, actions, defenses, set-offs or recoupments to which Diane Osborne. Is or may be entitled.

Dated: 10th September, 2018
       Chardon, Ohio

       /s/Dennis J. Kaselak
       Dennis J. Kaselak, Esq. (Of Counsel) (#0029133)
       Ibold & O'Brien
       401 South Street
       Chardon, Ohio 44024
       Telephone:   440-285-3511
       Facsimile:   440-285-3363
       E-mail:   dkaselak@peteribold.com
       Counsel for Creditor Diane Osborne

# CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Notice of Appearance is being filed electronically on this 10th day of September 2018. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

<u>Via Court Electronic System:</u>

Gregory P. Amend on behalf of Creditor First National Bank of Pennsylvania
gamend@bdblaw.com, grichards@bdblaw.com

Adam S. Baker on behalf of Creditor Michael E. Osborne, Sr.
abakerlaw@sbcglobal.net, adam@bakerlaw.us;abakerlaw@gmail.com

Robert D. Barr on behalf of Creditor Chicago Title Insurance Company
rbarr@koehler.law, rbarr@koehler.law

Glenn E. Forbes on behalf of Debtor Richard M. Osborne
bankruptcy@geflaw.net, gforbes@geflaw.net;r45233@notify.bestcase.com

Christopher J. Klym on behalf of Creditor Ohio Department of Taxation
bk@hhkwlaw.com

Matthew H. Matheney on behalf of Creditor First National Bank of Pennsylvania
mmatheney@bdblaw.com, bhajduk@bdblaw.com

Timothy P. Palmer on behalf of Creditor The Huntington National Bank
timothy.palmer@bipc.com, donna.curcio@bipc.com

John J. Rutter on behalf of Creditor Mentor Lumber & Supply Co.
jrutter@ralaw.com

Frederic P. Schwieg on behalf of Debtor Richard M. Osborne
fschwieg@schwieglaw.com

Michael J. Sikora, III on behalf of Creditor Chicago Title Insurance Company
msikora@sikoralaw.com, aarasmith@sikoralaw.com;mtroha@sikoralaw.com

Nathaniel R. Sinn on behalf of Creditor First National Bank of Pennsylvania
nsinn@bdblaw.com, kslatinsky@bdblaw.com

Jeffrey C. Toole on behalf of Interested Party Zachary B Burkons
toole@buckleyking.com, young@buckleyking.com;heberlein@buckleyking.com

Maria D. Giannirakis ust06 on behalf of U.S. Trustee United States Trustee
maria.d.giannirakis@usdoj.gov

Scott R. Belhorn ust35 on behalf of U.S. Trustee United States Trustee
Scott.R.Belhorn@usdoj.gov

Stephen D. Hobt
shobt@aol.com

And by regular U.S. mail, postage prepaid:

Richard M. Osborne
7265 Markell Road
Waite Hill, Ohio 44094

       /s/ Dennis J. Kaselak
      Dennis J. Kaselak, Esq. (Of Counsel) (#0029133)
      Attorney for Creditor, Diane Osborne

F:\DKASELAK\Osborne\2018.09.05 Notice of Appearance.wpd