```
                         United States Bankruptcy Court
                          Northern District of Ohio
In re:                                                        Case No. 17-17361-aih
Richard M. Osborne                                            Chapter 11
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0647-1          User: lsmit              Page 1 of 2            Date Rcvd: Sep 13, 2018
                              Form ID: pdf730          Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2018.
db             +Richard M. Osborne,    7265 Markell Road,    Waite Hill, OH 44094-9312
aty            +Frederic P. Schwieg,    2705 Gibson Drive,   Rocky River, OH 44116-3008
aty            +Gregory M. Dennin,    Dennin & Dennin,    2745 Main Street,    Lake Placid, NY 12946-3559
cr             +CSX Transportation, Inc.,    c/o McGuireWoods LLP,    50 N. Laura Street, Suite 3300,
                 Jacksonville, FL 32202-3661
cr             +Chicago Title Insurance Company,    2533 North 117th Avenue,    Omaha, NE 68164-3679
cr              Citizens Bank, N.A.,    c/o Michael S. Tucker, Esq.,    1660 West 2nd Street, Suite 1100,
                 Cleveland, OH 44113-1448
cr             +City of Willoughby,    One Public Square,    Willoughby, OH 44094-7827
cl             +Diane M. Osborne,    8255 Morley Road,    Mentor, OH 44060-8033
cr             +Estate of Jerome T. Osborne,    c/o Kirk W. Roessler, Esq.,    1301 East Ninth Street Suite 3500,
                 Cleveland, OH 44114-1838
cr             +First National Bank of Pennsylvania,    c/o Buckingham, Doolittle & Burroughs,
                 1375 East 9th Street Suite 1700,    Cleveland, OH 44114-1790
intp           +Lakeland Community College,    c/o Alison L. Archer,    Assistant Attorney General,
                 615 W. Superior Ave.,    11th Floor,    Cleveland, OH 44113-1899
cr             +Michael E. Osborne, Sr.,    7670 Tyler Blvd.,    Mentor, OH 44060-4853
cr             +Ohio Department of Taxation,    c/o William C. Huffman,    24441 Detroit Road, Suite 300,
                 Westlake, OH 44145-1543
app            +Scott Hivnor,    Advanced Appraisal Services,    37721 Vine Street Ste 3,
                 Willoughby, OH 44094-6256
cr             +The Huntington National Bank,    c/o Timothy P. Palmer, Esq.,    Buchanan Ingersoll & Rooney PC,
                 One Oxford Centre 20th floor,    Pittsburgh, PA 15219-1400
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
intp           +E-mail/Text: ecf@buckleyking.com Sep 13 2018 22:18:15      Zachary B Burkons,
                 c/o Buckley King LPA,    600 Superior Ave., Suite 1400,    Cleveland, OH 44114-2693
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Bank of America, N.A.
cr              Mentor Lumber & Supply Co.
cr              Tax Ease Ohio, LLC
                                                                                 TOTALS: 3, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2018                                       Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2018 at the address(es) listed below:
              Adam S. Baker    on behalf of Creditor Michael E. Osborne, Sr. abakerlaw@sbcglobal.net,
               adam@bakerlaw.us;abakerlaw@gmail.com
              Alison L. Archer    on behalf of Interested Party    Lakeland Community College
               alison.archer@ohioattorneygeneral.gov,
               Trish.Lazich@ohioattorneygeneral.gov;angelique.dennis-noland@ohioattorneygeneral.gov
              Andrew M. Tomko    on behalf of Creditor    Tax Ease Ohio, LLC atomko@sandhu-law.com,
               bk1notice@sandhu-law.com
              Austin B. Barnes, III    on behalf of Creditor    Tax Ease Ohio, LLC abarnes@sandhu-law.com,
               bk1notice@sandhu-law.com
              Christopher J. Klym    on behalf of Creditor    Ohio Department of Taxation bk@hhkwlaw.com
              David M. Neumann    on behalf of Interested Party Zachary B Burkons dneumann@meyersroman.com,
               jray@meyersroman.com;mnowak@meyersroman.com
              David T. Brady    on behalf of Creditor    Tax Ease Ohio, LLC DBrady@Sandhu-Law.com,
               bk1notice@sandhu-law.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Dennis J. Kaselak     on behalf of Claimant Diane M. Osborne dkaselak@peteribold.com,
           Cynthia@peteribold.com
          Frederic P. Schwieg     on behalf of Attorney Frederic P. Schwieg fschwieg@schwieglaw.com
          Frederic P. Schwieg     on behalf of Debtor Richard M. Osborne fschwieg@schwieglaw.com
          Gregory P. Amend     on behalf of Creditor    First National Bank of Pennsylvania gamend@bdblaw.com,
           grichards@bdblaw.com
          Jeffrey C. Toole     on behalf of Interested Party Zachary B Burkons toole@buckleyking.com,
           young@buckleyking.com;heberlein@buckleyking.com;toolejr82560@notify.bestcase.com
          John J. Rutter     on behalf of Creditor    Mentor Lumber & Supply Co. jrutter@ralaw.com
          Kelly  Neal     on behalf of Creditor    The Huntington National Bank kelly.neal@bipc.com,
           donna.curcio@bipc.com
          Kirk W. Roessler     on behalf of Creditor    Estate of Jerome T. Osborne kroessler@walterhav.com,
           kballa@walterhav.com;slasalvia@walterhav.com
          LeAnn E. Covey     on behalf of Creditor    Bank of America, N.A. bknotice@clunkhoose.com
          Maria D. Giannirakis ust06    on behalf of U.S. Trustee    United States Trustee
           maria.d.giannirakis@usdoj.gov
          Matthew H. Matheney     on behalf of Creditor    First National Bank of Pennsylvania
           mmatheney@bdblaw.com,  bhajduk@bdblaw.com
          Michael J. Sikora, III     on behalf of Creditor    Chicago Title Insurance Company
           msikora@sikoralaw.com,  aarasmith@sikoralaw.com
          Michael S. Tucker     on behalf of Creditor    Citizens Bank, N.A. mtucker@ulmer.com
          Nathaniel R. Sinn     on behalf of Creditor    First National Bank of Pennsylvania nsinn@bdblaw.com,
           kslatinsky@bdblaw.com
          Rachel L. Steinlage     on behalf of Interested Party Zachary B Burkons rsteinlage@meyersroman.com,
           jray@meyersroman.com;mnowak@meyersroman.com;rbain@meyersroman.com
          Robert D. Barr     on behalf of Creditor    Chicago Title Insurance Company rbarr@koehler.law,
           rbarr@koehler.law
          Scott R. Belhorn  ust35    on behalf of U.S. Trustee    United States Trustee
           Scott.R.Belhorn@usdoj.gov
          Stephen John Futterer     on behalf of Creditor    City of Willoughby sjfutterer@sbcglobal.net,
           r43087@notify.bestcase.com
          Stephen R. Franks     on behalf of Creditor    Bank of America, N.A. amps@manleydeas.com
          Timothy P. Palmer     on behalf of Creditor    The Huntington National Bank timothy.palmer@bipc.com,
           donna.curcio@bipc.com
                                                                                             TOTAL: 27

The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on September 13, 2018, which may be different from its entry on the record.

**IT IS SO ORDERED.**

**Dated: September 13, 2018**



Arthur I. Harris
UNITED STATES BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| IN RE RICHARD M. OSBORNE, SR. *Debtor* | CASE NO. 17-17361<br>JUDGE ARTHUR I. HARRIS<br>CHAPTER 11 |

### ORDER GRANTING MOTION OF RICHARD M. OSBORNE, SR. TO EMPLOY SCOTT HIVNOR AND ADVANCED APPRAISAL AS APPRAISER

The matter before the Court is the Motion of Richard M. Osborne, Sr. the Debtor, to employ Scott Hivnor as his appraiser in this case. No party in interest having objected to the Motion, the Court having reviewed the Motion finds the same well taken and is hereby granted.

###

Prepared by:
/s/ Frederic P. Schwieg, Esq.
Frederic P. Schwieg, Esq. (0030418)
Attorney at Law
2705 Gibson Dr
Rocky River, OH 44116
(440) 499-4506
Fax: (440) 398-0490
fschwieg@schwieglaw.com

**ECF SERVICE LIST**
The following is a list of the parties who are on the list to receive e-mail notice/service for this case:

MTE-ADVAPPRFORWILLIAMS

Gregory P. Amend on behalf of Creditor First National Bank of Pennsylvania
gamend@bdblaw.com, grichards@bdblaw.com

Alison L. Archer on behalf of Interested Party Lakeland Community College
alison.archer@ohioattorneygeneral.gov, Trish.Lazich@ohioattorneygeneral.gov;angelique.dennis-noland@ohioattorneygeneral.gov

Adam S. Baker on behalf of Creditor Michael E. Osborne, Sr.
abakerlaw@sbcglobal.net, adam@bakerlaw.us;abakerlaw@gmail.com

Austin B. Barnes, III on behalf of Creditor Tax Ease Ohio, LLC
abarnes@sandhu-law.com, bk1notice@sandhu-law.com

Robert D. Barr on behalf of Creditor Chicago Title Insurance Company
rbarr@koehler.law, rbarr@koehler.law

David T. Brady on behalf of Creditor Tax Ease Ohio, LLC
DBrady@Sandhu-Law.com, bk1notice@sandhu-law.com

LeAnn E. Covey on behalf of Creditor Bank of America, N.A.
bknotice@clunkhoose.com

Stephen R. Franks on behalf of Creditor Bank of America, N.A.
amps@manleydeas.com

Stephen John Futterer on behalf of Creditor City of Willoughby
sjfutterer@sbcglobal.net, r43087@notify.bestcase.com

Christopher J. Klym on behalf of Creditor Ohio Department of Taxation
bk@hhkwlaw.com

Matthew H. Matheney on behalf of Creditor First National Bank of Pennsylvania
mmatheney@bdblaw.com, bhajduk@bdblaw.com

Kelly Neal on behalf of Creditor The Huntington National Bank
kelly.neal@bipc.com, donna.curcio@bipc.com

David M. Neumann on behalf of Interested Party Zachary B Burkons
dneumann@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com

Timothy P. Palmer on behalf of Creditor The Huntington National Bank
timothy.palmer@bipc.com, donna.curcio@bipc.com

Kirk W. Roessler on behalf of Creditor Estate of Jerome T. Osborne
kroessler@walterhav.com, kballa@walterhav.com;slasalvia@walterhav.com

John J. Rutter on behalf of Creditor Mentor Lumber & Supply Co.
jrutter@ralaw.com

Frederic P. Schwieg on behalf of Attorney Frederic P. Schwieg
fschwieg@schwieglaw.com

Frederic P. Schwieg on behalf of Debtor Richard M. Osborne
fschwieg@schwieglaw.com

Michael J. Sikora, III on behalf of Creditor Chicago Title Insurance Company
msikora@sikoralaw.com, aarasmith@sikoralaw.com

Nathaniel R. Sinn on behalf of Creditor First National Bank of Pennsylvania

MTE-ADVAPPRFORWILLIAMS