# UNITED STATES BANKRUPTCY COURT
## _____NORTHERN  DISTRICT OF OHIO_____

IN RE:   RICHARD M. OSBORNE          }        CASE NUMBER:  17-17361

                                      }

                                      }

                                      }        JUDGE   HARRIS

                                      }

      DEBTOR.                         }        CHAPTER 11

---

### DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
### FOR THE PERIOD
**FROM**            6/1/18        **TO**     6/30/18

    Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated: _____                                  /s/Frederic P. Schwieg, Esq._____
                                                  Attorney for Debtor

Debtor's Address                              Attorney's Address
and Phone Number:                          and Phone Number:
7265 Markell Rd.                               2705 Gibson Dr.
Waite Hill, OH 44094                       Rocky River, OH 44116-3008
_____

                                               Bar No. ___ 0030418
Tel. _____ 216-215-1313                  Tel. _____ 440-499-4506

Note:  The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the followng resources on the United States Trustee Program website, http://www.justice.gov/ust/r20/index.htm
1)      Instructions for Preparation Debtor's Chapter 11 Monthly Operating Report
2)      Initial Filing Requirements
3)      Frequently Asked Questions (FAQs)

# SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

| | |
|---|---|
| Case Name: **RICHARD M. OSBORNE** | |
| Case Number: **17-17361** | |

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this report.

| | Month Jun-18 | Cumulative Total |
|---|---|---|
| **CASH- Beginning of Month (Household)** | $196,795.50 | $360,167.61 |
| **CASH- Beginning of Month (Business)** | $690,323.48 | $1,422,951.97 |
| | | |
| **Total Household Receipts** | $20,410.99 | $279,394.27 |
| **Total Business Receipts** | $16,517.01 | $780,434.27 |
| **Total Receipts** | $36,928.00 | $1,059,828.54 |
| | | |
| **Total Household Disbursements** | $8,278.86 | $71,105.08 |
| **Total Business Disbursements** | $18,857.03 | $101,383.03 |
| **Total Disbursements** | $27,135.89 | $172,488.11 |
| | | |
| NET CASH FLOW  (Total Receipts minus Total Disbursements) | $9,792.11 | $896,802.79 |
| | | |
| **CASH- End of Month (Individual)** | $208,927.63 | $568,456.80 |
| **CASH- End of Month (Business)** | $687,983.46 | $2,110,935.43 |

## CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| | | |
|---|---|---|
| **TOTAL DISBURSEMENTS (From Above)** | $27,135.89 | $172,488.11 |
| **Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw)** | $0.00 | $0.00 |
| | | |
| **DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION** | $27,135.89 | $172,488.11 |

**I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief**

September 17, 2018                                          /s/ Richard M. Osborne Sr.
                                                           Debtor's Signature

Monthly Operating Report - Individual

# SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month Jun-18 | Cumulative Total |
|---|---|---|
| **CASH** - Beginning of Month | $196,795.50 | |
| | | |
| **CASH RECEIPTS** | | |
| Salary or Cash from Business | | |
| Wages from Other Sources (attach list to this report) | | |
| Interest or Dividend Income | $257.65 | $358.76 |
| Alimony or Child Support | | |
| Social Security/Pension/Retirement | $2,563.00 | $17,893.00 |
| Sale of Household Assets (attach list to this report) | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | |
| Other (specify) (attach list to this report) refunds | $90.34 | $66,267.51 |
| Receipts from JTO Estate | $17,500.00 | $194,875.00 |
| **TOTAL RECEIPTS** | $20,410.99 | $279,394.27 |
| | | |
| **CASH DISBURSEMENTS** | | |
| Alimony or Child Support Payments | | |
| Charitable Contributions | | |
| Gifts | | |
| Household Expenses/Food/Clothing | $3,410.93 | $13,025.30 |
| Household Repairs & Maintenance | | $8,788.80 |
| Insurance | $665.05 | $1,815.59 |
| IRA Contribution | | |
| Lease/Rent Payments | | |
| Medical/Dental Payments | | $7,112.53 |
| Mortgage Payment(s) | | |
| Other Secured Payments | $575.00 | $8,575.00 |
| Taxes - Personal Property | | |
| Taxes - Real Estate | | |
| Taxes Other (attach schedule) | | |
| Travel & Entertainment | | $5,173.96 |
| Tuition/Education | | |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | $924.60 | $12,569.97 |
| Vehicle Expenses | $1,823.28 | $5,390.96 |
| Vehicle Secured Payment(s) | | |
| U. S. Trustee Quarterly Fees | | $975.00 |
| Professional Fees (Legal, Accounting) | | $3,350.00 |
| Other (attach schedule) repair vehicle | | $1,827.15 |
| Subscriptions | $70.00 | $575.11 |
| Miscellaneous | $810.00 | $1,700.14 |
| Traffic ticket | | $225.57 |
| **Total Household Disbursements** | $8,278.86 | $71,105.08 |
| | | |
| **CASH - End of Month** (Must equal reconciled bank statement-Attachment No. 2) | $208,927.63 | |

| Date | Reference | Type | Payee/Paid By | Memo | Receipt Amt |
|------|-----------|------|---------------|------|------------:|
| 6/1/18 | 3871 | Receipt | Estate JTO | 6/1/18 from Estate of JTO | 5,000.00 |
| 6/1/18 | refund052118 | Receipt | McDonalds | refund | 7.69 |
| 6/4/18 | 0002004128 | Receipt | computershare | 6/4/18 dividend | 0.38 |
| 6/4/18 | 3004 | Receipt | woodside | 6/4/18 from Estate of JTO | 12,500.00 |
| 6/5/18 | 0040120144 | Receipt | computershare | 6/5/18 dividend | 0.75 |
| 6/5/18 | 0045527430 | Receipt | computershare | 6/5/18 dividend | 1.02 |
| 6/5/18 | 0073855 | Receipt | timken | 6/5/18 dividend | 0.28 |
| 6/22/18 | Bank | Receipt | Huntington Bank | interest | 255.22 |
| 6/22/18 | refund62218 | Receipt | refund vci Vitacoast | 6/28/18 refund | 38.16 |
| 6/25/18 | refund62518-1 | Receipt | tractor supply refun | 6/28/18 refund | 44.49 |
| 6/27/18 | 1003 | Receipt | SSA | 6/27/18 Social Security | 2,563.00 |
| | | **Total** | | | **20,410.99** |

17-17361-aih    Doc 242    FILED 09/19/18    ENTERED 09/19/18 11:39:02    Page 4 of 25

# Richard M Osborne DIP
## Cash Disbursements Register
## For June 2018
## Huntington - Personal

| Date | Reference | Type | Payee/Paid By | Memo | Payment Amt |
|------|-----------|------|---------------|------|-------------|
| 6/4/18 | pos6418 | Payment | VCIVitacost.com | Supplies | 43.15 |
| 6/4/18 | pos6418-2 | Payment | VCIVitacost.com | Supplies | 43.15 |
| 6/4/18 | pos6418-3 | Payment | Walmart | Supplies | 275.81 |
| 6/4/18 | pos6418-4 | Payment | wholefoods | Groceries | 17.36 |
| 6/5/18 | 1667 | Payment | osborne Lance | | 810.00 |
| 6/6/18 | 1668 | Payment | AT&T | Utilities | 25.84 |
| 6/6/18 | 1669 | Payment | big Oats | Vehicle expenses | 369.44 |
| 6/6/18 | 1672 | Payment | Hathy | interest | 575.00 |
| 6/6/18 | pos6618 | Payment | Giant Eagle | Groceries | 80.63 |
| 6/6/18 | pos6618-2 | Payment | Discount Drug | Supplies | 12.00 |
| 6/8/18 | pos6818 | Payment | Tractor supply | Supplies | 75.74 |
| 6/11/18 | 1673 | Payment | big Oats | Vehicle expenses | 1,271.71 |
| 6/11/18 | 1675 | Payment | orwell Natural | Utilities | 20.07 |
| 6/11/18 | pos61118 | Payment | sahli & sahli inc | Groceries | 51.44 |
| 6/12/18 | pos61218 | Payment | MCDonalds | Groceries | 13.94 |
| 6/13/18 | pos613-4 | Payment | Walmart | Supplies | 411.21 |
| 6/13/18 | pos613-5 | Payment | sahli & sahli inc | Groceries | 25.42 |
| 6/13/18 | pos613-6 | Payment | king building | Supplies | 47.60 |
| 6/13/18 | pos613-7 | Payment | Tractor supply | Supplies | 112.32 |
| 6/13/18 | pos613-8 | Payment | roofners | Supplies | 127.97 |
| 6/13/18 | pos61318 | Payment | Nicks Grant St | Groceries | 47.72 |
| 6/13/18 | pos61318-2 | Payment | Forbes and grant | Groceries | 30.00 |
| 6/13/18 | pos61318-3 | Payment | MCDonalds | Groceries | 10.37 |
| 6/14/18 | POS061418 | Payment | Giant Eagle | Groceries | 128.08 |
| 6/18/18 | 1676 | Payment | united health | health insurance | 551.15 |
| 6/19/18 | 1681 | Payment | Aqua | Utilities | 62.13 |
| 6/19/18 | 1682 | Payment | big Oats | Vehicle expenses | 182.13 |
| 6/19/18 | 1683 | Payment | Directv | Utilities | 386.71 |
| 6/19/18 | 1686 | Payment | Knox Energy | Utilities | 65.03 |
| 6/19/18 | 1688 | Payment | Knox Energy | Utilities | 54.66 |
| 6/19/18 | pos61818-1 | Payment | sahli & sahli inc | Groceries | 44.46 |
| 6/19/18 | pos61818-2 | Payment | sahli & sahli inc | Groceries | 25.42 |
| 6/19/18 | pos61818-3 | Payment | wall street | subscription | 19.00 |
| 6/20/18 | pos62018-1 | Payment | Taste of Jamacia | Groceries | 102.60 |
| 6/20/18 | pos62018-2 | Payment | Giant Eagle | Groceries | 156.82 |
| 6/21/18 | pos62118-1 | Payment | 7-eleven | Groceries | 43.50 |
| 6/21/18 | pos62118-2 | Payment | Walmart | Supplies | 367.65 |
| 6/21/18 | pos62118-3 | Payment | sahli & sahli inc | Groceries | 25.42 |

17-17361-aih    Doc 242    FILED 09/19/18    ENTERED 09/19/18 11:39:02    Page 5 of 25

# Richard M Osborne DIP
## Cash Disbursements Register
## For June 2018
## Huntington - Personal

| Date | Reference | Type | Payee/Paid By | Memo | Payment Amt |
|------|-----------|------|---------------|------|------------:|
| 6/21/18 | pos62118-4 | Payment | Walmart | Supplies | 199.03 |
| 6/22/18 | POS062218 | Payment | sahli & sahli inc | Groceries | 25.42 |
| 6/22/18 | pos62218-1 | Payment | Tractor supply | Supplies | 44.49 |
| 6/25/18 | 1689 | Payment | AAA | subscription | 51.00 |
| 6/25/18 | 1690 | Payment | ACN | Utilities | 67.56 |
| 6/25/18 | 1692 | Payment | AT&T | Utilities | 133.84 |
| 6/25/18 | 1693 | Payment | AT&T | Utilities | 51.55 |
| 6/25/18 | 1694 | Payment | dominion | Utilities | 57.21 |
| 6/25/18 | 1695 | Payment | Phillips S | Supplies | 90.78 |
| 6/25/18 | 1696 | Payment | Staples | Supplies | 123.04 |
| 6/25/18 | pos62518 | Payment | Walmart | Supplies | 10.57 |
| 6/27/18 | 1679 | Payment | westfield Insurance | insurance | 113.90 |
| 6/28/18 | pos62818-1 | Payment | Drug Mart | Supplies | 128.68 |
| 6/28/18 | pos62818-2 | Payment | sahli & sahli inc | Groceries | 30.72 |
| 6/28/18 | pos62818-3 | Payment | Walmart | Supplies | 379.90 |
| 6/28/18 | pos62818-4 | Payment | Giant Eagle | Groceries | 58.52 |
| | | **Total** | | | **8,278.86** |

17-17361-aih    Doc 242    FILED 09/19/18    ENTERED 09/19/18 11:39:02    Page 6 of 25

## SCHEDULE OF BUSINESS
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month Jun-18 | Cumulative Total |
|---|---|---|
| **CASH** - Beginning of Month | $690,323.48 | |
| | | |
| **BUSINESS CASH RECEIPTS** | | |
| Cash Sales | | |
| Account Receivable Collection | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | |
| Rental Income | $15,677.77 | $88,842.28 |
| Sale of Business Assets (attach list to this report) | | $675,932.75 |
| Other (specify) (attach list to this report) Interest Income | $839.24 | $1,618.54 |
| Miscellaneous | | $14,040.70 |
| **Total Business Receipts** | $16,517.01 | $780,434.27 |
| | | |
| **BUSINESS CASH DISBURSEMENTS** | | |
| Net Payroll (Excluding Self) | $6,481.15 | $46,078.20 |
| Salary Paid to Debtor or Owner's Draw (e.g., transfer to Household Account) | | |
| Taxes - Payroll | | $278.00 |
| Taxes - Sales | | |
| Taxes Other (attach schedule) Workers Comp | $193.43 | $193.43 |
| Contract Labor (Subcontractors) | | $1,800.00 |
| Inventory Purchases | | |
| Secured/Lease Payments (Business) | $11,651.81 | $21,035.91 |
| Utilities (Business) | $374.42 | $6,390.36 |
| Insurance | | $3,017.18 |
| Vehicle Expenses | | $2,377.26 |
| Travel & Entertainment | | $530.14 |
| Repairs and Maintenance | | $10,208.70 |
| Supplies | | $486.64 |
| Charitable Contributions/Gifts | | |
| Purchase of Fixed Assets | | |
| Advertising | | |
| Bank Charges | | $226.11 |
| Other (attach schedule) refunds | | $2,951.67 |
| Miscellaneous | $156.22 | $5,809.43 |
| **Total Business Disbursements** | $18,857.03 | $101,383.03 |
| | | |
| **CASH - End of Month** (Must equal reconciled bank statement - Attachment No. 2) | $687,983.46 | |

Monthly Operating Report - Individual

| Date | Reference | Type | Payee/Paid By | Memo | | Receipt Amt |
|------|-----------|------|---------------|------|--|-------------|
| 6/1/18 | 1268 | Receipt | groves730columbia | 6/1/18 | rental Income | 600.00 |
| 6/1/18 | 151286 | Receipt | toad 7317 reynolds | 6/1/18 | rental Income | 800.00 |
| 6/1/18 | 2610 | Receipt | zukowski 5660vrooman | 6/1/18 | rental Income | 750.00 |
| 6/1/18 | 4361 | Receipt | Balog 7792 Ravenna | 6/1/18 | rental Income | 500.00 |
| 6/4/18 | Returncheck06 | Receipt | zukowski 5660vrooman | 060418 | rental Income | -760.00 |
| 6/5/18 | 1141 | Receipt | the learning tree | 6/5/18 | rental Income | 1,272.00 |
| 6/5/18 | 1268 | Receipt | Lakrii | 6/5/18 | rental Income | 1,000.00 |
| 6/5/18 | cash6518 | Receipt | joyce 7474 presley | 6/5/18 | rental Income | 1,000.00 |
| 6/11/18 | 206 | Receipt | wilson 7741 Auburn | 6/11/18 | rental Income | 600.00 |
| 6/11/18 | 2611 | Receipt | zukowski 5660vrooman | 6/11/18 | rental Income | 760.00 |
| 6/11/18 | 7892 | Receipt | boone 6980Ravenna | 6/11/18 | rental Income | 600.00 |
| 6/11/18 | 7901/7900 | Receipt | Tiilett 7371 Reynol | 6/11/18 | rental Income | 800.00 |
| 6/11/18 | 848 | Receipt | fratus 1180w.jackson | 6/11/18 | rental Income | 800.00 |
| 6/12/18 | 13000 | Receipt | Salupo 7482center# | 6/12/18 | rental Income | 800.00 |
| 6/13/18 | 141 | Receipt | Beers 7472 presley | 6/13/18 | rental Income | 1,000.00 |
| 6/14/18 | 1594 | Receipt | Becker | 6/14/18 | rental Income | 232.22 |
| 6/22/18 | Bank | Receipt | Huntington Bank | 6/22/18 | interest | 834.30 |
| 6/25/18 | 02002233669 | Receipt | Airgas | 6/25/18 | rental Income | 1,322.50 |
| 6/25/18 | 1049 | Receipt | Spetz 15499 Kinsman | 6/25/18 | rental Income | 700.00 |
| 6/25/18 | 116 | Receipt | jusko 11575 Girdled | 6/25/18 | rental Income | 1,050.00 |
| 6/25/18 | 2612 | Receipt | zukowski 5660vrooman | 6/25/18 | rental Income | 750.00 |
| 6/28/18 | 8090 | Receipt | Palazzo | 7/28/18 | rental Income | 1,101.05 |
| 6/30/18 | 06/30/18 | Gen. Jrnl. | | | interest | 4.94 |
| | | **Total** | | | | **16,517.01** |

17-17361-aih    Doc 242    FILED 09/19/18    ENTERED 09/19/18 11:39:02    Page 8 of 25

# Richard M Osborne DIP
## Cash Disbursements Register
## For June 2018
## Huntington - Business

| Date | Reference | Type | Payee/Paid By | Memo | Payment Amt |
|------|-----------|------|---------------|------|-------------|
| 6/4/18 | 1665 | Payment | Erie Bank | 2201100051 Loan Payment | 10,410.19 |
| 6/5/18 | 1666 | Payment | Bank Of America | Loan payment | 1,241.62 |
| 6/5/18 | ACH060518 | Payment | Ohio Payroll Plus | payroll processing | 156.22 |
| 6/8/18 | Payroll | Payment | Payroll 6-8-18 | wages | 3,296.90 |
| 6/11/18 | 1674 | Payment | lake county dept | Utilities | 77.49 |
| 6/19/18 | 1684 | Payment | Illuminating | Utilities | 42.77 |
| 6/19/18 | 1685 | Payment | Illuminating | Utilities | 153.26 |
| 6/19/18 | 1687 | Payment | sievers | Utilities | 31.03 |
| 6/22/18 | Payroll | Payment | Payroll 6-22-18 | Wages | 3,184.25 |
| 6/28/18 | debit62518 | Payment | Ohio BWC | Workers Comp | 193.43 |
| 6/25/18 | 1691 | Payment | Aqua | Utilities | 69.87 |
| | | **Total** | | | **18,857.03** |

17-17361-aih     Doc 242     FILED 09/19/18     ENTERED 09/19/18 11:39:02     Page 9 of 25

| QUESTIONNAIRE | | |
|---|---|---|
| | YES* | NO |
| 1.  Have any assets been sold or transferred outside the normal course of business during this reporting period? | | XXXX |
| 2.  Have any funds been disbursed from any account other than a debtor in possession account? | | XXXX |
| 3.  Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | XXXX |
| 4.  Have any payments been made on pre-petition liabilities this reporting period? | | XXXX |
| 5.  Have any post-petition loans been received by the debtor from any party? | | XXXX |
| 6.  Are any post-petition payroll taxes past due? | | XXXXXX |
| 7.  Are any post-petition state or federal income taxes past due? | | XXXX |
| 8.  Are any post-petition state or local sales taxes past due? | | XXXX |
| 9.  Are any post-petition real estate taxes past due? | | XXXX |
| 10.  Are any amounts owed to post-petition creditors/vendors delinquent? | | XXXX |
| 11.  Are any wage payments past due? | | XXXXXX |

**\*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.**

| INSURANCE INFORMATION | | |
|---|---|---|
| | YES | NO* |
| 1.  Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | XXXXXX | |
| 2.  Are all premium payments current? | XXXXXX | |

**\*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.**

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY        and        CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| Rental Property Policy, Sate Farm (there are at least 18 different policies) | Most end 11-18-18 | 16,917  annual | 0 |
| | | | |
| | | | |
| | | | |
| | | | |

_____ Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

| DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD: |
|---|
| |
| Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: 11/17 |

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | Huntington | Huntington-RE | Huntington | |
| Account Number: | 2665744835 | 3663971968 | 3663978602 | |
| Purpose of Account (Business/Personal) | Bus/Pers | Real Estate | Savings | |
| Type of Account (e.g. checking) | Checking | Money Market | Money Market | |
| | | | | |
| 1. **Balance per Bank Statement** | $12,908.17 | $677,544.83 | $207,263.72 | |
| 2. **ADD**: Deposits not credited (attach list to this report) | $0.00 | $0.00 | $0.00 | |
| 3. **SUBTRACT**: Outstanding Checks (attach list) | $805.63 | $0.00 | $0.00 | |
| 4. Other Reconciling Items (attach list to this report) | $0.00 | $0.00 | $0.00 | |
| 5. **Month End Balance** (Must Agree with Books) | $12,102.54 | $677,544.83 | $207,263.72 | |
| TOTAL OF ALL ACCOUNTS | | | | $896,911.09 |
| | | | | |

**Note: Attach a copy of the bank statement and bank reconciliation for each account.**

| Investment Account Information<br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Note: Attach a copy of each investment account statement.**

| ACCOUNTS RECEIVABLE RECONCILIATION (Pre- & Post- Petition) | Scheduled Amount | Current Month |
|---|---|---|
| Accounts Receivable Beginning Balance | | |
| Plus:  Billings During the Month | | |
| Less: Collections During the Month | | |
| Adjustments or WriteOffs* | | |
| Accounts Receivable Ending Balance** | | |

| ACCOUNTS RECEIVABLE AGING (Pre- & Post- Petition) | Scheduled Amount | Current Month |
|---|---|---|
| 0 - 30 Days | | |
| 31 - 60 Days | | |
| 61 - 90 Days | | |
| Over 90 Days | | |
| | | |
| Total Accounts Receivable** | | |

*  Attach explanation of  any adjustment or writeoff.

** The "current month" of these two lines must equal.

| POST-PETITION TAXES | Beginning Tax Liability* | Amount Withheld & or Accrued |
|---|---|---|
| **Federal Taxes** | *************************** | |
| Withholding** | | |
| FICA - Employee | | |
| FICA - Employer | | |
| Unemployment | | |
| Income | | |
| Other (Attach List) | | |
| **Total Federal Taxes** | | |
| | | |
| **State & Local Taxes** | | |
| Withholding | | |
| Sales | | |
| Unemployment | | |
| Real Property | | |
| Personal Property | | |
| Other (Attach List) | | |
| **Total State & Local Taxes** | | |
| **Total Post-Petition Taxes** | | |

*   The beginning tax liability should represent the liability from the prior month, or if this is the first report, the amount should be zero
**  Attach copies of IRS Form 6123 or your FTD coupon and payment receipt to verify payment or deposit
**********Payroll is done with a payroll service. Tax filing and reporting is done by the service. All taxes are impounded on the day of payroll so there is never any outstanding liability.

# Richard M Osborne DIP
## Account Reconciliation
## As of Jun 30, 2018
## 1004 - Cash - Huntington DIP
## Bank Statement Date: June 30, 2018

Filter Criteria includes: Report is printed in Detail Format.

| | | | | |
|---|---|---|---|---|
| Beginning GL Balance | | | | 3,407.64 |
| Add: Cash Receipts | | | | 35,825.85 |
| Less: Cash Disbursements | | | | (20,654.74) |
| Add (Less) Other | | | | (6,476.21) |
| Ending GL Balance | | | | 12,102.54 |
| Ending Bank Balance | | | | 12,908.17 |
| Add back deposits in transit | | | | |
| Total deposits in transit | | | | |
| (Less) outstanding checks | Feb 5, 2018 | 1504 | (240.21) | |
| | Jun 27, 2018 | 1679 | (113.90) | |
| | Jun 25, 2018 | 1690 | (67.56) | |
| | Jun 25, 2018 | 1691 | (69.87) | |
| | Jun 25, 2018 | 1692 | (133.84) | |
| | Jun 25, 2018 | 1694 | (57.21) | |
| | Jun 25, 2018 | 1696 | (123.04) | |
| Total outstanding checks | | | | (805.63) |
| Add (Less) Other | | | | |
| Total other | | | | |
| Unreconciled difference | | | | 0.00 |
| Ending GL Balance | | | | 12,102.54 |

Jump To NavigationJump To ContentJump To Footer

Search Huntington

Jump To Pending Transactions

Jump To Transaction History

Jump To Scheduled Transactions

## Account Information

| | | | | |
|---|---|---|---|---|
| Today's Beginning Balance | $14,256.69 | Nickname | | Huntington 25 Interest Checking |
| Pending Transactions | -$74.78 | Type | | Huntington 25 Interest Checking |
| Deposit Holds | $0.00 | Routing Number | | 041000153 |
| **Account Balance** | **$14,181.91** | Account Number | *******4835 | Show |
| | | Overdraft Protection (ODP) | | None |

Expanded Account Information

| | | | |
|---|---|---|---|
| Interest Earned but Not Paid | $0.89 | Year To Date Interest | $38.16 |
| Previous Year Interest | $0.00 | | |

## Pending Transactions

| Date | Type | Payee/Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| 07/03/2018 | Debit Card | PAYPAL *VITACOST XXXXXXXXXXXX3435 | -$37.00 | | $14,181.91 |
| 07/03/2018 | Debit Card | PAYPAL *VITACOST XXXXXXXXXXXX3435 | -$37.78 | | $14,219.30 |

## Transaction History

**From** 06/01/2018     **To** 06/30/2018          View a Report >>>                    ▼

Download

| Date ▼ | Number | Type | Payee/Description | Tag | Debit | Credit | Account Balance |
|---|---|---|---|---|---|---|---|
| 06/29/2018 | 1693 | Check | SUBSTITUTE CHECK | | -$91.05 | | $12,908.17 |
| 06/29/2018 | 0 | Debit Card | GIANT EAGLE #0088 | | -$109.32 | | $12,999.72 |
| 06/29/2018 | 0 | Debit Card | WM SUPERCENTER #5360 | | -$379.50 | | $13,018.24 |
| 06/29/2018 | 0 | Debit Card | SAHLI & SAHLI INC | | -$52.73 | | $13,398.14 |
| 06/28/2018 | 0 | Debit Card | DISCOUNT DRUG MART 25 | | -$128.68 | | $13,428.86 |
| 06/28/2018 | 1689 | Check | SUBSTITUTE CHECK | | -$51.00 | | $13,557.54 |
| 06/28/2018 | 0 | Deposit | DEPOSIT | | | $1,101.05 | $13,608.54 |
| 06/27/2018 | 0 | Deposit | DEPOSIT | | | $2,563.00 | $12,507.49 |
| 06/26/2018 | 1695 | Check | SUBSTITUTE CHECK | | -$90.45 | | $9,944.49 |
| 06/26/2018 | 1681 | Check | SUBSTITUTE CHECK | | -$52.13 | | $10,035.27 |
| 06/25/2018 | 0 | Electronic Debit | OHIO BWC DEBITS | | -$193.43 | | $10,097.40 |
| 06/25/2018 | 1688 | Check | SUBSTITUTE CHECK | | -$34.59 | | $10,290.83 |
| 06/25/2018 | 1686 | Check | SUBSTITUTE CHECK | | -$53.57 | | $10,345.49 |
| 06/25/2018 | 1683 | Check | SUBSTITUTE CHECK | | -$325.11 | | $10,410.52 |
| 06/25/2018 | 0 | Debit Card | WM SUPERCENTER #5360 | | -$16.97 | | $10,797.23 |
| 06/25/2018 | 0 | Debit Card | MERCHANDISE RET TRACTOR SUPPLY #2149 | | | $44.49 | $10,807.80 |
| 06/25/2018 | 0 | Deposit | DEPOSIT | | | $760.00 | $10,763.31 |
| 06/25/2018 | 0 | Deposit | DEPOSIT | | | $3,072.50 | $10,013.31 |
| 06/22/2018 | 0 | Electronic Debit | OHIO PAYROLL PLU RMO | | -$3,135.22 | | $6,940.81 |
| 06/22/2018 | 1685 | Check | SUBSTITUTE CHECK | | -$150.24 | | $10,125.06 |
| 06/22/2018 | 1676 | Check | SUBSTITUTE CHECK | | -$281.75 | | $10,276.32 |
| 06/22/2018 | 0 | Debit Card | TRACTOR SUPPLY #2149 | | -$44.49 | | $10,829.47 |
| 06/22/2018 | 0 | Debit Card | WM SUPERCENTER #5360 | | -$158.02 | | $10,873.96 |
| 06/22/2018 | 0 | Debit Card | SAHLI & SAHLI INC | | -$63.41 | | $11,072.99 |
| 06/22/2018 | 0 | Debit Card | MERCHANDISE RET VCI*VITACOST.COM | | | $38.16 | $11,098.41 |
| 06/21/2018 | 1687 | Check | SUBSTITUTE CHECK | | -$61.03 | | $11,080.25 |
| 06/21/2018 | 1684 | Check | SUBSTITUTE CHECK | | -$42.77 | | $11,091.28 |
| 06/21/2018 | 0 | Debit Card | WM SUPERCENTER #3253 | | -$367.65 | | $11,134.05 |
| 06/21/2018 | 0 | Debit Card | BP#9353551936227 7-EQPS | | -$40.00 | | $11,501.70 |
| 06/20/2018 | 1682 | Check | SUBSTITUTE CHECK | | -$182.17 | | $11,545.20 |
| 06/20/2018 | 0 | Debit Card | GIANT-EAGLE #0196 | | -$180.60 | | $11,727.36 |
| 06/20/2018 | 0 | Debit Card | SQU*SQ *TASTE OF JAMAI | | -$102.50 | | $11,684.15 |
| 06/19/2018 | 0 | Interest | INTEREST PAYMENT | | | $4.94 | $11,986.75 |
| 06/18/2018 | 1674 | Check | SUBSTITUTE CHECK | | -$77.45 | | $11,981.81 |

| Date | Number | Type | Payee/Description | Tag | Debit | Credit | Account Balance |
|------|--------|------|-------------------|-----|-------|--------|-----------------|
| 06/18/2018 | 1668 | Check | SUBSTITUTE CHECK | | -$26.84 | | $12,059.30 |
| 06/18/2018 | 0 | Debit Card | D J*WALL-ST-JOURNAL | | -$19.00 | | $12,085.14 |
| 06/18/2018 | 0 | Debit Card | SAHLI & SAHLI INC | | -$19.12 | | $12,104.14 |
| 06/18/2018 | 0 | Debit Card | SAHLI & SAHLI INC | | -$14.00 | | $12,129.56 |
| 06/15/2018 | 1675 | Check | SUBSTITUTE CHECK | | -$82.57 | | $12,174.02 |
| 06/15/2018 | 0 | Debit Card | SAHLI & SAHLI INC | | -$35.12 | | $12,194.09 |
| 06/14/2018 | 0 | Debit Card | GIANT EAGLE #0088 | | -$129.16 | | $12,219.51 |
| 06/14/2018 | 0 | Debit Card | WM SUPERCENTER #5360 | | -$41.21 | | $12,347.56 |
| 06/14/2018 | 0 | Debit Card | SAHLI & SAHLI INC | | -$26.42 | | $12,788.80 |
| 06/14/2018 | 0 | Debit Card | KING BUILDING SUPP | | -$47.85 | | $12,784.22 |
| 06/14/2018 | 0 | Debit Card | TRACTOR SUPPLY #2149 | | -$118.30 | | $12,831.82 |
| 06/14/2018 | 0 | Debit Card | ROOFNERS | | -$127.37 | | $12,944.14 |
| 06/14/2018 | 0 | Debit Card | FORBES AND GRANT STREE | | -$30.00 | | $13,072.11 |
| 06/14/2018 | 0 | Deposit | DEPOSIT | | | $232.22 | $13,102.11 |
| 06/13/2018 | 0 | Debit Card | MCDONALD'S F3670 | | -$10.27 | | $12,869.89 |
| 06/13/2018 | 0 | Debit Card | NICKY'S GRANT STREET | | -$47.72 | | $12,880.26 |
| 06/13/2018 | 0 | Deposit | DEPOSIT | | | $1,000.00 | $12,927.98 |
| 06/12/2018 | 1673 | Check | SUBSTITUTE CHECK | | -$1,271.71 | | $11,927.98 |
| 06/12/2018 | 1689 | Check | SUBSTITUTE CHECK | | -$289.41 | | $13,199.69 |
| 06/12/2018 | 1667 | Check | SUBSTITUTE CHECK | | -$810.26 | | $13,589.13 |
| 06/12/2018 | 0 | Debit Card | MCDONALD'S F1807 | | -$15.14 | | $14,379.13 |
| 06/12/2018 | 0 | Deposit | DEPOSIT | | | $600.00 | $14,393.07 |
| 06/11/2018 | 1672 | Check | SUBSTITUTE CHECK | | -$575.00 | | $13,593.07 |
| 06/11/2018 | 1686 | Check | SUBSTITUTE CHECK | | -$1,241.62 | | $14,168.07 |
| 06/11/2018 | 0 | Debit Card | SAHLI & SAHLI INC | | -$51.44 | | $15,409.69 |
| 06/11/2018 | 0 | Deposit | DEPOSIT | | | $3,560.00 | $15,461.13 |
| 06/08/2018 | 0 | Electronic Debit | OHIO PAYROLL PLU RMO | | -$3,391.00 | | $11,901.13 |
| 06/08/2018 | 0 | Debit Card | TRACTOR SUPPLY #2149 | | -$205.74 | | $15,198.03 |
| 06/07/2018 | 1658 | Check | SUBSTITUTE CHECK | | -$64.58 | | $15,273.77 |
| 06/07/2018 | 1657 | Check | SUBSTITUTE CHECK | | -$67.36 | | $15,338.65 |
| 06/08/2018 | 0 | Electronic Debit | OHIO PAYROLL PLU End of mon | | -$143.42 | | $15,406.21 |
| 06/06/2018 | 1663 | Check | SUBSTITUTE CHECK | | -$253.58 | | $15,562.43 |
| 06/06/2018 | 1660 | Check | SUBSTITUTE CHECK | | -$220.07 | | $15,897.99 |
| 06/06/2018 | 0 | Debit Card | GIANT-EAGLE #0196 | | -$48.85 | | $16,118.06 |
| 06/06/2018 | 0 | Debit Card | DISCOUNT DRUG MART 25 | | -$12.03 | | $16,166.59 |
| 06/05/2018 | 1664 | Check | SUBSTITUTE CHECK | | -$51.25 | | $16,211.59 |
| 06/05/2018 | 0 | Debit Card | VCI*VITACOST.COM | | -$43.15 | | $16,263.14 |
| 06/05/2018 | 0 | Debit Card | VCI*VITACOST.COM | | -$43.15 | | $16,306.29 |
| 06/05/2018 | 0 | Deposit | DEPOSIT | | | $1,002.05 | $16,349.44 |
| 06/05/2018 | 0 | Deposit | DEPOSIT | | | $2,272.00 | $15,347.39 |
| 06/04/2018 | 1665 | Check | SUBSTITUTE CHECK | | -$10,410.19 | | $13,075.39 |
| 06/04/2018 | 1662 | Check | SUBSTITUTE CHECK | | -$305.43 | | $23,485.58 |
| 06/04/2018 | 1661 | Check | SUBSTITUTE CHECK | | -$112.10 | | $23,551.01 |
| 06/04/2018 | 1652 | Check | SUBSTITUTE CHECK | | -$9,990.00 | | $23,663.34 |
| 06/04/2018 | 0 | Fee | RETURNED DEPOSIT ITEM FEE | | -$10.50 | | $26,863.34 |
| 06/04/2018 | 0 | Miscellaneous | RETURNED DEPOSIT ITEM | | -$749.00 | | $26,873.34 |
| 06/04/2018 | 329301 | ATM/POS | WAL-MART #3293 | ± | -$200.01 | | $27,623.34 |
| 06/04/2018 | 89002 | ATM/POS | WHOLEFDS 27249 CH | ± | -$42.70 | | $27,899.15 |
| 06/04/2018 | 0 | Debit Card | DISCOUNT DRUG MART 25 | | -$15.43 | | $27,916.51 |
| 06/04/2018 | 0 | Deposit | DEPOSIT | | | $12,500.38 | $28,032.94 |
| 06/01/2018 | 0 | Debit Card | FISHER AND FATHER INC | | -$74.49 | | $15,532.56 |
| 06/01/2018 | 0 | Deposit | DEPOSIT | | | $2,650.00 | $15,607.05 |
| 06/01/2018 | 0 | Deposit | DEPOSIT | | | $5,000.00 | $12,957.05 |

## Scheduled Payments & Transfers

What will your balance be

No transactions found for the specified date range.

# Richard M Osborne DIP
## Account Reconciliation
### As of Jun 30, 2018
### 1005 - Huntington DIP - Interest
### Bank Statement Date: June 30, 2018

Filter Criteria includes: Report is printed in Detail Format.

| | |
|---|---:|
| Beginning GL Balance | 207,008.50 |
| Add: Cash Receipts | 255.22 |
| Less: Cash Disbursements | |
| Add (Less) Other | |
| Ending GL Balance | 207,263.72 |
| Ending Bank Balance | 207,263.72 |
| Add back deposits in transit | |
| Total deposits in transit | |
| (Less) outstanding checks | |
| Total outstanding checks | |
| Add (Less) Other | |
| Total other | |
| Unreconciled difference | 0.00 |
| Ending GL Balance | 207,263.72 |

Search Huntington

Jump To Pending Transactions

Jump To Transaction History

Jump To Scheduled Transactions

## Account Information

| | | | | |
|---|---|---|---|---|
| Today's Beginning Balance | $207,263.72 | Nickname | Huntington Relationship Money Market | |
| Pending Transactions | $0.00 | Type | Huntington Relationship Money Market | |
| Deposit Holds | $0.00 | Routing Number | 041000153 | |
| **Account Balance** | **$207,263.72** | Account Number | *******8602 | **Show** |

Expanded Account Information

| | | | |
|---|---|---|---|
| Interest Earned but Not Paid | $85.17 | Year To Date Interest | $263.72 |
| Previous Year Interest | $0.00 | | |

## Pending Transactions

No transactions found for today.

## Transaction History

From  06/01/2018          To  06/30/2018          View a Report >>>  [                    ▼ ]

Download

| Date ◇ | Number | Type | Payee/Description | Tag | Debit | Credit | Account Balance |
|---|---|---|---|---|---|---|---|
| 06/22/2018 | 0 | Interest | INTEREST PAYMENT | | | $255.22 | $207,263.72 |

## Scheduled Payments & Transfers

No transactions found for the specified date range.

What will your balance be

# Richard M Osborne DIP
## Account Reconciliation
## As of Jun 30, 2018
## 1006 - Huntington DIP - Real Estate
## Bank Statement Date: June 30, 2018

Filter Criteria includes: Report is printed in Detail Format.

| | |
|---|---:|
| Beginning GL Balance | 676,710.53 |
| Add: Cash Receipts | 834.30 |
| Less: Cash Disbursements | |
| Add (Less) Other | |
| Ending GL Balance | 677,544.83 |
| Ending Bank Balance | 677,544.83 |
| Add back deposits in transit | |
| Total deposits in transit | |
| (Less) outstanding checks | |
| Total outstanding checks | |
| Add (Less) Other | |
| Total other | |
| Unreconciled difference | 0.00 |
| Ending GL Balance | 677,544.83 |

Search Huntington

Jump To Pending Transactions

Jump To Transaction History

Jump To Scheduled Transactions

## Account Information

| | | | | |
|---|---|---|---|---|
| Today's Beginning Balance | $677,544.83 | Nickname | Huntington Relationship Money Market | |
| Pending Transactions | $0.00 | Type | Huntington Relationship Money Market | |
| Deposit Holds | $0.00 | Routing Number | 041000153 | |
| **Account Balance** | **$677,544.83** | Account Number | *******1968 | Show |
| | | Expanded Account Information | | |
| Interest Earned but Not Paid | $278.44 | Year To Date Interest | $1,612.08 | |
| Previous Year Interest | $0.00 | | | |

## Pending Transactions

No transactions found for today.

## Transaction History

From 06/01/2018          To 06/30/2018          View a Report >>>          ▼

Download

| Date | Number | Type | Payee/Description | Tag | Debit | Credit | Account Balance |
|---|---|---|---|---|---|---|---|
| 06/22/2018 | | Interest | INTEREST PAYMENT | | | $834.30 | $677,544.83 |

## Scheduled Payments & Transfers

What will your balance be

No transactions found for the specified date range.

**THE HUNTINGTON NATIONAL BANK**
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558



RICHARD M OSBORNE DIP SR
7265 MARKELL RD
WAITE HILL OH 44094-9312

*Have a Question or Concern?*

Stop by your nearest   <u>Customer</u>
Huntington office or   <u>Information</u>
contact us at:   <u>Privacy Notice</u>

1-800-480-BANK (2265)

www.huntington.com

---

## *Huntington 25 Interest Checking Account*          *Account: 02665744835*

| | | |
|---|---|---:|
| Statement Activity From: | **Beginning Balance** | **$218,208.96** |
| 05/19/18 to 06/19/18 | Credits (+) | 34,782.58 |
| | Debits (-) | 241,001.52 |
| | Interest Paid (+) | 6.73 |
| | Total Fees (-) | 10.00 |
| | **Ending Balance** | **$11,986.75** |
| | Average Balance | 38,376.11 |
| | Low Balance | 7,957.05 |

*Interest earned this statement period  $6.73\**

*(\*) This amount represents interest accrued on your account during this statement period. Interest is available for withdrawal when paid to your account.*

*Annual Percentage Yield Earned this statement period 0.21%*

---

## *Deposit / Credit Activity (+)*          *Account: 02665744835*

| Date | Description | Amount |
|---|---|---:|
| 05/21 | INTEREST PAYMENT | 1.79 |
| 05/22 | OHIO PAYROLL PLU End of mon RMO | 156.22 |
| 05/23 | DEPOSIT | 2,563.00 |
| 05/24 | DEPOSIT | 1,996.71 |
| 05/29 | DEPOSIT | 1,050.00 |
| 06/01 | DEPOSIT | 5,000.00 |
| 06/01 | DEPOSIT | 2,650.00 |
| 06/04 | DEPOSIT | 12,500.38 |
| 06/05 | DEPOSIT | 2,272.00 |
| 06/05 | DEPOSIT | 1,002.05 |
| 06/11 | DEPOSIT | 3,560.00 |

---

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC.  ⟨logo⟩ ® and Huntington ® are federally registered service marks of Huntington Bancshares Incorporated. Patent pending for the 24-Hour Grace™ system and method.   ©2018 Huntington Bancshares Incorporated.



| Date | Description | Amount |
|------|-------------|--------|
| 06/12 | DEPOSIT | 800.00 |
| 06/13 | DEPOSIT | 1,000.00 |
| 06/14 | DEPOSIT | 232.22 |
| 06/19 | INTEREST PAYMENT | 4.94 |

### Check Activity (-)

*Account: 02665744835*

| Check # | Amount | Date Paid | Check # | Amount | Date Paid |
|---------|--------|-----------|---------|--------|-----------|
| 1639S | 113.90 | 05/21 | 1661S | 112.33 | 06/04 |
| 1642S* | 12.00 | 05/24 | 1662S | 65.43 | 06/04 |
| 1643S | 494.36 | 05/22 | 1663S | 335.56 | 06/06 |
| 1644S | 104.59 | 05/21 | 1664S | 51.55 | 06/05 |
| 1651S* | 3,300.71 | 05/30 | 1665S | 10,410.19 | 06/04 |
| 1652S | 3,200.00 | 06/04 | 1666S | 1,241.62 | 06/11 |
| 1653S | 183.98 | 05/29 | 1667S | 810.00 | 06/12 |
| 1654S | 52.14 | 05/24 | 1668S | 25.84 | 06/18 |
| 1655S | 166.21 | 05/30 | 1669S | 369.44 | 06/12 |
| 1656S | 35.00 | 05/29 | 1672S* | 575.00 | 06/11 |
| 1657S | 67.56 | 06/07 | 1673S | 1,271.71 | 06/12 |
| 1658S | 64.88 | 06/07 | 1674S | 77.49 | 06/18 |
| 1659S | 355.94 | 05/31 | 1675S | 20.07 | 06/15 |
| 1660S | 220.97 | 06/06 | | | |

(S) Indicates this check was converted to a Substitute Check.
(*) Indicates the prior sequentially numbered check(s) may have 1) been voided by you 2) not yet been presented 3) appeared on a previous statement.

### Debit Card / POS Activity (-)

*Account: 02665744835*

| Date | Description | Amount |
|------|-------------|--------|
| 05/21 | PURCHASE WAL-MART #5083 WAL-MART #5083 MAYFIELD HEIG OH 5175461663253435 | 64.77 |
| 05/21 | PURCHASE TARGET 00013243 TARGET 00013243 MAYFIELD HEIG OH 5175461663253435 | 23.63 |
| 05/21 | PURCHASE ARAMARK CLEVELAND CLIN ARAMARK CLEVELAND CLIN MAYFIELD HEIG OH 5175461663253435 | 19.21 |
| 05/21 | PURCHASE ARAMARK CLEVELAND CLIN ARAMARK CLEVELAND CLIN MAYFIELD HEIG OH 5175461663253435 | 10.60 |
| 05/21 | PURCHASE SQUARE *SQ *MR. CHICKE SQUARE *SQ *MR. CHICKE WILLOUGHBY OH 5175461663253435 | 19.33 |
| 05/22 | PURCHASE MCDONALD'S F7104 MCDONALD'S F7104 MENTOR OH 5175461663253435 | 7.89 |
| 05/23 | PURCHASE MCDONALD'S F7104 MCDONALD'S F7104 MENTOR OH 5175461663253435 | 14.01 |
| 05/24 | PURCHASE WM SUPERCENTER #5360 WM SUPERCENTER #5360 TITUSVILLE PA 5175461663253435 | 167.28 |
| 05/25 | PURCHASE KING BUILDING SUPP KING BUILDING SUPP TIDIOUTE PA 5175461663253435 | 14.28 |
| 05/25 | PURCHASE SAHLI & SAHLI INC SAHLI & SAHLI INC TIDIOUTE PA 5175461663253435 | 36.02 |


## *Debit Card / POS Activity (-)*                                    *Account: 02665744835*

| Date | Description | Amount |
|------|-------------|--------|
| 05/29 | PURCHASE SAHLI & SAHLI INC SAHLI & SAHLI INC TIDIOUTE PA 5175461663253435 | 37.05 |
| 05/30 | PURCHASE TRACTOR SUPPLY #2149 TRACTOR SUPPLY #2149 TITUSVILLE PA 5175461663253435 | 106.97 |
| 05/30 | PURCHASE SAHLI & SAHLI INC SAHLI & SAHLI INC TIDIOUTE PA 5175461663253435 | 37.60 |
| 05/30 | PURCHASE WAL-MART #5360 WAL-MART #5360 TITUSVILLE PA 5175461663253435 | 381.18 |
| 05/31 | PURCHASE KING BUILDING SUPP KING BUILDING SUPP TIDIOUTE PA 5175461663253435 | 64.42 |
| 06/01 | PURCHASE FISHER AND FATHER INC FISHER AND FATHER INC CRANBERRY PA 5175461663253435 | 74.49 |
| 06/04 | PURCHASE DISCOUNT DRUG MART 25 DISCOUNT DRUG MART 25 MENTOR OH 5175461663253435 | 116.43 |
| 06/04 | PURCHASE WHOLEFDS 27249 CH WHOLEFDS 27249 CH WOODMERE OH 5175461663253435 | 17.36 |
| 06/04 | PURCHASE WAL-MART #3293 WAL-MART #3293 CHARDON OH 5175461663253435 | 275.81 |
| 06/05 | PURCHASE VCI*VITACOST.COM VCI*VITACOST.COM 800-793-2601 FL 5175461663253435 | 43.15 |
| 06/05 | PURCHASE VCI*VITACOST.COM VCI*VITACOST.COM 800-793-2601 FL 5175461663253435 | 43.15 |
| 06/06 | PURCHASE DISCOUNT DRUG MART 25 DISCOUNT DRUG MART 25 MENTOR OH 5175461663253435 | 12.00 |
| 06/08 | PURCHASE GIANT-EAGLE #0196 GIANT-EAGLE #0196 MENTOR OH 5175461663253435 | 80.63 |
| 06/08 | PURCHASE TRACTOR SUPPLY #2149 TRACTOR SUPPLY #2149 TITUSVILLE PA 5175461663253435 | 75.74 |
| 06/11 | PURCHASE SAHLI & SAHLI INC SAHLI & SAHLI INC TIDIOUTE PA 5175461663253435 | 51.44 |
| 06/12 | PURCHASE MCDONALD'S F1807 MCDONALD'S F1807 PAINESVILLE OH 5175461663253435 | 13.94 |
| 06/13 | PURCHASE NICKY'S GRANT STREET NICKY'S GRANT STREET PITTSBURGH PA 5175461663253435 | 47.72 |
| 06/13 | PURCHASE MCDONALD'S F3670 MCDONALD'S F3670 FRANKLIN PA 5175461663253435 | 10.37 |
| 06/14 | PURCHASE FORBES AND GRANT STREE FORBES AND GRANT STREE PITTSBURGH PA 5175461663253435 | 30.00 |
| 06/14 | PURCHASE ROOFNERS ROOFNERS TITUSVILLE PA 5175461663253435 | 127.97 |
| 06/14 | PURCHASE TRACTOR SUPPLY #2149 TRACTOR SUPPLY #2149 TITUSVILLE PA 5175461663253435 | 112.32 |
| 06/14 | PURCHASE KING BUILDING SUPP KING BUILDING SUPP TIDIOUTE PA 5175461663253435 | 47.60 |
| 06/14 | PURCHASE SAHLI & SAHLI INC SAHLI & SAHLI INC TIDIOUTE PA 5175461663253435 | 25.42 |
| 06/14 | PURCHASE WM SUPERCENTER #5360 WM SUPERCENTER #5360 TITUSVILLE PA 5175461663253435 | 411.21 |
| 06/14 | PURCHASE GIANT EAGLE #0088 GIANT EAGLE #0088 TITUSVILLE PA 5175461663253435 | 128.08 |
| 06/15 | PURCHASE SAHLI & SAHLI INC SAHLI & SAHLI INC TIDIOUTE PA 5175461663253435 | 25.42 |
| 06/18 | PURCHASE SAHLI & SAHLI INC SAHLI & SAHLI INC TIDIOUTE PA 5175461663253435 | 44.46 |
| 06/18 | PURCHASE SAHLI & SAHLI INC SAHLI & SAHLI INC TIDIOUTE PA 5175461663253435 | 25.42 |
| 06/18 | PURCHASE D J*WALL-ST-JOURNAL D J*WALL-ST-JOURNAL 800-568-7625 MA 5175461663253435 | 19.00 |

## *Other Withdrawal / Debit Activity (-)*                              *Account: 02665744835*

| Date | Description | Amount |
|------|-------------|--------|
| 05/23 | INTERNET TFR TO CHECKING 052318 03663978602 | 99,000.00 |
| 05/23 | INTERNET TFR TO CHECKING 052318 03663978602 | 99,000.00 |
| 05/23 | INTERNET TFR TO CHECKING 052318 03663978602 | 9,000.00 |
| 05/25 | OHIO PAYROLL PLU RMO RMO | 3,196.76 |

17-17361-aih    Doc 242    FILED 09/19/18    ENTERED 09/19/18 11:39:02    Page 22 of 25



## Other Withdrawal / Debit Activity (-)

*Account: 02665744835*

| Date | Description | Amount |
|------|-------------|--------|
| 06/04 | RETURNED DEPOSIT ITEM | 750.00 |
| 06/04 | RETURNED DEPOSIT ITEM FEE | 10.00 |
| 06/06 | OHIO PAYROLL PLU End of mon RMO | 156.22 |
| 06/08 | OHIO PAYROLL PLU RMO RMO | 3,296.90 |

## Huntington 25 Interest Checking Balance Activity

*Account: 02665744835*

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 05/18 | 218,208.96 | 05/31 | 7,957.05 | 06/12 | 11,927.98 |
| 05/21 | 217,854.72 | 06/01 | 15,532.56 | 06/13 | 12,869.89 |
| 05/22 | 217,508.89 | 06/04 | 13,075.39 | 06/14 | 12,219.51 |
| 05/23 | 13,057.88 | 06/05 | 16,211.59 | 06/15 | 12,174.02 |
| 05/24 | 14,823.17 | 06/06 | 15,406.21 | 06/18 | 11,981.81 |
| 05/25 | 11,576.11 | 06/07 | 15,273.77 | 06/19 | 11,986.75 |
| 05/29 | 12,370.08 | 06/08 | 11,901.13 | | |
| 05/30 | 8,377.41 | 06/11 | 13,593.07 | | |

**In the Event of Errors or Questions Concerning Electronic Fund Transfers**
Contacting Us About Errors and Questions
Reporting: How, When, Where and What:
- Call us or write to us as soon as you can if you think your statement or receipt is wrong or if you need more information about a transaction. You may call our toll-free number, 1-800-480-BANK (2265), or write to The Huntington National Bank, EA4W61 P.O. Box 1558, Columbus, Ohio 43216.
- We must hear from you no later than 60 days after we sent (or made available) the FIRST statement on which the problem or error appeared. Please provide the following information:
- Your name and account number (if any).
- A description of the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- The dollar amount of the suspected error.
Our Investigation:
- **Timing:** We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly.
- **Provisional (i.e.Temporary) Credits:** If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will provisionally credit your Account within ten (10) business days for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within ten (10) business days; we are not required to provisionally credit your Account.

**Verification of Electronic Deposits** If you have authorized someone to make regular electronic fund transfers of money to your account at least once every sixty days, you can call to find out whether or not the deposit has been received by us, call either 1-614-480-BANK or call toll free 1-800-480-BANK.

**Balancing Your Statement** - For your convenience, a balancing worksheet is available on our web site www.huntington.com under the Planning & Tools section, or at your local branch.



0003886 RICHARD M OSBORNE DIP SR
7265 MARKELL RD
WAITE HILL OH 44094-9312

*Have a Question or Concern?*

Stop by your nearest
Huntington office or
contact us at:

1-800-480-BANK (2265)

www.huntington.com

## *Huntington Relationship MMA Account*     *Account: 03663971968*

Statement Activity From:
05/24/18 to 06/22/18

| | |
|---|---|
| **Beginning Balance** | **$676,710.53** |
| Credits (+) | 0.00 |
| Debits (-) | 0.00 |
| Interest Paid (+) | 834.30 |
| Total Fees (-) | 0.00 |
| **Ending Balance** | **$677,544.83** |
| Average Balance | 676,710.53 |
| Low Balance | 676,710.53 |

*Interest earned this statement period  $834.30\**

*(\*) This amount represents interest accrued on your account during this statement period. Interest is available for withdrawal when paid to your account.*

*Annual Percentage Yield Earned this statement period 1.51%*

## *Deposit / Credit Activity (+)*     *Account: 03663971968*

| Date | Description | Amount |
|---|---|---|
| 06/22 | INTEREST PAYMENT | 834.30 |

## *Huntington Relationship MMA Balance Activity*     *Account: 03663971968*

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 05/23 | 676,710.53 | 06/22 | 677,544.83 | | |

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC. ⊞◇ and Huntington ◇ are federally registered service marks of Huntington Bancshares Incorporated. Patent pending for the 24-Hour Grace™ system and method.  ©2018 Huntington Bancshares Incorporated.

17-17361-aih   Doc 242   FILED 09/19/18   ENTERED 09/19/18 11:39:02   Page 24 of 25

**THE HUNTINGTON NATIONAL BANK**
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558



0003903 RICHARD M OSBORNE DIP SR
7265 MARKELL RD
WAITE HILL OH 44094-9312

*Have a Question or Concern?*

Stop by your nearest
Huntington office or
contact us at:

1-800-480-BANK (2265)

www.huntington.com

## *Huntington Relationship MMA Account*    *Account: 03663978602*

Statement Activity From:
05/24/18 to 06/22/18

| | |
|---|---|
| **Beginning Balance** | **$207,008.50** |
| Credits (+) | 0.00 |
| Debits (-) | 0.00 |
| Interest Paid (+) | 255.22 |
| Total Fees (-) | 0.00 |
| **Ending Balance** | **$207,263.72** |
| Average Balance | 200,539.21 |
| Low Balance | 99,000.00 |

*Interest earned this statement period  $255.22\**

*(\*) This amount represents interest accrued on your account during this statement period. Interest is
available for withdrawal when paid to your account.*

*Annual Percentage Yield Earned this statement period 1.51%*

## *Deposit / Credit Activity (+)*    *Account: 03663978602*

| Date | Description | Amount |
|---|---|---|
| 06/22 | INTEREST PAYMENT | 255.22 |

## *Huntington Relationship MMA Balance Activity*    *Account: 03663978602*

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 05/23 | 207,008.50 | 06/22 | 207,263.72 | | |

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned
subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC.  ▦® and Huntington ® are federally registered service marks of Huntington Bancshares
Incorporated. Patent pending for the 24-Hour Grace™ system and method.   ©2018 Huntington Bancshares Incorporated.