# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE RICHARD M. OSBORNE SR<br>*Debtor* | CASE NO. 17-17361<br>JUDGE ARTHUR I HARRIS<br>CHAPTER 11 |

## MOTION OF RICHARD M. OSBORNE TO EMPLOY REA & ASSOCIATES, INC. AS ACCOUNTANTS

Richard M. Osborne, as both the debtor and debtor-in-possession ("Debtor"), moves this Court for an order authorizing him to employ Raymond G. Onderisin, CPA and Rea & Associates, Inc. as accountants.

**Necessity for Employment**. The Debtor has determined that the administration of assets of the estate and the resolution of claims of creditors require the Debtor to perform or obtain accounting services. In particular, the Debtor has determined that an accountant is needed to prepare his personal tax return, to prepare other documents of a financial nature and to respond to requests for company information from the United States Trustee.

**Person to be Employed**. The Debtor seeks to employ Raymond G. Onderisin, CPA and Rea & Associates, Inc., 7201 Center St, Mentor OH 44060, Tel. 440-266-0077 ("Rea") as his accountants.

**Reasons for Selection**. Rea has been selected by Debtor to perform these services because Mr. Onderisin has been performing these services prepetition for the Debtor and is a person with expertise in preparing complex business related tax returns, as does Rea generally. In particular the Debtor has interests in over 100 entities some of which need to prepare tax returns or information before the Debtor's tax return can be filed. Mr. Onderisin has already prepared a substantial number of these returns, but many more remain to be completed.

**Professional Services to be Rendered**. The professional services Rea shall render consist of general accounting and tax preparation services and production of related documents.

**Proposed Arrangement for Compensation and Mr. Onderisin and Rea's**

**Connections with Other Entities**. The Debtor proposes to pay Rea for accounting services on an hourly basis. Mr. Onderisin's hourly rate is currently $300 per billable hour, but other associates and employees of Rea charge $110 to $300 per hour with an average hourly rate of $150. Rea is owed money for prepetition services, but is willing to waive payment if retained and is therefore a disinterested person as that term is defined in the Bankruptcy Code as shown by the verified statement of Raymond G. Onderisin, CPA, and only has the connections to other parties in interest set forth in that statement. However Rea does work for entities owned in whole or in part by the Debtor, and many of these entities need to prepare tax returns in order to prepare the Debtor's tax returns. The 2017 tax work that still needs to be done includes the following and will be compensated from the estate:

**Schedule C (operating single member LLC companies)**
    Big Oats Oilfield Supply Co
    Rockefeller Oil Company LLC
    Tatonka Oil Company LLC
    David Oil Company LLC
    Ohio Rural Natural Gas Co-op
    Ludlow Natural Gas Company LLC

**Partnership, Corp, or LLC (smllc)**
    Mentor Energy & Resources
    Yellowbrick Storage LLC
    Tin Man Storage LLC
    Wilson Land Properties LLC
    John D Resources LLC
    2100 Lakeside LLC
    Achievement Ltd
    Mentor Energy and Resources Co
    Ohio Pipeline LLC
    Lightning Oil Co Ltd
    Black Bear Realty LLC
    LEIMCO Development Company LLC
    John D Oil and Gas Marketing Co LLC
    Mentor Joint Venture

    Lightning Pipeline Company Ltd
    Liberty Self Stor II Ltd
    Kykuit Resources LLC
    Osborne Securities Inc
    Retirement Management Company

Tyler Blvd Holding Company
Center Street Investments Inc
Heisley Hopkins Inc

**No Activity Returns (Due 9-15-18) Form 1120s**
2681 ORCHARD WAY, INC.
7123 INDUSTRIAL PARK BLVD., INC.
7300 CENTER STREET, INC.
7350 PALISADES PARK WAY, INC.
CARDINAL FRANCHISE CORP
CENTER INVESTMENTS CORP.
CHARDON PROPERTIES, INC.
CHECKERS OF OHIO, INC.
DMO PROPERTIES, INC.
ERIE-COKE PROPERTIES, INC.
FAIRPORT HARBOR PROPERTIES, INC.
GREAT LAKES NITROGEN PIPELINE CO., INC.
GREAT LAKES OXYGEN WELDERS SUPPLY, INC.
GREAT LAKES PROPANE, INC.
HAMILTON PARTNERS, INC.
HAMILTON/MERCANTILE DEVELOPMENT COMPANY, INC.
HOPKINS HEISLEY, INC.
KAY-MC, INC.
LAKE HEISLEY I & II, INC.
LIGHTENING OIL COMPANY
MEADOWLANDS APARTMENT, INC.
MENTOR LEASING, INC.
MIDDLE SISTER ISLAND COMPANY
PAINESVILLE TOWNSHIP TRAILER PARK
POPEYE'S MARINA, INC.
ROUTE 20 BOWLING ALLEY, INC.

**Form 1065**
CONCORD GROUP LLC
LIGHTNING OIL CO., INC.
WOODLANDS ASSISTED LIVING RES, LLC

**Richard M. Osborne rental properties** (as of 12-31-16) – (no separate returns but profit or loss is necessary to be included in Mr. Osborne's 1040).
1101 Lost Nation
1113 Lost Nation
2450 North Ridge (Beckwith)
7000 Center Street (Abundant Joy, Classic)
7621-7623 Mentor Ave (Lane Furn, Skelly)
7750 Plaza Blvd (S Generations)
9010 Tyler (SL 15A Tyler)
Tin Man Storage Condos (rental operations)
OzGas Ltd (Swede Rd, Tidioute)

It is impossible to prepare the Debtor's tax return without completing these returns for related entities, but given the amount of work to be completed it is uncertain that the return will be filed on time in October 2018, a circumstance for which Rea will not be responsible.

Some entities have already been completed by Rea and compensated from other parties:

**RMO entities already finished because needed K1s - billed separately**
Lucky Brothers LLC

**RMO - Calabrese entities (paid by Calabrese) - finished and billed separately**

Midway Industrial Campus Co Ltd
27981 Euclid Co LLC
Madison Rt 20 LLC
Cobra Pipeline Co Ltd

In addition Rea recently completed work for Zak Burkons as Receiver for Orwell-Trumbull Pipeline Co Ltd.

THEREFORE, the Debtor respectfully requests that this Court enter an order authorizing the retention of Raymond G. Onderisin, CPA and Rea & Associates, Inc. as accountants to Debtor to perform the services necessary for the effective administration of the estate.

Respectfully submitted,
/s/ Frederic P. Schwieg, Esq.
Frederic P. Schwieg, Esq. (0030418)
Attorney at Law
2705 Gibson Dr
Rocky River, OH 44116
(440) 499-4506
(440) 398-0490
fschwieg@schwieglaw.com

## NOTICE

Pursuant to Local Bankruptcy Rule 9013-1, any objection to this application must be filed within 14 days from the date of service as set forth on the certificate of service. If no response or objection is timely filed, the Court is authorized to grant the relief requested without further notice.

## CERTIFICATE OF SERVICE

A copy of this Motion to Employ was served on the following on the date filed by Notice of Electronic Filing.

Gregory P. Amend on behalf of Creditor First National Bank of Pennsylvania
gamend@bdblaw.com, grichards@bdblaw.com

Alison L. Archer on behalf of Interested Party Lakeland Community College
alison.archer@ohioattorneygeneral.gov, Trish.Lazich@ohioattorneygeneral.gov;angelique.dennis-noland@ohioattorneygeneral.gov

Adam S. Baker on behalf of Creditor Michael E. Osborne, Sr.
abakerlaw@sbcglobal.net, adam@bakerlaw.us;abakerlaw@gmail.com

Austin B. Barnes, III on behalf of Creditor Tax Ease Ohio, LLC
abarnes@sandhu-law.com, bk1notice@sandhu-law.com

Robert D. Barr on behalf of Creditor Chicago Title Insurance Company
rbarr@koehler.law, rbarr@koehler.law

David T. Brady on behalf of Creditor Tax Ease Ohio, LLC
DBrady@Sandhu-Law.com, bk1notice@sandhu-law.com

Gregory M. Dennin on behalf of Debtor Richard M. Osborne
greg@gmdlplaw.com, djensch1@roadrunner.com

Stephen R. Franks on behalf of Creditor Bank of America, N.A.
amps@manleydeas.com

Christopher J. Klym on behalf of Creditor Ohio Department of Taxation
bk@KWkwlaw.com

Matthew H. Matheney on behalf of Creditor First National Bank of Pennsylvania
mmatheney@bdblaw.com, bhajduk@bdblaw.com

Timothy P. Palmer on behalf of Creditor The Huntington National Bank
timothy.palmer@bipc.com, donna.curcio@bipc.com

Kirk W. Roessler on behalf of Creditor Estate of Jerome T. Osborne
kroessler@walterhav.com, kballa@walterhav.com;slasalvia@walterhav.com

John J. Rutter on behalf of Creditor Mentor Lumber & Supply Co.
jrutter@ralaw.com

Frederic P. Schwieg on behalf of Debtor Richard M. Osborne
fschwieg@schwieglaw.com

Michael J. Sikora, III on behalf of Creditor Chicago Title Insurance Company
msikora@sikoralaw.com, aarasmith@sikoralaw.com;mtroha@sikoralaw.com

Nathaniel R. Sinn on behalf of Creditor First National Bank of Pennsylvania
nsinn@bdblaw.com, kslatinsky@bdblaw.com

Rachel L. Steinlage on behalf of Interested Party Zachary B Burkons
rsteinlage@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com

Andrew M. Tomko on behalf of Creditor Tax Ease Ohio, LLC
atomko@sandhu-law.com, bk1notice@sandhu-law.com

Jeffrey C. Toole on behalf of Interested Party Zachary B Burkons
toole@buckleyking.com, young@buckleyking.com;heberlein@buckleyking.com

Michael S. Tucker on behalf of Creditor Citizens Bank, N.A.
mtucker@ulmer.com

Maria D. Giannirakis ust06 on behalf of U.S. Trustee United States Trustee
maria.d.giannirakis@usdoj.gov

Scott R. Belhorn ust35 on behalf of U.S. Trustee United States Trustee
Scott.R.Belhorn@usdoj.gov

/s/ Frederic P. Schwieg, Esq.
Frederic P. Schwieg, Esq.

# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE RICHARD M. OSBORNE SR<br>*Debtor* | CASE NO. 17-17361<br>JUDGE ARTHUR I HARRIS<br>CHAPTER 11 |

### VERIFIED STATEMENT OF RAYMOND G. ONDERISIN, CPA PURSUANT TO FED RULE BANKR. P. 2014 IN SUPPORT OF MOTION OF RICHARD M. OSBORNE TO EMPLOY AS ACCOUNTANTS

Raymond G. Onderisin, CPA, being first duly sworn, deposes and says as follows:

1. He avers to the following statements from his personal knowledge.

2. He is a partner with Rea & Associates, Inc. ("Rea") and makes this verified statement pursuant to the provisions of the Bankruptcy Code regarding the employment of professional persons by Richard M. Osborne ("Debtor") and in light of the restrictions and requirements imposed therein by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the Local Rules of this Court.

3. This verified statement is to affirm to this Court that neither affiant, nor any person with whom he is associated in Rea is a relative by blood or marriage of any Bankruptcy Judge of the Northern District of Ohio, the United States Trustee for the Districts of Ohio and Michigan, Region IX, or any employee of said U.S. Trustee, and that he is not now nor has he ever been so connected with any such person as to render his appointment or the Court's approval of his appointment as accountant for the Debtor in the above-captioned matter improper.

4. He and Rea are "disinterested persons" as:

    a) He is not and has not served as an employee of the debtor within two years before the petition filing.

    b) He and Rea are not and have not been a general or limited partner of a partnership in which the debtor is also a general or limited partner. He and Rea are presently a creditor of the estate in that they are owed $77,725 for services rendered to the Debtor through 2017. However he and Rea are willing to waive repayment of that amount if retained in this case. He and Rea (or its predecessor companies) have provided accounting services to many entities owned in whole, or in part by the Debtor or his relatives. These entities

change over time as they go into or out of operation. A listing of the amounts owed to Rea by Debtor's entities is attached as Exhibit A, but Rea has provided accounting services for others. A list of the entities he worked for in the past year is attached as Exhibit B, and the other companies set forth in the Motion are true and correct.

c) He and Rea are not an insider of the debtor.

d) He and Rea have been paid fees prepetition but not for services to be rendered in this case nor do they hold a security interest guarantee or other assurance of compensation for services performed and to be performed in the case.

e) There is no agreement of any nature as to the sharing of any compensation to be paid to them other than employment contracts with Rea.

f) He and Rea do not have any interest materially adverse to the interest of the estate or of any class of creditors by reason of any direct or indirect relationship to, connection with the debtor, or for any other reason.

g) The rates of compensation set forth in the attached schedule and the Debtor's application to employ Rea are true and are the customary and usual rates charged by Rea for such services.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NOT

_____ CPA
Raymond G. Onderisin, CPA

SWORN TO BEFORE ME and subscribed in my presence this 19th day of September 2018.

_____
NOTARY PUBLIC



## SCHEDULE OF RATES OF COMPENSATION

| Title | Name | Rate Range (based on experience) |
|---|---|---:|
| Principal/Reviewer | Raymond G. Onderisin | $300 |
| Staff Accountant/Preparer | Various | $114 - $140 |

**Exhibit A:**

| Entity Name | Invoice Amounts |
|---|---:|
| Osair Inc | 80,732.00 |
| Cobra Pipeline Co Ltd | 2,250.00 |
| John D Resources LLC | 1,325.00 |
| Lucky Brothers LLC | 750.00 |

**27981 Euclid Co., LLC (069800.001)**

**John D. Resources, LLC (069800.003)**

**Lucky Brothers, LLC (069800.004)**

**Mentor Energy and Resources Company (069800.005)**

**PCO - Mayfield Ltd. (069800.006)**

**Ohio Pipeline LLC (069800.008)**

**John D Oil & Gas Company (069800.009)**

**Midway Industrial Campus Co. LLC (069800.010)**

**OZ Gas LTD. (069800.011)**

**Lightning Oil Co., Ltd. (069800.012)**

**Madison / Route 20, LLC (069800.013)**

**OsAir, Inc. (069800.014)**

**Popeye's Marina, Inc. (069800.015)**

**Meadowlands Apartment, Inc. (069800.016)**

**Hamilton/Merchantile Development Co., Inc. (069800.017)**

**Osborne Securities, Inc. (069800.018)**

**Cardinal Franchise Corp. (069800.019)**

**Painesville Township Trailer Park (069800.020)**

**The Retirement Management Company (069800.021)**

**Woodlands Assisted Living RES, LLC (069800.022)**

**Route 20 Bowling Alley, Inc. (069800.023)**

**Tyler Boulevard Holding Company (069800.024)**

**2681 Orchard Way Inc. (069800.025)**

**7123 Industrial Park Boulevard, Inc. (069800.026)**

**Black Bear Realty, Ltd. (069800.027)**

**Center Street Investments, Inc. (069800.028)**

**Checkers of Ohio, Inc. (069800.029)**

**Concord Group LLC (069800.030)**

**Erie-Coke Properties, Inc. (069800.031)**

**Hopkins Heisley Corp. (069800.032)**

**EXHIBIT B**

**LEIMCO Development Company (069800.033)**

**John D. Oil and Gas Marketing Company LLC (069800.034)**

**Mentor Joint Venture (069800.037)**

**Chowder Gas Storage Facility LLC (069800.038)**

**Lake Shore Gas Storage Inc. (069800.039)**

**Cobra Pipeline Co. Ltd. (069800.040)**

**7300 Center Street, Inc. (069800.042)**

**7350 Palisades Parkway, Inc. (069800.043)**

**Center Investments Corp. (069800.044)**

**Chardon Properties Inc. (069800.045)**

**Fairport Harbor Properties, Inc. (069800.046)**

**Great Lakes Nitrogen Pipeline Co., Inc. (069800.047)**

**Great Lakes Oxygen Welders Supply, Inc. (069800.048)**

**Hamilton Partners, Inc. (069800.049)**

**Lake Heisley I & II, Inc. (069800.051)**

**Mentor Leasing, Inc. (069800.052)**

**Middle Sister Island Company (069800.053)**

**Kay-MC, Inc. (069800.054)**

**Lightning Pipeline Company Ltd. (069800.055)**

**Orwell-Trumbull Pipeline Co., LLC (069800.056)**

**Great Lakes Plaza Ltd. (069800.059)**

**Heisley Hopkins, Inc. (069800.061)**

**The United States Wetlands Conservatory, Inc. (069800.063)**

**Liberty Self-Stor II, Ltd (069800.065)**

**Richard M. Osborne (069800.066)**

**Kykuit Resources, LLC (069800.067)**

**DMO Properties, Inc. (069800.068)**

**Great Lakes Propane, Inc. (069800.069)**