The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on September 21, 2018, which may be different from its entry on the record.

**IT IS SO ORDERED.**

**Dated: September 21, 2018**



ARTHUR I. HARRIS
UNITED STATES BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| IN RE RICHARD M. OSBORNE *Debtor* | CASE NO. 17-17361<br>CHAPTER 11<br>JUDGE ARTHUR I. HARRIS |

### AMENDED AGREED ORDER ON MOTION OF RECEIVER ZACHARY B. BURKONS FOR TURNOVER OF PROPERTY AND DEBTOR'S RESPONSE

Before the Court is the Motion of Receiver Zachary B. Burkons for Turnover of Property [Doc. 201] ("Motion" and "Receiver"), and the Response of Richard M. Osborne to Motion of Receiver Zachary B. Burkons for Turnover of Property [Doc. 228] ("Debtor" and "Response"). A hearing on the Motion and the Response having been scheduled for September 18, 2018 at 11:00 AM, all parties agreeing to the entry of this order, the Court FINDS and ORDERS as follows:

The Court FINDS:

1. On December 17, 2017 (the "Petition Date"), the Debtor filed his voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

2. The Debtor has continued in possession of his property and has continued to operate and manage his businesses as debtor-in possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code. No request has been made for the appointment of a trustee or examiner, and the United States Trustee has indicated that no official creditor committee is being formed in this case.

3. Hamilton Partners, Inc. is under the Receiver's Control in the State Court Case, and not the subject of a bankruptcy case in this Court. The Receiver is owed $2,000 from the Estate as it is the property of Hamilton Partners.

4. Tenant Carst paid $600 in May 2018 to the Debtor that was deposited into the DIP account after the Receiver was put in place on that property as a result of the First National Bank of Pennsylvania receiving relief from the automatic stay with read to that property

5. The following amounts belong to Wilson Land LLC a debtor in Case No. 18-10514:

| **Tenant** | **Address** | **Record Owner** | **Total Rent Sought** |
|---|---|---|---|
| Josh Brandts | 1204 W Jackson St | Wilson Land | $800.00 |
| Brittany Tillett | 7371 Reynolds Rd Mentor | Wilson Land | $3,400.00 |
| | | Total Wilson | $4,200.00 |

The Court ORDERS:

1. The Debtor will pay the Receiver $2,600 for rent due him from the estate.

2. The Debtor will pay $4,200 to Wilson Land LLC that is the property of Wilson Land.

3. The remaining requests in the Motion are denied.

###

| Prepared by: | Agreed to by: |
|---|---|
| */s/ Frederic P. Schwieg, Esq.* | */s/ David M. Neumann* |
| Frederic P. Schwieg, Esq. (0030418) | Richard M. Bain (0016525) |
| Attorney at Law | David M. Neumann (0068747) |
| 2705 Gibson Dr | MEYERS, ROMAN, FRIEDBERG & LEWIS |
| Rocky River, OH 44116 | 28601 Chagrin Boulevard, Suite 600 |
| (440) 499-4506 | Cleveland, Ohio 44122 |
| Fax: (440) 398-0490 | (216) 831-0042 Fax: (216) 831-0542 |
| fschwieg@schwieglaw.com | Email: rbain@meyersroman.com |
| Attorney for Richard M. Osborne | dneumann@meyersroman.com |
| 4. | Attorneys for Receiver Zachary B. Burkons |

**ECF SERVICE**

Electronic Mail Notice List
The following is a list of the parties who are on the list to receive e-mail notice/service for this case:
Gregory P. Amend on behalf of Creditor First National Bank of Pennsylvania
gamend@bdblaw.com, grichards@bdblaw.com

Alison L. Archer on behalf of Interested Party Lakeland Community College
alison.archer@ohioattorneygeneral.gov, Trish.Lazich@ohioattorneygeneral.gov;angelique.dennis-noland@ohioattorneygeneral.gov

Adam S. Baker on behalf of Creditor Michael E. Osborne, Sr.
abakerlaw@sbcglobal.net, adam@bakerlaw.us;abakerlaw@gmail.com

Austin B. Barnes, III on behalf of Creditor Tax Ease Ohio, LLC
abarnes@sandhu-law.com, bk1notice@sandhu-law.com

Robert D. Barr on behalf of Creditor Chicago Title Insurance Company
rbarr@koehler.law, rbarr@koehler.law

David T. Brady on behalf of Creditor Tax Ease Ohio, LLC
DBrady@Sandhu-Law.com, bk1notice@sandhu-law.com

LeAnn E. Covey on behalf of Creditor Bank of America, N.A.
bknotice@clunkhoose.com

Stephen R. Franks on behalf of Creditor Bank of America, N.A.
amps@manleydeas.com

Stephen John Futterer on behalf of Creditor City of Willoughby
sjfutterer@sbcglobal.net, r43087@notify.bestcase.com

Christopher J. Klym on behalf of Creditor Ohio Department of Taxation
bk@hhkwlaw.com

Matthew H. Matheney on behalf of Creditor First National Bank of Pennsylvania
mmatheney@bdblaw.com, bhajduk@bdblaw.com

Kelly Neal on behalf of Creditor The Huntington National Bank
kelly.neal@bipc.com, donna.curcio@bipc.com

David M. Neumann on behalf of Interested Party Zachary B Burkons
dneumann@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com

Timothy P. Palmer on behalf of Creditor The Huntington National Bank
timothy.palmer@bipc.com, donna.curcio@bipc.com

Kirk W. Roessler on behalf of Creditor Estate of Jerome T. Osborne
kroessler@walterhav.com, kballa@walterhav.com;slasalvia@walterhav.com

John J. Rutter on behalf of Creditor Mentor Lumber & Supply Co.
jrutter@ralaw.com

Frederic P. Schwieg on behalf of Attorney Frederic P. Schwieg
fschwieg@schwieglaw.com

Frederic P. Schwieg on behalf of Debtor Richard M. Osborne
fschwieg@schwieglaw.com

Michael J. Sikora, III on behalf of Creditor Chicago Title Insurance Company
msikora@sikoralaw.com, aarasmith@sikoralaw.com

Nathaniel R. Sinn on behalf of Creditor First National Bank of Pennsylvania
nsinn@bdblaw.com, kslatinsky@bdblaw.com

Rachel L. Steinlage on behalf of Interested Party Zachary B Burkons
rsteinlage@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com;rbain@meyersroman.com

Andrew M. Tomko on behalf of Creditor Tax Ease Ohio, LLC
atomko@sandhu-law.com, bk1notice@sandhu-law.com

Jeffrey C. Toole on behalf of Interested Party Zachary B Burkons
toole@buckleyking.com, young@buckleyking.com;heberlein@buckleyking.com

Michael S. Tucker on behalf of Creditor Citizens Bank, N.A.
mtucker@ulmer.com

Maria D. Giannirakis ust06 on behalf of U.S. Trustee United States Trustee
maria.d.giannirakis@usdoj.gov

Scott R. Belhorn ust35 on behalf of U.S. Trustee United States Trustee
Scott.R.Belhorn@usdoj.gov