The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on September 27, 2018, which may be different from its entry on the record.

**IT IS SO ORDERED.**

**Dated: September 27, 2018**



ARTHUR I. HARRIS
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE RICHARD M. OSBORNE SR. | : | CASE NO. 17-17361 |
| *Debtor* | : | CHAPTER 11 |
| | : | JUDGE ARTHUR I. HARRIS |

**ORDER GRANTING MOTION FOR ADMISSION
*PRO HAC VICE* OF RICHARD W. DiBELLA**

Upon the Motion for Admission *Pro Hac Vice* of Richard W. DiBella, it is hereby ORDERED that:

1. The Motion is granted in its entirety.

2. Richard W. DiBella is hereby admitted *pro hac vice* to appear before this Court in the above-captioned chapter 11 case.

SUBMITTED BY:

/s/Richard W. DiBella
Richard W. DiBella, Esquire
DiBella Geer McAllister & Best, P.C.
20 Stanwix Street, 11th Floor
Pittsburgh, PA 15222

OH I.D. NO.: 0074571
Telephone: (412)261-2900
Email: rdibella@dgmblaw.com

*Counsel to Nationwide Mutual Fire Insurance Company*

# CERTIFICATE OF SERVICE

A copy of this Order granting counsel's Motion to Admit Counsel Pro Hac Vice is to be served on the following by Notice of Electronic Filing or email.

The following is a list of the parties who are on the list to receive e-mail notice/service for this case:
**17-17361 Notice will be electronically mailed to the U.S. Trustee, and:**

Gregory P. Amend on behalf of Creditor First National Bank of Pennsylvania
gamend@bdblaw.com, grichards@bdblaw.com

Alison L. Archer on behalf of Interested Party Lakeland Community College
alison.archer@ohioattorneygeneral.gov, Trish.Lazich@ohioattorneygeneral.gov; angelique.dennis-noland@ohioattorneygeneral.gov

Adam S. Baker on behalf of Creditor Michael E. Osborne, Sr.
abakerlaw@sbcglobal.net, adam@bakerlaw.us; abakerlaw@gmail.com

Austin B. Barnes, III on behalf of Creditor Tax Ease Ohio, LLC
abarnes@sandhu-law.com, bk1notice@sandhu-law.com

Robert D. Barr on behalf of Creditor Chicago Title Insurance Company
rbarr@koehler.law, rbarr@koehler.law

David T. Brady on behalf of Creditor Tax Ease Ohio, LLC
DBrady@Sandhu-Law.com, bk1notice@sandhu-law.com

Stephen R. Franks on behalf of Creditor Bank of America, N.A.
amps@manleydeas.com

Christopher J. Klym on behalf of Creditor Ohio Department of Taxation
bk@hhkwlaw.com

Matthew H. Matheney on behalf of Creditor First National Bank of Pennsylvania
mmatheney@bdblaw.com bhajduk@bdblaw.com

Timothy P. Palmer on behalf of Creditor The Huntington National Bank
timothy.palmer@bipc.com, donna.curcio@bipc.com

Kirk W. Roessler on behalf of Creditor Estate of Jerome T. Osborne
kroessler@walterhav.com, kballa@walterhav.com; slasalvia@walterhav.com

John J. Rutter on behalf of Creditor Mentor Lumber & Supply Co.
jrutter@ralaw.com

Frederic P. Schwieg on behalf of Debtor Richard M. Osborne
fschwieg@schwieglaw.com

Michael J. Sikora, III on behalf of Creditor Chicago Title Insurance Company
msikora@sikoralaw.com, aarasmith@sikoralaw.com; mtroha@sikoralaw.com

Nathaniel R. Sinn on behalf of Creditor First National Bank of Pennsylvania
nsinn@bdblaw.com, kslatinsky@bdblaw.com

Andrew M. Tomko on behalf of Creditor Tax Ease Ohio, LLC
atomko@sandhu-law.com, bk1notice@sandhu-law.com

Jeffrey C. Toole on behalf of Interested Party Zachary B Burkons
toole@buckleyking.com, young@buckleyking.com; heberlein@buckleyking.com

Michael S. Tucker on behalf of Creditor Citizens Bank, N.A.
mtucker@ulmer.com
Fred Schwieg on behalf of the Debtor, Richard M. Osborne
Fschwieg@Schwieglaw.com

Maria D. Giannirakis ust06 on behalf of U.S. Trustee United States Trustee
maria.d.giannirakis@usdoj.gov

Scott R. Belhorn ust35 on behalf of U.S. Trustee United States Trustee
Scott.R.Belhorn@usdoj.gov

By Mail on:

Joseph T. Svete, Esq.
Svete & McGee Co., LPA
100 Parker Court
Chardon, Ohio 44024-1141
svete@smc-law.com
Counsel for Diane Osborne

Michael C. Perlmuter, Esq.
President and General Counsel
Alex N. Sill Company
6000 Lombardo Center, Suite 600
Cleveland, OH 44131
mperlmuter@sill.com

Richard Thomas, Esq.
Henderson, Covington, Messenger, Newman & Thomas Co., L.P.A.
6 Federal Plaza Central, Suite 1300
Youngstown, Ohio 44503
rthomas@hendersoncovington.com
Counsel for Home Savings Bank

Jerry R. Krzys, Esq.
Henderson, Covington, Messenger, Newman & Thomas Co., L.P.A.
6 Federal Plaza Central, Suite 1300
Youngstown, Ohio 44503
jkrzys@hendersoncovington.com
Counsel for Home Savings Bank

/s/ Richard W. DiBella
Richard W. DiBella