# UNITED STATES BANKRUPTCY COURT
## _____NORTHERN  DISTRICT OF OHIO_____

IN RE:   RICHARD M. OSBORNE       }      CASE NUMBER:  17-17361

                                      }

                                      }

                                      }      JUDGE   HARRIS

                                      }

    DEBTOR.                    }      CHAPTER 11

---

### DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
### FOR THE PERIOD
**FROM**      8/1/18      **TO**     8/31/18

Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated:   10/9/2018

/s/Frederic P. Schwieg, Esq.
Attorney for Debtor

Debtor's Address
and Phone Number:
7265 Markell Rd.
Waite Hill, OH 44094
_____

Tel. _____ 216-215-1313

Attorney's Address
and Phone Number:
2705 Gibson Dr.
Rocky River, OH 44116-3008
_____

Bar No. ___ 0030418
Tel. _____ 440-499-4506

Note:  The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the followng resources on the United States Trustee Program website, http://www.justice.gov/ust/r20/index.htm
1)      Instructions for Preparation Debtor's Chapter 11 Monthly Operating Report
2)      Initial Filing Requirements
3)      Frequently Asked Questions (FAQs)

# SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

| Case Name: RICHARD M. OSBORNE |
|---|
| Case Number: 17-17361 |

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this report.

| | Month<br>August, 2018 | Cumulative<br>Total |
|---|---|---|
| **CASH- Beginning of Month (Household)** | $202,257.49 | $771,352.73 |
| **CASH- Beginning of Month (Business)** | $674,774.49 | $2,785,709.92 |
| | | |
| **Total Household Receipts** | $20,317.64 | $320,051.60 |
| **Total Business Receipts** | $14,108.81 | $810,278.60 |
| **Total Receipts** | $34,426.45 | $1,130,330.20 |
| | | |
| **Total Household Disbursements** | $69,938.25 | $168,053.16 |
| **Total Business Disbursements** | $18,478.28 | $148,805.80 |
| **Total Disbursements** | $88,416.53 | $316,858.96 |
| | | |
| NET CASH FLOW (Total Receipts minus Total Disbursements) | ($53,990.08) | $822,933.60 |
| | | |
| **CASH- End of Month (Individual)** | $152,636.88 | $923,351.17 |
| **CASH- End of Month (Business)** | $670,405.02 | $3,456,114.94 |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| | | |
|---|---|---|
| **TOTAL DISBURSEMENTS (From Above)** | $88,416.53 | $316,858.96 |
| **Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw)** | $0.00 | $0.00 |
| | | |
| **DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION** | $88,416.53 | $316,858.96 |

**I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief**

10/9/2018  /s/ Richard M. Osborne, Sr.

Debtor's Signature

Monthly Operating Report - Indivdual

# SCHEDULE OF HOUSEHOLD
# CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month | Cumulative |
|---|---|---|
| | Aug-18 | Total |
| **CASH** - Beginning of Month | $202,257.49 | |
| | | |
| **CASH RECEIPTS** | | |
| Salary or Cash from Business | | |
| Wages from Other Sources (attach list to this report) | | |
| Interest or Dividend Income | $224.64 | $860.09 |
| Alimony or Child Support | | |
| Social Security/Pension/Retirement | $2,563.00 | $23,019.00 |
| Sale of Household Assets (attach list to this report) | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | |
| Other (specify) (attach list to this report) | $30.00 | $66,297.51 |
| Receipts from JTO Estate | $17,500.00 | $229,875.00 |
| **TOTAL RECEIPTS** | $20,317.64 | $320,051.60 |
| | | |
| **CASH DISBURSEMENTS** | | |
| Alimony or Child Support Payments | | |
| Charitable Contributions | | |
| Gifts | | |
| Household Expenses/Food/Clothing | $3,570.55 | $18,675.28 |
| Household Repairs & Maintenance | $4,359.12 | $16,347.92 |
| Insurance | $324.11 | $16,512.02 |
| IRA Contribution | | |
| Lease/Rent Payments | | |
| Medical/Dental Payments | $520.23 | $7,632.76 |
| Mortgage Payment(s) | $1,100.00 | $1,100.00 |
| Other Secured Payments | $845.00 | $9,995.00 |
| Taxes - Personal Property | | |
| Taxes - Real Estate | | |
| Taxes Other (attach schedule) | | |
| Travel & Entertainment | $5,125.18 | $12,161.98 |
| Tuition/Education | | |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | $8,596.68 | $22,523.25 |
| Vehicle Expenses | $1,254.31 | $8,276.40 |
| Vehicle Secured Payment(s) | | |
| U. S. Trustee Quarterly Fees | | $1,950.00 |
| Professional Fees (Legal, Accounting) | $44,199.07 | $47,549.07 |
| Other (attach schedule) repair vehicle | | $1,827.15 |
| Subscriptions | $19.00 | $745.66 |
| Miscellaneous | $25.00 | $2,531.10 |
| Traffic Ticket | | $225.57 |
| **Total Household Disbursements** | $69,938.25 | $168,053.16 |
| | | |
| **CASH - End of Month** (Must equal reconciled bank statement-Attachment No. 2) | $152,636.88 | |

# SCHEDULE OF BUSINESS
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month | Cumulative |
|---|---|---|
| | Aug-18 | Total |
| **CASH** - Beginning of Month | $674,774.49 | |
| | | |
| **BUSINESS CASH RECEIPTS** | | |
| Cash Sales | | |
| Account Receivable Collection | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | |
| Rental Income | $13,244.50 | $116,931.28 |
| Sale of Business Assets (attach list to this report) | | $675,932.75 |
| Other (specify) (attach list to this report) Interest Income | $864.31 | $3,373.87 |
| Miscellaneous | | $14,040.70 |
| **Total Business Receipts** | $14,108.81 | $810,278.60 |
| | | |
| **BUSINESS CASH DISBURSEMENTS** | | |
| Net Payroll (Excluding Self) | $10,382.75 | $62,942.09 |
| Salary Paid to Debtor or Owner's Draw (e.g., transfer to Household Account) | | |
| Taxes - Payroll | | $278.00 |
| Taxes - Sales | | |
| Taxes Other (attach schedule) Workers Comp | $356.43 | $549.86 |
| Contract Labor (Subcontractors) | | $1,800.00 |
| Inventory Purchases | | |
| Secured/Lease Payments (Business) | $6,451.93 | $44,340.12 |
| Utilities (Business) | $144.80 | $7,137.81 |
| Insurance | $551.15 | $4,119.48 |
| Vehicle Expenses | | $2,377.26 |
| Travel & Entertainment | | $530.14 |
| Repairs and Maintenance | $435.00 | $13,843.70 |
| Supplies | | $486.64 |
| Charitable Contributions/Gifts | | |
| Purchase of Fixed Assets | | |
| Advertising | | |
| Bank Charges | | $226.11 |
| Other (attach schedule) | | $4,052.72 |
| Miscellanrous | $156.22 | $6,121.87 |
| **Total Business Disbursements** | $18,478.28 | $148,805.80 |
| | | |
| **CASH - End of Month** (Must equal reconciled bank statement - Attachment No. 2) | $670,405.02 | |

Monthly Operating Report - Individual

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business during this reporting period? | | xxxx |
| 2. Have any funds been disbursed from any account other than a debtor in possession account? | | xxxx |
| 3. Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | xxxx |
| 4. Have any payments been made on pre-petition liabilities this reporting period? | | xxxx |
| 5. Have any post-petition loans been received by the debtor from any party? | | XXXX |
| 6. Are any post-petition payroll taxes past due? | | XXXX |
| 7. Are any post-petition state or federal income taxes past due? | | xxxx |
| 8. Are any post-petition state or local sales taxes past due? | | xxxx |
| 9. Are any post-petition real estate taxes past due? | | xxxx |
| 10. Are any amounts owed to post-petition creditors/vendors delinquent? | | xxxx |
| 11. Are any wage payments past due? | | XXXX |

**\*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.**

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | XXXX | |
| 2. Are all premium payments current? | XXXX | |

**\*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.**

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY        and        CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| Rental Property Policy, State Farrm 9there are at least 18 different policies) | Most end 11-18 | $16,917 annual | 0 |
| | | | |
| | | | |
| | | | |
| | | | |

_____ Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

| DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD: |
|---|
| |
| |
| Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: _____          Dec-18 |

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | Huntington | Huntington-RE | Huntington Int | |
| Account Number: | 2665744835 | 3663971968 | 3663978602 | |
| Purpose of Account (Business/Personal) | Bus/Pers | Real Estate | Savings | |
| Type of Account (e.g. checking) | Checking | Money Market | Money Market | |
| | | | | |
| 1. **Balance per Bank Statement** | $5,182.89 | $679,300.16 | $139,758.93 | |
| 2. **ADD**: Deposits not credited (attach list to this report) | $0.00 | $0.00 | $0.00 | |
| 3. **SUBTRACT**: Outstanding Checks (attach list) | $1,200.08 | $0.00 | $0.00 | |
| 4. Other Reconciling Items (attach list to this report) | $0.00 | $0.00 | $0.00 | |
| 5. **Month End Balance** (Must Agree with Books) | $3,982.81 | $679,300.16 | $139,758.93 | |
| TOTAL OF ALL ACCOUNTS | | | | $823,041.90 |
| | | | | |

**Note: Attach a copy of the bank statement and bank reconciliation for each account.**

| Investment Account Information<br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Note: Attach a copy of each investment account statement.**

# Richard M Osborne DIP
## Cash Receipts Register
## Huntington - Household
## For August 2018

| Date | Reference | Type | Payee/Paid By | Memo | Receipt Amt |
|------|-----------|------|---------------|------|-------------|
| 8/1/18 | 3950 | Receipt | Estate JTO | From the estate of Jerome T. Osborne | 5,000.00 |
| 8/7/18 | 25607 | Receipt | woodside | From the estate of Jerome T. Osborne | 12,500.00 |
| 8/15/18 | 114335 | Receipt | clerk of courts | refund | 30.00 |
| 8/21/18 | 08/21/18 | Gen. Jrnl. | Huntington | interest earned | 1.58 |
| 8/24/18 | Bank | Receipt | Huntington | interest earned | 223.06 |
| 8/27/18 | 1005 | Receipt | SSA | Socail Security | 2,563.00 |
| | | **Total** | | | **20,317.64** |

17-17361-aih    Doc 262    FILED 10/09/18    ENTERED 10/09/18 13:07:10    Page 7 of 26

| Date | Reference | Type | Payee/Paid By | Memo | Payment Amt |
|------|-----------|------|---------------|------|------------:|
| 8/1/18 | pos8118-1 | Payment | Discount Drug | prescriptions | 116.43 |
| 8/1/18 | pos8218-1 | Payment | MCDonalds | Meals | 7.40 |
| 8/6/18 | pos8618-1 | Payment | sahli & sahli inc | Meals | 18.26 |
| 8/6/18 | pos8718-1 | Payment | Vista cost | Meals | 43.15 |
| 8/6/18 | pos8718-2 | Payment | Vista cost | Meals | 43.15 |
| 8/7/18 | 1756 | Payment | Erie Bank | Loan payment | 1,100.00 |
| 8/7/18 | 1760 | Payment | Schwieg | Legal Fees | 44,199.07 |
| 8/7/18 | 1761 | Payment | osborne Lance | Interest | 270.00 |
| 8/7/18 | 1762 | Payment | Hathy | Interest | 575.00 |
| 8/9/18 | pos8918-1 | Payment | johnnys bar | entertainment | 278.00 |
| 8/9/18 | pos8918-2 | Payment | MCDonalds | Meals | 34.92 |
| 8/9/18 | pos8918-3 | Payment | Walmart | supplies | 192.56 |
| 8/9/18 | pos8918-4 | Payment | Tractor supply | supplies | 494.52 |
| 8/9/18 | pos8918-5 | Payment | Giant Eagle | groceries | 84.56 |
| 8/13/18 | 1764 | Payment | aarp | health insurance | 210.21 |
| 8/13/18 | 1765 | Payment | Aqua | Utilities | 65.69 |
| 8/13/18 | 1766 | Payment | AT&T | Utilities | 64.76 |
| 8/13/18 | 1767 | Payment | big Oats | vehicle | 103.08 |
| 8/13/18 | 1768 | Payment | city of pain | Utilities | 92.24 |
| 8/13/18 | 1769 | Payment | Deep Springs | entertainment | 2,631.88 |
| 8/13/18 | 1770 | Payment | Directv | Utilities | 387.78 |
| 8/13/18 | 1771 | Payment | Illuminating | Utilities | 65.36 |
| 8/13/18 | 1772 | Payment | Knox Energy | Utilities | 11.06 |
| 8/13/18 | 1773 | Payment | Lake county farm | miscellaneous | 74.00 |
| 8/13/18 | 1774 | Payment | RVK | maintenance & repairs | 337.00 |
| 8/13/18 | pos81318-1 | Payment | MCDonalds | Meals | 35.41 |
| 8/14/18 | 1708 | Payment | Classic Cadillac | vehicle | 770.30 |
| 8/15/18 | pos81518-1 | Payment | Walmart | supplies | 183.75 |
| 8/15/18 | pos81518-2 | Payment | cvs | supplies | 12.55 |
| 8/15/18 | pos81518-3 | Payment | Giant Eagle | groceries | 153.05 |
| 8/15/18 | pos81518-4 | Payment | Speedway | vehicle | 15.00 |
| 8/16/18 | pos81618-1 | Payment | MCDonalds | Meals | 20.62 |
| 8/16/18 | pos81618-2 | Payment | Tractor supply | supplies | 59.03 |
| 8/16/18 | pos81718 | Payment | Illuminating | Utilities | 778.27 |
| 8/17/18 | 1709 | Payment | Phillips S | prescriptions | 162.16 |
| 8/17/18 | 1710 | Payment | shima Limo | entertainment | 577.85 |
| 8/17/18 | pos81718-1 | Payment | sahli & sahli inc | Meals | 49.74 |
| 8/17/18 | pos81718-2 | Payment | sahli & sahli inc | Meals | 28.60 |

17-17361-aih    Doc 262    FILED 10/09/18    ENTERED 10/09/18 13:07:10    Page 8 of 26

# Richard M Osborne DIP
## Cash Receipts Register
## Huntington - Business
## For August 2018

| Date | Reference | Type | Payee/Paid By | Memo | | Receipt Amt |
|------|-----------|------|---------------|------|---|-------------|
| 8/1/18 | 1056 | Receipt | Spetz 15499 Kinsman | 8/1/18 | Rent | 600.00 |
| 8/1/18 | 1284 | Receipt | groves730columbia | 8/1/18 | Rent | 600.00 |
| 8/1/18 | 4382 | Receipt | Balog 7792 Ravenna | 8/1/18 | Rent | 500.00 |
| 8/6/18 | #214 | Receipt | wilson 7741 Auburn | 8/6/18 | Rent | 600.00 |
| 8/6/18 | CASH 8/6/201 | Receipt | Wallenfelz 7474 pres | 8/6/18 | Rent | 1,000.00 |
| 8/7/18 | 2216 | Receipt | Brown 11579 Girdled | 8/7/18 | Rent | 2,200.00 |
| 8/7/18 | 853 | Receipt | fratus 1180w.jackson | 8/7/18 | Rent | 800.00 |
| 8/8/18 | 1152 | Receipt | the learning tree | 8/8/18 | Rent | 1,272.00 |
| 8/10/18 | Moneygram-41 | Receipt | boone 6980Ravenna | 8/10/18 | Rent | 600.00 |
| 8/14/18 | 2618 | Receipt | zukowski 5660vrooman | 8/14/18 | Rent | 1,100.00 |
| 8/15/18 | 152865 | Receipt | TOAD | 8/15/18 | Rent | 800.00 |
| 8/20/18 | cash82018 | Receipt | Salupo 7482center# | 8/20/18 | Rent | 800.00 |
| 8/23/18 | 118 | Receipt | jusko 11575 Girdled | 8/23/18 | Rent | 1,050.00 |
| 8/24/18 | Bank | Receipt | Huntington | 8/24/18 | Interest | 864.31 |
| 8/27/18 | 2002282158 | Receipt | Airgas | 8/27/18 | Rent | 1,322.50 |
| | | **Total** | | | | **14,108.81** |

17-17361-aih    Doc 262    FILED 10/09/18    ENTERED 10/09/18 13:07:10    Page 9 of 26

# Richard M Osborne DIP
## Cash Disbursements Register
## Huntington - Household
## For August 2018

| Date | Reference | Type | Payee/Paid By | Memo | Payment Amt |
|------|-----------|------|---------------|------|------------:|
| 8/20/18 | 1743 | Payment | Knox Energy | Utilities | 44.24 |
| 8/20/18 | 82018-1 | Payment | sahli & sahli inc | Meals | 28.60 |
| 8/20/18 | 82018-2 | Payment | wall street | subscription | 19.00 |
| 8/20/18 | 82018-3 | Payment | Vista cost | Meals | 43.22 |
| 8/20/18 | 82018-4 | Payment | Vista cost | Meals | 43.22 |
| 8/20/18 | 82018-5 | Payment | Vista cost | Meals | 43.22 |
| 8/20/18 | 82018-6 | Payment | MCDonalds | Meals | 17.14 |
| 8/20/18 | 82018-7 | Payment | Cummins | maintenance & repairs | 787.89 |
| 8/20/18 | pos82018-1 | Payment | Illuminating | Utilities | 6,196.31 |
| 8/21/18 | 1744 | Payment | AT&T | Utilities | 183.83 |
| 8/21/18 | 82118-1 | Payment | shuhei | Meals | 282.40 |
| 8/21/18 | 82118-2 | Payment | Walmart | supplies | 170.44 |
| 8/21/18 | 82118-3 | Payment | Discount Drug | prescriptions | 64.38 |
| 8/23/18 | 82318-1 | Payment | MCDonalds | Meals | 21.80 |
| 8/23/18 | 82318-2 | Payment | Tractor supply | supplies | 182.46 |
| 8/23/18 | 82318-3 | Payment | Walmart | supplies | 285.30 |
| 8/24/18 | 82418-1 | Payment | bull dog battery | maintenance & repairs | 34.23 |
| 8/27/18 | 1747 | Payment | Ray's Mowing | maintenance & repairs | 3,200.00 |
| 8/27/18 | 1748 | Payment | westfield Insurance | insurance | 113.90 |
| 8/27/18 | 1775 | Payment | ACN | Utilities | 67.46 |
| 8/27/18 | 1777 | Payment | AT&T | Utilities | 49.97 |
| 8/27/18 | 1778 | Payment | big Oats | vehicle | 288.93 |
| 8/27/18 | 1779 | Payment | dominion | Utilities | 47.26 |
| 8/27/18 | 1780 | Payment | Illuminating | Utilities | 542.45 |
| 8/27/18 | 1782 | Payment | Phillips S | prescriptions | 60.83 |
| 8/27/18 | 82718-2 | Payment | Brueggers | Meals | 11.04 |
| 8/27/18 | 82718-3 | Payment | MCDonalds | Meals | 22.11 |
| 8/27/18 | 82718-4 | Payment | Sheetz | vehicle | 77.00 |
| 8/27/18 | 82718-5 | Payment | Walmart | supplies | 212.37 |
| 8/27/18 | 82718-6 | Payment | sahli & sahli inc | Meals | 36.00 |
| 8/28/18 | pos82818-1 | Payment | hard rock | entertainment | 70.01 |
| 8/28/18 | pos82818-2 | Payment | jet blue airways | travel | 172.40 |
| 8/28/18 | pos82818-3 | Payment | travel fees | travel | 31.00 |
| 8/29/18 | pos82918-1 | Payment | Courtyard Cleveland | entertainment | 784.04 |
| 8/29/18 | pos82918-2 | Payment | hard rock | entertainment | 506.00 |
| 8/29/18 | pos82918-3 | Payment | DrugMart | prescriptions | 116.43 |
| 8/29/18 | pos82918-4 | Payment | Corky and Lenny's | Meals | 20.99 |
| 8/29/18 | pos82918-5 | Payment | cork and Lennys | Meals | 65.52 |

17-17361-aih    Doc 262    FILED 10/09/18    ENTERED 10/09/18 13:07:10    Page 10 of 26

# Richard M Osborne DIP
## Cash Disbursements Register
## Huntington - Household
## For August 2018

| Date | Reference | Type | Payee/Paid By | Memo | Payment Amt |
|------|-----------|------|---------------|------|------------:|
| 8/30/18 | pos83018-1 | Payment | Tractor supply | supplies | 227.91 |
| 8/30/18 | pos83018-2 | Payment | Walmart | supplies | 339.86 |
| 8/30/18 | pos83018-3 | Payment | Giant Eagle | groceries | 19.52 |
| 8/30/18 | pos83018-4 | Payment | MCDonalds | Meals | 36.16 |
| 8/31/18 | 08/31/18 | Gen. Jrnl. | | bank fee | 25.00 |
| | | **Total** | | | **69,938.25** |

17-17361-aih    Doc 262    FILED 10/09/18    ENTERED 10/09/18 13:07:10    Page 11 of 26

# Richard M Osborne DIP
## Account Reconciliation
## As of Aug 31, 2018
## 1004 - Cash - Huntington DIP
## Bank Statement Date: August 31, 2018

Filter Criteria includes: Report is printed in Detail Format.

| | | | | |
|---|---|---|---|---|
| Beginning GL Balance | | | | 1,060.26 |
| Add: Cash Receipts | | | | 33,337.50 |
| Less: Cash Disbursements | | | | (78,008.78) |
| Add (Less) Other | | | | 47,593.83 |
| Ending GL Balance | | | | 3,982.81 |
| Ending Bank Balance | | | | 5,182.89 |
| Add back deposits in transit | | | | |
| Total deposits in transit | | | | |
| (Less) outstanding checks | Feb 5, 2018 | 1504 | (240.21) | |
| | Jun 27, 2018 | 1679 | (113.90) | |
| | Aug 27, 2018 | 1748 | (113.90) | |
| | Aug 13, 2018 | 1765 | (65.69) | |
| | Aug 13, 2018 | 1773 | (74.00) | |
| | Aug 27, 2018 | 1775 | (67.46) | |
| | Aug 27, 2018 | 1776 | (61.32) | |
| | Aug 27, 2018 | 1781 | (435.00) | |
| | Aug 20, 2018 | 82018-1 | (28.60) | |
| Total outstanding checks | | | | (1,200.08) |
| Add (Less) Other | | | | |
| Total other | | | | |
| Unreconciled difference | | | | 0.00 |
| Ending GL Balance | | | | 3,982.81 |

17-17361-aih    Doc 262    FILED 10/09/18    ENTERED 10/09/18 13:07:10    Page 12 of 26

Jump To Pending Transactions

Jump To Transaction History

Jump To Scheduled Transactions

## Account Information

| | | | | |
|---|---|---|---|---|
| Today's Beginning Balance | $10,546.39 | Nickname | | Huntington 25 Interest Checking |
| **Pending Transactions** | -$72.40 | Type | | Huntington 25 Interest Checking |
| Deposit Holds | $0.00 | Routing Number | | 041000153 |
| **Account Balance** | **$10,473.99** | Account Number | *******4835 | Show |
| | | Overdraft Protection (ODP) | | None |

Expanded Account Information

| | | | |
|---|---|---|---|
| Interest Earned but Not Paid | $0.74 | Year To Date Interest | $41.86 |
| Previous Year Interest | $0.00 | | |

## Pending Transactions

| Date | Type | Payee/Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| 09/05/2018 | Debit Card | BUSHNELL STORE XXXXXXXXXXXX3435 | -$72.40 | | $10,473.99 |

## Transaction History

From 08/01/2018    To 08/31/2018    View a Report >>> ▼

Download

8-31-18
BALANCE

| Date | Number | Type | Payee/Description | Tag | Debit | Credit | Account Balance |
|---|---|---|---|---|---|---|---|
| 08/31/2018 | 0 | Electronic Debit | OHIO PAYROLL PLU RMO | | -$3,470.94 | | $5,182.89 |
| 08/31/2018 | 1779 | Check | SUBSTITUTE CHECK | | -$47.26 | | $8,652.95 |
| 08/31/2018 | 1777 | Check | SUBSTITUTE CHECK | | -$49.97 | | $8,700.21 |
| 08/31/2018 | 1770 | Check | SUBSTITUTE CHECK | | -$389.78 | | $8,750.18 |
| 08/31/2018 | 1768 | Check | SUBSTITUTE CHECK | | -$92.25 | | $9,137.96 |
| 08/31/2018 | 1764 | Check | SUBSTITUTE CHECK | | -$210.21 | | $9,230.20 |
| 08/31/2018 | 1749 | Check | SUBSTITUTE CHECK | | -$631.15 | | $9,440.41 |
| 08/31/2018 | 0 | Debit Card | TRACTOR SUPPLY #2149 | | -$227.91 | | $9,991.56 |
| 08/31/2018 | 0 | Debit Card | COURTYARD CLEVELAND BE | | -$786.95 | | $10,219.47 |
| 08/30/2018 | 1780 | Check | SUBSTITUTE CHECK | | -$542.45 | | $11,003.51 |
| 08/30/2018 | 1769 | Check | SUBSTITUTE CHECK | | -$7,621.88 | | $11,545.96 |
| 08/30/2018 | 1788 | Check | SUBSTITUTE CHECK | | -$94.76 | | $14,177.84 |
| 08/30/2018 | 0 | Debit Card | GIANT EAGLE #0088 | | -$19.62 | | $14,242.60 |
| 08/30/2018 | 0 | Debit Card | WM SUPERCENTER #5360 | | -$339.91 | | $14,262.12 |
| 08/30/2018 | 0 | Debit Card | MCDONALD'S F17647 | | -$8.16 | | $14,601.98 |
| 08/30/2018 | 0 | Debit Card | HARD ROCK KOSAR'S | | -$906.95 | | $14,638.14 |
| 08/30/2018 | 0 | Debit Card | CORKY AND LENNYS | | -$20.00 | | $15,144.14 |
| 08/30/2018 | 0 | Debit Card | CORKY AND LENNYS | | -$99.72 | | $15,165.13 |
| 08/29/2018 | 1778 | Check | SUBSTITUTE CHECK | | -$796.93 | | $15,230.65 |
| 08/29/2018 | 1774 | Check | SUBSTITUTE CHECK | | -$507.90 | | $15,519.58 |
| 08/29/2018 | 1772 | Check | SUBSTITUTE CHECK | | -$11.00 | | $15,856.58 |
| 08/29/2018 | 1771 | Check | SUBSTITUTE CHECK | | -$60.35 | | $15,867.64 |
| 08/29/2018 | 0 | Debit Card | DISCOUNT DRUG MART 25 | | -$135.49 | | $15,933.00 |
| 08/29/2018 | 0 | Debit Card | HARD ROCK KOSAR'S | | -$70.91 | | $16,048.43 |
| 08/29/2018 | 0 | Debit Card | JETBLUE 2797190875869 | | -$172.50 | | $16,119.44 |
| 08/29/2018 | 0 | Debit Card | AGENT FE 8700747030792 | | -$29.00 | | $16,291.84 |
| 08/28/2018 | 1782 | Check | SUBSTITUTE CHECK | | -$30.63 | | $16,322.84 |
| 08/28/2018 | 1767 | Check | SUBSTITUTE CHECK | | -$103.09 | | $16,363.67 |
| 08/28/2018 | 1744 | Check | SUBSTITUTE CHECK | | -$502.23 | | $16,486.75 |
| 08/28/2018 | 0 | Debit Card | BRUEGGERS #3742 | | -$11.54 | | $16,670.58 |
| 08/27/2018 | 0 | Electronic Debit | OHIO BWC DEBITS | | -$781.43 | | $16,681.62 |
| 08/27/2018 | 1747 | Check | SUBSTITUTE CHECKWITHDRAWAL | | -$3,070.03 | | $16,875.05 |
| 08/27/2018 | 0 | Debit Card | MCDONALD'S F6532 | | -$22.11 | | $20,075.05 |
| 08/27/2018 | 0 | Debit Card | SHEETZ 00005025 | | -$77.56 | | $20,097.16 |
| 08/27/2018 | 0 | Debit Card | WM SUPERCENTER #5360 | | -$212.37 | | $20,174.15 |

| Date | Number | Type | Payee/Description | Tag | Debit | Credit | Account Balance |
|------|--------|------|------------------|-----|-------|--------|-----------------|
| 08/27/2018 | 0 | Debit Card | SAHLI & SAHLI INC | | -$36.50 | | $20,386.53 |
| 08/27/2018 | 0 | Deposit | DEPOSIT | | | $3,885.50 | $20,422.53 |
| 08/27/2018 | 0 | Transfer | INTERNET TFR FRM CHECKING | | | $10,000.00 | $16,537.03 |
| 08/24/2018 | 0 | Debit Card | BULLDOG BATTERY | | -$44.23 | | $6,537.03 |
| 08/23/2018 | 1745 | Check | SUBSTITUTE CHECK | | -$84.45 | | $6,571.26 |
| 08/23/2018 | 1743 | Check | SUBSTITUTE CHECK | | -$84.24 | | $6,654.74 |
| 08/23/2018 | 1710 | Check | SUBSTITUTE CHECK | | -$577.65 | | $6,698.98 |
| 08/23/2018 | 0 | Debit Card | WM SUPERCENTER #5360 | | -$288.70 | | $7,276.63 |
| 08/23/2018 | 0 | Debit Card | TRACTOR SUPPLY #2148 | | -$193.63 | | $7,582.13 |
| 08/23/2018 | 0 | Debit Card | MCDONALD'S F17647 | | -$21.80 | | $7,744.59 |
| 08/23/2018 | 0 | Deposit | DEPOSIT | | | $1,050.00 | $7,766.39 |
| 08/22/2018 | 0 | Electronic Debit | FIRSTENERGY OPCO FE ECHECK | | -$6,190.21 | | $6,716.39 |
| 08/21/2018 | 0 | Fee | MONTHLY CHECKING FEE | | -$22.50 | | $12,912.70 |
| 08/21/2018 | 0 | Interest | INTEREST PAYMENT | | | $1.58 | $12,937.70 |
| 08/21/2018 | 0 | Electronic Debit | FIRSTENERGY OPCO FE ECHECK | | -$378.27 | | $12,936.12 |
| 08/21/2018 | 598406 | ATM/POS | DISCOUNT DRUG M | ± | -$64.58 | | $13,714.39 |
| 08/21/2018 | 570043 | ATM/POS | WAL-MART #1857 | ± | -$112.44 | | $13,778.77 |
| 08/21/2018 | 0 | Debit Card | SHUHEI RESTAURANT | | -$302.60 | | $13,949.21 |
| 08/21/2018 | 0 | Debit Card | CUMMINS INC | | -$767.55 | | $14,231.61 |
| 08/21/2018 | 0 | Debit Card | PAYPAL *VITACOST | | -$45.22 | | $15,019.50 |
| 08/21/2018 | 0 | Debit Card | PAYPAL *VITACOST | | -$43.22 | | $15,062.72 |
| 08/20/2018 | 0 | Debit Card | MCDONALD'S F5532 | | -$17.18 | | $15,105.94 |
| 08/20/2018 | 0 | Debit Card | PAYPAL *VITACOST | | -$42.52 | | $15,123.08 |
| 08/20/2018 | 0 | Debit Card | D J*WALL-ST-JOURNAL | | -$19.00 | | $15,166.30 |
| 08/20/2018 | 0 | Debit Card | SAHLI & SAHLI INC | | -$30.86 | | $15,185.30 |
| 08/20/2018 | 0 | Deposit | DEPOSIT | | | $800.00 | $15,213.90 |
| 08/20/2018 | 0 | Transfer | INTERNET TFR FRM CHECKING | | | $10,000.00 | $14,413.90 |
| 08/17/2018 | 0 | Electronic Debit | OHIO PAYROLL PLU RMO | | -$3,442.62 | | $4,413.90 |
| 08/17/2018 | 1709 | Check | SUBSTITUTE CHECK | | -$162.16 | | $7,856.52 |
| 08/17/2018 | 0 | Debit Card | SAHLI & SAHLI INC | | -$49.74 | | $8,018.68 |
| 08/16/2018 | 1761 | Check | SUBSTITUTE CHECK | | -$270.00 | | $8,068.42 |
| 08/16/2018 | 200 | ATM/POS | TRACTOR S 11512 HY | ± | -$60.00 | | $8,338.42 |
| 08/16/2018 | 0 | Debit Card | MCDONALD'S F17647 | | -$29.52 | | $8,397.45 |
| 08/15/2018 | 0 | Electronic Debit | OHIO BWC DEBITS | | -$203.00 | | $8,418.07 |
| 08/15/2018 | 1762 | Check | SUBSTITUTE CHECK | | -$370.49 | | $8,551.07 |
| 08/15/2018 | 1708 | Check | SUBSTITUTE CHECK | | -$770.50 | | $9,156.07 |
| 08/15/2018 | 0 | Debit Card | SPEEDWAY 03998 | | -$15.00 | | $9,926.37 |
| 08/15/2018 | 0 | Debit Card | GIANT-EAGLE #0196 | | -$5.31 | | $9,941.37 |
| 08/15/2018 | 0 | Debit Card | WAL-MART #1857 | | -$133.13 | | $10,094.42 |
| 08/15/2018 | 0 | Debit Card | CVS/PHARMACY #03326 | | -$12.55 | | $10,278.17 |
| 08/15/2018 | 0 | Deposit | DEPOSIT | | | $830.00 | $10,290.72 |
| 08/14/2018 | 0 | Deposit | DEPOSIT | | | $1,100.00 | $9,460.72 |
| 08/13/2018 | 1763 | Check | SUBSTITUTE CHECK | | -$1,241.43 | | $8,360.72 |
| 08/13/2018 | 0 | Debit Card | MCDONALD'S F5532 | | -$23.41 | | $9,602.34 |
| 08/10/2018 | 0 | Deposit | DEPOSIT | | | $600.00 | $9,637.75 |
| 08/09/2018 | 0 | Debit Card | GIANT EAGLE #0088 | | -$85.56 | | $9,037.75 |
| 08/09/2018 | 0 | Debit Card | TRACTOR SUPPLY #2148 | | -$84.50 | | $9,122.31 |
| 08/09/2018 | 0 | Debit Card | WAL-MART #5360 | | -$192.52 | | $9,616.83 |
| 08/09/2018 | 0 | Debit Card | MCDONALD'S F17647 | | -$34.56 | | $9,809.39 |
| 08/09/2018 | 0 | Debit Card | JOHNNY S BAR | | -$279.08 | | $9,844.31 |
| 08/08/2018 | 1760 | Check | SUBSTITUTE CHECK | | -$44,199.07 | | $10,122.31 |
| 08/08/2018 | 1740 | Check | SUBSTITUTE CHECK | | -$52.58 | | $54,321.38 |
| 08/08/2018 | 0 | Deposit | DEPOSIT | | | $1,272.00 | $54,383.94 |
| 08/08/2018 | 0 | Transfer | INTERNET TFR FRM CHECKING | | | $38,000.00 | $53,111.94 |
| 08/07/2018 | 1759 | Check | SUBSTITUTE CHECK | | -$800.00 | | $15,111.94 |
| 08/07/2018 | 1758 | Check | SUBSTITUTE CHECK | | -$2,500.00 | | $15,911.94 |
| 08/07/2018 | 1756 | Check | SUBSTITUTE CHECK | | -$1,100.00 | | $18,111.94 |
| 08/07/2018 | 1755 | Check | SUBSTITUTE CHECK | | -$800.00 | | $19,211.94 |
| 08/07/2018 | 1754 | Check | SUBSTITUTE CHECK | | -$1,700.00 | | $19,720.33 |
| 08/07/2018 | 0 | Debit Card | PAYPAL *VITACOST | | -$45.15 | | $21,422.25 |

Jump To Pending Transactions

Jump To Transaction History

Jump To Scheduled Transactions

## Account Information

| | | | | |
|---|---|---|---|---|
| Today's Beginning Balance | $10,546.39 | Nickname | Huntington 25 Interest Checking | |
| Pending Transactions | -$72.40 | Type | Huntington 25 Interest Checking | |
| Deposit Holds | $0.00 | Routing Number | 041000153 | |
| **Account Balance** | **$10,473.99** | Account Number | *******4835 | Show |
| | | Overdraft Protection (ODP) | | None |
| | Expanded Account Information | | | |
| Interest Earned but Not Paid | $0.74 | Year To Date Interest | | $41.86 |
| Previous Year Interest | $0.00 | | | |

## Pending Transactions

Deposits labeled "In-Process" are not included in your account balance and not available for withdrawal.
**When will my deposits be available?**

| Date | Type | Payee/Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| 09/05/2018 | Debit Card | BUSHNELL STORE XXXXXXXXXXXX3435 | -572.40 | | $10,473.99 |
| 09/05/2018 | Banking Office | $1,700.00 Teller Check Deposit | | | In-Process |

## Transaction History

From 08/01/2018     To 08/31/2018     View a Report >>>     ▼

Download

| Date | Number | Type | Payee/Description | Tag | Debit | Credit | Account Balance |
|---|---|---|---|---|---|---|---|
| 08/03/2018 | 0 | Electronic Debit | OHIO PAYROLL PLU End of mon | | -156.22 | | $7,896.88 |
| 08/03/2018 | 1741 | Check | SUBSTITUTE CHECK | | -439.30 | | $8,053.10 |
| 08/02/2018 | 1677 | Check | SUBSTITUTE CHECK | | -3,200.00 | | $8,492.40 |
| 08/02/2018 | 0 | Debit Card | MCDONALD'S F4498 | | -57.40 | | $11,692.40 |
| 08/01/2018 | 1735 | Check | SUBSTITUTE CHECK | | -549.48 | | $11,699.80 |
| 08/01/2013 | 1734 | Check | SUBSTITUTE CHECK | | -5420.42 | | $11,749.28 |
| 08/01/2018 | 1733 | Check | SUBSTITUTE CHECK | | -567.49 | | $12,169.70 |
| 08/01/2018 | 1705 | Check | SUBSTITUTE CHECK | | -951.55 | | $12,237.19 |
| 08/01/2018 | 0 | Debit Card | DISCOUNT DRUG MART 25 | | -116.43 | | $12,289.11 |
| 08/01/2018 | 0 | Deposit | DEPOSIT | | | $6,700.00 | $12,405.54 |

## Scheduled Payments & Transfers

What will your balance be

No transactions found for the specified date range.

| Date ∇ | Number | Type | Payee/Description | Tag | Debit | Credit | Account Balance |
|---|---|---|---|---|---|---|---|
| 08/07/2018 | 0 | Debit Card | PAYPAL *VITACOST | | | -146.12 | $21,465.40 |
| 08/07/2018 | 0 | Deposit | DEPOSIT | | | $15,500.00 | $21,506.55 |
| 08/06/2018 | 0 | Debit Card | SAHLI & SAHLI INC | | | -18.06 | $6,006.55 |
| 08/06/2018 | 0 | Deposit | DEPOSIT | | | $1,600.00 | $6,026.61 |
| 08/03/2018 | 0 | Electronic Debit | OHIO PAYROLL PLU RMO | | | -53,476.97 | $4,426.61 |

## Scheduled Payments & Transfers

What will your balance be

No transactions found for the specified date range.

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558



RICHARD M OSBORNE DIP SR
7265 MARKELL RD
WAITE HILL OH 44094-9312

*Have a Question or Concern?*

Stop by your nearest   Customer
Huntington office or    Information
contact us at:          Privacy Notice

1-800-480-BANK (2265)

www.huntington.com

## *Huntington 25 Interest Checking Account*        *Account: 02665744835*

Statement Activity From:
07/20/18 to 08/21/18

| **Beginning Balance** | **$12,256.49** |
|---|---|
| Credits (+) | 91,337.50 |
| Debits (-) | 90,657.87 |
| Interest Paid (+) | 1.58 |
| Total Fees (-) | 25.00 |
| **Ending Balance** | **$12,912.70** |
| Average Balance | 8,599.06 |
| Low Balance | 4,413.90 |

*Interest earned this statement period  $1.58\**

*(\*) This amount represents interest accrued on your account during this statement period. Interest is available for withdrawal when paid to your account.*

*Annual Percentage Yield Earned this statement period 0.25%*

## *Deposit / Credit Activity (+)*        *Account: 02665744835*

| Date | Description | Amount |
|---|---|---|
| 07/20 | DEPOSIT | 1,050.00 |
| 07/23 | DEPOSIT | 1,322.50 |
| 07/24 | INTERNET TFR FRM CHECKING 072418 03663978602 | 10,000.00 |
| 07/25 | DEPOSIT | 2,563.00 |
| 08/01 | DEPOSIT | 6,700.00 |
| 08/06 | DEPOSIT | 1,600.00 |
| 08/07 | DEPOSIT | 15,500.00 |
| 08/08 | INTERNET TFR FRM CHECKING 080818 03663978602 | 38,000.00 |
| 08/08 | DEPOSIT | 1,272.00 |
| 08/10 | DEPOSIT | 600.00 |
| 08/14 | DEPOSIT | 1,100.00 |

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC.  🏛️ ® and Huntington ® are federally registered service marks of Huntington Bancshares Incorporated. Patent pending for the 24-Hour Grace™ system and method.   ©2018 Huntington Bancshares Incorporated.


## *Deposit / Credit Activity (+)*

| Date | Description | Amount |
|------|-------------|--------|
| 08/15 | DEPOSIT | 830.00 |
| 08/20 | INTERNET TFR FRM CHECKING 082018 03663978602 | 10,000.00 |
| 08/20 | DEPOSIT | 800.00 |
| 08/21 | INTEREST PAYMENT | 1.58 |

## *Check Activity (-)*

| Check # | Amount | Date Paid | Check # | Amount | Date Paid |
|---------|--------|-----------|---------|--------|-----------|
| 1677S | 3,200.00 | 08/02 | 1735S | 49.48 | 08/01 |
| 1680S* | 975.00 | 07/23 | 1736S | 43.88 | 07/30 |
| 1703S* | 551.15 | 07/27 | 1737S | 113.90 | 07/31 |
| 1704S | 13,838.00 | 07/25 | 1739S* | 210.21 | 07/31 |
| 1705S | 51.95 | 08/01 | 1740S | 62.56 | 08/08 |
| 1707S* | 1,409.70 | 07/25 | 1741S | 439.30 | 08/03 |
| 1708S | 770.30 | 08/15 | 1754S* | 1,701.92 | 08/07 |
| 1709S | 162.16 | 08/17 | 1755S | 508.39 | 08/07 |
| 1726S* | 79.03 | 07/24 | 1756S | 1,100.00 | 08/07 |
| 1727S | 126.44 | 07/23 | 1758S* | 2,200.00 | 08/07 |
| 1729S* | 17.66 | 07/20 | 1759S | 800.00 | 08/07 |
| 1730S | 79.00 | 07/24 | 1760S | 44,199.07 | 08/08 |
| 1731S | 22.59 | 07/20 | 1761S | 270.00 | 08/16 |
| 1732S | 80.60 | 07/25 | 1762S | 575.00 | 08/15 |
| 1733S | 67.46 | 08/01 | 1763S | 1,241.62 | 08/13 |
| 1734S | 420.42 | 08/01 | | | |

(S) Indicates this check was converted to a Substitute Check.
(*) Indicates the prior sequentially numbered check(s) may have 1) been voided by you 2) not yet been presented 3) appeared on a previous statement.

## *Debit Card / POS Activity (-)*

| Date | Description | Amount |
|------|-------------|--------|
| 07/20 | PURCHASE MCDONALD'S F17647 MCDONALD'S F17647 AUSTINBURG OH 5175461663253435 | 35.05 |
| 07/23 | PURCHASE WM SUPERCENTER #5360 WM SUPERCENTER #5360 TITUSVILLE PA 5175461663253435 | 237.68 |
| 07/23 | PURCHASE MCDONALD'S F5532 MCDONALD'S F5532 EDINBORO PA 5175461663253435 | 15.43 |
| 07/27 | PURCHASE MCDONALD'S F17647 MCDONALD'S F17647 AUSTINBURG OH 5175461663253435 | 33.16 |
| 07/27 | PURCHASE SHEETZ 00005025 SHEETZ 00005025 TITUSVILLE PA 5175461663253435 | 70.03 |
| 07/30 | PURCHASE WAL-MART #5360 WAL-MART #5360 TITUSVILLE PA 5175461663253435 | 196.92 |
| 07/30 | PURCHASE MCDONALD'S F5532 MCDONALD'S F5532 EDINBORO PA 5175461663253435 | 35.87 |
| 07/31 | PURCHASE WAL-MART #3293 WAL-MART #3293 CHARDON OH 5175461663253435 | 125.77 |
| 07/31 | PURCHASE GIANT EAGLE #4 GIANT EAGLE #4 Chardon OH 5175461663253435 | 17.64 |



## Debit Card / POS Activity (-)

**Account: 02665744835**

| Date | Description | Amount |
|------|-------------|-------:|
| 08/01 | PURCHASE DISCOUNT DRUG MART 25 DISCOUNT DRUG MART 25 MENTOR OH 5175461663253435 | 116.43 |
| 08/02 | PURCHASE MCDONALD'S F4498 MCDONALD'S F4498 TITUSVILLE PA 5175461663253435 | 7.40 |
| 08/06 | PURCHASE SAHLI & SAHLI INC SAHLI & SAHLI INC TIDIOUTE PA 5175461663253435 | 18.26 |
| 08/07 | PURCHASE PAYPAL *VITACOST PAYPAL *VITACOST 4029357733 TX 5175461663253435 | 43.15 |
| 08/07 | PURCHASE PAYPAL *VITACOST PAYPAL *VITACOST 4029357733 TX 5175461663253435 | 43.15 |
| 08/09 | PURCHASE JOHNNY S BAR JOHNNY S BAR CLEVELAND OH 5175461663253435 | 278.00 |
| 08/09 | PURCHASE MCDONALD'S F17647 MCDONALD'S F17647 AUSTINBURG OH 5175461663253435 | 34.92 |
| 08/09 | PURCHASE WAL-MART #5360 WAL-MART #5360 TITUSVILLE PA 5175461663253435 | 192.56 |
| 08/09 | PURCHASE TRACTOR SUPPLY #2149 TRACTOR SUPPLY #2149 TITUSVILLE PA 5175461663253435 | 494.52 |
| 08/09 | PURCHASE GIANT EAGLE #0088 GIANT EAGLE #0088 TITUSVILLE PA 5175461663253435 | 84.56 |
| 08/13 | PURCHASE MCDONALD'S F5532 MCDONALD'S F5532 EDINBORO PA 5175461663253435 | 35.41 |
| 08/15 | PURCHASE CVS/PHARMACY #03326 CVS/PHARMACY #03326 MENTOR OH 5175461663253435 | 12.55 |
| 08/15 | PURCHASE WAL-MART #1857 WAL-MART #1857 MENTOR OH 5175461663253435 | 183.75 |
| 08/15 | PURCHASE GIANT-EAGLE #0196 GIANT-EAGLE #0196 MENTOR OH 5175461663253435 | 153.05 |
| 08/15 | PURCHASE SPEEDWAY 03998 SPEEDWAY 03998 WILLOUGHBY OH 5175461663253435 | 15.00 |
| 08/16 | PURCHASE MCDONALD'S F17647 MCDONALD'S F17647 AUSTINBURG OH 5175461663253435 | 20.62 |
| 08/16 | PURCHASE TRACTOR S 11512 HY TRACTOR S 11512 HY TITUSVILLE PA 5175461663253435 | 59.03 |
| 08/17 | PURCHASE SAHLI & SAHLI INC SAHLI & SAHLI INC TIDIOUTE PA 5175461663253435 | 49.74 |
| 08/20 | PURCHASE SAHLI & SAHLI INC SAHLI & SAHLI INC TIDIOUTE PA 5175461663253435 | 28.60 |
| 08/20 | PURCHASE D J*WALL-ST-JOURNALD J*WALL-ST-JOURNAL 800-568-7625 MA 5175461663253435 | 19.00 |
| 08/20 | PURCHASE PAYPAL *VITACOST PAYPAL *VITACOST 4029357733 TX 5175461663253435 | 43.22 |
| 08/20 | PURCHASE MCDONALD'S F5532 MCDONALD'S F5532 EDINBORO PA 5175461663253435 | 17.14 |
| 08/21 | PURCHASE PAYPAL *VITACOST PAYPAL *VITACOST 4029357733 TX 5175461663253435 | 43.22 |
| 08/21 | PURCHASE PAYPAL *VITACOST PAYPAL *VITACOST 4029357733 TX 5175461663253435 | 43.22 |
| 08/21 | PURCHASE CUMMINS INC CUMMINS INC 8123774357 OH 5175461663253435 | 787.89 |
| 08/21 | PURCHASE SHUHEI RESTAURANT SHUHEI RESTAURANT 216-464-1720 OH 5175461663253435 | 282.40 |
| 08/21 | PURCHASE WAL-MART #1857 WAL-MART #1857 MENTOR OH 5175461663253435 | 170.44 |
| 08/21 | PURCHASE DISCOUNT DRUG M DISCOUNT DRUG M MENTOR OH 5175461663253435 | 64.38 |

## Other Withdrawal / Debit Activity (-)

**Account: 02665744835**

| Date | Description | Amount |
|------|-------------|-------:|
| 07/20 | OHIO PAYROLL PLU RMO RMO | 3,171.74 |
| 08/03 | OHIO PAYROLL PLU End of mon RMO | 156.22 |
| 08/03 | OHIO PAYROLL PLU RMO | 3,470.07 |
| 08/15 | OHIO BWC DEBITS C80027925-0 | 163.00 |
| 08/17 | OHIO PAYROLL PLU RMO RMO | 3,442.62 |
| 08/21 | FIRSTENERGY OPCO FE ECHECK 110128593743 | 778.27 |
| 08/21 | MONTHLY CHECKING FEE | 25.00 |


## Huntington 25 Interest Checking Balance Activity

**Account: 02665744835**

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 07/19 | 12,256.49 | 08/01 | 11,699.80 | 08/13 | 8,360.72 |
| 07/20 | 10,059.45 | 08/02 | 8,492.40 | 08/14 | 9,460.72 |
| 07/23 | 10,027.40 | 08/03 | 4,426.81 | 08/15 | 8,418.07 |
| 07/24 | 19,869.37 | 08/06 | 6,008.55 | 08/16 | 8,068.42 |
| 07/25 | 7,104.07 | 08/07 | 15,111.94 | 08/17 | 4,413.90 |
| 07/27 | 6,449.73 | 08/08 | 10,122.31 | 08/20 | 15,105.94 |
| 07/30 | 6,173.06 | 08/09 | 9,037.75 | 08/21 | 12,912.70 |
| 07/31 | 5,705.54 | 08/10 | 9,637.75 | | |

**In the Event of Errors or Questions Concerning Electronic Fund Transfers**
Contacting Us About Errors and Questions
Reporting: How, When, Where and What:

- Call us or write to us as soon as you can if you think your statement or receipt is wrong or if you need more information about a transaction. You may call our toll-free number, 1-800-480-BANK (2265), or write to The Huntington National Bank, EA4W61 P.O. Box 1558, Columbus, Ohio 43216.
- We must hear from you no later than 60 days after we sent (or made available) the FIRST statement on which the problem or error appeared. Please provide the following information:
  - Your name and account number (if any).
  - A description of the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
  - The dollar amount of the suspected error.

Our Investigation:

- **Timing:** We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly.
- **Provisional (i.e.Temporary) Credits:** If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will provisionally credit your Account within ten (10) business days for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within ten (10) business days; we are not required to provisionally credit your Account.

**Verification of Electronic Deposits** If you have authorized someone to make regular electronic fund transfers of money to your account at least once every sixty days, you can call to find out whether or not the deposit has been received by us, call either 1-614-480-BANK or call toll free 1-800-480-BANK.

**Balancing Your Statement** - For your convenience, a balancing worksheet is available on our web site www.huntington.com under the Planning & Tools section, or at your local branch.

17-17361-aih     Doc 262     FILED 10/09/18     ENTERED 10/09/18 13:07:10     Page 20 of 26

# Richard M Osborne DIP
## Account Reconciliation
### As of Aug 31, 2018
### 1005 - Huntington DIP - Interest
### Bank Statement Date: August 31, 2018

Filter Criteria includes: Report is printed in Detail Format.

| | |
|---|---:|
| Beginning GL Balance | 197,535.87 |
| Add: Cash Receipts | |
| Less: Cash Disbursements | |
| Add (Less) Other | (57,776.94) |
| Ending GL Balance | 139,758.93 |
| Ending Bank Balance | 139,758.93 |
| Add back deposits in transit | |
| Total deposits in transit | |
| (Less) outstanding checks | |
| Total outstanding checks | |
| Add (Less) Other | |
| Total other | |
| Unreconciled difference | 0.00 |
| Ending GL Balance | 139,758.93 |

Search Huntington

Jump To Pending Transactions

Jump To Transaction History

Jump To Scheduled Transactions

## Account Information

| | | | | |
|---|---|---|---|---|
| Today's Beginning Balance | $139,758.93 | Nickname | Huntington Relationship Money Market | |
| Pending Transactions | $0.00 | Type | Huntington Relationship Money Market | |
| Deposit Holds | $0.00 | Routing Number | 041000153 | |
| **Account Balance** | **$139,758.93** | Account Number | *******8602 | Show |

Expanded Account Information

| | | | |
|---|---|---|---|
| Interest Earned but Not Paid | $64.00 | Year To Date Interest | $758.93 |
| Previous Year Interest | $0.00 | | |

## Pending Transactions

No transactions found for today.

## Transaction History

From 08/01/2018     To 08/31/2018     View a Report >>>    ▾

Download

8/31/18 BALANCE

| Date ↧ | Number | Type | Payee/Description | Tag | Debit | Credit | Account Balance |
|---|---|---|---|---|---|---|---|
| 08/27/2018 | 0 | Transfer | INTERNET TFR TO CHECKING | | | -$10,000.00 | $139,758.93 |
| 08/24/2018 | 0 | Interest | INTEREST PAYMENT | | | $223.06 | $149,758.93 |
| 08/20/2018 | 0 | Transfer | INTERNET TFR TO CHECKING | | | -$10,000.00 | $149,535.87 |
| 08/08/2018 | 0 | Transfer | INTERNET TFR TO CHECKING | | | -$50,000.00 | $159,535.87 |

## Scheduled Payments & Transfers

What will your balance be

No transactions found for the specified date range.

**THE HUNTINGTON NATIONAL BANK**
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558



*0004004* RICHARD M OSBORNE DIP SR
7265 MARKELL RD
WAITE HILL OH 44094-9312

*Have a Question or Concern?*

Stop by your nearest
Huntington office or
contact us at:

1-800-480-BANK (2265)

www.huntington.com

## *Huntington Relationship MMA Account*

*Account: 03663978602*

Statement Activity From:
07/25/18 to 08/24/18

| Beginning Balance | $197,535.87 |
|---|---|
| Credits (+) | 0.00 |
| Debits (-) | 48,000.00 |
| Interest Paid (+) | 223.06 |
| Total Fees (-) | 0.00 |
| **Ending Balance** | **$149,758.93** |
| Average Balance | 175,084.25 |
| Low Balance | 149,535.87 |

*Interest earned this statement period $223.06\**

*(\*) This amount represents interest accrued on your account during this statement period. Interest is
available for withdrawal when paid to your account.*

*Annual Percentage Yield Earned this statement period 1.51%*

## *Deposit / Credit Activity (+)*

*Account: 03663978602*

| Date | Description | Amount |
|---|---|---|
| 08/24 | INTEREST PAYMENT | 223.06 |

## *Other Withdrawal / Debit Activity (-)*

*Account: 03663978602*

| Date | Description | Amount |
|---|---|---|
| 08/08 | INTERNET TFR TO CHECKING 080818 02665744835 | 38,000.00 |
| 08/20 | INTERNET TFR TO CHECKING 082018 02665744835 | 10,000.00 |

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned
subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC. ⦿ ® and Huntington ® are federally registered service marks of Huntington Bancshares
Incorporated. Patent pending for the 24-Hour Grace™ system and method. ℗2018 Huntington Bancshares Incorporated.

17-17361-aih   Doc 262   FILED 10/09/18   ENTERED 10/09/18 13:07:10   Page 23 of 26

# Richard M Osborne DIP
## Account Reconciliation
### As of Aug 31, 2018
#### 1006 - Huntington DIP - Real Estate
#### Bank Statement Date: August 31, 2018

Filter Criteria includes: Report is printed in Detail Format.

| | |
|---|---:|
| Beginning GL Balance | 678,435.85 |
| Add: Cash Receipts | |
| Less: Cash Disbursements | |
| Add (Less) Other | 864.31 |
| Ending GL Balance | 679,300.16 |
| Ending Bank Balance | 679,300.16 |
| Add back deposits in transit | |
| Total deposits in transit | |
| (Less) outstanding checks | |
| Total outstanding checks | |
| Add (Less) Other | |
| Total other | |
| Unreconciled difference | 0.00 |
| Ending GL Balance | 679,300.16 |

Jump To NavigationJump To ContentJump To Footer
Search Huntington

Jump To Pending Transactions

Jump To Transaction History

Jump To Scheduled Transactions

## Account Information

| | | | | |
|---|---|---|---|---|
| Today's Beginning Balance | $679,300.16 | Nickname | Huntington Relationship Money Market | |
| Pending Transactions | $0.00 | Type | Huntington Relationship Money Market | |
| Deposit Holds | $0.00 | Routing Number | 041000153 | |
| **Account Balance** | **$679,300.16** | Account Number | *******1968 | Show |
| | | Expanded Account Information | | |
| Interest Earned but Not Paid | $307.08 | Year To Date Interest | | $3,367.41 |
| Previous Year Interest | $0.00 | | | |

## Pending Transactions

No transactions found for today.

## Transaction History

From  08/01/2018          To  08/31/2018          View a Report >>> ⌄

Download
5/31/18
BALANGE

| Date ⌄ | Number | Type | Payee/Description | Tag | Debit | Credit | Account Balance |
|---|---|---|---|---|---|---|---|
| 08/24/2018 | 0 | Interest | INTEREST PAYMENT | | | $864.31 | $679,300.16 |

## Scheduled Payments & Transfers

What will your balance be

No transactions found for the specified date range.

**THE HUNTINGTON NATIONAL BANK**
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558



0003988 RICHARD M OSBORNE DIP SR
7265 MARKELL RD
WAITE HILL OH 44094-9312

*Have a Question or Concern?*

Stop by your nearest
Huntington office or
contact us at:

1-800-480-BANK (2265)

www.huntington.com

## *Huntington Relationship MMA Account*      *Account: 03663971968*

| Statement Activity From:<br>07/25/18 to 08/24/18 | | |
|---|---|---|
| **Beginning Balance** | | **$678,435.85** |
| Credits (+) | | 0.00 |
| Debits (-) | | 0.00 |
| Interest Paid (+) | | 864.31 |
| Total Fees (-) | | 0.00 |
| **Ending Balance** | | **$679,300.16** |
| Average Balance | | 678,435.85 |
| Low Balance | | 678,435.85 |

*Interest earned this statement period $864.31\**

*(\*) This amount represents interest accrued on your account during this statement period. Interest is available for withdrawal when paid to your account.*

*Annual Percentage Yield Earned this statement period 1.51%*

## *Deposit / Credit Activity (+)*      *Account: 03663971968*

| Date | Description | Amount |
|---|---|---|
| 08/24 | INTEREST PAYMENT | 864.31 |

## *Huntington Relationship MMA Balance Activity*      *Account: 03663971968*

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 07/24 | 678,435.85 | 08/24 | 679,300.16 | | |

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC. 🏛® and Huntington ® are federally registered service marks of Huntington Bancshares Incorporated. Patent pending for the 24-Hour Grace™ system and method. ©2018 Huntington Bancshares Incorporated.