| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Richard McKay Osborne, Sr.**<br>First Name   Middle Name   Last Name |
| Debtor 2<br>(Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF OHIO |
| Case number<br>(if known) | 17-17361 |

■ Check if this is an amended filing

## B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders
12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

|  | | **Unsecured claim** |
|---|---|---|

**1**

**First National Bank of PA**
**6990 Heisley Road**
**Mentor, OH 44060**

What is the nature of the claim?   SEE ATTACHMENT   $ **$10,575,719.44**

As of the date you file, the claim is: Check all that apply
- ■ Contingent
- ☐ Unliquidated
- ■ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☐ No
- ■ Yes. Total claim (secured and unsecured)   $ **$10,575,719.44**
    Value of security:   - $ **$0.00**
    Unsecured claim   $ **$10,575,719.44**

_____

_____

Contact

_____

Contact phone

---

**2**

**RBS Charter One/Citizens**
**8715 Mentor Avenue**
**Mentor, OH 44060**

What is the nature of the claim?   **SEE ATTACHED amount owed is estimated based on payments made**   $ **$2,828,150.96**

As of the date you file, the claim is: Check all that apply
- ■ Contingent
- ☐ Unliquidated
- ■ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?

---

B104 (Official Form 104)   For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   Page 1

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor 1 | **Richard McKay Osborne, Sr.** | Case number *(if known)* | **17-17361** |

---

| | Contact | ☐ No | | |
| | | ■ Yes. Total claim (secured and unsecured) | $ | **$2,828,150.96** |
| | | Value of security: | - $ | **$0.00** |
| | Contact phone | Unsecured claim | $ | **$2,828,150.96** |

---

**3**  **Chicago Title**
8518 Mentor Avenue
Mentor, OH 44060

What is the nature of the claim?  **SEE ATTACHMENT**  $ **$1,990,000.00**

As of the date you file, the claim is: Check all that apply
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☐ No
- ■ Yes. Total claim (secured and unsecured)  $ **$1,990,000.00**
  - Value of security: - $ **$0.00**
  - Unsecured claim  $ **$1,990,000.00**

Contact

Contact phone

---

**4**  **Erie National Bank**
fka, Lake National Bank
7402 Center Street
Mentor, OH 44060

What is the nature of the claim?  **See Attachment**  $ **$803,251.00**

As of the date you file, the claim is: Check all that apply
- ■ Contingent
- ☐ Unliquidated
- ■ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☐ No
- ■ Yes. Total claim (secured and unsecured)  $ **$803,251.00**
  - Value of security: - $ **$0.00**
  - Unsecured claim  $ **$803,251.00**

Contact

Contact phone

---

**5**  **Diane M Osborne**
8255 Morley Rd
Mentor, OH 44060

What is the nature of the claim?  **Alimony and Support**  $ **$360,000.00**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)  $
  - Value of security: - $
  - Unsecured claim  $

Contact

Contact phone

---

**6**  **Mentor Lumber**
7180 Center St

What is the nature of the claim?  $ **$142,091.44**

---

B 104 (Official Form 104)  For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims  Page 2

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

17-17361-aih  Doc 263  FILED 10/09/18  ENTERED 10/09/18 13:09:23  Page 2 of 22

| Debtor 1 | **Richard McKay Osborne, Sr.** | | Case number *(if known)* | **17-17361** |

**Mentor, OH 44060**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured) $ _____

Contact

Value of security: - $ _____

Contact phone

Unsecured claim $ _____

---

**7**

**William Wuliger, Esq.
Wuliger & Wuliger
2003 St Clair Ave
Cleveland, OH 44114**

What is the nature of the claim? **Professional Services** $ **$118,105.41**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured) $ _____

Contact

Value of security: - $ _____

Contact phone

Unsecured claim $ _____

---

**8**

**Rea & Assoc. Inc
ATTN Ray Ondersin
7201 Center St
Mentor, OH 44060**

What is the nature of the claim? **Professional Services** $ **$77,725.00**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured) $ _____

Contact

Value of security: - $ _____

Contact phone

Unsecured claim $ _____

---

**9**

**Donnelley Financial Solutions, Inc.
35 W Wacker Dr FL 35
Chicago, IL 60601**

What is the nature of the claim? **Printing Services** $ **$65,346.10**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured) $ _____

Contact

Value of security: - $ _____

---

B 104 (Official Form 104)   For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   Page 3

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor 1    **Richard McKay Osborne, Sr.**      Case number *(if known)*    **17-17361**

| | |
|---|---|
| Contact phone | Unsecured claim    $ |

---

**10**

**Greenberg Traurig,**
**c/o Mimi Bahcall, Esq.**
**77 W Wacker Dr Ste 3100**
**Chicago, IL 60601**

What is the nature of the claim?    <u>Professional Services</u>   $ **$30,000.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?

Contact

■ No
☐ Yes. Total claim (secured and unsecured)    $
       Value of security:    - $

Contact phone
       Unsecured claim    $

---

**11**

**Cuyahoga County Treasurer**
**2079 E 9th St**
**Cleveland, OH 44115**

What is the nature of the claim?    <u>See attached</u>   $ **$25,357.79**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

Contact

☐ No
■ Yes. Total claim (secured and unsecured)    $ **$144,157.79**
       Value of security:    - $ **$118,800.00**

Contact phone
       Unsecured claim    $ **$25,357.79**

---

**12**

**Estate of Marion Rose Nathan**
**c/o Frances Nathan Rutt**
**11721 Ambleside Dr**
**Potomac, MD 20854**

What is the nature of the claim?    <u>Lot on Frost Road</u>   $ **$22,892.06**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

Contact

☐ No
■ Yes. Total claim (secured and unsecured)    $ **$50,000.00**
       Value of security:    - $ **$33,600.00**

Contact phone
       Unsecured claim    $ **$22,892.06**

---

**13**

**Richard A. Baumgart**
**Dettelbach, Sicherman &**
**Baumgart LL**
**55 Public Sq FL 21**
**Cleveland, OH 44113-1902**

What is the nature of the claim?    <u>Professional Services</u>   $ **$20,000.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

---

B 104 (Official Form 104)      For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims      Page 4

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1    __Richard McKay Osborne, Sr.__      Case number *(if known)*   __17-17361__

---

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)    $ _____

Contact

     Value of security:    - $ _____

Contact phone

     Unsecured claim    $ _____

---

**14**

**Gregory M. Dennin, Esq.**
**Dennin & Dennin**
**2745 Main St**
**Lake Placid, NY 12946**

What is the nature of the claim?    **Professional Services**   $ **2,100.00**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)    $ _____

Contact

     Value of security:    - $ _____

Contact phone

     Unsecured claim    $ _____

---

**15**

**Ecolawn.net**
**990 Erie Rd**
**Unit #P**
**Eastlake, OH 44094**

What is the nature of the claim?    $ **1,371.00**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)    $ _____

Contact

     Value of security:    - $ _____

Contact phone

     Unsecured claim    $ _____

---

**16**

**Deep Springs Trout Club**
**11069 Chardon Rd**
**Chardon, OH 44024**

What is the nature of the claim?    $ **1,325.46**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)    $ _____

Contact

     Value of security:    - $ _____

Contact phone

     Unsecured claim    $ _____

---

**17**

**Hlth Care Bl**

What is the nature of the claim?    **Great Falls Emergency**   $ **1,284.00**
**Servic**

---

B 104 (Official Form 104)      For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims      Page 5

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1    **Richard McKay Osborne, Sr.**                    Case number *(if known)*    **17-17361**

**2600 S Garfield St**
**Missoula, MT 59801**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured)    $ _____

Contact                                          Value of security:    - $ _____

Contact phone                                    Unsecured claim    $ _____

---

**18**

**Lake County Court of Common Pleas**
**Civil Clerk**
**47 N Park Pl**
**Painesville, OH 44077**

What is the nature of the claim?    **Court Costs**    $ **$711.51**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured)    $ _____

Contact                                          Value of security:    - $ _____

Contact phone                                    Unsecured claim    $ _____

---

**19**

**Walker Brothers Construction**
**284 Richmond St**
**Painesville, OH 44077**

What is the nature of the claim?    _____    $ **$395.00**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured)    $ _____

Contact                                          Value of security:    - $ _____

Contact phone                                    Unsecured claim    $ _____

---

**20**

**Credit Collections Services**
**Attention: Bankruptcy**
**725 Canton Street**
**Norwood, MA 02062**

What is the nature of the claim?    **Collection Attorney Nationwide Insurance**    $ **$145.00**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured)    $ _____

Contact

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 6

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

17-17361-aih    Doc 263    FILED 10/09/18    ENTERED 10/09/18 13:09:23    Page 6 of 22

| Debtor 1 | **Richard McKay Osborne, Sr.** | | Case number *(if known)* | **17-17361** |
|---|---|---|---|---|

| | | Value of security: | - $ | |
| Contact phone | | Unsecured claim | $ | |

| **Part 2:** | **Sign Below** |
|---|---|

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X **/s/ Richard McKay Osborne, Sr.**　　　　　　　　　　　X _____
**Richard McKay Osborne, Sr.**　　　　　　　　　　　　　　Signature of Debtor 2
Signature of Debtor 1


Date **October  9, 2018**　　　　　　　　　　Date _____

B 104 (Official Form 104)　　　For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims　　　Page 7

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com　　　　　　　　　　　　Best Case Bankruptcy

**Fill in this information to identify your case:**

Debtor 1     **Richard McKay Osborne, Sr.**
          First Name            Middle Name            Last Name

Debtor 2
(Spouse if, filing)    First Name            Middle Name            Last Name

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF OHIO

Case number    **17-17361**
(if known)

☐ Check if this is an amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information     **12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:   Summarize Your Assets

| | **Your assets** Value of what you own |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B........... | $    **9,303,470.00** |
| 1b. Copy line 62, Total personal property, from Schedule A/B................................................. | $    **1,528,715.26** |
| 1c. Copy line 63, Total of all property on Schedule A/B............................................................ | $    **10,832,185.26** |

### Part 2:   Summarize Your Liabilities

| | **Your liabilities** Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $    **26,266,833.96** |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................. | $    **360,000.00** |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............... | $    **6,485,637.56** |
| **Your total liabilities** | $    **33,112,471.52** |

### Part 3:   Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I*............................................... | $    **32,091.70** |
| 5. *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J*.......................................... | $    **32,084.06** |

### Part 4:   Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

7. **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Official Form 106Sum     Summary of Your Assets and Liabilities and Certain Statistical Information     page 1 of 2

Debtor 1    **Richard McKay Osborne, Sr.**            Case number *(if known)*   **17-17361**

8.   **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.     $ _____

9.   **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $     360,000.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $     0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $     0.00 |
| 9d. Student loans. (Copy line 6f.) | $     0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $     0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$     0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $     360,000.00 |

17-17361-aih    Doc 263    FILED 10/09/18    ENTERED 10/09/18 13:09:23    Page 9 of 22

**Fill in this information to identify your case:**

Debtor 1        **Richard McKay Osborne, Sr.**
                First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)    First Name          Middle Name          Last Name

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF OHIO

Case number    **17-17361**
(if known)

■ Check if this is an
  amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to
any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on
Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in
Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the
left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your
name and case number (if known).

**Part 1:**    List All of Your PRIORITY Unsecured Claims

**1.   Do any creditors have priority unsecured claims against you?**

   ☐ No. Go to Part 2.

   ■ Yes.

**2.   List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed,
   identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as
   possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of
   Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  |  | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| | | | **$360,000.0 0** | | |

| 2.1 | **Diane M Osborne** | Last 4 digits of account number  **NA** | | **$360,000.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**8255 Morley Rd**
**Mentor, OH 44060**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **1999**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

■ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify    **Alimony and Support**

**Part 2:**    List All of Your NONPRIORITY Unsecured Claims

**3.   Do any creditors have nonpriority unsecured claims against you?**

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ■ Yes.

**4.   List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority
   unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more
   than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of
   Part 2.

   Total claim

17-17361-aih    Doc 263    FILED 10/09/18    ENTERED 10/09/18 13:09:23    Page 10 of 22

Debtor 1   **Richard McKay Osborne, Sr.**                          Case number (if known)   **17-17361**

| 4.1 | **Big Oats** | Last 4 digits of account number _____ | **$8,996.58** |
|---|---|---|---|

Nonpriority Creditor's Name
**38700 Pelton Rd**
**Willoughby, OH 44094**
Number Street City State Zip Code

**When was the debt incurred?**     **2017**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

**Is the claim subject to offset?**
☐ No
■ Yes

| 4.2 | **Cobra Pipeline Company LTD** | Last 4 digits of account number _____ | **$6,391.51** |
|---|---|---|---|

Nonpriority Creditor's Name
**3511 Lost Nation Rd**
**Suite 213**
**Willoughby, OH 44094**
Number Street City State Zip Code

**When was the debt incurred?**     **2017**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Is the claim subject to offset?**
■ No
☐ Yes

| 4.3 | **Crdt Systems** | Last 4 digits of account number **0062** | **$81.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**100 N Park**
**Helena, MT 59624**
Number Street City State Zip Code

**When was the debt incurred?**     **Opened  4/18/14**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Great Falls Clinic**

**Is the claim subject to offset?**
■ No
☐ Yes

Debtor 1    **Richard McKay Osborne, Sr.**                    Case number (if known)    **17-17361**

| | | | |
|---|---|---|---|
| 4.4 | **Credit Collections Services** | Last 4 digits of account number   **6367** | **$145.00** |

Nonpriority Creditor's Name
**Attention: Bankruptcy**
**725 Canton Street**
**Norwood, MA 02062**

When was the debt incurred?    **Opened 10/15**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify    **Collection Attorney Nationwide Insurance**

---

| | | | |
|---|---|---|---|
| 4.5 | **Cuyahoga County Common Pleas Ct** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name
**Clerk of Court- Civil**
**1200 Ontario St FL1**
**Cleveland, OH 44113**

When was the debt incurred?    **various**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify    **Court costs and fees**

---

| | | | |
|---|---|---|---|
| 4.6 | **Deep Springs Trout Club** | Last 4 digits of account number | **$1,325.46** |

Nonpriority Creditor's Name
**11069 Chardon Rd**
**Chardon, OH 44024**

When was the debt incurred?    **2017**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify

---

Debtor 1   **Richard McKay Osborne, Sr.**          Case number (if known)   **17-17361**

---

**4.7**  **DONNELLEY FINANCIAL SOLUTIONS INC**

Nonpriority Creditor's Name
**35 W WACKER DR 35TH FLOOR**
**Chicago, IL 60601**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number                    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Unknown**

---

**4.8**  **Donnelley Financial Solutions, Inc.**

Nonpriority Creditor's Name
**35 W Wacker Dr FL 35**
**Chicago, IL 60601**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number                    **$65,346.10**

When was the debt incurred?   **6-7/2016**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Printing Services**

---

**4.9**  **Ecolawn.net**

Nonpriority Creditor's Name
**990 Erie Rd**
**Unit #P**
**Eastlake, OH 44094**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number                    **$1,371.00**

When was the debt incurred?   **2017**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   _____

---

| | | | |
|---|---|---|---|
| Debtor 1 | **Richard McKay Osborne, Sr.** | Case number (if known) | **17-17361** |

---

**4.10**

**Greenberg Traurig,**
Nonpriority Creditor's Name
**c/o Mimi Bahcall, Esq.**
**77 W Wacker Dr Ste 3100**
**Chicago, IL 60601**
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number   **Unknown**                    $30,000.00

When was the debt incurred?   **2014-2016**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Professional Services**

---

**4.11**

**Gregory M. Dennin, Esq.**
Nonpriority Creditor's Name
**Dennin & Dennin**
**2745 Main St**
**Lake Placid, NY 12946**
Number Street City State Zip Code

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number   **na**                    $2,100.00

When was the debt incurred?   **2017**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Professional Services**

---

**4.12**

**Heisley-Hopkins, LLC**
Nonpriority Creditor's Name
**c/o Zack Burkons Receiver**
**1621 Euclid Ave Ste 408**
**Cleveland, OH 44115**
Number Street City State Zip Code

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number                    $3,390,435.49

When was the debt incurred?   **various**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **booked loans to Debtor on books and records of creditor**

---

| **4.1 3** | **Illuminating Company** | Last 4 digits of account number | | **$0.06** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 3638**
**Akron, OH 44309**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?   **2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Royalty**

---

| **4.1 4** | **John D. Resources LLC** | Last 4 digits of account number | | **$55,015.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?   **various**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **booked loans to Debtor on books and records of creditor**

---

| **4.1 5** | **Josh Leonardi** | Last 4 digits of account number | | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**7325 Reynolds Rd**
**Mentor, OH 44060**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?   **2014**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **claims from sales contract for 7325 Reynolds Rd**

| Debtor 1 | Richard McKay Osborne, Sr. | | Case number (if known) | 17-17361 |

**4.16**

| Lake County Court of Common Pleas | Last 4 digits of account number | 1819 | $711.51 |

Nonpriority Creditor's Name
**Civil Clerk**
**47 N Park Pl**
**Painesville, OH 44077**
Number Street City State Zip Code

When was the debt incurred? **2017**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Court Costs**

---

**4.17**

| Ludlow Natural Gas Co. LLC | Last 4 digits of account number | | $23,104.82 |

Nonpriority Creditor's Name

Number Street City State Zip Code

When was the debt incurred? **various**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **booked loans to Debtor on books and records of creditor**

---

**4.18**

| McKay Real Estate Corp. | Last 4 digits of account number | | $427,318.17 |

Nonpriority Creditor's Name

Number Street City State Zip Code

When was the debt incurred? **various**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **booked loans to Debtor on books and records of creditor**

---

Debtor 1   **Richard McKay Osborne, Sr.**        Case number *(if known)*    **17-17361**

---

| 4.19 | **Mentor Lumber** | | **$142,091.44** |

Nonpriority Creditor's Name

**7180 Center St**
**Mentor, OH 44060**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**    **2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.20 | **Orwell Natural Gas** | | **$9.45** |

Nonpriority Creditor's Name

**PO Box 73139**
**Cleveland, OH 44193-3139**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**    **2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **on books and records of company**

---

| 4.21 | **OsAir Inc.** | | **$2,051,251.94** |

Nonpriority Creditor's Name

**7001 Center St**
**Mentor, OH 44060**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**    **various**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **booked loans to Debtor on books and records of creditor**

---

Debtor 1  **Richard McKay Osborne, Sr.**                    Case number (if known)    **17-17361**

---

| 4.2 2 | **Portage County Common Pleas** | Last 4 digits of account number | **various** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Civil Division**
**PO BOX 1035**
**Ravenna, OH 44266-1035**

When was the debt incurred?    **2017-2018**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Court Costs**

---

| 4.2 3 | **Rea & Assoc. Inc** | Last 4 digits of account number | | **$77,725.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**ATTN Ray Ondersin**
**7201 Center St**
**Mentor, OH 44060**

When was the debt incurred?    **2017**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Professional Services**

---

| 4.2 4 | **Richard A. Baumgart** | Last 4 digits of account number | **NA** | **$20,000.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Dettelbach, Sicherman & Baumgart LL**
**55 Public Sq FL 21**
**Cleveland, OH 44113-1902**

When was the debt incurred?    **Various**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Professional Services**

---

17-17361-aih     Doc 263     FILED 10/09/18     ENTERED 10/09/18 13:09:23     Page 18 of 22

10/09/18 1:07PM

---

**4.2 5**

**Tony Schreiber's Hauling**
Nonpriority Creditor's Name
**PO Box 1106**
**Fairport, OH 44077**
Number Street City State Zip Code
Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____          **$450.00**

When was the debt incurred?  **2017**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.2 6**

**Walker Brothers Construction**
Nonpriority Creditor's Name
**284 Richmond St**
**Painesville, OH 44077**
Number Street City State Zip Code
Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____          **$395.00**

When was the debt incurred?  **2017**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.2 7**

**William Wuliger, Esq.**
Nonpriority Creditor's Name
**Wuliger & Wuliger**
**2003 St Clair Ave**
**Cleveland, OH 44114**
Number Street City State Zip Code
Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____          **$118,105.41**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Professional Services**

---

17-17361-aih     Doc 263     FILED 10/09/18     ENTERED 10/09/18 13:09:23     Page 19 of 22

Debtor 1 **Richard McKay Osborne, Sr.**    Case number (if known) **17-17361**

| 4.2 8 | | |
|---|---|---|

**Yellowbrick Storage LLC**    Last 4 digits of account number _____    $63,267.62

Nonpriority Creditor's Name

When was the debt incurred? **various**

_____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify **booked loans to Debtor on books and records of creditor**

---

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---|---|

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**COLE, AARON M**
**2323 PARK AVE**
**Cincinnati, OH 45206**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.7** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Aaron M Cole**
**Thomas & Thomas**
**2323 Park Av**
**Cincinnati, OH 45206-2788**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.8** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**CSEA-Cuyahoga**
**PO Box 93318**
**Cleveland, OH 44101-5318**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2.1** of (Check one):
☑ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**CSEA-Lake County**
**177 Main St**
**Painesville, OH 44077-9967**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2.1** of (Check one):
☑ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Cuyahoga County Prosecutor**
**General Civil Division**
**1200 Ontario St FL 8**
**Cleveland, OH 44113**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.5** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Joseph Svete Esq.**
**100 Parker Ct Ste 3**
**Chardon, OH 44024**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2.1** of (Check one):
☑ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**KARAN A. MOSS, ESQ.**
**WITSCHEY WITSCHEY & FIRESTINE CO.,**
**405 ROTHROCK ROAD, SUITE 103**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.15** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

---

Official Form 106 E/F    Schedule E/F: Creditors Who Have Unsecured Claims    Page 11 of 12

Debtor 1  **Richard McKay Osborne, Sr.**                                    Case number (if known)    **17-17361**

**Akron, OH 44321**

| | Last 4 digits of account number | |
|---|---|---|

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Lake County Prosecutor-Civil** | Line **4.16** of (Check one): |
| **105 Main St** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **PO Box 490** | ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Painesville, OH 44077** | |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Ohio Attorney General** | Line  of (Check one): |
| **Collections Enforcement Section** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **attn Bankruptcy Staff** | ☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| **150 E Gay ST Fl 21** | |
| **Columbus, OH 43215** | |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Portage County Prosecutor** | Line **4.22** of (Check one): |
| **Civil Division** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **241 S Chestnut St** | ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Ravenna, OH 44266** | |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **United States Attorney General** | Line  of (Check one): |
| **Main Justice Bldg** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **10th & Constitution Ave NW** | ☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Washington, DC 20530** | |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **US Attorney-- ND Ohio** | Line  of (Check one): |
| **Attn Bankruptcy Section** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **801 W Superior Ave Ste 400** | ☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Cleveland, OH 44113-1852** | |
| | Last 4 digits of account number |

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

6.  Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ | **360,000.00** |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ | **0.00** |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ | **0.00** |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | **0.00** |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | **360,000.00** |

| | | | | | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ | **0.00** |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | **0.00** |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | **0.00** |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | **6,485,637.56** |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | **6,485,637.56** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Richard McKay Osborne, Sr.** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF OHIO | | |
| Case number | **17-17361** | | |
| (if known) | | | |

■ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Richard McKay Osborne, Sr.**                    X _____
**Richard McKay Osborne, Sr.**                              Signature of Debtor 2
Signature of Debtor 1

Date **October 9, 2018**                                       Date _____

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy