STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO, EASTERN DIVISION - CLEVELAND

| | | |
|---|---|---|
| In re: | ) | CASE NO. 17-17361 |
| | ) | |
| RICHARD M. OSBORNE | ) | CHAPTER 11 |
| | ) | |
| Debtor | ) | JUDGE ARTHUR I. HARRIS |
| | ) | |
| | ) | **MOTION OF CENTER STREET SCHOOL CONDOMINIUMS AND COACHHOUSES UNIT OWNERS' ASSOCIATION, INC. FOR RELIEF FROM STAY AND ABANDONMENT** |
| | ) | |
| | ) | **(Property Located at: 7474 Presley Avenue, Mentor, OH 44060)** |

Center Street School Condominiums and Coachhouses Unit Owners' Association, Inc. (the "Movant") moves this Court, under Bankruptcy Code §§361, 362, 363, 554, and other sections of Title 11 of the United States Code, and under Federal Rule of Bankruptcy Procedure 4001 and 6007, and under Local Bankruptcy Rule 4001-1, for an order conditioning, modifying or dissolving the automatic stay imposed by Bankruptcy Code §362, and for Abandonment of property under Bankruptcy Code §554. In support of this Motion, the Movant states:

## MEMORANDUM IN SUPPORT

1. The Court has jurisdiction over this matter under 28 U.S.C. §§157 and 1334. This is a core proceeding under 28 U.S.C. §157(b)(2). The venue of this case and this motion is proper under 28 U.S.C. §§1408 and 1409.

- 1 -

2. On August 25, 2008, the Debtor, Richard M. Osborne, Trustee (collectively, the "Debtor") became owner of the Condominium unit at 7474 Presley Avenue, Mentor, OH 44060 as more fully described in the copy of the Warranty Deed, which is attached to this Motion as Exhibit "A", and, by virtue of ownership, automatically became a member of Movant and subject to its Declaration of Condominium Ownership which was recorded with the Office of the Lake County Recorder at Instrument No. 2008R023941.

3. N/A

4. Pursuant to Ohio Revised Code §5311.18 and the covenants and conditions of the Declaration of Condominium Ownership, Movant prepared a lien when Debtor became delinquent paying assessments, which were duly perfected in the office of the Lake County Recorder on April 21, 2016, as Instrument No. 2016R009903 . A copy of this recorded lien is attached hereto as Exhibit "B" and made a part hereof. The lien is believed to be the 3rd lien on the condominium unit (the "Collateral").

5. N/A

6. N/A

7. N/A

8. N/A

9. The market value of the Collateral is $150,000.00. This is the valuation as set by the Lake County Auditor.

10. As of the date of this motion, there is currently due and owing the outstanding balance of $11,114.00 as described in more detail on the worksheet. The total provided in this paragraph cannot be relied upon as a payoff quotation.

11. N/A.

12. Other parties known to have an interest in the Collateral besides the debtor(s), the Movant, and the trustee are (check all that apply):

- ☐ N/A.
- ☐ N/A
- ☐ <CO-OWNERS, IF APPLICABLE, STATE NAME>.
- ☑ The Huntington National Bank by virtue of a mortgage lien in the original principal amount of $180,000.00.
- ☑ RBS Citizen's N.A. d/b/a/ Charter One by virtue of a mortgage lien in the original principal amount of $12,960,000.00 *[covers this property and others]*.

13. Movant is entitled to relief from the automatic stay under Bankruptcy Code §362(d) for these reason(s):

(a) Debtor has failed to make periodic payments to Movant since the commencement of this bankruptcy case, which unpaid payments are in the aggregate amount of $2,845.70 through October 30, 2018. The total provided in this paragraph cannot be relied upon as a postpetition reinstatement quotation.

14. Movant has completed the worksheet, attached as Exhibit "C".

15. Movant is entitled to an order directing the trustee to abandon the Collateral under 11 U.S.C. §554(b) for these reasons (check all that apply):

(a) The Collateral is of inconsequential value and benefit to the estate because upon liquidation of the Collateral no proceeds will remain for the benefit of the estate.

16. This Motion conforms to the standard form adopted in this District except as follows: **this Motion deviates from the standard form because Movant is a condominium owners association that is entitled to relief as more fully explained hereinabove.**

17. **Moreover, Movant is entitled to relief from the stay pursuant to Bankruptcy Code §362(d)(2) because the Debtor has no equity in the Collateral and the Collateral is not necessary for an effective reorganization. Moreover, the collateral is not the Debtor's**

residence, and, upon information and belief, is not necessary for the Debtor's reorganization.

WHEREFORE, Movant prays for an order from the Court:

(a) Granting Movant relief from the automatic stay of Bankruptcy Code §362 to permit Movant to proceed under applicable nonbankruptcy law; and

(b) Granting Movant abandonment of the collateral under Bankruptcy Code §554(b) because the collateral is burdensome to the estate and is of inconsequential value and benefit to the estate because no proceeds will remain for the benefit of the estate following liquidation.

Respectfully submitted

KAMAN & CUSIMANO, LLC

/s/ Shannon M. McCormick
Darcy Mehling Good (0068249)
Shannon M. McCormick (0084855)
50 Public Square, Suite 2000
Cleveland, OH 44113
(216) 696-0650 / FAX (216) 771-8478
Attorneys for Movant
bankruptcy@kamancus.com

# CERTIFICATE OF SERVICE

I certify that on October 31, 2018, a true and correct copy of Motion of Center Street School Condominiums and Coachhouses Unit Owners' Association, Inc. for Relief from Stay and Abandonment was served.

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

Frederic P. Schwieg on behalf of Debtor Richard M. Osborne at fschwieg@schwieglaw.com

Kelly M. Neal, Esq. on behalf of Creditor The Huntington National Bank at kelly.neal@bipc.com

Timothy P. Palmer, Esq. on behalf of Creditor The Huntington National Bank at timothy.palmer@bipc.com

Michael S. Tucker, Esq. on behalf of Creditor Citizens Bank, N.A. at mtucker@ulmer.com

Adam S. Baker on behalf of Creditor Michael E. Osborne, Sr. at abakerlaw@sbcglobal.net & at adam@bakerlaw.us & at abakerlaw@gmail.com

Gregory P. Amend, Esq. on behalf of Creditor First National Bank of Pennsylvania at gamend@bdblaw.com, grichards@bdblaw.com

Alison L. Archer, Esq. on behalf of Interested Party Lakeland Community College at alison.archer@ohioattomeygeneral.gov & at Trish.Lazich@ohioattomeygeneral.gov & at angelique.dennis-noland@ohioattomeygeneral.gov

Austin B. Barnes, III, Esq. on behalf of Creditor Tax Ease Ohio, LLC at abames@sandhu-Iaw.com & at bklnotice@sandhu-Iaw.com

Robert D. Barr, Esq. on behalf of Creditor Chicago Title Insurance Company at rbarr@koehler.law & at rbarr@koehler.law

David T. Brady, Esq. on behalf of Creditor Tax Ease Ohio, LLC at DBrady@Sandhu-Law.com & at bklnotice@sandhu-law.com

LeAnn E. Covey, Esq. on behalf of Creditor Bank of America, N.A. at bknotice@clunkhoose.com

Richard W. DiBella, Esq. on behalf of Intervenor Nationwide Mutual Fire Insurance Company at rdibella@dgmblaw.com

Stephen R. Franks, Esq. on behalf of Creditor Bank of America, N.A. at amps@manleydeas.com

Stephen John Futterer, Esq. on behalf of Creditor City of Willoughby at sjfutterer@sbcglobal.net & at r43087@notify.bestcase.com

Melody Dugic Gazda, Esq. on behalf of Respondent Home Savings Bank, Successor by Merger to The Home Savings & Loan Company of Youngstown, Ohio at mgazda@hendersoncovington.com

Dennis J. Kaselak, Esq. on behalf of Claimant Diane M. Osborne at dkaselak@peteribold.com & at Cynthia@peteribold.com

Christopher J. Klym, Esq. on behalf of Creditor Ohio Department of Taxation at bk@hhkwlaw.com

Matthew H. Matheney, Esq. on behalf of Creditor First National Bank of Pennsylvania at mmatheney@bdblaw.com & at bhajduk@bdblaw.com

David M. Neumann, Esq. on behalf of Interested Party Zachary B. Burkons at dneumann@meyersroman.com & at jray@meyersroman.com & at mnowak@meyersroman.com

Kirk W. Roessler, Esq. on behalf of Creditor Estate of Jerome T. Osborne at kroessler@walterhav.com & at kballa@walterhav.com & at slasalvia@walterhav.com

John J. Rutter, Esq. on behalf of Creditor Mentor Lumber & Supply Co. at jrutter@ralaw.com

Frederic P. Schwieg, Esq. on behalf of Attorney Frederic P. Schwieg at fschwieg@schwieglaw.com

Michael J. Sikora, III, Esq. on behalf of Creditor Chicago Title Insurance Company at msikora@sikoralaw.com & at aarasmith@sikoralaw.com

Nathaniel R. Sinn, Esq. on behalf of Creditor First National Bank of Pennsylvania at nsinn@bdblaw.com & at kslatinsky@bdblaw.com

Rachel L. Steinlage, Esq. on behalf of Interested Party Zachary B. Burkons at rsteinlage@meyersroman.com & at jray@meyersroman.com & at mnowak@meyersroman.com & at rbain@meyersroman.com

Andrew M. Tomko, Esq. on behalf of Creditor Tax Ease Ohio, LLC at atomko@sandhu-law.com & at bk1notice@sandhu-law.com

Jeffrey C. Toole, Esq. on behalf of Interested Party Zachary B. Burkons at toole@buckleyking.com & at young@buckleyking.com & at heberlein@buckleyking.com & at toolejr82560@notify.bestcase.com

Maria D. Giannirakis ust06 on behalf of U.S. Trustee United States Trustee at maria.d.giannirakis@usdoj.gov

Scott R. Belhorn ust35 on behalf of U.S. Trustee United States Trustee at Scott.R.Belhom@usdoj.gov

And by regular U.S. mail, postage prepaid, to:

Richard M. Osborne, Trustee, 7265 Markell Road, Waite Hill, OH 44094
***Debtor***

            /s/ Shannon M. McCormick
Darcy Mehling Good (0068249)
Shannon M. McCormick (0084855)
KAMAN & CUSIMANO, LLC
50 Public Square, Suite 2000
Cleveland, OH 44113
(216) 696-0650 / FAX (216) 771-8478
bankruptcy@kamancus.com




# COUNTY OF LAKE

## FRANK A. SUPONCIC, CPA, CFE
### RECORDER

EASTERN LAKE COUNTY (440) 350-2510

WESTERN LAKE COUNTY (440) 918-2510

FAX (440) 350-5940

```
LAKE COUNTY OHIO
    RECORDED ON
08/25/2008   12:03:24PM

FRANK A SUPONCIC,CPA,CFE
  LAKE COUNTY RECORDER
REC FEE:        $28.00
       PAGES:   3
```

**IMPORTANT RECORDING INFORMATION**



This cover sheet is a permanent addition to the original document and *MUST* be retained with the document that was filed and/or recorded.

**Reflected hereon is the pertinent recording information:**

- File Number
- Date Filed
- Time Filed
- Recording Fee
- Number of Pages Recorded

## Thank You

105 MAIN STREET • P.O. BOX 490 • PAINESVILLE, OHIO 44077
www.lakecountyrecorder.org • E-mail: recorder@lakecountyohio.org



EXHIBIT A

QUIT CLAIM DEED

## KNOW ALL MEN BY THESE PRESENTS:

That **CENTER STREET SCHOOL CONDOMINIUMS AND COACHHOUSES, LLC,** an Ohio Limited Liability Company, the Grantor, who claims title by or through instrument recorded as Document No. _____ of Lake County Deed Records, for the consideration of *Ten and No/l00 Dollars ($10.00)* received to its full satisfaction of **RICHARD M. OSBORNE, TRUSTEE,** the Grantee, whose Tax Mailing Address will be: *8500 Station Street, Suite 113, Mentor, Ohio 44060,* has *given, granted, remised, released and forever quit-claimed*, and does by these presents absolutely, give, grant, remise, release and forever quit-claimed unto the said Grantee, his heirs and assigns, all such right and title as the said Grantor has or ought to have in and to the following described premises:

Situated in the City of Mentor, County of Lake and State of Ohio and known as being Unit No. F2 in Center Street School Condominiums and Coachhouses, whose drawings are recorded in Volume 57 of Condominium Maps, Page 10 of Lake County Records and as further described by the Declaration of Condominium Ownership and by laws attached thereto recorded in Volume 770, Page 1035 of Lake County Records, together with an undivided percentage interest in and to all the common areas and facilities appurtenant to said unit as set forth in the Declaration of Condominium ownership, as the same may be amended from time to time, which percentage shall automatically change in accordance with the amended Declarations as the same are filed of record pursuant to the provisions of said declarations and will attach to the additional common areas and facilities in the percentages set forth in such amended declarations, which percentages shall automatically be deemed to be conveyed effective on the recording of each such amended declaration as though conveyed hereby. 16-B-035-L-00-006-0  16B-3511-71

To have and to hold the above granted and bargained premises, with the appurtenances thereunto belonging, unto the said Grantee, his heirs and assigns, so that neither the said Grantor, nor its successors or assigns, nor any other persons claiming title through or under it, shall or will hereafter claim or demand any right or title to the premises, or any part thereof; but they and every one of them shall by these presents be excluded and forever barred.

IN WITNESS WHEREOF, Center Street School Condominiums and Coachhouses, LLC, sets its hand by Richard M. Osborne, Jr., its Managing Member, this 25th day of August, 2008.

TRANSFERRED
AUG 25 2008
*Edward H. Zupancic*
Auditor, Lake County, Ohio

This Conveyance has been examined and the Grantor has complied with Section 319.202 of the Revised Code.
#253X FEE S 900
8/25/08 EXEMPT\_\_\_
Edward H. Zupancic, County Auditor

CENTER STREET SCHOOL CONDOMINIUMS
AND COACHHOUSES, LLC
A Limited Liability Company

023941

by: _____
Richard M. Osborne, Jr., Managing Member

LAKE COUNTY TITLE, LLC
Order No. _____

STATE OF OHIO    )
COUNTY OF LAKE   ) ss:

BEFORE ME, a notary public in and for said County, personally appeared the above named Center Street School Condominiums and Coachhouses, LLC, a Limited Liability Company, by Richard M. Osborne, Jr., its Managing Member, who acknowledged that he did sign the foregoing instrument and that the same is the free act and deed of said company and the free act and deed of him personally and as such officer.

IN TESTIMONY WHEREOF, I have hereunto set my hand and official seal, at Mentor, Ohio, this 25th day of August, 2008.

*Jaime Lee Garrison*
Notary Public

Prepared by:
David J. Richards, Jr., Esq.
Dworken & Bernstein Co., LPA
60 So. Park lace
Painesville, OH 44077

Jaime Lee Garrison
Notary Public - State of Ohio
My Commission Expires
November 15, 2009
(Recorded in Lake County)

023941




LAKE COUNTY OHIO
RECORDED ON
04/21/2016 02:24:35PM

ANN M. RADCLIFFE
LAKE COUNTY RECORDER
REC FEE: $28.00
PAGES: 1

## CENTER STREET SCHOOL CONDOMINIUMS AND COACHHOUSES UNIT OWNERS' ASSOCIATION, INC.
### CERTIFICATE OF LIEN

Pursuant to Ohio Revised Code Section 5311.18 and Article XV, Section 5 of the Declaration of Condominium Ownership for Center Street School Condominiums and Coachhouses, filed for record in Instrument No. 2008R017625, *et seq.* of Lake County Records, the undersigned, Center Street School Condominiums and Coachhouses Unit Owners' Association, Inc., hereby claims a lien against the following unit in said Condominium Property and the appurtenant undivided interest in the Common Elements:

Record Owner: Richard M. Osborne, Trustee
Description Of Unit: 7474 Presley Avenue  PPN:16-B-035-N-00-021-0
Mentor, OH 44060

Amount: $2,154.00, plus interest at 8% per annum from the 31st day of March, 2016 and any unpaid assessments accruing hereinafter until this lien is satisfied.

IN WITNESS WHEREOF, Center Street School Condominiums and Coachhouses Unit Owners' Association, Inc. has caused this Certificate of Lien to be executed by its duly authorized representative this 14th day of April, 2016.

Center Street School Condominiums and Coachhouses Unit Owners' Association, Inc.

By: _____
Michael Cayotta, President

SWORN TO BEFORE ME and subscribed in my presence this 14 day of April, 2016.

KRISTEN RODICK
Notary Public
In and for the State of Ohio
My Commission Expires
May 15, 20__

This Instrument Prepared By:
Kaman & Cusimano, LLC, 50 Public Square, Suite 2000, Cleveland, OH 44113, (216) 556-2268

THE CLAIM SECURED BY THIS LIEN HAS BEEN PAID AND THE LIEN IS HEREBY SATISFIED AND DISCHARGED.

DATE: _____    Center Street School Condominiums and Coachhouses Unit Owners' Association, Inc.

By: _____
Designated Representative

SWORN TO BEFORE ME and subscribed in my presence this ____ day of _____.

_____
Notary Public

**EXHIBIT B**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO, EASTERN DIVISION - CLEVELAND

In re: ) CASE NO. 17-17361
)
RICHARD M. OSBORNE ) CHAPTER 11
)
    Debtor ) JUDGE ARTHUR I. HARRIS
)
) **CENTER STREET SCHOOL**
) **CONDOMINIUMS AND COACHHOUSES**
) **UNIT OWNERS' ASSOCIATION, INC.'S**
) **RELIEF FROM STAY AND**
) **ABANDONMENT WORKSHEET**

I. LOAN* DATA
*Movant is a Condominium owners association and, therefore the Motion does not involve a "LOAN"

    A.    IDENTIFICATION OF COLLATERAL (check all that apply):

        ☑    Real Estate: 7474 Presley Avenue, Mentor, OH 44060
            ☐    Principal Residence of Debtor(s)
            ☑    Other

        ☐    Personal Property

        ☐    Other Property [[describe if applicable]]

    B.    CURRENT VALUE OF COLLATERAL: $150,000.00

    C.    SOURCE OF COLLATERAL VALUATION: Lake County Auditor

    D.    ORIGINAL LENDER: N/A

    E.    ENTITY ENTITLED TO ENFORCE THE NOTE: N/A

    F.    CURRENT LOAN SERVICER: N/A

    G.    DATE OF LOAN: N/A

Exhibit "C"

H. ORIGINAL PRINCIPAL AMOUNT DUE UNDER NOTE: ___N/A___

I. ORIGINAL INTEREST RATE ON NOTE: ___N/A___

J. CURRENT INTEREST RATE: ___N/A___

K. ORIGINAL MONTHLY PAYMENT AMOUNT
(principal and interest only for mortgage loans): ___N/A___

L. CURRENT MONTHLY PAYMENT AMOUNT: $226.32

M. THE CURRENT MONTHLY PAYMENT AMOUNT LISTED ABOVE:

☐ Includes an escrow amount of $_____ for real estate taxes.
☐ Includes an escrow amount of $_____ for property insurance.
☐ Includes an escrow amount of $_____ for _____.
☒ Does not include any escrow amount.

N. DATE LAST PAYMENT RECEIVED: prior to May 1, 2015

O. AMOUNT OF LAST PAYMENT RECEIVED: unknown

P. AMOUNT HELD IN SUSPENSE ACCOUNT: N/A

Q. NUMBER OF PAYMENTS PAST DUE: N/A

II. AMOUNT ALLEGED TO BE DUE AS OF THE DATE THE MOTION IS FILED

|   | Description of Charge | Total Amount of Charges | Number of Charges Incurred | Dates Charges Incurred |
|---|---|---|---|---|
| A. | PRINCIPAL | $ N/A | | |
| B. | INTEREST | $ N/A | | |
| C. | TAXES | $ N/A | | |
| D. | INSURANCE | $ N/A | | |
| E. | LATE FEES | $ N/A | | |

| | | | | |
|---|---|---|---|---|
| F. | NON-SUFFICIENT FUNDS FEES | $ N/A | | |
| G. | PAY-BY-PHONE FEES | $ N/A | | |
| H. | BROKER PRICE OPINIONS | $ N/A | | |
| I. | FORCE-PLACED INSURANCE | $ N/A | | |
| J. | PROPERTY INSPECTIONS | $ N/A | | |
| K. | OTHER CHARGES (describe in detail and state contractual basis for recovering the amount from the debtor) | $ N/A | | |

**SEE ATTACHED POST-PETITION ACCOUNT HISTORY**

*Arrearages:*
    BEFORE DATE OF FILING:     $ 8,268.30
    AFTER DATE OF FILING:     $ 2,845.70

    TOTAL DEBT:     $ 11,114.00
    LESS AMOUNT HELD IN SUSPENSE:     $N/A

    TOTAL OF DEBT AS OF DATE MOTION IS FILED:     $ 11,114.00
    * This total cannot be relied upon as a payoff quotation.

This Worksheet was prepared by:

    /s/ Shannon M. McCormick
Darcy Mehling Good (0068249)
Shannon M. McCormick (0084855)
KAMAN & CUSIMANO, LLC
50 Public Square, Suite 2000
Cleveland, OH 44113
(216) 696-0650 / FAX (216) 771-8478
bankruptcy@kamancus.com

# Homeowner Transaction History
## Center Street
## Account#: 1166000401

**Rick Osborne**

7001 Center Street # 7474

Mentor, OH 44060

**Property Address**
7001 Center Street # 7474
Mentor, OH 44060

| Posting Date | Posting Code | Description | Notation | Ref # | Amount | Open Amount | Balance |
|---|---|---|---|---|---|---|---|
| 1/1/2018 | Maint Fee | January 2018 - Maintenance Fee | | | $226.32 | $226.32 | $226.32 |
| 1/11/2018 | Late Fee | Late Fee | | | $25.00 | $25.00 | $251.32 |
| 2/1/2018 | Maint Fee | February 2018 - Maintenance Fee | | | $226.32 | $226.32 | $477.64 |
| 2/12/2018 | Late Fee | Late Fee | | | $25.00 | $25.00 | $502.64 |
| 3/1/2018 | Maint Fee | March 2018 - Maintenance Fee | | | $226.32 | $226.32 | $728.96 |
| 3/7/2018 | Legal Fee | REQUEST FROM BANK FOR PAYOFF | | | $95.00 | $95.00 | $823.96 |
| 3/12/2018 | Late Fee | Late Fee | | | $25.00 | $25.00 | $848.96 |
| 4/1/2018 | Maint Fee | April 2018 - Maintenance Fee | | | $226.32 | $226.32 | $1,075.28 |
| 4/7/2018 | Legal Fee | PHONE CONF RE STATUS OF CASE AND SETTLEMENT | | | $47.50 | $47.50 | $1,122.78 |
| 4/11/2018 | Late Fee | Late Fee | | | $25.00 | $25.00 | $1,147.78 |
| 5/1/2018 | Maint Fee | May 2018 - Maintenance Fee | | | $226.32 | $226.32 | $1,374.10 |
| 5/11/2018 | Late Fee | Late Fee | | | $25.00 | $25.00 | $1,399.10 |
| 6/1/2018 | Maint Fee | June 2018 - Maintenance Fee | | | $226.32 | $226.32 | $1,625.42 |
| 6/11/2018 | Legal Fee | TELEPHONE CONF WITH ERIC DEIGHTON FOR BANK AND APPELLATE COURT MEDIATOR | | | $95.00 | $95.00 | $1,720.42 |
| 6/11/2018 | Legal Fee | REQUEST FROM BANK FOR PAYOFF | | | $95.00 | $95.00 | $1,815.42 |
| 6/12/2018 | Late Fee | Late Fee | | | $25.00 | $25.00 | $1,840.42 |
| 7/1/2018 | Maint Fee | July 2018 - Maintenance Fee | | | $226.32 | $226.32 | $2,066.74 |
| 7/12/2018 | Late Fee | Late Fee | | | $25.00 | $25.00 | $2,091.74 |
| 8/1/2018 | Maint Fee | August 2018 - Maintenance Fee | | | $226.32 | $226.32 | $2,318.06 |
| 8/13/2018 | Late Fee | Late Fee | | | $25.00 | $25.00 | $2,343.06 |
| 9/1/2018 | Maint Fee | September 2018 - Maintenance Fee | | | $226.32 | $226.32 | $2,569.38 |
| 9/12/2018 | Late Fee | Late Fee | | | $25.00 | $25.00 | $2,594.38 |
| 10/1/2018 | Maint Fee | October 2018 - Maintenance Fee | | | $226.32 | $226.32 | $2,820.70 |
| 10/13/2018 | Late Fee | Late Fee | | | $25.00 | $25.00 | $2,845.70 |

about:blank                                                                                                            10/30/2018

17-17361-aih    Doc 277    FILED 10/31/18    ENTERED 10/31/18 15:00:06    Page 15 of 15