UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO, EASTERN DIVISION - CLEVELAND

In re: ) CASE NO. 17-17361
)
RICHARD M. OSBORNE ) CHAPTER 11
)
Debtor ) JUDGE ARTHUR I. HARRIS

## AMENDED NOTICE OF MOTION
## FOR RELIEF FROM STAY AND ABANDONMENT
(Property Located at: 7474 Presley Avenue, Mentor, OH 44060)

Center Street School Condominiums and Coachhouses Unit Owners' Association, Inc. ("Movant") has filed papers with the court under Bankruptcy Code §§ 361, 362, and 363, and other sections of Title 11 of the United States Code, under Federal Rule of Bankruptcy Procedure 4001, and under Local Bankruptcy Rule 4001-1 for an order conditioning, modifying or dissolving the automatic stay imposed by Bankruptcy Code § 362 and for abandonment. The preliminary hearing on this matter, if any is required, is set for **December 4, 2018 at 11:00 a.m.** in Courtroom 1A, Howard M. Metzenbaum U.S. Courthouse, 201 Superior Avenue, Cleveland, OH 44114 1235.

**YOUR RIGHTS MAY BE AFFECTED**. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the Motion for Relief from Stay and Abandonment, then on or before November 27, 2018, you or your attorney must:

File with the court a written request for a hearing, or if the court requires a written response, an answer, explaining your position at:

Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114 1235

If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

You must also mail a copy to:

Darcy Mehling Good, Esq.
Shannon M. McCormick, Esq.
Kaman & Cusimano, LLC
50 Public Square, Suite 2000
Cleveland, OH 44113
*Attorneys for Movant*

Daniel M. McDermott, Esq.
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue, East - Suite 441
Cleveland, OH 44114
*U.S. Trustee*

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an Order granting that relief.

Date: November 5, 2018

Respectfully submitted

KAMAN & CUSIMANO, LLC

/s/ Shannon M. McCormick
Darcy Mehling Good (0068249)
Shannon M. McCormick (0084855)
50 Public Square, Suite 2000
Cleveland, OH 44113
(216) 696-0650 / FAX (216) 771-8478
Attorneys for Movant
bankruptcy@kamancus.com

# **CERTIFICATE OF SERVICE**

I certify that on November 5, 2018, a true and correct copy of Amended Notice of Motion of Center Street School Condominiums and Coachhouses Unit Owners' Association, Inc. for Relief from Stay and Abandonment was served.

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

Frederic P. Schwieg on behalf of Debtor Richard M. Osborne at fschwieg@schwieglaw.com

Kelly M. Neal, Esq. on behalf of Creditor The Huntington National Bank at kelly.neal@bipc.com

Timothy P. Palmer, Esq. on behalf of Creditor The Huntington National Bank at timothy.palmer@bipc.com

Michael S. Tucker, Esq. on behalf of Creditor Citizens Bank, N.A. at mtucker@ulmer.com

Adam S. Baker on behalf of Creditor Michael E. Osborne, Sr. at abakerlaw@sbcglobal.net & at adam@bakerlaw.us & at abakerlaw@gmail.com

Gregory P. Amend, Esq. on behalf of Creditor First National Bank of Pennsylvania at gamend@bdblaw.com, grichards@bdblaw.com

Alison L. Archer, Esq. on behalf of Interested Party Lakeland Community College at alison.archer@ohioattomeygeneral.gov & at Trish.Lazich@ohioattomeygeneral.gov & at angelique.dennis-noland@ohioattomeygeneral.gov

Austin B. Barnes, III, Esq. on behalf of Creditor Tax Ease Ohio, LLC at abames@sandhu-Iaw.com & at bklnotice@sandhu-Iaw.com

Robert D. Barr, Esq. on behalf of Creditor Chicago Title Insurance Company at rbarr@koehler.law & at rbarr@koehler.law

David T. Brady, Esq. on behalf of Creditor Tax Ease Ohio, LLC at DBrady@Sandhu-Law.com & at bklnotice@sandhu-law.com

LeAnn E. Covey, Esq. on behalf of Creditor Bank of America, N.A. at bknotice@clunkhoose.com

Richard W. DiBella, Esq. on behalf of Intervenor Nationwide Mutual Fire Insurance Company at rdibella@dgmblaw.com

Stephen R. Franks, Esq. on behalf of Creditor Bank of America, N.A. at amps@manleydeas.com

Stephen John Futterer, Esq. on behalf of Creditor City of Willoughby at sjfutterer@sbcglobal.net & at r43087@notify.bestcase.com

Melody Dugic Gazda, Esq. on behalf of Respondent Home Savings Bank, Successor by Merger to The Home Savings & Loan Company of Youngstown, Ohio at mgazda@hendersoncovington.com

Dennis J. Kaselak, Esq. on behalf of Claimant Diane M. Osborne at dkaselak@peteribold.com & at Cynthia@peteribold.com

Christopher J. Klym, Esq. on behalf of Creditor Ohio Department of Taxation at bk@hhkwlaw.com

Matthew H. Matheney, Esq. on behalf of Creditor First National Bank of Pennsylvania at mmatheney@bdblaw.com & at bhajduk@bdblaw.com

David M. Neumann, Esq. on behalf of Interested Party Zachary B. Burkons at dneumann@meyersroman.com & at jray@meyersroman.com & at mnowak@meyersroman.com

Kirk W. Roessler, Esq. on behalf of Creditor Estate of Jerome T. Osborne at kroessler@walterhav.com & at kballa@walterhav.com & at slasalvia@walterhav.com

John J. Rutter, Esq. on behalf of Creditor Mentor Lumber & Supply Co. at jrutter@ralaw.com

Frederic P. Schwieg, Esq. on behalf of Attorney Frederic P. Schwieg at fschwieg@schwieglaw.com

Michael J. Sikora, III, Esq. on behalf of Creditor Chicago Title Insurance Company at msikora@sikoralaw.com & at aarasmith@sikoralaw.com

Nathaniel R. Sinn, Esq. on behalf of Creditor First National Bank of Pennsylvania at nsinn@bdblaw.com & at kslatinsky@bdblaw.com

Rachel L. Steinlage, Esq. on behalf of Interested Party Zachary B. Burkons at rsteinlage@meyersroman.com & at jray@meyersroman.com & at mnowak@meyersroman.com & at rbain@meyersroman.com

Andrew M. Tomko, Esq. on behalf of Creditor Tax Ease Ohio, LLC at atomko@sandhu-law.com & at bk1notice@sandhu-law.com

Jeffrey C. Toole, Esq. on behalf of Interested Party Zachary B. Burkons at toole@buckleyking.com & at young@buckleyking.com & at heberlein@buckleyking.com & at toolejr82560@notify.bestcase.com

Maria D. Giannirakis ust06 on behalf of U.S. Trustee United States Trustee at maria.d.giannirakis@usdoj.gov

Scott R. Belhorn ust35 on behalf of U.S. Trustee United States Trustee at Scott.R.Belhom@usdoj.gov

And by regular U.S. mail, postage prepaid, to:

Richard M. Osborne, Trustee, 7265 Markell Road, Waite Hill, OH 44094
***Debtor***

    /s/ Shannon M. McCormick
Darcy Mehling Good (0068249)
Shannon M. McCormick (0084855)
KAMAN & CUSIMANO, LLC
50 Public Square, Suite 2000
Cleveland, OH  44113
(216) 696-0650 / FAX (216) 771-8478
bankruptcy@kamancus.com