**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

IN RE RICHARD M. OSBORNE SR
*Debtor*

CASE NO. 17-17361
JUDGE ARTHUR I HARRIS
CHAPTER 11

## MOTION OF RICHARD M. OSBORNE TO EMPLOY CENTURY 21 HOMESTAR AS REAL ESTATE BROKER

Richard M. Osborne, as both the debtor-in-possession ("Debtor"), moves this Court for an order authorizing him to employ Michelle R. Webb and Century 21 Homestar as real estate agent.

**Necessity for Employment**.  The Debtor has determined that the administration of assets of the estate and the resolution of claims of creditors require the Debtor to perform or obtain real estate brokerage services.  In particular, the Debtor has determined that a real estate broker is needed to effectively market for sale or lease the interest of the estate and the Debtor in the parcels of real property located at 7357 Reynolds Road, 7347 Reynolds Road, 7325 Reynolds Road, Vacant Lot Reynolds Road, 7319 Reynolds Road, 7317 Reynolds Road, 8724 Munson, Mentor, Ohio.  The Real Estate needs to be properly marketed through a real estate broker with proper expertise.

**Person to be Employed**.  The Debtor seeks to employ Michelle R. Webb and Century 21 Homestar, 3550 Lander Rd, Pepper Pike OH 216-831-9310 ("Century 21") as his real estate agent.

**Reasons for Selection**.  Century 21 has been selected by Debtor to perform these services because it is a person with expertise in selling such properties, as does Century 21 generally.

**Professional Services to be Rendered**.  The professional services Century 21 shall render consist of brokerage and marketing services incidental for the sale or lease of the Real Estate, and production of related documents.

**Proposed Arrangement for Compensation and Ms. Webb's Connections with Other**

**Entities**. The Debtor proposes to pay Century 21 for broker services on a commission of 6% of the sale price for the Real Estate as set forth in the attached listing agreements. Century 21 is a disinterested person as that term is defined in the Bankruptcy Code as shown by the verified statement of Michelle R. Webb, and only has the connections to other parties in interest set forth in that statement.

THEREFORE, the Debtor respectfully requests that this Court enter an order authorizing the retention of Michelle R. Webb and Century 21 Homestar as real estate agent to Debtor to perform the services necessary for the effective administration of the estate.

Respectfully submitted,
/s/ Frederic P. Schwieg, Esq.
Frederic P. Schwieg, Esq. (0030418)
Attorney at Law
2705 Gibson Dr
Rocky River, OH 44116
(440) 499-4506
(440) 398-0490
fschwieg@schwieglaw.com

## NOTICE

Pursuant to Local Bankruptcy Rule 9013-1, any objection to this application must be filed within 14 days from the date of service as set forth on the certificate of service. If no response or objection is timely filed, the Court is authorized to grant the relief requested without further notice.

## CERTIFICATE OF SERVICE

A copy of this Motion to Employ Auctioneer was served on the following on the date filed by Notice of Electronic Filing.

Gregory P. Amend on behalf of Creditor First National Bank of Pennsylvania
gamend@bdblaw.com, grichards@bdblaw.com

Alison L. Archer on behalf of Interested Party Lakeland Community College
alison.archer@ohioattorneygeneral.gov, Trish.Lazich@ohioattorneygeneral.gov;angelique.dennis-noland@ohioattorneygeneral.gov

Adam S. Baker on behalf of Creditor Michael E. Osborne, Sr.
abakerlaw@sbcglobal.net, adam@bakerlaw.us;abakerlaw@gmail.com

Austin B. Barnes, III on behalf of Creditor Tax Ease Ohio, LLC

abarnes@sandhu-law.com, bk1notice@sandhu-law.com

Robert D. Barr on behalf of Creditor Chicago Title Insurance Company
rbarr@koehler.law, rbarr@koehler.law

David T. Brady on behalf of Creditor Tax Ease Ohio, LLC
DBrady@Sandhu-Law.com, bk1notice@sandhu-law.com

Gregory M. Dennin on behalf of Debtor Richard M. Osborne
greg@gmdlplaw.com, djensch1@roadrunner.com

Stephen R. Franks on behalf of Creditor Bank of America, N.A.
amps@manleydeas.com

Christopher J. Klym on behalf of Creditor Ohio Department of Taxation
bk@hhkwlaw.com

Matthew H. Matheney on behalf of Creditor First National Bank of Pennsylvania
mmatheney@bdblaw.com, bhajduk@bdblaw.com

Timothy P. Palmer on behalf of Creditor The Huntington National Bank
timothy.palmer@bipc.com, donna.curcio@bipc.com

Kirk W. Roessler on behalf of Creditor Estate of Jerome T. Osborne
kroessler@walterhav.com, kballa@walterhav.com;slasalvia@walterhav.com

John J. Rutter on behalf of Creditor Mentor Lumber & Supply Co.
jrutter@ralaw.com

Frederic P. Schwieg on behalf of Debtor Richard M. Osborne
fschwieg@schwieglaw.com

Michael J. Sikora, III on behalf of Creditor Chicago Title Insurance Company
msikora@sikoralaw.com, aarasmith@sikoralaw.com;mtroha@sikoralaw.com

Nathaniel R. Sinn on behalf of Creditor First National Bank of Pennsylvania
nsinn@bdblaw.com, kslatinsky@bdblaw.com

Rachel L. Steinlage on behalf of Interested Party Zachary B Burkons
rsteinlage@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com

Andrew M. Tomko on behalf of Creditor Tax Ease Ohio, LLC
atomko@sandhu-law.com, bk1notice@sandhu-law.com

Jeffrey C. Toole on behalf of Interested Party Zachary B Burkons
toole@buckleyking.com, young@buckleyking.com;heberlein@buckleyking.com

Michael S. Tucker on behalf of Creditor Citizens Bank, N.A.
mtucker@ulmer.com

Maria D. Giannirakis ust06 on behalf of U.S. Trustee United States Trustee
maria.d.giannirakis@usdoj.gov

Scott R. Belhorn ust35 on behalf of U.S. Trustee United States Trustee
Scott.R.Belhorn@usdoj.gov

/s/ Frederic P. Schwieg, Esq.
Frederic P. Schwieg, Esq.



# EXCLUSIVE RIGHT TO SELL/LEASE LISTING AGREEMENT

This agreement is between **Century 21 HomeStar** (hereinafter called "Broker") and the undersigned (hereinafter called "Owner") and applies to the real property located at: 8724 Monson, Mentor
In consideration of Broker using their best efforts to find a purchaser for Owner's property, Owner agrees as follows:

1. **TERM AND LISTING PRICE:** Owner hereby grants Broker the exclusive right to sell the above property from 10-18-2018 through 10-18-2019 for the sum of $ 169,900 payable in cash upon closing or for such other terms or exchange as Owner may agree.

2. **BROKERAGE FEE:** Owner agrees to pay Broker a brokerage fee of 6 % of the total sale price or a minimum fee of _____, whichever is greater, plus **$250.00**. Owner authorizes Broker to offer 3/2 % of the Sale Price for all Co-Broke sales. Any exceptions to this compensation will be disclosed to the Owner in writing. Owner also agrees that the brokerage fee shall be paid if Owner enters into an agreement within six (6) months following the term of this agreement or any extensions thereof to any parties to whom Broker or any cooperating broker has shown the property which results in a sale, lease or exchange of said property. However, in the event Owner enters into a bona fide listing Agreement with another Real Estate Broker, this paragraph is null and void. Owner agrees to refer all prospective Buyers or Brokers who contact the Owner directly.

3. **MARKETING:** Broker is authorized to enter the property in any one or more **Multiple Listing Service(s)**, in accordance with the rules and regulations of said MLS, to market the Property in the publications, web sites or any other information service medium of Broker's choice and to comply with all Ohio and Federal Fair Housing Laws without discrimination. Owner releases Broker, the Multiple Listing Service(s), and any Brokers assisting in the sale of said Property from any and all liability for the dissemination of the information after being placed in the various information service mediums. Owner warrants this agreement and associated worksheets, to the best of Owner's knowledge, to be correct and accurate. Broker is hereby authorized to place a **"For Sale"** sign on the Property, if permitted by law, and to remove all other "For Sale" signs. Broker shall have access to the Property at all reasonable times for the purpose of attempting to sell the same. Owner authorizes placing a **Lock Box** on the premises at any time during the term of this Listing Agreement. Such Lock Box shall be used to hold the key for entrance to the property. Owner releases Broker, the Multiple Listing Service(s), and any Brokers assisting in the sale of said Property from all liability for loss or damage of any kind resulting from use of said lock box or the use of the key to be placed therein.

4. **HOME WARRANTY:** Owner agrees to provide a *LIMITED HOME WARRANTY PLAN* at a charge of $_____ with deductible ☐ Yes ☒ No Owner acknowledges that Broker will receive a fee in consideration for processing the home warranty application. Owner acknowledges receipt of warranty application.

5. **DISCLOSURE:** Owner agrees to (1) complete the Ohio *Residential Property Disclosure Form, if required by law; (2)* Federal *Lead-based Paint Disclosure Form; (3)* provide copies of sex offender notices received from the local law enforcement authorities. To Owner's knowledge, there are no encroachments, pending lawsuits, foreclosures, divorce actions, bankruptcies, orders of any public agencies, assessments, liens (tax, utility, mechanics), or other matters that could affect Owner's ability to provide a clear title to the property, except as follows (if none, so state): Subject to Court approval

6. **FAIR HOUSING:** It is illegal, pursuant to the Ohio Fair Housing Law, Division (H) of Section 4112.02 of the Revised Code and the Federal Fair Housing Law, 42 U.S.C.A. 3601, as amended, to refuse to sell, transfer, assign, rent, lease, sublease, or finance housing accommodations, refuse to negotiate for the sale or rental of housing accommodations, or otherwise deny or make unavailable housing accommodations because of race, color, religion, sex, familial status as defined in section 4112.01 of the Revised Code, ancestry, military status as defined in that section, disability as defined in that section, or national origin or to so discriminate in advertising the sale or rental of housing, in the financing of housing, or in the provision of real estate brokerage services. It is also illegal, for profit, to induce or attempt to induce a person to sell or rent a dwelling by representations regarding the entry into the neighborhood of a person or persons belonging to one of the protected classes.

7. **OTHER TERMS or ITEMS EXCLUDED FROM SALE::** _____

8. **MORTGAGE:** (bank/amount) _____

9. **ADDENDA:** ☐ No MLS ☐ Short Sale
The signatures of all owners of the property are required on this Exclusive Right to Sell Agreement. This is a legally binding contract. If you have any questions of law, it is recommended you contact your attorney.

OWNER SIGNATURE: _____  OWNER SIGNATURE: _Carol M. Behm_

Print Name: _____  Print Name: _____

ADDRESS: _____  PHONE: 10/18/18

E-MAIL ADDRESS: _____  DATE: 10-19-18

AGENT: _Michelle Webb_  BROKER/COMPANY NAME: **Century 21 HomeStar**

Print Name: _Michelle Webb_  PHONE: 440-602-2788  DATE: 10/24/18

C21 Home Star Realty, 6151 Wilson Mills Road Highland Heights, OH 44143    Phone: 440-449-9100    Fax: 440-449-9100    new
Anthony Geraci    Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026    www.zipLogix.com



## EXCLUSIVE RIGHT TO SELL/LEASE LISTING AGREEMENT

This agreement is between _____ Century 21 HomeStar _____ (hereinafter called "Broker") and the undersigned (hereinafter called "Owner") and applies to the real property located at: _7317 Reynolds, Mentor, Ohio 44060_
In consideration of Broker using their best efforts to find a purchaser for Owner's property, Owner agrees as follows: _10/18/2018_

1. **TERM AND LISTING PRICE:** Owner hereby grants Broker the exclusive right to sell the above property from _10/18/2018_ through _10/18/2019_ for the sum of $ _159,900_ payable in cash upon closing or for such other terms or exchange as Owner may agree.

2. **BROKERAGE FEE:** Owner agrees to pay Broker a brokerage fee of _6_ % of the total sale price or a minimum fee of _____ whichever is greater, plus **$250.00**. Owner authorizes Broker to offer _3/3_ % of the Sale Price for all Co-Broke sales. Any exceptions to this compensation will be disclosed to the Owner in writing. Owner also agrees that the brokerage fee shall be paid if Owner enters into an agreement within six (6) months following the term of this agreement or any extensions thereof to any parties to whom Broker or any cooperating broker has shown the property which results in a sale, lease or exchange of said property. However, in the event Owner enters into a bona fide Listing Agreement with another Real Estate Broker, this paragraph is null and void. Owner agrees to refer all prospective Buyers or Brokers who contact the Owner directly.

3. **MARKETING:** Broker is authorized to enter the property in any one or more **Multiple Listing Service(s)**, in accordance with the rules and regulations of said MLS, to market the Property in the publications, web sites or any other information service medium of Broker's choice and to comply with all Ohio and Federal Fair Housing Laws without discrimination. Owner releases Broker, the Multiple Listing Service(s), and any Brokers assisting in the sale of said Property from any and all liability for the dissemination of the information after being placed in the various information service mediums. Owner warrants this agreement and associated worksheets, to the best of Owner's knowledge, to be correct and accurate. Broker is hereby authorized to place a **"For Sale"** sign on the Property, if permitted by law, and to remove all other "For Sale" signs. Broker shall have access to the Property at all reasonable times for the purpose of attempting to sell the same. Owner authorizes placing a **Lock Box** on the premises at any time during the term of this Listing Agreement. Such Lock Box shall be used to hold the key for entrance to the property. Owner releases Broker, the Multiple Listing Service(s), and any Brokers assisting in the sale of said Property from all liability for loss or damage of any kind resulting from use of said lock box or the use of the key to be placed therein.

4. **HOME WARRANTY:** Owner agrees to provide a _LIMITED HOME WARRANTY PLAN_ at a charge of $ _____ with deductible ☐ Yes ☒ No Owner acknowledges that Broker will receive a fee in consideration for processing the home warranty application. Owner acknowledges receipt of warranty application.

5. **DISCLOSURE:** Owner agrees to (1) complete the Ohio _Residential Property Disclosure Form, if required by law;_ (2) Federal _Lead-based Paint Disclosure Form;_ (3) provide copies of sex offender notices received from the local law enforcement authorities. To Owner's knowledge, there are no encroachments, pending lawsuits, foreclosures, divorce actions, bankruptcies, orders of any public agencies, assessments, liens (tax, utility, mechanics), or other matters that could affect Owner's ability to provide a clear title to the property, except as follows (if none, so state): _Subject to Court Approval_

6. **FAIR HOUSING:** It is illegal, pursuant to the Ohio Fair Housing Law, Division (H) of Section 4112.02 of the Revised Code and the Federal Fair Housing Law, 42 U.S.C.A. 3601, as amended, to refuse to sell, transfer, assign, rent, sublease, or finance housing accommodations, refuse to negotiate for the sale or rental of housing accommodations, or otherwise deny or make unavailable housing accommodations because of race, color, religion, sex, familial status as defined in section 4112.01 of the Revised Code, ancestry, military status as defined in that section, disability as defined in that section, or national origin or to so discriminate in advertising the sale or rental of housing, in the financing of housing, or in the provision of real estate brokerage services. It is also illegal, for profit, to induce or attempt to induce a person to sell or rent a dwelling by representations regarding the entry into the neighborhood of a person or persons belonging to one of the protected classes.

7. **OTHER TERMS or ITEMS EXCLUDED FROM SALE:** _____

8. **MORTGAGE:** (bank/amount) _____

9. **ADDENDA:** ☐ No MLS ☐ Short Sale
The signatures of all owners of the property are required on this Exclusive Right to Sell Agreement. This is a legally binding contract. If you have any questions of law, it is recommended you contact your attorney.

OWNER SIGNATURE: _____

OWNER SIGNATURE: _Carol W. Kahn_

Print Name: _____

Print Name: _____

ADDRESS: _____

PHONE: _____

E-MAIL ADDRESS: _____

DATE: _10.19.18_

AGENT: _Michelle R Webb_

BROKER/COMPANY NAME: **Century 21 HomeStar**

Print Name: _Michelle Webb_

PHONE: _440-602-2288_   DATE: _10/19/18_

C21 Home Star Realty, 6151 Wilson Mills Road Highland Heights, OH 44143
Anthony Geraci

Phone: 440-449-9100      Fax: 440-449-9100      new

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com



## EXCLUSIVE RIGHT TO SELL/LEASE LISTING AGREEMENT

This agreement is between **Century 21 HomeStar** (hereinafter called "Broker") and the undersigned (hereinafter called "Owner") and applies to the real property located at: 7319 Reynolds, Mentor Ohio 44060
In consideration of Broker using their best efforts to find a purchaser for Owner's property, Owner agrees as follows:

1. **TERM AND LISTING PRICE:** Owner hereby grants Broker the exclusive right to sell the above property from 10/18/2018 through 10/18/2019 for the sum of $ 229,900 payable in cash upon closing or for such other terms or exchange as Owner may agree.

2. **BROKERAGE FEE:** Owner agrees to pay Broker a brokerage fee of 6 % of the total sale price or a minimum fee of _____ whichever is greater, plus **$250.00** . Owner authorizes Broker to offer 3 1/2 % of the Sale Price for all Co-Broke sales. Any exceptions to this compensation will be disclosed to the Owner in writing. Owner also agrees that the brokerage fee shall be paid if Owner enters into an agreement within six (6) months following the term of this agreement or any extensions thereof to any parties to whom Broker or any cooperating broker has shown the property which results in a sale, lease or exchange of said property. However, in the event Owner enters into a bona fide Listing Agreement with another Real Estate Broker, this paragraph is null and void. Owner agrees to refer all prospective Buyers or Brokers who contact the Owner directly.

3. **MARKETING:** Broker is authorized to enter the property in any one or more **Multiple Listing Service(s)**, in accordance with the rules and regulations of said MLS, to market the Property in the publications, web sites or any other information service medium of Broker's choice and to comply with all Ohio and Federal Fair Housing Laws without discrimination. Owner releases Broker, the Multiple Listing Service(s), and any Brokers assisting in the sale of said Property from any and all liability for the dissemination of the information after being placed in the various information service mediums. Owner warrants this agreement and associated worksheets, to the best of Owner's knowledge, to be correct and accurate. Broker is hereby authorized to place a **"For Sale"** sign on the Property, if permitted by law, and to remove all other "For Sale" signs. Broker shall have access to the Property at all reasonable times for the purpose of attempting to sell the same. Owner authorizes placing a **Lock Box** on the premises at any time during the term of this Listing Agreement. Such Lock Box shall be used to hold the key for entrance to the property. Owner releases Broker, the Multiple Listing Service(s), and any Brokers assisting in the sale of said Property from all liability for loss or damage of any kind resulting from use of said lock box or the use of the key to be placed therein.

4. **HOME WARRANTY:** Owner agrees to provide a *LIMITED HOME WARRANTY PLAN* at a charge of $ N/A with deductible ☐ Yes ☒ No Owner acknowledges that Broker will receive a fee in consideration for processing the home warranty application. Owner acknowledges receipt of warranty application.

5. **DISCLOSURE:** Owner agrees to (1) complete the Ohio *Residential Property Disclosure Form, if required by law; (2)* Federal Lead-based *Paint Disclosure Form; (3)* provide copies of sex offender notices received from the local law enforcement authorities. To Owner's knowledge, there are no encroachments, pending lawsuits, foreclosures, divorce actions, bankruptcies, orders of any public agencies, assessments, liens (tax, utility, mechanics), or other matters that could affect Owner's ability to provide a clear title to the property, except as follows (if none, so state): Subject to Court Approval

6. **FAIR HOUSING:** It is illegal, pursuant to the Ohio Fair Housing Law, Division (H) of Section 4112.02 of the Revised Code and the Federal Fair Housing Law, 42 U.S.C.A. 3601, as amended, to refuse to sell, transfer, assign, rent, lease, sublease, or finance housing accommodations, refuse to negotiate for the sale or rental of housing accommodations, or otherwise deny or make unavailable housing accommodations because of race, color, religion, sex, familial status as defined in section 4112.01 of the Revised Code, ancestry, military status as defined in that section, disability as defined in that section, or national origin or to discriminate in advertising the sale or rental of housing, in the financing of housing, or in the provision of real estate brokerage services. It is also illegal, for profit, to induce or attempt to induce a person to sell or rent a dwelling by representations regarding the entry into the neighborhood of a person or persons belonging to one of the protected classes.

7. **OTHER TERMS or ITEMS EXCLUDED FROM SALE::** _____

8. **MORTGAGE:** (bank/amount) _____

9. **ADDENDA:** ☐ No MLS ☐ Short Sale
The signatures of all owners of the property are required on this Exclusive Right to Sell Agreement. This is a legally binding contract. If you have any questions of law, it is recommended you contact your attorney.

OWNER SIGNATURE: _____

Print Name: _____

ADDRESS: _____

E-MAIL ADDRESS: _____

OWNER SIGNATURE: Carol M. Cohen

Print Name: _____

PHONE: _____

DATE: 10.19.18

AGENT: Michelle R Webb

Print Name: Michelle R Webb

BROKER/COMPANY NAME: **Century 21 HomeStar**

PHONE: 440-602-2288 DATE: 10-19-18

C21 Home Star Realty, 6151 Wilson Mills Road Highland Heights, OH 44143
Anthony Geraci

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026 www.zipLogix.com

Phone: 440-449-9100      Fax: 440-449-9100      new



## EXCLUSIVE RIGHT TO SELL/LEASE LISTING AGREEMENT

This agreement is between _____ **Century 21 HomeStar** _____ (hereinafter called "Broker") and the undersigned (hereinafter called "Owner") and applies to the real property located at: *VIL Reynolds Mentor, Ohio 44060*
In consideration of Broker using their best efforts to find a purchaser for Owner's property, Owner agrees as follows:

1. **TERM AND LISTING PRICE:** Owner hereby grants Broker the exclusive right to sell the above property from *10/18/2018* through *10/18/2019* for the sum of $ *50,000* payable in cash upon closing or for such other terms or exchange as Owner may agree.

2. **BROKERAGE FEE:** Owner agrees to pay Broker a brokerage fee of _____ % of the total sale price or a minimum fee of _____ whichever is greater, plus **$250.00** . Owner authorizes Broker to offer *3/2* % of the Sale Price for all Co-Broke sales. Any exceptions to this compensation will be disclosed to the Owner in writing. Owner also agrees that the brokerage fee shall be paid if Owner enters into an agreement within six (6) months following the term of this agreement or any extensions thereof to any parties to whom Broker or any cooperating broker has shown the property which results in a sale, lease or exchange of said property. However, in the event Owner enters into a bona fide Listing Agreement with another Real Estate Broker, this paragraph is null and void. Owner agrees to refer all prospective Buyers or Brokers who contact the Owner directly.

3. **MARKETING:** Broker is authorized to enter the property in any one or more **Multiple Listing Service(s)**, in accordance with the rules and regulations of said MLS, to market the Property in the publications, web sites or any other information service medium of Broker's choice and to comply with all Ohio and Federal Fair Housing Laws without discrimination. Owner releases Broker, the Multiple Listing Service(s), and any Brokers assisting in the sale of said Property from any and all liability for the dissemination of the information after being placed in the various information service mediums. Owner warrants this agreement and associated worksheets, to the best of Owner's knowledge, to be correct and accurate. Broker is hereby authorized to place a **"For Sale"** sign on the Property, if permitted by law, and to remove all other "For Sale" signs. Broker shall have access to the Property at all reasonable times for the purpose of attempting to sell the same. Owner authorizes placing a **Lock Box** on the premises at any time during the term of this Listing Agreement. Such Lock Box shall be used to hold the key for entrance to the property. Owner releases Broker, the Multiple Listing Service(s), and any Brokers assisting in the sale of said Property from all liability for loss or damage of any kind resulting from use of said lock box or the use of the key to be placed therein.

4. **HOME WARRANTY:** Owner agrees to provide a *LIMITED HOME WARRANTY PLAN at a charge of $* _____ with deductible ☐ Yes ☒ No Owner acknowledges that Broker will receive a fee in consideration for processing the home warranty application. Owner acknowledges receipt of warranty application.

5. **DISCLOSURE:** Owner agrees to (1) complete the Ohio *Residential Property Disclosure Form, if required by law;* (2) Federal Lead-based *Paint Disclosure Form;* (3) provide copies of sex offender notices received from the local law enforcement authorities. To Owner's knowledge, there are no encroachments, pending lawsuits, foreclosures, divorce actions, bankruptcies, orders of any public agencies, assessments, liens (tax, utility, mechanics), or other matters that could affect Owner's ability to provide a clear title to the property, except as follows (if none, so state): *Subject to Court Approval*

6. **FAIR HOUSING:** It is illegal, pursuant to the Ohio Fair Housing Law, Division (H) of Section 4112.02 of the Revised Code and the Federal Fair Housing Law, 42 U.S.C.A. 3601, as amended, to refuse to sell, transfer, assign, rent, lease, sublease, or finance housing accommodations, refuse to negotiate for the sale or rental of housing accommodations, or otherwise deny or make unavailable housing accommodations because of race, color, religion, sex, familial status as defined in section 4112.01 of the Revised Code, ancestry, military status as defined in that section, disability as defined in that section, or national origin or to so discriminate in advertising the sale or rental of housing, in the financing of housing, or in the provision of real estate brokerage services. It is also illegal, for profit, to induce or attempt to induce a person to sell or rent a dwelling by representations regarding the entry into the neighborhood of a person or persons belonging to one of the protected classes.

7. **OTHER TERMS or ITEMS EXCLUDED FROM SALE:** _____

_____

8. **MORTGAGE:** (bank/amount) _____

9. **ADDENDA:** ☐ No MLS ☐ Short Sale
The signatures of all owners of the property are required on this Exclusive Right to Sell Agreement. This is a legally binding contract. If you have any questions of law, it is recommended you contact your attorney.

OWNER SIGNATURE: _____  OWNER SIGNATURE: *Carol M. Ash*

Print Name: _____  Print Name: _____

ADDRESS: _____  PHONE: _____

E-MAIL ADDRESS: _____  DATE: *10.19.18*

AGENT: *Michelle R Webb*  BROKER/COMPANY NAME: **Century 21 HomeStar**

Print Name: *Michelle R Webb*  PHONE: _____  DATE: *10-19-18*

C21 Home Star Realty, 6151 Wilson Mills Road Highland Heights, OH 44143
Anthony Geraci

Phone 440-449-9100          Fax: 440-449-9100          new
Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026  www.zipLogix.com



# EXCLUSIVE RIGHT TO SELL/LEASE LISTING AGREEMENT

This agreement is between _____ Century 21 HomeStar _____ (hereinafter called "Broker") and the undersigned (hereinafter called "Owner") and applies to the real property located at: 11347 Reynolds Rd, Mentor, Ohio 44060
In consideration of Broker using their best efforts to find a purchaser for Owner's property, Owner agrees as follows:

1. **TERM AND LISTING PRICE:** Owner hereby grants Broker the exclusive right to sell the above property from 10/18/2018 through 10/19/2019 for the sum of $ 149,900 payable in cash upon closing or for such other terms or exchange as Owner may agree.

2. **BROKERAGE FEE:** Owner agrees to pay Broker a brokerage fee of _6_ % of the total sale price or a minimum fee of N/A whichever is greater, plus **$250.00** . Owner authorizes Broker to offer 3/2 % of the Sale Price for all Co-Broke sales. Any exceptions to this compensation will be disclosed to the Owner in writing. Owner also agrees that the brokerage fee shall be paid if Owner enters into an agreement within six (6) months following the term of this agreement or any extensions thereof to any parties to whom Broker or any cooperating broker has shown the property which results in a sale, lease or exchange of said property. However, in the event Owner enters into a bona fide listing Agreement with another Real Estate Broker, this paragraph is null and void. Owner agrees to refer all prospective Buyers or Brokers who contact the Owner directly.

3. **MARKETING:** Broker is authorized to enter the property in any one or more **Multiple Listing Service(s)**, in accordance with the rules and regulations of said MLS, to market the Property in the publications, web sites or any other information service medium of Broker's choice and to comply with all Ohio and Federal Fair Housing Laws without discrimination. Owner releases Broker, the Multiple Listing Service(s), and any Brokers assisting in the sale of said Property from any and all liability for the dissemination of the information after being placed in the various information service mediums. Owner warrants this agreement and associated worksheets, to the best of Owner's knowledge, to be correct and accurate. Broker is hereby authorized to place a **"For Sale"** sign on the Property, if permitted by law, and to remove all other "For Sale" signs. Broker shall have access to the Property at all reasonable times for the purpose of attempting to sell the same. Owner authorizes placing a **Lock Box** on the premises at any time during the term of this Listing Agreement. Such Lock Box shall be used to hold the key for entrance to the property. Owner releases Broker, the Multiple Listing Service(s), and any Brokers assisting in the sale of said Property from all liability for loss or damage of any kind resulting from use of said lock box or the use of the key to be placed therein.

4. **HOME WARRANTY:** Owner agrees to provide a *LIMITED HOME WARRANTY PLAN* at a charge of $_____ with deductible ☐ Yes ☒ No Owner acknowledges that Broker will receive a fee in consideration for processing the home warranty application. Owner acknowledges receipt of warranty application.

5. **DISCLOSURE:** Owner agrees to (1) complete the Ohio *Residential Property Disclosure Form, if required by law;* (2) Federal Lead-based *Paint Disclosure Form; (3)* provide copies of sex offender notices received from the local law enforcement authorities. To Owner's knowledge, there are no encroachments, pending lawsuits, foreclosures, divorce actions, bankruptcies, orders of any public agencies, assessments, liens (tax, utility, mechanics), or other matters that could affect Owner's ability to provide a clear title to the property, except as follows (if none, so state): Subject to Court Approval

6. **FAIR HOUSING:** It is illegal, pursuant to the Ohio Fair Housing Law, Division (H) of Section 4112.02 of the Revised Code and the Federal Fair Housing Law, 42 U.S.C.A. 3601, as amended, to refuse to sell, transfer, assign, rent, lease, sublease, or finance housing accommodations, refuse to negotiate for the sale or rental of housing accommodations, or otherwise deny or make unavailable housing accommodations because of race, color, religion, sex, familial status as defined in section 4112.01 of the Revised Code, ancestry, military status as defined in that section, disability as defined in that section, or national origin or to so discriminate in advertising the sale or rental of housing, in the financing of housing, or in the provision of real estate brokerage services. It is also illegal, for profit, to induce or attempt to induce a person to sell or rent a dwelling by representations regarding the entry into the neighborhood of a person or persons belonging to one of the protected classes.

7. **OTHER TERMS or ITEMS EXCLUDED FROM SALE:** _____
_____
_____

8. **MORTGAGE:** (bank/amount) _____

9. **ADDENDA:** ☐ No MLS ☐ Short Sale
The signatures of all owners of the property are required on this Exclusive Right to Sell Agreement. This is a legally binding contract. If you have any questions of law, it is recommended you contact your attorney.

OWNER SIGNATURE: _____  OWNER SIGNATURE X _____

Print Name: _____  Print Name: _____

ADDRESS: _____  PHONE: _____

E-MAIL ADDRESS: _____  DATE: 10.19.18

AGENT: Michelle R Webb  BROKER/COMPANY NAME: **Century 21 HomeStar**

Print Name: Michelle R Webb  PHONE: 440-602-2288  DATE: 10/18/2018

C21 Home Star Realty, 6151 Wilson Mills Road Highland Heights, OH 44143    Phone: 440-449-9100    Fax: 440-449-9100    new
Anthony Geraci    Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026  www.zipLogix.com



## EXCLUSIVE RIGHT TO SELL/LEASE LISTING AGREEMENT

This agreement is between **Century 21 HomeStar** (hereinafter called "Broker") and the undersigned (hereinafter called "Owner") and applies to the real property located at: 7557 Reynolds, Mentor, Ohio 44000
In consideration of Broker using their best efforts to find a purchaser for Owner's property, Owner agrees as follows:

1. **TERM AND LISTING PRICE:** Owner hereby grants Broker the exclusive right to sell the above property from 10/18/2018 through 10/18/2019 for the sum of $ 149,900 payable in cash upon closing or for such other terms or exchange as Owner may agree.

2. **BROKERAGE FEE:** Owner agrees to pay Broker a brokerage fee of 6 % of the total sale price or a minimum fee of _____, whichever is greater, plus **$250.00**. Owner authorizes Broker to offer 3/2 % of the Sale Price for all Co-Broke sales. Any exceptions to this compensation will be disclosed to the Owner in writing. Owner also agrees that the brokerage fee shall be paid if Owner enters into an agreement within six (6) months following the term of this agreement or any extensions thereof to any parties to whom Broker or any cooperating broker has shown the property which results in a sale, lease or exchange of said property. However, in the event Owner enters into a bona fide listing Agreement with another Real Estate Broker, this paragraph is null and void. Owner agrees to refer all prospective Buyers or Brokers who contact the Owner directly.

3. **MARKETING:** Broker is authorized to enter the property in any one or more **Multiple Listing Service(s)**, in accordance with the rules and regulations of said MLS, to market the Property in the publications, web sites or any other information service medium of Broker's choice and to comply with all Ohio and Federal Fair Housing Laws without discrimination. Owner releases Broker, the Multiple Listing Service(s), and any Brokers assisting in the sale of said Property from any and all liability for the dissemination of the information after being placed in the various information service mediums. Owner warrants this agreement and associated worksheets, to the best of Owner's knowledge, to be correct and accurate. Broker is hereby authorized to place a **"For Sale"** sign on the Property, if permitted by law, and to remove all other "For Sale" signs. Broker shall have access to the Property at all reasonable times for the purpose of attempting to sell the same. Owner authorizes placing a **Lock Box** on the premises at any time during the term of this Listing Agreement. Such Lock Box shall be used to hold the key for entrance to the property. Owner releases Broker, the Multiple Listing Service(s), and any Brokers assisting in the sale of said Property from all liability for loss or damage of any kind resulting from use of said lock box or the use of the key to be placed therein.

4. **HOME WARRANTY:** Owner agrees to provide a LIMITED HOME WARRANTY PLAN at a charge of $_____ with deductible ☐ Yes ☒ No Owner acknowledges that Broker will receive a fee in consideration for processing the home warranty application. Owner acknowledges receipt of warranty application.

5. **DISCLOSURE:** Owner agrees to (1) complete the Ohio Residential Property Disclosure Form, if required by law; (2) Federal Lead-based Paint Disclosure Form; (3) provide copies of sex offender notices received from the local law enforcement authorities. To Owner's knowledge, there are no encroachments, pending lawsuits, foreclosures, divorce actions, bankruptcies, orders of any public agencies, assessments, liens (tax, utility, mechanics), or other matters that could affect Owner's ability to provide a clear title to the property, except as follows (if none, so state): Subject to court Approval

6. **FAIR HOUSING:** It is illegal, pursuant to the Ohio Fair Housing Law, Division (H) of Section 4112.02 of the Revised Code and the Federal Fair Housing Law, 42 U.S.C.A. 3601, as amended, to refuse to sell, transfer, assign, rent, lease, sublease, or finance housing accommodations, refuse to negotiate for the sale or rental of housing accommodations, or otherwise deny or make unavailable housing accommodations because of race, color, religion, sex, familial status as defined in section 4112.01 of the Revised Code, ancestry, military status as defined in that section, disability as defined in that section, or national origin or to so discriminate in advertising the sale or rental of housing, in the financing of housing, or in the provision of real estate brokerage services. It is also illegal, for profit, to induce or attempt to induce a person to sell or rent a dwelling by representations regarding the entry into the neighborhood of a person or persons belonging to one of the protected classes.

7. **OTHER TERMS or ITEMS EXCLUDED FROM SALE:** _____

_____

8. **MORTGAGE:** (bank/amount) _____

9. **ADDENDA:** ☐ No MLS ☐ Short Sale
The signatures of all owners of the property are required on this Exclusive Right to Sell Agreement. This is a legally binding contract. If you have any questions of law, it is recommended you contact your attorney.

OWNER SIGNATURE: _____  OWNER SIGNATURE: X Anne M. Ahn

Print Name: _____  Print Name: _____

ADDRESS: _____  PHONE: _____

E-MAIL ADDRESS: _____  DATE: 10-19-18

AGENT: Michelle Webb  BROKER/COMPANY NAME: **Century 21 HomeStar**

Print Name: Michelle Webb  PHONE: 440-602-2288  DATE: _____

C21 Home Star Realty, 6151 Wilson Mills Road Highland Heights, OH 44143    Phone: 440-449-9100    Fax: 440-449-9100    new
Anthony Geraci    Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026  www.zipLogix.com



## EXCLUSIVE RIGHT TO SELL/LEASE LISTING AGREEMENT

This agreement is between _____ Century 21 HomeStar _____ (hereinafter called "Broker") and the undersigned (hereinafter called "Owner") and applies to the real property located at: 7335 Reynolds mentor Ohio 44060

In consideration of Broker using their best efforts to find a purchaser for Owner's property, Owner agrees as follows:

1. **TERM AND LISTING PRICE:** Owner hereby grants Broker the exclusive right to sell the above property from 10-18-2018 through 10-18-2019 for the sum of $ 295,000 payable in cash upon closing or for such other terms or exchange as Owner may agree.

2. **BROKERAGE FEE:** Owner agrees to pay Broker a brokerage fee of 6 % of the total sale price or a minimum fee of _____ whichever is greater, plus **$250.00** . Owner authorizes Broker to offer 3/2 % of the Sale Price for all Co-Broke sales. Any exceptions to this compensation will be disclosed to the Owner in writing. Owner also agrees that the brokerage fee shall be paid if Owner enters into an agreement within six (6) months following the term of this agreement or any extensions thereof to any parties to whom Broker or any cooperating broker has shown the property which results in a sale, lease or exchange of said property. However, in the event Owner enters into a bona fide Listing Agreement with another Real Estate Broker, this paragraph is null and void. Owner agrees to refer all prospective Buyers or Brokers who contact the Owner directly.

3. **MARKETING:** Broker is authorized to enter the property in any one or more **Multiple Listing Service(s)**, in accordance with the rules and regulations of said MLS, to market the Property in the publications, web sites or any other information service medium of Broker's choice and to comply with all Ohio and Federal Fair Housing Laws without discrimination. Owner releases Broker, the Multiple Listing Service(s), and any Brokers assisting in the sale of said Property from any and all liability for the dissemination of the information after being placed in the various information service mediums. Owner warrants this agreement and associated worksheets, to the best of Owner's knowledge, to be correct and accurate. Broker is hereby authorized to place a **"For Sale"** sign on the Property, if permitted by law, and to remove all other "For Sale" signs. Broker shall have access to the Property at all reasonable times for the purpose of attempting to sell the same. Owner authorizes placing a **Lock Box** on the premises at any time during the term of this Listing Agreement. Such Lock Box shall be used to hold the key for entrance to the property. Owner releases Broker, the Multiple Listing Service(s), and any Brokers assisting in the sale of said Property from all liability for loss or damage of any kind resulting from use of said lock box or the use of the key to be placed therein.

4. **HOME WARRANTY:** Owner agrees to provide a *LIMITED HOME WARRANTY PLAN* at a charge of $_____ with deductible ☐ Yes ☒ No Owner acknowledges that Broker will receive a fee in consideration for processing the home warranty application. Owner acknowledges receipt of warranty application.

5. **DISCLOSURE:** Owner agrees to (1) complete the Ohio *Residential Property Disclosure Form, if required by law; (2) Federal Lead-based Paint Disclosure Form; (3)* provide copies of sex offender notices received from the local law enforcement authorities. To Owner's knowledge, there are no encroachments, pending lawsuits, foreclosures, divorce actions, bankruptcies, orders of any public agencies, assessments, liens (tax, utility, mechanics), or other matters that could affect Owner's ability to provide a clear title to the property, except as follows (if none, so state): Subject to court approval

6. **FAIR HOUSING:** It is illegal, pursuant to the Ohio Fair Housing Law, Division (H) of Section 4112.02 of the Revised Code and the Federal Fair Housing Law, 42 U.S.C.A. 3601, as amended, to refuse to sell, transfer, assign, rent, lease, sublease, or finance housing accommodations, refuse to negotiate for the sale or rental of housing accommodations, or otherwise deny or make unavailable housing accommodations because of race, color, religion, sex, familial status as defined in section 4112.01 of the Revised Code, ancestry, military status as defined in that section, disability as defined in that section, or national origin or to so discriminate in advertising the sale or rental of housing, in the financing of housing, or in the provision of real estate brokerage services. It is also illegal, for profit, to induce or attempt to induce a person to sell or rent a dwelling by representations regarding the entry into the neighborhood of a person or persons belonging to one of the protected classes.

7. **OTHER TERMS or ITEMS EXCLUDED FROM SALE:** _____
_____
_____

8. **MORTGAGE:** (bank/amount) _____

9. **ADDENDA:** ☐ No MLS ☐ Short Sale
The signatures of all owners of the property are required on this Exclusive Right to Sell Agreement. This is a legally binding contract. If you have any questions of law, it is recommended you contact your attorney.

OWNER SIGNATURE: _____  OWNER SIGNATURE: _____

Print Name: _____  Print Name: _____

ADDRESS: _____  PHONE: _____

E-MAIL ADDRESS: _____  DATE: 10.19.18

AGENT: Michelle Webb  BROKER/COMPANY NAME: **Century 21 HomeStar**

Print Name: Michelle Webb  PHONE: 440-602-2288  DATE: 10/19/18

C21 Home Star Realty, 6151 Wilson Mills Road Highland Heights, OH 44143
Anthony Geraci

Phone: 440-449-9100      Fax: 440-449-9100      new
Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026  www.zipLogix.com

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

IN RE LOUIS TELERICO
      *Debtor*

CASE NO. 17-50236
JUDGE ALAN M KOSCHIK
CHAPTER 11

### VERIFIED STATEMENT OF MICHELLE R. WEBB PURSUANT TO FED RULE BANKR. P. 2014 IN SUPPORT OF MOTION OF RICHARD M. OSBORNE TO EMPLOY AS REAL ESTATE AGENT

Michelle R. Webb, being first duly sworn, deposes and says as follows:

1. She avers to the following statements from her personal knowledge.

2. She is an agent of Century 21 Homestar ("Century 21") and makes this verified statement pursuant to the provisions of the Bankruptcy Code regarding the employment of professional persons by Richard M. Osborne ("Debtor") and in light of the restrictions and requirements imposed therein by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the Local Rules of this Court.

3. This verified statement is to affirm to this Court that neither affiant, nor any person with whom she is associated in Century 21 is a relative by blood or marriage of any Bankruptcy Judge of the Northern District of Ohio, the United States Trustee for the Districts of Ohio and Michigan, Region IX, or any employee of said U.S. Trustee, and that she is not now nor has she ever been so connected with any such person as to render her appointment or the Court's approval of her appointment as Auctioneer to the Trustee in the above-captioned matter improper.

4. She and Century 21 are "disinterested persons" as:

   a) She is not and has not served as an employee of the debtor within two years before the petition filing.

   b) She and Century 21 are not and has not been a general or limited partner of a partnership in which the debtor is also a general or limited partner. She and Century 21 is not presently a creditor of the estate.

   c) She and Century 21 are not an insider of the debtor.

c) She and Century 21 Homestar have not been paid fees prepetition or hold a security interest guarantee or other assurance of compensation for services performed and to be performed in the case.

d) There is no agreement of any nature as to the sharing of any compensation to be paid to them other than employment contracts with Ms. Webb. In the course of closing a sale of the Real Estate, there may be a commission split with brokers outside of Century 21 Homestar, but this is standard industry practice.

e) She and Century 21 Homestar do not have any does not have an interest materially adverse to the interest of the estate or of any class of creditors by reason of any direct or indirect relationship to, connection with the debtor, or for any other reason. She and Century 21 Homestar do not have any other interest, direct or indirect, which may be affected by the proposed representation.

f) The rates of compensation set forth in the attached schedule and the Debtor's application to employ Century 21 Homestar are true and are the customary and usual rates charged by Century 21 Homestar for such services.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NOT

_Michelle R Webb_
Michelle R Webb

SWORN TO BEFORE ME and subscribed in my presence this ~~27~~ 7th day of ~~October~~ November 2018.

_Sarah Alford_
NOTARY PUBLIC



SARAH ALFORD - NOTARY PUBLIC
COMM EXP: JUN 23, 2019
STATE OF OHIO

MTE A KAUFMAN AS RE BROKER

-5-