The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on November 26, 2018, which may be different from its entry on the record.

**IT IS SO ORDERED.**

**Dated: November 26, 2018**



ARTHUR I. HARRIS
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION (CLEVELAND)

| | | |
|---|---|---|
| In re: | ) | Case No 17-17361-MFRFS |
| | ) | |
| **Richard M. Osborne** | ) | Chapter 11 |
| | ) | |
| Debtor(s). | ) | Judge Arthur I. Harris |
| | ) | |
| | ) | **ORDER GRANTING TAX EASE OHIO,** |
| | ) | **LLC'S MOTION FOR RELIEF FROM** |
| | ) | **STAY AND ABANDONMENT AS IT** |
| | | **RELATES TO THE REAL PROPERTY** |
| | | **LOCATED AT 730 COLUMBIA ROAD,** |
| | | **WESTLAKE, OH 44145 (DOCKET #260)** |

    This matter came to be considered on the Motion for Relief from Stay and Abandonment ("the Motion") filed by Tax Ease Ohio, LLC, ("Creditor") (Docket #269). Creditor has alleged that good cause for granting the Motion exists, and Debtor(s), counsel for Debtor(s), the Chapter 13 Trustee and all other necessary parties were served with the Motion, and with notice of the hearing date on the Motion. No party filed a response or otherwise appeared in opposition to the Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

**IT IS, THEREFORE, ORDERED** that the Motion is granted.  The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Creditor, its successors and assigns., in regards to the property located at 730 Columbia Road, Westlake, OH 44145.

**IT IS FURTHER, ORDERED** that the Chapter 11 Trustee is authorized and directed to abandon the property located at 730 Columbia Road, Westlake, OH 44145.

# # #

**SUBMITTED BY:**

  /s/Andrew M. Tomko
David T. Brady (0073127)
Suzanne M. Godenswager (0086422)
Andrew M. Tomko (0090077)
Austin B. Barnes III (0052130)
Brian S. Gozelanczyk (0090858)
Sandhu Law Group, LLC
1213 Prospect Avenue, Suite 300
Cleveland, OH 44115
216-373-1001
216-373-1002
atomko@sandhu-law.com
*Attorney for Tax Ease Ohio, LLC*

## CERTIFICATE OF SERVICE

**Copies to via ECF:**

Frederic P. Schwieg
fschwieg@schwieglaw.com
*Attorney for Debtor*

United States Trustee-Maria D. Giannirakis
maria.d.giannirakis@usdoj.gov
*Chapter 11 Trustee*

**and by regular U.S. mail, postage prepaid, to:**

Richard M. Osborne
7265 Markell Road
Waite Hill, OH 44094

Cuyahoga County Treasurer
2079 East 9th Street
Cleveland, Ohio 44115