In re:                                                          Case No. 17-17361-aih
Richard M. Osborne                                              Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0647-1     User: mgaug          Page 1 of 2          Date Rcvd: Nov 27, 2018
                         Form ID: pdf853      Total Noticed: 19

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 29, 2018.
db             +Richard M. Osborne,    7265 Markell Road,    Waite Hill, OH 44094-9312
aty            +Frederic P. Schwieg,    2705 Gibson Drive,    Rocky River, OH 44116-3008
aty            +Gregory M. Dennin,    Dennin & Dennin,    2745 Main Street,    Lake Placid, NY 12946-3559
cr             +CSX Transportation, Inc.,    c/o McGuireWoods LLP,    50 N. Laura Street, Suite 3300,
                 Jacksonville, FL 32202-3661
cr             +Center Street School Condominiums and coachhouses,    Kaman & Cusimano, LLC,
                 50 Public Square Suite 2000,    Cleveland, OH 44113-2215
cr             +Chicago Title Insurance Company,    2533 North 117th Avenue,    Omaha, NE 68164-3679
cr              Citizens Bank, N.A.,    c/o Michael S. Tucker, Esq.,    1660 West 2nd Street, Suite 1100,
                 Cleveland, OH  44113-1448
cr             +City of Willoughby,    One Public Square,    Willoughby, OH 44094-7827
cl             +Diane M. Osborne,    8255 Morley Road,    Mentor, OH 44060-8033
cr             +Estate of Jerome T. Osborne,    c/o Kirk W. Roessler, Esq.,    1301 East Ninth Street Suite 3500,
                 Cleveland, OH 44114-1838
cr             +First National Bank of Pennsylvania,    c/o Buckingham, Doolittle & Burroughs,
                 1375 East 9th Street Suite 1700,    Cleveland, OH 44114-1790
res            +Home Savings Bank, Successor by Merger to The Home,    275 Federal Plaza West,
                 Youngstown, OH 44503-1200
intp           +Lakeland Community College,    c/o Alison L. Archer,    Assistant Attorney General,
                 615 W. Superior Ave.,    11th Floor,    Cleveland, OH 44113-1899
cr             +Michael E. Osborne, Sr.,    7670 Tyler Blvd.,    Mentor, OH 44060-4853
cr             +Ohio Department of Taxation,    c/o William C. Huffman,    24441 Detroit Road, Suite 300,
                 Westlake, OH 44145-1543
app            +Scott Hivnor,    Advanced Appraisal Services,    37721 Vine Street Suite 3,
                 Willoughby, OH 44094-6256
cr             +The Huntington National Bank,    c/o Timothy P. Palmer, Esq.,    Buchanan Ingersoll & Rooney PC,
                 One Oxford Centre 20th floor,    Pittsburgh, PA 15219-1400

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
                E-mail/Text: TRBANKRUPTCY@CUYAHOGACOUNTY.US Nov 27 2018 22:47:00      Cuyahoga County Treasurer,
                 2079 East Ninth Street,    Cleveland, OH  44115
intp           +E-mail/Text: ecf@buckleyking.com Nov 27 2018 22:44:26      Zachary B Burkons,
                 c/o Buckley King LPA,    600 Superior Ave., Suite 1400,    Cleveland, OH 44114-2693
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Bank of America, N.A.
cr              Mentor Lumber & Supply Co.
cr              Nationwide Mutual Fire Insurance Company
cr              Tax Ease Ohio, LLC
                                                                                   TOTALS: 4, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2018                                    Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 27, 2018 at the address(es) listed below:
              Adam S. Baker    on behalf of Creditor Michael E. Osborne, Sr. abakerlaw@sbcglobal.net,
               adam@bakerlaw.us;abakerlaw@gmail.com
              Alison L. Archer    on behalf of Interested Party    Lakeland Community College
               alison.archer@ohioattorneygeneral.gov,
               Trish.Lazich@ohioattorneygeneral.gov;angelique.dennis-noland@ohioattorneygeneral.gov
              Andrew M. Tomko    on behalf of Creditor    Tax Ease Ohio, LLC atomko@sandhu-law.com,
               bk1notice@sandhu-law.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Austin B. Barnes, III    on behalf of Creditor    Tax Ease Ohio, LLC abarnes@sandhu-law.com, bk1notice@sandhu-law.com

          Christopher J. Klym    on behalf of Creditor    Ohio Department of Taxation bk@hhkwlaw.com

          David M. Neumann    on behalf of Interested Party Zachary B Burkons dneumann@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com

          David T. Brady    on behalf of Creditor    Tax Ease Ohio, LLC DBrady@Sandhu-Law.com, bk1notice@sandhu-law.com

          Dennis J. Kaselak    on behalf of Claimant Diane M. Osborne dkaselak@peteribold.com, Cynthia@peteribold.com

          Frederic P. Schwieg    on behalf of Attorney Frederic P. Schwieg fschwieg@schwieglaw.com

          Frederic P. Schwieg    on behalf of Debtor Richard M. Osborne fschwieg@schwieglaw.com

          Gregory P. Amend    on behalf of Creditor    First National Bank of Pennsylvania gamend@bdblaw.com, grichards@bdblaw.com

          Jeffrey C. Toole    on behalf of Interested Party Zachary B Burkons toole@buckleyking.com, young@buckleyking.com;heberlein@buckleyking.com;toolejr82560@notify.bestcase.com

          John J. Rutter    on behalf of Creditor    Mentor Lumber & Supply Co. jrutter@ralaw.com

          Kelly  Neal    on behalf of Creditor    The Huntington National Bank kelly.neal@bipc.com, donna.curcio@bipc.com

          Kirk W. Roessler    on behalf of Creditor    Estate of Jerome T. Osborne kroessler@walterhav.com, kballa@walterhav.com;slasalvia@walterhav.com

          LeAnn E. Covey    on behalf of Creditor    Bank of America, N.A. bknotice@clunkhoose.com

          Maria D. Giannirakis  ust06    on behalf of U.S. Trustee    United States Trustee maria.d.giannirakis@usdoj.gov

          Matthew H. Matheney    on behalf of Creditor    First National Bank of Pennsylvania mmatheney@bdblaw.com, bhajduk@bdblaw.com

          Melody Dugic Gazda    on behalf of Respondent    Home Savings Bank, Successor by Merger to The Home Savings & Loan Company of Youngstown, Ohio mgazda@hendersoncovington.com

          Michael J. Sikora, III    on behalf of Creditor    Chicago Title Insurance Company msikora@sikoralaw.com, aarasmith@sikoralaw.com

          Michael S. Tucker    on behalf of Creditor    Citizens Bank, N.A. mtucker@ulmer.com

          Nathaniel R. Sinn    on behalf of Creditor    First National Bank of Pennsylvania nsinn@bdblaw.com, grichards@bdblaw.com

          Rachel L. Steinlage    on behalf of Interested Party Zachary B Burkons rsteinlage@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com;rbain@meyersroman.com

          Richard W. DiBella    on behalf of Creditor    Nationwide Mutual Fire Insurance Company rdibella@dgmblaw.com

          Robert D. Barr    on behalf of Creditor    Chicago Title Insurance Company rbarr@koehler.law, rbarr@koehler.law

          Scott R. Belhorn  ust35    on behalf of U.S. Trustee    United States Trustee Scott.R.Belhorn@usdoj.gov

          Shannon M. McCormick    on behalf of Creditor    Center Street School Condominiums and coachhouses Unit Owners' Association, Inc. bankruptcy@kamancus.com

          Stephen John Futterer    on behalf of Creditor    City of Willoughby sjfutterer@sbcglobal.net, r43087@notify.bestcase.com

          Stephen R. Franks    on behalf of Creditor    Bank of America, N.A. amps@manleydeas.com

          Timothy P. Palmer    on behalf of Creditor    The Huntington National Bank timothy.palmer@bipc.com, donna.curcio@bipc.com

          TOTAL: 30

The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on November 26, 2018, which may be different from its entry on the record.

**IT IS SO ORDERED.**

**Dated: November 26, 2018**



ARTHUR I. HARRIS
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION (CLEVELAND)

| | | |
|---|---|---|
| **In re:** | ) | **Case No 17-17361-MFRFS** |
| | ) | |
| **Richard M. Osborne** | ) | **Chapter 11** |
| | ) | |
| Debtor(s). | ) | **Judge Arthur I. Harris** |
| | ) | |
| | ) | **ORDER GRANTING TAX EASE OHIO,** |
| | ) | **LLC'S MOTION FOR RELIEF FROM** |
| | ) | **STAY AND ABANDONMENT AS IT** |
| | | **RELATES TO THE REAL PROPERTY** |
| | | **LOCATED AT 730 COLUMBIA ROAD,** |
| | | **WESTLAKE, OH 44145 (DOCKET #260)** |

    This matter came to be considered on the Motion for Relief from Stay and Abandonment ("the Motion") filed by Tax Ease Ohio, LLC, ("Creditor") (Docket #269). Creditor has alleged that good cause for granting the Motion exists, and Debtor(s), counsel for Debtor(s), the Chapter 13 Trustee and all other necessary parties were served with the Motion, and with notice of the hearing date on the Motion. No party filed a response or otherwise appeared in opposition to the Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

**IT IS, THEREFORE, ORDERED** that the Motion is granted. The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Creditor, its successors and assigns., in regards to the property located at 730 Columbia Road, Westlake, OH 44145.

**IT IS FURTHER, ORDERED** that the Chapter 11 Trustee is authorized and directed to abandon the property located at 730 Columbia Road, Westlake, OH 44145.

# # #

**SUBMITTED BY:**

　/s/Andrew M. Tomko　
David T. Brady (0073127)
Suzanne M. Godenswager (0086422)
Andrew M. Tomko (0090077)
Austin B. Barnes III (0052130)
Brian S. Gozelanczyk (0090858)
Sandhu Law Group, LLC
1213 Prospect Avenue, Suite 300
Cleveland, OH 44115
216-373-1001
216-373-1002
atomko@sandhu-law.com
***Attorney for Tax Ease Ohio, LLC***

**CERTIFICATE OF SERVICE**

**Copies to via ECF:**

Frederic P. Schwieg
fschwieg@schwieglaw.com
*Attorney for Debtor*

United States Trustee-Maria D. Giannirakis
maria.d.giannirakis@usdoj.gov
*Chapter 11 Trustee*

**and by regular U.S. mail, postage prepaid, to:**

Richard M. Osborne
7265 Markell Road
Waite Hill, OH 44094

Cuyahoga County Treasurer
2079 East 9th Street
Cleveland, Ohio 44115