# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>RICHARD M. OSBORNE,<br><br>          Debtor. | Case No. 17-17361-aih<br><br>Chapter 11<br><br>Judge Arthur I. Harris |

## NOTICE OF HEARING ON
## FIRST NATIONAL BANK OF PENNSYLVANIA'S
## MOTION TO APPOINT A CHAPTER 11 TRUSTEE

      Please take notice that First National Bank of Pennsylvania, successor-by-merger to Park View Federal Savings Bank has filed its Motion to Appoint a Chapter 11 Trustee [dkt # 308] (the "***Motion***") requesting the appointment of a trustee pursuant to § 1104(a) of Title 11 of the United States Code.

      A hearing on the Motion is scheduled for January 8, 2019 at 11:00 a.m. prevailing E.T. before the Honorable Arthur I. Harris, at the U.S. Bankruptcy Court for the Northern District of Ohio, Howard M. Metzenbaum U.S. Courthouse, 201 Superior Avenue, Cleveland, OH 44114-1235.

      **Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

      Pursuant to Local Rule 9013-1(b), if you do not want the Court to grant the relief sought in the motion, or if you want the Court to consider your view on the motion, then on or before **January 2, 2019** (the "***Deadline***"), you or your attorney must:

      File with the Court a written request for a hearing and a written response setting forth the specific grounds explaining your position at:

United States Bankruptcy Court
Northern District of Ohio
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114-1235

      OR your attorney must file a response using the Court's ECF system. If you mail your request to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the Deadline.

You must also send a copy of your response either by 1) the Court's ECF system or by 2) ordinary U.S. Mail to:

> Matthew H. Matheney, Esq.
> Gregory P. Amend, Esq.
> Nathaniel R. Sinn, Esq.
> Buckingham, Doolittle & Burroughs, LLC
> 1375 E. 9th Street, Suite 1700
> Cleveland, Ohio 44114
> *Attorneys for First National Bank of Pennsylvania*

Pursuant to Local Rule 9013-1(d), if you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief without further hearing or notice.

Dated: December 11, 2018          Respectfully submitted,

>  /s/ *Nathaniel R. Sinn*
> Matthew H. Matheney (0069974)
> Gregory P. Amend (0081247)
> Nathaniel R. Sinn (0088467)
> Buckingham, Doolittle & Burroughs, LLC
> 1375 E. 9th Street, Suite 1700
> Cleveland, Ohio 44114
> Telephone: (216) 621-5300
> Facsimile: (216) 621-5440
> Email:     mmatheney@bdblaw.com
>             gamend@bdblaw.com
>             nsinn@bdblaw.com
>
> COUNSEL FOR FIRST NATIONAL BANK OF PENNSYLVANIA

CERTIFICATE OF SERVICE

The undersigned certifies that on December 11, 2018, a true and correct copy of the foregoing was served via the Court's electronic case filing system on the following who are listed on the Court's Electronic Mail Notice List:

- Gregory P. Amend: gamend@bdblaw.com
- Alison Archer: alison.archer@ohioattorneygeneral.gov
- Adam S. Baker: abakerlaw@sbcglobal.net
- Austin B. Barnes III: abarnes@sandu-law.com
- Robert D. Barr: rbarr@koehler.law
- David T. Brady: dbrady@sandu-law.com
- LeAnn E. Covey: lcovey@clunkhoose.com
- Gregory M. Dennin: greg@gmdlplaw.com
- Richard W. DiBella: rdibella@dgmblaw.com
- Glenn Forbes: bankruptcy@geflaw.net
- Stephen R. Franks: amps@manleydeas.com
- Stephen John Futterer: sjfutterer@sbcglobal.net
- Stephen D. Hobt: shobt@aol.com
- Melody Dugic Gazda: mgazda@hendersoncovington.com
- Dennis J. Kaselak: dkaselak@peteribold.com
- Christopher J. Klym: bk@hhkwlaw.com
- Matthew H. Matheney: mmatheney@bdblaw.com
- Shannon M. McCormick: bankruptcy@kamancus.com
- Kelly Neal: kelly.neal@bipc.com
- David M. Nuemann: dnuemann@meyersroman.com
- Timothy P. Palmer: timothy.palmer@bipc.com
- Kirk W. Roessler: kroessler@walterhav.com
- John J. Rutter: jrutter@ralaw.com
- Frederic P. Schwieg: fschwieg@schwieglaw.com
- Michael J. Sikora, III: msikora@sikoralaw.com
- Andrew M. Tomko: atomko@sandhu-law.com
- Jeffrey C. Toole: toole@buckleyking.com
- Michael S. Tucker: mtucker@ulmer.com
- Maria D. Giannirakis: maria.d.giannirakis@usdoj.gov
- Scott R. Belhorn: Scott.R.Belhorn@usdoj.gov

And by regular U.S. mail, postage prepaid:

Richard M. Osborne
7265 Markell Road
Waite Hill, Ohio 44094

/s/ *Nathaniel R. Sinn*
Nathaniel R. Sinn (0088467)

3

17-17361-aih    Doc 309    FILED 12/11/18    ENTERED 12/11/18 16:34:43    Page 3 of 3