IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE RICHARD M. OSBORNE<br>*Debtor* | CASE NO. 17-17361<br>CHAPTER 11<br>JUDGE ARTHUR I. HARRIS |

### MOTION OF RICHARD M. OSBORNE TO EXTEND TIME TO RESPOND TO MOTIONS OF THE CENTER STREET SCHOOL CONDOMINIUMS AND COACHHOUSES UNIT OWNERS' ASSOCIATION, INC. FOR RELIEF FROM STAY AND ABANDONMENT

Richard M. Osborne, Debtor in Possession ("Debtor") moves the court for an extension of time to respond to the Motions of Center Street School Condominiums and Coachhouses Unit Owners' Association, Inc. For Relief From Stay And Abandonment [Docs. 275, 277, and 279] ("Motions" and "Association"). In its Motions the Association seeks relief from stay and abandonment of real property located at 7472 Presley Avenue, Mentor, Ohio 7474 Presley Avenue, Mentor, Ohio and 7482 Center Street, Unit #5, Mentor, Ohio (the "Property").

1. The Debtor has opposed the Motion of The Huntington National Bank for Relief from Stay and Abandonment [Doc. 257] ("HNB Motion" and "HNB") on the grounds HNB may not have first lien against the Property.

---

FOR THE REASONS STATED IN OPEN COURT ON DEC. 18, 2018, DEBTOR'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO CREDITOR'S MOTIONS FOR RELIEF FROM STAY (DOCKET NOS. 275, 277, AND 279) IS GRANTED. THE HEARING ON THE MOTIONS FOR RELIEF FROM STAY IS ADJOURNED TO JAN. 8, 2019, AT 11:00 AM. DEBTOR SHOULD FILE A RESPONSE TO THE MOTIONS BY JAN. 3, 2019.

*/s/ Arthur I. Harris*