**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Richard McKay Osborne, Sr.** |
| | First Name     Middle Name     Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF OHIO |
| Case number (if known) | 17-17361 |

☐ Check if this is an
amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:   Summarize Your Assets

| | **Your assets** Value of what you own |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B.......................... | $    9,303,470.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B................................................. | $    1,528,715.26 |
| 1c. Copy line 63, Total of all property on Schedule A/B.............................................. | $    10,832,185.26 |

### Part 2:   Summarize Your Liabilities

| | **Your liabilities** Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $    27,016,833.96 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $    360,000.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $    6,485,637.56 |
| **Your total liabilities** | $    33,862,471.52 |

### Part 3:   Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I*................................ | $    32,091.70 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J*......................................... | $    32,084.06 |

### Part 4:   Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

    ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

    ■ Yes

7. **What kind of debt do you have?**

    ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

    ■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 360,000.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 360,000.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

| | |
|---|---|
| Debtor 1 | **Richard McKay Osborne, Sr.** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF OHIO |
| Case number | **17-17361** |
| (if known) | |

■ Check if this is an amended filing

Official Form 106D
# Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim | **Column C**<br>Unsecured portion<br>If any |
|---|---|---|---|---|
| **2.1** **7001 Center Street LLC** | Describe the property that secures the claim: | $787,500.00 | $900,000.00 | $55,604.80 |

Creditor's Name

**7001 Fracci Court**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment from a lawsuit
■ Other (including a right to offset)    **Assignment of CFBank Mortgage**

Date debt was incurred _____    Last 4 digits of account number _____

| | | | | |
|---|---|---|---|---|
| **2.2** **Chicago Title** | Describe the property that secures the claim: | $1,990,000.00 | $0.00 | $1,990,000.00 |

Creditor's Name

**SEE ATTACHMENT**

**8518 Mentor Avenue**
**Mentor, OH 44060**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment from a lawsuit
■ Other (including a right to offset)    **See Attachment**

Date debt was incurred _____    Last 4 digits of account number _____

| 2.3 | **CONCORD/HAMBDEN ROAD, LLC** | | **$487,500.00** | **$246,930.00** | **$292,071.50** |

Creditor's Name

Describe the property that secures the claim:

**2 lots on Concord Hambden Road**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)   **Assignment of Mortgage from Fifth/Third Bank**

**Date debt was incurred** _____   **Last 4 digits of account number** _____

| 2.4 | **Cuyahoga County Treasurer** | | **$144,157.79** | **$118,800.00** | **$25,357.79** |

Creditor's Name

Describe the property that secures the claim:

**See attached**

**2079 E 9th St**
**Cleveland, OH 44115**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ■ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

**Date debt was incurred** _____   **Last 4 digits of account number** _____

| 2.5 | **Diane M Osborne Trust** | | **$750,000.00** | **$781,568.00** | **$0.00** |

Creditor's Name

Describe the property that secures the claim:

**Property on Swede Road Tidioute PA**

**8255 Morley Rd**
**Mentor, OH 44060**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)   **Mortages**

**Date debt was incurred** _____   **Last 4 digits of account number**   **NA**

| 2.6 | **Erie National Bank** | Describe the property that secures the claim: | $803,251.00 | $0.00 | $803,251.00 |
|---|---|---|---|---|---|

Creditor's Name

**See Attachment**

**fka, Lake National Bank**
**7402 Center Street**
**Mentor, OH 44060**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **See Attachment**

Date debt was incurred _____    Last 4 digits of account number _____

| 2.7 | **Estate of Jerome T. Osborne** | Describe the property that secures the claim: | $1,172,721.92 | Unknown | Unknown |
|---|---|---|---|---|---|

Creditor's Name

**Testamentary distribution from Estate of Jerome T Osborne**

**c/o Richard N. Selby, Esq.**
**Dworken & Bernstein**
**60 S Park Pl**
**Painesville, OH 44077**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Setoff**

Date debt was incurred    **8/12/2014;8/28/2016;4/1 8/17**    Last 4 digits of account number _____

| 2.8 | **Estate of John R. Masco** | Describe the property that secures the claim: | $0.00 | $100,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**434 Water Street (Amount paid off but lien not released)**

**c/o Lori Masco**
**245 Lake Pointe Dr**
**Akron, OH 44333-1790**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
■ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)    _____

Date debt was incurred _____    Last 4 digits of account number _____

| 2.9 | **Estate of Marion Rose Nathan** | Describe the property that secures the claim: | **$50,000.00** | **$33,600.00** | **$22,892.06** |
|---|---|---|---|---|---|

Creditor's Name

**c/o Frances Nathan Rutt
11721 Ambleside Dr
Potomac, MD 20854**

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

**Lot on Frost Road**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

---

| 2.10 | **Farley Land LLC** | Describe the property that secures the claim: | **$640,000.00** | **$129,370.00** | **$557,305.56** |
|---|---|---|---|---|---|

Creditor's Name

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

**Lots on Carter Road and Vrooman Road**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)    **Assignment of Mortgage**

Date debt was incurred _____    Last 4 digits of account number _____

---

| 2.11 | **First National Bank of PA** | Describe the property that secures the claim: | **$10,575,719.44** | **$0.00** | **$10,575,719.44** |
|---|---|---|---|---|---|

Creditor's Name

**6990 Heisley Road
Mentor, OH 44060**

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

**SEE ATTACHMENT**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)    **See attachment**

Date debt was incurred    **Various**    Last 4 digits of account number _____

| 2.1 2 | Huntington Natl Bk | Describe the property that secures the claim: | $2,445,689.38 | $8,549,480.00 | $0.00 |
|---|---|---|---|---|---|

**Creditor's Name**

Describe the property that secures the claim:

**See Attachment**

**ATTN: Bankruptcy**
**Po Box 89424**
**Cleveland, OH 44101**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)    **See Attachment**

**Opened 05/08  Last Active**

**Date debt was incurred    11/20/17**    Last 4 digits of account number

---

| 2.1 3 | Huron River Properties, Inc. | Describe the property that secures the claim: | $1,272,793.86 | Unknown | Unknown |
|---|---|---|---|---|---|

**Creditor's Name**

Describe the property that secures the claim:

**7265 MARKELL RD and contents; membership interests in Lightning Pipeline Co. and Ltd, Ohio PL, Chowder GSF, LLC, Cobra PC, and the Orwell TPC; Inheritance JTO Estate**

**c/o Osborne, Inc.**
**7954 Reynolds Road**
**Mentor, OH 44060**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)    **See Attachment**

**Date debt was incurred    9/29/2011**    Last 4 digits of account number

---

| 2.1 4 | Osborne Farms LLC | Describe the property that secures the claim: | $1,751,493.77 | Unknown | Unknown |
|---|---|---|---|---|---|

**Creditor's Name**

Describe the property that secures the claim:

**7265 MARKELL RD and contents; membership interests in Lightning Pipeline Co. and Ltd, Ohio PL, Chowder GSF, LLC, Cobra PC, and the Orwell TPC; Inheritance JTO Estate**

**c/o Osborne, Inc.**
**7954 Reynolds Road**
**Mentor, OH 44060**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

---

First Name          Middle Name          Last Name

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)    **See Attachment**

Date debt was incurred    **9/10/2009;1 2/2/2009;4/3 0/2011**    Last 4 digits of account number _____

---

| 2.1 5 | **Portage County Treasurer** | Describe the property that secures the claim: | $11,212.83 | $314,100.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**See Attached**

**449 S Meridian St Fl 1 Ravenna, OH 44266-1217**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ■ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

---

| 2.1 6 | **RBS Charter One** | Describe the property that secures the claim: | $150,000.00 | $235,890.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**7020 Williams Road Concord, OH 44077  Lake County**

**8715 Mentor Avenue Mentor, OH 44060**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

---

| 2.1 7 | **RBS Charter One/Citizens** | Describe the property that secures the claim: | $2,828,150.96 | $0.00 | $2,828,150.9 6 |
|---|---|---|---|---|---|

Creditor's Name

**SEE ATTACHED amount owed is estimated based on payments made**

**8715 Mentor Avenue Mentor, OH 44060**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
- ■ Contingent
- ☐ Unliquidated

■ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **First Mortgage**

Date debt was incurred    **Various**      Last 4 digits of account number    **Various**

---

| 2.1 8 | **Rigrtona Holding Company, LLC** | | **$750,000.00** | **$6,500,000.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

**Property on Swede Road Tidioute PA**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred _____      Last 4 digits of account number _____

---

| 2.1 9 | **Tax Ease Ohio LLC** | | **$10,954.92** | **$100,000.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

**538 Frost Rd Streetsboro, OH 44241
Portage County
Record Title in name of RMO Trust;
Extensively damaged by tenant
PPN 35-023-00-00-023-000**

**14800 Landmark Blvd Ste 400
Dallas, TX 75254**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred    **2015-17**      Last 4 digits of account number    **1592;6128;7096**

---

| 2.2 0 | **Treasurer-Lake County** | Describe the property that secures the claim: | **$395,688.09** | **$7,946,980.00** | **$0.00** |
|---|---|---|---|---|---|

17-17361-aih    Doc 316    FILED 12/20/18    ENTERED 12/20/18 20:54:52    Page 9 of 32

Creditor's Name

**105 Main St
PO BOX 490
Painesville, OH
44077-0490**

Number, Street, City, State & Zip Code

**See Attached**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
   car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $27,016,833.96 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $27,016,833.96 |

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐ Name, Number, Street, City, State & Zip Code
**Citizens Bank NA
1 Providence Ctr
Providence, RI 02903**

On which line in Part 1 did you enter the creditor?    **2.17**

Last 4 digits of account number ___

☐ Name, Number, Street, City, State & Zip Code
**Cuyahoga County Prosecutor
General Civil Division
1200 Ontario St FL 8
Cleveland, OH 44113**

On which line in Part 1 did you enter the creditor?    **2.4**

Last 4 digits of account number ___

☐ Name, Number, Street, City, State & Zip Code
**Indepence Bank
Chief Legal Officer
4401 Rockside Rd
Independence, OH 44131**

On which line in Part 1 did you enter the creditor?    **2.11**

Last 4 digits of account number ___

☐ Name, Number, Street, City, State & Zip Code
**Joseph Svete Esq.
100 Parker Ct Ste 3
Chardon, OH 44024**

On which line in Part 1 did you enter the creditor?    **2.5**

Last 4 digits of account number ___

☐ Name, Number, Street, City, State & Zip Code
**Kirk Roessler, Esq.
Walter Haverfield LLP
1301 E 9th St Ste 3500
Cleveland, OH 44114-1821**

On which line in Part 1 did you enter the creditor?    **2.7**

Last 4 digits of account number ___

☐  Name, Number, Street, City, State & Zip Code
**Lake County Prosecutor-Civil**
**105 Main St**
**PO Box 490**
**Painesville, OH 44077**

On which line in Part 1 did you enter the creditor?  **2.20**

Last 4 digits of account number ___

☐  Name, Number, Street, City, State & Zip Code
**Lori Masco**
**824 Carolina Cir SW**
**Vero Beach, FL 32962-6900**

On which line in Part 1 did you enter the creditor?  **2.8**

Last 4 digits of account number ___

☐  Name, Number, Street, City, State & Zip Code
**Suzanne Godenswager Esq.**
**1213 Prospect Ave Ste 300**
**Cleveland, OH 44113**

On which line in Part 1 did you enter the creditor?  **2.19**

Last 4 digits of account number ___

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| current deed | Parcel | owner | street address | county | type | Counties 100% Market Valuations | Taxes and deling. 2016 payable 2017 as of 11/20/2017 | total of tax certificates | Lender (1) Instrument No | mortgage amount | 2nd | third | fourth | Fifth |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 866/985 | 11B041E000070 | OSBORNE RICHARD M | IROQUOIS AV | LAKE | land | 1,320.00 | $0.00 | | RBS Charter One 2014R012333 | 12,960,000.00 | | | | |
| 2008R032171 | 29B010C000010 | OSBORNE RICK | TREMAINE DR | LAKE | land | 800.00 | $0.00 | | RBS Charter One2014R012333 | 12,960,000.00 | | | | |
| 2008R032172 | 34A012C000170 | OSBORNE Rick M | E 360 ST | LAKE | land | 820.00 | $179.87 | | RBS Charter One 2014R012333 | 12,960,000.00 | | | | |
| 2008R032173 | 34A017B000290 | OSBORNE Rick M | KEEWAYDIN DR | LAKE | land | 520.00 | $28.25 | | RBS Charter one 2014R013442 | 12,960,000.00 | | | | |
| 2006R043584 | 25A0060000010 | RIGRTONA | 7265 MARKELL RD | LAKE | single family house | 1,723,370.00 | $0.00 | | Huntington Bank 2008R012869 | $2,000,000.00 | Parkview 2008R021424 $5,857,208.30 (amended 2009R024377) $15,604,370.00 | Huron Lime - 2012R002446 ($1,060,000.00) | Huron Lime 2012R002447 ($1,740,000.00) | Chicago Title - 2013R010779 ($1,990,000.00) $15,604,370.00 |
| 200901140920 | 763-19-002 | RMO Trustee | SUNNY LANE (Stones Throw Development) | Cuyahoga | land | 6,000.00 | $7,154.62 | | Parkview 200901140921 | $396,000 (amended Inst No. 2090910516) to $15,604,370.00 | RBS Charter One 201405200185 ($12,960,000.00) | | | |
| 200901140920 | 763-19-003 | RMO Trustee | SUNNY LANE (Stones Throw Development) | Cuyahoga | land | 6,000.00 | $7,581.98 | | Parkview 200807300886 | $396,000 (amended Inst No. 2090910516) to $15,604,370.00 | RBS Charter One 201405200185 ($12,960,000.00) | | | |
| 200901140920 | 763-19-004 | RMO Trustee | SUNNY LANE (Stones Throw Development) | Cuyahoga | land | 6,000.00 | $7,154.62 | | Parkview 200807300886 | $396,000 (amended Inst No. 2090910516) to $15,604,370.00 | RBS Charter One 201405200185 ($12,960,000.00) | | | |
| 200901140920 | 763-19-020 | RMO Trustee | SARAH LANE (Stones Throw Development) | Cuyahoga | land | 6,200.00 | $12,201.43 | | Parkview 200807300886 | $396,000 (amended Inst No. 2090910516) to $15,604,370.00 | RBS Charter One 201405200185 ($12,960,000.00) | | | |
| 200901140920 | 763-19-030 | RMO Trustee | SARAH LANE (Stones Throw Development) | Cuyahoga | land | 6,200.00 | $7,215.35 | | Parkview 200807300886 | $396,000 (amended Inst No. 2090910516) to $15,604,370.00 | RBS Charter One 201405200185 ($12,960,000.00) | | | |
| 200901140920 | 763-19-031 | RMO Trustee | SARAH LANE (Stones Throw Development) | Cuyahoga | land | 6,800.00 | $8,003.39 | | Parkview 200807300886 | $396,000 (amended Inst No. 2090910516) to $15,604,370.00 | RBS Charter One 201405200185 ($12,960,000.00) | | | |
| 200901140920 | 763-19-054 | RMO Trustee | SARAH LANE (Stones Throw Development) | Cuyahoga | land | 6,000.00 | $5,370.52 | | Parkview 200807300886 | $396,000 (amended Inst No. 2090910516) to $15,604,370.00 | RBS Charter One 201405200185 ($12,960,000.00) | | | |
| 200901140920 | 763-19-055 | RMO Trustee | SARAH LANE (Stones Throw Development) | Cuyahoga | land | 6,000.00 | $5,261.30 | | Parkview 200807300886 | $396,000 (amended Inst No. 2090910516) to $15,604,370.00 | RBS Charter One 201405200185 ($12,960,000.00) | | | |
| 200901140920 | 763-19-056 | RMO Trustee | SARAH LANE (Stones Throw Development) | Cuyahoga | land | 5,600.00 | $5,446.17 | | Parkview 200807300886 | $396,000 (amended Inst No. 2090910516) to $15,604,370.00 | RBS Charter One 201405200185 ($12,960,000.00) | | | |
| 200901140920 | 763-19-069 | RMO Trustee | SARAH LANE (Stones Throw Development) | Cuyahoga | land | 6,200.00 | $7,215.35 | | Parkview 200807300886 | $396,000 (amended Inst No. 2090910516) to $15,604,370.00 | RBS Charter One 201405200185 ($12,960,000.00) | | | |
| 200901140920 | 763-19-070 | RMO Trustee | SARAH LANE (Stones Throw Development) | Cuyahoga | land | 6,200.00 | $7,215.35 | | Parkview 200807300886 | $396,000 (amended Inst No. 2090910516) to $15,604,370.00 | RBS Charter One 201405200185 ($12,960,000.00) | | | |
| 200901140920 | 763-19-071 | RMO Trustee | SARAH LANE (Stones Throw Development) | Cuyahoga | land | 6,200.00 | $6,816.10 | | Parkview 200807300886 | $396,000 (amended Inst No. 2090910516) to $15,604,370.00 | RBS Charter One 201405200185 ($12,960,000.00) | | | |
| 200901140920 | 763-19-072 | RMO Trustee | SARAH LANE (Stones Throw Development) | Cuyahoga | land | 6,200.00 | $7,240.97 | | Parkview 200807300886 | $396,000 (amended Inst No. 2090910516) to $15,604,370.00 | RBS Charter One 201405200185 ($12,960,000.00) | | | |
| 200901140920 | 763-19-073 | RMO Trustee | SARAH LANE (Stones Throw Development) | Cuyahoga | land | 6,400.00 | $7,399.26 | | Parkview 200807300886 | $396,000 (amended Inst No. 2090910516) to $15,604,370.00 | RBS Charter One 201405200185 ($12,960,000.00) | | | |
| 200901140920 | 763-19-074 | RMO Trustee | SARAH LANE (Stones Throw Development) | Cuyahoga | land | 6,300.00 | $6,873.21 | | Parkview 200807300886 | $396,000 (amended Inst No. 2090910516) to $15,604,370.00 | RBS Charter One 201405200185 ($12,960,000.00) | | | |
| 200901140920 | 763-19-078 | RMO Trustee | SARAH LANE (Stones Throw Development) | Cuyahoga | land | 6,600.00 | $7,476.74 | | Parkview 200807300886 | $396,000 (amended Inst No. 2090910516) to $15,604,370.00 | RBS Charter One 201405200185 ($12,960,000.00) | | | |
| 200901140920 | 763-19-079 | RMO Trustee | SARAH LANE (Stones Throw Development) | Cuyahoga | land | 6,700.00 | $6,962.52 | | Parkview 200807300886 | $396,000 (amended Inst No. 2090910516) to $15,604,370.00 | RBS Charter One 201405200185 ($12,960,000.00) | | | |
| 200901140920 | 763-19-080 | RMO Trustee | SARAH LANE (Stones Throw Development) | Cuyahoga | land | 6,900.00 | $7,469.68 | | Parkview 200807300886 | $396,000 (amended Inst No. 2090910516) to $15,604,370.00 | RBS Charter One 201405200185 ($12,960,000.00) | | | |
| 200901140920 | 763-19-083 | RMO Trustee | SARAH LANE (Stones Throw Development) | Cuyahoga | land | 5,900.00 | $6,658.21 | | Parkview 200807300886 | $396,000 (amended Inst No. 2090910516) to $15,604,370.00 | RBS Charter One 201405200185 ($12,960,000.00) | | | |
| 200901140920 | 763-19-084 | RMO Trustee | SARAH LANE (Stones Throw Development) | Cuyahoga | land | 6,300.00 | $7,441.02 | | Parkview 200807300886 | $396,000 (amended Inst No. 2090910516) to $15,604,370.00 | RBS Charter One 201405200185 ($12,960,000.00) | | | |
| 1544-608 | 10-154300 | RMO Trustee | 434 Water Street | GEAUGA | land | 100,000.00 | $0.00 | | John R. Masco 1757-888 | 300,000.00 | Parkview Fed 1847-1038 ($5,587,208.30) Amend 1868-884 ($15,604,370) | | | |
| 2008R025619 | 01B094B000070 | RMO Trustee | NORWOOD DR | LAKE | land | 2,720.00 | $619.45 | | RBS Charter one 2014R013442 | 12,960,000.00 | | | | |
| 2008R025619 | 01B094B000080 | RMO Trustee | NORWOOD DR | LAKE | land | 2,720.00 | $619.45 | | RBS Charter one 2014R013442 | 12,960,000.00 | | | | |

| current deed | Parcel | owner | street address | county | type | Counties 100% Market Valuations | Taxes and delinq. 2016 payable 2017 | total of tax certificates | Lender (1) Instrument No | mortgage amount | 2nd | third | fourth | Fifth |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Property Information | | | type | | as of 11/20/2017 | | First Mortgage | | Additional Mortgages/liens | | | |
| 2008R029986 | 01B094B000090 | RMO Trustee | NORWOOD DR | LAKE | land | 2,720.00 | $619.45 | | RBS Charter one 2014R013442 | 12,960,000.00 | | | | |
| 2008R029986 | 01B094B000100 | RMO Trustee | NORWOOD DR | LAKE | land | 2,720.00 | $619.45 | | RBS Charter one 2014R013442 | 12,960,000.00 | | | | |
| 2002r063278 | 01B108B000010 | RMO Trustee | N RIDGE RD | LAKE | land | 31,200.00 | $470.22 | | Parkview 2008R021420 | $5,857,208.30 (amended 2009R024377) $15,604,370.00 | RBS Charter one 2014R013442 ($12,960,000.00) | | | |
| 2008R032167 | 02A002000030 | RMO Trustee | RIVER ST | LAKE | land | 260.00 | $337.20 | | RBS Charter one 2014R013442 | 12,960,000.00 | | | | |
| 1195-309 | 03A0380000190 | RMO Trustee | CLARK RD | LAKE | comm structure | 52,300.00 | $0.00 | | | | | | | |
| 1195-309 | 03A0380000200 | RMO Trustee | CLARK RD | LAKE | land | 1,180.00 | $0.00 | | | | | | | |
| 2002r053356 | 07A0270000090 | RMO Trustee | CARTER RD | LAKE | land | 395,880.00 | $0.00 | | Tax Certificate 2015R017465 $39,164.58 | 39,164.58 | Tax Certificate 2016R002884 $9,010.38 | Tax Certificate 2016R030392 $8,849.90 | Tax Certificate 2017R027075 $9,323.29 | |
| 2002r053356 | 07A0340000160 | RMO Trustee | 5848 VROOMAN RD | LAKE | industrial | 630,520.00 | $7,868.40 | | | | | | | |
| 2009R010201 | 07A0350000030 | RMO Trustee | CARTER RD | LAKE | land | 78,900.00 | $45,500.65 | | Ruth Brainard & Dora Farley 2009R010202 assigned 216r033821 Farley Land LLC | $640,000.00 | | | | |
| 2009R010201 | 07A0350000050 | RMO Trustee | VROOMAN RD | LAKE | land | 50,470.00 | $1,175.56 | | Ruth Brainard & Dora Farley 2009R010202 assigned 216r033821 Farley Land LLC | $640,000.00 | | | | |
| 2005R044461 | 07A0420000230 | RMO Trustee | VROOMAN RD | LAKE | land | 49,200.00 | $0.00 | | Lake National 2008R001118 modification 2008R033620 | $225,000.00 | | | | |
| 2008R001117 | 07A0420000240 | RMO Trustee | 5660 VROOMAN RD | LAKE | single family house | 205,230.00 | $0.00 | | Lake National 2008R001118 modification 2008R033620 | $225,000.00 | | | | |
| 2007r040609 | 08A0010000490 | RMO Trustee | GIRDLED RD | LAKE | land | 73,070.00 | $1,072.21 | | RBS Charter one 2014R013442 | 12,960,000.00 | | | | |
| 2004R006232 | 08A004A000240 | RMO Trustee | 11714GIRDLED RD | LAKE | land | 33,540.00 | $1,147.51 | | RBS Charter one 2008R009281 | $9,5000,000.00 | RBS Charter one 2014R013442 ($12,960,000.00) | 12,960,000.00 | | |
| 2002r066359 | 08A004B000140 | RMO Trustee | 7792 RAVENNA RD | LAKE | single family house | 114,260.00 | $30,043.82 | | RBS Charter one 2008R009281 | $9,5000,000.00 | RBS Charter one 2014R013442 ($12,960,000.00) | 12,960,000.00 | Osair Inc (2016R028044) | |
| 2002R008731 | 08A004B000180 | RMO Trustee | 7800 RAVENNA RD | LAKE | single family house | 137,930.00 | $28,947.60 | | Parkview 2008R021420 | $5,857,208.30 (amended 2009R024377) $15,604,370.00 | RBS Charter one 2014R013442 ($12,960,000.00) | 12,960,000.00 | Osair Inc (2016R028044) | |
| 2005R001308 | 08A006B000080 | RMO Trustee | 7020 WILLIAMS RD | LAKE | single family house | 235,890.00 | $0.00 | | Parkview 2008R021420 | $5,857,208.30 (amended 2009R024377) $15,604,370.00 | RBS Charter one 2014R013442 ($12,960,000.00) | 12,960,000.00 | Osair Inc. (2017R012081) | |
| 2002r053356 | 08A0090000030 | RMO Trustee | CARTER RD | LAKE | land | 119,020.00 | $0.00 | 21630.06 | Tax Certificate 2015R017468 ($13,205.06 | 13,205.06 | Tax Certificate 2016R02887 $2,761.39 | Tax Certificate 2016R030394 $2,761.43 | tax certificate 2017R027078 $2,902.18 | |
| 2003r073591 | 08A0090000040 | RMO Trustee | CARTER RD | LAKE | land | 120,330.00 | $0.00 | 7083.43 | tax certificate 2015R017467 $13,549.59 | 13,549.59 | Tax Certificate 2016R002888 $2790.77 | Tax Certificate 2016R030395 $52,790.84 | Tax Certificate 2017R027079 $2,933.14 | |
| 2003R018950 | 08A0090000050 | RMO Trustee | CARTER RD | LAKE | land | 137,840.00 | $0.00 | 19148.97 | Tax Certificate 2015R017466 ($15,492.44 | 15,492.44 | Tax Certificate 2016R02891 $3,181.75 | tax certificate 2016R030396 $3,181.79 | tax certificate 2017R027080 $3,344.78 | |
| 2009R020096 | 08A0120000420 | RMO Trustee | 11579 GIRDLED RD | LAKE | single family house | 204,140.00 | $0.00 | | Lake National 2009R020097 | $111,000.00 | | | | |
| 2003R056195 | 08A0130000540 | RMO Trustee | RAVENNA RD | LAKE | land | 66,750.00 | $95.10 | | RBS Charter one 2014R013442 | 12,960,000.00 | | | | |
| 2002R007377 | 08A0140000120 | RMO Trustee | CONCORD HAMBDEN RD | LAKE | land | 65,560.00 | $13,660.62 | | Fifth Third assigned to Concord Hamden Road LLC 2004R031710 2016R023738 | $487,500 | RBS Charter one 2014R013442 ($12,960,000.00) | | | |
| 2002R007379 | 08A0140000390 | RMO Trustee | CONCORD HAMBDEN RD | LAKE | land | 181,370.00 | $37,840.88 | | Fifth Third assigned to Concord Hamden Road LLC 2004R031710 2016R023738 | $487,500 | RBS Charter one 2014R013442 ($12,960,000.00) | | | |
| 2006r041530 | 08A0200000040 | RMO Trustee | 7741 AUBURN RD | LAKE | single family house | 89,480.00 | $0.00 | | Huntington (fmly SKY Bank) 2006R014531-refiled 2006R046767 | $112,000.00 | RBS Charter one 2014R013442 ($12,960,000.00) | | | |

| current deed | Parcel | owner | street address | county | type | Counties 100% Market Valuations / as of 11/20/2017 | Taxes and deling. 2016 payable 2017 | total of tax certificates | Lender (1) Instrument No | mortgage amount | 2nd | third | fourth | Fifth |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2005R041535 | 11B0340000050 | RMO Trustee | 2450 N RIDGE RD | LAKE | commercial garage | 68,610.00 | $1,314.93 | | Parkview 2008R021420 | $5,857,208.30 (amended 2009R024377) $15,604,370.00 | RBS Charter one 2014R013442 ($12,960,000.00) | | | |
| 2005R041534 | 11B0340000570 | RMO Trustee | SPRING LAKE BV (note error on deed shows property in richard W osborne, trustee | LAKE | land | 90.00 | $0.00 | | RBS Charter one 2014R013442 | 12,960,000.00 | | | | |
| 1195/309 | 11B0370000020 | RMO Trustee | 26 FAIRPORT NURSERY RD | LAKE | single family house | 51,540.00 | $635.02 | | Parkview 2008R021420 | $5,857,208.30 (amended 2009R024377) $15,604,370.00 | RBS Charter one 2014R013442 ($12,960,000.00) | | | |
| 2009r006113 | 11B038A000100 | RMO Trustee | 150 FAIRPORT NURSERY RD | LAKE | land | 57,120.00 | $0.00 | 2976.61 | RBS Charter one 2014R013442 | 12,960,000.00 | tax certificate 2016r030213 $$2,976.61 | | | |
| 2004R045685 | 11B041E000080 | RMO Trustee | 46 IROQUOIS AV | LAKE | land (subsided) | 20.00 | $0.00 | | RBS Charter one 2014R013442 | 12,960,000.00 | | | | |
| 2004R045687 | 11B041G040130 | RMO Trustee | 214 LAKE RD | LAKE | land (subsided) | 0.00 | $0.00 | | RBS Charter one 2014R013442 | 12,960,000.00 | | | | |
| 2001R036960 | 11B043A000200 | RMO Trustee | 1053 ARDOYLE AV | LAKE | land | 30.00 | $0.00 | | RBS Charter one 2014R013442 | 12,960,000.00 | | | | |
| 1195-309 | 11B043A000230 | RMO Trustee | 321 Lake Road | LAKE | land | 350.00 | $0.00 | | RBS Charter one 2014R013442 | 12,960,000.00 | | | | |
| 2006R017187 | 11B043A000390 | RMO Trustee | MIDWAY BV | LAKE | land | 40.00 | $0.00 | | RBS Charter one 2014R013442 | 12,960,000.00 | | | | |
| 2006R017187 | 11B043B000560 | RMO Trustee | ROBINHOOD AV | LAKE | land | 4,900.00 | $243.50 | | RBS Charter one 2014R013442 | 12,960,000.00 | | | | |
| 2006r018574 | 11B043B000600 | RMO Trustee | SUNSET CT | LAKE | land | 7,670.00 | $1,650.72 | | RBS Charter one 2014R013442 | 12,960,000.00 | | | | |
| 2006R017187 | 11B043B000620 | RMO Trustee | SUNSET CT | LAKE | land | 7,960.00 | $394.98 | | RBS Charter one 2014R013442 | 12,960,000.00 | | | | |
| 2008r025618 | 11B065B000010 | RMO Trustee | RICHMOND RD | LAKE | land | 4,050.00 | $0.00 | | RBS Charter one 2014R013442 | 12,960,000.00 | | | | |
| 2008r025618 | 11B065B000020 | RMO Trustee | RICHMOND RD | LAKE | land | 4,500.00 | $0.00 | | RBS Charter one 2014R013442 | 12,960,000.00 | | | | |
| 2008r025618 | 11B065B000030 | RMO Trustee | 946 RICHMOND RD | LAKE | land | 4,500.00 | $0.00 | | RBS Charter one 2014R013442 | 12,960,000.00 | | | | |
| 2002R059697 | 13A0020000200 | RMO Trustee | WILLIAMS ST | LAKE | land | 3,940.00 | $1,087.49 | | RBS Charter one 2014R013442 | 12,960,000.00 | | | | |
| 2009r021012 | 15C0260000210 | RMO Trustee | STAGE AV | LAKE | land | 13,920.00 | $3,197.62 | | RBS Charter one 2014R013442 | 12,960,000.00 | | | | |
| 2004r014718 | 15C036H000110 | RMO Trustee | 1220 W JACKSON ST | LAKE | single family house | 97,620.00 | $132.89 | | Parkview 2008R021420 | $5,857,208.30 (amended 2009R024377) $15,604,370.00 | RBS Charter one 2014R013442 ($12,960,000.00) | | | |
| 2002r063822 | 15C036H000180 | RMO Trustee | 1192 West Jackson | LAKE | single family house | 72,390.00 | $0.00 | 4630.17 | RBS Charter one 2014R013442 | 12,960,000.00 | tax certificate 2016R030476 $3,518.35 | tax certificate 2017R025157 $$1,111.82 | | |
| 2002r048955 | 15C036H000190 | RMO Trustee | 1186 W JACKSON ST | LAKE | single family house | 91,310.00 | $1,270.13 | | Parkview 2008R021420 | $5,857,208.30 (amended 2009R024377) $15,604,370.00 | RBS Charter one 2014R013442 ($12,960,000.00) | | | |
| 2004R045688 | 15D016C000150 | RMO Trustee | SANFORD REAR ST | LAKE | land | 6,570.00 | $1,597.60 | | RBS Charter one 2014R013442 | 12,960,000.00 | | | | |
| 2004r045691 | 15D0200000040 | RMO Trustee | OWEGO ST/ North St Clair | LAKE | land | 1,910.00 | $473.41 | | RBS Charter one 2014R013442 | 12,960,000.00 | | | | |
| 1996R029845 | 16B0280000200 | RMO Trustee | 7209 MENTOR AV | LAKE | land | 96,270.00 | $18,568.98 | | RBS Charter one 2014R013442 | 12,960,000.00 | | | | |
| 2001R006784 | 16B031B000270 | RMO Trustee | MENTOR AV | LAKE | land | 2,720.00 | $0.00 | | RBS Charter one 2014R013442 | 12,960,000.00 | | | | |
| 2001R006784 | 16B031B000280 | RMO Trustee | MENTOR AV | LAKE | land | 19,030.00 | $0.00 | | RBS Charter one 2014R013442 | 12,960,000.00 | | | | |
| 2001R006784 | 16B031B000310 | RMO Trustee | MENTOR AV | LAKE | land | 30,380.00 | $0.00 | | RBS Charter One 2008R009281 | $9,5000,000.00 | RBS Charter one 2014R013442 ($12,960,000.00) | | | |
| 2008R018499 | 16B035N000050 | RMO Trustee | 7482 CENTER ST (Unit 5) | LAKE | condo | 150,000.00 | $0.00 | | Huntington 2008R018450 | $268,800.00 | RBS Charter one 2014R013442 ($12,960,000.00) | | | |
| 2008r027300 | 16B035N000200 | RMO Trustee | 7472 PRESLEY AV (unit F1) | LAKE | condo | 150,000.00 | $0.00 | | MERS assigned to Huntington Bank 2008R027301 2017R028935 | $180,000.00 | RBS Charter one 2014R013442 ($12,960,000.00) | | | |
| 2008r023941 | 16B035N000210 | RMO Trustee | 7474 PRESLEY AV (unit F2) | LAKE | condo | 150,000.00 | $0.00 | | MERS- Huntington 2008R023942 | $180,000.00 | RBS Charter one 2014R013442 ($12,960,000.00) | | | |
| 2008R031040 | 16B0390000050 | RMO Trustee | 7000 FRACCI CT aka 7001 Center Street | LAKE | comm office | 1,001,000.00 | $59,280.51 | 81293.98 | CF Bank assign to 7001 Center St LLC | $787,500 | tax certificate 2015R017460 $51,632.85 | tax certificate 2016R002893 $29,661.13 | | |
| 2008r027385 | 16B054A000010 | RMO Trustee | OLD HEISLEY RD | LAKE | land | 16,970.00 | $187.96 | | RBS Charter one 2014R013442 | 12,960,000.00 | | | | |
| 2008r027385 | 16B054A000020 | RMO Trustee | 6930 OLD HEISLEY RD | LAKE | land | 33,250.00 | $0.00 | | RBS Charter one 2014R013442 | 12,960,000.00 | | | | |
| 2012R021595 | 16C0700000160 | RMO Trustee | 7325 REYNOLDS RD | LAKE | single family house | 307,020.00 | $15,746.05 | | RBS Charter one 2014R013442 | 12,960,000.00 | | | | |
| 2008r012853 | 16C0700000180 | RMO Trustee | 7317 REYNOLDS RD | LAKE | single family house | 145,960.00 | $0.00 | | Lake National 2008r012854 | $110,,000.00 | RBS Charter one 2014R013442 ($12,960,000.00) | 12,960,000.00 | | |

| current deed | Parcel | owner | street address | county | type | Counties 100% Market Valuations | Taxes and deling. 2016 payable 2017 as of 11/20/2017 | total of tax certificates | Lender (1) Instrument No | mortgage amount | 2nd | third | fourth | Fifth |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2004R013667 | 16C077J000200 | RMO Trustee | 8310 BELLFLOWER RD | LAKE | single family house | 84,890.00 | $203.48 | 11147.57 | Parkview 2008R021420 | $5,857,208.30 (amended 2009R024377) $15,604,370.00 | RBS Charter one 2014R013442 ($12,960,000.00) | tax certificate 2015R017493 $7,729.75 | tax certificate 2016R02890 $2,193.54 | tax certificate 2017R027267 $1,224.28 |
| 1195/326 | 16C0850000030 | RMO Trustee | HOPKINS RD/Center St | LAKE | land | 7,220.00 | $1,870.07 | | RBS Charter one 2014R013442 | 12,960,000.00 | | | | |
| 1997R018745 | 16C0870000030 | RMO Trustee | HENDRICKS | LAKE | land | 1,180.00 | $238.96 | | RBS Charter one 2014R013442 | 12,960,000.00 | | | | |
| 1195/326 | 16D102A000270 | RMO Trustee | charmar | LAKE | land | 43,510.00 | $610.32 | | RBS Charter one 2014R013442 | 12,960,000.00 | Osair Inc (2017R017453) | | | |
| 1195/326 | 16D102A000280 | RMO Trustee | charmar & LSB | LAKE | land | 45,230.00 | $644.68 | | RBS Charter one 2014R013442 | 12,960,000.00 | Osair Inc (2017R017454) | | | |
| 1999R993866 | 19A090H000670 | RMO Trustee | ANDREWS RD | LAKE | land | 22,310.00 | $373.07 | | Parkview 2008R021420 | $5,857,208.30 (amended 2009R024377) $15,604,370.00 | RBS Charter one 2014R013442 ($12,960,000.00) | 12,960,000.00 | | |
| 1999R993866 | 19A090I000010 | RMO Trustee | 6042 ANDREWS RD | LAKE | land | 39,200.00 | $655.37 | | Parkview 2008R021420 | $5,857,208.30 (amended 2009R024377) $15,604,370.00 | RBS Charter one 2014R013442 ($12,960,000.00) | 12,960,000.00 | | |
| 1999R993866 | 19A090I000020 | RMO Trustee | PRIMROSE ANDREWS RD | LAKE | land | 27,520.00 | $460.00 | | Parkview 2008R021420 | $5,857,208.30 (amended 2009R024377) $15,604,370.00 | RBS Charter one 2014R013442 ($12,960,000.00) | 12,960,000.00 | | |
| 2009R019035 | 26A001000030 | RMO Trustee | S I 90 (south side of Interstate 90 in waite hill) | LAKE | land | 300.00 | $0.00 | | RBS Charter one 2014R013442 ($12,960,000.00) | 12,960,000.00 | | | | |
| 2008R000868 | 27B039A000050 | RMO Trustee | PELTON RD | LAKE | land | 1,240.00 | $68.57 | | Parkview 2008R000869 | $5,000,000.00 (amended 2009R023482) to $15,604,370.00 | | | | |
| 1195/326 | 27B0440000110 | RMO Trustee | LOST NATION RD | LAKE | land | 2,240.00 | $0.00 | | RBS Charter one 2014R013442 | 12,960,000.00 | | | | |
| 1195/326 | 27B056E000530 | RMO Trustee | SHADOWROW AV | LAKE | land | 7,280.00 | $0.00 | | Parkview 2008R021420 | $5,857,208.30 (amended 2009R024377) $15,604,370.00 | RBS Charter one 2014R013442 ($12,960,000.00) | 12,960,000.00 | | |
| 1195/326 | 27B056E000540 | RMO Trustee | 1101 LOST NATION RD | LAKE | comm structure | 89,630.00 | $1,385.35 | | Parkview 2008R021420 | $5,857,208.30 (amended 2009R024377) $15,604,370.00 | RBS Charter one 2014R013442 ($12,960,000.00) | 12,960,000.00 | | |
| 1195/326 | 27B057C000370 | RMO Trustee | 1080 SHADOWROW RD | LAKE | land | 15,200.00 | $227.33 | | Parkview 2008R021420 | $5,857,208.30 (amended 2009R024377) $15,604,370.00 | RBS Charter one 2014R013442 ($12,960,000.00) | 12,960,000.00 | | |
| 1195/326 | 27B057C000380 | RMO Trustee | 1086 SHADOWROW RD | LAKE | land | 15,200.00 | $227.32 | | Parkview 2008R021420 | $5,857,208.30 (amended 2009R024377) $15,604,370.00 | RBS Charter one 2014R013442 ($12,960,000.00) | 12,960,000.00 | | |
| 1195/326 | 27B057C000390 | RMO Trustee | 1073 LOST NATION RD | LAKE | land | 45,880.00 | $10,529.54 | | Parkview 2008R021420 | $5,857,208.30 (amended 2009R024377) $15,604,370.00 | RBS Charter one 2014R013442 ($12,960,000.00) | 12,960,000.00 | | |
| 1999R036973 | 29B007C000350 | RMO Trustee | CONCORD ST (devil strip) | LAKE | land | 290.00 | $68.06 | | RBS Charter one 2014R013442 | 12,960,000.00 | | | | |
| 1999R036974 | 29B007D001020 | RMO Trustee | MEADOW ST | LAKE | land | 300.00 | $74.87 | | RBS Charter one 2014R013442 | 12,960,000.00 | | | | |
| 1999r035975 | 29B007D001030 | RMO Trustee | CATAWBA ST | LAKE | land | 300.00 | $74.87 | | RBS Charter one 2014R013442 | 12,960,000.00 | | | | |
| 1999R036976 | 29B007E000010 | RMO Trustee | WOOD ST | LAKE | land | 420.00 | $101.93 | | RBS Charter one 2014R013442 | 12,960,000.00 | | | | |
| 1999R036977 | 29B007E000170 | RMO Trustee | E 296 ST | LAKE | land | 430.00 | $102.31 | | RBS Charter one 2014R013442 | 12,960,000.00 | | | | |
| 1999R036979 | 29B007E000450 | RMO Trustee | ROBINDALE ST | LAKE | land | 420.00 | $99.57 | | RBS Charter one 2014R013442 | 12,960,000.00 | | | | |
| 1999R036981 | 31A013B000770 | RMO Trustee | MILLER AV | LAKE | land | 3,010.00 | $716.82 | | RBS Charter one 2014R013442 | 12,960,000.00 | | | | |
| 1997R036108 | 34A017A000030 | RMO Trustee | LAKE SHORE BV | LAKE | land | 55,280.00 | $820.85 | | RBS Charter one 2014R012333 | 12,960,000.00 | | | | |
| 2002r064408 | 35A0080000110 | RMO Trustee | ELBERTA RD/Renaissance Pkwy | LAKE | land | 18,930.00 | $99,507.27 | | RBS Charter one 2008R009281 ($9,500,000.00) | $9,5000,000.00 | RBS Charter one 2014R013442 ($12,960,000.00) | | | |
| 200808439 | 31-210-00-00-012-000 | RMO Trustee | 6912 ST RT 44 | PORTAGE | land | 104,500.00 | $2,617.44 | 19904.62 | RBS Charter One 201407352 | 12,960,000.00 | tax certificate 201517703 201601861 $17,217.94 | tax certificate 201615525 $2,686.68 | | |
| 200808439 | 31-210-00-00-014-000 | RMO Trustee | LOVERS LN | PORTAGE | land | 83,400.00 | $2,088.65 | 16305.92 | RBS Charter one 201407352 | 12,960,000.00 | tax certificate 201517704 201601862 $14,141.77 | tax certificate 201615526 $2,164.12 | | |
| Vol 244, Page 639 | 35-021-00-00-001-000 | RMO Trustee | FROST | PORTAGE | land | 33,600.00 | $6,492.06 | | Marion Rose Nathan Trustee - frances r Rutt, trustee 200110932 200315067 200610255 | 100,000.00 | RBS Charter One 201407352 ($12,960,000.00) | 12,960,000.00 | | |
| Volume 466, Page 545 | 35-021-00-00-002-000 | RMO Trustee | FROST | PORTAGE | land | 100.00 | $14.68 | | RBS Charter One 201407352 | 12,960,000.00 | | | | |
| 200529106 | 35-023-00-00-023-000 | RMO Trustee | 538 FROST | PORTAGE | single family house | 92,500.00 | $0.00 | 8997.92 | Parkview 200813955 | $5,857,208.30 (amended 2009R018937) to $15,604,370.00 | RBS Charter One 201407352 ($12,960,000.00) | tqx certificate 201517719 201618876 $4132.52 | tax certificate 201615568 $2,311.25 | tax certificate 201715988 $2,551.15 |

| Property Information | | | | | type | Counties 100% Market Valuations | Taxes and delinq. 2016 payable 2017 | total of tax certificates | First Mortgage | | Additional Mortgages/liens | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| current deed | Parcel | owner | street address | county | | | as of 11/20/2017 | | Lender (1) Instrument No | mortgage amount | 2nd | third | fourth | Fifth |
| | | | | TOTALS | | 8,479,880.00 | 551,058.71 | 193119.25 | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

| Name of Entity | Percent owned by RMO/Trusts | Date Formed | Date Ceased Operations | Active/Inactive | Accountant/Bookkeeper | EIN (If known) |
|---|---|---|---|---|---|---|
| 000 Richmond Road LLC | 100.00% | 6/2/2014 | | Active | | |
| 000 West Jackson LLC | 100.00% | 6/2/2014 | | Active | | |
| 001 Jackson Street LLC | 100.00% | 6/2/2014 | | Active | | |
| 1058 Peach Blvd | 100.00% | 6/2/2014 | | Active | | |
| 11447 Viceroy LLC | 100.00% | 9/22/2014 | | Active | | |
| 11486 Viceroy LLC | 100.00% | 6/2/2014 | | Active | | |
| 11495 Viceroy LLC | 100.00% | 6/2/2014 | | Active | | |
| 11520 Monarch LLC | 100.00% | 8/15/2016 | | Active | | |
| 11575 Girdled Road LLC | 100.00% | 2/26/2014 | | Active | | |
| 1180 W. Jackson St LLC | 100.00% | 9/22/2014 | | Active | | |
| 1392 Jackson Street LLC | 100.00% | 3/15/2017 | | Active | | |
| 15499 Kinsman Road LLC | 100.00% | 3/15/2017 | | Active | | |
| 2412 N. Newton Falls Road LLC | 100.00% | 8/29/2016 | | Active | | |
| 2737 Hubbard Rd LLC | 100.00% | 7/3/2017 | | Active | | |
| 27981 EUCLID CO., LLC | 50.00% | 6/18/1997 | | Active | | |
| 306 Lakeshore LLC | 100.00% | 1/6/2012 | | Active | | |
| 362 Center Street LLC | 100.00% | 3/15/2017 | | Active | | |
| 366 Center Street LLC | 100.00% | 3/15/2017 | | Active | | |
| 38700 PELTON ROAD, LLC | 100.00% | 1/22/2008 | | Active | | |
| 5848 Vrooman Road LLC | 100.00% | 7/3/2017 | | Active | | |
| 6631 Ridge Road LLC | 100.00% | 6/2/2014 | | Active | | |
| 7001 Center Street LLC | 100.00% | 7/26/2016 | | Active | | |
| 7621 MENTOR AVENUE, LLC | 100.00% | 12/2/2009 | | Active | | |
| 8014 Bellflower LLC | 100.00% | 5/7/2013 | | Active | | |
| 815 Superior Ave LLC | 100.00% | 8/29/1994 | | Active | | |
| 8491 Mayfield Acquisitions LLC | 25.00% | 10/25/2016 | | Active | | |
| 8667 East Avenue LLC | 100.00% | 9/22/2014 | | Active | | |
| 9010 TYLER, LLC | 100.00% | 8/9/2017 | | Active | | |
| A000 MENTOR AVENUE, LLC | 100.00% | 6/2/2014 | | Active | | |
| ANGRMO OIL & GAS | 50.00% | 3/3/2003 | | Active | | |
| BACK LAND, LLC | 100.00% | 3/3/2016 | | Active | | |
| BIG OAT'S OIL FIELD SUPPLY COMPANY, LLC | 100.00% | 5/8/2009 | | Active | | 34-1782080 |
| BISHOP ROAD LLC | 100.00% | 11/15/2015 | | Active | | |
| BLACK BEAR REALTY, LTD. | 99.00% | 5/4/1995 | | Active | | 34-1801548 |
| BLACKBROOK ROAD, LLC | 100.00% | 4/10/2014 | | Active | | |
| CHOWDER GAS STORAGE FACILITY, LLC | 100.00% | 6/9/2008 | | Active | | |
| CHOWDER LAND DEVELOPMENT CO., LLC | 100.00% | 7/28/2008 | | Active | | |
| COBRA PIPELINE CO., LTD. | 85.93% | 10/17/2015 | | Active | | 41-2255945 |
| CONCORD/HAMBDEN ROAD, LLC | 100.00% | 3/22/2013 | | Active | | |
| DAVID OIL COMPANY, LLC | 100.00% | 8/5/2016 | | Active | | |
| EAST 27TH STREET LLC | 100.00% | 12/31/2015 | | Active | | |
| ESPYVILLE PA, LLC | 100.00% | 6/2/2014 | | Active | | |
| FARLEY LAND, LLC | 100.00% | 10/31/2016 | | Active | | |
| FRONT LAND, LLC | 100.00% | 3/3/2016 | | Active | | |

| | | | | | |
|---|---|---|---|---|---|
| GREAT LAKES PARKWAY, LLC | 100.00% | 12/23/2009 | | Active | |
| HALE ROAD, LLC | 100.00% | 11/24/2014 | | Active | |
| HAMILTON/MERCANTILE DEVELOPMENT COMPANY, INC. | 100.00% | 4/23/1997 | | Active | |
| HAMILTON-MERCANTILE LAND LLC | 100.00% | 11/15/2015 | | Active | |
| HEISLEY-HOPKINS, INC. | 100.00% | 2/4/1991 | | Active | 34-1701842 |
| JOHN D. OIL AND GAS COMPANY | 100.00% | 6/23/2000 | | Active | |
| John D. Oil and Gas Marketing LLC | 85.93% | | | Active | 38-3724735 |
| JOHN D. RESOURCES, LLC | 100.00% | 9/27/2004 | | Active | 01-0849110 |
| KYKUIT RESOURCES, LLC | 18.22% | 5/8/2007 | | Active | 23-0184655 |
| Lec House LLC | 100.00% | 12/21/2016 | | Active | |
| LEIMCO ACQUISITION COMPANY, LLC | 100.00% | 9/6/2017 | | Active | |
| LEIMCO DEVELOPMENT COMPANY, LTD. | 90.00% | 3/30/2001 | | Active | |
| LEIMCO HOLDING COMPANY, LLC | 100.00% | 3/3/2016 | | Active | |
| LIGHTNING OIL CO., LTD. | 49.00% | 4/5/1996 | | Active | |
| LIGHTNING OIL COMPANY | 100.00% | 12/9/1991 | | Active | 31-1490133 |
| LIGHTNING PIPELINE COMPANY II, INC. | 100.00% | 1/30/2002 | | Active | 02-0617550 |
| LIGHTNING PIPELINE COMPANY LTD. | 85.93% | 10/15/2001 | | Active | 02-0617547 |
| LITTLE INCH, LLC | 100.00% | 5/11/2005 | | Active | |
| MADISON LAND LLC | 100.00% | 11/15/2015 | | Active | |
| MADISON/ROUTE 20, LLC | 50.00% | 5/6/1999 | | Active | |
| MARIETTA LAND PROPERTIES LLC | 100.00% | 9/6/2016 | | Active | |
| MENTOR EQUIPMENT RENTAL LLC | 100.00% | 1/21/2015 | | Active | |
| MIDWAY INDUSTRIAL CAMPUS CO., LTD. | 33.34% | 12/18/2000 | | Active | |
| NATHAN PROPERTIES, LLC | 100.00% | 10/21/2011 | | Active | |
| NEO GAS MARKETING, LLC | 100.00% | 7/17/2003 | | Active | 20-0119593 |
| OHIO PIPELINE LLC | 85.93% | 5/27/2004 | | Active | |
| Orwell-Trumbull Pipeline Co. LLC | 85.30% | 9/3/2004 | | Active | 43-2082799 |
| OSAIR, INC | 95.00% | 2/9/1963 | | Active | 34-0964544 |
| PAINESVILLE BALLFIELD, LLC | 100.00% | 9/22/2014 | | Active | |
| PLAZA AVENUE, LLC | 100.00% | 9/22/2014 | | Active | |
| POPEYE'S MARINA, INC. | 100.00% | 11/18/1987 | | Active | |
| RAVENNA ROAD II, LLC | 100.00% | 9/22/2014 | | Active | |
| RIGRTONA HOLDING COMPANY, LLC | 100.00% | 3/3/2016 | | Active | |
| RMO, Inc. | 100.00% | 8/16/1989 | | Active | |
| ROCKEFELLER OIL COMPANY, LLC | 100.00% | 8/5/2016 | | Active | |
| ROUTE 84 LLC | 100.00% | 5/17/2017 | | Active | |
| S.C.R.O. COMPANY, LLC | 50.00% | 5/19/1999 | | Active | |
| SLEEPY HOLLOW OIL & GAS, LLC | 100.00% | 11/19/2005 | | Active | 90-0437215 |
| Tatonka Oil Company LLC | 100.00% | 4/21/2016 | | Active | |
| THE RETIREMENT MANAGEMENT COMPANY | 100.00% | 3/26/1993 | | Active | |
| TIN MAN STORAGE, LLC | 100.00% | 6/13/2005 | | Active | |
| TINMAN STORAGE CENTER, LLC | 100.00% | 11/12/2004 | | Active | |
| WILLIAMS RD., LLC | 100.00% | 9/22/2014 | | Active | |
| WILSON LAND PROPERTIES, LLC | 100.00% | 1/14/2014 | | Active | |
| WOODLANDS ASSISTED LIVING RESIDENCE - EASTLAND, LLC | 100.00% | 1/29/2004 | | Active | 20-0703922 |

| | | | | | | |
|---|---|---|---|---|---|---|
| YELLOWBRICK STORAGE, LLC | 100.00% | 5/3/2013 | | Active | | |
| 1450 Jackson Street II LLC | 100.00% | 9/22/2014 | 2017 | Inactive | | |
| 1450 Jackson Street LLC | 100.00% | 11/16/2010 | 2017 | Inactive | | |
| 2681 ORCHARD WAY, INC. | 100.00% | 7/25/1999 | | Inactive | | |
| 5480 Woodside Road LLC | 100.00% | 10/28/2010 | 2015 | Inactive | | |
| 5580 Woodside Rd. LLC | 100.00% | 5/11/2017 | 2015 | Inactive | | |
| 7123 INDUSTRIAL PARK BLVD., INC. | 100.00% | 1/15/1992 | 2002 | Inactive | | 34-1703840 |
| 8420 Mentor Avenue LLC | 100.00% | 6/2/2014 | Unknown | Inactive | | |
| 8644 Station Street LLC | 100.00% | 5/30/2013 | 2016 | Inactive | | |
| ACHIEVEMENT, LTD | 50.00% | 11/5/1996 | 2014 | Inactive | | |
| ALTA GAS SERVICES LLC | 100.00% | 7/11/2005 | 2014 | Inactive | | |
| ANDOVER PROPANE, LLC | 100.00% | 6/26/2013 | 2012 | Inactive | | |
| BEDFORD PROPERTIES LTD. | 66.89% | 9/14/1994 | 2014 | Inactive | | |
| BLUE HERON DEVELOPMENT LTD. | 100.00% | 11/2/1995 | 10+ years ago | Inactive | | 34-1821532 |
| Brainard Gas Corp | 100.00% | 6/10/1999 | 2010 | Inactive | | |
| CARDINAL FRANCHISE CORP. | 100.00% | 7/13/1993 | 10+ years ago | Inactive | | 34-1747067 |
| CENTER STREET INVESTMENTS, INC. | 54.20% | 7/28/2000 | Unknown | Inactive | | |
| CHARDON BANK BUILDING, LLC | 100.00% | 3/2/2009 | 10+ years ago | Inactive | | |
| CHECKERS OF OHIO, INC. | 100.00% | 10/15/1990 | Never Operated | Inactive | | |
| COLUMBUS TILE YARD, LLC | 100.00% | 5/16/2002 | 10+ years ago | Inactive | | 02-0617512 |
| CONCORD GROUP, LLC | 50.00% | 4/19/2001 | 10+ years ago | Inactive | | |
| CRILE ROAD DEVELOPERS, LTD. | 100.00% | 2/22/2000 | 10+ years ago | Inactive | | |
| CUBBY'S RECYCLING LLC | 100.00% | 4/7/2011 | Never Operated | Inactive | | |
| DELICIOUS DESIGNATED DRIVERS, LLC | 100.00% | 1/31/2011 | Never Operated | Inactive | | |
| DMO PROPERTIES, INC. | 100.00% | 6/17/1988 | 5+ years ago | Inactive | | 34-1595405 |
| ERIE-COKE PROPERTIES, INC. | 33.34% | 10/26/2000 | 10+ years ago | Inactive | | |
| FIRST INDEMNITY, LTD. | 100.00% | 11/1/1996 | 10+ years ago | Inactive | | 31-1489512 |
| FLAGLER, LLC | 100.00% | 4/4/2003 | 10+ years ago | Inactive | | |
| FOREVER WILD, LLC | 100.00% | 6/5/2003 | Never Operated | Inactive | | |
| GN1, LLC | 100.00% | 1/3/2006 | Unknown | Inactive | | |
| GN2, LLC | 100.00% | 1/3/2006 | Unknown | Inactive | | |
| GN3, LLC | 100.00% | 1/3/2006 | Unknown | Inactive | | |
| GN4, LLC | 100.00% | 1/3/2006 | Unknown | Inactive | | |
| GN5, LLC | 100.00% | 1/18/2006 | Unknown | Inactive | | |
| GREAT LAKES PLAZA, LTD. | 51.47% | 7/15/2002 | 2012 | Inactive | | |
| GREAT PLAINS EXPLORATION, LLC | 100.00% | 4/4/2003 | 2016 | Inactive | | 56-2349495 |
| HEISLEY STORAGE & MINI LTD. | 33.00% | 11/9/1995 | 10+ years ago | Inactive | | |
| HOPKINS HEISLEY CORP. | 100.00% | 3/6/1997 | 10+ years ago | Inactive | | |
| LAKESHORE & RT. 306, LLC | 100.00% | 7/16/2012 | 2012 | Inactive | | 01-0849110 |
| LIBERTY SELF STOR II LLC | 99.00% | | 2012 | Inactive | | |
| LIBERTY SELF STOR, LTD. | 100.00% | 6/3/1996 | 2012 | Inactive | | |
| LITTLE OATS, LLC | 100.00% | 3/22/2010 | 2015 | Inactive | | |
| LUDLOW NATURAL GAS COMPANY, LLC | 100.00% | 3/28/2017 | 2016 | Inactive | | |
| MATCHWORKS TAVERN, LLC | 100.00% | 1/5/2011 | 2012 | Inactive | | |
| MATCHWORKS, LLC | 100.00% | 1/31/2012 | 2012 | Inactive | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| MEADOWLANDS APARTMENTS, INC. | 100.00% | 2/2/1994 | 10+ years ago | Inactive | | 34-1762459 |
| MENTOR-BARD PROPERTIES, LLC | 50.00% | 3/29/2004 | 2012 | Inactive | | |
| MERIDIAN POINT REALTY TRUST '83 | 100.00% | 12/14/1998 | 10+ years ago | Inactive | | |
| NORTHWESTERLY, LTD. | 100.00% | 8/22/1996 | 10+ years ago | Inactive | | 34-1860277 |
| OPD SANITARY SEWER DEVELOPMENT COMPANY, LLC | 100.00% | 7/3/2002 | 2014 | Inactive | | |
| ORWELL NATURAL GAS COMPANY | 100.00% | 8/12/1986 | 2012 | Inactive | | 34-1534903 |
| OSBORNE CRUSHED STONE & CONCRETE LLC | 100.00% | 8/1/2015 | 2015 | Inactive | | |
| OSBORNE MONETARY FINANCE, LLC | 100.00% | 3/30/2015 | 2015 | Inactive | | |
| OSBORNE SECURITIES, INC. | 50.00% | 9/12/1980 | 30+ years ago | Inactive | | |
| PAINESVILLE BANK BUILDING, LLC | 100.00% | 3/2/2009 | 2012 | Inactive | | |
| PAINESVILLE TOWNSHIP TRAILER PARK, INC. | 50.00% | 5/10/1989 | 10+ years ago | Inactive | | |
| RENAISSANCE PARKWAY LLC | 100.00% | 2/29/2016 | 2016 | Inactive | | |
| RICK'S II, LLC | 100.00% | 12/23/2009 | Unknown | Inactive | | |
| RICK'S LTD. | 100.00% | 11/3/2008 | Unknown | Inactive | | |
| RICKY HOMES, INC | 100.00% | 10/17/1985 | 20+ years ago | Inactive | | |
| ROCKEFELLER RENTALS, LLC | 100.00% | 12/16/2010 | Unknown | Inactive | | |
| ROCKWELL GARAGE, LLC | 100.00% | 3/22/2013 | 2012 | Inactive | | |
| ROCKWELL PROPERTY, LLC | 100.00% | 4/24/2009 | 2012 | Inactive | | |
| ROUTE 20 BOWLING ALLEY, INC. | 50.00% | 7/26/1999 | 10+ years ago | Inactive | | |
| ROUTE 306 PROPERTIES, LLC | 100.00% | 2/12/2014 | Never Operated | Inactive | | |
| ROUTE 306, LLC | 100.00% | 12/27/2011 | Never Operated | Inactive | | |
| ROUTE 44, LLC | 100.00% | 8/24/2012 | 2015 | Inactive | | |
| SOUTHEAST RETIREMENT COMPANY LTD | 100.00% | 8/29/1994 | 10+ years ago | Inactive | | |
| STATION STREET LEASING, LLC | 100.00% | 11/27/2006 | 2012 | Inactive | | |
| STATION STREET LEASING, LLC | 100.00% | 11/27/2006 | Unknown | Inactive | | |
| STATION STREET PARTNERS, LLC | 100.00% | 6/28/2002 | 2012 | Inactive | | |
| STATION STREET PARTNERS, LLC | 100.00% | 6/8/2002 | Unknown | Inactive | | |
| STEVE-RICK, LTD. | 50.00% | 4/12/2002 | Unknown | Inactive | | |
| STIFFTHEBANKS.COM, LLC | 100.00% | 1/13/2011 | Never Operated | Inactive | | |
| SUCH A DEAL, LLC | 100.00% | 5/7/2007 | Never Operated | Inactive | | |
| SUGAR BUSH HOLDINGS, LLC | 100.00% | 10/25/2013 | 2016 | Inactive | | |
| SUGARBRUSH PROPERTIES, LLC | 100.00% | 5/21/2015 | 2016 | Inactive | | |
| SUGARBUSH PROPERTIES I, LLC | 100.00% | 8/8/2014 | 2016 | Inactive | | |
| THE JEROME T. OSBORNE FAMILY LIMITED PARTNERSHIP | 7.28% | 12/31/1996 | 2016-17 | Inactive | | |
| TURBINE STORAGE LLC | 100.00% | 7/8/1999 | 10+ years ago | Inactive | | |
| TURKEY VULTURE FUND XIII, LTD. | 35-40% | 11/22/1994 | 10+ years ago | Inactive | | 34-1786314 |
| TURKEY VULTURE FUND XIV, LTD. | 35-40% | 12/31/2006 | 10+ years ago | Inactive | | 34-1854265 |
| TURKEY VULTURE MANAGEMENT, LTD. | 35-40% | 11/24/1997 | 10+ years ago | Inactive | | 34-1854269 |
| TYLER BOULEVARD HOLDING COMPANY | 100.00% | 9/25/1997 | Unknown | Inactive | | |
| TYLER BOULEVARD, LLC | 100.00% | 1/31/2012 | Unknown | Inactive | | |
| VROOMAN ROAD WATERLINE, LLC | 100.00% | 2/14/2013 | Never Operated | Inactive | | |
| WOODLANDS ASSISTED LIVING RESIDENCE, LLC | 98.00% | 8/25/2000 | 10+ years ago | Inactive | | 34-1932800 |

Fill in this information to identify your case:

Debtor 1        **Richard McKay Osborne, Sr.**

               First Name                 Middle Name            Last Name

Debtor 2

(Spouse if, filing)     First Name                 Middle Name            Last Name

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF OHIO

Case number  **17-17361**

(if known)

☑ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X **/s/ Richard McKay Osborne, Sr.**          X _____
   **Richard McKay Osborne, Sr.**             Signature of Debtor 2
   Signature of Debtor 1

Date  **December 18, 2018**             Date _____

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Richard McKay Osborne, Sr.** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF OHIO |
| Case number (if known) | 17-17361 |

■ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy                          4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Give Details About Your Marital Status and Where You Lived Before

**1.   What is your current marital status?**

■ Married
☐ Not married

**2.   During the last 3 years, have you lived anywhere other than where you live now?**

■ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|

**3.   Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

■ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2   Explain the Sources of Your Income

**4.   Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Sources of income Check all that apply. | Gross income (before deductions and exclusions) |
| From January 1 of current year until the date you filed for bankruptcy: | ☐ Wages, commissions, bonuses, tips | **Unknown** | ☐ Wages, commissions, bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>(January 1 to December 31, 2016 ) | ☐ Wages, commissions, bonuses, tips<br><br>■ Operating a business | **$-510,270.00** | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2015 ) | ☐ Wages, commissions, bonuses, tips<br><br>■ Operating a business | **$-2,415,439.00** | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |

5.   **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | See tax return | **Unknown** | | |
| **For last calendar year:**<br>(January 1 to December 31, 2016 ) | see tax return | **$634,132.00** | | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2015 ) | see tax return | **$91,609.00** | | |

| **Part 3:** | **List Certain Payments You Made Before You Filed for Bankruptcy** |
|---|---|

6.   **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

■   No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

■   No.    Go to line 7.

☐   Yes    List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
*   * Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

☐   Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐   No.    Go to line 7.

☐   Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| **Creditor's Name and Address** | **Dates of payment** | **Total amount paid** | **Amount you still owe** | **Was this payment for ...** |
|---|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

7.  Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?
    *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

    ■ No
    ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8.  Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?
    Include payments on debts guaranteed or cosigned by an insider.

    ■ No
    ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

**Part 4:**   Identify Legal Actions, Repossessions, and Foreclosures

9.  Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?
    List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

    ☐ No
    ■ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Osborne  et al v. Park View Federal Savings Bank, et al I 7-CA-106614** | **appeal of the judgment giving rise to the appointment of the receiver** | **Cuyahoga County Court of Appeals** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **RICHARD M. OSBORNE, ET AL vs. PARK VIEW FEDERAL SAVINGS BANK 14CV822810** | **Breach of Contract** | **Cuyahoga County Common Pleas Ct Clerk of Court- Civil 1200 Ontario St FL1 Cleveland, OH 44113** | ☐ Pending<br>■ On appeal<br>☐ Concluded |
| **U.S. v. Osborne (individually and as trustee of RMO Trust), Center Street Investments, Inc., Calendar Real Estate Development Co., LLC, et al. 11-CV-2039** | **alleged violations of the Clean Water Act caused by his operation of a rock crushing facility** | **U.S. Dist. Ct.** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **RICHARD M. OSBORNE, ET AL. vs. KOHRMAN, JACKSON & KRANTZ P.L.L., ET AL. CV-14-830753** | **Tort** | **Cuyahoga County Common Pleas Ct Clerk of Court- Civil 1200 Ontario St FL1 Cleveland, OH 44113** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| **U.S. v. Osborne (individually and as trustee of RMO Trust), Madison/Rte 20, LLC, Midway Industrial Campus Co., LLC,1 et al 11-CV-1029** | **CWA violation case** | **U.S. Dist. Ct** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

17-17361-aih     Doc 316     FILED 12/20/18     ENTERED 12/20/18 20:54:52     Page 24 of 32

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **In re Estate of Jerome T. Osborne** **14 ES 0305** | **Probate Matter** | **Lake County Probate Court** | ■ Pending ☐ On appeal ☐ Concluded |
| **Bank of America v Bucks** **17CF002041** | **Foreclosure** | **Lake County Court of Common Pleas** **Civil Clerk** **47 N Park Pl** **Painesville, OH 44077** | ■ Pending ☐ On appeal ☐ Concluded |
| **Chicago Title Ins. Co. v. Osborne, Inc. and Osborne (individually), 17CV000880** | **Collection** | **Lake County Common Pleas Court** | ■ Pending ☐ On appeal ☐ Concluded |
| **Chicago Title Ins. Co. v. Osborne, Inc. and Osborne (individually), 17CV000816** | **Collection** | **Lake County Court of Common Pleas** **Civil Clerk** **47 N Park Pl** **Painesville, OH 44077** | ■ Pending ☐ On appeal ☐ Concluded |
| **Osborne (individually and as trustee of RMO Trust) v. Gorman, et al.** **17CV00 1408** | **Collection** | **Lake County Court of Common Pleas** | ☐ Pending ☐ On appeal ■ Concluded |
| **Richard M. Osborne, Executor v. Jennifer lafelice** **15 CV 0103** | **declaration** | **Lake County Probate Court** | ■ Pending ☐ On appeal ☐ Concluded |
| **Cobra Pipeline Co., Ltd. v. Ohio Tax Commissioner** **n/a** | **tax assessment** | **Ohio Bd. of Tax Appeals** | ■ Pending ☐ On appeal ☐ Concluded |
| **Orwell-Trumbull Pipeline v. Ohio Tax Commissioner** **n/a** | **Tax Appeal** | **Ohio Bd. of Tax Appeals** | ■ Pending ☐ On appeal ☐ Concluded |
| **Osborne Trustee v LaFountaine etal** **CV17-0532** | **Collection/Foreclosure** | **Supreme Court County of Essex NY** | ■ Pending ☐ On appeal ☐ Concluded |
| **LAKE COUNTY TREASURER vs . PARCELS OF LAND** **16CF001819** | **Foreclosure** | **Lake County Court of Common Pleas** **Civil Clerk** **47 N Park Pl** **Painesville, OH 44077** | ☐ Pending ☐ On appeal ■ Concluded |
| **LAKE COUNTY TREASURER vs . PARCELS OF LAND** **16CF001704** | **Foreclosure** | **Lake County Court of Common Pleas** **Civil Clerk** **47 N Park Pl** **Painesville, OH 44077** | ☐ Pending ☐ On appeal ■ Concluded |

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **LAKE COUNTY TREASURER vs .<br>PARCELS OF LAND<br>16CF001651** | **Foreclosure** | **Lake County Court of<br>Common Pleas<br>Civil Clerk<br>47 N Park Pl<br>Painesville, OH 44077** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| **LAKE COUNTY TREASURER vs .<br>PARCELS OF LAND<br>16CF001631** | **Foreclosure** | **Lake County Court of<br>Common Pleas<br>Civil Clerk<br>47 N Park Pl<br>Painesville, OH 44077** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| **LAKE COUNTY TREASURER vs .<br>PARCELS OF LAND<br>16CF001394** | **Foreclosure** | **Lake County Court of<br>Common Pleas<br>Civil Clerk<br>47 N Park Pl<br>Painesville, OH 44077** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| **LAKE COUNTY TREASURER vs .<br>PARCELS OF LAND<br>16CF1633** | **Foreclosure** | **Lake County Court of<br>Common Pleas<br>Civil Clerk<br>47 N Park Pl<br>Painesville, OH 44077** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| **LAKE COUNTY TREASURER vs .<br>PARCELS OF LAND<br>16CF1632** | **Foreclosure** | **Lake County Court of<br>Common Pleas<br>Civil Clerk<br>47 N Park Pl<br>Painesville, OH 44077** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **LAKE COUNTY TREASURER vs .<br>PARCELS OF LAND<br>16CF1631** | **Foreclosure** | **Lake County Court of<br>Common Pleas<br>Civil Clerk<br>47 N Park Pl<br>Painesville, OH 44077** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| **LAKE COUNTY TREASURER vs .<br>PARCELS OF LAND<br>16CF1630** | **Foreclosure** | **Lake County Court of<br>Common Pleas<br>Civil Clerk<br>47 N Park Pl<br>Painesville, OH 44077** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **LAKE COUNTY TREASURER vs .<br>PARCELS OF LAND<br>16CF1622** | **Foreclosure** | **Lake County Court of<br>Common Pleas<br>Civil Clerk<br>47 N Park Pl<br>Painesville, OH 44077** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| **LAKE COUNTY TREASURER vs .<br>PARCELS OF LAND<br>16CF1620** | **Foreclosure** | **Lake County Court of<br>Common Pleas<br>Civil Clerk<br>47 N Park Pl<br>Painesville, OH 44077** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

17-17361-aih    Doc 316    FILED 12/20/18    ENTERED 12/20/18 20:54:52    Page 26 of 32

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **CENTER STREET SCHOOL CONDOMINIUMS AND COACHHOUSES vs . OSBORNE TRUSTEE, 156CF1547** | **Foreclosure** | **Lake County Court of Common Pleas Civil Clerk 47 N Park Pl Painesville, OH 44077** | ☐ Pending<br>■ On appeal<br>☐ Concluded |
| **LAKE COUNTY TREASURER vs . PARCELS OF LAND ENCUMBERED WITH LIENS 16CF1402** | **Foreclosure** | **Lake County Court of Common Pleas Civil Clerk 47 N Park Pl Painesville, OH 44077** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| **OSBORNE TRUST, RICHARD M et al vs . FIRSTMERIT BANK NA et al 16CCV0363** | **Breach of Contract** | **Lake County Court of Common Pleas Civil Clerk 47 N Park Pl Painesville, OH 44077** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| **Richard Osborne v Gas Natural LLC CV-17-877354** | **Breach of Contract** | **Cuyahoga County Common Pleas Ct Clerk of Court- Civil 1200 Ontario St FL1 Cleveland, OH 44113** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☐ No. Go to line 11.
■ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| **Treasurer-Lake County 105 Main St PO BOX 490 Painesville, OH 44077-0490** | **See listing of Foreclosures**<br><br>☐ Property was repossessed.<br>■ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | **various** | **Unknown** |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
■ No
☐ Yes

| Part 5: | List Certain Gifts and Contributions |
|---|---|

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

| Part 6: | List Certain Losses |
|---|---|

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☐ No
☑ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| Fire at PA Compound Swede Road Tidioute PA | Mutual Fire Insurance Company | 8/21/2017 | $900,000.00 |

| Part 7: | List Certain Payments or Transfers |
|---|---|

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| FORBES LAW LLC<br>Main Street Law Building<br>166 Main Street<br>Painesville, OH 44077 | | 12/17 | $2,527.50 |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **William T. Wuliger** | | | **$0.00** |

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
■ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Louie V, LLC<br>7321 Markell Rd<br>Waite Hill, OH 44094**<br><br>**Daughter's LLC** | **See attached** | **None** | **January 8, 2017** |
| **Jerome Osborne<br>6011 Heisley Rd<br>Mentor, OH 44060**<br><br>**Nephew** | **06/01/2017; 2 shares of Osborne Concrete & Stone & 6 shares of Fairport Trucking for a total purchase of $181,268.00<br>07/05/2017; 8 shares of Grand River Asphalt for a total purchase of $178,175.50<br>10/16/2017; 19 shares of Osborne Co. Ltd. for a total purchase of $100,000.00<br>10/17/2017; 8 shares of Grand River Asphalt for a total purchase of $178,175.50** | **$637,619.00** | **6/01;7/05;10/16;<br>10/17/2017** |
| **Michael E Osborne Trustee and Metric Drive Investors LLC<br>7670 Tyler Blvd<br>Mentor, OH 44060**<br><br>**Brother's Trust and Company** | **15 Shares of Cuyahoga Concrete Co. Owned by RMO, Inc. (RMO, Inc. owned the stock and received the funds; Debtor also signed as seller individually)** | **$528,172.80 (Paid to RMO, Inc.)** | **8/23/17** |
| **William Wuliger, Esq.<br>Wuliger & Wuliger<br>2003 St Clair Ave<br>Cleveland, OH 44114**<br><br>**Lawyer** | **assignment of 2 installments of $200,000 each from Gas Natural** | **$400,000 ceredit on legal bill** | **10/18/2016** |

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Diane M Osborne**<br>**8255 Morley Rd**<br>**Mentor, OH 44060**<br><br>**ex wife** | **153 common shares of Osborne Inc** | **transferred under pledge agreement; $350,000 reduction in outstanding loan balance** | **11/2017** |
| **Richard Osrborne Jr**<br><br>**Son** | **1/2 interest in the "blob" silver from Nuestra Señora de Atocha shipwreck** | **services for smelting and recovering value** | **April 2017** |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)
    ☐ No
    ■ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|
| **Richard M Osborne Trust** | | **1995; revoked 12/17** |
| **RIGRTONA Trust** | | **1995?; revoked 12/17** |

**Part 8:**   List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
    Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.
    ■ No
    ☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

    ■ No
    ☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | |

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

    ☐ No
    ■ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Debtors other homes Various** | | **Furnishings** | ☐ No<br>■ Yes |

| Part 9: | Identify Property You Hold or Control for Someone Else |
|---|---|

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ **No**
☐ **Yes. Fill in the details.**

| Owner's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

| Part 10: | Give Details About Environmental Information |
|---|---|

**For the purpose of Part 10, the following definitions apply:**

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

**25. Have you notified any governmental unit of any release of hazardous material?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ **No**
☐ **Yes. Fill in the details.**

| Case Title<br>Case Number | Court or agency<br>Name<br>**Address** (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

| Part 11: | Give Details About Your Business or Connections to Any Business |
|---|---|

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

■ A member of a limited liability company (LLC) or limited liability partnership (LLP)

■ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

■ An owner of at least 5% of the voting or equity securities of a corporation

17-17361-aih    Doc 316    FILED 12/20/18    ENTERED 12/20/18 20:54:52    Page 31 of 32

☐　**No. None of the above applies.  Go to Part 12.**

■　**Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **See list attached to Schedule A/B** | | EIN:<br><br>From-To |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

■　**No**

☐　**Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|

**Part 12:**　Sign Below

I have read the answers on this _Statement of Financial Affairs_ and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Richard McKay Osborne, Sr.** _____

**Richard McKay Osborne, Sr.**
**Signature of Debtor 1**

Date　**December 18, 2018** _____

_____
**Signature of Debtor 2**

Date　_____

**Did you attach additional pages to** _Your Statement of Financial Affairs for Individuals Filing for Bankruptcy_ **(Official Form 107)?**

■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

■ No
☐ Yes. Name of Person _____. Attach the _Bankruptcy Petition Preparer's Notice, Declaration, and Signature_ (Official Form 119).