UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re: | Case No. 17-17361-aih |
| RICHARD M. OSBORNE, | Chapter 11 |
| Debtor. | Judge Arthur I. Harris |

**FIRST NATIONAL BANK OF PENNSYLVANIA'S
WITNESS & EXHIBIT LIST**

Creditor First National Bank of Pennsylvania ("**FNB**") provides notice that it intends to call the below witness and introduce the below exhibit at the evidentiary hearing scheduled for January 17, 2019 on the following filings: (i) FNB's motion for relief from stay and abandonment as to the real property located at 7020 Williams Road in Concord Township, Ohio ("***Williams Road Property***") (dkt # 49), (ii) the debtor-in-possession's response (dkt # 66), (iii) the debtor-in-possession's motion to sell the Williams Road Property free of any interest of any entity other than estate (dkt # 100), (iv) FNB's objection (dkt # 149), and (v) the United States Trustee's objection (dkt # 158).

**Witness List**

1. <u>Carmen Iammarino, Fifth Avenue Appraisals</u>

Mr. Iammarino is expected to testify on the fair market value of the Wilson Road Property, his opinion that the Wilson Road Property has a fair market value of $335,000, and his methodologies for determining that value.

## Exhibit List

| Exhibit | Description |
|---|---|
| 1 | Appraisal Report of the Williams Road Property prepared by Mr. Iammarino |

Dated: January 11, 2019

Respectfully submitted,

/s/ *Nathaniel R. Sinn*
Matthew H. Matheney (0069974)
Gregory P. Amend (0081247)
Nathaniel R. Sinn (0088467)
Heather E. Heberlein (0083828)
Buckingham, Doolittle & Burroughs, LLC
1375 E. 9th Street, Suite 1700
Cleveland, Ohio 44114
Telephone: (216) 621-5300
Facsimile: (216) 621-5440
Email:   mmatheney@bdblaw.com
         nsinn@bdblaw.com
         gamend@bdblaw.com
         hheberlein@bdblaw.com

COUNSEL FOR FIRST NATIONAL BANK OF PENNSYLVANIA.

CERTIFICATE OF SERVICE

The undersigned certifies that on January 11, 2019, a true and correct copy of the foregoing was served via the Court's electronic case filing system on the following who are listed on the Court's Electronic Mail Notice List:

- Gregory P. Amend: gamend@bdblaw.com
- Alison Archer: alison.archer@ohioattorneygeneral.gov
- Adam S. Baker: abakerlaw@sbcglobal.net
- Austin B. Barnes III: abarnes@sandu-law.com
- Robert D. Barr: rbarr@koehler.law
- David T. Brady: dbrady@sandu-law.com
- LeAnn E. Covey: lcovey@clunkhoose.com
- Gregory M. Dennin: greg@gmdlplaw.com
- Glenn Forbes: bankruptcy@geflaw.net
- Stephen R. Franks: amps@manleydeas.com
- Stephen John Futterer: sjfutterer@sbcglobal.net
- Heather E. Heberlein: hheberlein@bdblaw.com
- Stephen D. Hobt: shobt@aol.com
- Christopher J. Klym: bk@hhkwlaw.com
- Matthew H. Matheney: mmatheney@bdblaw.com
- Kelly Neal: kelly.neal@bipc.com
- David M. Nuemann: dnuemann@meyersroman.com
- Timothy P. Palmer: timothy.palmer@bipc.com
- Kirk W. Roessler: kroessler@walterhav.com
- John J. Rutter: jrutter@ralaw.com
- Frederic P. Schwieg: fschwieg@schwieglaw.com
- Michael J. Sikora, III: msikora@sikoralaw.com
- Andrew M. Tomko: atomko@sandhu-law.com
- Jeffrey C. Toole: toole@buckleyking.com
- Michael S. Tucker: mtucker@ulmer.com
- Maria D. Giannirakis: maria.d.giannirakis@usdoj.gov
- Scott R. Belhorn: Scott.R.Belhorn@usdoj.gov

/s/ *Nathaniel R. Sinn*
Nathaniel R. Sinn (0088467)

3