UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

|  |  |  |
|---|---|---|
|  | ) |  |
|  | ) | Case No. 17-17361 |
|  | ) |  |
| RICHARD M. OSBORNE, | ) | Chapter 11 |
|  | ) |  |
| Debtor. | ) | Judge Arthur I. Harris |
|  | ) |  |
|  | ) | LIMITED OBJECTION OF |
|  | ) | RECEIVER TO MOTION OF |
|  | ) | OSBORNE FARMS, LLC RELIEF |
|  | ) | FROM STAY |

Zachary B. Burkons ("Receiver"), as the duly-appointed receiver in a case captioned *Richard M. Osborne, et al., v. Parkview Federal Savings Bank n/k/a First National Bank of Pennsylvania, et al.*, pending before the Cuyahoga County Court of Common Pleas, Case No. 14-822810 hereby submits his limited objection to the Motion of Osborne Farms LLC for Relief from Stay concerning Debtor's personal property located at 7265 Markell Rd., Waite Hill, Ohio (the "Waite Hill Property"). The Receiver files this objection to address the listing of a bowling alley located at the Waite Hill Property as personal property subject to removal. The bowling alley is a fixture, and its removal would cause substantial damage to the Waite Hill Property. For this reason, the Receiver requests that this Court deny the relief from stay as it pertains to the bowling alley.

*/s/ Richard M. Bain*
Richard M. Bain (0016525)
MEYERS, ROMAN, FRIEDBERG & LEWIS
28601 Chagrin Boulevard, Suite 600
Cleveland, Ohio 44122
(216) 831-0042 (fax: (216) 831-0542)
Email: rbain@meyersroman.com
kmcinturf@meyersroman.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2019, a copy of the foregoing *Objection* was filed. Notice of this filing will be sent to all parties of record by the electronic filing system.

>  */s/ Richard M. Bain*
> Richard M. Bain (0016525)

{01524199}