# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

IN RE RICHARD M. OSBORNE, SR.
*Debtor*

CASE NO. 17-17361
JUDGE ARTHUR I. HARRIS
CHAPTER 11

## SECOND INTERIM APPLICATION OF FREDERIC P. SCHWIEG, ESQ. ATTORNEY AT LAW FOR APPROVAL OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR DEBTOR AND DEBTOR IN POSSESSION

Frederic P. Schwieg, Esq. Attorney at Law moves the Court for an order approving this second interim application for attorney's fees as counsel to Richard M. Osborne, Sr. as debtor and debtor-in-possession ("Debtor") in the amount of $56,100 and expenses of $268.50 and allowing him $56,368.50 as an administrative expense against the bankruptcy estate to be paid by the debtor.

## I.  JURISDICTION

The court has jurisdiction over this matter pursuant to 28 U.S.C. §1334(a) and (e) and General Order 84 of the United States District Court for this District.  This is a core proceeding in which the Court may enter a final order pursuant to 28 U.S.C. §157(b)(2)(A),(M) and (O).

## II.  NARRATIVE SUMMARY

### A.  BACKGROUND

This bankruptcy case was filed on December 17, 2017 with the Debtor represented by attorney Glenn Forbes.  Mr. Forbes had a conflict due to his representation of several companies in other chapter 11 cases that were owned by the Debtor.  Therefore on January 17, 2018 the Debtor moved to employ applicant Frederic P. Schwieg, Esq. Attorney at Law ("Schwieg") as his counsel [Doc 28].  On February 6, 2018 the Court approved the retention of Mr. Schwieg [Doc. 40] on an hourly basis, and all payments to be made to Frederic P. Schwieg, Esq. Mr. Schwieg would be from funds held Mr. Schwieg as a retainer or from the Debtor;  no other payments have been promised to him other than those approved by the Court.  Pursuant to the

Order approving fees to Mr. Forbes, on May 22, 2018 Mr. Schwieg received the remaining retainer amount held by Mr. Forbes of $26,373.00. On June 11, 2018, Mr. Schwieg filed his first interim fee application in the amount of $69,685.00 and expenses of $1,887.07. The court awarded these fees in an order entered on July 19, 2018, and these were paid with the balance of the remaining retainer received from Mr. Forbes in the debtor paying the balance on August 7, 2018.

Mr. Schwieg is an experienced bankruptcy lawyer having been practicing before this Court since 1987. Mr. Schwieg is a former law clerk to the Hon. John F. Ray, Jr., and has represented debtors, bankruptcy trustees, and Chapter 11 debtors in possession in numerous bankruptcy cases.

The hourly rates charged on the attached exhibit are the usual and customary charge to all of Frederic P. Schwieg, Esq.'s clients for services of the type provided, at the time provided. This application covers the period June 12, 2018 through January 25, 2019.

### B. CASE STATUS

The Debtor has remaining in possession of his assets and continues to operate as debtor-in-possession.

### C. PROJECT SUMMARY

Mr. Schwieg was retained by the Debtor to represent him in all matters before this Court. From the beginning, this case has been driven by a large amount of past litigation with various parties and the value of the assets owned by the Debtor. During this period Mr. Schwieg continued to investigate and correct the debtor's schedules. There was a further 341 meeting held on July 12, 2018. Mr. Schwieg also prepared motions to sell property of the estate, to settle and compromise claims with Chicago Title, and to resolve a fire insurance claim on a property in Tidioute Pennsylvania. Mr. Schwieg drafted a complaint to determine the secured claims against

the estate, and responded to a motion for the appointment of a Chapter 11 trustee filed by First

National Bank of Pennsylvania. Mr. Schwieg services are detailed on the invoice attached.

### D. EXPENSES

Mr. Schwieg incurred $268.50 in expenses in connection with this case.

### E. CONCLUSION

Therefore, Frederic P. Schwieg, Esq. Attorney at Law requests that this Court enter an

order approving his legal fees in the amount of $56,100 and expenses of $268.50 and allowing

him $56,368.50 as an administrative expense against the bankruptcy estate to be paid by the

debtor. A proposed order is attached.

Respectfully Submitted,
/s/ Frederic P. Schwieg, Esq.

Frederic P. Schwieg, Esq. (0030418)
Attorney at Law
2705 Gibson Dr
Rocky River, OH 44116
(440) 499-4506
Fax (440) 398-0490
fschwieg@schwieglaw.com

# CERTIFICATE OF SERVICE

A copy of this Second Application for Approval of Attorney Fees and Reimbursement of Expenses was served by was electronically transmitted on or about the date filed via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice list or was served by U.S. mail, postage prepaid, or certified mail on the persons below as indicated below.

Electronic Mail Notice List

Gregory P. Amend on behalf of Creditor First National Bank of Pennsylvania
gamend@bdblaw.com, grichards@bdblaw.com

Alison L. Archer on behalf of Interested Party Lakeland Community College
alison.archer@ohioattorneygeneral.gov, Trish.Lazich@ohioattorneygeneral.gov;angelique.dennis-noland@ohioattorneygeneral.gov

Adam S. Baker on behalf of Creditor Michael E. Osborne, Sr.
abakerlaw@sbcglobal.net, adam@bakerlaw.us;abakerlaw@gmail.com

Austin B. Barnes, III on behalf of Creditor Tax Ease Ohio, LLC
abarnes@sandhu-law.com, bk1notice@sandhu-law.com

Robert D. Barr on behalf of Creditor Chicago Title Insurance Company
rbarr@koehler.law, rbarr@koehler.law

David T. Brady on behalf of Creditor Tax Ease Ohio, LLC
DBrady@Sandhu-Law.com, bk1notice@sandhu-law.com

LeAnn E. Covey on behalf of Creditor Bank of America, N.A.
bknotice@clunkhoose.com

Richard W. DiBella on behalf of Intervenor Nationwide Mutual Fire Insurance Company
rdibella@dgmblaw.com

Stephen R. Franks on behalf of Creditor Bank of America, N.A.
amps@manleydeas.com

Stephen John Futterer on behalf of Creditor City of Willoughby
sjfutterer@sbcglobal.net, r43087@notify.bestcase.com

Melody Dugic Gazda on behalf of Respondent Home Savings Bank, Successor by Merger to The Home Savings & Loan Company of Youngstown, Ohio
mgazda@hendersoncovington.com

Dennis J. Kaselak on behalf of Claimant Diane M. Osborne
dkaselak@peteribold.com, Cynthia@peteribold.com

Christopher J. Klym on behalf of Creditor Ohio Department of Taxation
bk@hhkwlaw.com

Matthew H. Matheney on behalf of Creditor First National Bank of Pennsylvania
mmatheney@bdblaw.com, bhajduk@bdblaw.com

Kelly Neal on behalf of Creditor The Huntington National Bank
kelly.neal@bipc.com, donna.curcio@bipc.com

David M. Neumann on behalf of Interested Party Zachary B Burkons
dneumann@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com

**FEE APP2-19-01-26**

Timothy P. Palmer on behalf of Creditor The Huntington National Bank
timothy.palmer@bipc.com, donna.curcio@bipc.com

Kirk W. Roessler on behalf of Creditor Estate of Jerome T. Osborne
kroessler@walterhav.com, kballa@walterhav.com;slasalvia@walterhav.com

John J. Rutter on behalf of Creditor Mentor Lumber & Supply Co.
jrutter@ralaw.com

Frederic P. Schwieg on behalf of Attorney Frederic P. Schwieg
fschwieg@schwieglaw.com

Frederic P. Schwieg on behalf of Debtor Richard M. Osborne
fschwieg@schwieglaw.com

Michael J. Sikora, III on behalf of Creditor Chicago Title Insurance Company
msikora@sikoralaw.com, aarasmith@sikoralaw.com

Nathaniel R. Sinn on behalf of Creditor First National Bank of Pennsylvania
nsinn@bdblaw.com, kslatinsky@bdblaw.com

Rachel L. Steinlage on behalf of Interested Party Zachary B Burkons
rsteinlage@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com;rbain@meyersroman.com

Andrew M. Tomko on behalf of Creditor Tax Ease Ohio, LLC
atomko@sandhu-law.com, bk1notice@sandhu-law.com

Jeffrey C. Toole on behalf of Interested Party Zachary B Burkons
toole@buckleyking.com, young@buckleyking.com;heberlein@buckleyking.com;toolejr82560@notify.bestcase.com

Michael S. Tucker on behalf of Creditor Citizens Bank, N.A.
mtucker@ulmer.com

Maria D. Giannirakis ust06 on behalf of U.S. Trustee United States Trustee
maria.d.giannirakis@usdoj.gov

Scott R. Belhorn ust35 on behalf of U.S. Trustee United States Trustee
Scott.R.Belhorn@usdoj.gov


Richard M. Osborne, Sr. (via fax)

/s/ Frederic P. Schwieg
Frederic P. Schwieg

**FEE APP2-19-01-26**

# Frederic P. Schwieg, Esq., Attorney at Law    INVOICE

2705 Gibson Drive
Rocky River, OH 44116
Phone: 4404994506
Email: fschwieg@schwieglaw.com

Invoice # 84
Date: 01/26/2019
Due On: 02/25/2019

Richard M. Osborne
7265 Markell Road
Waite Hill, OH 44094

## Osborne-Individual Chapter 11-00074

## Individual Chapter 11

### Services

| Type | Date | Description | Quantity | Rate | Total |
|------|------|-------------|----------|------|-------|
| Service | 06/12/2018 | review proposed order on Girdled Road same from Citizen's Bank | 0.30 | $300.00 | $90.00 |
| Service | 06/12/2018 | call with R Osborne re various matters | 0.30 | $300.00 | $90.00 |
| Service | 06/12/2018 | draft motion to use cash collateral with Erie bank | 2.50 | $300.00 | $750.00 |
| Service | 06/12/2018 | email with S Fink re motion to use cash collateral with Erie bank | 0.20 | $300.00 | $60.00 |
| Service | 06/13/2018 | email with R diBella re fire claim | 0.20 | $300.00 | $60.00 |
| Service | 06/13/2018 | prepare objection to CT 2004 | 1.00 | $300.00 | $300.00 |
| Service | 06/13/2018 | call with R Osborne re Leimco | 0.20 | $300.00 | $60.00 |
| Service | 06/13/2018 | call with J Tomazewski re Leimco | 0.30 | $300.00 | $90.00 |
| Service | 06/13/2018 | call with G Keating re Leimco and Lec | 0.30 | $300.00 | $90.00 |
| Service | 06/13/2018 | emails with R DiBella re fire claim | 0.30 | $300.00 | $90.00 |
| Service | 06/18/2018 | call w S Dahl re company cases | 0.30 | $300.00 | $90.00 |
| Service | 06/18/2018 | call w R Osborne re status of settlements | 0.30 | $300.00 | $90.00 |
| Service | 06/18/2018 | call w G Keating re status of settlements | 0.20 | $300.00 | $60.00 |
| Service | 06/18/2018 | final changes and file Motion to use Erie Bank cash collateral | 1.00 | $300.00 | $300.00 |
| Service | 06/18/2018 | emails with M Giannarakis court and Chicago Title counsel re hearing on motion to sell Concord Hambden Road | 0.30 | $300.00 | $90.00 |

| Service | 06/18/2018 | emails with N Sinn re Williams Road sale | 0.30 | $300.00 | $90.00 |
|---------|------------|------------------------------------------|------|---------|--------|
| Service | 06/18/2018 | call with S Bellhorn re hearings | 0.20 | $300.00 | $60.00 |
| Service | 06/20/2018 | review settlement agreement with CT and Citizens | 0.60 | $300.00 | $180.00 |
| Service | 06/20/2018 | emails with Title agency; M Tucker re closing on Girdled Road | 0.40 | $300.00 | $120.00 |
| Service | 06/20/2018 | call with R Osborne re Citizen's Bank | 0.20 | $300.00 | $60.00 |
| Service | 06/26/2018 | call with HNB re pay off release | 0.20 | $300.00 | $60.00 |
| Service | 06/26/2018 | call with R Barr re 2004 settlement | 0.20 | $300.00 | $60.00 |
| Service | 06/26/2018 | second call with R Barr re 2004 settlement | 0.20 | $300.00 | $60.00 |
| Service | 06/26/2018 | call with G Keating re 2004 settlement | 0.20 | $300.00 | $60.00 |
| Service | 06/28/2018 | hearing on Chicago Title 2004 Motion | 2.00 | $300.00 | $600.00 |
| Service | 06/28/2018 | revise order on Chicago Title 2004 Motion | 1.00 | $300.00 | $300.00 |
| Service | 06/28/2018 | revise motion to employ RE Broker and file | 0.50 | $300.00 | $150.00 |
| Service | 07/03/2018 | call with R Osborne | 0.20 | $300.00 | $60.00 |
| Service | 07/03/2018 | conference call with G Keating, R Barr M Sikora re CT settlement | 0.90 | $300.00 | $270.00 |
| Service | 07/05/2018 | conference call on settlement of Chicago Title claim | 0.90 | $300.00 | $270.00 |
| Service | 07/06/2018 | call with W Wuliger re involvement with companies | 0.30 | $300.00 | $90.00 |
| Service | 07/06/2018 | prepare motion to retain W Wuliger | 0.40 | $300.00 | $120.00 |
| Service | 07/09/2018 | draft Motion to Compromise with Chicago Title | 2.00 | $300.00 | $600.00 |
| Service | 07/09/2018 | call with G Keating and M Sikora re Motion to Compromise with Chicago Title | 0.60 | $300.00 | $180.00 |
| Service | 07/09/2018 | meeting R Osborne | 0.60 | $300.00 | $180.00 |
| Service | 07/09/2018 | prepare April and May ORs | 1.00 | $300.00 | $300.00 |
| Service | 07/10/2018 | call with G Keating re status of settlement with CT | 0.20 | $300.00 | $60.00 |
| Service | 07/10/2018 | revise Motion to approve settlement with CT | 0.40 | $300.00 | $120.00 |
| Service | 07/10/2018 | ermails with R Barr and M Sikora re changes to Motion to approve settlement with CT | 0.40 | $300.00 | $120.00 |
| Service | 07/10/2018 | second call with G Keating re changes to deal | 0.30 | $300.00 | $90.00 |
| Service | 07/10/2018 | call with R Osborne re changes to deal | 0.10 | $300.00 | $30.00 |
| Service | 07/11/2018 | draft motion to compromise with Chicago Title | 3.00 | $300.00 | $900.00 |
| Service | 07/12/2018 | 341 meeting | 3.50 | $300.00 | $1,050.00 |

| Service | 07/12/2018 | revise Motion to compromise with Chicago Title | 1.00 | $300.00 | $300.00 |
|---|---|---|---|---|---|
| Service | 07/12/2018 | call with D Whiteman re MOR bank statements | 0.20 | $300.00 | $60.00 |
| Service | 07/12/2018 | emails with M Sikora and G Keating re changes top motion to compromise with CT | 0.40 | $300.00 | $120.00 |
| Service | 07/13/2018 | revise Motion to compromise with Chicago Title and file same | 1.50 | $300.00 | $450.00 |
| Service | 08/01/2018 | call with R Osborne re appraisal on Williams on other matters | 0.20 | $300.00 | $60.00 |
| Service | 08/01/2018 | email from G Keating re Citizens requested language | 0.20 | $300.00 | $60.00 |
| Service | 08/01/2018 | call from J Leonardi re sale of house | 0.30 | $300.00 | $90.00 |
| Service | 08/03/2018 | call with W Wuliger re retention and other issues | 0.20 | $300.00 | $60.00 |
| Service | 08/03/2018 | call with G Keating re changes to CT agreement | 0.20 | $300.00 | $60.00 |
| Service | 08/03/2018 | Draft order approving compromise with CT | 0.90 | $300.00 | $270.00 |
| Service | 08/04/2018 | call wit G Keating re terms of settlement with CT | 0.20 | $300.00 | $60.00 |
| Service | 08/04/2018 | emails re terms of settlement with CT | 0.40 | $300.00 | $120.00 |
| Service | 08/04/2018 | call with R Barr re agreed order | 0.20 | $300.00 | $60.00 |
| Service | 08/04/2018 | call with creditor re status | 0.20 | $300.00 | $60.00 |
| Service | 08/07/2018 | call with R Osborne re status of matters | 0.20 | $300.00 | $60.00 |
| Service | 08/07/2018 | revise agreed entry approving CT compromise | 0.80 | $300.00 | $240.00 |
| Service | 08/07/2018 | call with D Whiteman re UST report | 0.30 | $300.00 | $90.00 |
| Service | 08/07/2018 | further emails re CT settlement documents and review of same | 0.80 | $300.00 | $240.00 |
| Service | 08/08/2018 | call with G Keating re state court settlement | 0.20 | $300.00 | $60.00 |
| Service | 08/08/2018 | call with R Barr re Acquisition abandonment | 0.20 | $300.00 | $60.00 |
| Service | 08/08/2018 | call with R Osborne re Acquisition abandonment and company financials for UST | 0.20 | $300.00 | $60.00 |
| Service | 08/08/2018 | call with D Whiteman re company financials for UST | 0.20 | $300.00 | $60.00 |
| Service | 08/09/2018 | call with appraiser for Williams re retention | 0.20 | $300.00 | $60.00 |
| Service | 08/14/2018 | draft motion to employ auctioneer | 0.50 | $300.00 | $150.00 |
| Service | 08/14/2018 | emails from D Whiteman re rents | 0.20 | $300.00 | $60.00 |
| Service | 08/15/2018 | call with M Resnick re insurance claim | 0.20 | $300.00 | $60.00 |
| Service | 08/16/2018 | call with R DiBella re insurance settlement | 0.20 | $300.00 | $60.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 08/16/2018 | draft letter to R DiBella re insurance settlement | 0.50 | $300.00 | $150.00 |
| Service | 08/20/2018 | Call with R Osborne re insurance claim | 0.20 | $300.00 | $60.00 |
| Service | 08/20/2018 | draft response to Receiver motion for turnover | 4.50 | $300.00 | $1,350.00 |
| Service | 08/20/2018 | call with D Whiteman re Receiver motion for turnover | 0.20 | $300.00 | $60.00 |
| Service | 08/20/2018 | second call with D Whiteman re Receiver motion for turnover | 0.20 | $300.00 | $60.00 |
| Service | 08/20/2018 | call with Jennifer re Receiver motion for turnover | 0.40 | $300.00 | $120.00 |
| Service | 08/22/2018 | call with R Osborne re Fire Insurance | 0.20 | $300.00 | $60.00 |
| Service | 08/22/2018 | emails with A Sill and D DiBella re Fire Insurance | 0.20 | $300.00 | $60.00 |
| Service | 08/23/2018 | draft motion to compromise with nationwide | 1.50 | $300.00 | $450.00 |
| Service | 08/24/2018 | revise agreements from Nationwide | 2.00 | $300.00 | $600.00 |
| Service | 08/27/2018 | call with R Osborne re Nationwide | 0.20 | $300.00 | $60.00 |
| Service | 08/27/2018 | second call with R Osborne re Nationwide | 0.20 | $300.00 | $60.00 |
| Service | 08/27/2018 | review Home Saving documents for Nationwide settlement | 1.20 | $300.00 | $360.00 |
| Service | 08/27/2018 | revise documents for Nationwide settlement | 1.00 | $300.00 | $300.00 |
| Service | 08/28/2018 | call with J Tomasezwski re Home Savings agreements | 0.20 | $300.00 | $60.00 |
| Service | 08/28/2018 | review Home Savings agreements | 0.80 | $300.00 | $240.00 |
| Service | 08/29/2018 | call with M Giannarakis re 341 documents | 0.50 | $300.00 | $150.00 |
| Service | 08/29/2018 | conference call ob Motion to compromise fire claim | 0.50 | $300.00 | $150.00 |
| Service | 08/29/2018 | draft order on supplemental motion to compromise with CT and emails regarding same | 0.80 | $300.00 | $240.00 |
| Service | 08/29/2018 | call with R Osborne re Wuliger retenton | 0.20 | $300.00 | $60.00 |
| Service | 08/29/2018 | work on Wuliger retention | 0.80 | $300.00 | $240.00 |
| Service | 08/29/2018 | work on Motion to compromise Fire Claim | 0.80 | $300.00 | $240.00 |
| Service | 08/29/2018 | email from Rea Counsel re motion to employ accountant | 0.30 | $300.00 | $90.00 |
| Service | 09/04/2018 | call with R Osborne re Home Savings Bank | 0.20 | $300.00 | $60.00 |
| Service | 09/10/2018 | call with R Osborne re Leonardi issue | 0.20 | $300.00 | $60.00 |
| Service | 09/11/2018 | Draft Motion to Employ Wuliger | 1.50 | $300.00 | $450.00 |
| Service | 09/12/2018 | review appraisal reports | 0.80 | $300.00 | $240.00 |
| Service | 09/13/2018 | draft order on motion for turnover | 0.50 | $300.00 | $150.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 09/14/2018 | review and prepare operating reports for June and July | 1.50 | $300.00 | $450.00 |
| Service | 09/14/2018 | review and prepare entry on turnover order; emails with D Neumann re same | 1.50 | $300.00 | $450.00 |
| Service | 09/14/2018 | call with D Whiteman re operating reports | 0.30 | $300.00 | $90.00 |
| Service | 09/17/2018 | meeting R Osborne re ORs schedules and other matters | 1.00 | $300.00 | $300.00 |
| Service | 09/17/2018 | emails and call with D Neumann re order on turnover and revise same | 0.90 | $300.00 | $270.00 |
| Service | 09/17/2018 | 2 calls with D Whiteman re order on turnover and revise same | 0.20 | $300.00 | $60.00 |
| Service | 09/17/2018 | call with D Kaselak re motion for admin expense | 0.20 | $300.00 | $60.00 |
| Service | 09/18/2018 | call with R baumgart re OzAir purchase | 0.20 | $300.00 | $60.00 |
| Service | 09/18/2018 | call with B Osborne re RE sales | 0.20 | $300.00 | $60.00 |
| Service | 09/18/2018 | call from T Coffey re purchase of property | 0.20 | $300.00 | $60.00 |
| Service | 09/18/2018 | draft letter to R Osborne re UST docs | 1.00 | $300.00 | $300.00 |
| Service | 10/01/2018 | call with R Osborne re receiver eviction | 0.30 | $300.00 | $90.00 |
| Service | 10/01/2018 | call with G Keating re settlement | 0.30 | $300.00 | $90.00 |
| Service | 10/01/2018 | email with D Whiteman re payment to receiver | 0.30 | $300.00 | $90.00 |
| Service | 10/01/2018 | email with J Tomaszewski re payment of company bills | 0.20 | $300.00 | $60.00 |
| Service | 10/01/2018 | call with HNB Counsel re eviction | 0.20 | $300.00 | $60.00 |
| Service | 10/01/2018 | call with estate Counsel re eviction | 0.20 | $300.00 | $60.00 |
| Service | 10/01/2018 | call with R Baumgart re eviction | 0.20 | $300.00 | $60.00 |
| Service | 10/01/2018 | review Home Savings loan docs | 1.50 | $300.00 | $450.00 |
| Service | 10/02/2018 | Hearing on Motion to Compromise | 2.50 | $300.00 | $750.00 |
| Service | 10/02/2018 | draft agreed order on settlement | 1.50 | $300.00 | $450.00 |
| Service | 10/03/2018 | work on agreed order | 1.00 | $300.00 | $300.00 |
| Service | 10/03/2018 | hearing on motion to compromise | 4.00 | $300.00 | $1,200.00 |
| Service | 10/09/2018 | meeting R Osborne | 1.00 | $300.00 | $300.00 |
| Service | 10/09/2018 | call with T Flenner re company closings | 0.20 | $300.00 | $60.00 |
| Service | 10/09/2018 | call with G Keating re discovery from companies | 0.20 | $300.00 | $60.00 |
| Service | 10/09/2018 | review discovery to com[panies in state case from G Keating | 0.20 | $300.00 | $60.00 |

| Service | 10/09/2018 | reiw operation report for August and file same | 0.80 | $300.00 | $240.00 |
|---|---|---|---|---|---|
| Service | 10/09/2018 | prepare amended schedules and file same | 0.80 | $300.00 | $240.00 |
| Service | 10/09/2018 | prepare order on Rea and Associates | 0.30 | $300.00 | $90.00 |
| Service | 10/09/2018 | research automatic stay law | 1.00 | $300.00 | $300.00 |
| Service | 10/09/2018 | email to D Neuman re automatic stay issue | 0.20 | $300.00 | $60.00 |
| Service | 10/09/2018 | email to D Neuman re automatic stay issue | 0.20 | $300.00 | $60.00 |
| Service | 10/11/2018 | review listing of properties for receiver | 0.30 | $300.00 | $90.00 |
| Service | 10/12/2018 | call with R Osborne re various matters | 0.20 | $300.00 | $60.00 |
| Service | 10/12/2018 | call with W Wuliger re fees and motion to retain | 0.20 | $300.00 | $60.00 |
| Service | 10/12/2018 | revise Motion to retain Wuliger | 0.80 | $300.00 | $240.00 |
| Service | 10/12/2018 | draft response to Tax Ease Motion for relief | 0.80 | $300.00 | $240.00 |
| Service | 10/12/2018 | call with M Tucker re HNB Motion for Relief | 0.20 | $300.00 | $60.00 |
| Service | 10/12/2018 | email with G Keating re HNB Motion for Relief | 0.20 | $300.00 | $60.00 |
| Service | 10/12/2018 | review changes to order from Home Savings | 0.20 | $300.00 | $60.00 |
| Service | 10/12/2018 | email with D Whiteman re Wuliger payments | 0.20 | $300.00 | $60.00 |
| Service | 10/12/2018 | email from W Wuliger re fees; analyse same and redraft motion | 0.80 | $300.00 | $240.00 |
| Service | 10/15/2018 | call with R Osborne re various matters | 0.20 | $300.00 | $60.00 |
| Service | 10/15/2018 | call with K Moss re Leonardi house | 0.20 | $300.00 | $60.00 |
| Service | 10/15/2018 | call with W Wuliger re retention Motion | 0.20 | $300.00 | $60.00 |
| Service | 10/19/2018 | email from D DiBella re checks and order | 0.20 | $300.00 | $60.00 |
| Service | 10/19/2018 | call with R Osborne re execution of settlement agreement and issues | 0.20 | $300.00 | $60.00 |
| Service | 10/19/2018 | call withS Hivnor re bank appraisal for Williams Road | 0.30 | $300.00 | $90.00 |
| Service | 10/20/2018 | about closing for Retirement Management | 0.30 | $300.00 | $90.00 |
| Service | 10/22/2018 | call with counsel re Retirement sale | 0.20 | $300.00 | $60.00 |
| Service | 10/22/2018 | call with R Osborne re Retirement sale | 0.20 | $300.00 | $60.00 |
| Service | 10/22/2018 | call with RE Broker re Reynolds road sale | 0.20 | $300.00 | $60.00 |
| Service | 10/22/2018 | call with R Osborne re Reynolds road sale | 0.20 | $300.00 | $60.00 |
| Service | 10/25/2018 | call with R Osborne re Chicago Title | 0.20 | $300.00 | $60.00 |
| Service | 10/25/2018 | call with T Flenner re Chicago Title | 0.20 | $300.00 | $60.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 10/30/2018 | call with R Osborne re receiver | 0.20 | $300.00 | $60.00 |
| Service | 10/30/2018 | second call with R Osborne re receiver | 0.20 | $300.00 | $60.00 |
| Service | 10/30/2018 | call with R Baumgart re receiver | 0.20 | $300.00 | $60.00 |
| Service | 10/31/2018 | call with T Palmer re HNB Motion for Relief | 0.30 | $300.00 | $90.00 |
| Service | 10/31/2018 | call with R Selby re CT Settlement | 0.30 | $300.00 | $90.00 |
| Service | 10/31/2018 | call with R Osborne re HNB Motion for relief | 0.30 | $300.00 | $90.00 |
| Service | 11/01/2018 | hearing on receiver motion to evict | 3.00 | $300.00 | $900.00 |
| Service | 11/06/2018 | hearing on motion to sell Williams | 2.00 | $300.00 | $600.00 |
| Service | 11/06/2018 | call with R Osborne re hearing on motion to sell Williams | 0.20 | $300.00 | $60.00 |
| Service | 11/06/2018 | call with R Barr re motion to compromise with Chicago Title | 0.20 | $300.00 | $60.00 |
| Service | 11/08/2018 | prepare and file motion to retain RE Broker | 0.50 | $300.00 | $150.00 |
| Service | 11/08/2018 | call with R Osboorne re claim | 0.50 | $300.00 | $150.00 |
| Service | 11/08/2018 | call with RE Broker on potential sale terms | 0.50 | $300.00 | $150.00 |
| Service | 11/16/2018 | call with R Osbourne re receiver eviction notice | 0.20 | $300.00 | $60.00 |
| Service | 11/16/2018 | call with P Ulrich re receiver eviction notice | 0.20 | $300.00 | $60.00 |
| Service | 11/19/2018 | call with R Osborne re various matters | 0.20 | $300.00 | $60.00 |
| Service | 11/20/2018 | call with R Baumgart re motion to evict | 0.40 | $300.00 | $120.00 |
| Service | 11/21/2018 | final changes to motion to sell 7325 Reynolds | 0.50 | $300.00 | $150.00 |
| Service | 11/26/2018 | call with R Ondersin re tax returns | 0.30 | $300.00 | $90.00 |
| Service | 11/28/2018 | call with B Wuliger re employment | 0.30 | $300.00 | $90.00 |
| Service | 12/03/2018 | review pleadings on Motion to Employ Wuliger | 0.80 | $300.00 | $240.00 |
| Service | 12/03/2018 | draft complaint on liens | 1.50 | $300.00 | $450.00 |
| Service | 12/03/2018 | call with R Osborne re Center Street Condos | 0.20 | $300.00 | $60.00 |
| Service | 12/03/2018 | call with S McCormick re Center Street Condos | 0.20 | $300.00 | $60.00 |
| Service | 12/03/2018 | call with HNB Counsel re Center Street Condos | 0.20 | $300.00 | $60.00 |
| Service | 12/04/2018 | meeting with client and B Wuliger and hearing on motion to employ Wuliger firm and meeting with client and B Wuliger after the hearing | 2.00 | $300.00 | $600.00 |
| Service | 12/04/2018 | Travel to and from court | 1.00 | $150.00 | $150.00 |
| Service | 12/10/2018 | hearing on eviction | 2.40 | $300.00 | $720.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 12/10/2018 | call with R Baumgart re eviction hearing | 0.30 | $300.00 | $90.00 |
| Service | 12/10/2018 | call with R Osborne re objection to Reynolds sale from M Tucker | 0.20 | $300.00 | $60.00 |
| Service | 12/10/2018 | review objection to Reynolds sale from M Tucker | 0.40 | $300.00 | $120.00 |
| Service | 12/11/2018 | review FNB Motion for Trustee | 0.50 | $300.00 | $150.00 |
| Service | 12/12/2018 | call with R baumgart re motion for trustee | 0.70 | $300.00 | $210.00 |
| Service | 12/12/2018 | call with R Osborne re motion for trustee | 0.20 | $300.00 | $60.00 |
| Service | 12/12/2018 | second call with R Osborne re motion for trustee | 0.20 | $300.00 | $60.00 |
| Service | 12/12/2018 | third call with R Osborne re motion for trustee | 0.20 | $300.00 | $60.00 |
| Service | 12/12/2018 | Emails with counsel for HNB and owners Association regarding agreed entry | 0.20 | $300.00 | $60.00 |
| Service | 12/12/2018 | Work on complaint to determine extent validity and priority of liens | 0.30 | $300.00 | $90.00 |
| Service | 12/13/2018 | Call with R Sommers Re: motion for appointment of trustee | 0.20 | $300.00 | $60.00 |
| Service | 12/13/2018 | Call with RMO Re: motion for appointment of trustee | 0.20 | $300.00 | $60.00 |
| Service | 12/14/2018 | emails with counsel for association re settlement of MFRSA | 0.20 | $300.00 | $60.00 |
| Service | 12/14/2018 | call with K Neal counsel for HNB re settlement of MFRSA | 0.30 | $300.00 | $90.00 |
| Service | 12/14/2018 | call with R Osborne and G Keating re HNB and FNB Motions | 0.80 | $300.00 | $240.00 |
| Service | 12/14/2018 | draft adversary complaint on liens | 1.00 | $300.00 | $300.00 |
| Service | 12/17/2018 | Call with R Osborne Re: various matters | 0.20 | $300.00 | $60.00 |
| Service | 12/17/2018 | Emails with Nate Sinn Re: hearing on motion for appointment of trustee | 0.20 | $300.00 | $60.00 |
| Service | 12/18/2018 | Hearing on motion to sell 7325 Reynolds Rd. and motions for relief from stay | 2.50 | $300.00 | $750.00 |
| Service | 12/18/2018 | Call with R Osborne Re: 7319 Reynolds Rd. | 0.20 | $300.00 | $60.00 |
| Service | 12/19/2018 | Call with Tom Flenner are you closing on 7325 Reynolds Rd. | 0.20 | $300.00 | $60.00 |
| Service | 12/19/2018 | Call with our Osborne Re: Diane Osborne claim | 0.20 | $300.00 | $60.00 |
| Service | 12/20/2018 | Call with our Osborne Re: various matters | 0.20 | $300.00 | $60.00 |
| Service | 12/20/2018 | Email with M Tucker Re: changes to order on sale of 7325 Reynolds Rd. | 0.20 | $300.00 | $60.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 12/20/2018 | Review M Tucker changes to order on sale of 7325 Reynolds Rd. | 0.20 | $300.00 | $60.00 |
| Service | 12/21/2018 | Draft motion and order to extend time to respond to motion for appointment of trustee and request for status conference and evidentiary hearing | 0.60 | $300.00 | $180.00 |
| Service | 12/21/2018 | Draft fee agreement with Wuliger firm | 0.60 | $300.00 | $180.00 |
| Service | 12/27/2018 | draft complaint on liens | 4.00 | $300.00 | $1,200.00 |
| Service | 12/27/2018 | 3 calls with R Osborne re various matters | 0.30 | $300.00 | $90.00 |
| Service | 12/31/2018 | draft complaint on liens | 5.00 | $300.00 | $1,500.00 |
| Service | 12/31/2018 | review information from W Wuliger | 0.50 | $300.00 | $150.00 |
| Service | 01/01/2019 | draft complaint to determine liens | 5.50 | $300.00 | $1,650.00 |
| Service | 01/02/2019 | draft supplemental brief in support of motion to employ William Wuliger | 1.00 | $300.00 | $300.00 |
| Service | 01/02/2019 | Call with William Wuliger Re: supplemental brief in support of motion to employ William Wuliger | 0.20 | $300.00 | $60.00 |
| Service | 01/02/2019 | Second call with William Wuliger Re: supplemental brief in support of motion to employ William Wuliger | 0.20 | $300.00 | $60.00 |
| Service | 01/02/2019 | Revise supplemental brief in support of motion to employ William Wuliger | 1.00 | $300.00 | $300.00 |
| Service | 01/02/2019 | Prepare objection to motion of condominium owners Association for relief from stay and file same | 1.00 | $300.00 | $300.00 |
| Service | 01/02/2019 | Call with our Osborne Re: status of matters | 0.20 | $300.00 | $60.00 |
| Service | 01/02/2019 | Call with our Osborne Re: complaint in state court for payment of deposit | 0.20 | $300.00 | $60.00 |
| Service | 01/03/2019 | Call with our Baumgart Re: eviction hearing | 0.20 | $300.00 | $60.00 |
| Service | 01/03/2019 | Call with R Osborne Re: status of various matters | 0.20 | $300.00 | $60.00 |
| Service | 01/03/2019 | Review motion for appointment of chapter 11 trustee to prepare response | 2.50 | $300.00 | $750.00 |
| Service | 01/03/2019 | Call with J Roosa Re: LLC formalities in Ohio | 0.20 | $300.00 | $60.00 |
| Service | 01/04/2019 | Draft response to motion for chapter 11 trustee | 4.00 | $300.00 | $1,200.00 |
| Service | 01/05/2019 | Draft response to FNB motion for chapter 11 trustee | 6.20 | $300.00 | $1,860.00 |
| Service | 01/05/2019 | Call with RMO regarding boat title | 0.20 | $300.00 | $60.00 |
| Service | 01/06/2019 | Revise response to FNB motion for chapter 11 trustee | 1.30 | $300.00 | $390.00 |
| Service | 01/06/2019 | draft response to FNB motion for 2004 exam in support of motion for trustee | 1.00 | $300.00 | $300.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 01/07/2019 | Call with W Wuliger Re: response to motion for Trustee | 0.50 | $300.00 | $150.00 |
| Service | 01/07/2019 | Call with R Osborne Re: response to motion for Trustee | 0.50 | $300.00 | $150.00 |
| Service | 01/07/2019 | Call with R Baumgart Re: hearing on eviction | 0.50 | $300.00 | $150.00 |
| Service | 01/07/2019 | Review receiver motion for relief from stay to pursue eviction | 0.30 | $300.00 | $90.00 |
| Service | 01/07/2019 | Revise response to motion for chapter 11 trustee | 2.30 | $300.00 | $690.00 |
| Service | 01/08/2019 | hearing on Motion to Employ Wuliger; Motion for relief; Motion for Trustee | 3.50 | $300.00 | $1,050.00 |
| Service | 01/08/2019 | call with R Osborne re hearing outcome | 0.30 | $300.00 | $90.00 |
| Service | 01/08/2019 | met with M Tucker re resolution of RBS claim | 0.30 | $300.00 | $90.00 |
| Service | 01/09/2019 | call with B Wuliger re hearing | 0.30 | $300.00 | $90.00 |
| Service | 01/10/2019 | Review company tax returns from Ray Onsdersin and emails with him Re: same | 3.00 | $300.00 | $900.00 |
| Service | 01/10/2019 | Call with R Baumgart Re: motion to convert and various other matters. | 0.80 | $300.00 | $240.00 |
| Service | 01/10/2019 | Call with W Wuliger Re: court order and required documents | 0.20 | $300.00 | $60.00 |
| Service | 01/11/2019 | Telephone call with N Sinn Re: resolution of Williams Road litigation | 0.40 | $300.00 | $120.00 |
| Service | 01/11/2019 | Revise company listing and prepare amended schedules based on tax returns | 3.00 | $300.00 | $900.00 |
| Service | 01/11/2019 | Call with D Kaselak Re: Diane Osborne claims and resolution | 0.30 | $300.00 | $90.00 |
| Service | 01/12/2019 | draft response to Diane Osborne Motion for relief | 3.50 | $300.00 | $1,050.00 |
| Service | 01/14/2019 | Revise response to Diane Osborne motion for relief from stay | 1.00 | $300.00 | $300.00 |
| Service | 01/14/2019 | Draft agreed order on sale of 7020 Williams Rd. | 1.00 | $300.00 | $300.00 |
| Service | 01/14/2019 | Email with N Sinn Re: resolution of motion for sale of 7020 Williams Rd. | 1.00 | $300.00 | $300.00 |
| Service | 01/14/2019 | Call with R Osborne Re: resolution of motion for sale of 7020 Williams Rd. | 0.20 | $300.00 | $60.00 |
| Service | 01/14/2019 | Call with R Osborne Re: Diane Osborne motion for relief from stay | 0.20 | $300.00 | $60.00 |
| Service | 01/14/2019 | Second Call with R Osborne Re: Diane Osborne motion for relief from stay | 0.20 | $300.00 | $60.00 |
| Service | 01/14/2019 | Second Call with R Osborne Re: Diane Osborne motion for relief from stay | 0.20 | $300.00 | $60.00 |

| Service | 01/14/2019 | Third Call with R Osborne Re: Diane Osborne motion for relief from stay | 0.20 | $300.00 | $60.00 |
|---|---|---|---|---|---|
| Service | 01/14/2019 | Draft rule 2014 statement for W Wuliger employment | 0.80 | $300.00 | $240.00 |
| Service | 01/16/2019 | Review changes to order on sale of 7020 Williams Rd. an email with N Sinn Re: same | 0.50 | $300.00 | $150.00 |
| Service | 01/16/2019 | Email with court Re: changes to order on sale of 7020 Williams Rd. and need for ust to sign off on same | 0.20 | $300.00 | $60.00 |
| Service | 01/21/2019 | Review changes to supplemental statement by William Wuliger and revise same | 0.50 | $300.00 | $150.00 |
| Service | 01/21/2019 | Draft response to Burkons motion for relief from stay | 1.00 | $300.00 | $300.00 |
| Service | 01/21/2019 | Revise response to Burkons motion for relief from stay | 0.50 | $300.00 | $150.00 |
| Service | 01/22/2019 | Call with R Osborne Re: status of various matters | 0.20 | $300.00 | $60.00 |
| Service | 01/22/2019 | Call with W Wuliger Re: supplemental statement and changes | 0.20 | $300.00 | $60.00 |
| Service | 01/22/2019 | Final changes in file response to Burkons motion for relief from stay | 0.50 | $300.00 | $150.00 |
| Service | 01/24/2019 | Call with Dennis Kaselak Re: settlement of Diane Osborne motions | 0.20 | $300.00 | $60.00 |
| Service | 01/24/2019 | Call with Nate Sinn Re: meeting to discuss settlement of FNB motions and email regarding same | 0.30 | $300.00 | $90.00 |
| Service | 01/25/2019 | Email with Dennis Kaselak Re: settlement of Diane Osborne motions | 0.20 | $300.00 | $60.00 |
| Service | 01/25/2019 | Draft and revise order Re: settlement of Diane Osborne motions | 2.00 | $300.00 | $600.00 |
| Service | 01/25/2019 | Further email with Dennis Kaselak Re: amounts due for postpetition domestic support | 0.20 | $300.00 | $60.00 |
| Service | 01/25/2019 | Call with J Svete Re: calculation of Mount owed on loans | 0.20 | $300.00 | $60.00 |
| Service | 01/25/2019 | Email with J Svete Re: calculation of amount owed on loans and other security | 0.20 | $300.00 | $60.00 |
| Service | 01/25/2019 | Call with R Osborne Re: settlement with Diane Osborne | 0.20 | $300.00 | $60.00 |
| Service | 01/25/2019 | Second Call with R Osborne Re: settlement with Diane Osborne | 0.20 | $300.00 | $60.00 |
| Service | 01/25/2019 | Email from W Wuliger's office Re: assignments and revise supplemental statement | 0.40 | $300.00 | $120.00 |

|  |  |
|---|---|
| **Quantity Subtotal** | **187.5** |
| **Services Subtotal** | **$56,100.00** |

**Expenses**

| Type | Date | Description | Quantity | Rate | Total |
|------|------|-------------|----------|------|-------|
| Expense | 06/18/2018 | 55 pages @ $.015 per page = $8.25 Postage 5 @ 2oz rate = $3.40 | 1.00 | $11.65 | $11.65 |
| Expense | 06/28/2018 | Parking | 1.00 | $3.50 | $3.50 |
| Expense | 07/13/2018 | Posatge | 1.00 | $2.35 | $2.35 |
| Expense | 11/01/2018 | parking | 1.00 | $8.00 | $8.00 |
| Expense | 11/06/2018 | Parking | 1.00 | $4.75 | $4.75 |
| Expense | 11/21/2018 | filing fee Motion to Sell 7325 Reynolds Road | 1.00 | $181.00 | $181.00 |
| Expense | 12/04/2018 | Parking fee | 1.00 | $16.00 | $16.00 |
| Expense | 12/18/2018 | Parking fee | 1.00 | $16.00 | $16.00 |
| Expense | 12/18/2018 | Parking Fee | 1.00 | $16.00 | $16.00 |
| Expense | 01/08/2019 | parking | 1.00 | $9.25 | $9.25 |

| | |
|---|---|
| **Expenses Subtotal** | **$268.50** |
| **Quantity Total** | **187.5** |
| **Subtotal** | **$56,368.50** |
| **Total** | **$56,368.50** |

## Detailed Statement of Account

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|----------------|--------|------------|-------------------|-------------|
| 84 | 02/25/2019 | $56,368.50 | $0.00 | $56,368.50 |

| | |
|---|---|
| **Outstanding Balance** | **$56,368.50** |
| **Amount in Trust** | **$0.00** |
| **Total Amount Outstanding** | **$56,368.50** |

Please make all amounts payable to: Frederic P. Schwieg, Esq., Attorney at Law

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

IN RE RICHARD M. OSBORNE, SR.
*Debtor*

CASE NO. 17-17361
JUDGE ARTHUR I. HARRIS
CHAPTER 11

<u>**ORDER GRANTING SECOND INTERIM APPLICATION OF FREDERIC P. SCHWIEG, ESQ.
ATTORNEY AT LAW FOR APPROVAL OF COMPENSATION AND REIMBURSEMENT OF EXPENSES
AS COUNSEL FOR DEBTOR AND DEBTOR IN POSSESSION**</u>

Before the Court is the Second Interim Application of Frederic P. Schwieg, Esq. Attorney

at Law for Approval of Compensation and Reimbursement of Expenses as Counsel for Debtor

and Debtor in Possession [Doc. -----] ("Motion").  All parties in interest having been duly served

with notice of the Motion and the deadline to respond, and no party in interest having appeared

in opposition to the Motion, the Court being fully apprised in the premises, FINDS and

ORDERS as follows:

THE COURT FINDS that the compensation requested as adjusted by the court at the

hearing is reasonable taking into account the nature and extent of such services, the time spent on

such services, and the rates charged.  The Court finds that the services rendered were necessary

to the administration of the case, that they were performed in a reasonable amount of time

commensurate with the complexity and importance and nature of the claim presented. The Court

finds that Mr. Schwieg has demonstrated skill and experience in the bankruptcy field and the

compensation is reasonable based on the customary compensation charged by comparably

skilled practitioners in cases other than under this title.

IT IS THEREFORE ORDERED THAT Frederic P. Schwieg's request for legal fees i in

the amount of $56,100 and expenses of $268.50 and allowing him $56,368.50 as an

administrative expense against the bankruptcy estate to be paid by the debtor is hereby

APPROVED and the Debtor shall pay the balance of the fees forthwith

###

Prepared By:
/s/ Frederic P. Schwieg, Esq.
Frederic P. Schwieg, Esq. (0030418)
Attorney at Law
2705 Gibson Dr
Rocky River, OH 44116
(440) 499-4506
Fax (440) 398-0490
fschwieg@schwieglaw.com
    ECF Service

The following is a list of the parties who are on the list to receive e-mail notice/service for this case:

Gregory P. Amend on behalf of Creditor First National Bank of Pennsylvania
gamend@bdblaw.com, grichards@bdblaw.com

Alison L. Archer on behalf of Interested Party Lakeland Community College
alison.archer@ohioattorneygeneral.gov, Trish.Lazich@ohioattorneygeneral.gov;angelique.dennis-noland@ohioattorneygeneral.gov

Adam S. Baker on behalf of Creditor Michael E. Osborne, Sr.
abakerlaw@sbcglobal.net, adam@bakerlaw.us;abakerlaw@gmail.com

Austin B. Barnes, III on behalf of Creditor Tax Ease Ohio, LLC
abarnes@sandhu-law.com, bk1notice@sandhu-law.com

Robert D. Barr on behalf of Creditor Chicago Title Insurance Company
rbarr@koehler.law, rbarr@koehler.law

David T. Brady on behalf of Creditor Tax Ease Ohio, LLC
DBrady@Sandhu-Law.com, bk1notice@sandhu-law.com

LeAnn E. Covey on behalf of Creditor Bank of America, N.A.

**FEE APP2-19-01-26**

bknotice@clunkhoose.com

Richard W. DiBella on behalf of Intervenor Nationwide Mutual Fire Insurance Company
rdibella@dgmblaw.com

Stephen R. Franks on behalf of Creditor Bank of America, N.A.
amps@manleydeas.com

Stephen John Futterer on behalf of Creditor City of Willoughby
sjfutterer@sbcglobal.net, r43087@notify.bestcase.com

Melody Dugic Gazda on behalf of Respondent Home Savings Bank, Successor by Merger to The Home Savings &
Loan Company of Youngstown, Ohio
mgazda@hendersoncovington.com

Dennis J. Kaselak on behalf of Claimant Diane M. Osborne
dkaselak@peteribold.com, Cynthia@peteribold.com

Christopher J. Klym on behalf of Creditor Ohio Department of Taxation
bk@hhkwlaw.com

Matthew H. Matheney on behalf of Creditor First National Bank of Pennsylvania
mmatheney@bdblaw.com, bhajduk@bdblaw.com

Kelly Neal on behalf of Creditor The Huntington National Bank
kelly.neal@bipc.com, donna.curcio@bipc.com

David M. Neumann on behalf of Interested Party Zachary B Burkons
dneumann@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com

Timothy P. Palmer on behalf of Creditor The Huntington National Bank
timothy.palmer@bipc.com, donna.curcio@bipc.com

Kirk W. Roessler on behalf of Creditor Estate of Jerome T. Osborne
kroessler@walterhav.com, kballa@walterhav.com;slasalvia@walterhav.com

John J. Rutter on behalf of Creditor Mentor Lumber & Supply Co.
jrutter@ralaw.com

Frederic P. Schwieg on behalf of Attorney Frederic P. Schwieg
fschwieg@schwieglaw.com

Frederic P. Schwieg on behalf of Debtor Richard M. Osborne
fschwieg@schwieglaw.com

Michael J. Sikora, III on behalf of Creditor Chicago Title Insurance Company
msikora@sikoralaw.com, aarasmith@sikoralaw.com

Nathaniel R. Sinn on behalf of Creditor First National Bank of Pennsylvania
nsinn@bdblaw.com, kslatinsky@bdblaw.com

Rachel L. Steinlage on behalf of Interested Party Zachary B Burkons
rsteinlage@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com;rbain@meyersroman.com

Andrew M. Tomko on behalf of Creditor Tax Ease Ohio, LLC
atomko@sandhu-law.com, bk1notice@sandhu-law.com

**FEE APP2-19-01-26**

Jeffrey C. Toole on behalf of Interested Party Zachary B Burkons
toole@buckleyking.com, young@buckleyking.com;heberlein@buckleyking.com;toolejr82560@notify.bestcase.com


Michael S. Tucker on behalf of Creditor Citizens Bank, N.A.
mtucker@ulmer.com

Maria D. Giannirakis ust06 on behalf of U.S. Trustee United States Trustee
maria.d.giannirakis@usdoj.gov

Scott R. Belhorn ust35 on behalf of U.S. Trustee United States Trustee
Scott.R.Belhorn@usdoj.gov

**FEE APP2-19-01-26**