# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE RICHARD M. OSBORNE, SR. *Debtor* | CASE NO. 17-17361<br>JUDGE ARTHUR I. HARRIS<br>CHAPTER 11 |

### SUPPLEMENTAL VERIFIED STATEMENT OF WILLIAM T. WULIGER IN SUPPORT MOTION OF RICHARD M. OSBORNE, SR., DEBTOR IN POSSESSION TO EMPLOY WILLIAM T. WULIGER, ESQ. AS SPECIAL COUNSEL

William T. Wuliger, Esq., being first duly sworn, deposes and says as follows:

1. He avers to the following statements from his personal knowledge.

2. He makes this verified statement pursuant to the provisions of the Bankruptcy Code regarding the employment of professional persons by Richard M. Osborne, Sr., debtor in possession ("Debtor") and in light of the restrictions and requirements imposed therein by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the Local Rules of this Court.

3. In November 2016 I had completed the litigation Richard M. Osborne, et al., v. Kohrman, Jackson & Krantz PLL, et al., Cuyahoga County Court of Common Pleas, Case No. CV-14-830753 on behalf of the debtor and was entitled to a fee. After fully distributing the proceeds the debtor requested that I permit him to retain $400,000, which represents a portion of the fee owed to me from the settlement. A new fee agreement for the payment of those fees was made and as part of that arrangement the Debtor assigned to me $400,000 he was owed from a settlement of the Gas Natural litigation. This was not one of the assignments for which I filed a UCC Financing Statement. All of those related to other settlements with entities owned by Mr. Osborne that also owed me fees..

4. If I am retained as counsel to represent this estate in the collection of the Gas Natural settlement the Assignment will be waived, and I will represent the Debtor only pursuing the

Gas Natural settlement claim. In return, I will receive one third of whatever is recovered on the Gas Natural settlement. If however I am not retained as counsel to represent the estate, then I and my firm do not waive the Assignment of the $400,000.

5. In its objection to the Motion FNB identified many cases where I had represented the debtor or one of his entities. Most of these cases are concluded, but are further addressed below:

    a. Richard M. Osborne, et al., v. Park View Federal Savings Bank, n/k/a First National Bank of Pennsylvania, Cuyahoga County Court of Common Pleas, Case No. CV-14-822810; this is the action that resulted in the judgment in the appointment of the receiver in favor of FNB and that is on appeal. It is the appellate case for which the debtor seeks to employ me.

    b. Richard M. Osborne, et al., v. Kohrman, Jackson & Krantz PLL, et al., Cuyahoga County Court of Common Pleas, Case No. CV-14-830753; this was a malpractice action which was settled and dismissed prepetition.

    c. Richard M. Osborne, et al. v. D.F. King & Co., Inc., et al., Cuyahoga County Court of Common Pleas, Case No. CV-15-844237; this is a suit against a proxy solicitor which was settled and dismissed prepetition.

    d. Richard M. Osborne, et al., v. Gas Natural Inc., Cuyahoga County Court of Common Pleas, Case No. CV-15-844836; this is the underlying Gas Natural law suit and resulted in the settlement for which the debtor seeks to employ me.

    e. Richard M. Osborne, et al. v. FirstMerit Bank NA, Cuyahoga County Court of Common Pleas, Case No. CV-15-852981; this matter was settled and dismissed prepetition.

    f. Richard M. Osborne, et al., v. Gas Natural Inc., Cuyahoga County Court of Common Pleas, Case No. CV-17-877354; this is the lawsuit to enforce the settlement agreement reached in the above case described in paragraph d, for which the debtor seeks to employ me. The case is currently stayed.

    g. FirstMerit Bank NA v. Richard M. Osborne, et al., Lake County Court of Common Pleas, Case No. 13CV002062; this matter was settled and dismissed prepetition.

    h. Richard M. Osborne, et al. v. Frantz Ward LLP, et al., Lake County Court of Common Pleas, Case No. 13CV002450; this was part of the FirstMerit suit described above; settled and dismissed prepetition.

    i. PNC Bank National Association v. Heisley Hopkins Inc., et al., Lake County Common Pleas, Case No. 14CV000062; this is a foreclosure filed prepetition I have closed this file.

    j. Richard M. Osborne, et al. v. Gas Natural Inc., et al., Lake County Common Pleas, Case No. 14CV001210; This is a related action to the Gas Natural law suit which was settled and dismissed prepetition.

k. Great Plains Exploration LLC v. Gas Natural Inc., Lake County Common Pleas, Case No. 14CV001326; This is a related action to the Gas Natural law suit which was settled and dismissed.

l. Richard M. Osborne, et al. v. Gas Natural Inc., et al., Lake County Common Pleas, Case No. 14CV001512; This is a related action to the Gas Natural law suit which was settled and dismissed.

m. First National Bank of Pennsylvania v. Junior Properties Ltd., et al., Lake County Common Pleas, Case No. 14CV001716; Junior Properties has retained other counsel and I have closed this file.

n. First National Bank of Pennsylvania v. Junior Properties Ltd., et al., Lake County Common Pleas, Case No. 14CV001717; Junior Properties has retained other counsel and I have closed this file.

o. First National Bank of Pennsylvania v. Junior Properties Ltd., et al., Lake County Common Pleas, Case No. 14CV001718; Junior Properties has retained other counsel and I have closed this file.

p. First National Bank of Pennsylvania v. Junior Properties Ltd., et al., Lake County Common Pleas, Case No. 14CV001719; Junior Properties has retained other counsel and I have closed this file.

q. First National Bank of Pennsylvania v. Richard M. Trust UTA Dated January 13, 1995, et al., Lake County Common Pleas, Case No. 14CV001720; Junior Properties has retained other counsel and I have closed this file.

r. First National Bank of Pennsylvania v. Heisley Hopkins, Inc., et al., Lake County Common Pleas, Case No. 14CV001722; this case is related to the dispute with FNB that is on appeal and that is also stayed.

s. First National Bank of Pennsylvania v. Black Bear Realty Ltd., et al., Lake County Common Pleas, Case No. 14CV001723; this case is also related to the dispute that is on appeal.

t. Aviation West Charters Inc. v. Richard Osborne, et al., Lake County Court of Common Please, Case No. 14CV002116; this matter was settled dismissed prepetition.

u. 8500 Station Street LLC v. Os Air Inc., Lake County Court of Common Pleas, Case No. 14CV002124; this matter is related to the Gas Natural law suit and was settled and dismissed prepetition.

v. CF Bank v. Richard M. Osborne, Trustee, et al., Lake County Court of Common Pleas, Case No. 15CF001708; this was a mortgage foreclosure that was settled and dismissed prepetition.

w. Willoughby Supply Company v. Richard M. Osborne, Lake County Court of Common Pleas, Case No. 15CV000956; this was an action to enforce a settlement agreement which was settled and dismissed prepetition.

x. FirstMerit Bank NA v. Oz Gas Aviation LLC, Lake County Court of Common Pleas, Case No. 15CV001880; this matter was settled and dismissed prepetition.

y. Richard M. Osborne Trust, et al. v. FirstMerit Bank NA, et al., Lake County Court of Common Pleas, Case No. 16CV000363; this matter was settled and dismissed prepetition.

z. Chicago Title Insurance Company v. Osborne Inc., et al., Lake County Court of Common Pleas, Case No. 17CV000880; I withdrew from this matter in 2017. However it is now also settled and dismissed.

aa. Orwell Trumbull Pipeline Co. LLC v. Cobra Pipeline Co. Ltd., Lake County Court of Common Pleas, Case No. 18CV000634; this is a suit by the receiver Mr. Burkons to recover on an alleged account receivable on the OTP books. I am representing Cobra Pipeline. This case is currently pending in Lake County.

bb. Estate of Jerome T. Osborne, et al. v. Village of Kirtland Hills, et al., Lake County Court of Common Pleas, Case No. 18CV000725; I am representing the estate and the executors; this is a dispute between the Debtor's father's estate with Kirtland Hills over reclamation of the east branch of the Chagrin River. The case is active and will be tried in August.

cc. Rockefeller Oil Company LLC v. Orwell Trumbull Pipeline Co. LLC, Lake County Court of Common Pleas, Case No. 18CV000726; this action is discussed below.

dd. Ohio State of Ex Rel Richard M. Osborne v. Judge Eugene Lucci, Eleventh District Court of Appeals; Case No. 2014-L-125; this was a writ of prohibition action which was denied by the Court of Appeals and I have closed this file.

ee. Espyville of Pennsylvania LLC v. Ron Bon Inc., et al., Eleventh District Court of Appeals, Case No. 2015-L-086; this is an appeal handled by Mr. Wuliger which was affirmed. I have closed this file.

ff. Richard Osborne, Trustee, et al. v. LeRoy Township, Eleventh District Court of Appeals, Case No. 2015-L-118; this is an appeal of a zoning violation which was affirmed and I have closed this file.

gg. Richard M. Osborne, Trustee, et al. v. Home Savings & Loan Company of Youngstown Ohio, Eleventh District Court of Appeals, Case No. 2016-L-023; this matter was settled and dismissed prepetition.

hh. CF Bank v. Richard M. Osborne, Trustee, et al., Eleventh District Court of Appeals, Case No. 2016-L-044; this matter was settled and dismissed prepetition.

ii. FirstMerit Bank v. Osborne, Trustee, et al., United States District Court, Northern District of Ohio, Case No. 12-cv-02298; this matter was settled and dismissed prepetition.

jj. Wells Fargo Equipment Finance, Inc. v. Osborne, United States District Court, Northern District of Ohio, Case No. 13-cv-01875; this matter was settled and dismissed prepetition.

kk. Durgerian, et al. v. Osborne, et al., United States District Court, Northern District of Ohio, Case No. 13-cv-02805; this was a shareholder derivative suit which was settled and dismissed prepetition.

ll. Gas Natural Inc. v. Osborne, United States District Court, Northern District of Ohio, Case No. 13-cv-02181; this is related to the Gas Natural law suit that was settled and resulted in a breach of the settlement agreement for which the Debtor seeks to employ Mr. Wuliger as special counsel.

mm. Osborne, et al. v. Park View Federal Savings Bank, et al., United States District Court, Northern District of Ohio, Case No. 15-cv-00299; this was an attempted removal of the lawsuit against FNB by FNB. The District Court remanded the case back to state court, which court eventually entered judgment in favor of FNB which judgment is presently on appeal, which appeal is stayed.

nn. Cobra Pipeline Co., Ltd. v. Gas Natural Inc. et al., United States District Court, Northern District of Ohio, Case No. 15-cv-00481. This is part of the Gas Natural dispute which was settled and dismissed.

In particular, FNB complains about my representation of the Rockefeller Oil Company LLC in the case *Rockefeller Oil Company LLC v. Orwell Trumbull Pipeline Co. LLC,* Lake County Court of Common Pleas, Case No. 18CV000726. This is an action to collect from the receiver for Orwell Trumbull's use of the gathering lines owned by Rockefeller Oil Company. There is no conflict of interest because when suit was filed Orwell Trumbull Pipeline Company was under the control of the receiver, Mr. Burkons. The gathering lines which Mr. Burkons contended belonged to Orwell Trumbull Pipeline Company were purchased by Rockefeller free and clear of all liens, claims and encumbrances from the bankruptcy estate In re Great Plains Exploration LLC, Case No. 12–10058 in the Western District of Pennsylvania Bankruptcy Court. It should be noted that the receiver attempted to prevent me from representing Rockefeller in this action for the very same reasons raised by FNB in its response, but his motion was denied by the state court. A copy of that judgment entry is attached as Exhibit 1. Regardless the Lake County Court of Common Pleas has stayed the lawsuit pending the conclusion of the receivership.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NOT

*[signature]*

William T. Wuliger, Esq.

SWORN TO BEFORE ME and subscribed in my presence this 28th day of January 2019.

Attorney Amy A. Wuliger-Knee
Resident Summit County
Notary Public, State of Ohio
My Commission Has No Expiration Date
Sec 147.03 RC

*[signature]*

NOTARY PUBLIC

## CERTIFICATE OF SERVICE

A copy of this Brief in Support of Motion to Employ Counsel was served on the following on the date filed by Notice of Electronic Filing.

Gregory P. Amend on behalf of Creditor First National Bank of Pennsylvania
gamend@bdblaw.com, grichards@bdblaw.com

Alison L. Archer on behalf of Interested Party Lakeland Community College
alison.archer@ohioattorneygeneral.gov, Trish.Lazich@ohioattorneygeneral.gov;angelique.dennis-noland@ohioattorneygeneral.gov

Adam S. Baker on behalf of Creditor Michael E. Osborne, Sr.
abakerlaw@sbcglobal.net, adam@bakerlaw.us;abakerlaw@gmail.com

Austin B. Barnes, III on behalf of Creditor Tax Ease Ohio, LLC
abarnes@sandhu-law.com, bk1notice@sandhu-law.com

Robert D. Barr on behalf of Creditor Chicago Title Insurance Company
rbarr@koehler.law, rbarr@koehler.law

David T. Brady on behalf of Creditor Tax Ease Ohio, LLC
DBrady@Sandhu-Law.com, bk1notice@sandhu-law.com

LeAnn E. Covey on behalf of Creditor Bank of America, N.A.
bknotice@clunkhoose.com

Richard W. DiBella on behalf of Creditor Nationwide Mutual Fire Insurance Company
rdibella@dgmblaw.com

Stephen R. Franks on behalf of Creditor Bank of America, N.A.
amps@manleydeas.com

sjfutterer@sbcglobal.net, r43087@notify.bestcase.com

Melody Dugic Gazda on behalf of Respondent Home Savings Bank, Successor by Merger to The Home Savings & Loan Company of Youngstown, Ohio
mgazda@hendersoncovington.com

Dennis J. Kaselak on behalf of Claimant Diane M. Osborne
dkaselak@peteribold.com, Cynthia@peteribold.com

Christopher J. Klym on behalf of Creditor Ohio Department of Taxation
bk@hhkwlaw.com

Matthew H. Matheney on behalf of Creditor First National Bank of Pennsylvania
mmatheney@bdblaw.com, bhajduk@bdblaw.com

Shannon M. McCormick on behalf of Creditor Center Street School Condominiums and coachhouses Unit Owners' Association, Inc.
bankruptcy@kamancus.com

Kelly Neal on behalf of Creditor The Huntington National Bank
kelly.neal@bipc.com, donna.curcio@bipc.com

David M. Neumann on behalf of Interested Party Zachary B Burkons
dneumann@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com

Timothy P. Palmer on behalf of Creditor The Huntington National Bank
timothy.palmer@bipc.com, donna.curcio@bipc.com

Kirk W. Roessler on behalf of Creditor Estate of Jerome T. Osborne
kroessler@walterhav.com, kballa@walterhav.com;slasalvia@walterhav.com

John J. Rutter on behalf of Creditor Mentor Lumber & Supply Co.
jrutter@ralaw.com

Frederic P. Schwieg on behalf of Attorney Frederic P. Schwieg
fschwieg@schwieglaw.com

Frederic P. Schwieg on behalf of Debtor Richard M. Osborne
fschwieg@schwieglaw.com

Michael J. Sikora, III on behalf of Creditor Chicago Title Insurance Company
msikora@sikoralaw.com, aarasmith@sikoralaw.com

Nathaniel R. Sinn on behalf of Creditor First National Bank of Pennsylvania
nsinn@bdblaw.com, grichards@bdblaw.com

Rachel L. Steinlage on behalf of Interested Party Zachary B Burkons
rsteinlage@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com;rbain@meyersroman.com

Andrew M. Tomko on behalf of Creditor Tax Ease Ohio, LLC
atomko@sandhu-law.com, bk1notice@sandhu-law.com

Jeffrey C. Toole on behalf of Interested Party Zachary B Burkons
toole@buckleyking.com, young@buckleyking.com;toolejr82560@notify.bestcase.com

Michael S. Tucker on behalf of Creditor Citizens Bank, N.A.

mtucker@ulmer.com

Maria D. Giannirakis ust06 on behalf of U.S. Trustee United States Trustee
maria.d.giannirakis@usdoj.gov

Scott R. Belhorn ust35 on behalf of U.S. Trustee United States Trustee
Scott.R.Belhorn@usdoj.gov

And via email
William Wuliger

                                         /s/ Frederic P. Schwieg, Esq.
                                         Frederic P. Schwieg, Esq.



104008280

# IN THE COURT OF COMMON PLEAS
# CUYAHOGA COUNTY, OHIO

RICHARD M. OSBORNE, ET AL
    Plaintiff

K A FIRST NATIONA PARK VIEW FEDERAL
SAVINGS BANK N
    Defendant

Case No: CV-14-822810

Judge: STUART A FRIEDMAN

## JOURNAL ENTRY

CASE CALLED FOR HEARING ON 05/23/2018. COUNSEL FOR THE RECEIVER WAS PRESENT. THE RECEIVER WAS PRESENT. ATTORNEY WULIGER AND COUNSEL WERE PRESENT. REPRESENTATIVE OF ROCKEFELLER OIL COMPANY, LLC WAS PRESENT. COURT REPORTER WAS PRESENT.

THE COURT HEARD ARGUMENTS FROM COUNSEL REGARDING THE RECEIVER'S 05/14/2018 EXPEDITED MOTION. FOLLOWING REVIEW OF THE PARTIES' ORAL ARGUMENTS, THE PARTIES' BRIEFING, AND THE TERMS OF THIS COURT'S RECEIVERSHIP ORDER, THE COURT HEREBY DENIES IN TOTAL THE RECEIVER'S MOTION.

WITH RESPECT TO THE RECEIVER'S REQUEST TO SHOW CAUSE AND FOR SANCTIONS, THE COURT FINDS THAT THIS COURT'S RECEIVERSHIP ORDER DOES NOT CONTAIN A CLEAR LITIGATION BARRING PROVISION AND DOES NOT APPLY TO NON-PARTIES.

WITH RESPECT TO THE RECEIVER'S REQUEST TO STAY THE LAKE COUNTY LITIGATION AND TO DISQUALIFY ATTORNEY WULIGER, THE COURT FINDS THAT THIS COURT IS WITHOUT THE AUTHORITY OR JURISDICTION TO ADJUDICATE SAID REQUESTS AS THEY PERTAIN TO POTENTIAL ISSUES AND A POTENTIAL CONFLICT IN A LITIGATION PENDING BEFORE ANOTHER COURT. THE COURT FINDS THAT THE POTENTIAL ISSUES OF THE LAKE COUNTY LITIGATION AND THE POTENTIAL CONFLICT IN THE LAKE COUNTY LITIGATION SHOULD PROPERLY BE ADDRESSED WITH THE LAKE COUNTY COURT.
THIS ENTRY TAKEN BY JUDGE JOHN J RUSSO.

*/s/ J.J. Russo*

_____
Judge Signature      05/29/2018

**EXHIBIT 1**

05/29/2018

05/29/2018 12:23:14
NAILAH K. BYRD, CLERK

Page 1 of 1

17-17361-aih     Doc 373     FILED 01/29/19     ENTERED 01/29/19 17:49:22     Page 9 of 9