**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on February 4, 2019, which may be different from its entry on the record.**

**IT IS SO ORDERED.**

**Dated: February 4, 2019**



ARTHUR I. HARRIS
UNITED STATES BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | Case No. 17-17361 |
| | ) | |
| RICHARD M. OSBORNE | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Judge Arthur I. Harris |
| | ) | |
| | ) | <u>ORDER GRANTING MOTION OF</u> |
| | ) | <u>OSBORNE FARMS, LLC  FOR RELIEF</u> |
| | ) | <u>FROM STAY</u> |
| | ) | |
| | ) | ALL PERSONAL PROPERTY OF |
| | ) | RICHARD M. OSBORNE |

This matter came before the Court on the Motion for Relief from Stay (the "Motion") filed by Osborne Farms, LLC f/k/a Huron Lime Company, LLC ("Movant").  Movant has alleged that good cause for granting the Motion exists, and that Debtor, counsel for the Debtor, and all other necessary parties were served with the Motion, and with notice of the hearing date on the Motion. No party filed a response or otherwise appeared in opposition to the Motion, or all responses have been withdrawn.  For these reasons, it is appropriate to grant the relief requested.

{02753515 - 1}

IT IS, THEREFORE, ORDERED that the Motion is granted.  The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Movant, its successors, and assigns.

# # #

SUBMITTED BY:

WALTER HAVERFIELD LLP

*/s/ Kirk W. Roessler*
KIRK W. ROESSLER (0060931)
  Email: kroessler@walterhav.com
  Direct Dial:  (216) 928-2905
  Direct Fax:  (216) 916-2402
1301 East Ninth Street, Suite 3500
Cleveland, OH 44114-1821

*Attorney for Movant,*
*Osborne Farms, LLC*

<u>CERTIFICATE OF SERVICE</u>

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

Gregory P. Amend: gamend@bdblaw.com
Allison Archer:  Alison.archer@ohioattorneygeneral.gov
Adam S. Baker: abakerlaw@sbcglobal.net
Austin B. Barnes III: abarnes@sandhu-law.com
Robert D. Barr:  rbarr@koehler.law
David T. Brady:  dbrady@sandhu-law.com
LeAnn E. Covey:  lcovery@clunkhoose.com
Gregory M. Dennin:  greg@gmdlplaw.com
Richard W. DiBella:  rdibella@dgmblaw.com
Glenn Forbes:  bankruptcy@geflaw.net
Stephen R. Franks:  amps@manleydeas.com
Stephen John Futterer:  sjfutterer@sbcglobal.net
Stephen D. Hobt:  shobt@aol.com
Melody Dugic Gazda:  mgazda@henderesoncovington.com
Dennis J. Kaselak:  dkaselak@peteribold.com
Christopher J. Klym:  bk@hhkwlaw.com
Matthew H. Matheney:  mmatheney@bdblaw.com
Shannon M. McCormick:  bankruptcy@kamancus.com
Kelly Neal:  kelly.neal@bipc.com
David M. Neumann:  dnuemann@meyersroman.com
Timothy P. Palmer:  timothy.palmer@bipc.com
John J. Rutter:  jrutter@ralaw.com
Frederic P. Schwieg:  fschwieg@schwieglaw.com
Michael J. Sikora, III:  msikora@sikoralaw.com
Nathaniel R. Sinn:  nsinn@bdblaw.com
Andrew M. Tomko:  atomko@sandhu-law.com
Jeffrey C. Toole:   toole@buckleyking.com
Michael S. Tucker:  mtucker@ulmer.com
Maria D. Giannirakis: maria.d.giannirakis@usdoj.gov
Scott R. Belhorn:  Scott.R.Belhorn@usdoj.gov

And by regular U.S. Mail postage prepaid to:

Richard M. Osborne
7265 Markell Road
Waite Hill, OH 44094
*Debtor*