```
                           United States Bankruptcy Court
                             Northern District of Ohio
In re:                                                              Case No. 17-17361-aih
Richard M. Osborne                                                  Chapter 11
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0647-1          User: mgaug              Page 1 of 2          Date Rcvd: Mar 07, 2019
                              Form ID: pdf802          Total Noticed: 20
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 09, 2019.
```
db          +Richard M. Osborne,    7265 Markell Road,    Waite Hill, OH 44094-9312
aty         +Frederic P. Schwieg,    2705 Gibson Drive,    Rocky River, OH 44116-3008
aty         +Gregory M. Dennin,    Dennin & Dennin,    2745 Main Street,   Lake Placid, NY 12946-3559
cr          +CSX Transportation, Inc.,    c/o McGuireWoods LLP,    50 N. Laura Street, Suite 3300,
              Jacksonville, FL 32202-3661
cr          +Center Street School Condominiums and coachhouses,    Kaman & Cusimano, LLC,
              50 Public Square Suite 2000,    Cleveland, OH 44113-2215
cr          +Chicago Title Insurance Company,    2533 North 117th Avenue,    Omaha, NE 68164-3679
cr           Citizens Bank, N.A.,    c/o Michael S. Tucker, Esq.,    1660 West 2nd Street, Suite 1100,
              Cleveland, OH  44113-1448
cr          +City of Willoughby,    One Public Square,    Willoughby, OH 44094-7827
cl          +Diane M. Osborne,    8255 Morley Road,    Mentor, OH 44060-8033
cr          +Estate of Jerome T. Osborne,    c/o Kirk W. Roessler, Esq.,    1301 East Ninth Street Suite 3500,
              Cleveland, OH 44114-1838
cr          +First National Bank of Pennsylvania,    c/o Buckingham, Doolittle & Burroughs,
              1375 East 9th Street Suite 1700,    Cleveland, OH 44114-1790
res         +Home Savings Bank, Successor by Merger to The Home,    275 Federal Plaza West,
              Youngstown, OH 44503-1200
intp        +Lakeland Community College,    c/o Alison L. Archer,    Assistant Attorney General,
              615 W. Superior Ave.,    11th Floor,    Cleveland, OH 44113-1899
cr          +Michael E. Osborne, Sr.,    7670 Tyler Blvd.,    Mentor, OH 44060-4853
cr          +Ohio Department of Taxation,    c/o William C. Huffman,    24441 Detroit Road, Suite 300,
              Westlake, OH 44145-1543
cr          +Osborne Farms, LLC fka Huron Lime Company, LLC,    c/o Kirk W. Roessler, Esq.,
              1301 East Ninth Street Suite 3500,    Cleveland, OH 44114-1838
acc         +Rea & Associates, Inc.,    Critchfield, Critchfield & Johnston,    225 North Market Street,
              Wooster, OH 44691-3511
app         +Scott Hivnor,    Advanced Appraisal Services,    37721 Vine Street Suite 3,
              Willoughby, OH 44094-6256
cr          +The Huntington National Bank,    c/o Timothy P. Palmer, Esq.,    Buchanan Ingersoll & Rooney PC,
              One Oxford Centre 20th floor,    Pittsburgh, PA 15219-1400
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
intp         +E-mail/Text: ecf@buckleyking.com Mar 07 2019 22:34:36      Zachary B Burkons,
              c/o Buckley King LPA,    600 Superior Ave., Suite 1400,    Cleveland, OH 44114-2693
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Bank of America, N.A.
cr              Mentor Lumber & Supply Co.
cr              Nationwide Mutual Fire Insurance Company
cr              Tax Ease Ohio, LLC
                                                                                   TOTALS: 4, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2019                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 7, 2019 at the address(es) listed below:
```
              Adam S. Baker    on behalf of Creditor Michael E. Osborne, Sr. abakerlaw@sbcglobal.net,
               adam@bakerlaw.us;abakerlaw@gmail.com
              Alison L. Archer    on behalf of Interested Party    Lakeland Community College
               alison.archer@ohioattorneygeneral.gov,
               Trish.Lazich@ohioattorneygeneral.gov;angelique.dennis-noland@ohioattorneygeneral.gov
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Andrew M. Tomko   on behalf of Creditor   Tax Ease Ohio, LLC atomko@sandhu-law.com, bk1notice@sandhu-law.com
        Austin B. Barnes, III   on behalf of Creditor   Tax Ease Ohio, LLC abarnes@sandhu-law.com, bk1notice@sandhu-law.com
        Christopher J. Klym   on behalf of Creditor   Ohio Department of Taxation bk@hhkwlaw.com
        David M. Neumann   on behalf of Interested Party Zachary B Burkons dneumann@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com
        David T. Brady   on behalf of Creditor   Tax Ease Ohio, LLC DBrady@Sandhu-Law.com, bk1notice@sandhu-law.com
        Dennis J. Kaselak   on behalf of Claimant Diane M. Osborne dkaselak@peteribold.com, Cynthia@peteribold.com
        Frederic P. Schwieg   on behalf of Debtor Richard M. Osborne fschwieg@schwieglaw.com
        Frederic P. Schwieg   on behalf of Attorney Frederic P. Schwieg fschwieg@schwieglaw.com
        Gregory P. Amend   on behalf of Creditor   First National Bank of Pennsylvania gamend@bdblaw.com, grichards@bdblaw.com
        Heather E. Heberlein   on behalf of Creditor   First National Bank of Pennsylvania hheberlein@bdblaw.com, vgum@bdblaw.com
        Jeffrey C. Toole   on behalf of Interested Party Zachary B Burkons toole@buckleyking.com, young@buckleyking.com;toolejr82560@notify.bestcase.com
        Jerry R. Krzys   on behalf of Plaintiff   Home Savings Bank jkrzys@hendersoncovington.com, jerrykrzys@gmail.com
        John J. Rutter   on behalf of Creditor   Mentor Lumber & Supply Co. jrutter@ralaw.com
        Kelly Neal   on behalf of Creditor   The Huntington National Bank kelly.neal@bipc.com, donna.curcio@bipc.com
        Kirk W. Roessler   on behalf of Creditor   Estate of Jerome T. Osborne kroessler@walterhav.com, kballa@walterhav.com;slasalvia@walterhav.com
        Kirk W. Roessler   on behalf of Creditor   Osborne Farms, LLC fka Huron Lime Company, LLC kroessler@walterhav.com, kballa@walterhav.com;slasalvia@walterhav.com
        LeAnn E. Covey   on behalf of Creditor   Bank of America, N.A. bknotice@clunkhoose.com
        Maria D. Giannirakis ust06   on behalf of U.S. Trustee   United States Trustee maria.d.giannirakis@usdoj.gov
        Matthew H. Matheney   on behalf of Creditor   First National Bank of Pennsylvania mmatheney@bdblaw.com, bhajduk@bdblaw.com
        Melody Dugic Gazda   on behalf of Respondent   Home Savings Bank, Successor by Merger to The Home Savings & Loan Company of Youngstown, Ohio mgazda@hendersoncovington.com
        Melody Dugic Gazda   on behalf of Plaintiff   Home Savings Bank mgazda@hendersoncovington.com
        Michael J. Sikora, III   on behalf of Creditor   Chicago Title Insurance Company msikora@sikoralaw.com, aarasmith@sikoralaw.com
        Michael S. Tucker   on behalf of Creditor   Citizens Bank, N.A. mtucker@ulmer.com
        Nathaniel R. Sinn   on behalf of Creditor   First National Bank of Pennsylvania nsinn@bdblaw.com, grichards@bdblaw.com
        Phyllis A. Ulrich   on behalf of Creditor   The Huntington National Bank bankruptcy@carlisle-law.com, bankruptcy@carlisle-law.com
        Rachel L. Steinlage   on behalf of Interested Party Zachary B Burkons rsteinlage@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com;rbain@meyersroman.com
        Richard J. Thomas   on behalf of Plaintiff   Home Savings Bank rthomas@hendersoncovington.com, mgazda@hendersoncovington.com
        Richard M. Bain   on behalf of Interested Party Zachary B Burkons rbain@meyersroman.com, mnowak@meyersroman.com;jray@meyersroman.com
        Richard W. DiBella   on behalf of Creditor   Nationwide Mutual Fire Insurance Company rdibella@dgmblaw.com
        Robert D. Barr   on behalf of Creditor   Chicago Title Insurance Company rbarr@koehler.law, rbarr@koehler.law
        Scott R. Belhorn ust35   on behalf of U.S. Trustee   United States Trustee Scott.R.Belhorn@usdoj.gov
        Shannon M. McCormick   on behalf of Creditor   Center Street School Condominiums and coachhouses Unit Owners' Association, Inc. bankruptcy@kamancus.com
        Stephen John Futterer   on behalf of Creditor   City of Willoughby sjfutterer@sbcglobal.net, r43087@notify.bestcase.com
        Stephen R. Franks   on behalf of Creditor   Bank of America, N.A. amps@manleydeas.com
        Timothy P. Palmer   on behalf of Creditor   The Huntington National Bank timothy.palmer@bipc.com, donna.curcio@bipc.com
        Tricia L. Pycraft   on behalf of Accountant   Rea & Associates, Inc. tpycraft@ccj.com, bowman@ccj.com

        TOTAL: 38

**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on March 7, 2019, which may be different from its entry on the record.**

**IT IS SO ORDERED.**

**Dated: March 7, 2019**



Arthur I. Harris
UNITED STATES BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE RICHARD M. OSBORNE SR.<br>*Debtor* | CASE NO. 17-17361<br>CHAPTER 11<br>JUDGE ARTHUR I. HARRIS |

## ORDER GRANTING MOTION TO EXPEDITE HEARING ON MOTION RESCHEDULE HEARING ON FIRST NATIONAL BANK OF PENNSYLVANIA'S MOTION TO APPOINT A CHAPTER 11 TRUSTEE AND FOR AN EXTENSION OF TIME TO CONDUCT DISCOVERY

Before the Court is the Motion to Expedite Hearing On Motion Reschedule Hearing On First National Bank Of Pennsylvania's Motion To Appoint A Chapter 11 Trustee And For An Extension Of Time To Conduct Discovery [Doc. 409] ("Motion) filed by Richard M. Osborne, Sr., as debtor and debtor-in-possession herein, (the "Debtor"). The Motion is granted. A hearing on the Debtor's Motion Reschedule Hearing on First National Bank of Pennsylvania's Motion To Appoint A Chapter 11 Trustee And For An Extension Of Time To Conduct Discovery [Doc. 407] ("Motion to Extend") is hereby set for March 12, 2019 at 11:00 AM and the deadline to respond to the Motion to Extend is hereby set for Noon Monday March 11, 2019.

### ###

89479/1287-001

Prepared by,
/s/ Frederic P. Schwieg
Frederic P. Schwieg (0030418)
Attorney at Law
2705 Gibson Dr
Rocky River OH 44116-3008
1 (440) 499-4506
fschwieg@schwieglaw.com
Counsel to Debtor and Debtor-in-Possession

**ECF SERVICE**

The following is a list of the parties who are on the list to receive e-mail notice/service for this case:
**17-17361 Notice will be electronically mailed to the U.S. Trustee, and:**
Gregory P. Amend on behalf of Creditor First National Bank of Pennsylvania
gamend@bdblaw.com, grichards@bdblaw.com

Alison L. Archer on behalf of Interested Party Lakeland Community College
alison.archer@ohioattorneygeneral.gov, Trish.Lazich@ohioattorneygeneral.gov;angelique.dennis-noland@ohioattorneygeneral.gov

Adam S. Baker on behalf of Creditor Michael E. Osborne, Sr.
abakerlaw@sbcglobal.net, adam@bakerlaw.us;abakerlaw@gmail.com

Austin B. Barnes, III on behalf of Creditor Tax Ease Ohio, LLC
abarnes@sandhu-law.com, bk1notice@sandhu-law.com

Robert D. Barr on behalf of Creditor Chicago Title Insurance Company
rbarr@koehler.law, rbarr@koehler.law

David T. Brady on behalf of Creditor Tax Ease Ohio, LLC
DBrady@Sandhu-Law.com, bk1notice@sandhu-law.com

LeAnn E. Covey on behalf of Creditor Bank of America, N.A.
bknotice@clunkhoose.com

Richard W. DiBella on behalf of Intervenor Nationwide Mutual Fire Insurance Company
rdibella@dgmblaw.com

Stephen R. Franks on behalf of Creditor Bank of America, N.A.
amps@manleydeas.com

Stephen John Futterer on behalf of Creditor City of Willoughby
sjfutterer@sbcglobal.net, r43087@notify.bestcase.com

Melody Dugic Gazda on behalf of Respondent Home Savings Bank, Successor by Merger to The Home Savings & Loan Company of Youngstown, Ohio
mgazda@hendersoncovington.com

Dennis J. Kaselak on behalf of Claimant Diane M. Osborne
dkaselak@peteribold.com, Cynthia@peteribold.com

Christopher J. Klym on behalf of Creditor Ohio Department of Taxation
bk@hhkwlaw.com

Matthew H. Matheney on behalf of Creditor First National Bank of Pennsylvania
mmatheney@bdblaw.com, bhajduk@bdblaw.com

Kelly Neal on behalf of Creditor The Huntington National Bank
kelly.neal@bipc.com, donna.curcio@bipc.com

David M. Neumann on behalf of Interested Party Zachary B Burkons
dneumann@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com

Timothy P. Palmer on behalf of Creditor The Huntington National Bank
timothy.palmer@bipc.com, donna.curcio@bipc.com

Kirk W. Roessler on behalf of Creditor Estate of Jerome T. Osborne
kroessler@walterhav.com, kballa@walterhav.com;slasalvia@walterhav.com

John J. Rutter on behalf of Creditor Mentor Lumber & Supply Co.
jrutter@ralaw.com

Frederic P. Schwieg on behalf of Attorney Frederic P. Schwieg
fschwieg@schwieglaw.com

Frederic P. Schwieg on behalf of Debtor Richard M. Osborne
fschwieg@schwieglaw.com

Michael J. Sikora, III on behalf of Creditor Chicago Title Insurance Company
msikora@sikoralaw.com, aarasmith@sikoralaw.com

Nathaniel R. Sinn on behalf of Creditor First National Bank of Pennsylvania
nsinn@bdblaw.com, kslatinsky@bdblaw.com

Rachel L. Steinlage on behalf of Interested Party Zachary B Burkons
rsteinlage@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com;rbain@meyersroman.com

Andrew M. Tomko on behalf of Creditor Tax Ease Ohio, LLC
atomko@sandhu-law.com, bk1notice@sandhu-law.com

Jeffrey C. Toole on behalf of Interested Party Zachary B Burkons
toole@buckleyking.com, young@buckleyking.com;heberlein@buckleyking.com;toolejr82560@notify.bestcase.com

Michael S. Tucker on behalf of Creditor Citizens Bank, N.A.
mtucker@ulmer.com

Maria D. Giannirakis ust06 on behalf of U.S. Trustee United States Trustee
maria.d.giannirakis@usdoj.gov

Scott R. Belhorn ust35 on behalf of U.S. Trustee United States Trustee
Scott.R.Belhorn@usdoj.gov