IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re Richard M. Osborne, Sr. ) Case No. 17-17361
    *Debtor* ) JUDGE ARTHUR I. HARRIS
     ) CHAPTER 11
     )

**SUPPLEMENTAL VERIFIED STATEMENT OF LESLIE E. WARGO, ESQ. PURSUANT TO FED. RULE BANKR. P. 2014 IN SUPPORT OF MOTION OF RICHARD M. OSBORNE, SR., DEBTOR IN POSSESSION TO EMPLOY LESLIE E. WARGO, ESQ., ATTORNEY AT LAW AS SPECIAL COUNSEL**

Leslie E. Wargo, Esq., being first duly sworn, deposes and says as follows:

1. I aver to the following statements to the best of my personal knowledge.

2. I make this supplemental verified statement pursuant to the provisions of the Bankruptcy Code regarding the employment of professional persons by Richard M. Osborne, Sr., debtor in possession ("Debtor") and in light of the restrictions and requirements imposed therein by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the Local Rules of this Court.

3. I personally have not previously represented the Debtor.

4. I do not currently represent any creditors of the Debtor.

5. With respect to my potential past legal representations of creditors of the Debtor, I was a partner (principal) of the law firm, McCarthy, Lebit, Crystal & Liffman Co., L.P.A. ("McCarthy Lebit"), until March, 2017. McCarthy Lebit is a medium size law firm that provided a vast range of legal services to its clients, not just in the area of litigation. It is my understanding that McCarthy Lebit represented some of the creditors of the Debtor at various times during my tenure with the firm. To the best of my knowledge, during my more than 17 years with the firm,

I may have worked on or assisted with litigation matters on behalf of one of the creditors. Any such work would have been prior to March, 2017.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NAUGHT

_____
Leslie E. Wargo, Esq.

SWORN TO BEFORE ME and subscribed in my presences this 21ˢᵗ day of March, 2019.

_____
NOTARY PUBLIC

DENNIS M. COYNE, Attorney
NOTARY PUBLIC – STATE OF OHIO
My commission has no expiration date.
Section 147.03 R.C.