UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re: | ) Case No. 17-17361 |
| | ) Chapter 11 |
| RICHARD M. OSBORNE | ) |
| | ) Judge Arthur I. Harris |
| Debtor | ) |

**OBJECTION OF CITIZENS BANK, N.A. TO
DEBTOR'S MOTION TO SELL PARCEL OF VACANT REAL PROPERTY LOCATED
AT PLAZA BOULEVARD, MENTOR, OHIO FREE OF ANY INTEREST OF ANY
ENTITY OTHER THAN THE ESTATE**

Citizens Bank, N.A. fka RBS Citizens, N.A. dba Charter One ("Citizens"), by and through counsel, objects to Debtor's Motion to Sell Parcel of Vacant Real Property Located at Plaza Boulevard, Mentor, Ohio Free of any Interest of any Entity Other Than the Estate [Doc. 429] (the "Motion"). While Citizens is presently reviewing this proposed sale, it objects to the Motion for the reasons stated herein. In support of this Objection, Citizens states as follows:

1. In the Motion, Debtor seeks to sell the real property identified as a vacant lot located at Plaza Boulevard, Mentor, Ohio (PPN 16B031B000310) (the "Property").

2. As evidenced by the Commitment for Title Insurance attached as Exhibit B to the Motion, Citizens has the first and best lien on the Property based on a mortgage, which was recorded with the Lake County Recorder on April 3, 2008 as Instrument No. 2008R009281.

3. Citizens also has judgment liens which attach to the Property and which were filed (i) on August 21, 2009 with the Clerk of the Lake County Common Pleas Court as judgment lien no. 09-JL-004014, and which judgment lien was renewed on August 18, 2014 as judgment lien no. 14-JL-003247; and (ii) on August 21, 2009 with the Clerk of the Lake County Common Pleas

Court as judgment lien no. 09-JL-004015, and which judgment lien was renewed on August 18, 2014 as judgment lien no. 14-JL-003248.

4. Additionally, Citizens holds a mortgage on the Property pursuant to a mortgage, which was recorded with the Lake County Recorder on June 4, 2014 as Instrument No. 2014R013442.

5. On April 18, 2018, Citizens filed a proof of claim (the "Claim") in the amount of $8,076,373.53 plus other amounts as stated in the Claim. In the Statement of Claim, which is attached as part of the Claim, the history of the secured obligations owed to Citizens is outlined in detail. The Claim is designated by the Court as Claim No. 28. Since the filing of the proof of claim, Citizens has received $150,000 from a sale of real property (11520 Monarch Court) and $9,064.81 from the sale of the Hamilton Road, Mentor, OH "devil strips", both of which sales were from the Wilson Land Properties bankruptcy case (18-10514), and $50,000 from the sale of real property (7325 Reynolds Rd., Mentor, OH) in this bankruptcy case.

6. Citizens objects to the Motion and the proposed Order for the following reasons:

   a. The Motion fails to indicate what efforts were made to market this Property, for how long, and if any other bids had been received.

   b. The Full Search unequivocally shows that Citizens, formerly known as RBS Citizens, N.A., has the first and best lien on the Property.

   c. Paragraph 10 of the Motion incorrectly states that "all such holders of any interest consent to the sale free and clear of their interest." Citizens has not consented to this sale.

   d. It is undisputed that Citizens has the first and best lien on the Property (after real estate taxes) and that there remains a balance owed well in excess of the potential net proceeds (after payment of real estate taxes and closing costs, the "Net Proceeds") that may be derived from

the sale of the Property. Based upon Citizens' first and best lien on the Property, all net proceeds from the sale should be properly be paid to Citizens at the closing of the sale.

e. No settlement statement has been attached to the Motion to indicate what amounts will be deducted from the purchase price, and how much the Net Proceeds will be.

WHEREFORE, Citizens respectfully requests that its Objection be sustained and that the Debtor be required to (i) address Citizens' objections to the Motion; (ii) pay all net proceeds of the sale to Citizens; and (iii) for such other and further relief as may be allowable pursuant to applicable law or in equity.

Respectfully submitted,

/s/ Michael S. Tucker
Michael S. Tucker (0034398)
ULMER & BERNE LLP
1660 West 2nd Street, Suite 1100
Cleveland, OH 44113-1448
(216) 583-7120
(216) 583-7121 (Fax)
mtucker@ulmer.com
Counsel for Citizens Bank, N.A. fka RBS Citizens, N.A. dba Charter One

# CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2019, a copy of the foregoing Objection was filed electronically. Notice of this filing will be sent to all parties registered to receive electronic notices through the Court's CM/ECF system as listed below. Parties may access this filing through the Court's PACER system.

Gregory P. Amend on behalf of Creditor First National Bank of Pennsylvania
gamend@bdblaw.com, grichards@bdblaw.com

Alison L. Archer on behalf of Interested Party Lakeland Community College
alison.archer@ohioattorneygeneral.gov,
Trish.Lazich@ohioattorneygeneral.gov;angelique.dennis-noland@ohioattorneygeneral.gov

Richard M. Bain on behalf of Interested Party Zachary B Burkons
rbain@meyersroman.com, mnowak@meyersroman.com;jray@meyersroman.com

Adam S. Baker on behalf of Creditor Michael E. Osborne, Sr.
abakerlaw@sbcglobal.net, adam@bakerlaw.us;abakerlaw@gmail.com

Austin B. Barnes, III on behalf of Creditor Tax Ease Ohio, LLC
abarnes@sandhu-law.com, bk1notice@sandhu-law.com

Robert D. Barr on behalf of Creditor Chicago Title Insurance Company
rbarr@koehler.law, rbarr@koehler.law

David T. Brady on behalf of Creditor Tax Ease Ohio, LLC
DBrady@Sandhu-Law.com, bk1notice@sandhu-law.com

LeAnn E. Covey on behalf of Creditor Bank of America, N.A.
bknotice@clunkhoose.com

Richard W. DiBella on behalf of Creditor Nationwide Mutual Fire Insurance Company
rdibella@dgmblaw.com

Stephen R. Franks on behalf of Creditor Bank of America, N.A.
amps@manleydeas.com

Stephen John Futterer on behalf of Creditor City of Willoughby
sjfutterer@sbcglobal.net, r43087@notify.bestcase.com

Melody Dugic Gazda on behalf of Respondent Home Savings Bank, Successor by Merger to The Home Savings & Loan Company of Youngstown, Ohio
mgazda@hendersoncovington.com

Heather E. Heberlein on behalf of Creditor First National Bank of Pennsylvania
hheberlein@bdblaw.com, vgum@bdblaw.com

Dennis J. Kaselak on behalf of Claimant Diane M. Osborne
dkaselak@peteribold.com, Cynthia@peteribold.com

Christopher J. Klym on behalf of Creditor Ohio Department of Taxation
bk@hhkwlaw.com

Jerry R. Krzys on behalf of Plaintiff Home Savings Bank
jkrzys@hendersoncovington.com, jerrykrzys@gmail.com

Matthew H. Matheney on behalf of Creditor First National Bank of Pennsylvania
mmatheney@bdblaw.com, bhajduk@bdblaw.com

Shannon M. McCormick on behalf of Creditor Center Street School Condominiums and coachhouses Unit Owners' Association, Inc.
bankruptcy@kamancus.com

Kelly Neal on behalf of Creditor The Huntington National Bank
kelly.neal@bipc.com, donna.curcio@bipc.com

David M. Neumann on behalf of Interested Party Zachary B Burkons
dneumann@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com

Timothy P. Palmer on behalf of Creditor The Huntington National Bank
timothy.palmer@bipc.com, donna.curcio@bipc.com

Tricia L. Pycraft on behalf of Accountant Rea & Associates, Inc.
tpycraft@ccj.com, bowman@ccj.com

Kirk W. Roessler on behalf of Creditor Estate of Jerome T. Osborne
kroessler@walterhav.com, kballa@walterhav.com;slasalvia@walterhav.com

John J. Rutter on behalf of Creditor Mentor Lumber & Supply Co.
jrutter@ralaw.com

Frederic P. Schwieg on behalf of Debtor Richard M. Osborne
fschwieg@schwieglaw.com

Michael J. Sikora, III on behalf of Creditor Chicago Title Insurance Company
msikora@sikoralaw.com, aarasmith@sikoralaw.com;mtroha@sikoralaw.com

Nathaniel R. Sinn on behalf of Creditor First National Bank of Pennsylvania
nsinn@bdblaw.com, kslatinsky@bdblaw.com

Rachel L. Steinlage on behalf of Interested Party Zachary B Burkons
rsteinlage@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com

Richard J. Thomas on behalf of Plaintiff Home Savings Bank
rthomas@hendersoncovington.com, mgazda@hendersoncovington.com

Andrew M. Tomko on behalf of Creditor Tax Ease Ohio, LLC
atomko@sandhu-law.com, bk1notice@sandhu-law.com

Jeffrey C. Toole on behalf of Interested Party Zachary B Burkons
toole@buckleyking.com, young@buckleyking.com;heberlein@buckleyking.com

Phyllis A. Ulrich on behalf of Creditor The Huntington National Bank
bankruptcy@carlisle-law.com, bankruptcy@carlisle-law.com

Leslie E. Wargo on behalf of Debtor Richard M. Osborne
Leslie@Wargo-Law.com

Maria D. Giannirakis ust06 on behalf of U.S. Trustee United States Trustee
maria.d.giannirakis@usdoj.gov

Scott R. Belhorn ust35 on behalf of U.S. Trustee United States Trustee
Scott.R.Belhorn@usdoj.gov


    /s/ Michael S. Tucker
    Michael S. Tucker (0034398)
    ULMER & BERNE LLP
    Counsel for Citizens Bank, N.A. fka RBS Citizens, N.A.
    dba Charter One

2558019.1　　　　　　　　6

17-17361-aih    Doc 437    FILED 05/14/19    ENTERED 05/14/19 14:11:39    Page 6 of 6