FILED

2019 MAY 16 PM 12: 47

U.S. BANKRUPTCY COURT
NORTHERN DIST. OF OHIO
CLEVELAND

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE RICHARD M. OSBORNE SR.<br>*Debtor* | CASE NO. 17-17361<br>CHAPTER 11<br>JUDGE ARTHUR I. HARRIS |

### SECOND MOTION TO RESCHEDULE HEARING ON FIRST NATIONAL BANK OF PENNSYLVANIA'S MOTION TO APPOINT A CHAPTER 11 TRUSTEE

Richard M. Osborne, Sr., as debtor and debtor-in-possession herein, (the "Debtor") hereby move this Court for entry of an order pursuant to Federal Rule of Bankruptcy Procedure (the "Bankruptcy Rules") 2002 to reschedule a hearing on the First National Bank of Pennsylvania's Motion to Appoint a Chapter 11 Trustee [Doc. 308] ("Motion") currently set for June 20, 2019 to the next available date. The Debtor has a previously family wedding scheduled for June 22, 2019 and will be traveling to and from it between June 19 and 24, 2019. Unfortunately the Debtor did not recall this prior to the scheduling of the hearing date, but only seeks to reschedule the hearing a short time later.

**WHEREFORE**, Debtor respectfully requests that the Court enter an order granting the relief requested hereby and such other and further relief as to which he is entitled.

Respectfully submitted,
/s/ Frederic P. Schwieg
Frederic P. Schwieg (0030418)
Attorney at Law

---

COURT WILL ISSUE A THIRD-AMENDED SCHEDULING ORDER RESCHEDULING THE EVIDENTIARY HEARING FROM JUNE 20, 2019, TO 9:00 AM ON JULY 3, 2019. COURT WILL LIKELY INCLUDE THE U.S. TRUSTEE'S MOTION TO CONVERT (DOCKET NO. 439) AS PART OF THE SAME EVIDENTIARY HEARING ON JULY 3, HOWEVER, THE MAY 28, 2019, RESPONSE DEADLINE AND JUNE 4, 2019, INITIAL HEARING DATE ON THE U.S. TRUSTEE'S MOTION REMAIN IN EFFECT.