# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE RICHARD M. OSBORNE, SR. *Debtor* | CASE NO. 17-17361<br>JUDGE ARTHUR I. HARRIS<br>CHAPTER 11 |

## MOTION OF RICHARD M. OSBORNE, SR., DEBTOR IN POSSESSION TO EMPLOY JOHN K. LANE AND THE FRIM INGLEWOOD AND ASSOCIATES AS VALUATION EXPERT

Richard M. Osborne, Sr., debtor in possession, ("Debtor"), moves this Court for an order authorizing him to employ a valuation expert.

**Necessity for Employment**. The Debtor has determined that the administration of assets of the estate and the resolution of claims of creditors require the Debtor to perform or obtain specialized valuation services. The Debtor needs to retain a valuation expert in order to advise and possibly testify for him with regard to certain litigation matters pending in this case, and to assist with the valuation of certain company interests belonging to the estate. Such matters require the expertise of a valuation expert with particular emphasis in business litigation, law and trial experience. These matters are described below.

**Person to be Employed**. The Debtor seeks to employ John K. Lane, and the firm Inglewood Associates LLC, 9242 Headlands Road, Mentor, OH 44060 ("Inglewood"), as his valuation expert.

**Reasons for Selection**. Mr. Lane has been selected by Debtor to perform these services because Mr. Lane has experience in complex business litigation in various courts. The proposed agreement with Inglewood is attached

**Professional Services to be Rendered**. The professional services Mr. Lane shall render consist of the preparation of reports and services incidental thereto such as reviewing formation documents, operating agreements and financial information, conducting examinations of witnesses, participation in negotiations for the settlement or prosecution, and production of related documents in the matters designated by the Debtor and in particular the following

companies and matters :

### Companies

Including but not limited to:
Angrmo Oil & Gas
Big Oat's Oil Field Supply Company, LLC
Cobra Pipeline Co., Ltd.
David Oil Company, LLC
John D. Oil and Gas Company
John D. Oil and Gas Marketing LLC
John D. Resources, LLC
Kykuit Resources, LLC
Lightning Oil Co., Ltd.
Lightning Oil Company
Lightning Pipeline Company II, Inc.
Lightning Pipeline Company Ltd.
NEO Gas Marketing, LLC
Ohio Pipeline LLC
Orwell-Trumbull Pipeline Co. LLC
Osair, Inc
Oz Gas Ltd
Rockefeller Oil Company, LLC
Sleepy Hollow Oil & Gas, LLC
Tin Man Storage, LLC
Tinman Storage Center, LLC
Tatonka Oil Company LLC
Yellowbrick Storage, LLC.

### Motion for Appointment for a Trustee

FNB has filed a motion for the appointment of a Chapter 11 Trustee. Mr. Lane will assist with discovery and litigation regarding this claim.

### Adversaries to Determine the Extent Priority and Extent of Liens and Objections to Claims

The Debtor will be filing adversary proceedings to determine the extent validity and priority of liens. Mr. Lane will assist with discovery and litigation regarding these claims.

### Proposed Arrangement for Compensation and Mr. Lane's Connections with Other Entities.

The Debtor proposes to pay Mr. Lane and Inglewood for services rendered on an hourly basis and to reimburse all expenses incurred by Mr. Lane and Inglewood on behalf of the

Estate. All work will be billed at Inglewood's standard rates of $345 for senior managing director, $295 for our managing directors, $225 for our principals and $120 for support and data management personnel. Travel will be billed at half rates. Mr. Lane will be leading the charge on this engagement and his hourly rate is $295. Should Mr. Lane be called to testify in court or in deposition, his testimony rate for such testifying along with any preparation therefor will be at $295 an hour.

THEREFORE, the Debtor respectfully requests that this Court enter an order authorizing the retention of John K. Lane, and the firm Inglewood Associates, LLC as a valuation expert to Debtor to perform the services necessary for the effective administration of the estate.

Respectfully submitted,
/s/ Frederic P. Schwieg, Esq.
Frederic P. Schwieg, Esq. (0030418)
Attorney at Law
2705 Gibson Dr
Rocky River, OH 44116
(440) 499-4506
(440) 398-0490
fschwieg@schwieglaw.com
Attorney for Debtor

## NOTICE

Pursuant to Local Bankruptcy Rule 9013-1, any objection to this application must be filed within 14 days from the date of service as set forth on the certificate of service. If no response or objection is timely filed, the Court is authorized to grant the relief requested without further notice.

## CERTIFICATE OF SERVICE

A copy of this Motion to Employ Counsel was served on the following on the date filed by Notice of Electronic Filing.

Gregory P. Amend on behalf of Creditor First National Bank of Pennsylvania
gamend@bdblaw.com, grichards@bdblaw.com

Alison L. Archer on behalf of Interested Party Lakeland Community College
alison.archer@ohioattorneygeneral.gov, Trish.Lazich@ohioattorneygeneral.gov;angelique.dennis-noland@ohioattorneygeneral.gov

Richard M. Bain on behalf of Interested Party Zachary B Burkons
rbain@meyersroman.com, mnowak@meyersroman.com;jray@meyersroman.com

Adam S. Baker on behalf of Creditor Michael E. Osborne, Sr.
abakerlaw@sbcglobal.net, adam@bakerlaw.us;abakerlaw@gmail.com

Austin B. Barnes, III on behalf of Creditor Tax Ease Ohio, LLC
abarnes@sandhu-law.com, bk1notice@sandhu-law.com

Robert D. Barr on behalf of Creditor Chicago Title Insurance Company
rbarr@koehler.law, rbarr@koehler.law

David T. Brady on behalf of Creditor Tax Ease Ohio, LLC
DBrady@Sandhu-Law.com, bk1notice@sandhu-law.com

LeAnn E. Covey on behalf of Creditor Bank of America, N.A.
bknotice@clunkhoose.com

Richard W. DiBella on behalf of Creditor Nationwide Mutual Fire Insurance Company
rdibella@dgmblaw.com

Stephen R. Franks on behalf of Creditor Bank of America, N.A.
amps@manleydeas.com

Stephen John Futterer on behalf of Creditor City of Willoughby
sjfutterer@sbcglobal.net, r43087@notify.bestcase.com

Melody Dugic Gazda on behalf of Respondent Home Savings Bank, Successor by Merger to The Home Savings & Loan Company of Youngstown, Ohio
mgazda@hendersoncovington.com

Heather E. Heberlein on behalf of Creditor First National Bank of Pennsylvania
hheberlein@bdblaw.com, vgum@bdblaw.com

Dennis J. Kaselak on behalf of Claimant Diane M. Osborne
dkaselak@peteribold.com, Cynthia@peteribold.com

Christopher J. Klym on behalf of Creditor Ohio Department of Taxation
bk@hhkwlaw.com

Matthew H. Matheney on behalf of Creditor First National Bank of Pennsylvania
mmatheney@bdblaw.com, bhajduk@bdblaw.com

Shannon M. McCormick on behalf of Creditor Center Street School Condominiums and coachhouses Unit Owners' Association, Inc.
bankruptcy@kamancus.com

Kelly Neal on behalf of Creditor The Huntington National Bank
kelly.neal@bipc.com, donna.curcio@bipc.com

David M. Neumann on behalf of Interested Party Zachary B Burkons
dneumann@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com

Timothy P. Palmer on behalf of Creditor The Huntington National Bank
timothy.palmer@bipc.com, donna.curcio@bipc.com

Tricia L. Pycraft on behalf of Accountant Rea & Associates, Inc.
tpycraft@ccj.com, bowman@ccj.com

Kirk W. Roessler on behalf of Creditor Estate of Jerome T. Osborne
kroessler@walterhav.com, kballa@walterhav.com;slasalvia@walterhav.com

Kirk W. Roessler on behalf of Creditor Osborne Farms, LLC fka Huron Lime Company, LLC
kroessler@walterhav.com, kballa@walterhav.com;slasalvia@walterhav.com

John J. Rutter on behalf of Creditor Mentor Lumber & Supply Co.
jrutter@ralaw.com

Frederic P. Schwieg on behalf of Attorney Frederic P. Schwieg
fschwieg@schwieglaw.com

Frederic P. Schwieg on behalf of Debtor Richard M. Osborne
fschwieg@schwieglaw.com

Michael J. Sikora, III on behalf of Creditor Chicago Title Insurance Company
msikora@sikoralaw.com, aarasmith@sikoralaw.com

Nathaniel R. Sinn on behalf of Creditor First National Bank of Pennsylvania
nsinn@bdblaw.com, grichards@bdblaw.com

Rachel L. Steinlage on behalf of Interested Party Zachary B Burkons
rsteinlage@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com;rbain@meyersroman.com

Andrew M. Tomko on behalf of Creditor Tax Ease Ohio, LLC
atomko@sandhu-law.com, bk1notice@sandhu-law.com

Jeffrey C. Toole on behalf of Interested Party Zachary B Burkons
toole@buckleyking.com, young@buckleyking.com;toolejr82560@notify.bestcase.com

Michael S. Tucker on behalf of Creditor Citizens Bank, N.A.
mtucker@ulmer.com

Phyllis A. Ulrich on behalf of Creditor The Huntington National Bank
bankruptcy@carlisle-law.com, bankruptcy@carlisle-law.com

Maria D. Giannirakis ust06 on behalf of U.S. Trustee United States Trustee
maria.d.giannirakis@usdoj.gov

Scott R. Belhorn ust35 on behalf of U.S. Trustee United States Trustee
Scott.R.Belhorn@usdoj.gov

John K. Lane
jlane@ingw.com

    /s/ Frederic P. Schwieg, Esq.
Frederic P. Schwieg, Esq.

# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE RICHARD M. OSBORNE, SR. *Debtor* | CASE NO. 17-17361<br>JUDGE ARTHUR I. HARRIS<br>CHAPTER 11 |

**VERIFIED STATEMENT OF JOHN K. LANE PURSUANT TO FED RULE BANKR. P. 2014 IN SUPPORT OF MOTION OF RICHARD M. OSBORNE, SR., DEBTOR IN POSSESSION TO EMPLOY JOHN K. LANE, AND THE FIRM INGLEWOOD ASSOCIATES, LLC AS A VALUATION EXPERT**

John K. Lane, being first duly sworn, deposes and says as follows:

1. He avers to the following statements from his personal knowledge.

2. He makes this verified statement pursuant to the provisions of the Bankruptcy Code regarding the employment of professional persons by Richard M. Osborne, Sr., debtor in possession ("Debtor") and in light of the restrictions and requirements imposed therein by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the Local Rules of this Court.

3. This verified statement is to affirm to this Court that neither affiant, nor any person with whom he is associated in the practice of law is a relative by blood or marriage of any Bankruptcy Judge of the Northern District of Ohio, the United States Trustee for the Districts of Ohio and Michigan, Region IX, or any employee of said U.S. Trustee, and that he is not now nor has he ever been so connected with any such person as to render his appointment or the Court's approval of his appointment as counsel to the Debtor in the above-captioned matter improper.

   a) He and anyone employed by Inglewood is not and has not served as an employee of the debtor within two years before the petition filing.

   b) He and anyone employed by Inglewood is not and has not been a general or limited partner of a partnership in which the debtor is also a general or limited partner.

   c) He and anyone employed by Inglewood is not an insider of the debtor.

   d) He and Inglewood do not hold a security interest guarantee or other assurance of compensation for services performed and to be performed in the case.

d) He and Inglewood do not hold a security interest guarantee or other assurance of compensation for services performed and to be performed in the case.

e) There is no agreement of any nature as to the sharing of any compensation to be paid to his other than Inglewood's partnership agreement.

f) He and Inglewood is not a creditor of the estate and does not have any other interest, direct or indirect, which may be affected by the proposed representation. In the past Nancy Terrill Inglewood worked for the Debtor or his companies but that engagement ended well prior to the filing of this case, and Inglewood has no other engagement by the Debtor or his companies.

g) Given the nature and complexity of this matter, the rates of compensation set forth in the attached schedule and the Debtor's application to employ John K. Lane are true and are the customary and usual rates that will be charged by Mr. Lane for his services in this type of matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NOT

_____
John K. Lane

SWORN TO BEFORE ME and subscribed in my presence this 11th day of June 2019.

YELENA GIDLEY
Notary Public
In and for the State of Ohio
NOTARY PUBLIC
My Commission Expires
August 21, 2020

# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE RICHARD M. OSBORNE, SR. *Debtor* | CASE NO. 17-17361<br>JUDGE ARTHUR I. HARRIS<br>CHAPTER 11 |

### ORDER GRANTING MOTION OF RICHARD M. OSBORNE, SR., DEBTOR IN POSSESSION TO EMPLOY JOHN K. LANE, AND THE FIRM INGLEWOOD ASSOCIATES, LLC AS A VALUATION EXPERT

The matter before the Court is the Motion of Richard M. Osborne, Sr., debtor in possession, to employ John K. Lane as his special counsel in this case [Doc. 266]. No party having objected to the Motion, the Court having reviewed the Motion finds the same well taken and it is hereby GRANTED.

###

Prepared by:
/s/ Frederic P. Schwieg, Esq.
Frederic P. Schwieg, Esq. (0030418)
Attorney at Law
2705 Gibson Dr
Rocky River, OH 44116
(440) 499-4506
(440) 398-0490
fschwieg@schwieglaw.com
       ECF Service

Gregory P. Amend on behalf of Creditor First National Bank of Pennsylvania
gamend@bdblaw.com, grichards@bdblaw.com

MTE LANE V2

- 1 -

Alison L. Archer on behalf of Interested Party Lakeland Community College
alison.archer@ohioattorneygeneral.gov, Trish.Lazich@ohioattorneygeneral.gov;angelique.dennis-noland@ohioattorneygeneral.gov

Adam S. Baker on behalf of Creditor Michael E. Osborne, Sr.
abakerlaw@sbcglobal.net, adam@bakerlaw.us;abakerlaw@gmail.com

Austin B. Barnes, III on behalf of Creditor Tax Ease Ohio, LLC
abarnes@sandhu-law.com, bk1notice@sandhu-law.com

Robert D. Barr on behalf of Creditor Chicago Title Insurance Company
rbarr@koehler.law, rbarr@koehler.law

David T. Brady on behalf of Creditor Tax Ease Ohio, LLC
DBrady@Sandhu-Law.com, bk1notice@sandhu-law.com

LeAnn E. Covey on behalf of Creditor Bank of America, N.A.
bknotice@clunkhoose.com

Richard W. DiBella on behalf of Creditor Nationwide Mutual Fire Insurance Company
rdibella@dgmblaw.com

Stephen R. Franks on behalf of Creditor Bank of America, N.A.
amps@manleydeas.com

Stephen John Futterer on behalf of Creditor City of Willoughby
sjfutterer@sbcglobal.net, r43087@notify.bestcase.com

Melody Dugic Gazda on behalf of Respondent Home Savings Bank, Successor by Merger to The Home Savings & Loan Company of Youngstown, Ohio
mgazda@hendersoncovington.com

Dennis J. Kaselak on behalf of Claimant Diane M. Osborne
dkaselak@peteribold.com, Cynthia@peteribold.com

Christopher J. Klym on behalf of Creditor Ohio Department of Taxation
bk@hhkwlaw.com

Matthew H. Matheney on behalf of Creditor First National Bank of Pennsylvania
mmatheney@bdblaw.com, bhajduk@bdblaw.com

Kelly Neal on behalf of Creditor The Huntington National Bank
kelly.neal@bipc.com, donna.curcio@bipc.com

David M. Neumann on behalf of Interested Party Zachary B Burkons
dneumann@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com

Timothy P. Palmer on behalf of Creditor The Huntington National Bank
timothy.palmer@bipc.com, donna.curcio@bipc.com

Kirk W. Roessler on behalf of Creditor Estate of Jerome T. Osborne
kroessler@walterhav.com, kballa@walterhav.com;slasalvia@walterhav.com

John J. Rutter on behalf of Creditor Mentor Lumber & Supply Co.
jrutter@ralaw.com

Frederic P. Schwieg on behalf of Attorney Frederic P. Schwieg
fschwieg@schwieglaw.com

Frederic P. Schwieg on behalf of Debtor Richard M. Osborne
fschwieg@schwieglaw.com

Michael J. Sikora, III on behalf of Creditor Chicago Title Insurance Company
msikora@sikoralaw.com, aarasmith@sikoralaw.com

Nathaniel R. Sinn on behalf of Creditor First National Bank of Pennsylvania
nsinn@bdblaw.com, grichards@bdblaw.com

Rachel L. Steinlage on behalf of Interested Party Zachary B Burkons
rsteinlage@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com;rbain@meyersroman.com

Andrew M. Tomko on behalf of Creditor Tax Ease Ohio, LLC
atomko@sandhu-law.com, bk1notice@sandhu-law.com

Jeffrey C. Toole on behalf of Interested Party Zachary B Burkons
toole@buckleyking.com, young@buckleyking.com;heberlein@buckleyking.com;toolejr82560@notify.bestcase.com

Michael S. Tucker on behalf of Creditor Citizens Bank, N.A.
mtucker@ulmer.com

Maria D. Giannirakis ust06 on behalf of U.S. Trustee United States Trustee
maria.d.giannirakis@usdoj.gov

Scott R. Belhorn ust35 on behalf of U.S. Trustee United States Trustee
Scott.R.Belhorn@usdoj.gov