# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>RICHARD M. OSBORNE,<br><br>                Debtor. | Case No. 17-17361-aih<br><br>Chapter 7<br><br>Judge Arthur I. Harris |

## FIRST NATIONAL BANK OF PENNSYLVANIA'S WITNESS AND EXHIBIT LIST

First National Bank of Pennsylvania ("FNBPA"), submits the following Witness and Exhibit List in advance of the hearing on FNBPA's *Motion to Appoint a Chapter 11 Trustee* [Docket No. 309].

**Witness List:**

Richard M. Osborne, Debtor, to testify about his assets and liabilities, income and expenses, management of his bankruptcy estate, post-petition real estate transfers, business operations, and chapter 11 case generally.

**Exhibit List:**

**FNBPA Exhibit 1**     Debtor-In-Possession Monthly Operating Report for Filing Period December 2017, filed on January 25, 2018 [Docket No. 36].

**FNBPA Exhibit 2**     Debtor-In-Possession Monthly Operating Report for Filing Period January 2018, filed on April 3, 2018 [Docket No. 89].

**FNBPA Exhibit 3**     Debtor-In-Possession Monthly Operating Report for Filing Period February 2018, filed on April 3, 2018 [Docket No. 90].

**FNBPA Exhibit 4**     Debtor-In-Possession Monthly Operating Report for Filing Period March 2018, filed on April 25, 2018 [Docket No. 126].

**FNBPA Exhibit 5**     Debtor-In-Possession Monthly Operating Report for Filing Period April 2018, filed on July 9, 2018 [Docket No. 186].

**FNBPA Exhibit 6**     Debtor-In-Possession Monthly Operating Report for Filing Period May 2018, filed on July 9, 2018 [Docket No. 187].

**FNBPA Exhibit 7**  Debtor-In-Possession Monthly Operating Report for Filing Period May 2018 Supplement, filed on July 31, 2018 [Docket No. 205].

**FNBPA Exhibit 8**  Debtor-In-Possession Monthly Operating Report for Filing Period June 2018, filed on September 19, 2018 [Docket No. 242].

**FNBPA Exhibit 9**  Debtor-In-Possession Monthly Operating Report for Filing Period July 2018, filed on September 19, 2018 [Docket No. 243].

**FNBPA Exhibit 10**  Debtor-In-Possession Monthly Operating Report for Filing Period August 2018, filed on October 9, 2018 [Docket No. 262].

**FNBPA Exhibit 11**  Debtor-In-Possession Monthly Operating Report for Filing Period September 2018, filed on November 1, 2018 [Docket No. 282].

**FNBPA Exhibit 12**  Debtor-In-Possession Monthly Operating Report for Filing Period October 2018, filed on December 5, 2018 [Docket No. 303].

**FNBPA Exhibit 13**  Sheriff's Deed to Lake Shore Blvd, LLC, recorded on October 23, 2015, in the Office of the Recorder of Lake County, Ohio, at Document No. 2015R028438.

**FNBPA Exhibit 14**  Articles of Organization for Lake Shore Blvd, LLC, filed on July 30, 2018, in the Office of the Ohio Secretary of State.

**FNBPA Exhibit 15**  Statutory Mortgage from Lake Shore Blvd, LLC in favor of Louie V, LLC, recorded on September 7, 2018, in the Office of the Recorder of Lake County, Ohio, at Document No. 2018R022825.

**FNBPA Exhibit 16**  Mortgage Deed from Lake Shore Blvd, LLC in favor of JTO Materials, LLC, recorded on October 15, 2018, in the Office of the Recorder of Lake County, Ohio, at Document No. 2018R026244.

**FNBPA Exhibit 17**  Warranty Deed from Lake Shore Blvd, LLC to Equity Trust Company Custodian FBO Account #200380924, recorded on January 31, 2019, in the Office of the Recorder of Lake County, Ohio, at Document No. 2019R002114.

**FNBPA Exhibit 18**  HUD-1 Settlement Statement dated January 31, 2019, for a transaction between Lake Shore Blvd, LLC, as seller, and Equity Trust Company, as Borrower, regarding property located at 38556 Lake Shore Blvd., Willoughby, Ohio 44060.

**FNBPA Exhibit 19**  Quit Claim Deed from Wetlands Conservatory to Hamilton-Mercantile LLC, recorded on October 29, 2015, in the Office of the Recorder of Lake County, Ohio, at Document No. 2015R028956.

**FNBPA Exhibit 20**  Mortgage Deed from Hamilton-Mercantile Land LLC to OsAir, Inc., recorded on March 14, 2017, in the Office of the Recorder of Lake County, Ohio, at Document No. 2017R006530.

**FNBPA Exhibit 21**  Articles of Organization for Hamilton-Mercantile LLC filed on September 17, 2018, in the Office of the Ohio Secretary of State.

**FNBPA Exhibit 22**  Mortgage Deed from Hamilton-Mercantile, LLC in favor of OsAir, Inc., recorded on October 10, 2018, in the Office of the Recorder of Lake County, Ohio, at Document No. 2018R025797.

**FNBPA Exhibit 23**  Satisfaction of Mortgage executed by OsAir, Inc., recorded on October 10, 2018, in the Office of the Recorder of Lake County, Ohio, at Document No. 2018R025798.

**FNBPA Exhibit 24**  Satisfaction of Mortgage executed by OsAir, Inc., recorded on October 19, 2018, in the Office of the Recorder of Lake County, Ohio, at Document No. 2018R026784.

**FNBPA Exhibit 25**  Warranty Deed from Hamilton-Mercantile LLC to Mentor Industrial Development LLC, recorded on October 19, 2018, in the Office of the Recorder of Lake County, Ohio, at Document No. 2018R026782.

**FNBPA Exhibit 26**  Sheriff's Deed to 1344 West Jackson St., LLC, recorded on March 10, 2015, in the Office of the Recorder of Lake County, Ohio, at Document No. 2015R005673.

**FNBPA Exhibit 27**  Articles of Organization for 1344 West Jackson St. LLC filed on November 19, 2018, in the Office of the Ohio Secretary of State.

**FNBPA Exhibit 28**  Sheriff's Deed to 7621 Mentor Avenue, LLC, recorded on September 23, 2016, in the Office of the Recorder of Lake County, Ohio, at Document No. 2016R024917.

**FNBPA Exhibit 29**  Release of Mortgage executed by JTO Materials, dated February 27, 2019, recorded on March 1, 2019, in the Office of the Recorder of Lake County, Ohio, at Document No. 2019R004280.

**FNBPA Exhibit 30**  HUD-1 Settlement Statement dated March 1, 2019, for a transaction between 7621 Mentor Avenue LLC, as seller, and Signature Health, Inc., as Borrower, regarding property located at 7621 Mentor Avenue, Mentor, Ohio 44060.

| | |
|---|---|
| **FNBPA Exhibit 31** | Mortgage Deed from 9130-38 Tyler Boulevard, LLC, in favor of OsAir, Inc., recorded on January 12, 2017, in the Office of the Recorder of Lake County, Ohio, at Document No. 2017R001013. |
| **FNBPA Exhibit 32** | Release of Mortgage executed by OsAir, Inc., recorded on August 6, 2018, in the Office of the Recorder of Lake County, Ohio, at Document No. 2018R019723. |
| **FNBPA Exhibit 33** | HUD-1 Settlement Statement dated August 6, 2018, for a transaction between 9130-38 Tyler Boulevard LLC, as seller, and Mobeetie, LLC, as Borrower, regarding property located at 9132 Tyler Blvd., Mentor, Ohio 44060. |
| **FNBPA Exhibit 34** | Mortgage Deed from 9130-38 Tyler Boulevard, LLC in favor of OsAir, Inc. recorded on January 12, 2017, in the Office of the Recorder of Lake County, Ohio, at Document No. 2017R001014. |
| **FNBPA Exhibit 35** | Release of Mortgage executed by OsAir, Inc., recorded on March 29, 2018, in the Office of the Recorder of Lake County, Ohio, at Document No. 2018R007439. |
| **FNBPA Exhibit 36** | HUD-1 Settlement Statement dated March 29, 2018, for a transaction between 9130-38 Tyler Boulevard LLC, as seller, and GD3 Ventures-Tyler, LLC, as Borrower, regarding property located at 9134 Tyler Blvd., Mentor, Ohio 44060. |

Respectfully Submitted,

*/s/ Heather E. Heberlein*
Matthew H. Matheney (0069974)
Gregory P. Amend (0081247)
Nathaniel R. Sinn (0088467)
Heather E. Heberlein (0083828)
Buckingham, Doolittle & Burroughs, LLC
1375 E. 9th Street, Suite 1700
Cleveland, Ohio 44114
Telephone: (216) 621-5300
Facsimile: (216) 621-5440
Email: mmatheney@bdblaw.com
gamend@bdblaw.com
nsinn@bdblaw.com
hheberlein@bdblaw.com

COUNSEL FOR FIRST NATIONAL BANK OF PENNSYLVANIA

# CERTIFICATE OF SERVICE

I certify that on June 26, 2019, a true and correct copy of Witness and Exhibit List was served:
Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

- Gregory P. Amend    gamend@bdblaw.com, grichards@bdblaw.com
- Alison L. Archer    alison.archer@ohioattorneygeneral.gov, Trish.Lazich@ohioattorneygeneral.gov;angelique.dennis-noland@ohioattorneygeneral.gov
- Richard M. Bain    rbain@meyersroman.com, mnowak@meyersroman.com;jray@meyersroman.com
- Adam S. Baker    abakerlaw@sbcglobal.net, adam@bakerlaw.us;abakerlaw@gmail.com
- Austin B. Barnes    abarnes@sandhu-law.com, bk1notice@sandhu-law.com
- Robert D. Barr    rbarr@koehler.law, rbarr@koehler.law
- David T. Brady    DBrady@Sandhu-Law.com, bk1notice@sandhu-law.com
- LeAnn E. Covey    bknotice@clunkhoose.com
- Richard W. DiBella    rdibella@dgmblaw.com
- Stephen R. Franks    amps@manleydeas.com
- Stephen John Futterer    sjfutterer@sbcglobal.net, r43087@notify.bestcase.com
- Melody Dugic Gazda    mgazda@hendersoncovington.com
- Michael R. Hamed    mhamed@kushnerhamed.com, kgross@kushnerhamed.com
- Heather E. Heberlein    hheberlein@bdblaw.com, vgum@bdblaw.com
- Dennis J. Kaselak    dkaselak@peteribold.com, Cynthia@peteribold.com
- Christopher J. Klym    bk@hhkwlaw.com
- Jerry R. Krzys    jkrzys@hendersoncovington.com, jerrykrzys@gmail.com
- Matthew H. Matheney    mmatheney@bdblaw.com, bhajduk@bdblaw.com
- Shannon M. McCormick    bankruptcy@kamancus.com
- Kelly Neal    kelly.neal@bipc.com, donna.curcio@bipc.com
- David M. Neumann    dneumann@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com
- Timothy P. Palmer    timothy.palmer@bipc.com, donna.curcio@bipc.com
- Tricia L. Pycraft    tpycraft@ccj.com, bowman@ccj.com
- Kirk W. Roessler    kroessler@walterhav.com, kballa@walterhav.com;slasalvia@walterhav.com
- John J. Rutter    jrutter@ralaw.com
- Frederic P. Schwieg    fschwieg@schwieglaw.com
- Michael J. Sikora    msikora@sikoralaw.com, aarasmith@sikoralaw.com
- Nathaniel R. Sinn    nsinn@bdblaw.com, grichards@bdblaw.com
- Rachel L. Steinlage    rsteinlage@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com;rbain@meyersroman.com
- Richard J. Thomas    rthomas@hendersoncovington.com, mgazda@hendersoncovington.com

- Andrew M. Tomko    atomko@sandhu-law.com, bk1notice@sandhu-law.com
- Jeffrey C. Toole    toole@buckleyking.com, young@buckleyking.com
- United States Trustee    (Registered address)@usdoj.gov
- Michael S. Tucker    mtucker@ulmer.com
- Phyllis A. Ulrich    bankruptcy@carlisle-law.com, bankruptcy@carlisle-law.com
- Leslie E. Wargo    Leslie@Wargo-Law.com
- Maria D. Giannirakis ust06    maria.d.giannirakis@usdoj.gov
- Scott R. Belhorn ust35    Scott.R.Belhorn@usdoj.gov

And, per consent of the parties, a complete set of Exhibits is being served on June 26, 2019, via electronic transmission to:

Frederic P. Schwieg
fschwieg@schwieglaw.com

Leslie E. Wargo
Leslie@Wargo-Law.com

Maria Giannirakis
maria.d.giannirakis@usdoj.gov

    */s/ Heather E. Heberlein*
    Heather E. Heberlein (0083828)

CL2:496785_v1