IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 17-17361- (AIH) |
| Richard M. Osborne | ) | |
| | ) | Chapter 11 |
| | ) | |
| Debtor | ) | Judge Arthur I. Harris |

## WITNESS AND EXHIBIT LIST

Daniel M. McDermott, United States Trustee for Region 9, submits the following Witness and Exhibit List for the hearing on the *Motion of the United States Trustee to Convert Case to Chapter 7* filed in this case. (Doc. No. 439).

**Witness List:**

Richard M. Osborne, Debtor to testify about his assets and liabilities and his income and expenses.

**Exhibit List:**

**UST Exhibit 1**   Chapter 11 Voluntary Petition, docket number 1 on December 17, 2017. (1-1 to 1-47)

**UST Exhibit 2**   Debtor's Schedules A-J, Summary of Assets & Liabilities, Declaration, Statement of Financial Affairs and any other documents. (Docket number 29 filed on January 17, 2018. (2-1 to 2-243)

**UST Exhibit 3**   Amended Voluntary Petition (Docket number 51 filed on February 26, 2018) (3-1 to 3-8)

**UST Exhibit 4**   Amended Schedules A/B,D,E/F,H, Statement of Financial Affairs and Amended Summary of Schedules. (Docket number 53 filed on February 26, 2018) (4-1 to 4-110)

| | |
|---|---|
| **UST Exhibit 5** | Amended Schedules A/B,D,E/F, 20 Largest Creditors and Amended Summary of Schedules. (Docket number 98 filed on April 5, 2018) (5-1 to 5-117) |
| **UST Exhibit 6** | Amended Statement of Financial Affairs for Individual. (Docket number 99 filed on April 5, 2018) (6-1 to 6-11) |
| **UST Exhibit 7** | Amended Statement of Financial Affairs for Individual. (Docket number 71 filed on March 12, 2018) (7-1 to 7-11) |
| **UST Exhibit 8** | Amended Schedules A/B and Summary of Schedules. (Docket number 72 filed on March 12, 2018) (8-1 to 8-77) |
| **UST Exhibit 9** | Amended Schedules A/B and Summary of Schedules. (Docket number 469 filed on June 24, 2019) (9-1 to 9-79) |
| **UST Exhibit 10** | Debtor-In-Possession Monthly Operating Report for Filing Period November 2018. (Docket number 313 on December 19, 2018) (10-1 to 10-55) |
| **UST Exhibit 11** | Debtor-In-Possession Monthly Operating Report for Filing Period December 2018. (Docket number 369 filed on January 24, 2019) (11-1 to 11-31) |
| **UST Exhibit 12** | Debtor-In-Possession Monthly Operating Report for Filing Period February 2019. (Docket number 421 filed March 29, 2019) (12-1 to 12-33) |
| **UST Exhibit 13** | Debtor-In-Possession Monthly Operating Report for Filing Period March 2019. (Docket number 433 filed on April 19, 2019) (13-1 to 13-34) |
| **UST Exhibit 14** | Debtor-In-Possession Monthly Operating Report for Filing Period April 2019. (Docket number 446 filed on May 21, 2019) (14-1 to 14-34) |
| **UST Exhibit 15** | Debtor-In-Possession Monthly Operating Report for Filing Period May 2019. (Docket number 470 filed June 24, 2019) (15-1 to 15-35) |
| **UST Exhibit 16** | Debtor-In-Possession Monthly Operating Report for Filing Period January 2019 (Docket number 438 filed on May 14, 2019) (16-1 to 16-37) |

Respectfully Submitted,

**DANIEL M. McDERMOTT**
United States Trustee Region 9

By: */s/ Maria D. Giannirakis*
Maria D. Giannirakis (0038220)
U.S. Department of Justice
Office of the U.S. Trustee
H.M. Metzenbaum U.S. Courthouse
201 Superior Avenue, Suite 441
Cleveland, Ohio 44114-1240
216/522-7800 Ext. 222
216/522-7193 Facsimile
maria.d.giannirakis@usdoj.gov

# CERTIFICATE OF SERVICE

I certify that on June 26, 2019, a true and correct copy of Witness and Exhibit List was served:
Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

- Gregory P. Amend    gamend@bdblaw.com, grichards@bdblaw.com
- Alison L. Archer    alison.archer@ohioattorneygeneral.gov, Trish.Lazich@ohioattorneygeneral.gov;angelique.dennis-noland@ohioattorneygeneral.gov
- Richard M. Bain    rbain@meyersroman.com, mnowak@meyersroman.com;jray@meyersroman.com
- Adam S. Baker    abakerlaw@sbcglobal.net, adam@bakerlaw.us;abakerlaw@gmail.com
- Austin B. Barnes    abarnes@sandhu-law.com, bk1notice@sandhu-law.com
- Robert D. Barr    rbarr@koehler.law, rbarr@koehler.law
- David T. Brady    DBrady@Sandhu-Law.com, bk1notice@sandhu-law.com
- LeAnn E. Covey    bknotice@clunkhoose.com
- Richard W. DiBella    rdibella@dgmblaw.com
- Stephen R. Franks    amps@manleydeas.com
- Stephen John Futterer    sjfutterer@sbcglobal.net, r43087@notify.bestcase.com
- Melody Dugic Gazda    mgazda@hendersoncovington.com
- Michael R. Hamed    mhamed@kushnerhamed.com, kgross@kushnerhamed.com
- Heather E. Heberlein    hheberlein@bdblaw.com, vgum@bdblaw.com
- Dennis J. Kaselak    dkaselak@peteribold.com, Cynthia@peteribold.com
- Christopher J. Klym    bk@hhkwlaw.com
- Jerry R. Krzys    jkrzys@hendersoncovington.com, jerrykrzys@gmail.com
- Matthew H. Matheney    mmatheney@bdblaw.com, bhajduk@bdblaw.com
- Shannon M. McCormick    bankruptcy@kamancus.com
- Kelly Neal    kelly.neal@bipc.com, donna.curcio@bipc.com
- David M. Neumann    dneumann@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com
- Timothy P. Palmer    timothy.palmer@bipc.com, donna.curcio@bipc.com
- Tricia L. Pycraft    tpycraft@ccj.com, bowman@ccj.com
- Kirk W. Roessler    kroessler@walterhav.com, kballa@walterhav.com;slasalvia@walterhav.com
- John J. Rutter    jrutter@ralaw.com
- Frederic P. Schwieg    fschwieg@schwieglaw.com
- Michael J. Sikora    msikora@sikoralaw.com, aarasmith@sikoralaw.com
- Nathaniel R. Sinn    nsinn@bdblaw.com, grichards@bdblaw.com
- Rachel L. Steinlage    rsteinlage@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com;rbain@meyersroman.com

- Richard J. Thomas    rthomas@hendersoncovington.com, mgazda@hendersoncovington.com
- Andrew M. Tomko    atomko@sandhu-law.com, bk1notice@sandhu-law.com
- Jeffrey C. Toole    toole@buckleyking.com, young@buckleyking.com
- United States Trustee    (Registered address)@usdoj.gov
- Michael S. Tucker    mtucker@ulmer.com
- Phyllis A. Ulrich    bankruptcy@carlisle-law.com, bankruptcy@carlisle-law.com
- Leslie E. Wargo    Leslie@Wargo-Law.com
- Maria D. Giannirakis ust06    maria.d.giannirakis@usdoj.gov
- Scott R. Belhorn ust35    Scott.R.Belhorn@usdoj.gov

And that a complete set of Exhibits was served via overnight mail to:

Frederic P. Schwieg
2705 Gibson Drive
Rocky River, OH 44116-3008

Leslie E. Wargo
Wargo Law, LLC
1501 North Marginal Road, Suite 182
Cleveland, OH 44114

Nathaniel R. Sinn
Buckingham, Doolittle & Burroughs
1375 E. 9th Street
Suite 1700
Cleveland, OH 44114

By:    /s/ Maria D. Giannirakis
Maria D. Giannirakis (0038220)
U.S. Department of Justice
Office of the U.S. Trustee
H.M. Metzenbaum U.S. Courthouse
201 Superior Avenue, Suite 441
Cleveland, Ohio 44114-1240