IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 17-17361- (AIH) |
| Richard M. Osborne ) | |
| ) | Chapter 11 |
| ) | |
| Debtor ) | Judge Arthur I. Harris |

### Joint Statement Regarding Stipulations

Daniel M. McDermott, United States Trustee for Region 9, through undersigned counsel and Richard M. Osborne, Debtor, through undersigned counsel. state that at this time, parties have not entered into any stipulations for the evidentiary hearing on July 3, 2019 on the *Motion of the United States Trustee to Convert Case to Chapter 7* (Docket No. 439) and *Richard M. Osborne, Sr.'s Brief in Opposition to Motion of the United States Trustee For Entry of an Order Converting Case to a Chapter 7* (Docket No. 452). If parties are able to agree to any fact stipulations prior to the hearing, a supplemental statement will be filed.

Respectfully Submitted,

**DANIEL M. McDERMOTT**
United States Trustee Region 9

| | |
|---|---|
| */s/ Maria D. Giannirakis* | */s/ Leslie E. Wargo* |
| Maria D. Giannirakis (0038220) | Leslie E. Wargo (0073112) |
| U.S. Department of Justice | Wargo Law, LLC |
| Office of the U.S. Trustee | 1501 North Marginal Rd. |
| H.M. Metzenbaum U.S. Courthouse | Suite 182 |
| 201 Superior Avenue, Suite 441 | Cleveland, OH  44114 |
| Cleveland, Ohio 44114-1240 | |
| 216/522-7800 Ext. 222 | Counsel to |
| 216/522-7193 Facsimile | Richard M. Osborne, Sr. |
| maria.d.giannirakis@usdoj.gov | |

# CERTIFICATE OF SERVICE

I certify that on June 26, 2019, a true and correct copy of Joint Statement was served: Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

- Gregory P. Amend    gamend@bdblaw.com, grichards@bdblaw.com
- Alison L. Archer    alison.archer@ohioattorneygeneral.gov, Trish.Lazich@ohioattorneygeneral.gov;angelique.dennis-noland@ohioattorneygeneral.gov
- Richard M. Bain    rbain@meyersroman.com, mnowak@meyersroman.com;jray@meyersroman.com
- Adam S. Baker    abakerlaw@sbcglobal.net, adam@bakerlaw.us;abakerlaw@gmail.com
- Austin B. Barnes    abarnes@sandhu-law.com, bk1notice@sandhu-law.com
- Robert D. Barr    rbarr@koehler.law, rbarr@koehler.law
- David T. Brady    DBrady@Sandhu-Law.com, bk1notice@sandhu-law.com
- LeAnn E. Covey    bknotice@clunkhoose.com
- Richard W. DiBella    rdibella@dgmblaw.com
- Stephen R. Franks    amps@manleydeas.com
- Stephen John Futterer    sjfutterer@sbcglobal.net, r43087@notify.bestcase.com
- Melody Dugic Gazda    mgazda@hendersoncovington.com
- Michael R. Hamed    mhamed@kushnerhamed.com, kgross@kushnerhamed.com
- Heather E. Heberlein    hheberlein@bdblaw.com, vgum@bdblaw.com
- Dennis J. Kaselak    dkaselak@peteribold.com, Cynthia@peteribold.com
- Christopher J. Klym    bk@hhkwlaw.com
- Jerry R. Krzys    jkrzys@hendersoncovington.com, jerrykrzys@gmail.com
- Matthew H. Matheney    mmatheney@bdblaw.com, bhajduk@bdblaw.com
- Shannon M. McCormick    bankruptcy@kamancus.com
- Kelly Neal    kelly.neal@bipc.com, donna.curcio@bipc.com
- David M. Neumann    dneumann@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com
- Timothy P. Palmer    timothy.palmer@bipc.com, donna.curcio@bipc.com
- Tricia L. Pycraft    tpycraft@ccj.com, bowman@ccj.com
- Kirk W. Roessler    kroessler@walterhav.com, kballa@walterhav.com;slasalvia@walterhav.com
- John J. Rutter    jrutter@ralaw.com
- Frederic P. Schwieg    fschwieg@schwieglaw.com
- Michael J. Sikora    msikora@sikoralaw.com, aarasmith@sikoralaw.com
- Nathaniel R. Sinn    nsinn@bdblaw.com, grichards@bdblaw.com
- Rachel L. Steinlage    rsteinlage@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com;rbain@meyersroman.com
- Richard J. Thomas    rthomas@hendersoncovington.com, mgazda@hendersoncovington.com

- Andrew M. Tomko     atomko@sandhu-law.com, bk1notice@sandhu-law.com
- Jeffrey C. Toole    toole@buckleyking.com, young@buckleyking.com
- United States Trustee    (Registered address)@usdoj.gov
- Michael S. Tucker    mtucker@ulmer.com
- Phyllis A. Ulrich    bankruptcy@carlisle-law.com, bankruptcy@carlisle-law.com
- Leslie E. Wargo    Leslie@Wargo-Law.com
- Maria D. Giannirakis ust06    maria.d.giannirakis@usdoj.gov
- Scott R. Belhorn ust35    Scott.R.Belhorn@usdoj.gov

By:  */s/ Maria D. Giannirakis*
Maria D. Giannirakis (0038220)
U.S. Department of Justice
Office of the U.S. Trustee
H.M. Metzenbaum U.S. Courthouse
201 Superior Avenue, Suite 441
Cleveland, Ohio 44114-1240