IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION


FILED 2019 JUL -3 AM 8:59


U.S. BANKRUPTCY COURT
NORTHERN DIST. OF OHIO
CLEVELAND

| | |
|---|---|
| IN RE RICHARD M. OSBORNE SR.<br>*Debtor* | CASE NO. 17-17361<br>CHAPTER 11<br>JUDGE ARTHUR I. HARRIS |

### RICHARD M. OSBORNE, SR.'S MOTION FOR ENTRY OF AN ORDER CONVERTING CASE TO A CHAPTER 7

Richard M. Osborne, Sr. Debtor and Debtor in Possession ("Debtor") moves the court pursuant to 11 U.S.C. §1112(a) to convert his Chapter 11 case to one under Chapter 7.

Therefore, Richard M. Osborne, Sr. Debtor and Debtor in Possession requests that the Court enter an Order converting this case to a Chapter 7.

Respectfully submitted,
/s/ Frederic P. Schwieg
Frederic P. Schwieg (0030418)
Attorney at Law
2705 Gibson Dr
Rocky River OH 44116-3008
1 (440) 499-4506
fschwieg@schwieglaw.com
Counsel to Debtor and Debtor-in-Possession



MOTION GRANTED
United States Bankruptcy Judge

1