## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In re RICHARD M. OSBORNE, SR.
*Debtor*

CASE NO. 17-17361
JUDGE ARTHUR I. HARRIS
CHAPTER 7

## EMERGENCY MOTION OF DEBTOR RICHARD M. OSBORNE, SR. FOR IMMEDIATE TURNOVER OR RELEASE OF PERSONAL INCOME AND SOCIAL SECURITY PAYMENT,

Richard M. Osborne, Sr., the debtor ("Debtor"), moves this Court for an order directing the Chapter 7 trustee to immediately release from a hold she placed on two Erie Bank accounts and to turnover his exempt personal income for the month of July 2019 and his June 26, 2019 social security payment, and to immediately set a hearing on the same. The Debtor needs relief on an emergency basis as he has no personal funds at this time.

Each month the Debtor receives as personal income $2,637 in Social Security payments, $5,000 per month from the Estate of Jerome T Osborne, Sr. ("JTO Estate") for his services as a co-executor of that estate, and $12,500 per month payable from the JTO Estate to his wholly owned company 5580 Woodside LLC for acting as the real estate manager for that estate. A copy of the order setting forth the $5,000 compensation and the contract with the JTO Estate are attached as Exhibit A.

Prior to the conversion to Chapter 7 the Debtor's Social Security payment was automatically deposited into a checking account at Erie Bank (the "Personal Account") and then withdrawn from the Personal Account and put into his general debtor-in-possession operating account. A copy of the June bank account statement and a current online balance report for the Personal Account is attached as Exhibit B, (the Debtor has not received the July statement for this account). Similarly, $12,500 per month was payable to 5850 Woodside LLC and deposited into a checking account in the name of that entity also at Erie Bank (the "Woodside Account") and then withdrawn and deposited into the DIP account each month. A copy of the June bank account statement and a current online balance report for this account is attached as Exhibit C

(the Debtor has also not received the July statement for this account.) Inadvertently, the July payment of the $5,000 from the JTO Estate was deposited into the DIP account just prior to the conversion to chapter 7.

The court entered an order converting this case to Chapter 7 on July 3, 2019. Upon appointment, the Chapter 7 trustee issued a directive to various banks directing that no funds were to be withdrawn from any account in the name of the Debtor including the DIP account. The Debtor acknowledges that the trustee is entitled to the non-exempt personal income of the Debtor until the date of conversion, but the balance of the funds for July is property of the Debtor. 11 USC § 1115(a)(2). The Debtor's Social Security payment is exempt pursuant to 42 USC §402; 11 USC §541(c) and ORC §2329.66(a)(17). Seventy-five percent of the Debtor's income from personal services is exempt from the Chapter 7 estate pursuant to ORC §2329.66(a)(13)(b). Deposit of the funds into an account does not change their status as exempt assets. *Daugherty v. Central Trust. Co. of N.E. Ohio, N.A.,* 28 Ohio St.3d 441, 504 N.E.2d 1100 (1986).

The Trustee is therefore at most entitled to approximately 2.42% of the Debtors total monthly income (3days divided by the 31 days in July times 25%) from the JTO Estate or $423.39. Attempting to rectify this, the Debtor tried to deposit a check drawn on the DIP Account for $4,515.50 representing the balance due him into the Personal Account (which of course bounced). The Debtor also deposited $11,291.25 from the Woodside Account into the Personal Account, but because of the hold those funds are blocked from the Debtor's use.

The Debtor is entitled to $19,713.61 of his monthly income for July. Therefore the Debtor requests that the hold on the Personal Account and the Woodside Account be released and he be free to use the funds on deposit in them, and that the Trustee immediately pay to the Debtor $7,213.61 representing the balance due him.

THEREFORE, the Debtor respectfully requests that this Court enter an order setting an immediate hearing on this matter and directing the Chapter 7 trustee to hold on the Personal Account and the Woodside Account be released and he be free to use the funds on deposit in them, and that the Trustee immediately pay to the Debtor $7,213.61 representing the balance due him..

Respectfully submitted,
/s/ Frederic P. Schwieg, Esq.
Frederic P. Schwieg, Esq. (0030418)
Attorney at Law
2705 Gibson Dr
Rocky River, OH 44116
(440) 499-4506
(440) 398-0490
fschwieg@schwieglaw.com
Attorney for Debtor

## <u>CERTIFICATE OF SERVICE</u>

A copy of this Motion for Turnover was served on the following on the date filed by Notice of Electronic Filing.

Gregory P. Amend on behalf of Creditor First National Bank of Pennsylvania
gamend@bdblaw.com, grichards@bdblaw.com

Alison L. Archer on behalf of Interested Party Lakeland Community College
alison.archer@ohioattorneygeneral.gov, Trish.Lazich@ohioattorneygeneral.gov;angelique.dennis-noland@ohioattorneygeneral.gov

Richard M. Bain on behalf of Interested Party Zachary B Burkons
rbain@meyersroman.com, mnowak@meyersroman.com;jray@meyersroman.com

Adam S. Baker on behalf of Creditor Michael E. Osborne, Sr.
abakerlaw@sbcglobal.net, adam@bakerlaw.us;abakerlaw@gmail.com

Austin B. Barnes, III on behalf of Creditor Tax Ease Ohio, LLC
abarnes@sandhu-law.com, bk1notice@sandhu-law.com

Robert D. Barr on behalf of Creditor Chicago Title Insurance Company
rbarr@koehler.law, rbarr@koehler.law

David T. Brady on behalf of Creditor Tax Ease Ohio, LLC
DBrady@Sandhu-Law.com, bk1notice@sandhu-law.com

Kari B. Coniglio
kbconiglio@vorys.com, mdwalkuski@vorys.com;kbc@trustesolutions.net;jncash2@vorys.com

LeAnn E. Covey on behalf of Creditor Bank of America, N.A.
bknotice@clunkhoose.com

Richard W. DiBella on behalf of Creditor Nationwide Mutual Fire Insurance Company

rdibella@dgmblaw.com

Stephen R. Franks on behalf of Creditor Bank of America, N.A.
amps@manleydeas.com

Stephen John Futterer on behalf of Creditor City of Willoughby
sjfutterer@sbcglobal.net, r43087@notify.bestcase.com

Melody Dugic Gazda on behalf of Plaintiff Home Savings Bank
mgazda@hendersoncovington.com

Melody Dugic Gazda on behalf of Respondent Home Savings Bank, Successor by Merger to The Home
Savings & Loan Company of Youngstown, Ohio
mgazda@hendersoncovington.com

Michael R. Hamed on behalf of Interested Party Gas Natural Inc.
mhamed@kushnerhamed.com, kgross@kushnerhamed.com

Heather E. Heberlein on behalf of Creditor First National Bank of Pennsylvania
hheberlein@bdblaw.com, vgum@bdblaw.com

Dennis J. Kaselak on behalf of Claimant Diane M. Osborne
dkaselak@peteribold.com, Cynthia@peteribold.com

Dennis J. Kaselak on behalf of Defendant Diane M. Osborne
dkaselak@peteribold.com, Cynthia@peteribold.com

Christopher J. Klym on behalf of Creditor Ohio Department of Taxation
bk@hhkwlaw.com

Jerry R. Krzys on behalf of Plaintiff Home Savings Bank
jkrzys@hendersoncovington.com, jerrykrzys@gmail.com

Matthew H. Matheney on behalf of Creditor First National Bank of Pennsylvania
mmatheney@bdblaw.com, bhajduk@bdblaw.com

Shannon M. McCormick on behalf of Creditor Center Street School Condominiums and coachhouses Unit
Owners' Association, Inc.
bankruptcy@kamancus.com

Kelly Neal on behalf of Creditor The Huntington National Bank
kelly.neal@bipc.com, donna.curcio@bipc.com

David M. Neumann on behalf of Interested Party Zachary B Burkons
dneumann@meyersroman.com, jray@meyersroman.com;mnnowak@meyersroman.com

Timothy P. Palmer on behalf of Creditor The Huntington National Bank
timothy.palmer@bipc.com, donna.curcio@bipc.com

Tricia L. Pycraft on behalf of Accountant Rea & Associates, Inc.
tpycraft@ccj.com, bowman@ccj.com

Kirk W. Roessler on behalf of Creditor Estate of Jerome T. Osborne
kroessler@walterhav.com, kballa@walterhav.com;slasalvia@walterhav.com

Kirk W. Roessler on behalf of Creditor Osborne Farms, LLC fka Huron Lime Company, LLC
kroessler@walterhav.com, kballa@walterhav.com;slasalvia@walterhav.com

John J. Rutter on behalf of Creditor Mentor Lumber & Supply Co.

jrutter@ralaw.com

Frederic P. Schwieg on behalf of Attorney Frederic P. Schwieg
fschwieg@schwieglaw.com

Frederic P. Schwieg on behalf of Cross-Claimant Richard M. Osborne
fschwieg@schwieglaw.com

Frederic P. Schwieg on behalf of Debtor Richard M. Osborne
fschwieg@schwieglaw.com

Frederic P. Schwieg on behalf of Defendant Richard M. Osborne
fschwieg@schwieglaw.com

Michael J. Sikora, III on behalf of Creditor Chicago Title Insurance Company
msikora@sikoralaw.com, aarasmith@sikoralaw.com

Nathaniel R. Sinn on behalf of Creditor First National Bank of Pennsylvania
nsinn@bdblaw.com, grichards@bdblaw.com

Rachel L. Steinlage on behalf of Interested Party Zachary B Burkons
rsteinlage@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com;rbain@meyersroman.com

Richard J. Thomas on behalf of Plaintiff Home Savings Bank
rthomas@hendersoncovington.com, mgazda@hendersoncovington.com

Andrew M. Tomko on behalf of Creditor Tax Ease Ohio, LLC
atomko@sandhu-law.com, bk1notice@sandhu-law.com

Jeffrey C. Toole on behalf of Interested Party Zachary B Burkons
toole@buckleyking.com, young@buckleyking.com

Michael S. Tucker on behalf of Creditor Citizens Bank, N.A.
mtucker@ulmer.com

Phyllis A. Ulrich on behalf of Creditor The Huntington National Bank
bankruptcy@carlisle-law.com, bankruptcy@carlisle-law.com

Leslie E. Wargo on behalf of Cross-Claimant Richard M. Osborne
Leslie@Wargo-Law.com

Leslie E. Wargo on behalf of Debtor Richard M. Osborne
Leslie@Wargo-Law.com

Maria D. Giannirakis ust06 on behalf of U.S. Trustee United States Trustee
maria.d.giannirakis@usdoj.gov

Scott R. Belhorn ust35 on behalf of U.S. Trustee United States Trustee
Scott.R.Belhorn@usdoj.gov

/s/ Frederic P. Schwieg, Esq.

Frederic P. Schwieg, Esq.

FILED

AUG 3 1 2018

Judge Mark J. Bartolotta
Court of Common Pleas
Probate Division
Lake County, Ohio

IN THE COURT OF COMMON PLEAS
PROBATE DIVISION
LAKE COUNTY, OHIO

In Re:
Estate of Jerome T. Osborne, Sr.

CASE NO. 2014 ES 0305

JUDGE MARK J. BARTOLOTTA

**JUDGMENT ENTRY**

This 31st day of _Aug_ , 2018, this cause came on for hearing on the Motion for

Co-Executor Extraordiniary Fees for the reasons set forth in the foregoing Motion.

The Court upon consideration finds the Motion well taken and grants the extension of the

payments of extraordinary fees of Five Thousand Dollars ($5,000) per month for the duration of

the Estate's administration.

IT IS SO ORDERED.

_____
Mark J. Bartolotta, Probate Judge

Prepared by:
Melvyn E. Resnick, Esq. (#0009690)
Howard S. Rabb Esq. (#0034685)
**DWORKEN & BERNSTEIN CO., L.P.A.**
60 South Park Place
Painesville, Ohio 44077
(440) 352-3391    (440) 352-3469 Fax
Email:  mresnick@dworkenlaw.com
        hrabb@dworkenlaw.com
2204243/2293814

EXHIBIT
A

# Court Of Common Pleas
## DIVISION OF PROBATE
## JUDGE MARK J. BARTOLOTTA

File Copy

August 31, 2018

RE:    ESTATE OF
       JEROME T OSBORNE

CASE NO:   14 ES 0305

     Enclosed is a copy of the Judgment Entry dated AUGUST 31, 2018
which was filed in the above captioned case.

                          LAKE COUNTY PROBATE COURT
                          *Deputy Clerk/KM*

Cc:   MELVYN E. RESNICK, ESQ.

# CONSULTING AGREEMENT

This Consulting Agreement (this "Agreement"), is entered into to be effective as of April 1, 2015 (the "Effective Date"), by and between *5580 WOODSIDE, LLC* an Ohio limited liability company (the "Consultants") and **THE ESTATE OF JEROME T. OSBORNE** (the "Estate").

## RECITALS:

A. The current co-executors of the Estate wish to have the Estate retain the services of Consultant to help rezone certain real estate; sell certain real estate; and sell certain personal property owned by the Estate and in addition help evaluate the business operations of Cuyahoga Materials Company, which company is now owned by the Estate as its majority shareholder (collectively the "Services").

B. In consideration of the premises, the mutual covenants, and agreements herein set forth, and other good and valuable consideration, the receipt and sufficiency of which here hereby acknowledged, it is agreed as follows:

## AGREEMENTS:

1. <u>Services</u>. The Consultant shall provide the Services to the Estate during the consulting period, as from time to time requested by the Estate in regard to all matters relating to the required Services.

2. <u>Consulting Period</u>. The Consulting Period shall commence on the Effective Date and shall continue on a month to month term until either terminated by the Estate and/or the Consultant. The Estate and/or the Consultant can terminate this Agreement for any reason whatsoever upon the giving of 30 days advance written notice. Any such termination will be without liability to either party.

3. <u>Consulting Fees</u>. Consultant shall receive Twelve Thousand Five Hundred Dollars ($12,500.00) per month from the Estate for said Services until this Agreement is terminated.

4. <u>No Other Consideration</u>. Other than the Consulting Fees, the Estate shall not pay or provide Consultant with any additional compensation or benefits.

5. <u>Nature of Relationship</u>. The relationship of Consultant to Estate shall be that of an independent contractor and the Estate shall not withhold any payroll taxes.

6. <u>Consultations</u>. Consultant shall make himself reasonably available to consult with the Estate at reasonable times after reasonable notice to the Consultant concerning the matters set forth in this Agreement. Consultant shall use his best efforts to provide the requested Services in a timely and efficient manner.

1428638

1

7. <u>Savings Clause</u>. If any one or more of the provisions contained in this Agreement shall for any reason be held to be invalid, illegal, or unenforceable in any respect, such invalidity, illegality, or unenforceability shall not affect the validity and enforceability of any other provisions hereof.

8. <u>Entire Agreement</u>. This Agreement contains the entire agreement of the parties hereto with respect to the subject matter contained herein and supersedes all prior agreements and understandings, oral or written, if any, between the parties hereto. No modification or amendment of any of the terms, conditions, or provisions herein may be made otherwise than by written agreement signed by the parties hereto.

9. <u>No Assignment; No Transfer</u>. Neither this Agreement nor any rights or benefits hereunder may be assigned by Consultant.

10. <u>Waiver of Breach</u>. The waiver by any party hereto of a breach of any provision of this Agreement shall not operate or be construed as a waiver of any subsequent breach by any party. In addition, Consultant agrees that the execution of this Consulting Agreement shall not act as a waiver by either Richard M. Osborne the principal owner of the Consultant or the Estate in regard to any and all claims pertaining to monies due and owing either Richard M. Osborne from the Estate or monies due the Estate from Richard M. Osborne.

11. <u>Notice</u>. All notices provided for by this Agreement shall be made in writing; (a) either by actual delivery or the notice to a party hereunder; (b) by overnight courier service; or (c) by the mailing of the notice in the United State mail addressed to the party to be notified at the address listed below (or at such other address as may have been designated by written notice), certified or registered mail, return receipt requested. This notice shall be deemed to be received (a) if by personal delivery, on the date of its actual receipt by the party entitled thereto, (b) if by overnight courier, the day such notice is delivered by the courier service, or (c) if by mail, on the third (3rd) business day following the day mailing is made.

12. <u>Multiple Counterparts</u>. This Agreement may be executed in a number of identical counterparts, each of which for all purposes is to be deemed an original, and all of which constitute, collectively, one agreement. Facsimile and PDF signatures shall be acceptable.

13. <u>Descriptive Headings</u>. In the event of a conflict between titles to articles and paragraphs and the text, the text shall control.

14. <u>Governing Law</u>. This Agreement shall be governed by and construed in accordance with the domestic laws of the State of Ohio without giving effect to any choice or conflict of law provision or rule that would cause the application of the laws of any jurisdiction other than the State of Ohio.

15. <u>Modification</u>. This Agreement may be modified or amended only by subsequent written agreement executed by the parties.

1428638

2

16. **Legal Representation.** Consultant acknowledges that the Estate is represented by the law firm of Dworken & Bernstein Co., L.P.A. and its attorney Melvyn E. Resnick and that Consultant will either retain its own legal counsel in connection with the review and execution of this Consulting Agreement or proceed without any legal counsel if Consultant so desires. In addition, Consultant agrees that contemporaneously with the execution of this Agreement, Consultant and Richard M. Osborne will both execute the waiver and consent attached hereto and incorporated herein and marked as Exhibit "A."

ESTATE:

**THE ESTATE OF JEROME T. OSBORNE**

_____
Georgeanne Osborne Gorman,
Co-Executor

_____
Jerome T. Osborne, III, Co-Executor

_____
Michael E. Osborne, Co-Executor

_____
Jackie Osborne Fisher, Co-Executor

_____
Jeremy Cash Osborne, Co-Executor

_____
William V. Krug, Jr., Co-Executor

_____
William L. Mackey, Co-Executor

c/o Howard Rabb
60 South Park Place
Painesville, Oh 44077

CONSULTANT:

5580 WOODSIDE RD. - L.L.C.
an Ohio limited liability company

By: _____
Richard M. Osborne, Managing Member

c/o Richard M. Osborne
7001 Center Street, Rear Door
Mentor, OH 44060

3

1428638

16.  <u>Legal Representation</u>.  Consultant acknowledges that the Estate is represented by the law firm of Dworken & Bernstein Co., L.P.A. and its attorney Melvyn E. Resnick and that Consultant will either retain its own legal counsel in connection with the review and execution of this Consulting Agreement or proceed without any legal counsel if Consultant so desires.  In addition, Consultant agrees that contemporaneously with the execution of this Agreement, Consultant and Richard M. Osborne will both execute the waiver and consent attached hereto and incorporated herein and marked as <u>Exhibit "A."</u>

<u>ESTATE:</u>

**THE ESTATE OF JEROME T. OSBORNE**


_____
Georgeanne Osborne Gorman,
Co-Executor


_____
Jerome T. Osborne, III, Co-Executor


_____
Michael E. Osborne, Co-Executor


_____
Jackie Osborne Fisher, Co-Executor

c/o Howard Rabb
60 South Park Place
Painesville, Oh 44077


_____
Jeremy Cash Osborne, Co-Executor


_____
William V. Krug, Jr. , Co-Executor


_____
William L. Mackey, Co-Executor


<u>CONSULTANT:</u>

5580 WOODSIDE RD. -L.L.C.
an Ohio limited liability company

By: _____
      Richard M. Osborne, Managing Member

c/o Richard M. Osborne
7001 Center Street, Rear Door
Mentor, OH 44060

1428638

3

16.  Legal Representation.  Consultant acknowledges that the Estate is represented by the law firm of Dworken & Bernstein Co., L.P.A. and its attorney Melvyn E. Resnick and that Consultant will either retain its own legal counsel in connection with the review and execution of this Consulting Agreement or proceed without any legal counsel if Consultant so desires.  In addition, Consultant agrees that contemporaneously with the execution of this Agreement, Consultant and Richard M. Osborne will both execute the waiver and consent attached hereto and incorporated herein and marked as Exhibit "A."

ESTATE:
THE ESTATE OF JEROME T. OSBORNE

_____
Georgeanne Osborne Gorman,
Co-Executor

_____
Jeremy Cash Osborne, Co-Executor

_____
Jerome T. Osborne, III, Co-Executor

_____
William V. Krug, Jr., Co-Executor

_____
Michael E. Osborne, Co-Executor

_____
William L. Mackey, Co-Executor

_____
Jackie Osborne Fisher, Co-Executor

c/o Howard Rabb
60 South Park Place
Painesville, Oh 44077

CONSULTANT:

5580 WOODSIDE Rd. - L.L.C,
an Ohio limited liability company

By: _____
Richard M. Osborne, Managing Member

c/o Richard M. Osborne
7001 Center Street, Rear Door
Mentor, OH 44060

1428638                                3

## EXHIBIT "A"

## WAIVER AND CONSENT

Each of the undersigned hereby acknowledges that Melvyn E. Resnick and the law firm of Dworken & Bernstein Co., L.P.A. (collectively "Attorneys'") have previously or indirectly represented, and/or currently directly or indirectly represent each of the undersigned in connection with the various business and/or personal legal matters.

Notwithstanding the foregoing, each of the undersigned has requested and/or consents to Attorneys' representing the Estate of Jerome T. Osborne (the "Estate") in connection with the negotiation, drafting and execution of the Consulting Agreement between the Estate and 5580 U200Side LC, an Ohio limited liability company owned by Richard M. Osborne.

Each of the undersigned further acknowledges and agrees that in relation to the terms and conditions of the Consulting Agreement, Attorneys' will be representing the Estate, and not any of the other parties to that transaction.

Each of the undersigned waives any conflict of interest associated with Attorneys' representation as afore described and consents thereto.

Each of the undersigned acknowledges that the Estate shall be liable to pay for all legal fees and other expenses owed Attorneys' for the legal services rendered relative to the Consulting Agreement.

Each of the undersigned hereby reserves the right to hereinafter engage counsel other than Attorneys' relative to the Consulting Agreement.

**THE ESTATE OF JEROME T. OSBORNE**

_____
Georgeanne Osborne Gorman,
Co-Executor

_____
Jerome T. Osborne, III, Co-Executor

Michael E. Osborne, Co-Executor

_____
Jackie Osborne Fisher, Co-Executor

_____
Jeremy Cash Osborne, Co-Executor

_____
William V. Krug, Jr., Co-Executor

_____
William L. Mackey, Co-Executor

1428638

4

## EXHIBIT "A"

### WAIVER AND CONSENT

Each of the undersigned hereby acknowledges that Melvyn E. Resnick and the law firm of Dworken & Bernstein Co., L.P.A. (collectively "Attorneys"") have previously or indirectly represented, and/or currently directly or indirectly represent each of the undersigned in connection with the various business and/or personal legal matters.

Notwithstanding the foregoing, each of the undersigned has requested and/or consents to Attorneys' representing the Estate of Jerome T. Osborne (the "Estate") in connection with the negotiation, drafting and execution of the Consulting Agreement between the Estate and 5360 WOODSIDE, an Ohio limited liability company owned by Richard M. Osborne.

Each of the undersigned further acknowledges and agrees that in relation to the terms and conditions of the Consulting Agreement, Attorneys' will be representing the Estate, and not any of the other parties to that transaction.

Each of the undersigned waives any conflict of interest associated with Attorneys' representation as afore described and consents thereto.

Each of the undersigned acknowledges that the Estate shall be liable to pay for all legal fees and other expenses owed Attorneys' for the legal services rendered relative to the Consulting Agreement.

Each of the undersigned hereby reserves the right to hereinafter engage counsel other than Attorneys' relative to the Consulting Agreement.

**THE ESTATE OF JEROME T. OSBORNE**

Georgeanne Osborne Gorman,
Co-Executor

Jeremy Cash Osborne, Co-Executor

Jerome T. Osborne, III, Co-Executor

William V. Krug, Jr., Co-Executor

Michael E. Osborne, Co-Executor

William L. Mackey, Co-Executor

Jackie Osborne Fisher, Co-Executor

1428/038

4

## EXHIBIT "A"

## WAIVER AND CONSENT

Each of the undersigned hereby acknowledges that Melvyn E. Resnick and the law firm of Dworken & Bernstein Co., L.P.A. (collectively "Attorneys'") have previously or indirectly represented, and/or currently directly or indirectly represent each of the undersigned in connection with the various business and/or personal legal matters.

Notwithstanding the foregoing, each of the undersigned has requested and/or consents to Attorneys' representing the Estate of Jerome T. Osborne (the "Estate") in connection with the negotiation, drafting and execution of the Consulting Agreement between the Estate and _5580 WOODSIDE_, an Ohio limited liability company owned by Richard M. Osborne.

Each of the undersigned further acknowledges and agrees that in relation to the terms and conditions of the Consulting Agreement, Attorneys' will be representing the Estate, and not any of the other parties to that transaction.

Each of the undersigned waives any conflict of interest associated with Attorneys' representation as afore described and consents thereto.

Each of the undersigned acknowledges that the Estate shall be liable to pay for all legal fees and other expenses owed Attorneys' for the legal services rendered relative to the Consulting Agreement.

Each of the undersigned hereby reserves the right to hereinafter engage counsel other than Attorneys' relative to the Consulting Agreement.

## THE ESTATE OF JEROME T. OSBORNE

_____
Georgeanne Osborne Gorman,
Co-Executor

_____
Jerome T. Osborne, III, Co-Executor

_____
Michael E. Osborne, Co-Executor

_____
Jackie Osborne Fisher, Co-Executor

_____
Jeremy Cash Osborne, Co-Executor

_____
William V. Krug, Jr. , Co-Executor

_William L Mackey_
William L. Mackey, Co-Executor

1428638

4

5580 Woodside L.L.C,
an Ohio limited liability company

By: _____
Richard M. Osborne, Managing Member

_____
Richard M. Osborne, Individually

1428638

5.



**ERIEBANK**
A division of CNB Bank

2035 Edinboro Road, Erie, PA, 16509
Return Service Requested

Phone number:
1-888-822-2990
**Website:**
www.ERIEBANK.bank

### Summary - All Accounts

| Product | Account # | Ending Balance |
|---|---|---|
| Free Checking | 1306845299 | $100.00 |

RICHARD M OSBORNE
DONALD R WHITEMAN
SHERRII L PHILLIPS
7265 MARKELL RD
WILLOUGHBY OH 44094-9312

### Free Checking - 1306845299

| Date | Transaction Description | Withdrawal | Deposit | Balance |
|---|---|---|---|---|
| | **BEGINNING BALANCE** | | | **$100.00** |
| Jun 26 | External Deposit US TREAS 310 - XXSOC SEC | | 2,637.00 | 2,737.00 |
| Jun 27 | 1022 Check | -2,637.00 | | 100.00 |
| | **ENDING BALANCE** | | | **$100.00** |

RICHARD M OSBORNE
SHERRII L PHILLIPS
DONALD R WHITEMAN

### Check Summary

| Check No. | Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1022 | Jun 27 ☐ | 2,637.00 | | | | | | |

Number of Checks: 1       * Indicates a skip in sequence       e Indicates an electronic check

### Balance Summary

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| Jun 26 | 2,737.00 | Jun 27 | 100.00 | | | | |

> **EXHIBIT**
> **B**



# Planning a vacation?

*Make sure your debit card works once you get there by letting us know ahead of time!*

Fraud detection monitoring controls on your ERIEBANK debit card are set to recognize out-of-state transactions that are uncommon. To ensure these security settings won't disable your debit card from making purchases while you're out of town, let us know your travel plans before you go!

Member FDIC

**go** Mobile

**DOWNLOAD THE APP AND ENROLL TODAY!**
*available at*
Amazon, App Store, Google Play

031TVA_BK_266CN0001_M072


## Overdraft/Returned Item Fees

| Fee Type | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

## Account Summary

| Previous Date | Beginning Balance | Deposits | Interest Paid | Withdrawals | Fees | Ending Balance |
|---|---|---|---|---|---|---|
| Jun 01, 2019 | 100.00 | 2,637.00 | 0.00 | 2,637.00 | 0.00 | 100.00 |





A division of CNB Bank

Accounts   Transfers   Manage My Money   Profile

**Accounts Summary | Account Activity | Stop Payments | eStatements | More**

## Account Activity

| Account Details | Print |
|---|---|
| Account Nickname: | Rick - Personal Change |
| Account Name: | Free Checking |
| Account Number: | x5299 |
| Date Opened: | 09/05/2017 |
| Interest Rate: | 0.000% |
| Available Balance: | $11,379.25 |
| Current Balance: | $11,379.25 |
| Annual Percentage Yield | % |
| Last Statement Date: | 06/28/2019 |

### Pending Transactions                    Print

Download For: ▶ Spreadsheet

| Date | Type | Description | Amount | Balance |
|---|---|---|---|---|
| | | *No transactions to be displayed.* | | |

### Account History          Print All   Print One Page

Export all history

Account History:   x5299 - Rick - Personal (Available $11,379.25)

Show:   All   30 Days   60 Days   90 Days   120 Days   Other

Show Only:   Any type of transaction

Description:

Check Number:

Amount:                     To:

Printer Friendly

Download For: ▶ Spreadsheet

| Date | Type | Description | Withdrawals | Deposits | Balance | |
|---|---|---|---|---|---|---|
| 07/09/2019 | Returned Check | CHK# 2201 :DEBTOR IN POSSECCION/RICHARD | $4,516.50 | | $11,379.25 | ? |
| 07/09/2019 | Chargeback | Return Check Fee | $12.00 | | $15,895.75 | ? |
| 07/05/2019 | Deposit | Deposit | | $15,807.75 | $15,907.75 | ? |
| 06/27/2019 | Check | Check 1022 | $2,637.00 | | $100.00 | ? |
| 06/26/2019 | External Deposit | US TREAS 310 XXSOC SEC | | $2,637.00 | $2,737.00 | ? |

**ERIEBANK. All rights reserved.**
**2035 Edinboro Road, Erie PA 16509**
**For general eBanking support, call 888-822-2990.**
**For questions on your accounts, or if you are having trouble logging in,**
**call (888) 822-2990, or email CustomerServiceCenter@ERIEBANK.bank.**



FDIC



**ERIEBANK**
*A division of CNB Bank*

**Phone number:**
1-888-822-2990
**Website:**
www.ERIEBANK.bank

**Customer Statement**     **Pg 1 of 3**

**Account Number:**    1306746439
**Statement Date:**    Jun 01, 2019 thru Jun 28, 2019

**2035 Edinboro Road, Erie, PA, 16509**
**Return Service Requested**

5580 WOODSIDE RD LLC
PO BOX 1020
MENTOR OH 44061-1020

### Summary - All Accounts

| Product | Account # | Ending Balance |
|---|---|---|
| Small Business Checking | 1306746439 | $250.00 |

## Small Business Checking · 1306746439

| Date | Transaction Description | Withdrawal | Deposit | Balance |
|---|---|---|---|---|
| | BEGINNING BALANCE | | | **$250.00** |
| Jun 28 | Total Deposits | | 12,500.00 | |
| Jun 28 | Total Withdrawals | 12,500.00 | | |
| | ENDING BALANCE | | | **$250.00** |

### Deposits and Credits

| Date | Transaction Description | | | Amount |
|---|---|---|---|---|
| Jun 03 | Deposit | | | 12,500.00 |

### Check Summary

| Check No. | Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 3027 | Jun 05 ❑ | 12,500.00 | | | | | | |

Number of Checks: 1    * Indicates a skip in sequence    e Indicates an electronic check

### Balance Summary

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| Jun 03 | 12,750.00 | Jun 05 | 250.00 | | | | |

**EXHIBIT**

**C**



# Planning a vacation?

*Make sure your debit card works once you get there by letting us know ahead of time!*

Fraud detection monitoring controls on your ERIEBANK debit card are set to recognize out-of-state transactions that are uncommon. To ensure these security settings won't disable your debit card from making purchases while you're out of town, let us know your travel plans before you go!

MemberFDIC

**go Mobile**

DOWNLOAD THE APP
AND ENROLL TODAY!
*available at*
**Amazon, App Store, Google Play**

031TVA_BK_269CN0001_M072


### Overdraft/Returned Item Fees

| Fee Type | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

### Account Summary

| Previous Date | Beginning Balance | Deposits | Interest Paid | Withdrawals | Fees | Ending Balance |
|---|---|---|---|---|---|---|
| Jun 01, 2019 | 250.00 | 12,500.00 | 0.00 | 12,500.00 | 0.00 | 250.00 |



ERIEBANK®
A division of CNB Bank

Accounts   Transfers   Manage My Money   Profile

| Accounts Summary | Account Activity | Stop Payments | eStatements | More |

## Account Activity

| Account Details | Print |
|---|---|
| Account Nickname: | 5580 Woodside Change |
| Account Name: | Small Business Checking |
| Account Number: | x6439 |
| Date Opened: | 05/03/2017 |
| Interest Rate: | 0.000% |
| Available Balance: | $1,458.75 |
| Current Balance | $1,458.75 |
| Annual Percentage Yield | % |
| Last Statement Date: | 06/28/2019 |



**Pending Transactions**                                        Print

Download For: ▶ Spreadsheet

| Date | Type | Description | Amount | Balance |
|---|---|---|---|---|
| | | No transactions to be displayed. | | |

**Account History**                          Print All   Print One Page

Export all history

Account History:  x6439 - 5580 Woodside (Available $1,458.75)

Show:  All   30 Days   60 Days   90 Days   120 Days   Other

Show Only:  Any type of transaction

Description:

Check Number:

Amount:                    To:

Printer Friendly

Download For: ▶ Spreadsheet

| Date | Type | Description | Withdrawals | Deposits | Balance | |
|---|---|---|---|---|---|---|
| 07/05/2019 | Over Counter Check | Over Counter Check 3028 | $11,291.25 | | $1,458.75 | ? |
| 07/05/2019 | Deposit | Deposit | | $12,500.00 | $12,750.00 | ? |

ERIEBANK. All rights reserved.
2035 Edinboro Road, Erie PA 16509
For general eBanking support, call 888-822-2990.
For questions on your accounts, or if you are having trouble logging in,
call (828) 822-2990, or email CustomerServiceCenter@ERIEBANK.bank.

