# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE RICHARD M. OSBORNE, SR.<br>*Debtor* | CASE NO. 17-17361<br>JUDGE ARTHUR I. HARRIS<br>CHAPTER 7 |

### AMENDED THIRD INTERIM APPLICATION OF FREDERIC P. SCHWIEG, ESQ. ATTORNEY AT LAW FOR APPROVAL OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR DEBTOR AND DEBTOR IN POSSESSION

Frederic P. Schwieg, Esq. Attorney at Law moves the Court for an order approving this second interim application for attorney's fees as counsel to Richard M. Osborne, Sr. as debtor and debtor-in-possession ("Debtor") in the amount of $33,210 and expenses of $288.70 and allowing him $33,498.70 as an administrative expense against the bankruptcy estate to be paid by the debtor.

## I.  JURISDICTION

The court has jurisdiction over this matter pursuant to 28 U.S.C. §1334(a) and (e) and General Order 84 of the United States District Court for this District. This is a core proceeding in which the Court may enter a final order pursuant to 28 U.S.C. §157(b)(2)(A),(M) and (O).

## II.  NARRATIVE SUMMARY

### A.  BACKGROUND

This bankruptcy case was filed on December 17, 2017 with the Debtor represented by attorney Glenn Forbes. Mr. Forbes had a conflict due to his representation of several companies in other chapter 11 cases that were owned by the Debtor. Therefore on January 17, 2018 the Debtor moved to employ applicant Frederic P. Schwieg, Esq. Attorney at Law ("Schwieg") as his counsel [Doc 28]. On February 6, 2018 the Court approved the retention of Mr. Schwieg [Doc. 40] on an hourly basis, and all payments to be made to Frederic P. Schwieg, Esq. Mr. Schwieg would be from funds held Mr. Schwieg as a retainer or from the Debtor; no other payments have been promised to him other than those approved by the Court. Pursuant to the

Order approving fees to Mr. Forbes, on May 22, 2018 Mr. Schwieg received the remaining retainer amount held by Mr. Forbes of $26,373.00. On June 11, 2018, Mr. Schwieg filed his first interim fee application in the amount of $69,685.00 and expenses of $1,887.07. The court awarded these fees in an order entered on July 19, 2018, and these were paid with the balance of the remaining retainer received from Mr. Forbes in the debtor paying the balance on August 7, 2018. On January 26, 2019, Mr. Schwieg filed his second interim fee application in the amount of $56,100 and expenses of $268.50. The court awarded these fees in an order entered on February 25, 2019, and these were paid by the debtor on March 14, 2019.

Mr. Schwieg is an experienced bankruptcy lawyer having been practicing before this Court since 1987. Mr. Schwieg is a former law clerk to the Hon. John F. Ray, Jr., and has represented debtors, bankruptcy trustees, and Chapter 11 debtors in possession in numerous bankruptcy cases.

The hourly rates charged on the attached exhibit are the usual and customary charge to all of Frederic P. Schwieg, Esq.'s clients for services of the type provided, at the time provided. This application covers the period January 25, 2019 through June 12, 2018.

### B. CASE STATUS

During the time of this application the Debtor has remained in possession of his assets and continued to operate as debtor-in-possession. The Debtor moved the court to voluntarily convert his case to one under Chapter 7. The Court granted that motion on July 3, 2019. Kari Coniglio was appointed the interim chapter 7 trustee for the estate on that date. According to the most recent operating report the estate holds $1,545,802.15 in funds on hand.

### C. PROJECT SUMMARY

Mr. Schwieg was retained by the Debtor to represent him in all matters before this Court. From the beginning, this case has been driven by a large amount of past litigation with various parties and the value of the assets owned by the Debtor. During this period Mr. Schwieg

continued to investigate and correct the debtor's schedules. Mr. Schwieg also prepared motions to sell property of the estate, and reviewed a claim on a property in Tidioute Pennsylvania. Mr. Schwieg worked with Diane Osborne to resell property of the estate and to resolve her various claims. Mr. Schwieg located and retained special counsel to assist with a motion for the appointment of a Chapter 11 trustee filed by First National Bank of Pennsylvania. Mr. Schwieg services are detailed on the invoice attached.

### D. EXPENSES

Mr. Schwieg incurred $288.70 in expenses in connection with this case.

### E. CONCLUSION

Therefore, Frederic P. Schwieg, Esq. Attorney at Law requests that this Court enter an order approving his legal fees in the amount of $ $33,210 and expenses of $288.70 and allowing him $33,498.70 as an administrative expense against the bankruptcy estate to be paid by the Chapter 7 Trustee. Even though Chapter 11 administrative expenses are subordinated to payment of chapter 7 administrative expenses, the estate holds in excess of $1.5 million which should be more than sufficient to pay both expenses. Accordingly there is no just reason for delaying the payment of Chapter 11 administrative expenses in this case, and Mr. Schwieg requests that the Chapter 7 trustee be directed to immediately pay them. A proposed order is attached.

Respectfully Submitted,
/s/ Frederic P. Schwieg, Esq.
Frederic P. Schwieg, Esq. (0030418)
Attorney at Law
2705 Gibson Dr
Rocky River, OH 44116
(440) 499-4506
Fax (440) 398-0490
fschwieg@schwieglaw.com

# CERTIFICATE OF SERVICE

A copy of this Amended Third Application for Approval of Attorney Fees and Reimbursement of Expenses was served by was electronically transmitted on or about the date filed via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice list or was served by U.S. mail, postage prepaid, or certified mail on the persons below as indicated below.

Electronic Mail Notice List

Gregory P. Amend on behalf of Creditor First National Bank of Pennsylvania
gamend@bdblaw.com, grichards@bdblaw.com

Alison L. Archer on behalf of Interested Party Lakeland Community College
alison.archer@ohioattorneygeneral.gov, Trish.Lazich@ohioattorneygeneral.gov;angelique.dennis-noland@ohioattorneygeneral.gov

Richard M. Bain on behalf of Interested Party Zachary B Burkons
rbain@meyersroman.com, mnowak@meyersroman.com;jray@meyersroman.com

Adam S. Baker on behalf of Creditor Michael E. Osborne, Sr.
abakerlaw@sbcglobal.net, adam@bakerlaw.us;abakerlaw@gmail.com

Austin B. Barnes, III on behalf of Creditor Tax Ease Ohio, LLC
abarnes@sandhu-law.com, bk1notice@sandhu-law.com

Robert D. Barr on behalf of Creditor Chicago Title Insurance Company
rbarr@koehler.law, rbarr@koehler.law

David T. Brady on behalf of Creditor Tax Ease Ohio, LLC
DBrady@Sandhu-Law.com, bk1notice@sandhu-law.com

Kari B. Coniglio
kbconiglio@vorys.com, mdwalkuski@vorys.com;kbc@trustesolutions.net;jncash2@vorys.com

LeAnn E. Covey on behalf of Creditor Bank of America, N.A.
bknotice@clunkhoose.com

Richard W. DiBella on behalf of Creditor Nationwide Mutual Fire Insurance Company
rdibella@dgmblaw.com

Stephen R. Franks on behalf of Creditor Bank of America, N.A.
amps@manleydeas.com

Stephen John Futterer on behalf of Creditor City of Willoughby
sjfutterer@sbcglobal.net, r43087@notify.bestcase.com

Melody Dugic Gazda on behalf of Plaintiff Home Savings Bank
mgazda@hendersoncovington.com

Melody Dugic Gazda on behalf of Respondent Home Savings Bank, Successor by Merger to The Home Savings & Loan Company of Youngstown, Ohio
mgazda@hendersoncovington.com

Michael R. Hamed on behalf of Interested Party Gas Natural Inc.
mhamed@kushnerhamed.com, kgross@kushnerhamed.com

Heather E. Heberlein on behalf of Creditor First National Bank of Pennsylvania
hheberlein@bdblaw.com, vgum@bdblaw.com

FEE APP3-19-06-11-AMEND

Dennis J. Kaselak on behalf of Claimant Diane M. Osborne
dkaselak@peteribold.com, Cynthia@peteribold.com

Dennis J. Kaselak on behalf of Defendant Diane M. Osborne
dkaselak@peteribold.com, Cynthia@peteribold.com

Christopher J. Klym on behalf of Creditor Ohio Department of Taxation
bk@hhkwlaw.com

Jerry R. Krzys on behalf of Plaintiff Home Savings Bank
jkrzys@hendersoncovington.com, jerrykrzys@gmail.com

Matthew H. Matheney on behalf of Creditor First National Bank of Pennsylvania
mmatheney@bdblaw.com, bhajduk@bdblaw.com

Shannon M. McCormick on behalf of Creditor Center Street School Condominiums and coachhouses Unit Owners' Association, Inc.
bankruptcy@kamancus.com

Kelly Neal on behalf of Creditor The Huntington National Bank
kelly.neal@bipc.com, donna.curcio@bipc.com

David M. Neumann on behalf of Interested Party Zachary B Burkons
dneumann@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com

Timothy P. Palmer on behalf of Creditor The Huntington National Bank
timothy.palmer@bipc.com, donna.curcio@bipc.com

Tricia L. Pycraft on behalf of Accountant Rea & Associates, Inc.
tpycraft@ccj.com, bowman@ccj.com

Kirk W. Roessler on behalf of Creditor Estate of Jerome T. Osborne
kroessler@walterhav.com, kballa@walterhav.com;slasalvia@walterhav.com

Kirk W. Roessler on behalf of Creditor Osborne Farms, LLC fka Huron Lime Company, LLC
kroessler@walterhav.com, kballa@walterhav.com;slasalvia@walterhav.com

John J. Rutter on behalf of Creditor Mentor Lumber & Supply Co.
jrutter@ralaw.com

Frederic P. Schwieg on behalf of Attorney Frederic P. Schwieg
fschwieg@schwieglaw.com

Frederic P. Schwieg on behalf of Cross-Claimant Richard M. Osborne
fschwieg@schwieglaw.com

Frederic P. Schwieg on behalf of Debtor Richard M. Osborne
fschwieg@schwieglaw.com

Frederic P. Schwieg on behalf of Defendant Richard M. Osborne
fschwieg@schwieglaw.com

Michael J. Sikora, III on behalf of Creditor Chicago Title Insurance Company
msikora@sikoralaw.com, aarasmith@sikoralaw.com

FEE APP3-19-06-11-AMEND

Nathaniel R. Sinn on behalf of Creditor First National Bank of Pennsylvania
nsinn@bdblaw.com, grichards@bdblaw.com

Rachel L. Steinlage on behalf of Interested Party Zachary B Burkons
rsteinlage@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com;rbain@meyersroman.com

Richard J. Thomas on behalf of Plaintiff Home Savings Bank
rthomas@hendersoncovington.com, mgazda@hendersoncovington.com

Andrew M. Tomko on behalf of Creditor Tax Ease Ohio, LLC
atomko@sandhu-law.com, bk1notice@sandhu-law.com

Jeffrey C. Toole on behalf of Interested Party Zachary B Burkons
toole@buckleyking.com, young@buckleyking.com

Michael S. Tucker on behalf of Creditor Citizens Bank, N.A.
mtucker@ulmer.com

Phyllis A. Ulrich on behalf of Creditor The Huntington National Bank
bankruptcy@carlisle-law.com, bankruptcy@carlisle-law.com

Leslie E. Wargo on behalf of Cross-Claimant Richard M. Osborne
Leslie@Wargo-Law.com

Leslie E. Wargo on behalf of Debtor Richard M. Osborne
Leslie@Wargo-Law.com

Maria D. Giannirakis ust06 on behalf of U.S. Trustee United States Trustee
maria.d.giannirakis@usdoj.gov

Scott R. Belhorn ust35 on behalf of U.S. Trustee United States Trustee
Scott.R.Belhorn@usdoj.gov
Richard M. Osborne, Sr. (via fax)

                                    /s/ Frederic P. Schwieg
                                    Frederic P. Schwieg

# Frederic P. Schwieg, Esq., Attorney at Law     INVOICE

2705 Gibson Drive  
Rocky River, OH 44116  
Phone: 4404994506  
Email: fschwieg@schwieglaw.com

Invoice # 89  
Date: 06/11/2019  
Due On: 07/11/2019

Richard M. Osborne  
7265 Markell Road  
Waite Hill, OH 44094

## Osborne-Individual Chapter 11-00074

## Individual Chapter 11

**Services**

| Type | Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 01/26/2019 | Draft second interim fee application | 0.80 | $0.00 | $0.00 |
| Service | 01/28/2019 | Call with R Osborne Re: Concorde Hamden Road sale | 0.20 | $300.00 | $60.00 |
| Service | 01/28/2019 | Second call with R Osborne Re: Concorde Hamden Road sale | 0.20 | $300.00 | $60.00 |
| Service | 01/28/2019 | Third call with R Osborne Re: Concorde Hamden Road sale | 0.20 | $300.00 | $60.00 |
| Service | 01/28/2019 | Revise orders granting motions for administrative expense and motion for relief from stay filed by Diane Osborne | 0.80 | $300.00 | $240.00 |
| Service | 01/29/2019 | call with R Osborne re Williams Sale and D Osborne order | 0.20 | $300.00 | $60.00 |
| Service | 01/29/2019 | Hearing on receiver's motion for relief from stay | 1.00 | $300.00 | $300.00 |
| Service | 01/29/2019 | File amended statement from William Wuliger | 0.30 | $300.00 | $90.00 |
| Service | 01/30/2019 | Email with D Whiteman re 1099s | 0.20 | $300.00 | $60.00 |
| Service | 02/05/2019 | email with J Tomsewski re motion to sell | 0.20 | $300.00 | $60.00 |
| Service | 02/05/2019 | email from P Ulrich re need for appraisal | 0.20 | $300.00 | $60.00 |
| Service | 02/07/2019 | Email with Jodi Tomaszewski Re: business closing and Diane Osborne payment | 0.20 | $300.00 | $60.00 |
| Service | 02/08/2019 | Review entry approving Rae fees an email with T Pyecraft and M Tucker Re: same | 0.20 | $300.00 | $60.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 02/08/2019 | Review supplemental objection from FNB to Wuliger retention | 0.40 | $300.00 | $120.00 |
| Service | 02/08/2019 | Redraft complaint to determine the extent validity and priority of liens | 0.50 | $300.00 | $150.00 |
| Service | 02/12/2019 | Call with R Osborne Re: status of matters | 0.20 | $300.00 | $60.00 |
| Service | 02/12/2019 | Email with FNB counsel re: meeting | 0.20 | $300.00 | $60.00 |
| Service | 02/13/2019 | Call with client re: status of various matters | 0.20 | $300.00 | $60.00 |
| Service | 02/13/2019 | Email with Nate Sinn Re: meeting and deposition request. | 0.20 | $300.00 | $60.00 |
| Service | 02/15/2019 | Draft letter to FNB Re: tax returns for companies | 0.20 | $300.00 | $60.00 |
| Service | 02/15/2019 | Email with FNB Re: meeting to compromise | 0.20 | $300.00 | $60.00 |
| Service | 02/15/2019 | Call with R Baumgart Re: status of settlement negotiations | 0.20 | $300.00 | $60.00 |
| Service | 02/18/2019 | Telephone call with Leslie Wargo Re: special counsel retention | 0.30 | $300.00 | $90.00 |
| Service | 02/18/2019 | Further Telephone call with Leslie Wargo Re: special counsel retention | 0.30 | $300.00 | $90.00 |
| Service | 02/18/2019 | Telephone call with R Osborne Re: special counsel retention and easement interest | 0.30 | $300.00 | $90.00 |
| Service | 02/18/2019 | Telephone call with Jodi Tomaszewski Re: easement interest | 0.30 | $300.00 | $90.00 |
| Service | 02/19/2019 | meeting R Osborne | 1.00 | $300.00 | $300.00 |
| Service | 02/19/2019 | Call with A Wuliger re court order | 0.20 | $300.00 | $60.00 |
| Service | 02/20/2019 | Call with R Baumgart re: settlement the negotiations | 0.50 | $300.00 | $150.00 |
| Service | 02/20/2019 | Draft motion to employ Leslie Wargo's special counsel | 0.50 | $300.00 | $150.00 |
| Service | 02/21/2019 | Meeting with FNB lawyers Re: settlement | 2.00 | $300.00 | $600.00 |
| Service | 02/21/2019 | Email with L Wargo Re: motion to employ | 0.20 | $300.00 | $60.00 |
| Service | 02/21/2019 | Revise motion to employ L Wargo as special counsel | 0.30 | $300.00 | $90.00 |
| Service | 02/26/2019 | Meeting with Rick Osborne and Leslie Wargo Re: representation | 2.00 | $300.00 | $600.00 |
| Service | 02/26/2019 | Revise motion to retain Leslie Wargo as special counsel | 0.50 | $300.00 | $150.00 |
| Service | 02/27/2019 | Telephone call with Rick Osborne Re: FNB term sheet | 0.20 | $300.00 | $60.00 |
| Service | 02/27/2019 | Further Telephone call with Rick Osborne Re: changes to FNB term sheet | 0.20 | $300.00 | $60.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 02/27/2019 | Draft FNB term sheet | 1.00 | $300.00 | $300.00 |
| Service | 02/27/2019 | Draft complaint regarding fire insurance claim proceeds | 1.50 | $300.00 | $450.00 |
| Service | 02/28/2019 | Phone call with R Osborne Re: retention of Leslie Wargo and Wuliger firm | 0.20 | $300.00 | $60.00 |
| Service | 02/28/2019 | Revise complaint on fire insurance proceeds in PA compound claims | 2.20 | $300.00 | $660.00 |
| Service | 02/28/2019 | Email from Phyllis Ulrich Re: appraisal on Waite Hill | 0.10 | $300.00 | $30.00 |
| Service | 02/28/2019 | Revised term sheet to FNB | 0.50 | $300.00 | $150.00 |
| Service | 02/28/2019 | Revised motion to employ Leslie Wargo | 0.30 | $300.00 | $90.00 |
| Service | 02/28/2019 | Call with Leslie Wargo Re: changes to motion to employ | 0.30 | $300.00 | $90.00 |
| Service | 03/04/2019 | Call with Rick Osborne re: status of various matters | 0.20 | $300.00 | $60.00 |
| Service | 03/04/2019 | Call with Rick Osborne re: payment to FNB from assisted facility sale | 0.20 | $300.00 | $60.00 |
| Service | 03/04/2019 | Redraft term sheet for offer to FNB | 1.00 | $300.00 | $300.00 |
| Service | 03/04/2019 | Redraft motion for extension of time and file same | 0.50 | $300.00 | $150.00 |
| Service | 03/05/2019 | Call with Richard Osborne Re: status of FNB settlement in various matters | 0.20 | $300.00 | $60.00 |
| Service | 03/05/2019 | Revise FNB settlement term sheet | 0.30 | $300.00 | $90.00 |
| Service | 03/06/2019 | Call with Rick Osborne Re: term sheet | 0.20 | $300.00 | $60.00 |
| Service | 03/06/2019 | Second Call with Rick Osborne Re: term sheet | 0.20 | $300.00 | $60.00 |
| Service | 03/06/2019 | Revise term sheet | 0.30 | $300.00 | $90.00 |
| Service | 03/06/2019 | Review complaint by Home Savings Bank | 1.00 | $300.00 | $300.00 |
| Service | 03/11/2019 | call with L Wargo re hearing on tuesday | 0.30 | $300.00 | $90.00 |
| Service | 03/11/2019 | call with R Osborne re status of matters | 0.30 | $300.00 | $90.00 |
| Service | 03/12/2019 | hearing on Motion to Extend time | 2.50 | $300.00 | $750.00 |
| Service | 03/13/2019 | call with R Osborne re various matters | 0.20 | $300.00 | $60.00 |
| Service | 03/13/2019 | call with A Wuliger re retention | 0.20 | $300.00 | $60.00 |
| Service | 03/13/2019 | email with M Giannarakis re Wargo retention | 0.20 | $300.00 | $60.00 |
| Service | 03/15/2019 | call with R Osborne re sales | 0.20 | $300.00 | $60.00 |
| Service | 03/15/2019 | email with L Wargo re supplemental affidavit and review same. | 0.20 | $300.00 | $60.00 |
| Service | 03/15/2019 | email with M Giannarakis re supplemental affidavit | 0.20 | $300.00 | $60.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 03/15/2019 | email with J Svete re purchase of Williams Road | 0.20 | $300.00 | $60.00 |
| Service | 03/18/2019 | Emails with J Svete Re: Williams Road purchase | 0.60 | $300.00 | $180.00 |
| Service | 03/18/2019 | Emails with J Tomaszewski Re: mentor court sale | 0.60 | $300.00 | $180.00 |
| Service | 03/18/2019 | Call with Richard Osborne Re: Mentor Court sale | 0.20 | $300.00 | $60.00 |
| Service | 03/18/2019 | Draft motion to sell Mentor Court | 1.00 | $300.00 | $300.00 |
| Service | 03/19/2019 | Draft response to Diane Osborne motion for relief from order | 0.80 | $300.00 | $240.00 |
| Service | 03/20/2019 | Call with Rick Osborne Re: status of Williams Road sale | 0.20 | $300.00 | $60.00 |
| Service | 03/20/2019 | Call with Joe's Svete Re: status of Williams Road sale | 0.20 | $300.00 | $60.00 |
| Service | 03/20/2019 | Call with Leslie Wargo Re: blob transaction | 0.50 | $300.00 | $150.00 |
| Service | 03/20/2019 | Draft agreed order approving employment of Leslie Wargo | 0.50 | $300.00 | $150.00 |
| Service | 03/20/2019 | Email with Maria Giannirakis Re: agreed order approving employment of Leslie Wargo | 0.20 | $300.00 | $60.00 |
| Service | 03/21/2019 | Call with Rick Osborne Re: Williams Road sale | 0.20 | $300.00 | $60.00 |
| Service | 03/21/2019 | Call with Rick Osborne Jr Re: vacant land sale | 0.20 | $300.00 | $60.00 |
| Service | 03/21/2019 | Emails with Rick Osborne Jr Re: vacant land sale | 0.20 | $300.00 | $60.00 |
| Service | 03/21/2019 | Emails with Maria Giannarkis Re: order on motion to employ Leslie Wargo | 0.20 | $300.00 | $60.00 |
| Service | 03/21/2019 | Emails with Leslie Wargo Re: order on motion to employ Leslie Wargo | 0.20 | $300.00 | $60.00 |
| Service | 03/21/2019 | Revise and file order on motion to employ Leslie Wargo | 0.20 | $300.00 | $60.00 |
| Service | 03/26/2019 | call with L Wargo re tax issues | 0.40 | $300.00 | $120.00 |
| Service | 03/28/2019 | call with R Osborne re status of DMO claims | 0.20 | $300.00 | $60.00 |
| Service | 03/29/2019 | Meeting Rick Osborne, Jessica, Richard Baumgart, Leslie Wargo Re: status of various matters | 2.00 | $300.00 | $600.00 |
| Service | 03/29/2019 | review and assemble operating report for Feb 2019 | 0.50 | $300.00 | $150.00 |
| Service | 04/02/2019 | meeting J Tomaszewski L Wargo re HSB claim | 4.00 | $300.00 | $1,200.00 |
| Service | 04/05/2019 | Call with Joe Svete re: Diane Osborne claims | 0.30 | $300.00 | $90.00 |
| Service | 04/05/2019 | Call with Joe Svete re: Diane Osborne claims | 0.30 | $300.00 | $90.00 |
| Service | 04/05/2019 | Call with Dennis Kaselak re: Diane Osborne claims | 0.30 | $300.00 | $90.00 |
| Service | 04/05/2019 | Email from Joe Svete re: Diane Osborne claims | 0.10 | $300.00 | $30.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 04/05/2019 | Call with Rick Osborne Re: Diane Osborne claims and other matters | 0.30 | $300.00 | $90.00 |
| Service | 04/06/2019 | Review and revise draft of answer to HSB complaint | 2.50 | $300.00 | $750.00 |
| Service | 04/08/2019 | call with L Wargo re answer | 0.20 | $300.00 | $60.00 |
| Service | 04/08/2019 | revise answer draft | 0.80 | $300.00 | $240.00 |
| Service | 04/09/2019 | review discovery to FNB and revise | 1.50 | $300.00 | $450.00 |
| Service | 04/09/2019 | call with R Osborne re various matters | 0.30 | $300.00 | $90.00 |
| Service | 04/09/2019 | call with J Lane re valuation of companies | 0.20 | $300.00 | $60.00 |
| Service | 04/09/2019 | prepare supplement for W Wuliger | 1.00 | $300.00 | $300.00 |
| Service | 04/09/2019 | prepare subpoena for Nationwide | 1.00 | $300.00 | $300.00 |
| Service | 04/10/2019 | call with D DiBella re discovery | 0.30 | $300.00 | $90.00 |
| Service | 04/11/2019 | Email with Amy Wuliger Re: motion to employ Wuliger and Wuliger | 0.20 | $300.00 | $60.00 |
| Service | 04/11/2019 | Email with Amy Wuliger Re: motion to employ Wuliger and Wuliger | 0.20 | $300.00 | $60.00 |
| Service | 04/11/2019 | Email with Leslie Wargo Re: document request from Nationwide Insurance | 0.20 | $300.00 | $60.00 |
| Service | 04/11/2019 | Draft document request from Nationwide Insurance | 1.00 | $300.00 | $300.00 |
| Service | 04/12/2019 | Email from Joe's Svete Re: motion to sell to Diane Osborne | 0.20 | $300.00 | $60.00 |
| Service | 04/12/2019 | Revise motion to sell to Diane Osborne | 1.00 | $300.00 | $300.00 |
| Service | 04/12/2019 | Call with Rick Osborne Re: motion to sell the Diane Osborne, alimony, Park Avenue sale and motion to appoint trustee. | 0.20 | $300.00 | $60.00 |
| Service | 04/12/2019 | Call with Jodi Tomszewski Re: Park sale | 0.20 | $300.00 | $60.00 |
| Service | 04/16/2019 | Call with Richard Baumgart Re: gathering lines sale | 0.40 | $300.00 | $120.00 |
| Service | 04/17/2019 | Review email response from Dick DiBella Re: discovery request to Nationwide | 0.20 | $300.00 | $60.00 |
| Service | 04/17/2019 | Call with Leslie Wargo Re: email response from Dick DiBella Re: discovery request to Nationwide and other matters | 0.50 | $300.00 | $150.00 |
| Service | 04/17/2019 | Draft email response to Dick DiBella Re: discovery request to Nationwide | 0.20 | $300.00 | $60.00 |
| Service | 04/17/2019 | Draft changes to motion to sell Plaza property | 0.20 | $300.00 | $60.00 |
| Service | 04/17/2019 | Email with Dennis Kaselak Re: motion to sell Williams Road to Diane Osborne | 0.20 | $300.00 | $60.00 |

Page 5 of 10

17-17361-aih    Doc 506    FILED 07/16/19    ENTERED 07/16/19 16:49:23    Page 11 of 20

| | | | | | |
|---|---|---|---|---|---|
| Service | 04/18/2019 | Call with Rick Osborne Re: various matters | 0.20 | $300.00 | $60.00 |
| Service | 04/18/2019 | Draft email response to Dick DiBella Re: nationwide discovery | 0.20 | $300.00 | $60.00 |
| Service | 04/18/2019 | Final changes and file motion to sell Park Plaza | 1.00 | $300.00 | $300.00 |
| Service | 04/18/2019 | Final changes and file motion to Williams Road to Diane Osborne | 0.50 | $300.00 | $150.00 |
| Service | 04/22/2019 | email from purchaser of 7319 Reynolds and respond | 0.50 | $300.00 | $150.00 |
| Service | 04/22/2019 | email re offer on Girdled Road Lot | 0.50 | $300.00 | $150.00 |
| Service | 04/22/2019 | email re title work on Girdled Road Lot | 0.20 | $300.00 | $60.00 |
| Service | 04/23/2019 | hearing on D Osborne Motion | 2.00 | $300.00 | $600.00 |
| Service | 04/23/2019 | call with R Osborne re hearing on D Osborne Motion | 0.20 | $300.00 | $60.00 |
| Service | 04/26/2019 | revise entry on D Osborne claims | 0.20 | $300.00 | $60.00 |
| Service | 04/26/2019 | call with D Kaselak re revised entry on D Osborne claims | 0.20 | $300.00 | $60.00 |
| Service | 04/29/2019 | review notice of deposition | 0.20 | $300.00 | $60.00 |
| Service | 04/29/2019 | review answer to counter claim | 0.30 | $300.00 | $90.00 |
| Service | 04/29/2019 | call with R Osborne re various matters | 0.30 | $300.00 | $90.00 |
| Service | 04/29/2019 | revise order on DMO Motion to revise | 0.30 | $300.00 | $90.00 |
| Service | 05/02/2019 | call with R Osborne re various matters | 0.20 | $300.00 | $60.00 |
| Service | 05/02/2019 | second call with R Osborne re various matters | 0.20 | $300.00 | $60.00 |
| Service | 05/02/2019 | call with L Wargo re bank and motion to continue | 0.20 | $300.00 | $60.00 |
| Service | 05/02/2019 | research operation of LLC by trustee | 0.80 | $300.00 | $240.00 |
| Service | 05/06/2019 | call with L Wargo re blob | 0.50 | $300.00 | $150.00 |
| Service | 05/06/2019 | call with L Wargo re blob testimony | 0.20 | $300.00 | $60.00 |
| Service | 05/06/2019 | research blob testimony | 0.50 | $300.00 | $150.00 |
| Service | 05/07/2019 | pretrial in HSB v Osborne | 1.30 | $300.00 | $390.00 |
| Service | 05/07/2019 | conference with Bank Counsel | 0.50 | $300.00 | $150.00 |
| Service | 05/10/2019 | call with R Osborne re valuation meeting | 0.20 | $300.00 | $60.00 |
| Service | 05/10/2019 | call with J Lane re valuation meeting | 0.20 | $300.00 | $60.00 |
| Service | 05/10/2019 | emails with parties re adjournment of hearing on Motion to appoint trustee | 0.50 | $300.00 | $150.00 |
| Service | 05/13/2019 | meeting John Lane | 4.00 | $300.00 | $1,200.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 05/13/2019 | call with L wargo re meeting John Lane and other issues | 0.20 | $300.00 | $60.00 |
| Service | 05/13/2019 | emails with court re motion for turstee | 0.20 | $300.00 | $60.00 |
| Service | 05/14/2019 | call with R Osborne re HSB trial order | 0.20 | $300.00 | $60.00 |
| Service | 05/14/2019 | second call with R Osborne re HSB trial order | 0.20 | $300.00 | $60.00 |
| Service | 05/14/2019 | review Inglewood engagement letter | 0.20 | $300.00 | $60.00 |
| Service | 05/14/2019 | call with L Wargo re Inglewood engagement letter and other issues | 0.30 | $300.00 | $90.00 |
| Service | 05/14/2019 | call with R Osborne re settlement offer to HSB | 0.20 | $300.00 | $60.00 |
| Service | 05/14/2019 | call with R Osborne re settlement offer to RBS | 0.20 | $300.00 | $60.00 |
| Service | 05/14/2019 | review RBS objection to sale | 0.20 | $300.00 | $60.00 |
| Service | 05/15/2019 | call with R Osborne re UST Motion to Convert | 0.20 | $300.00 | $60.00 |
| Service | 05/15/2019 | email with R Osborne Jr and B Osborne re boat an UST Motion to Convert | 0.20 | $300.00 | $60.00 |
| Service | 05/15/2019 | second call with R Osborne re UST Motion to Convert | 0.20 | $300.00 | $60.00 |
| Service | 05/15/2019 | call with L Wargo re UST Motion to Convert | 0.20 | $300.00 | $60.00 |
| Service | 05/15/2019 | Prepare and file notice of assignment of Gas Natural claim to Leslie Wargo | 0.70 | $300.00 | $210.00 |
| Service | 05/17/2019 | call with R Osborne re various matters | 0.40 | $300.00 | $120.00 |
| Service | 05/17/2019 | call with R Baumgart re various matters | 0.40 | $300.00 | $120.00 |
| Service | 05/17/2019 | draft objection to RBS POC | 1.00 | $300.00 | $300.00 |
| Service | 05/20/2019 | Prepare April operating report for filing | 0.50 | $300.00 | $150.00 |
| Service | 05/20/2019 | Meeting our Osborne Re: April operating report motion by US trustee to dismiss and response. | 1.50 | $300.00 | $450.00 |
| Service | 05/20/2019 | Review discovery drafts in HSB Litigation | 1.50 | $300.00 | $450.00 |
| Service | 05/20/2019 | Draft agreed order on sale of Williams Road | 0.80 | $300.00 | $240.00 |
| Service | 05/20/2019 | Emails with M Tucker Re: sale of Plaza court | 0.30 | $300.00 | $90.00 |
| Service | 05/20/2019 | Emails with T Feiner Re: closing statement for sale of Plaza court | 0.20 | $300.00 | $60.00 |
| Service | 05/21/2019 | Call with Richard Osborne Re: conversion to chapter 7 and options | 0.20 | $300.00 | $60.00 |
| Service | 05/21/2019 | Draft letter to Richard Osborne Re: conversion to chapter 7 and options | 1.00 | $300.00 | $300.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 05/21/2019 | Call with Leslie Wargo Re: FNB Litigation and conversion to chapter 7 and options | 0.30 | $300.00 | $90.00 |
| Service | 05/21/2019 | Filing of April operating report | 0.20 | $300.00 | $60.00 |
| Service | 05/21/2019 | call with J Tomaszewski and J Svete re DMO security | 0.30 | $300.00 | $90.00 |
| Service | 05/21/2019 | Second call with J Tomaszewski and J Svete re DMO security | 0.20 | $300.00 | $60.00 |
| Service | 05/22/2019 | Call with Rick Osborne Re: strategy | 0.20 | $300.00 | $60.00 |
| Service | 05/22/2019 | Call with T Flenner Re: settlement statement for Plaza court closing and Vrooman Road closing | 0.20 | $300.00 | $60.00 |
| Service | 05/22/2019 | Email with Jodi Tomaszewski Re: Plaza court closing status | 0.20 | $300.00 | $60.00 |
| Service | 05/23/2019 | Email with T. Flenner and Jodi Tomaszewski Re:: closing on Plaza Boulevard settlement statement | 0.20 | $300.00 | $60.00 |
| Service | 05/26/2019 | Research case law and prepare response to ust motion to convert | 2.00 | $300.00 | $600.00 |
| Service | 05/27/2019 | Research case law and prepare response to ust motion to convert | 2.00 | $300.00 | $600.00 |
| Service | 05/28/2019 | Research case law and revise response to ust motion to convert | 4.80 | $300.00 | $1,440.00 |
| Service | 05/28/2019 | Emails with L Wargo Re: case law and revisions response to ust motion to convert | 0.80 | $300.00 | $240.00 |
| Service | 05/29/2019 | review discovery to HSB | 1.20 | $300.00 | $360.00 |
| Service | 05/29/2019 | call with RMO re status of various matters | 0.20 | $300.00 | $60.00 |
| Service | 05/29/2019 | emails with M Tucker re RBS claim | 0.20 | $300.00 | $60.00 |
| Service | 05/29/2019 | revise objection to RBS claim | 0.80 | $300.00 | $240.00 |
| Service | 06/03/2019 | Call with Leslie Wargo Re: status of various litigation matters | 0.50 | $300.00 | $150.00 |
| Service | 06/03/2019 | Call with Rick Osborne Re: status of various litigation matters | 0.20 | $300.00 | $60.00 |
| Service | 06/03/2019 | 2nd Call with Rick Osborne Re: RBS payments | 0.20 | $300.00 | $60.00 |
| Service | 06/03/2019 | Call with Carolyn Coatam Re: RBS payments | 0.20 | $300.00 | $60.00 |
| Service | 06/03/2019 | Call with Phyllis Ulrich Re: HNB response to receiver motion for relief | 0.20 | $300.00 | $60.00 |
| Service | 06/03/2019 | Call with our Baumgart Re: HNB resolution to receiver motion for relief | 0.20 | $300.00 | $60.00 |
| Service | 06/03/2019 | Emails with Phyllis Ulrich Re: agreed order to HNB motion for relief | 0.20 | $300.00 | $60.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 06/04/2019 | hearings on Receiver Motion | 2.50 | $300.00 | $750.00 |
| Service | 06/04/2019 | meeting R Osborne R Baumgart T Coffey re various matters | 2.00 | $300.00 | $600.00 |
| Service | 06/05/2019 | Call with Leslie Wargo Re: status of HSB Litigation | 0.30 | $300.00 | $90.00 |
| Service | 06/05/2019 | Call with Richard Osborne Re: company issues | 0.30 | $300.00 | $90.00 |
| Service | 06/05/2019 | 2nd Call with Richard Osborne Re: sale issues | 0.30 | $300.00 | $90.00 |
| Service | 06/05/2019 | Draft order on sale of Plaza court parcels | 0.30 | $300.00 | $90.00 |
| Service | 06/05/2019 | Review order on sale of Williams Road | 0.30 | $300.00 | $90.00 |
| Service | 06/05/2019 | Email with counsel Re: order on sale of Williams Road | 0.30 | $300.00 | $90.00 |
| Service | 06/05/2019 | Revise draft of motion and order for declaration that automatic stay does not apply to certain state court litigation | 0.60 | $300.00 | $180.00 |
| Service | 06/06/2019 | call with L Wargo re Gas Natural | 0.20 | $300.00 | $60.00 |
| Service | 06/06/2019 | call with M Sikora re sale | 0.20 | $300.00 | $60.00 |
| Service | 06/06/2019 | revise order on Sale of Williams Road and upload same | 0.50 | $300.00 | $150.00 |
| Service | 06/06/2019 | revise order on Sale of Park Plaza and upload same | 0.50 | $300.00 | $150.00 |
| Service | 06/06/2019 | emails with M Tucker and T Flenner re order on Sale of Park Plaza | 0.50 | $300.00 | $150.00 |
| Service | 06/10/2019 | Call with Don Whiteman Re: financials for various companies | 0.50 | $300.00 | $150.00 |
| Service | 06/10/2019 | Draft and revise motion to employ Inglewood Associates | 1.00 | $300.00 | $300.00 |
| Service | 06/10/2019 | Emails with John Lane Re: motion to employ Inglewood Associates | 0.30 | $300.00 | $90.00 |
| Service | 06/11/2019 | final changes and file motion to employ John Lane | 0.50 | $300.00 | $150.00 |
| | | **Quantity Subtotal** | | | **111.5** |
| | | **Services Subtotal** | | | **$33,210.00** |

### Expenses

| Type | Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 02/15/2019 | Postage | 1.00 | $6.95 | $6.95 |
| Expense | 02/21/2019 | 25 mi @ $0.58 + $6.25 Parking | 1.00 | $20.75 | $20.75 |
| Expense | 03/13/2019 | parking | 1.00 | $6.75 | $6.75 |

| | | | | | |
|---|---|---|---|---|---|
| Expense | 04/18/2019 | Filing Fee Motion to Sell | 1.00 | $181.00 | $181.00 |
| Expense | 04/18/2019 | Printing Costs: 325 X .15 = 48.75 Postage Costs: 5 at the 7oz rate = 9.50 | 1.00 | $58.25 | $58.25 |
| Expense | 05/07/2019 | Parking | 1.00 | $5.00 | $5.00 |
| Expense | 06/04/2019 | Parking | 1.00 | $10.00 | $10.00 |
| | | | **Expenses Subtotal** | | **$288.70** |
| | | | **Quantity Total** | | **111.5** |
| | | | **Subtotal** | | **$33,498.70** |
| | | | **Total** | | **$33,498.70** |

## Detailed Statement of Account

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 89 | 07/11/2019 | $33,498.70 | $0.00 | $33,498.70 |
| | | | **Outstanding Balance** | **$33,498.70** |
| | | | **Amount in Trust** | **$0.00** |
| | | | **Total Amount Outstanding** | **$33,498.70** |

Please make all amounts payable to: Frederic P. Schwieg, Esq., Attorney at Law

# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE RICHARD M. OSBORNE, SR.<br>*Debtor* | CASE NO. 17-17361<br>JUDGE ARTHUR I. HARRIS<br>CHAPTER 11 |

**<u>ORDER GRANTING AMENDED THIRD INTERIM APPLICATION OF FREDERIC P. SCHWIEG, ESQ. ATTORNEY AT LAW FOR APPROVAL OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR DEBTOR AND DEBTOR IN POSSESSION</u>**

Before the Court is the Amended Third Interim Application of Frederic P. Schwieg, Esq. Attorney at Law for Approval of Compensation and Reimbursement of Expenses as Counsel for Debtor and Debtor in Possession [Doc. -----] ("Motion"). All parties in interest having been duly served with notice of the Motion and the deadline to respond, and no party in interest having appeared in opposition to the Motion, the Court being fully apprised in the premises, FINDS and ORDERS as follows:

THE COURT FINDS that the compensation requested as adjusted by the court at the hearing is reasonable taking into account the nature and extent of such services, the time spent on such services, and the rates charged. The Court finds that the services rendered were necessary to the administration of the case, that they were performed in a reasonable amount of time

FEE APP3-19-06-11-AMEND

commensurate with the complexity and importance and nature of the claim presented.  The Court finds that Mr. Schwieg has demonstrated skill and experience in the bankruptcy field and the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than under this title.

 IT IS THEREFORE ORDERED THAT Frederic P. Schwieg's request for legal fees i in the amount of $33,210 and expenses of $288.70 and allowing him $33,498.70 as an administrative expense against the bankruptcy estate to be paid by the estate is hereby APPROVED and the Trustee shall immediately pay that sum to Mr. Schwieg.

###

Prepared By:
/s/ Frederic P. Schwieg, Esq.
Frederic P. Schwieg, Esq. (0030418)
Attorney at Law
2705 Gibson Dr
Rocky River, OH 44116
(440) 499-4506
Fax (440) 398-0490
fschwieg@schwieglaw.com
 ECF Service

The following is a list of the parties who are on the list to receive e-mail notice/service for this case:

Gregory P. Amend on behalf of Creditor First National Bank of Pennsylvania
gamend@bdblaw.com, grichards@bdblaw.com

Alison L. Archer on behalf of Interested Party Lakeland Community College
alison.archer@ohioattorneygeneral.gov, Trish.Lazich@ohioattorneygeneral.gov;angelique.dennis-noland@ohioattorneygeneral.gov

Adam S. Baker on behalf of Creditor Michael E. Osborne, Sr.
abakerlaw@sbcglobal.net, adam@bakerlaw.us;abakerlaw@gmail.com

Austin B. Barnes, III on behalf of Creditor Tax Ease Ohio, LLC
abarnes@sandhu-law.com, bk1notice@sandhu-law.com

Robert D. Barr on behalf of Creditor Chicago Title Insurance Company
rbarr@koehler.law, rbarr@koehler.law

David T. Brady on behalf of Creditor Tax Ease Ohio, LLC
DBrady@Sandhu-Law.com, bk1notice@sandhu-law.com

LeAnn E. Covey on behalf of Creditor Bank of America, N.A.

FEE APP3-19-06-11-AMEND

bknotice@clunkhoose.com

Richard W. DiBella on behalf of Intervenor Nationwide Mutual Fire Insurance Company
rdibella@dgmblaw.com

Stephen R. Franks on behalf of Creditor Bank of America, N.A.
amps@manleydeas.com

Stephen John Futterer on behalf of Creditor City of Willoughby
sjfutterer@sbcglobal.net, r43087@notify.bestcase.com

Melody Dugic Gazda on behalf of Respondent Home Savings Bank, Successor by Merger to The Home Savings & Loan Company of Youngstown, Ohio
mgazda@hendersoncovington.com

Dennis J. Kaselak on behalf of Claimant Diane M. Osborne
dkaselak@peteribold.com, Cynthia@peteribold.com

Christopher J. Klym on behalf of Creditor Ohio Department of Taxation
bk@hhkwlaw.com

Matthew H. Matheney on behalf of Creditor First National Bank of Pennsylvania
mmatheney@bdblaw.com, bhajduk@bdblaw.com

Kelly Neal on behalf of Creditor The Huntington National Bank
kelly.neal@bipc.com, donna.curcio@bipc.com

David M. Neumann on behalf of Interested Party Zachary B Burkons
dneumann@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com

Timothy P. Palmer on behalf of Creditor The Huntington National Bank
timothy.palmer@bipc.com, donna.curcio@bipc.com

Kirk W. Roessler on behalf of Creditor Estate of Jerome T. Osborne
kroessler@walterhav.com, kballa@walterhav.com;slasalvia@walterhav.com

John J. Rutter on behalf of Creditor Mentor Lumber & Supply Co.
jrutter@ralaw.com

Frederic P. Schwieg on behalf of Attorney Frederic P. Schwieg
fschwieg@schwieglaw.com

Frederic P. Schwieg on behalf of Debtor Richard M. Osborne
fschwieg@schwieglaw.com

Michael J. Sikora, III on behalf of Creditor Chicago Title Insurance Company
msikora@sikoralaw.com, aarasmith@sikoralaw.com

Nathaniel R. Sinn on behalf of Creditor First National Bank of Pennsylvania
nsinn@bdblaw.com, kslatinsky@bdblaw.com

Rachel L. Steinlage on behalf of Interested Party Zachary B Burkons
rsteinlage@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com;rbain@meyersroman.com

Andrew M. Tomko on behalf of Creditor Tax Ease Ohio, LLC
atomko@sandhu-law.com, bk1notice@sandhu-law.com

FEE APP3-19-06-11-AMEND

Jeffrey C. Toole on behalf of Interested Party Zachary B Burkons
toole@buckleyking.com, young@buckleyking.com;heberlein@buckleyking.com;toolejr82560@notify.bestcase.com

Michael S. Tucker on behalf of Creditor Citizens Bank, N.A.
mtucker@ulmer.com

Maria D. Giannirakis ust06 on behalf of U.S. Trustee United States Trustee
maria.d.giannirakis@usdoj.gov

Scott R. Belhorn ust35 on behalf of U.S. Trustee United States Trustee
Scott.R.Belhorn@usdoj.gov

**FEE APP3-19-06-11-AMEND**