# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| In re Richard M. Osborne, Sr.<br>*Debtor* | Case No. 17-17361<br>Judge Arthur I. Harris<br>Chapter 7 |

**FOURTH AND FINAL APPLICATION OF FREDERIC P. SCHWIEG, ESQ. ATTORNEY AT LAW FOR APPROVAL OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR DEBTOR AND DEBTOR IN POSSESSION**

Frederic P. Schwieg, Esq. Attorney at Law moves the Court for an order approving this fourth and final interim application for attorney's fees as counsel to Richard M. Osborne, Sr. as debtor and debtor-in-possession ("Debtor") in the amount of $25,950 and expenses of $15.00 and allowing him $25,965.00 as an administrative expense against the bankruptcy estate to be immediately paid by the Chapter 7 Trustee.

## I. JURISDICTION

The court has jurisdiction over this matter pursuant to 28 U.S.C. §1334(a) and (e) and General Order 84 of the United States District Court for this District. This is a core proceeding in which the Court may enter a final order pursuant to 28 U.S.C. §157(b)(2)(A),(M) and (O).

## II. NARRATIVE SUMMARY

### A. BACKGROUND

This bankruptcy case was filed on December 17, 2017 with the Debtor represented by attorney Glenn Forbes. Mr. Forbes had a conflict due to his representation of several companies in other chapter 11 cases that were owned by the Debtor. Therefore on January 17, 2018 the Debtor moved to employ applicant Frederic P. Schwieg, Esq. Attorney at Law ("Schwieg") as his counsel [Doc 28]. On February 6, 2018 the Court approved the retention of Mr. Schwieg [Doc. 40] on an hourly basis, and all payments to be made to Frederic P. Schwieg, Esq. Mr. Schwieg would be from funds held Mr. Schwieg as a retainer or from the Debtor; no other payments have been promised to him other than those approved by the Court. Pursuant to the Order approving fees to Mr. Forbes, on May 22, 2018 Mr. Schwieg received the remaining retainer amount held by Mr. Forbes of

$26,373.00. On June 11, 2018, Mr. Schwieg filed his first interim fee application in the amount of $69,685.00 and expenses of $1,887.07. The court awarded these fees in an order entered on July 19, 2018, and these were paid with the balance of the remaining retainer received from Mr. Forbes in the debtor paying the balance on August 7, 2018. On January 26, 2019, Mr. Schwieg filed his second interim fee application in the amount of $56,100 and expenses of $268.50. The court awarded these fees in an order entered on February 25, 2019, and these were paid by the debtor on March 14, 2019.

On June 11, 2019 Mr. Schwieg filed his Third Interim Application of Frederic P. Schwieg, Esq. Attorney at Law for Approval of Compensation and Reimbursement of Expenses as Counsel for Debtor and Debtor in Possession [Doc. 466]. That application was amended and has not yet been approved by the court.

Mr. Schwieg is an experienced bankruptcy lawyer having been practicing before this Court since 1987. Mr. Schwieg is a former law clerk to the Hon. John F. Ray, Jr., and has represented debtors, bankruptcy trustees, and Chapter 11 debtors in possession in numerous bankruptcy cases.

The hourly rates charged on the attached exhibit are the usual and customary charge to all of Frederic P. Schwieg, Esq.'s clients for services of the type provided, at the time provided. This application covers the period June 12, 2019 through July 3, 2019.

### B. CASE STATUS

The Debtor moved the court to voluntarily convert his case to one under Chapter 7. The Court granted that motion on July 3, 2019. Kari Coniglio was appointed the interim chapter 7 trustee for the estate on that date. According to the most recent operating report the estate holds $1,545,802.15 in funds on hand.

### C. PROJECT SUMMARY

Mr. Schwieg was retained by the Debtor to represent him in all matters before this Court. From the beginning, this case has been driven by a large amount of past litigation with various parties and the value of the assets owned by the Debtor. During this period Mr. Schwieg worked with special counsel to prepare for a hearing with a motion for the appointment of a Chapter 11

trustee filed by First National Bank of Pennsylvania and a motion to convert filed by the office of the United States Trustee. Mr. Schwieg reviewed trial exhibits and prepared a plan. After conversion Mr. Schwieg prepared summaries of various aspects of the case for the Chapter 7 trustee. Mr. Schwieg's services are detailed on the invoice attached.

### D. EXPENSES

Mr. Schwieg incurred $15.00 in expenses in connection with this case.

### E. CONCLUSION

Therefore, Frederic P. Schwieg, Esq. Attorney at Law requests that this Court enter an order approving his legal fees in the amount of $25,950 and expenses of $15.00 and allowing him $25,965.00 as an administrative expense against the bankruptcy estate to be immediately paid by the Chapter 7 Trustee. Even though Chapter 11 administrative expenses are subordinated to payment of Chapter 7 administrative expenses, the estate holds in excess of $1.5 million which should be more than sufficient to pay both expenses. Accordingly there is no just reason for delaying the payment of Chapter 11 administrative expenses in this case, and Mr. Schwieg requests that the Chapter 7 trustee be directed to immediately pay them. A proposed order is attached.

Respectfully Submitted,
/s/ Frederic P. Schwieg, Esq.
Frederic P. Schwieg, Esq. (0030418)
Attorney at Law
2705 Gibson Dr
Rocky River, OH 44116
(440) 499-4506
Fax (440) 398-0490
fschwieg@schwieglaw.com

# CERTIFICATE OF SERVICE

A copy of this Fourth Application for Approval of Attorney Fees and Reimbursement of Expenses was served by was electronically transmitted on or about the date filed via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice list or was served by U.S. mail, postage prepaid, or certified mail on the persons below as indicated below.

Electronic Mail Notice List

Gregory P. Amend on behalf of Creditor First National Bank of Pennsylvania
gamend@bdblaw.com, grichards@bdblaw.com

Alison L. Archer on behalf of Interested Party Lakeland Community College
alison.archer@ohioattorneygeneral.gov, Trish.Lazich@ohioattorneygeneral.gov;angelique.dennis-noland@ohioattorneygeneral.gov

Richard M. Bain on behalf of Interested Party Zachary B Burkons
rbain@meyersroman.com, mnowak@meyersroman.com;jray@meyersroman.com

Adam S. Baker on behalf of Creditor Michael E. Osborne, Sr.
abakerlaw@sbcglobal.net, adam@bakerlaw.us;abakerlaw@gmail.com

Austin B. Barnes, III on behalf of Creditor Tax Ease Ohio, LLC
abarnes@sandhu-law.com, bk1notice@sandhu-law.com

Robert D. Barr on behalf of Creditor Chicago Title Insurance Company
rbarr@koehler.law, rbarr@koehler.law

David T. Brady on behalf of Creditor Tax Ease Ohio, LLC
DBrady@Sandhu-Law.com, bk1notice@sandhu-law.com

Kari B. Coniglio
kbconiglio@vorys.com, mdwalkuski@vorys.com;kbc@trustesolutions.net;jncash2@vorys.com

LeAnn E. Covey on behalf of Creditor Bank of America, N.A.
bknotice@clunkhoose.com

Richard W. DiBella on behalf of Creditor Nationwide Mutual Fire Insurance Company
rdibella@dgmblaw.com

Stephen R. Franks on behalf of Creditor Bank of America, N.A.
amps@manleydeas.com

Stephen John Futterer on behalf of Creditor City of Willoughby
sjfutterer@sbcglobal.net, r43087@notify.bestcase.com

Melody Dugic Gazda on behalf of Plaintiff Home Savings Bank
mgazda@hendersoncovington.com

Melody Dugic Gazda on behalf of Respondent Home Savings Bank, Successor by Merger to The Home Savings & Loan Company of Youngstown, Ohio
mgazda@hendersoncovington.com

Michael R. Hamed on behalf of Interested Party Gas Natural Inc.
mhamed@kushnerhamed.com, kgross@kushnerhamed.com

Heather E. Heberlein on behalf of Creditor First National Bank of Pennsylvania
hheberlein@bdblaw.com, vgum@bdblaw.com

FEE APP4-19-07-16

Dennis J. Kaselak on behalf of Claimant Diane M. Osborne
dkaselak@peteribold.com, Cynthia@peteribold.com

Dennis J. Kaselak on behalf of Defendant Diane M. Osborne
dkaselak@peteribold.com, Cynthia@peteribold.com

Christopher J. Klym on behalf of Creditor Ohio Department of Taxation
bk@hhkwlaw.com

Jerry R. Krzys on behalf of Plaintiff Home Savings Bank
jkrzys@hendersoncovington.com, jerrykrzys@gmail.com

Matthew H. Matheney on behalf of Creditor First National Bank of Pennsylvania
mmatheney@bdblaw.com, bhajduk@bdblaw.com

Shannon M. McCormick on behalf of Creditor Center Street School Condominiums and coachhouses Unit Owners' Association, Inc.
bankruptcy@kamancus.com

Kelly Neal on behalf of Creditor The Huntington National Bank
kelly.neal@bipc.com, donna.curcio@bipc.com

David M. Neumann on behalf of Interested Party Zachary B Burkons
dneumann@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com

Timothy P. Palmer on behalf of Creditor The Huntington National Bank
timothy.palmer@bipc.com, donna.curcio@bipc.com

Tricia L. Pycraft on behalf of Accountant Rea & Associates, Inc.
tpycraft@ccj.com, bowman@ccj.com

Kirk W. Roessler on behalf of Creditor Estate of Jerome T. Osborne
kroessler@walterhav.com, kballa@walterhav.com;slasalvia@walterhav.com

Kirk W. Roessler on behalf of Creditor Osborne Farms, LLC fka Huron Lime Company, LLC
kroessler@walterhav.com, kballa@walterhav.com;slasalvia@walterhav.com

John J. Rutter on behalf of Creditor Mentor Lumber & Supply Co.
jrutter@ralaw.com

Frederic P. Schwieg on behalf of Attorney Frederic P. Schwieg
fschwieg@schwieglaw.com

Frederic P. Schwieg on behalf of Cross-Claimant Richard M. Osborne
fschwieg@schwieglaw.com

Frederic P. Schwieg on behalf of Debtor Richard M. Osborne
fschwieg@schwieglaw.com

Frederic P. Schwieg on behalf of Defendant Richard M. Osborne
fschwieg@schwieglaw.com

Michael J. Sikora, III on behalf of Creditor Chicago Title Insurance Company
msikora@sikoralaw.com, aarasmith@sikoralaw.com

Nathaniel R. Sinn on behalf of Creditor First National Bank of Pennsylvania
nsinn@bdblaw.com, grichards@bdblaw.com

Rachel L. Steinlage on behalf of Interested Party Zachary B Burkons
rsteinlage@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com;rbain@meyersroman.com

Richard J. Thomas on behalf of Plaintiff Home Savings Bank
rthomas@hendersoncovington.com, mgazda@hendersoncovington.com

Andrew M. Tomko on behalf of Creditor Tax Ease Ohio, LLC
atomko@sandhu-law.com, bk1notice@sandhu-law.com

Jeffrey C. Toole on behalf of Interested Party Zachary B Burkons
toole@buckleyking.com, young@buckleyking.com

Michael S. Tucker on behalf of Creditor Citizens Bank, N.A.
mtucker@ulmer.com

Phyllis A. Ulrich on behalf of Creditor The Huntington National Bank
bankruptcy@carlisle-law.com, bankruptcy@carlisle-law.com

Leslie E. Wargo on behalf of Cross-Claimant Richard M. Osborne
Leslie@Wargo-Law.com

Leslie E. Wargo on behalf of Debtor Richard M. Osborne
Leslie@Wargo-Law.com

Maria D. Giannirakis ust06 on behalf of U.S. Trustee United States Trustee
maria.d.giannirakis@usdoj.gov

Scott R. Belhorn ust35 on behalf of U.S. Trustee United States Trustee
Scott.R.Belhorn@usdoj.gov
Richard M. Osborne, Sr. (via fax)

    /s/ Frederic P. Schwieg
    Frederic P. Schwieg

FEE APP4-19-07-16

# Frederic P. Schwieg, Esq., Attorney at Law     INVOICE

2705 Gibson Drive  
Rocky River, OH 44116  
Phone: 4404994506  
Email: fschwieg@schwieglaw.com

Invoice # 91  
Date: 07/16/2019  
Due On: 08/15/2019

Richard M. Osborne  
7265 Markell Road  
Waite Hill, OH 44094

## Osborne-Individual Chapter 11-00074

## Individual Chapter 11

**Services**

| Type | Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 06/11/2019 | draft third fee application and file same | 1.00 | $0.00 | $0.00 |
| Service | 06/17/2019 | call with L Wargo re strategy on various matters | 0.20 | $300.00 | $60.00 |
| Service | 06/17/2019 | second call with L Wargo re strategy on various matters | 0.20 | $300.00 | $60.00 |
| Service | 06/17/2019 | review FNB response to interoggatories | 0.20 | $300.00 | $60.00 |
| Service | 06/17/2019 | call with T Coffey | 0.40 | $300.00 | $120.00 |
| Service | 06/17/2019 | review articles on Oil and Gas Values | 1.00 | $300.00 | $300.00 |
| Service | 06/18/2019 | Meeting R Osborne, T Coffey and L Wargo | 3.50 | $300.00 | $1,050.00 |
| Service | 06/18/2019 | work on analysis of real estate | 3.50 | $300.00 | $1,050.00 |
| Service | 06/18/2019 | draft letter to R Osborne re options | 0.50 | $300.00 | $150.00 |
| Service | 06/19/2019 | finish analysis of real estate | 2.50 | $300.00 | $750.00 |
| Service | 06/19/2019 | call with R Osborne re land contract issues | 0.20 | $300.00 | $60.00 |
| Service | 06/19/2019 | email with J Tomasezwski re DMO short sale | 0.20 | $300.00 | $60.00 |
| Service | 06/20/2019 | review and summarize Lake County Title files | 4.00 | $300.00 | $1,200.00 |
| Service | 06/20/2019 | call with M Tucker re settlement options | 0.60 | $300.00 | $180.00 |
| Service | 06/20/2019 | review and revise real estate summary from B Sochor | 1.20 | $300.00 | $360.00 |
| Service | 06/20/2019 | email to M Tiucker rereal estate summary from B Sochor and offer | 0.50 | $300.00 | $150.00 |
| Service | 06/20/2019 | meeting with L Wargo re hearing strategy | 2.50 | $300.00 | $750.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 06/21/2019 | review and summarize Lake County Title files | 4.00 | $300.00 | $1,200.00 |
| Service | 06/21/2019 | email with L Wargo re status of litigation matters | 4.00 | $300.00 | $1,200.00 |
| Service | 06/22/2019 | further review of LCT files | 1.50 | $300.00 | $450.00 |
| Service | 06/23/2019 | finish review of LCT files | 2.00 | $300.00 | $600.00 |
| Service | 06/24/2019 | meeting L Wargo and R Osborne re depo | 3.00 | $300.00 | $900.00 |
| Service | 06/24/2019 | prepare documents for trial | 1.50 | $300.00 | $450.00 |
| Service | 06/24/2019 | prepare amended schedules | 0.50 | $300.00 | $150.00 |
| Service | 06/24/2019 | Draft Plan | 0.50 | $300.00 | $150.00 |
| Service | 06/25/2019 | R Osborne depo | 7.50 | $300.00 | $2,250.00 |
| Service | 06/26/2019 | call with J Lane re email and status of assessment | 0.60 | $300.00 | $180.00 |
| Service | 06/26/2019 | call with L wargo re call with J Lane re email and status of assessment; exhibits and witness list | 0.60 | $300.00 | $180.00 |
| Service | 06/26/2019 | review stip | 0.20 | $300.00 | $60.00 |
| Service | 06/26/2019 | draft plan | 3.00 | $300.00 | $900.00 |
| Service | 06/26/2019 | Call with M Dortch re oil and gas issues | 0.50 | $300.00 | $150.00 |
| Service | 06/26/2019 | second call with J Lane | 0.30 | $300.00 | $90.00 |
| Service | 06/27/2019 | FNB Depo | 2.80 | $300.00 | $840.00 |
| Service | 06/27/2019 | Draft plan | 3.00 | $300.00 | $900.00 |
| Service | 06/28/2019 | draft plan | 3.00 | $300.00 | $900.00 |
| Service | 06/28/2019 | Call with Rick Osborne Re: Vrooman Road sale | 0.20 | $300.00 | $60.00 |
| Service | 06/29/2019 | draft plan | 3.50 | $300.00 | $1,050.00 |
| Service | 06/30/2019 | revise plan | 1.50 | $300.00 | $450.00 |
| Service | 06/30/2019 | research LLC law on rights to members interest | 0.50 | $300.00 | $150.00 |
| Service | 07/01/2019 | Call with Leslie Wargo Re: preparation for hearing on motion to convert | 1.30 | $300.00 | $390.00 |
| Service | 07/01/2019 | Call with Todd Whiteman Re: preparation for hearing on motion to convert | 0.20 | $300.00 | $60.00 |
| Service | 07/01/2019 | 2nd Call with Don Whiteman Re: preparation for hearing on motion to convert | 0.20 | $300.00 | $60.00 |
| Service | 07/01/2019 | preparation for hearing on motion to convert | 3.20 | $300.00 | $960.00 |
| Service | 07/01/2019 | Call with Tom Flenner Re: closing on Vrooman Road and other issues | 0.20 | $300.00 | $60.00 |

| Type | Date | Description | Quantity | Rate | Total |
|---|---|---|---:|---:|---:|
| Service | 07/01/2019 | Emails with Tom Flenner Re: closing on Vrooman Road and other issues | 0.20 | $300.00 | $60.00 |
| Service | 07/01/2019 | Review Vrooman Road documents | 1.00 | $300.00 | $300.00 |
| Service | 07/01/2019 | Call with Rick Osborne Re: preparation for hearing on motion to convert | 0.50 | $300.00 | $150.00 |
| Service | 07/01/2019 | Call with Michael Tucker Re: citizens Bank position on motion to convert in response to offer | 0.50 | $300.00 | $150.00 |
| Service | 07/02/2019 | Prepare for hearing on motion to convert | 2.50 | $300.00 | $750.00 |
| Service | 07/02/2019 | Preliminary hearing on motion to convert | 0.40 | $300.00 | $120.00 |
| Service | 07/02/2019 | Meeting with L Wargo then L Wargo and are Osborne Re: hearing on motion to convert | 3.50 | $300.00 | $1,050.00 |
| Service | 07/02/2019 | Prepare motion to convert | 0.60 | $300.00 | $180.00 |
| Service | 07/03/2019 | Hearing on motion to convert | 1.00 | $300.00 | $300.00 |
| Service | 07/03/2019 | Call with Kari Conigliaro Re: status of operations | 0.20 | $300.00 | $60.00 |
| Service | 07/03/2019 | Draft email to Kari Conigliaro Re: status of operations | 0.20 | $300.00 | $60.00 |
| Service | 07/03/2019 | Call with Don Whiteman Re: email to Kari Conigliaro Re: status of operations | 0.20 | $300.00 | $60.00 |
| Service | 07/03/2019 | Call with our Baumgart Re: conversion | 0.20 | $300.00 | $60.00 |
| Service | 07/08/2019 | emails to chapter 7 trustee re case status | 2.00 | $300.00 | $600.00 |
| Service | 07/09/2019 | Meeting with Chapter 7 Trustee | 3.00 | $300.00 | $900.00 |

| | | |
|---|---:|---:|
| **Quantity Subtotal** | | 87.5 |
| **Services Subtotal** | | $25,950.00 |

## Expenses

| Type | Date | Description | Quantity | Rate | Total |
|---|---|---|---:|---:|---:|
| Expense | 07/02/2019 | filing fee Motion to Convert | 1.00 | $15.00 | $15.00 |

| | | |
|---|---:|---:|
| **Expenses Subtotal** | | $15.00 |
| **Quantity Total** | | 87.5 |
| **Subtotal** | | $25,965.00 |
| **Total** | | $25,965.00 |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 89 | 07/11/2019 | $33,498.70 | $0.00 | $33,498.70 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 91 | 08/15/2019 | $25,965.00 | $0.00 | $25,965.00 |

| | |
|---|---|
| **Outstanding Balance** | **$59,463.70** |
| **Amount in Trust** | **$0.00** |
| **Total Amount Outstanding** | **$59,463.70** |

Please make all amounts payable to: Frederic P. Schwieg, Esq., Attorney at Law

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE RICHARD M. OSBORNE, SR.<br>*Debtor* | CASE NO. 17-17361<br>JUDGE ARTHUR I. HARRIS<br>CHAPTER 11 |

**ORDER GRANTING FOURTH AND FINAL APPLICATION OF FREDERIC P. SCHWIEG, ESQ. ATTORNEY AT LAW FOR APPROVAL OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR DEBTOR AND DEBTOR IN POSSESSION**

Before the Court is the Fourth and Final Application of Frederic P. Schwieg, Esq. Attorney at Law for Approval of Compensation and Reimbursement of Expenses as Counsel for Debtor and Debtor in Possession [Doc. -----] ("Motion"). All parties in interest having been duly served with notice of the Motion and the deadline to respond, and no party in interest having appeared in opposition to the Motion, the Court being fully apprised in the premises, FINDS and ORDERS as follows:

THE COURT FINDS that the compensation requested as adjusted by the court at the hearing is reasonable taking into account the nature and extent of such services, the time spent on such services, and the rates charged. The Court finds that the services rendered were necessary to the administration of the case, that they were performed in a reasonable amount of time

FEE APP4-19-07-16

commensurate with the complexity and importance and nature of the claim presented.  The Court finds that Mr. Schwieg has demonstrated skill and experience in the bankruptcy field and the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than under this title.

    IT IS THEREFORE ORDERED THAT Frederic P. Schwieg's request for legal fees i in the amount of  $25,950 and expenses of $15.00 and allowing him $25,965.00 as an administrative expense against the bankruptcy estate to be paid by the estate is hereby APPROVED and the Trustee shall immediately pay that sum to Mr. Schwieg.

###

Prepared By:
/s/ Frederic P. Schwieg, Esq.
Frederic P. Schwieg, Esq. (0030418)
Attorney at Law
2705 Gibson Dr
Rocky River, OH 44116
(440) 499-4506
Fax (440) 398-0490
fschwieg@schwieglaw.com
    ECF Service

The following is a list of the parties who are on the list to receive e-mail notice/service for this case:

Gregory P. Amend on behalf of Creditor First National Bank of Pennsylvania
gamend@bdblaw.com, grichards@bdblaw.com

Alison L. Archer on behalf of Interested Party Lakeland Community College
alison.archer@ohioattorneygeneral.gov, Trish.Lazich@ohioattorneygeneral.gov;angelique.dennis-noland@ohioattorneygeneral.gov

Richard M. Bain on behalf of Interested Party Zachary B Burkons
rbain@meyersroman.com, mnowak@meyersroman.com;jray@meyersroman.com

Adam S. Baker on behalf of Creditor Michael E. Osborne, Sr.
abakerlaw@sbcglobal.net, adam@bakerlaw.us;abakerlaw@gmail.com

Austin B. Barnes, III on behalf of Creditor Tax Ease Ohio, LLC
abarnes@sandhu-law.com, bk1notice@sandhu-law.com

Robert D. Barr on behalf of Creditor Chicago Title Insurance Company
rbarr@koehler.law, rbarr@koehler.law

David T. Brady on behalf of Creditor Tax Ease Ohio, LLC

DBrady@Sandhu-Law.com, bk1notice@sandhu-law.com

Kari B. Coniglio
kbconiglio@vorys.com, mdwalkuski@vorys.com;kbc@trustesolutions.net;jncash2@vorys.com

LeAnn E. Covey on behalf of Creditor Bank of America, N.A.
bknotice@clunkhoose.com

Richard W. DiBella on behalf of Creditor Nationwide Mutual Fire Insurance Company
rdibella@dgmblaw.com

Stephen R. Franks on behalf of Creditor Bank of America, N.A.
amps@manleydeas.com

Stephen John Futterer on behalf of Creditor City of Willoughby
sjfutterer@sbcglobal.net, r43087@notify.bestcase.com

Melody Dugic Gazda on behalf of Plaintiff Home Savings Bank
mgazda@hendersoncovington.com

Melody Dugic Gazda on behalf of Respondent Home Savings Bank, Successor by Merger to The Home Savings & Loan Company of Youngstown, Ohio
mgazda@hendersoncovington.com

Michael R. Hamed on behalf of Interested Party Gas Natural Inc.
mhamed@kushnerhamed.com, kgross@kushnerhamed.com

Heather E. Heberlein on behalf of Creditor First National Bank of Pennsylvania
hheberlein@bdblaw.com, vgum@bdblaw.com

Dennis J. Kaselak on behalf of Claimant Diane M. Osborne
dkaselak@peteribold.com, Cynthia@peteribold.com

Dennis J. Kaselak on behalf of Defendant Diane M. Osborne
dkaselak@peteribold.com, Cynthia@peteribold.com

Christopher J. Klym on behalf of Creditor Ohio Department of Taxation
bk@hhkwlaw.com

Jerry R. Krzys on behalf of Plaintiff Home Savings Bank
jkrzys@hendersoncovington.com, jerrykrzys@gmail.com

Matthew H. Matheney on behalf of Creditor First National Bank of Pennsylvania
mmatheney@bdblaw.com, bhajduk@bdblaw.com

Shannon M. McCormick on behalf of Creditor Center Street School Condominiums and coachhouses Unit Owners' Association, Inc.
bankruptcy@kamancus.com

Kelly Neal on behalf of Creditor The Huntington National Bank
kelly.neal@bipc.com, donna.curcio@bipc.com

David M. Neumann on behalf of Interested Party Zachary B Burkons
dneumann@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com

Timothy P. Palmer on behalf of Creditor The Huntington National Bank

timothy.palmer@bipc.com, donna.curcio@bipc.com

Tricia L. Pycraft on behalf of Accountant Rea & Associates, Inc.
tpycraft@ccj.com, bowman@ccj.com

Kirk W. Roessler on behalf of Creditor Estate of Jerome T. Osborne
kroessler@walterhav.com, kballa@walterhav.com;slasalvia@walterhav.com

Kirk W. Roessler on behalf of Creditor Osborne Farms, LLC fka Huron Lime Company, LLC
kroessler@walterhav.com, kballa@walterhav.com;slasalvia@walterhav.com

John J. Rutter on behalf of Creditor Mentor Lumber & Supply Co.
jrutter@ralaw.com

Frederic P. Schwieg on behalf of Attorney Frederic P. Schwieg
fschwieg@schwieglaw.com

Frederic P. Schwieg on behalf of Cross-Claimant Richard M. Osborne
fschwieg@schwieglaw.com

Frederic P. Schwieg on behalf of Debtor Richard M. Osborne
fschwieg@schwieglaw.com

Frederic P. Schwieg on behalf of Defendant Richard M. Osborne
fschwieg@schwieglaw.com

Michael J. Sikora, III on behalf of Creditor Chicago Title Insurance Company
msikora@sikoralaw.com, aarasmith@sikoralaw.com

Nathaniel R. Sinn on behalf of Creditor First National Bank of Pennsylvania
nsinn@bdblaw.com, grichards@bdblaw.com

Rachel L. Steinlage on behalf of Interested Party Zachary B Burkons
rsteinlage@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com;rbain@meyersroman.com

Richard J. Thomas on behalf of Plaintiff Home Savings Bank
rthomas@hendersoncovington.com, mgazda@hendersoncovington.com

Andrew M. Tomko on behalf of Creditor Tax Ease Ohio, LLC
atomko@sandhu-law.com, bk1notice@sandhu-law.com

Jeffrey C. Toole on behalf of Interested Party Zachary B Burkons
toole@buckleyking.com, young@buckleyking.com

Michael S. Tucker on behalf of Creditor Citizens Bank, N.A.
mtucker@ulmer.com

Phyllis A. Ulrich on behalf of Creditor The Huntington National Bank
bankruptcy@carlisle-law.com, bankruptcy@carlisle-law.com

Leslie E. Wargo on behalf of Cross-Claimant Richard M. Osborne
Leslie@Wargo-Law.com

Leslie E. Wargo on behalf of Debtor Richard M. Osborne
Leslie@Wargo-Law.com

FEE APP4-19-07-16

Maria D. Giannirakis ust06 on behalf of U.S. Trustee United States Trustee
maria.d.giannirakis@usdoj.gov

Scott R. Belhorn ust35 on behalf of U.S. Trustee United States Trustee
Scott.R.Belhorn@usdoj.gov

FEE APP4-19-07-16