IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DISTRICT

| | | |
|---|---|---|
| In re: | ) | Case No. 17-17361 |
| | ) | |
| RICHARD M. OSBORNE, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Judge Arthur I. Harris |

**TRUSTEE'S MOTION FOR PRODUCTION OF DOCUMENTS BY ZACHARY B. BURKONS, AS RECEIVER OF RECEIVERSHIP PROPERTY**

Kari B. Coniglio (the "Trustee"), the interim chapter 7 trustee for the bankruptcy estate of Richard M. Osborne (the "Debtor"), moves for an order requiring Zachary B. Burkons, as Receiver of Receivership Property[1] ("Burkons") to produce certain documents on or before **Tuesday, August 27, 2019 at 5:00 PM ET** or another date and time that is mutually agreeable to the Trustee and Burkons.

Rule 2004(c) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") provides for the production of documents on issuance of an appropriate subpoena in accordance with Rule 45 of the Federal Rules of Civil Procedure (the "Rules"), which is made applicable to this proceeding by Bankruptcy Rule 9016. The Trustee is prepared to issue a subpoena requesting the production of documents identified on Exhibit 1 in accordance with Bankruptcy Rule 9016 on entry of an order pursuant to Bankruptcy Rule 2004.

The Trustee seeks documents in Burkons' possession and control that relate to the financial affairs of the Debtor, property of the Debtor's estate, and matters which may affect the administration of the estate. Specifically, the documents requested by the Trustee seek

---

[1] "Receivership Property" means all property owned by the Debtor, the Richard M. Osborne Trust, Junior Properties, Ltd., Rigrotona Trust, Chowder Gas Storage Facility, LLC, Lake Shore Gas Storage, Inc., Orwell-Trumbull Pipeline, Co., LLC, Heisley Hopkins, Inc., Black Bear Realty, Ltd., and Hamilton Parties, Inc., and as that term is defined and used in the Judgment Entry, dated November 21, 2017, *Richard M. Osborne, et al. v. Park View Federal Savings Bank n/k/a First National Bank of Pennsylvania*, No. CV 14 822810, Court of Common Pleas of Cuyahoga County, Ohio.

information related to the portion of the Debtor's property under Burkons' control as Receiver of Receivership Property. The specific documents requested are identified on Exhibit 1.

The documents in Burkons' possession and control are necessary for the Trustee to administer the Debtor's estate. According to Schedule A/B, the Debtor has an interest in over one hundred properties and has membership interests in over two hundred entities, some of which own real property. Since the Trustee was appointed on July 3, 2019, she has identified several discrepancies between the Schedules and what is occurring in practice. For instance, Schedule A/B lists 5580 Woodside Rd. LLC, which the Debtor has a 100% membership interest, as inactive, but the Debtor is currently seeking to collect $12,500.00 from this entity [Doc. No. 493]. The Trustee has also learned that the Debtor ignored business formalities, transferring money and property between the entities with little documentation. With the information requested in this request for documents, the Trustee can better understand the Debtor's financial condition.

WHEREFORE, the Trustee requests that the Court (1) order Burkons to produce to the Trustee at 200 Public Square, Suite 1400, Cleveland, Ohio 44114 the documents requested in connection with the subpoena on or before **Tuesday, August 27, 2019 at 5:00 PM ET** or another date and time that is mutually agreeable to the Trustee and Burkons, and (2) deem the provisions of Rule 45(a)(4) satisfied by the filing of this motion.

2

17-17361-aih    Doc 530    FILED 07/25/19    ENTERED 07/25/19 15:31:41    Page 2 of 7

Respectfully submitted,

*/s/ Patrick R. Akers*
Drew T. Parobek (0016785)
Elia O. Woyt (0074109)
Carrie M. Brosius (0075484)
Patrick R. Akers (0095985)
VORYS, SATER, SEYMOUR AND PEASE LLP
200 Public Square, Suite 1400
Cleveland, Ohio 44114
(216) 479-6100
(216) 479-6060 (facsimile)
dtparobek@vorys.com
eowoyt@vorys.com
cmbrosius@vorys.com
prakers@vorys.com

*Proposed Counsel to the Interim Trustee*

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Trustee's Motion for Production of Documents by Zachary B. Burkons, as Receiver of Receivership Property* was served via the Court's Electronic Case Filing System on July 25, 2019 on the following who are listed on the Court's Electronic Mail Notice List:

Gregory P. Amend on behalf of Creditor First National Bank of Pennsylvania
gamend@bdblaw.com, grichards@bdblaw.com

Alison L. Archer on behalf of Interested Party Lakeland Community College
alison.archer@ohioattorneygeneral.gov, Trish.Lazich@ohioattorneygeneral.gov;angelique.dennis-noland@ohioattorneygeneral.gov

Richard M. Bain on behalf of Interested Party Zachary B Burkons
rbain@meyersroman.com, mnowak@meyersroman.com;jray@meyersroman.com

Adam S. Baker on behalf of Creditor Michael E. Osborne, Sr.
abakerlaw@sbcglobal.net, adam@bakerlaw.us;abakerlaw@gmail.com

Austin B. Barnes, III on behalf of Creditor Tax Ease Ohio, LLC
abarnes@sandhu-law.com, bk1notice@sandhu-law.com

Robert D. Barr on behalf of Creditor Chicago Title Insurance Company
rbarr@koehler.law, rbarr@koehler.law

David T. Brady on behalf of Creditor Tax Ease Ohio, LLC
DBrady@Sandhu-Law.com, bk1notice@sandhu-law.com

Kari B. Coniglio
kbconiglio@vorys.com, mdwalkuski@vorys.com;jnorth@vorys.com;kbc@trustesolutions.net

LeAnn E. Covey on behalf of Creditor Bank of America, N.A.
bknotice@clunkhoose.com

Richard W. DiBella on behalf of Creditor Nationwide Mutual Fire Insurance Company
rdibella@dgmblaw.com

Stephen R. Franks on behalf of Creditor Bank of America, N.A.
amps@manleydeas.com

Stephen John Futterer on behalf of Creditor City of Willoughby
sjfutterer@sbcglobal.net, r43087@notify.bestcase.com

Melody Dugic Gazda on behalf of Plaintiff Home Savings Bank
mgazda@hendersoncovington.com

Melody Dugic Gazda on behalf of Respondent Home Savings Bank, Successor by Merger to The Home Savings & Loan Company of Youngstown, Ohio
mgazda@hendersoncovington.com

Michael R. Hamed on behalf of Interested Party Gas Natural Inc.
mhamed@kushnerhamed.com, kgross@kushnerhamed.com

Heather E. Heberlein on behalf of Creditor First National Bank of Pennsylvania
hheberlein@bdblaw.com, vgum@bdblaw.com

Dennis J. Kaselak on behalf of Claimant Diane M. Osborne
dkaselak@peteribold.com, Cynthia@peteribold.com

Dennis J. Kaselak on behalf of Defendant Diane M. Osborne
dkaselak@peteribold.com, Cynthia@peteribold.com

Christopher J. Klym on behalf of Creditor Ohio Department of Taxation
bk@hhkwlaw.com

Jerry R. Krzys on behalf of Plaintiff Home Savings Bank
jkrzys@hendersoncovington.com, jerrykrzys@gmail.com

Matthew H. Matheney on behalf of Creditor First National Bank of Pennsylvania
mmatheney@bdblaw.com, bhajduk@bdblaw.com

Shannon M. McCormick on behalf of Creditor Center Street School Condominiums and coachhouses Unit Owners' Association, Inc.
bankruptcy@kamancus.com

Kelly Neal on behalf of Creditor The Huntington National Bank
kelly.neal@bipc.com, donna.curcio@bipc.com

David M. Neumann on behalf of Interested Party Zachary B Burkons
dneumann@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com

Timothy P. Palmer on behalf of Creditor The Huntington National Bank
timothy.palmer@bipc.com, donna.curcio@bipc.com

Tricia L. Pycraft on behalf of Accountant Rea & Associates, Inc.
tpycraft@ccj.com, bowman@ccj.com

Kirk W. Roessler on behalf of Creditor Estate of Jerome T. Osborne
kroessler@walterhav.com, kballa@walterhav.com;slasalvia@walterhav.com

Kirk W. Roessler on behalf of Creditor Osborne Farms, LLC fka Huron Lime Company, LLC
kroessler@walterhav.com, kballa@walterhav.com;slasalvia@walterhav.com

John J. Rutter on behalf of Creditor Mentor Lumber & Supply Co.
jrutter@ralaw.com

Frederic P. Schwieg on behalf of Attorney Frederic P. Schwieg

2

fschwieg@schwieglaw.com

Frederic P. Schwieg on behalf of Cross-Claimant Richard M. Osborne
fschwieg@schwieglaw.com

Frederic P. Schwieg on behalf of Debtor Richard M. Osborne
fschwieg@schwieglaw.com

Frederic P. Schwieg on behalf of Defendant Richard M. Osborne
fschwieg@schwieglaw.com

Michael J. Sikora, III on behalf of Creditor Chicago Title Insurance Company
msikora@sikoralaw.com, aarasmith@sikoralaw.com

Nathaniel R. Sinn on behalf of Creditor First National Bank of Pennsylvania
nsinn@bdblaw.com, grichards@bdblaw.com

Rachel L. Steinlage on behalf of Interested Party Zachary B Burkons
rsteinlage@meyersroman.com,
jray@meyersroman.com;mnowak@meyersroman.com;rbain@meyersroman.com

Richard J. Thomas on behalf of Plaintiff Home Savings Bank
rthomas@hendersoncovington.com, mgazda@hendersoncovington.com

Andrew M. Tomko on behalf of Creditor Tax Ease Ohio, LLC
atomko@sandhu-law.com, bk1notice@sandhu-law.com

Jeffrey C. Toole on behalf of Interested Party Zachary B Burkons
toole@buckleyking.com, young@buckleyking.com

Michael S. Tucker on behalf of Creditor Citizens Bank, N.A.
mtucker@ulmer.com

Phyllis A. Ulrich on behalf of Creditor The Huntington National Bank
bankruptcy@carlisle-law.com, bankruptcy@carlisle-law.com

Leslie E. Wargo on behalf of Cross-Claimant Richard M. Osborne
Leslie@Wargo-Law.com

Leslie E. Wargo on behalf of Debtor Richard M. Osborne
Leslie@Wargo-Law.com

Maria D. Giannirakis ust06 on behalf of U.S. Trustee United States Trustee
maria.d.giannirakis@usdoj.gov

Scott R. Belhorn ust35 on behalf of U.S. Trustee United States Trustee
Scott.R.Belhorn@usdoj.gov

3

*/s/ Patrick R. Akers*
Patrick R. Akers (0095985)

*Proposed Counsel to the Interim Trustee*