# UNITED STATES BANKRUPTCY COURT
## _____NORTHERN  DISTRICT OF OHIO_____

| | | |
|---|---|---|
| IN RE:   RICHARD M. OSBORNE | } | CASE NUMBER:  17-17361 |
| | } | |
| | } | |
| | } | JUDGE   HARRIS |
| | } | |
| DEBTOR. | } | CHAPTER 11 |

---

### DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
### FOR THE PERIOD

**FROM**          6/1/19          **TO**          6/30/19

    Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.


Dated:    8/16/2019                                        /s/Frederic P. Schwieg, Esq.
                                                          Attorney for Debtor


Debtor's Address                         Attorney's Address
and Phone Number:                        and Phone Number:
7265 Markell Rd.                         2705 Gibson Dr.
Waite Hill, OH 44094                     Rocky River, OH 44116-3008
_____                  _____
                                         Bar No. ___0030418
Tel. _____ 440-269-0368                 Tel. _____ 440-499-4506


Note:  The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee.
Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the followng resources on the United States Trustee Program website,
http://www.justice.gov/ust/r20/index.htm
1)       Instructions for Preparation Debtor's Chapter 11 Monthly Operating Report
2)       Initial Filing Requirements
3)       Frequently Asked Questions (FAQs)

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

Case Name: RICHARD M. OSBORNE

Case Number: 17-17361

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this report.

|  | Month<br>June. 2019 | Cumulative<br>Total |
|---|---|---|
| CASH- Beginning of Month (Household) | $642,840.52 | $7,417,799.42 |
| CASH- Beginning of Month (Business) | $824,815.38 | $10,171,192.55 |
|  |  |  |
| Total Household Receipts | $20,732.24 | $1,280,038.44 |
| Total Business Receipts | $12,276.32 | $1,132,999.25 |
| Total Receipts | $33,008.56 | $2,413,036.69 |
|  |  |  |
| Total Household Disbursements | $32,208.00 | $649,374.12 |
| Total Business Disbursements | $22,654.31 | $327,494.08 |
| Total Disbursements | $54,862.31 | $976,868.20 |
|  |  |  |
| NET CASH FLOW (Total Receipts minus Total Disbursements) | ($21,853.75) | $1,645,633.85 |
|  |  |  |
| CASH- End of Month (Individual) | $631,364.76 | $11,118,393.53 |
| CASH- End of Month (Business) | $814,437.39 | $10,985,629.94 |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| | | |
|---|---|---|
| TOTAL DISBURSEMENTS (From Above) | $54,862.31 | $976,868.20 |
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) | $0.00 | $0.00 |
|  |  |  |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION | $54,862.31 | $976,868.20 |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

10-Jul-19  Richard M. Osborne Sr.

Debtor's Signature

Monthly Operating Report - Indivdual

## SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month June. 2019 | Cumulative Total |
|---|---|---|
| **CASH** - Beginning of Month | $642,840.52 | |
| | | |
| **CASH RECEIPTS** | | |
| Salary or Cash from Business | | |
| Wages from Other Sources (attach list to this report) | | |
| Interest or Dividend Income | $142.43 | $4,179.20 |
| Alimony or Child Support | | |
| Social Security/Pension/Retirement | $2,637.00 | $49,091.00 |
| Sale of Household Assets (attach list to this report) | | $77,145.72 |
| Loans/Borrowing from Outside Sources (attach list to this report) | | |
| Other (specify) (attach list to this report)  Real Estate Sales, refunds | $452.81 | $718,564.01 |
| Receipts from the estate of JTO | $17,500.00 | $431,058.51 |
| **TOTAL RECEIPTS** | $20,732.24 | $1,280,038.44 |
| | | |
| **CASH DISBURSEMENTS** | | |
| Alimony or Child Support Payments | | $180,000.00 |
| Charitable Contributions | $150.00 | $150.00 |
| Gifts | $2,000.00 | $3,605.00 |
| Household Expenses/Food/Clothing | $1,560.55 | $41,679.39 |
| Household Repairs & Maintenance | | $39,668.55 |
| Insurance | $1,529.86 | $22,858.40 |
| IRA Contribution | | |
| Lease/Rent Payments | $1,235.00 | $13,880.00 |
| Medical/Dental Payments | $80.20 | $12,753.80 |
| Mortgage Payment(s) | | $1,100.00 |
| Other Secured Payments | $575.00 | $15,745.00 |
| Taxes - Personal Property | | |
| Taxes - Real Estate | | |
| Taxes Other (attach schedule) State of Ohio - Personal | $19,490.00 | $19,490.00 |
| Travel & Entertainment | $904.18 | $80,712.71 |
| Tuition/Education | | |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | $2,510.44 | $56,133.58 |
| Vehicle Expenses | $1,748.83 | $20,175.05 |
| Vehicle Secured Payment(s) | | |
| U. S. Trustee Quarterly Fees | | $5,575.00 |
| Professional Fees (Legal, Accounting) | | $122,982.17 |
| Other (attach schedule) | | $1,827.15 |
| Subscriptions | $42.99 | $2,188.88 |
| Miscellaneous | $380.95 | $8,849.44 |
| | | |
| **Total Household Disbursements** | $32,208.00 | $649,374.12 |
| | | |
| **CASH - End of Month** (Must equal reconciled bank statement- Attachment No. 2) | $631,364.76 | |

# SCHEDULE OF BUSINESS
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month<br>June, 2019 | Cumulative<br>Total |
|---|---|---|
| **CASH** - Beginning of Month | $824,815.38 | |
| | | |
| **BUSINESS CASH RECEIPTS** | | |
| Cash Sales | | |
| Account Receivable Collection | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | |
| Rental Income | $10,922.50 | $239,185.94 |
| Sale of Business Assets (attach list to this report) | | $863,331.65 |
| Other (specify) (attach list to this report) Interest Income | $1,353.82 | $13,782.78 |
| | | $16,698.88 |
| **Total Business Receipts** | $12,276.32 | $1,132,999.25 |
| | | |
| **BUSINESS CASH DISBURSEMENTS** | | |
| Net Payroll (Excluding Self) | $6,925.97 | $131,049.24 |
| Salary Paid to Debtor or Owner's Draw (e.g., transfer to Household Account) | | |
| Taxes - Payroll | $223.42 | $888.70 |
| Taxes - Sales | | |
| Taxes Other (attach schedule) Real Estate | $11,214.80 | $12,299.42 |
| Contract Labor (Subcontractors) | | $1,800.00 |
| Inventory Purchases | | |
| Secured/Lease Payments (Business) | $4,117.31 | $99,628.48 |
| Utilities (Business) | | $9,005.24 |
| Insurance | | $17,184.38 |
| Vehicle Expenses | | $2,377.26 |
| Travel & Entertainment | | $5,360.14 |
| Repairs and Maintenance | $16.59 | $19,578.10 |
| Supplies | | $1,499.91 |
| Charitable Contributions/Gifts | | |
| Purchase of Fixed Assets | | |
| Advertising | | |
| Bank Charges | | $226.11 |
| Other (attach schedule) | $156.22 | $20,435.23 |
| | | $6,121.87 |
| **Total Business Disbursements** | $22,654.31 | $327,494.08 |
| | | |
| **CASH - End of Month** (Must equal reconciled bank statement - Attachment No. 2) | $814,437.39 | |

Monthly Operating Report - Individual

| QUESTIONNAIRE | | |
|---|---|---|
| | YES* | NO |
| 1. Have any assets been sold or transferred outside the normal course of business during this reporting period? | | xxxxx |
| 2. Have any funds been disbursed from any account other than a debtor in possession account? | | xxxxx |
| 3. Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | xxxxx |
| 4. Have any payments been made on pre-petition liabilities this reporting period? | | xxxxx |
| 5. Have any post-petition loans been received by the debtor from any party? | | xxxxx |
| 6. Are any post-petition payroll taxes past due? | | XXXX |
| 7. Are any post-petition state or federal income taxes past due? | | XXXX |
| 8. Are any post-petition state or local sales taxes past due? | | XXXX |
| 9. Are any post-petition real estate taxes past due? | xxxxxx | |
| 10. Are any amounts owed to post-petition creditors/vendors delinquent? | | xxxxx |
| 11. Are any wage payments past due? | | XXXX |

**\*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.**

| INSURANCE INFORMATION | | |
|---|---|---|
| | YES | NO* |
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | XXXX | |
| 2. Are all premium payments current? | XXXX | |

**\*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.**

| CONFIRMATION OF INSURANCE | | | | |
|---|---|---|---|---|
| TYPE of POLICY      and      CARRIER | Period of Coverage | Payment Amount and Frequency | | Delinquency Amount |
| Rental Property Policy, AWGuard Insurance Co. - covers all rentals | One year ending Nov'19 | Annual | $7,455 | 0 |
| | | | | |
| | | | | |
| | | | | |

_____ Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

| DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD: |
|---|
| |
| |
| |
| |
| |
| Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: _____ |

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 | Account #5 |
|---|---|---|---|---|---|
| Name of Bank: | Huntington | Huntington-RE | Huntington Int | Huntington SP | Funds Held At |
| Account Number: | 2665744835 | 3663971968 | 3663978602 | 3664029288 | Bankruptcy Court |
| Purpose of Account (Business/Personal) | Bus/Pers | Real Estate | Savings | Savings | Escrow |
| Type of Account (e.g. checking) | Checking | Money Market | Money Market | Money Market | Account |
| 1. Balance per Bank Statement | $28,534.05 | $687,976.46 | $60,073.13 | $188,931.51 | $490,404.77 |
| 2. ADD: Deposits not credited (attach list to this report) | $0.00 | $0.00 | $0.00 | $0.00 | |
| 3. SUBTRACT: Outstanding Checks (attach list) | $20,117.77 | $0.00 | $0.00 | $0.00 | |
| 4. Other Reconciling Items (attach list to this report) | $0.00 | $0.00 | $0.00 | $0.00 | |
| 5. Month End Balance (Must Agree with Books) | $8,416.28 | $687,976.46 | $60,073.13 | $188,931.51 | $490,404.77 |
| TOTAL OF ALL ACCOUNTS | | | | | $1,435,802.15 |

Note: Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information | | | | |
|---|---|---|---|---|
| Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach a copy of each investment account statement.

# Richard M Osborne DIP
## Cash Receipts Register
### Huntington - Household
### For June 2019

| Date | Reference | Type | Payee/Paid By | Memo | Receipt Amt |
|------|-----------|------|---------------|------|-------------|
| 6/3/19 | 2203907 | Receipt | computershare | Dividend | 0.41 |
| 6/3/19 | 4380 | Receipt | Estate JTO | Estate of JTO | 5,000.00 |
| 6/4/19 | 0040286786 | Receipt | ohio department of c | refunds | 452.81 |
| 6/4/19 | 3027 | Receipt | woodside | Estate of JTO | 12,500.00 |
| 6/13/19 | 40127252 | Receipt | computershare | Dividend | 0.75 |
| 6/13/19 | 45531602 | Receipt | computershare | Dividend | 1.10 |
| 6/13/19 | 79547 | Receipt | timken | Dividend | 0.28 |
| 6/23/19 | Bank | Receipt | Huntington | Interest | 139.89 |
| 6/26/19 | 1022 | Receipt | SSA | Social Security | 2,637.00 |

**Total** 20,732.24

17-17361-skk    Doc 567    FILED 08/15/19    ENTERED 08/15/19 15:29:41    Page 7 of 28

| Date | Reference | Type | Payee/Paid By | Memo | Payment Amt |
|------|-----------|------|---------------|------|-------------|
| 6/3/19 | 2124 | Payment | John Ezzo | Rent | 1,235.00 |
| 6/3/19 | 6319-1 | Payment | MCDonalds | Meals | 12.79 |
| 6/4/19 | 2154 | Payment | osborne Lance | Miscellaneous | 270.00 |
| 6/4/19 | 2155 | Payment | Hathy | Interest | 575.00 |
| 6/4/19 | 2156 | Payment | aarp | 324715134-1 Insurance | 227.95 |
| 6/4/19 | 2157 | Payment | humana | medical | 80.20 |
| 6/4/19 | 6419-1 | Payment | Iberia | Travel | 127.90 |
| 6/4/19 | 6419-2 | Payment | MCDonalds | Meals | 15.34 |
| 6/4/19 | 6419-3 | Payment | international Fee | Travel | 3.84 |
| 6/5/19 | 2167 | Payment | big Oats | Vehicle | 83.97 |
| 6/5/19 | 2168 | Payment | dominion | Utilities | 195.11 |
| 6/5/19 | 6519-1 | Payment | finishline | Household | 80.24 |
| 6/5/19 | 6519-2 | Payment | Drug Mart | Household | 113.71 |
| 6/6/19 | 6619-1 | Payment | johnnys bar | Entertainment | 80.00 |
| 6/6/19 | 6619-2 | Payment | Haueter lawn | Household | 291.75 |
| 6/6/19 | 6619-3 | Payment | MCDonalds | Meals | 9.42 |
| 6/6/19 | 6619-4 | Payment | MCDonalds | Meals | 0.53 |
| 6/6/19 | 6619-5 | Payment | Walmart | Household | 180.72 |
| 6/6/19 | 6619-6 | Payment | Tractor supply | Household | 148.30 |
| 6/6/19 | 6619-7 | Payment | Sheetz | Vehicle | 67.19 |
| 6/7/19 | 6719-1 | Payment | Hughesnet | Utilities | 76.03 |
| 6/7/19 | 6719-2 | Payment | Amazon | Utilities | 6.41 |
| 6/10/19 | pos61019-1 | Payment | Fashionnova | Household | 225.91 |
| 6/10/19 | pos61019-2 | Payment | Amazon | Utilities | 13.90 |
| 6/13/19 | 2169 | Payment | Aqua | Utilities | 41.40 |
| 6/13/19 | 2170 | Payment | big Oats | Vehicle | 85.27 |
| 6/13/19 | 2171 | Payment | city of pain | Utilities | 53.37 |
| 6/13/19 | 2172 | Payment | Deep Springs | Entertainment | 180.52 |
| 6/13/19 | 2173 | Payment | Directv | Utilities | 401.57 |
| 6/13/19 | 2174 | Payment | Hughesnet | Utilities | 77.00 |
| 6/13/19 | 2175 | Payment | Knox Energy | Utilities | 32.10 |
| 6/13/19 | 2176 | Payment | ohio forestry | donation | 50.00 |
| 6/13/19 | 2177 | Payment | sievers | Utilities | 44.94 |
| 6/13/19 | 2178 | Payment | westfield Insurance | Insurance | 88.23 |
| 6/13/19 | 2179 | Payment | AAA | Vehicle | 52.00 |
| 6/13/19 | 2180 | Payment | NRA-ILA | donation | 100.00 |
| 6/13/19 | pos61319-1 | Payment | MCDonalds | Meals | 10.58 |
| 6/17/19 | pos61719-1 | Payment | MCDonalds | Meals | 7.57 |
| 6/17/19 | pos61719-2 | Payment | dairy queen | Meals | 3.11 |
| 6/17/19 | pos61719-3 | Payment | MCDonalds | Meals | 15.59 |
| 6/17/19 | pos61719-4 | Payment | bushnell | Household | 10.79 |
| 6/17/19 | pos61719-5 | Payment | Giant Eagle | Household | 12.35 |
| 6/17/19 | pos61719-6 | Payment | MCDonalds | Meals | 15.34 |
| 6/18/19 | 2181 | Payment | Mr. and Mrs. Miller | Wedding gift | 2,000.00 |
| 6/18/19 | 2182 | Payment | Aqua | Utilities | 58.41 |
| 6/18/19 | 2183 | Payment | AT&T | Utilities | 186.34 |
| 6/18/19 | 2184 | Payment | big Oats | Vehicle | 854.37 |
| 6/18/19 | 2186 | Payment | Knox Energy | Utilities | 81.79 |
| 6/18/19 | pos61819-1 | Payment | 7th floor lunch room | Meals | 10.28 |
| 6/18/19 | pos61819-2 | Payment | Nicks Gyros | Meals | 10.87 |
| 6/18/19 | pos61819-3 | Payment | Dollar General | Household | 34.24 |
| 6/19/19 | pos61919-1 | Payment | MCDonalds | Meals | 3.66 |
| 6/19/19 | pos61919-2 | Payment | MCDonalds | Meals | 15.24 |
| 6/19/19 | pos61919-3 | Payment | bp | Vehicle | 70.90 |

17-17361-skk   Doc 567   FILED 08/15/19   ENTERED 08/15/19 15:29:41   Page 8 of 28

# Richard M Osborne DIP
## Cash Disbursements Register
## Huntington - Household
## For June 2019

| Date | Reference | Type | Payee/Paid By | Memo | Payment Amt |
|------|-----------|------|---------------|------|------------:|
| 6/20/19 | pos62019-1 | Payment | sleep Inn & Suites | Travel | 118.07 |
| 6/20/19 | pos62019-2 | Payment | Sara JS Restaurant | Entertainment | 201.82 |
| 6/20/19 | pos62019-3 | Payment | bp | Vehicle | 59.04 |
| 6/21/19 | pos62119-1 | Payment | MCDonalds | Meals | 10.98 |
| 6/21/19 | pos62119-2 | Payment | holiday Inn | Travel | 187.02 |
| 6/21/19 | pos62119-3 | Payment | holiday Inn | Travel | 5.01 |
| 6/21/19 | pos62119-04 | Payment | MCDonalds | Meals | 14.27 |
| 6/21/19 | pos62119-5 | Payment | Harrs Te | Household | 9.65 |
| 6/21/19 | pos62119-6 | Payment | firestone | Vehicle | 319.18 |
| 6/24/19 | 2160 | Payment | united health | Insurance | 1,213.68 |
| 6/24/19 | pos62419-1 | Payment | MCDonalds | Meals | 15.56 |
| 6/24/19 | pos62419-2 | Payment | Walmart | Household | 97.02 |
| 6/24/19 | pos62419-3 | Payment | wall street | Subscription | 42.99 |
| 6/24/19 | pos62419-4 | Payment | mama'a caribbean gri | Meals | 95.16 |
| 6/24/19 | pos62419-5 | Payment | circle K | Vehicle | 39.29 |
| 6/24/19 | pos62419-6 | Payment | MCDonalds | Meals | 12.43 |
| 6/24/19 | pos62419-7 | Payment | Marathon | Vehicle | 44.00 |
| 6/24/19 | pos62419-8 | Payment | Verizon | Utilities | 107.50 |
| 6/25/19 | 2187 | Payment | ACN | Utilities | 67.63 |
| 6/25/19 | 2188 | Payment | AT&T | Utilities | 52.23 |
| 6/25/19 | 2189 | Payment | big Oats | Vehicle | 73.62 |
| 6/25/19 | 2190 | Payment | dominion | Utilities | 58.90 |
| 6/25/19 | 2191 | Payment | Illuminating | Utilities | 689.44 |
| 6/25/19 | 2192 | Payment | Illuminating | Utilities | 72.55 |
| 6/25/19 | 2193 | Payment | Illuminating | Utilities | 110.53 |
| 6/25/19 | 2194 | Payment | Illuminating | Utilities | 83.29 |
| 6/25/19 | pos62519-1 | Payment | MCDonalds | Meals | 6.25 |
| 6/25/19 | pos62519-2 | Payment | SPK Spokeo search | Miscellaneous | 0.95 |
| 6/26/19 | 2161 | Payment | Ohio Treasurer of | Personal Ohio Income tax | 19,490.00 |
| 6/26/19 | pos62619-1 | Payment | sausalito on ninth | Meals | 46.67 |
| 6/27/19 | 2162 | Payment | Post master | Postage | 110.00 |
| 6/27/19 | pos62719-1 | Payment | MCDonalds | Meals | 5.07 |
| 6/28/19 | POS0628198- | Payment | MCDonalds | Meals | 6.25 |
| 6/28/19 | POS0628198-: | Payment | MCDonalds | Meals | 12.91 |
| | **Total** | | | | **32,208.00** |

17-17361-skk    Doc 567    FILED 08/15/19    ENTERED 08/15/19 15:29:41    Page 9 of 28

# Richard M Osborne DIP
## Cash Receipts Register
## Huntington - Business
## For June 2019

| Date | Reference | Type | Payee/Paid By | Memo | | Receipt Amt |
|------|-----------|------|---------------|------|--|-------------|
| 6/3/19 | 1013 | Receipt | joyce 7474 presley | 6/3/19 | Rent | 1,000.00 |
| 6/3/19 | 4469 | Receipt | Balog 7792 Ravenna | 6/3/19 | Rent | 500.00 |
| 6/4/19 | 1634 | Receipt | R&G RVS LLC | 6/4/19 | Rent | 500.00 |
| 6/6/19 | 1118 | Receipt | Spetz 15499 Kinsman | 6/6/19 | Rent | 600.00 |
| 6/10/19 | 1372 | Receipt | groves730columbia | 6/10/19 | Rent | 600.00 |
| 6/12/19 | 1412 | Receipt | Beers 7472 presley | 6/12/19 | Rent | 2,000.00 |
| 6/18/19 | 13749422 | Receipt | boone 6980Ravenna | 6/18/19 | Rent | 600.00 |
| 6/21/19 | 62119 | Receipt | javier condo#5 | 6/21/19 | Rent | 1,900.00 |
| 6/21/19 | 881 | Receipt | fratus 1180w.jackson | 6/21/19 | Rent | 200.00 |
| 6/23/19 | Bank | Receipt | Huntington Bnak | | Interest 1968 | 1,091.49 |
| 6/23/19 | Bank | Receipt | Huntington Bnak | | Interest 9288 | 262.33 |
| 6/24/19 | 1322.50 | Receipt | Airgas | 6/24/19 | Rent | 1,322.50 |
| 6/28/19 | 62819 | Receipt | Kara 7317 Ren | 6/28/19 | Rent | 600.00 |
| 6/28/19 | 75531 | Receipt | zukowski 5660vrooman | 6/28/19 | Rent | 1,100.00 |
| | | **Total** | | | | **12,276.32** |

17-17361-skk    Doc 567    FILED 08/15/19    ENTERED 08/15/19 15:29:41    Page 10 of 28

# Richard M Osborne DIP
## Cash Disbusement Register
## Huntington - Business
## For June 2019

| Date | Reference | Type | Payee/Paid By | Memo | Payment Amt |
|---|---|---|---|---|---|
| 6/4/19 | ACH060419 | Payment | Ohio Payroll | Payroll processing | 156.22 |
| 6/5/19 | 2125 | Payment | Bank Of America | Bank loan | 1,117.31 |
| 6/7/19 | Payroll 6-7-19 | Gen. Jrnl. | | Payroll | 3,456.12 |
| 6/7/19 | 2126 | Payment | Erie Bank | Bank loan | 3,000.00 |
| 6/13/19 | 2158 | Payment | Tax Ease Ohio, LLC | Real Estate taxes | 10,329.41 |
| 6/13/19 | 2159 | Payment | Trasure of lake | Real Estate taxes | 885.39 |
| 6/18/19 | 2185 | Payment | G & L | Maintenance and repairs | 16.59 |
| 6/21/19 | Payroll 6-21-19 | Gen. Jrnl. | | Payroll | 3,469.85 |
| 6/24/19 | ACH062419 | Payment | BWC | June 2019 payment | 223.42 |
| | | **Total** | | | **22,654.31** |

# Richard M Osborne Debtor In Possession
## Account Reconciliation
### As of Jun 30, 2019
### 1004 - Cash - Huntington DIP
### Bank Statement Date: June 30, 2019

Filter Criteria includes: Report is printed in Detail Format.

| | | | | |
|---|---|---|---|---|
| Beginning GL Balance | | | | 6,763.74 |
| Add: Cash Receipts | | | | 66,514.85 |
| Less: Cash Disbursements | | | | (57,936.34) |
| Add (Less) Other | | | | (6,925.97) |
| Ending GL Balance | | | | 8,416.28 |
| Ending Bank Balance | | | | 28,534.05 |
| Add back deposits in transit | | | | |
| Total deposits in transit | | | | |
| (Less) outstanding checks | Jan 15, 2019 | 1959 | (92.37) | |
| | Jun 26, 2019 | 2161 | (19,490.00) | |
| | Jun 27, 2019 | 2162 | (110.00) | |
| | Jun 13, 2019 | 2178 | (88.23) | |
| | Jun 13, 2019 | 2180 | (100.00) | |
| | Jun 18, 2019 | 2182 | (58.41) | |
| | Jun 25, 2019 | 2187 | (67.63) | |
| | Jun 25, 2019 | 2188 | (52.23) | |
| | Jun 25, 2019 | 2190 | (58.90) | |
| Total outstanding checks | | | | (20,117.77) |
| Add (Less) Other | | | | |
| Total other | | | | |
| Unreconciled difference | | | | 0.00 |
| Ending GL Balance | | | | 8,416.28 |



## Account Information

RMO DIP ...4835

| | | | |
|---|---|---|---|
| Today's Beginning Balance | $28,534.05 | Nickname | RMO DIP |
| Pending Transactions | $9,904.63 | Type | Asterisk-Free Checking |
| Deposit Holds | $0.00 | Routing Number | 041000153 |
| Account Balance | $38,438.68 | Account Number | *******4835 |
| | | Overdraft Protection (ODP) | None |
| Interest Earned but Not Paid | $0.00 | Year To Date Interest | $0.00 |
| Previous Year Interest | $48.33 | | |

## Pending Transactions

| Date | Type | Payee/Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| 07/01/2019 | Debit Card | MCDONALD'S F17730 MENTOR OH XXXXXXXXXXXX5257 | -$8.92 | | $38,438.68 |
| 07/01/2019 | Debit Card | MARATHON PETRO72017 KINGSVILLE OH XXXXXXXXXXXX5257 | -$60.10 | | $38,447.60 |
| 07/01/2019 | Debit Card | MCDONALD'S F5532 EDINBORO PA XXXXXXXXXXXX5257 | -$26.35 | | $38,507.70 |
| 07/01/2019 | Online Banking TFR | | | $10,000.00 | $38,534.05 |

## Transaction History

From 06/01/2019   To 06/30/2019

6-30-19

| Date | Number | Type | Payee/Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|---|
| 06/28/2019 | 2194 | Check | SUBSTITUTE CHECK | -$83.29 | | $28,534.05 |
| 06/28/2019 | 2193 | Check | SUBSTITUTE CHECK | -$110.53 | | $28,617.34 |
| 06/28/2019 | 2192 | Check | SUBSTITUTE CHECK | -$72.55 | | $28,727.87 |
| 06/28/2019 | 2191 | Check | SUBSTITUTE CHECK | -$689.44 | | $28,800.42 |
| 06/28/2019 | 2185 | Check | SUBSTITUTE CHECK | -$16.59 | | $29,489.86 |
| 06/28/2019 | 2160 | Check | SUBSTITUTE CHECK | -$1,213.68 | | $29,506.45 |
| 06/28/2019 | 0 | Debit Card | MCDONALD'S F17647 | -$12.91 | | $30,720.13 |
| 06/28/2019 | 0 | Debit Card | MCDONALD'S F6893 | -$6.25 | | $30,733.04 |
| 06/28/2019 | 0 | Deposit | DEPOSIT | | $1,700.00 | $30,739.29 |
| 06/27/2019 | 2189 | Check | SUBSTITUTE CHECK | -$73.62 | | $29,039.29 |
| 06/27/2019 | 2186 | Check | SUBSTITUTE CHECK | -$81.79 | | $29,112.91 |
| 06/27/2019 | 2184 | Check | SUBSTITUTE CHECK | -$854.37 | | $29,194.70 |
| 06/27/2019 | 2183 | Check | SUBSTITUTE CHECK | -$186.34 | | $30,049.07 |
| 06/27/2019 | 0 | Debit Card | MCDONALD'S F17730 | -$5.07 | | $30,235.41 |
| 06/26/2019 | 2176 | Check | SUBSTITUTE CHECK | -$50.00 | | $30,240.48 |
| 06/26/2019 | 0 | Debit Card | SAUSALITO ON NINTH | -$46.67 | | $30,290.48 |
| 06/26/2019 | 0 | Deposit | DEPOSIT | | $2,637.00 | $30,337.15 |
| 06/26/2019 | 0 | Transfer | INTERNET TFR FRM CHECKING | | $20,000.00 | $27,700.15 |
| 06/25/2019 | 2171 | Check | SUBSTITUTE CHECK | -$53.37 | | $7,700.15 |
| 06/25/2019 | 0 | Debit Card | SPK*SPOKEO SEARCH | -$0.95 | | $7,753.52 |
| 06/25/2019 | 0 | Debit Card | MCDONALD'S F6893 | -$6.25 | | $7,754.47 |
| 06/24/2019 | 0 | Electronic Debit | OHIO BWC DEBITS | -$223.42 | | $7,760.72 |
| 06/24/2019 | 2181 | Check | SUBSTITUTE CHECK | -$2,000.00 | | $7,984.14 |
| 06/24/2019 | 2169 | Check | SUBSTITUTE CHECK | -$41.40 | | $9,984.14 |
| 06/24/2019 | 0 | Debit Card | VZWRLSS*PREPAID PYMNT | -$107.50 | | $10,025.54 |
| 06/24/2019 | 23 | ATM/POS | MARATHON 77 | -$44.00 | | $10,133.04 |
| 06/24/2019 | 0 | Debit Card | MCDONALD'S F12167 | -$12.43 | | $10,177.04 |
| 06/24/2019 | 7 | ATM/POS | CIRCLE K # 01867 6 | -$39.29 | | $10,189.47 |
| 06/24/2019 | 0 | Debit Card | MAMA S CARIBBEAN GRILL | -$95.16 | | $10,228.76 |
| 06/24/2019 | 0 | Debit Card | D J*WALL-ST-JOURNAL | -$42.99 | | $10,323.92 |
| 06/24/2019 | 0 | Debit Card | WM SUPERCENTER #1666 | -$97.02 | | $10,366.91 |
| 06/24/2019 | 0 | Debit Card | MCDONALD'S F6463 | -$15.56 | | $10,463.93 |

| Date | Number | Type | Description | Amount | Deposit | Balance |
|---|---|---|---|---|---|---|
| 06/24/2019 | 0 | Deposit | DEPOSIT | | $1,322.50 | $10,479.49 |
| 06/21/2019 | 0 | Electronic Debit | Ohio Payroll PAR NET PAY | -$2,614.49 | | $9,156.99 |
| 06/21/2019 | 0 | Electronic Debit | Ohio Payroll PAR TAX IMPND | -$855.36 | | $11,771.48 |
| 06/21/2019 | 2174 | Check | SUBSTITUTE CHECK | -$77.00 | | $12,626.84 |
| 06/21/2019 | 2173 | Check | SUBSTITUTE CHECK | -$401.57 | | $12,703.84 |
| 06/21/2019 | 2172 | Check | SUBSTITUTE CHECK | -$180.52 | | $13,105.41 |
| 06/21/2019 | 1 | ATM/POS | FIRESTONE650242 59 | -$319.18 | | $13,285.93 |
| 06/21/2019 | 40102 | ATM/POS | HARRIS TE 1704 CEN | -$9.65 | | $13,605.11 |
| 06/21/2019 | 0 | Debit Card | MCDONALD'S F37425 | -$14.27 | | $13,614.76 |
| 06/21/2019 | 0 | Debit Card | HOLIDAY INN OCEANFRONT | -$5.01 | | $13,629.03 |
| 06/21/2019 | 0 | Debit Card | HOLIDAY INN SURFSIDE | -$187.02 | | $13,634.04 |
| 06/21/2019 | 0 | Debit Card | MCDONALD'S F4609 | -$10.98 | | $13,821.06 |
| 06/21/2019 | 0 | Deposit | DEPOSIT | | $2,100.00 | $13,832.04 |
| 06/20/2019 | 2175 | Check | SUBSTITUTE CHECK | -$32.10 | | $11,732.04 |
| 06/20/2019 | 916701 | ATM/POS | BP#9094681KEN' | -$59.04 | | $11,764.14 |
| 06/20/2019 | 0 | Debit Card | SARA JS RESTAURANT | -$201.82 | | $11,823.18 |
| 06/20/2019 | 0 | Debit Card | SLEEP INN & SUITES | -$118.07 | | $12,025.00 |
| 06/20/2019 | 0 | Transfer | INTERNET TFR FRM CHECKING | | $5,000.00 | $12,143.07 |
| 06/19/2019 | 2179 | Check | SUBSTITUTE CHECK | -$52.00 | | $7,143.07 |
| 06/19/2019 | 2177 | Check | SUBSTITUTE CHECK | -$44.94 | | $7,195.07 |
| 06/19/2019 | 649001 | ATM/POS | BP#5869771LITT | -$70.90 | | $7,240.01 |
| 06/19/2019 | 0 | Debit Card | MCDONALD'S F26160 | -$15.24 | | $7,310.91 |
| 06/19/2019 | 0 | Debit Card | MCDONALD'S F6893 | -$3.66 | | $7,326.15 |
| 06/18/2019 | 2170 | Check | SUBSTITUTE CHECK | -$85.27 | | $7,329.81 |
| 06/18/2019 | 413022 | ATM/POS | DOLLAR GENERAL | -$34.24 | | $7,415.08 |
| 06/18/2019 | 0 | Debit Card | NICKS GYROS NO 3 | -$10.87 | | $7,449.32 |
| 06/18/2019 | 0 | Debit Card | 7TH FLOOR LUNCH ROOM | -$10.28 | | $7,460.19 |
| 06/17/2019 | 2155 | Check | SUBSTITUTE CHECK | -$575.00 | | $7,470.47 |
| 06/17/2019 | 2032 | Check | SUBSTITUTE CHECK | -$575.00 | | $8,045.47 |
| 06/17/2019 | 0 | Debit Card | MCDONALD'S F5532 | -$15.34 | | $8,620.47 |
| 06/17/2019 | 0 | Debit Card | GIANT EAGLE #0088 | -$12.35 | | $8,635.81 |
| 06/17/2019 | 0 | Debit Card | BUSHNELL STORE | -$10.79 | | $8,648.16 |
| 06/17/2019 | 0 | Debit Card | MCDONALD'S F13667 | -$15.59 | | $8,658.95 |
| 06/17/2019 | 0 | Debit Card | DAIRY QUEEN #15243 QPS | -$3.11 | | $8,674.54 |
| 06/17/2019 | 0 | Debit Card | MCDONALD'S F7104 | -$7.57 | | $8,677.65 |
| 06/17/2019 | 0 | Deposit | DEPOSIT | | $600.00 | $8,685.22 |
| 06/14/2019 | 2159 | Check | SUBSTITUTE CHECK | -$885.39 | | $8,085.22 |
| 06/14/2019 | 2158 | Check | SUBSTITUTE CHECK | -$10,329.41 | | $8,970.61 |
| 06/14/2019 | 2154 | Check | SUBSTITUTE CHECK | -$270.00 | | $19,300.02 |
| 06/13/2019 | 0 | Debit Card | MCDONALD'S F5532 | -$10.58 | | $19,570.02 |
| 06/13/2019 | 0 | Deposit | DEPOSIT | | $2.13 | $19,580.60 |
| 06/12/2019 | 2125 | Check | SUBSTITUTE CHECK | -$1,117.31 | | $19,578.47 |
| 06/12/2019 | 0 | Deposit | DEPOSIT | | $2,000.00 | $20,695.78 |
| 06/11/2019 | 2168 | Check | SUBSTITUTE CHECK | -$195.11 | | $18,695.78 |
| 06/10/2019 | 2157 | Check | SUBSTITUTE CHECK | -$80.20 | | $18,890.89 |
| 06/10/2019 | 2156 | Check | SUBSTITUTE CHECK | -$227.95 | | $18,971.09 |
| 06/10/2019 | 2146 | Check | SUBSTITUTE CHECK | -$88.23 | | $19,199.04 |
| 06/10/2019 | 0 | Debit Card | AMAZON PRIME | -$13.90 | | $19,287.27 |
| 06/10/2019 | 0 | Debit Card | PAYPAL *FASHIONNOVA | -$225.91 | | $19,301.17 |
| 06/10/2019 | 0 | Deposit | DEPOSIT | | $600.00 | $19,527.08 |
| 06/07/2019 | 0 | Electronic Debit | Ohio Payroll PAR NET PAY | -$2,604.73 | | $18,927.08 |
| 06/07/2019 | 0 | Electronic Debit | Ohio Payroll PAR TAX IMPND | -$851.39 | | $21,531.81 |
| 06/07/2019 | 2126 | Check | SUBSTITUTE CHECK | -$3,000.00 | | $22,383.20 |
| 06/07/2019 | 0 | Debit Card | PRIME VIDEO*M67B001S1 | -$6.41 | | $25,383.20 |
| 06/07/2019 | 0 | Debit Card | HNS*HUGHESNET.COM | -$76.03 | | $25,389.61 |
| 06/06/2019 | 2167 | Check | SUBSTITUTE CHECK | -$83.97 | | $25,465.64 |
| 06/06/2019 | 0 | Debit Card | SHEETZ 00005025 | -$67.19 | | $25,549.61 |

| 06/06/2019 | 200 | ATM/POS | ⊟TRACTOR S 11512 HY | -$148.30 | | $25,616.80 |
| 06/06/2019 | 0 | Debit Card | WM SUPERCENTER #5360 | -$180.72 | | $25,765.10 |
| 06/06/2019 | 0 | Debit Card | MCDONALD'S F5532 | -$0.53 | | $25,945.82 |
| 06/06/2019 | 0 | Debit Card | MCDONALD'S F19852 | -$9.42 | | $25,946.35 |
| 06/06/2019 | 0 | Debit Card | HAUETERS LAWN & SPORT | -$291.75 | | $25,955.77 |
| 06/06/2019 | 0 | Debit Card | JOHNNY S DOWNTOWN | -$80.00 | | $26,247.52 |
| 06/06/2019 | 0 | Deposit | DEPOSIT | | $600.00 | $26,327.52 |
| 06/05/2019 | 0 | Electronic Debit | Ohio Payroll OP Monthly | -$156.22 | | $25,727.52 |
| 06/05/2019 | 2153 | Check | SUBSTITUTE CHECK | -$10,000.00 | | $25,883.74 |
| 06/05/2019 | 2113 | Check | SUBSTITUTE CHECK | -$12.00 | | $35,883.74 |
| 06/05/2019 | 0 | Debit Card | DISCOUNT DRUG MART 25 | -$113.71 | | $35,895.74 |

## Scheduled Payments & Transfers

No transactions found for the specified date range.


Welcome.

## Account Information

RMO DIP ...4835

| | | | |
|---|---|---|---|
| Today's Beginning Balance | $28,534.05 | Nickname | RMO DIP |
| Pending Transactions | $9,904.63 | Type | Asterisk-Free Checking |
| Deposit Holds | $0.00 | Routing Number | 041000153 |
| Account Balance | $38,438.68 | Account Number | *******4835 |
| | | Overdraft Protection (ODP) | None |
| Interest Earned but Not Paid | $0.00 | Year To Date Interest | $0.00 |
| Previous Year Interest | $48.33 | | |

## Pending Transactions

| Date | Type | Payee/Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| 07/01/2019 | Debit Card | MCDONALD'S F17730 MENTOR OH XXXXXXXXXXXX5257 | -$8.92 | | $38,438.68 |
| 07/01/2019 | Debit Card | MARATHON PETRO72017 KINGSVILLE OH XXXXXXXXXXXX5257 | -$60.10 | | $38,447.60 |
| 07/01/2019 | Debit Card | MCDONALD'S F5532 EDINBORO PA XXXXXXXXXXXX5257 | -$26.35 | | $38,507.70 |
| 07/01/2019 | Online Banking TFR | | | $10,000.00 | $38,534.05 |

## Transaction History

From 06/01/2019    To 06/30/2019

| Date | Number | Type | Payee/Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|---|
| 06/05/2019 | 0 | Debit Card | PAYPAL *FINISH LINE | -$80.24 | | $36,009.45 |
| 06/04/2019 | 0 | Fee | INTERNATIONAL TRANSACTION FEE | -$3.84 | | $36,089.69 |
| 06/04/2019 | 2149 | Check | SUBSTITUTE CHECK | -$94.52 | | $36,093.53 |
| 06/04/2019 | 2124 | Check | SUBSTITUTE CHECK | -$1,235.00 | | $36,188.05 |
| 06/04/2019 | 2114 | Check | SUBSTITUTE CHECK | -$67.63 | | $37,423.05 |
| 06/04/2019 | 0 | Debit Card | MCDONALD'S F5532 | -$15.34 | | $37,490.68 |
| 06/04/2019 | 0 | Debit Card | IBERIA 0757401140427 | -$127.90 | | $37,506.02 |
| 06/04/2019 | 0 | Deposit | DEPOSIT | | $452.81 | $37,633.92 |
| 06/04/2019 | 0 | Deposit | DEPOSIT | | $13,000.00 | $37,181.11 |
| 06/03/2019 | 2150 | Check | SUBSTITUTE CHECK | -$189.23 | | $24,181.11 |
| 06/03/2019 | 2123 | Check | SUBSTITUTE CHECK | -$238.00 | | $24,370.34 |
| 06/03/2019 | 2121 | Check | SUBSTITUTE CHECK | -$96.08 | | $24,608.34 |
| 06/03/2019 | 2120 | Check | SUBSTITUTE CHECK | -$833.98 | | $24,704.42 |
| 06/03/2019 | 2119 | Check | SUBSTITUTE CHECK | -$167.28 | | $25,538.40 |
| 06/03/2019 | 2118 | Check | SUBSTITUTE CHECK | -$99.17 | | $25,705.68 |
| 06/03/2019 | 2117 | Check | SUBSTITUTE CHECK | -$74.52 | | $25,804.85 |
| 06/03/2019 | 2115 | Check | SUBSTITUTE CHECK | -$54.30 | | $25,879.37 |
| 06/03/2019 | 0 | Debit Card | MCDONALD'S F5532 | -$12.79 | | $25,933.67 |
| 06/03/2019 | 0 | Deposit | DEPOSIT | | $6,500.41 | $25,946.46 |
| 06/03/2019 | 0 | Transfer | INTERNET TFR FRM CHECKING | | $10,000.00 | $19,446.05 |

## Scheduled Payments & Transfers

No transactions found for the specified date range.

# Richard M Osborne Debtor In Possession
## General Ledger
## For the Period From Jun 1, 2019 to Jun 30, 2019

Filter Criteria includes: 1) IDs: 1004. Report order is by ID. Report is printed with shortened descriptions and in Detail Format.

| Account ID Account Description | Date | Reference | Jrnl | Trans Description | Debit Amt | Credit Amt | Balance |
|---|---|---|---|---|---|---|---|
| 1004 | 6/1/19 | | | Beginning Balance | | | 6,763.74 |
| Cash - Huntington DIP | 6/3/19 | 2124 | CDJ | John Ezzo | | 1,235.00 | |
| | 6/3/19 | 4380 | CRJ | Estate JTO | 5,000.00 | | |
| | 6/3/19 | 2203907 | CRJ | computershare | 0.41 | | |
| | 6/3/19 | 1013 | CRJ | | 1,000.00 | | |
| | 6/3/19 | 4469 | CRJ | | 500.00 | | |
| | 6/3/19 | trans6319 | CRJ | Richard M. Osborn | 10,000.00 | | |
| | 6/3/19 | 6319-1 | CDJ | MCDonalds | | 12.79 | |
| | 6/4/19 | 004028678 | CRJ | Ohio department of | 452.81 | | |
| | 6/4/19 | 2153 | CDJ | Diane Osborne | | 10,000.00 | |
| | 6/4/19 | 2154 | CDJ | Maple Valley Estat | | 270.00 | |
| | 6/4/19 | 2155 | CDJ | Marty Hathy | | 575.00 | |
| | 6/4/19 | 2156 | CDJ | United Health Care | | 227.95 | |
| | 6/4/19 | 2157 | CDJ | Humana Insurance | | 80.20 | |
| | 6/4/19 | 1634 | CRJ | R&G RVs LLC | 500.00 | | |
| | 6/4/19 | 3027 | CRJ | | 12,500.00 | | |
| | 6/4/19 | 6419-1 | CDJ | Iberia | | 127.90 | |
| | 6/4/19 | 6419-2 | CDJ | MCDonalds | | 15.34 | |
| | 6/4/19 | 6419-3 | CDJ | International Fee | | 3.84 | |
| | 6/4/19 | ACH06041 | CDJ | Ohio Payroll Plus | | 156.22 | |
| | 6/5/19 | 2125 | CDJ | Bank of America | | 1,117.31 | |
| | 6/5/19 | 2167 | CDJ | Big Oats | | 83.97 | |
| | 6/5/19 | 2168 | CDJ | Dominion East Ohi | | 195.11 | |
| | 6/5/19 | 6519-1 | CDJ | Finish line | | 80.24 | |
| | 6/5/19 | 6519-2 | CDJ | Drug Mart | | 113.71 | |
| | 6/6/19 | 1118 | CRJ | | 600.00 | | |
| | 6/6/19 | 6619-1 | CDJ | Johnnys bar | | 80.00 | |
| | 6/6/19 | 6619-2 | CDJ | Haueters lawn & S | | 291.75 | |
| | 6/6/19 | 6619-3 | CDJ | MCDonalds | | 9.42 | |
| | 6/6/19 | 6619-4 | CDJ | MCDonalds | | 0.53 | |
| | 6/6/19 | 6619-5 | CDJ | Walmart | | 180.72 | |
| | 6/6/19 | 6619-6 | CDJ | Tractor Supply | | 148.30 | |
| | 6/6/19 | 6619-7 | CDJ | Sheetz | | 67.19 | |
| | 6/7/19 | Payroll 6-7- | GEN | Payroll 6-7-19 | | 3,456.12 | |
| | 6/7/19 | 2126 | CDJ | Erie Bank | | 3,000.00 | |
| | 6/7/19 | 6719-1 | CDJ | Hugesnet | | 76.03 | |
| | 6/7/19 | 6719-2 | CDJ | Amazon | | 6.41 | |
| | 6/10/19 | 1372 | CRJ | | 600.00 | | |
| | 6/10/19 | pos61019- | CDJ | Fashionnova | | 225.91 | |
| | 6/10/19 | pos61019- | CDJ | Amazon | | 13.90 | |
| | 6/12/19 | 1412 | CRJ | | 2,000.00 | | |
| | 6/13/19 | 2158 | CDJ | Tax Ease Ohio, LL | | 10,329.41 | |
| | 6/13/19 | 2159 | CDJ | Lorraine M Fende, | | 885.39 | |
| | 6/13/19 | 79547 | CRJ | | 0.28 | | |
| | 6/13/19 | 40127252 | CRJ | computershare | 0.75 | | |
| | 6/13/19 | 45531602 | CRJ | computershare | 1.10 | | |
| | 6/13/19 | 2169 | CDJ | Aqua Oh | | 41.40 | |
| | 6/13/19 | 2170 | CDJ | Big Oats | | 85.27 | |
| | 6/13/19 | 2171 | CDJ | City Of Painesville | | 53.37 | |
| | 6/13/19 | 2172 | CDJ | Deep Springs Trout | | 180.52 | |
| | 6/13/19 | 2173 | CDJ | Directv | | 401.57 | |
| | 6/13/19 | 2174 | CDJ | Hugesnet | | 77.00 | |
| | 6/13/19 | 2175 | CDJ | Knox Energy Coop | | 32.10 | |
| | 6/13/19 | 2176 | CDJ | Ohio Forestry Asso | | 50.00 | |
| | 6/13/19 | 2177 | CDJ | Sievers Security | | 44.94 | |
| | 6/13/19 | 2178 | CDJ | Westfield Insuranc | | 88.23 | |
| | 6/13/19 | 2179 | CDJ | AAA East Central | | 52.00 | |
| | 6/13/19 | 2180 | CDJ | NRA-ILA | | 100.00 | |
| | 6/13/19 | pos61319- | CDJ | MCDonalds | | 10.58 | |
| | 6/17/19 | pos61719- | CDJ | MCDonalds | | 7.57 | |
| | 6/17/19 | pos61719- | CDJ | Dair Queen | | 3.11 | |
| | 6/17/19 | pos61719- | CDJ | MCDonalds | | 15.59 | |

# Richard M Osborne Debtor In Possession
## General Ledger
### For the Period From Jun 1, 2019 to Jun 30, 2019

Filter Criteria includes: 1) IDs: 1004. Report order is by ID. Report is printed with shortened descriptions and in Detail Format.

| Account ID<br>Account Description | Date | Reference | Jrnl | Trans Description | Debit Amt | Credit Amt | Balance |
|---|---|---|---|---|---|---|---|
| | 6/17/19 | pos61719- | CDJ | bushnell | | 10.79 | |
| | 6/17/19 | pos61719- | CDJ | Giant Eagle | | 12.35 | |
| | 6/17/19 | pos61719- | CDJ | MCDonalds | | 15.34 | |
| | 6/18/19 | 13749422 | CRJ | | 600.00 | | |
| | 6/18/19 | 2181 | CDJ | Mr. And Mrs. Miller | | 2,000.00 | |
| | 6/18/19 | 2182 | CDJ | Aqua Oh | | 58.41 | |
| | 6/18/19 | 2183 | CDJ | AT&T | | 186.34 | |
| | 6/18/19 | 2184 | CDJ | Big Oats | | 854.37 | |
| | 6/18/19 | 2185 | CDJ | G & L Locksmith | | 16.59 | |
| | 6/18/19 | 2186 | CDJ | Knox Energy Coop | | 81.79 | |
| | 6/18/19 | pos61819- | CDJ | 7th Floor Lunch Ro | | 10.28 | |
| | 6/18/19 | pos61819- | CDJ | Nicks Gyros | | 10.87 | |
| | 6/18/19 | pos61819- | CDJ | Dollar General | | 34.24 | |
| | 6/19/19 | pos61919- | CDJ | MCDonalds | | 3.66 | |
| | 6/19/19 | pos61919- | CDJ | MCDonalds | | 15.24 | |
| | 6/19/19 | pos61919- | CDJ | BP | | 70.90 | |
| | 6/20/19 | transfer620 | CRJ | Richard M. Osborn | 5,000.00 | | |
| | 6/20/19 | pos62019- | CDJ | Sleep Inn & Suites | | 118.07 | |
| | 6/20/19 | pos62019- | CDJ | Sara JS Restauran | | 201.82 | |
| | 6/20/19 | pos62019- | CDJ | BP | | 59.04 | |
| | 6/21/19 | Payroll 6-2 | GEN | Payroll 6-21-19 | | 3,469.85 | |
| | 6/21/19 | 881 | CRJ | | 200.00 | | |
| | 6/21/19 | 62119 | CRJ | | 1,900.00 | | |
| | 6/21/19 | pos62119- | CDJ | MCDonalds | | 10.98 | |
| | 6/21/19 | pos62119- | CDJ | Holiday INN | | 187.02 | |
| | 6/21/19 | pos62119- | CDJ | Holiday INN | | 5.01 | |
| | 6/21/19 | pos62119- | CDJ | MCDonalds | | 14.27 | |
| | 6/21/19 | pos62119- | CDJ | Harris TE | | 9.65 | |
| | 6/21/19 | pos62119- | CDJ | Firestone | | 319.18 | |
| | 6/24/19 | 2160 | CDJ | United Healthcare I | | 1,213.68 | |
| | 6/24/19 | 1322.50 | CRJ | Airgas Great Lakes | 1,322.50 | | |
| | 6/24/19 | pos62419- | CDJ | MCDonalds | | 15.56 | |
| | 6/24/19 | pos62419- | CDJ | Walmart | | 97.02 | |
| | 6/24/19 | pos62419- | CDJ | Wall Street Journal | | 42.99 | |
| | 6/24/19 | pos62419- | CDJ | Mama's Caribbean | | 95.16 | |
| | 6/24/19 | pos62419- | CDJ | Cirkle K | | 39.29 | |
| | 6/24/19 | pos62419- | CDJ | MCDonalds | | 12.43 | |
| | 6/24/19 | pos62419- | CDJ | Marathon Petro | | 44.00 | |
| | 6/24/19 | pos62419- | CDJ | Verizon | | 107.50 | |
| | 6/24/19 | ACH06241 | CDJ | Bureau of Workers | | 223.42 | |
| | 6/25/19 | 2187 | CDJ | ACN Communicati | | 67.63 | |
| | 6/25/19 | 2188 | CDJ | AT&T | | 52.23 | |
| | 6/25/19 | 2189 | CDJ | Big Oats | | 73.62 | |
| | 6/25/19 | 2190 | CDJ | Dominion East Ohi | | 58.90 | |
| | 6/25/19 | 2191 | CDJ | The Illuminating Co | | 689.44 | |
| | 6/25/19 | 2192 | CDJ | The Illuminating Co | | 72.55 | |
| | 6/25/19 | 2193 | CDJ | The Illuminating Co | | 110.53 | |
| | 6/25/19 | 2194 | CDJ | The Illuminating Co | | 83.29 | |
| | 6/25/19 | pos62519- | CDJ | MCDonalds | | 6.25 | |
| | 6/25/19 | pos62519- | CDJ | SPK Spokeo Searc | | 0.95 | |
| | 6/26/19 | 1022 | CRJ | Social Securtiy Ad | 2,637.00 | | |
| | 6/26/19 | 2161 | CDJ | *OHO DEBT. TAYATION* | | 19,490.00 | |
| | 6/26/19 | trans62619 | CRJ | Richard M. Osborn | 20,000.00 | | |
| | 6/26/19 | pos62619- | CDJ | Sausalito On Ninth | | 46.67 | |
| | 6/27/19 | 2162 | CDJ | Postmaster | | 110.00 | |
| | 6/27/19 | pos62719- | CDJ | MCDonalds | | 5.07 | |
| | 6/28/19 | 62819 | CRJ | | 600.00 | | |
| | 6/28/19 | 75531 | CRJ | | 1,100.00 | | |
| | 6/28/19 | POS06281 | CDJ | MCDonalds | | 6.25 | |
| | 6/28/19 | POS06281 | CDJ | MCDonalds | | 12.91 | |
| | | | | Current Period Cha | 66,514.85 | 64,862.31 | 1,652.54 |
| | 6/30/19 | | | Ending Balance | | | 8,416.28 |

# Richard M Osborne Debtor In Possession
## Account Reconciliation
### As of Jun 30, 2019
### 1008 - Cash-Hunti-7325 Reyn - 9288
### Bank Statement Date: June 30, 2019

Filter Criteria includes: Report is printed in Detail Format.

| | |
|---|---:|
| Beginning GL Balance | 188,669.18 |
| Add: Cash Receipts | |
| Less: Cash Disbursements | |
| Add (Less) Other | 262.33 |
| Ending GL Balance | 188,931.51 |
| Ending Bank Balance | 188,931.51 |
| Add back deposits in transit | |
| Total deposits in transit | |
| (Less) outstanding checks | |
| Total outstanding checks | |
| Add (Less) Other | |
| Total other | |
| Unreconciled difference | 0.00 |
| Ending GL Balance | 188,931.51 |

**THE HUNTINGTON NATIONAL BANK**
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558



0004411 RICHARD M OSBORNE DIP SR
7265 MARKELL RD
WAITE HILL OH 44094-9312

*Have a Question or Concern?*

Stop by your nearest
Huntington office or
contact us at:

1-800-480-BANK (2265)

www.huntington.com

## Huntington Relationship MMA Account          *Account: 03664029288*

Statement Activity From:
05/24/19 to 06/21/19

| | |
|---|---:|
| **Beginning Balance** | **$188,669.18** |
| Credits (+) | 0.00 |
| Debits (-) | 0.00 |
| Interest Paid (+) | 262.33 |
| Total Fees (-) | 0.00 |
| **Ending Balance** | **$188,931.51** |
| Average Balance | 188,669.18 |
| Low Balance | 188,669.18 |

*Interest earned this statement period  $262.33\**

*(\*) This amount represents interest accrued on your account during this statement period. Interest is available for withdrawal when paid to your account.*

*Annual Percentage Yield Earned this statement period 1.76%*

## Deposit / Credit Activity (+)          *Account: 03664029288*

| Date | Description | Amount |
|---|---|---:|
| 06/21 | INTEREST PAYMENT | 262.33 |

## Huntington Relationship MMA Balance Activity          *Account: 03664029288*

| Date | Balance | Date | Balance | Date | Balance |
|---|---:|---|---:|---|---:|
| 05/23 | 188,669.18 | 06/21 | 188,931.51 | | |

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC. ⬛ ® and Huntington ® are federally registered service marks of Huntington Bancshares Incorporated. Patent pending for the 24-Hour Grace™ system and method. ©2019 Huntington Bancshares Incorporated.

# Richard M Osborne Debtor In Possession
## General Ledger
## For the Period From Jun 1, 2019 to Jun 30, 2019

Filter Criteria includes: 1) IDs: 1008. Report order is by ID. Report is printed with shortened descriptions and in Detail Format.

| Account ID<br>Account Description | Date | Reference | Jrnl | Trans Description | Debit Amt | Credit Amt | Balance |
|---|---|---|---|---|---|---|---|
| 1008<br>Cash-Hunti-7325 Rey | 6/1/19 | | | Beginning Balance | | | 188,669.18 |
| | 6/21/19 | Interest Ear | GEN | record interest ear | 262.33 | | |
| | | | | Current Period Cha | 262.33 | | 262.33 |
| | 6/30/19 | | | Ending Balance | | | 188,931.51 |

# Richard M Osborne Debtor In Possession
## Account Reconciliation
## As of Jun 30, 2019
## 1006 - Huntington DIP - Real Est 1968
## Bank Statement Date: June 30, 2019

Filter Criteria includes: Report is printed in Detail Format.

| | |
|---|---:|
| Beginning GL Balance | 686,884.97 |
| Add: Cash Receipts | |
| Less: Cash Disbursements | |
| Add (Less) Other | 1,091.49 |
| Ending GL Balance | 687,976.46 |
| Ending Bank Balance | 687,976.46 |
| Add back deposits in transit | |
| Total deposits in transit | |
| (Less) outstanding checks | |
| Total outstanding checks | |
| Add (Less) Other | |
| Total other | |
| Unreconciled difference | 0.00 |
| Ending GL Balance | 687,976.46 |

**THE HUNTINGTON NATIONAL BANK**
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558



0004367 RICHARD M OSBORNE DIP SR
7265 MARKELL RD
WAITE HILL OH 44094-9312

*Have a Question or Concern?*

Stop by your nearest
Huntington office or
contact us at:

1-800-480-BANK (2265)

www.huntington.com

## *Huntington Relationship MMA Account*     *Account: 03663971968*

Statement Activity From:
05/24/19 to 06/21/19

| | |
|---|---:|
| **Beginning Balance** | **$686,884.97** |
| Credits (+) | 0.00 |
| Debits (-) | 0.00 |
| Interest Paid (+) | 1,091.49 |
| Total Fees (-) | 0.00 |
| **Ending Balance** | **$687,976.46** |
| Average Balance | 686,884.97 |
| Low Balance | 686,884.97 |

*Interest earned this statement period  $1,091.49\**

*(\*) This amount represents interest accrued on your account during this statement period. Interest is
available for withdrawal when paid to your account.*

*Annual Percentage Yield Earned this statement period 2.01%*

## *Deposit / Credit Activity (+)*     *Account: 03663971968*

| Date | Description | Amount |
|---|---|---:|
| 06/21 | INTEREST PAYMENT | 1,091.49 |

## *Huntington Relationship MMA Balance Activity*     *Account: 03663971968*

| Date | Balance | Date | Balance | Date | Balance |
|---|---:|---|---:|---|---:|
| 05/23 | 686,884.97 | 06/21 | 687,976.46 | | |

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned
subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC. ® and Huntington ® are federally registered service marks of Huntington Bancshares
Incorporated. Patent pending for the 24-Hour Grace™ system and method. ®2019 Huntington Bancshares Incorporated.

# Richard M Osborne Debtor In Possession
## General Ledger
## For the Period From Jun 1, 2019 to Jun 30, 2019

Filter Criteria includes: 1) IDs: 1006. Report order is by ID. Report is printed with shortened descriptions and in Detail Format.

| Account ID<br>Account Description | Date | Reference | Jrnl | Trans Description | Debit Amt | Credit Amt | Balance |
|---|---|---|---|---|---|---|---|
| 1006<br>Huntington DIP - Real | 6/1/19 | | | Beginning Balance | | | 686,884.97 |
| | 6/21/19 | Interest Ear | GEN | record interest ear | 1,091.49 | | |
| | | | | Current Period Cha | 1,091.49 | | 1,091.49 |
| | **6/30/19** | | | **Ending Balance** | | | **687,976.46** |

# Richard M Osborne Debtor In Possession
## Account Reconciliation
## As of Jun 30, 2019
## 1005 - Huntington DIP - Interest 8602
## Bank Statement Date: June 30, 2019

Filter Criteria includes: Report is printed in Detail Format.

| | |
|---|---:|
| Beginning GL Balance | 94,933.24 |
| Add: Cash Receipts | (35,000.00) |
| Less: Cash Disbursements | |
| Add (Less) Other | 139.89 |
| Ending GL Balance | 60,073.13 |
| Ending Bank Balance | 60,073.13 |
| Add back deposits in transit | |
| Total deposits in transit | |
| (Less) outstanding checks | |
| Total outstanding checks | |
| Add (Less) Other | |
| Total other | |
| Unreconciled difference | 0.00 |
| Ending GL Balance | 60,073.13 |


Welcome:

## Account Information

RMO INTREST ...8602

| | | |
|---|---|---|
| Today's Beginning Balance | $60,073.13 | |
| Pending Transactions | -$50,000.00 | |
| Deposit Holds | $0.00 | |
| Account Balance | $10,073.13 | |
| | | |
| Interest Earned but Not Paid | $34.01 | |
| Previous Year Interest | $1,539.20 | |

| | |
|---|---|
| Nickname | RMO INTREST |
| Type | Huntington Relationship |
| | Money Market |
| Routing Number | 041000153 |
| Account Number | *******8602 |
| Year To Date Interest | $2,493.51 |

## Pending Transactions

| Date | Type | Payee/Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| 07/01/2019 | Online Banking TFR | | -$40,000.00 | | $10,073.13 |
| 07/01/2019 | Online Banking TFR | | -$10,000.00 | | $50,073.13 |

## Transaction History

From 06/01/2019    To 06/30/2019

| Date | Number | Type | Payee/Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|---|
| 06/26/2019 | 0 | Transfer | INTERNET TFR TO CHECKING | -$20,000.00 | | $60,073.13 |
| 06/21/2019 | 0 | Interest | INTEREST PAYMENT | | $139.89 | $80,073.13 |
| 06/20/2019 | 0 | Transfer | INTERNET TFR TO CHECKING | -$5,000.00 | | $79,933.24 |
| 06/03/2019 | 0 | Transfer | INTERNET TFR TO CHECKING | -$10,000.00 | | $84,933.24 |

## Scheduled Payments & Transfers

No transactions found for the specified date range.

# Richard M Osborne Debtor In Possession
## General Ledger
## For the Period From Jun 1, 2019 to Jun 30, 2019

Filter Criteria includes: 1) IDs: 1005. Report order is by ID. Report is printed with shortened descriptions and in Detail Format.

| Account ID<br>Account Description | Date | Reference | Jrnl | Trans Description | Debit Amt | Credit Amt | Balance |
|---|---|---|---|---|---|---|---|
| 1005 | 6/1/19 | | | Beginning Balance | | | 94,933.24 |
| Huntington DIP - Inter | 6/3/19 | trans6319 | CRJ | Richard M. Osborn | | 10,000.00 | |
| | 6/20/19 | transfer620 | CRJ | Richard M. Osborn | | 5,000.00 | |
| | 6/21/19 | Interest Ear | GEN | record interest ear | 139.89 | | |
| | 6/26/19 | trans62619 | CRJ | Richard M. Osborn | | 20,000.00 | |
| | | | | Current Period Cha | 139.89 | 35,000.00 | -34,860.11 |
| | 6/30/19 | | | **Ending Balance** | | | **60,073.13** |

**THE HUNTINGTON NATIONAL BANK**
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558



*0004371* RICHARD M OSBORNE DIP SR
7265 MARKELL RD
WAITE HILL OH 44094-9312

*Have a Question or Concern?*

Stop by your nearest
Huntington office or
contact us at:

1-800-480-BANK (2265)

www.huntington.com

## *Huntington Relationship MMA Account*                    *Account: 03663978602*

Statement Activity From:
05/24/19 to 06/21/19

| | |
|---|---:|
| **Beginning Balance** | **$104,933.24** |
| Credits (+) | 0.00 |
| Debits (-) | 25,000.00 |
| Interest Paid (+) | 139.89 |
| Total Fees (-) | 0.00 |
| **Ending Balance** | **$80,073.13** |
| Average Balance | 88,036.68 |
| Low Balance | 79,933.24 |

*Interest earned this statement period  $139.90\**

*(\*) This amount represents interest accrued on your account during this statement period. Interest is available for withdrawal when paid to your account.*

*Annual Percentage Yield Earned this statement period 2.01%*

### *Deposit / Credit Activity (+)*                                    *Account: 03663978602*

| Date | Description | Amount |
|---|---|---:|
| 06/21 | INTEREST PAYMENT | 139.89 |

### *Other Withdrawal / Debit Activity (-)*                           *Account: 03663978602*

| Date | Description | Amount |
|---|---|---:|
| 05/24 | INTERNET TFR TO CHECKING 052419 02665744835 | 10,000.00 |
| 06/03 | INTERNET TFR TO CHECKING 060319 02665744835 | 10,000.00 |
| 06/20 | INTERNET TFR TO CHECKING 062019 02665744835 | 5,000.00 |

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC.  ⊞ ® and Huntington © are federally registered service marks of Huntington Bancshares Incorporated. Patent pending for the 24-Hour Grace™ system and method.   ©2019 Huntington Bancshares Incorporated.

17-17361-skk   Doc 567   FILED 08/15/19   ENTERED 08/15/19 15:29:41   Page 28 of 28