TO:    Clerk Of The United States Bankruptcy Court

Howard M. Metzenbaum US. Courthouse

201 Superior Avenue

Cleveland, Ohio 44114

Manley Deas Kochalski LLC

Attention, Stephen R. Franks

PO. Box 165028

Columbus, Ohio 43216-5028

FILED

2019 SEP 17 PM 2: 26

U.S. BANKRUPTCY COURT
NORTHERN DIST. OF OHIO
CLEVELAND

FROM:    Gail A. Porter

September 10, 2019

Case# 17-17361

With regard to the above case number, the claim stated in number 14 alleging Gail A. Porter as the debtor is false. Gail Ann Porter was not married to John Christopher Bucks as of October 18, 2010.

Any agreement John Bucks made with Richard M. Osborne did not involve Gail Ann Porter.

Gail Ann Porter did not sign any agreement with Richard M. Osborne.

*Gail A. Porter* (signature)