**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on October 11, 2019, which may be different from its entry on the record.**

**IT IS SO ORDERED.**



**Dated: October 11, 2019**

**ENTERED UNDER ADMINISTRATIVE ORDER NO. 02-10: JOSIAH C. SELL, ACTING CLERK OF BANKRUPTCY COURT**
**BY: /s/ Michael Gaughan**
**Deputy Clerk**

### IN THE UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF OHIO
### EASTERN DISTRICT

| | | |
|---|---|---|
| In re: | ) | Case No. 17-17361 |
| | ) | |
| RICHARD M. OSBORNE, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Judge Arthur I. Harris |

### ORDER GRANTING
### TRUSTEE'S MOTION FOR EXAMINATION OF
### THE ESTATE OF JEROME T. OSBORNE

This matter is before the Court on the Trustee's Motion for Examination of the Estate of Jerome T. Osborne (the "Motion"), and the averments in the Motion.

IT APPEARING to the Court that it would be in the best interest of the estate to authorize the Trustee to examine one or more authorized representatives of the Estate of Jerome T. Osborne (the "Probate Estate") and to obtain documents from the Probate Estate pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure.

IT IS THEREFORE ORDERED that one or more authorized representatives of the Probate Estate is to appear for examination within thirty (30) days after entry of this Order or

2

another date and time that is mutually agreeable to the Trustee and the Probate Estate, and continuing until complete.

IT IS FURTHER ORDERED that the Probate Estate is directed to produce the documents identified in Exhibit 1 of the Motion by October 25, 2019 at 5:00 PM ET or another date and time that is mutually agreeable to the Trustee and the Probate Estate.

# # #

Respectfully submitted,

*/s/ Patrick R. Akers*
Drew T. Parobek (0016785)
Elia O. Woyt (0074109)
Carrie M. Brosius (0075484)
Patrick R. Akers (0095985)
VORYS, SATER, SEYMOUR AND PEASE LLP
200 Public Square, Suite 1400
Cleveland, Ohio 44114
(216) 479-6100
(216) 479-6060 (facsimile)
dtparobek@vorys.com
eowoyt@vorys.com
cmbrosius@vorys.com
prakers@vorys.com

*Counsel to the Trustee*

Copies sent via electronic mail and regular U.S. mail on the attached service list:

**SERVICE LIST**

By electronic mail:

- Patrick R. Akers, prakers@vorys.com
- Gregory P. Amend, gamend@bdblaw.com
- Alison L. Archer, alison.archer@ohioattorneygeneral.gov
- Richard M. Bain, rbain@meyersroman.com
- Adam S. Baker, abakerlaw@sbcglobal.net,
- Austin B. Barnes, III, abarnes@sandhu-law.com
- Robert D. Barr, rbarr@koehler.law
- David T. Brady, DBrady@Sandhu-Law.com
- Carrie M. Brosius, cmbrosius@vorys.com
- Kari B. Coniglio, kbconiglio@vorys.com
- LeAnn E. Covey, bknotice@clunkhoose.com
- Gregory M. Dennin, greg@gmdlplaw.com
- Richard W. DiBella, rdibella@dgmblaw.com
- Bryan J. Farkas, bjfarkas@vorys.com
- Stephen R. Franks, amps@manleydeas.com
- Stephen John Futterer, sjfutterer@sbcglobal.net
- Melody Dugic Gazda, mgazda@hendersoncovington.com
- Michael R. Hamed, mhamed@kushnerhamed.com
- Heather E. Heberlein, hheberlein@bdblaw.com
- Dennis J. Kaselak, dkaselak@peteribold.com
- Christopher J. Klym, bk@hhkwlaw.com
- Matthew H. Matheney, mmatheney@bdblaw.com
- Shannon M. McCormick, bankruptcy@kamancus.com
- Kelly Neal, kelly.neal@bipc.com
- David M. Neumann, dneumann@meyersroman.com
- Timothy P. Palmer, timothy.palmer@bipc.com
- Drew T. Parobek, dtparobek@vorys.com
- Tricia L. Pycraft, tpycraft@ccj.com
- Kirk W. Roessler, kroessler@walterhav.com
- John J. Rutter, jrutter@ralaw.com
- Frederic P. Schwieg, fschwieg@schwieglaw.com
- Michael J. Sikora, III, msikora@sikoralaw.com
- Nathaniel R. Sinn, nsinn@bdblaw.com
- Rachel L. Steinlage, rsteinlage@meyersroman.com
- Andrew M. Tomko, atomko@sandhu-law.com
- Jeffrey C. Toole, toole@buckleyking.com
- Michael S. Tucker, mtucker@ulmer.com
- Phyllis A. Ulrich, bankruptcy@carlisle-law.com
- Leslie E. Wargo, Leslie@Wargo-Law.com
- Elia O. Woyt, eowoyt@vorys.com

- Maria D. Giannirakis, maria.d.giannirakis@usdoj.gov
- Scott R. Belhorn, Scott.R.Belhorn@usdoj.gov

By regular U.S. mail:

Estate of Jerome T. Osborne
60 South Park Place
Painesville, Ohio 44077