# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION (CLEVELAND)

| | | |
|---|---|---|
| **In re:** | ) | Case No 17-17361 |
| | ) | |
| **Richard M. Osborne** | ) | Chapter 11 |
| | ) | |
| Debtor(s). | ) | Judge Arthur I. Harris |
| | ) | |
| | ) | **NOTICE OF WITHDRAWAL OF PROOF** |
| | ) | **OF CLAIMS NOS. 39 AND 40** |
| | ) | |

      **NOW COMES** Tax Ease Ohio, LLC , by and through counsel, and hereby withdraws its Proof of Claims Nos. 39 and 40, filed with this Honorable Court on April 30, 2018.

    Respectfully submitted,

                          /s/ Austin B. Barnes, III
                          David T. Brady (0073127)
                          Suzanne M. Godenswager (0086422)
                          Austin B. Barnes III (0052130)
                          Mark M. Schonhut (0093698)
                          Jeffrey A. Panehal (0090293)
                          Sandhu Law Group, LLC
                          1213 Prospect Avenue, Suite 300
                          Cleveland, OH 44115
                          216-373-1001
                          216-373-1002
                          abarnes@sandhu-law.com
                          ***Attorney for Tax Ease Ohio, LLC***

# CERTIFICATE OF SERVICE

The undersigned certifies that on this 14th day of January, 2020, a true and correct copy of the foregoing Notice of Withdrawal filed by Tax Ease Ohio, LLC was served via the Court's electronic case filing system on the following who are listed on the Court's Electronic Mail Notice List:

Frederic P. Schwieg
fschwieg@schwieglaw.com
***Attorney for Debtor***

Kari B. Coniglio
kbc@trustesolutions.net
***Trustee***

United States Trustee-Maria D. Giannirakis
maria.d.giannirakis@usdoj.gov
***US Trustee***

and by regular U.S. mail, postage prepaid, to:

Richard M. Osborne
7265 Markell Road
Waite Hill, OH 44094

/s/ Austin B. Barnes, III
David T. Brady (0073127)
Suzanne M. Godenswager (0086422)
Austin B. Barnes III (0052130)
Mark M. Schonhut (0093698)
Jeffrey A. Panehal (0090293)