**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND DIVISION**

| | |
|---|---|
| In re: | Case No. 17-17361-AIH |
| RICHARD M OSBORNE, Sr. | Chapter 7 |
| Debtor. | Judge Arthur I. Harris |

# TRUSTEE'S NOTICE OF PROPOSED ABANDONMENT

Notice is hereby given, in accordance with Rule 6007 of the Federal Rules of Bankruptcy Procedure and §554 of the United States Bankruptcy Code, of the Trustee's proposed abandonment of this property (the "Property").

| | |
|---|---|
| Description of Property: | Sunset Ct., Painesville, Ohio<br>Parcel 11B-043-B-00-062-0 (Asset #73) |
| Estimated Market Value | $0.00 |
| Source of Valuation: | Broker's Opinion |
| Amount of Liens | Unknown Taxes + $20M in Judgment Liens |
| Claimed Exemptions: | N/A |
| Cost of Sale: | At least $500 |

**Your rights may be reduced, modified or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

Please take notice that unless an objection or request for hearing on this proposed abandonment is filed, the Property will be deemed abandoned according to law without further order of the Court or action by the Trustee.

If you object to the proposed abandonment, on or before February 14, 2020, you or your attorney must:

1. File with the Court an objection at the following address:

    United States Bankruptcy Court
    Howard M. Metzenbaum U.S. Courthouse
    201 Public Square
    Cleveland, Ohio 44114

If you mail your response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above.

    2.      Mail a copy of your objection to each of the following:

| | |
|---|---|
| Kari B. Coniglio<br>Chapter 7 Trustee<br>200 Public Square, Suite 1400<br>Cleveland, OH 44114 | Office of the U.S. Trustee<br>201 Superior Avenue East, Suite 441<br>Cleveland, Ohio 44114 |

Respectfully submitted,

/s/ Kari B. Coniglio
Kari B. Coniglio #0081463
Chapter 7 Trustee
200 Public Square, Suite 1400
Cleveland, OH 44114
Tel (216) 479-6167
Fax (216) 937-3766
kbconiglio@vorys.com