| | | |
|---|---|---|
| In re: | ) | Case No. 17-17361 |
| | ) | |
| RICHARD M. OSBORNE, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Judge Arthur I. Harris |
| | ) | |
| | ) | OSBORNE FARMS, LLC AND HURON |
| | ) | RIVER PROPERTIES, INC.'S NOTICE |
| | ) | OF WITHDRAWAL OF MOTIONS FOR |
| | ) | RELIEF FROM STAY |

For the reasons set forth in the *Reply of Osborne Farms, LLC and Huron River Properties, Inc. to Trustee's Objection to Motion for Relief from Stay*, Osborne Farms, LLC f/k/a Huron Lime Company, LLC and Huron River Properties, Inc. f/k/a Huron Lime, Inc. hereby submit their Notice of Withdrawal of the following Motions: (1) the *Motion of Osborne Farms, LLC for Relief from Stay* [Dkt. No. 748] and (2) the *Motion of Huron River Properties, Inc. for Relief From Stay* [Dkt. No. 750].

Respectfully submitted,

WALTER | HAVERFIELD LLP

*/s/ Kirk W. Roessler*
KIRK W. ROESSLER (0060931)
SHELLY R. LASALVIA (0077291)
DOUGLAS M. EPPLER (0087018)
1301 East Ninth Street, Suite 3500
Cleveland, OH 44114
Phone: (216) 928-2905
Fax: (216) 575-0911
Email: kroessler@walterhav.com
          slasalvia@walterhav.com
          deppler@walterhav.com
*Attorneys for Huron River Properties, Inc. and Osborne Farms, LLC*

{03076073 - 1}

CERTIFICATE OF SERVICE

The undersigned certifies that on February 10, 2020, a true and correct copy of the foregoing Notice of Withdrawal of Motions for Relief from Stay was served via the Court's electronic case filing system on the following who are listed on the Court's Electronic Mail Notice List:

Patrick R. Akers on behalf of Trustee Kari B. Coniglio
prakers@vorys.com

Gregory P. Amend on behalf of Creditor First National Bank of Pennsylvania -
gamend@bdblaw.com, grichards@bdblaw.com

Alison L. Archer on behalf of Interested Party Lakeland Community College
alison.archer@ohioattorneygeneral.gov,
Trish.Lazich@ohioattorneygeneral.gov;angelique.dennis-noland@ohioattorneygeneral.gov

Richard M. Bain on behalf of Interested Party Zachary B Burkons
rbain@meyersroman.com, mnowak@meyersroman.com;jray@meyersroman.com

Adam S. Baker on behalf of Creditor Michael E. Osborne, Sr. - abakerlaw@sbcglobal.net,
adam@bakerlaw.us; abakerlaw@gmail.com

Austin B. Barnes, III on behalf of Creditor Tax Ease Ohio, LLC
abarnes@sandhu-law.com, bk1notice@sandhu-law.com

Robert D. Barr on behalf of Creditor Chicago Title Insurance Company - rbarr@koehler.law

David T. Brady on behalf of Creditor Tax Ease Ohio, LLC
DBrady@Sandhu-Law.com, bk1notice@sandhu-law.com

Carrie M. Brosius on behalf of Trustee Kari B. Coniglio
cmbrosius@vorys.com, mdwalkuski@vorys.com

Kari B. Coniglio
kbconiglio@vorys.com, mdwalkuski@vorys.com;kbc@trustesolutions.net;jncash2@vorys.com

LeAnn E. Covey on behalf of Creditor Bank of America, N.A.
bknotice@clunkhoose.com

Richard W. DiBella on behalf of Creditor Nationwide Mutual Fire Insurance Company
rdibella@dgmblaw.com

Melody A. Dugic on behalf of Plaintiff Home Savings Bank
mgazda@hendersoncovington.com

Melody A. Dugic on behalf of Respondent Home Savings Bank, Successor by Merger to The Home Savings & Loan Company of Youngstown, Ohio
mgazda@hendersoncovington.com

Bryan J. Farkas on behalf of Trustee Kari B. Coniglio
bjfarkas@vorys.com, bjfarkas@vorys.com;caujczo@vorys.com;mdwalkuski@vorys.com

Scott D. Fink on behalf of Creditor Erie Bank, a Division of CNB Bank s/b/m to Lake National Bank
ecfndoh@weltman.com

Stephen R. Franks on behalf of Creditor Bank of America, N.A.
amps@manleydeas.com

Stephen John Futterer on behalf of Creditor City of Willoughby
sjfutterer@sbcglobal.net, r43087@notify.bestcase.com

Michael R. Hamed on behalf of Interested Party Gas Natural Inc.
mhamed@kushnerhamed.com, kgross@kushnerhamed.com

Heather E. Heberlein on behalf of Creditor First National Bank of Pennsylvania
hheberlein@bdblaw.com, grichards@bdblaw.com

Dennis J. Kaselak on behalf of Claimant Diane M. Osborne
dkaselak@peteribold.com, Cynthia@peteribold.com

Christopher J. Klym on behalf of Creditor Ohio Department of Taxation - bk@hhkwlaw.com

Jerry R. Krzys on behalf of Plaintiff Home Savings Bank
jkrzys@hendersoncovington.com, jerrykrzys@gmail.com

Matthew H. Matheney on behalf of Creditor First National Bank of Pennsylvania - mmatheney@bdblaw.com, bhajduk@bdblaw.com

Shannon M. McCormick on behalf of Creditor Center Street School Condominiums and coachhouses Unit Owners' Association, Inc.
bankruptcy@kamancus.com

Kelly Neal on behalf of Creditor The Huntington National Bank
kelly.neal@bipc.com, donna.curcio@bipc.com

{03076073 - 1}

3

David M. Neumann on behalf of Interested Party Zachary B Burkons
dneumann@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com

Timothy P. Palmer on behalf of Creditor The Huntington National Bank -
timothy.palmer@bipc.com, donna.curcio@bipc.com

Drew T. Parobek on behalf of Trustee Kari B. Coniglio
dtparobek@vorys.com, mdwalkuski@vorys.com

Tricia L. Pycraft on behalf of Accountant Rea & Associates, Inc.
tpycraft@ccj.com, bowman@ccj.com

John J. Rutter on behalf of Creditor Mentor Lumber & Supply Co. - jrutter@ralaw.com

Frederic P. Schwieg on behalf of Debtor Richard M. Osborne - fschwieg@schwieglaw.com

Michael J. Sikora, III on behalf of Creditor Chicago Title Insurance Company -
msikora@sikoralaw.com, aarasmith@sikoralaw.com;mtroha@sikoralaw.com

Nathaniel R. Sinn on behalf of Creditor First National Bank of Pennsylvania -
nsinn@bdblaw.com, kslatinsky@bdblaw.com

Robin L. Stanley on behalf of Defendant Diane M. Osborne
rstanley@peteribold.com, Sonya@peteribold.com;Cynthia@peteribold.com

Rachel L. Steinlage on behalf of Interested Party Zachary B Burkons
rsteinlage@meyersroman.com,
jray@meyersroman.com;mnowak@meyersroman.com;rbain@meyersroman.com

Richard J. Thomas on behalf of Plaintiff Home Savings Bank
rthomas@hendersoncovington.com, mgazda@hendersoncovington.com

Andrew M. Tomko on behalf of Creditor Tax Ease Ohio, LLC - atomko@sandhu-law.com,
bk1notice@sandhu-law.com

Jeffrey C. Toole on behalf of Interested Party Zachary B Burkons - toole@buckleyking.com,
young@buckleyking.com; heberlein@buckleyking.com

Michael S. Tucker on behalf of Creditor Citizens Bank, N.A. - mtucker@ulmer.com

{03076073 - 1}

4

Phyllis A. Ulrich on behalf of Creditor The Huntington National Bank
bankruptcy@carlisle-law.com, bankruptcy@carlisle-law.com

Leslie E. Wargo on behalf of Cross-Claimant Richard M. Osborne
Leslie@Wargo-Law.com

Leslie E. Wargo on behalf of Debtor Richard M. Osborne
Leslie@Wargo-Law.com

Leslie E. Wargo on behalf of Defendant Richard M. Osborne
Leslie@Wargo-Law.com

Leslie E. Wargo on behalf of Spec. Counsel Leslie E. Wargo
Leslie@Wargo-Law.com

Leslie E. Wargo on behalf of Trustee Kari B. Coniglio
Leslie@Wargo-Law.com

Elia O. Woyt on behalf of Trustee Kari B. Coniglio
eowoyt@vorys.com, eowoyt@vorys.com;mdwalkuski@vorys.com

Maria D. Giannirakis ust06 on behalf of U.S. Trustee United States Trustee -
maria.d.giannirakis@usdoj.gov

Scott R. Belhorn ust35 on behalf of U.S. Trustee United States Trustee -
Scott.R.Belhorn@usdoj.gov

And by regular U.S. Mail to:

Richard M. Osborne
7265 Markell Road
Waite Hill, OH 44094

CSX Transportation, Inc.
c/o McGuireWoods LLP
50 N. Laura Street, Suite 3300
Jacksonville, FL 32202

Gregory M. Dennin on behalf of Attorney Gregory M. Dennin
Dennin & Dennin
2745 Main Street
Lake Placid, NY 12946

Gregory M. Dennin on behalf of Debtor Richard M. Osborne
Dennin & Dennin
2745 Main Street
Lake Placid, NY 12946

Scott Hivnor
Advanced Appraisal Services
37721 Vine Street Suite 3
Willoughby, OH 44094

Eric Silver
AG Real Estate Group Inc.
3659 South Green Road
#100
Beachwood, OH 44122

*/s/ Kirk W. Roessler*
KIRK W. ROESSLER (0060931)
*Attorney for Huron River Properties, Inc.*
*and Osborne Farms, LLC*
