IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br>    RICHARD M. OSBORNE, SR.<br>    *Debtor.* | CASE NO. 17-17361<br>CHAPTER 7<br>JUDGE ARTHUR I. HARRIS |

**JOINT MOTION OF RICHARD M. OSBORNE, CITIZENS BANK, N.A.,
AND CHAPTER 7 TRUSTEE, TO MODIFY ORDER GRANTING, IN PART,
MOTION OF RICHARD M. OSBORNE TO SELL A PARCEL OF REAL PROPERTY
LOCATED AT PLAZA BOULEVARD, MENTOR, OH FREE OF ANY INTEREST OF
ANY ENTITY OTHER THAN THE ESTATE**

Richard M. Osborne ("Debtor"), Citizens Bank, N.A. fka RBS Citizens, N.A. dba Charter One ("Citizens"), and Kari B. Coniglio ("Trustee" and together with the Debtor and Citizens, the "Movants") hereby move (this "Joint Motion") this Court for an order pursuant to 11 U.S.C. §§ 105 and 363(b) and (f), modifying the *Order Granting, In Part, Motion of Richard M. Osborne to Sell a Parcel of Real Property Located at Plaza Boulevard, Mentor, OH Free of Any Interest of Any Entity Other Than the Estate* (the "Original Order") [Doc. 463] in the form of the Agreed Order attached hereto as **Exhibit 1** (the "Agreed Order").

In support of this Joint Motion, the Movants respectfully state as follows:

**JURISDICTION**

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). The venue of the Debtor's case and this Joint Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409. Sections 105(a) and 363(b) and (f) of the Code provide the bases for the relief sought in this Joint Motion.

**BACKGROUND**

2. On December 17, 2017 (the "Petition Date"), the Debtor filed his voluntary petition

-1-

for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The Debtor continued as debtor-in-possession of his Chapter 11 case through July 3, 2019 (the "Conversion Date"), when his case was converted to one under Chapter 7 of the Bankruptcy Code and the Trustee was appointed as Chapter 7 Trustee of his estate.

3. The Debtor is the title holder of a vacant parcel of real estate located at Plaza Boulevard, Mentor, Ohio (the "Property"), as more particularly described in the Purchase Agreement attached as Exhibit A to the Original Order.

4. On June 10, 2019, this Court entered the Original Order granting authority for the Debtor to sell the Property to Signature Health, Inc. ("Buyer") subject to the terms and conditions set forth in the Original Order.

5. The sale of the Property to Buyer did not close prior to the Conversion Date. However, the Buyer and the Movants wish to consummate the sale.

6. The Trustee was unwilling to take action to facilitate the closing absent a benefit to the Debtor's estate. Accordingly, Citizens has agreed to modify the Original Order to confirm that 12% of the Net Proceeds otherwise payable to Citizens shall be paid to the Trustee on behalf of the Debtor's estate.

7. The Movants and the Buyer have otherwise agreed to consummate the sale of the Property subject to the same terms and conditions set forth in the Original Order.

8. The amendments to the Original Order do not affect any party other than those who are signatories to the Agreed Order.

**RELIEF REQUESTED**

9. As explained above, the sale of the Property has already been approved by this Court subject to the Original Order; however, the Trustee requested a benefit to the Debtor's estate

for the Trustee to take action to facilitate closure of the sale.

10. The proposed edits to the Original Order do not affect any party other than the Movants. Accordingly, this Court has authority under Section 105(a) to enter the Agreed Order to facility the closing of the sale of the Property.

WHEREFORE, the Movants respectfully request that this Court enter the Agreed Order modifying the Original Order and enter such other and further relief in favor of the Movants as is just and equitable.

Respectfully submitted,

| | |
|---|---|
| /s/ *Frederic P. Schwieg* | /s/ *Michael S. Tucker* |
| Frederic P. Schwieg, Esq. (0030418) | Michael S. Tucker (0034398) |
| Attorney at Law | Ulmer & Berne LLP |
| 2705 Gibson Dr | 1660 West 2nd Street, Suite 1100 |
| Rocky River, OH 44116 | Cleveland, Ohio 44113-1448 |
| (440) 499-4506 | (216) 583-7120 |
| Fax: (440) 398-0490 | (216) 583-7121 (Fax) |
| fschwieg@schwieglaw.com | mtucker@ulmer.com |
| Attorney for Richard M. Osborne | Counsel for Citizens Bank, N.A. fka RBS Citizens, N.A. dba Charter One |

/s/ *Carrie M. Brosius*
Drew T. Parobek (0016785)
Elia O. Woyt (0074109)
Carrie M. Brosius (0075484)
Patrick R. Akers (0095985)
VORYS, SATER, SEYMOUR AND PEASE LLP
200 Public Square, Suite 1400
Cleveland, Ohio 44114
(216) 479-6100
(216) 479-6060 (facsimile)
dtparobek@vorys.com
eowoyt@vorys.com
cmbrosius@vorys.com
prakers@vorys.com
*Counsel to the Chapter & Trustee*

3

# CERTIFICATE OF SERVICE

I certify that on February 13, 2020, a copy of the foregoing *Joint Motion of Richard M. Osborne, Citizens Bank, N.A., and Chapter 7 Trustee, to Modify Order Granting, In Part, Motion of Richard M. Osborne to Sell a Parcel of Real Property Located at Plaza Boulevard, Mentor, OH Free of Any Interest of Any Entity Other Than the Estat* was served via the Court's Electronic Case Filing System on the following who are listed on the Court's Electronic Mail Notice List:

- Patrick R. Akers, prakers@vorys.com
- Gregory P. Amend, gamend@bdblaw.com
- Alison L. Archer, alison.archer@ohioattorneygeneral.gov
- Richard M. Bain, rbain@meyersroman.com
- Adam S. Baker, abakerlaw@sbcglobal.net,
- Austin B. Barnes, III, abarnes@sandhu-law.com
- Robert D. Barr, rbarr@koehler.law
- David T. Brady, DBrady@Sandhu-Law.com
- Carrie M. Brosius, cmbrosius@vorys.com
- Kari B. Coniglio, kbconiglio@vorys.com
- LeAnn E. Covey, bknotice@clunkhoose.com
- Gregory M. Dennin, greg@gmdlplaw.com
- Richard W. DiBella, rdibella@dgmblaw.com
- Melody A. Dugic, mgazda@hendersoncovington.com
- Bryan J. Farkas, bjfarkas@vorys.com
- Scott D. Fink, ecfndoh@weltman.com
- Stephen R. Franks, amps@manleydeas.com
- Stephen John Futterer, sjfutterer@sbcglobal.net
- Michael R. Hamed, mhamed@kushnerhamed.com
- Heather E. Heberlein, hheberlein@bdblaw.com
- Dennis J. Kaselak, dkaselak@peteribold.com
- Christopher J. Klym, bk@hhkwlaw.com
- Matthew H. Matheney, mmatheney@bdblaw.com
- Shannon M. McCormick, bankruptcy@kamancus.com
- Kelly Neal, kelly.neal@bipc.com
- David M. Neumann, dneumann@meyersroman.com
- Timothy P. Palmer, timothy.palmer@bipc.com
- Drew T. Parobek, dtparobek@vorys.com
- Tricia L. Pycraft, tpycraft@ccj.com
- Kirk W. Roessler, kroessler@walterhav.com
- John J. Rutter, jrutter@ralaw.com
- Frederic P. Schwieg, fschwieg@schwieglaw.com

- Michael J. Sikora, III, msikora@sikoralaw.com
- Nathaniel R. Sinn, nsinn@bdblaw.com
- Rachel L. Steinlage, rsteinlage@meyersroman.com
- Andrew M. Tomko, atomko@sandhu-law.com
- Jeffrey C. Toole, toole@buckleyking.com
- Michael S. Tucker, mtucker@ulmer.com
- Phyllis A. Ulrich, bankruptcy@carlisle-law.com
- Leslie E. Wargo, Leslie@Wargo-Law.com
- Elia O. Woyt, eowoyt@vorys.com
- Maria D. Giannirakis, maria.d.giannirakis@usdoj.gov
- Scott R. Belhorn, Scott.R.Belhorn@usdoj.gov

*/s/ Carrie M. Brosius*
Carrie M. Brosius (0075484)

*Counsel for the Trustee*

Exhibit 1

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br>    RICHARD M. OSBORNE, SR.<br>    *Debtor.* | CASE NO. 17-17361<br>CHAPTER 7<br>JUDGE ARTHUR I. HARRIS |

**AGREED ORDER GRANTING JOINT MOTION OF RICHARD M. OSBORNE, CITIZENS BANK, N.A., AND CHAPTER 7 TRUSTEE, TO MODIFY ORDER GRANTING, IN PART, MOTION OF RICHARD M. OSBORNE TO SELL A PARCEL OF REAL PROPERTY LOCATED AT PLAZA BOULEVARD, MENTOR, OH FREE OF ANY INTEREST OF ANY ENTITY OTHER THAN THE ESTATE**

This matter is before the Court on the Joint Motion (the "Joint Motion") [Doc. ___] of Richard M. Osborne ("Debtor"), Citizens Bank, N.A. fka RBS Citizens, N.A. dba Charter One ("Citizens"), and Kari B. Coniglio ("Trustee" and together with the Debtor and Citizens, the "Movants") for an order pursuant to 11 U.S.C. §§ 105 and 363(b) and (f) modifying the *Order Granting, In Part, Motion of Richard M. Osborne to Sell a Parcel of Real Property Located at Plaza Boulevard, Mentor, OH Free of Any Interest of Any Entity Other Than the Estate* (the "Original Order") [Doc. 463]. A hearing on the Joint Motion was scheduled for March 24, 2020,

-1-

commencing at 10:00 a.m., however, no party in interest timely objected to the relief requested in the Joint Motion or appeared to oppose the Joint Motion at the hearing thereon. Accordingly, upon the agreement of the Movants, the Court finds and orders as follows:

**THE COURT FINDS THAT:**

A. The Joint Motion and Notice thereof were duly served according to the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure, or such service has been waived by the entities that are signatory to this order.

B. The Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. This is a "core" proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (M) and (O).

C. On December 17, 2017 (the "Petition Date"), the Debtor filed his voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The Debtor continued as debtor-in-possession in his Chapter 11 case through July 3, 2019 (the "Conversion Date"), when his case was converted to one under Chapter 7 of the Bankruptcy Code and the Trustee was appointed as Chapter 7 Trustee of his estate.

D. The Debtor is the title holder of a vacant parcel of real estate located at Plaza Boulevard, Mentor, Ohio (the "Property"), as more particularly described in the Purchase Agreement attached as Exhibit A to the Original Order.

E. On June 10, 2019, this Court entered the Original Order granting authority for the Debtor to sell the Property to Signature Health, Inc. ("Buyer") subject to the terms and conditions set forth in the Original Order.

F.  The sale of the Property to Buyer did not close prior to the Conversion Date. However, the Buyer and the Movants wish to consummate the sale.

G.  Citizens has agreed to modify the Original Order to confirm that 12% of the Net Proceeds otherwise payable to Citizens shall be paid to the Trustee on behalf of the Debtor's estate.

THEREFORE IT IS ORDERED THAT:

1.  Capitalized terms not otherwise defined herein shall have the meanings given to them in the Original Order;

2.  The Trustee is hereby authorized to sell the Property, free and clear of any interest of any entity other than the estate subject to the Original Order, except as expressly modified herein;

3.  The escrow agent, upon the closing of the Property sale, is hereby authorized and directed to disburse from the Gross Sale Proceeds an amount sufficient to pay the closing costs and the Real Estate Taxes to those parties entitled to receive them, and next to pay 12% of the remaining Net Proceeds to the Trustee (via wire transfer or such method as the Trustee may direct pursuant to instructions to be provided to the escrow agent prior to the closing), and finally with the remaining Net Proceeds to be paid to Citizens (via wire transfer or such other method as Citizens may direct pursuant to instructions to be provided to the escrow agent prior to the closing).

4.  The Property shall be transferred to the Buyer free and clear of all liens, interests, encumbrances, mortgages, pledges, security interests, liabilities, and claims (collectively, the "Claims"), with all such Claims attaching to the proceeds of the sale with the same validity, enforceability and priority as such Claims had in the Property on the Conversion Date.

###

Prepared and Agreed to by:

| | |
|---|---|
| /s/ *Frederick P. Scwieg, Esq.* | /s/ *Michael S. Tucker* |
| Frederic P. Schwieg, Esq. (0030418) | Michael S. Tucker (0034398) |
| Attorney at Law | Ulmer & Berne LLP |
| 2705 Gibson Dr | 1660 West 2nd Street, Suite 1100 |
| Rocky River, OH 44116 | Cleveland, Ohio 44113-1448 |
| (440) 499-4506 | (216) 583-7120 |
| Fax: (440) 398-0490 | (216) 583-7121 (Fax) |
| fschwieg@schwieglaw.com | mtucker@ulmer.com |
| Attorney for Richard M. Osborne | Counsel for Citizens Bank, N.A. fka RBS Citizens, N.A. dba Charter One |

/s/ *Carrie M. Brosius*
Drew T. Parobek (0016785)
Elia O. Woyt (0074109)
Carrie M. Brosius (0075484)
Patrick R. Akers (0095985)
VORYS, SATER, SEYMOUR AND PEASE LLP
200 Public Square, Suite 1400
Cleveland, Ohio 44114
(216) 479-6100
(216) 479-6060 (facsimile)
dtparobek@vorys.com
eowoyt@vorys.com
cmbrosius@vorys.com
prakers@vorys.com
*Counsel to the Chapter & Trustee*

/s/ Richard M. Osborne (per email authority)
Richard M. Osborne, Managing Member
Leimco Acquisition Company LLC, Rigrtona Holding Company LLC, and 7001 Center St. LLC.

-4-

## SERVICE

The following is a list of the parties who are on the list to receive e-mail notice/service for this case:

Patrick R. Akers on behalf of Trustee Kari B. Coniglio
prakers@vorys.com

Gregory P. Amend on behalf of Creditor First National Bank of Pennsylvania
gamend@bdblaw.com, grichards@bdblaw.com

Alison L. Archer on behalf of Interested Party Lakeland Community College
alison.archer@ohioattorneygeneral.gov, Trish.Lazich@ohioattorneygeneral.gov;angelique.dennis-noland@ohioattorneygeneral.gov

Richard M. Bain on behalf of Interested Party Zachary B Burkons
rbain@meyersroman.com, mnowak@meyersroman.com;jray@meyersroman.com

Adam S. Baker on behalf of Creditor Michael E. Osborne, Sr.
abakerlaw@sbcglobal.net, adam@bakerlaw.us;abakerlaw@gmail.com

Austin B. Barnes, III on behalf of Creditor Tax Ease Ohio, LLC
abarnes@sandhu-law.com, bk1notice@sandhu-law.com

Robert D. Barr on behalf of Creditor Chicago Title Insurance Company
rbarr@koehler.law, rbarr@koehler.law

David T. Brady on behalf of Creditor Tax Ease Ohio, LLC
DBrady@Sandhu-Law.com, bk1notice@sandhu-law.com

Carrie M. Brosius on behalf of Trustee Kari B. Coniglio
cmbrosius@vorys.com, mdwalkuski@vorys.com

Kari B. Coniglio
kbconiglio@vorys.com, mdwalkuski@vorys.com;kbc@trustesolutions.net;jncash2@vorys.com

LeAnn E. Covey on behalf of Creditor Bank of America, N.A.
bknotice@clunkhoose.com

Richard W. DiBella on behalf of Creditor Nationwide Mutual Fire Insurance Company
rdibella@dgmblaw.com

Bryan J. Farkas on behalf of Trustee Kari B. Coniglio
bjfarkas@vorys.com, bjfarkas@vorys.com;caujczo@vorys.com;mdwalkuski@vorys.com

Stephen R. Franks on behalf of Creditor Bank of America, N.A.
amps@manleydeas.com

Stephen John Futterer on behalf of Creditor City of Willoughby
sjfutterer@sbcglobal.net, r43087@notify.bestcase.com

Melody Dugic Gazda on behalf of Plaintiff Home Savings Bank
mgazda@hendersoncovington.com

Melody Dugic Gazda on behalf of Respondent Home Savings Bank, Successor by Merger to The Home Savings & Loan Company of Youngstown, Ohio
mgazda@hendersoncovington.com

Michael R. Hamed on behalf of Interested Party Gas Natural Inc.
mhamed@kushnerhamed.com, kgross@kushnerhamed.com

Heather E. Heberlein on behalf of Creditor First National Bank of Pennsylvania
hheberlein@bdblaw.com, vgum@bdblaw.com

Dennis J. Kaselak on behalf of Claimant Diane M. Osborne
dkaselak@peteribold.com, Cynthia@peteribold.com

Dennis J. Kaselak on behalf of Defendant Diane M. Osborne
dkaselak@peteribold.com, Cynthia@peteribold.com

Christopher J. Klym on behalf of Creditor Ohio Department of Taxation
bk@hhkwlaw.com

Jerry R. Krzys on behalf of Plaintiff Home Savings Bank
jkrzys@hendersoncovington.com, jerrykrzys@gmail.com

Matthew H. Matheney on behalf of Creditor First National Bank of Pennsylvania
mmatheney@bdblaw.com, bhajduk@bdblaw.com

Shannon M. McCormick on behalf of Creditor Center Street School Condominiums and coachhouses Unit Owners' Association, Inc.
bankruptcy@kamancus.com

Kelly Neal on behalf of Creditor The Huntington National Bank
kelly.neal@bipc.com, donna.curcio@bipc.com

David M. Neumann on behalf of Interested Party Zachary B Burkons
dneumann@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com

Timothy P. Palmer on behalf of Creditor The Huntington National Bank
timothy.palmer@bipc.com, donna.curcio@bipc.com

Drew T. Parobek on behalf of Trustee Kari B. Coniglio
dtparobek@vorys.com, mdwalkuski@vorys.com

Tricia L. Pycraft on behalf of Accountant Rea & Associates, Inc.
tpycraft@ccj.com, bowman@ccj.com

Kirk W. Roessler on behalf of Creditor Estate of Jerome T. Osborne
kroessler@walterhav.com, kballa@walterhav.com;slasalvia@walterhav.com;deppler@walterhav.com

Kirk W. Roessler on behalf of Creditor Osborne Farms, LLC fka Huron Lime Company, LLC
kroessler@walterhav.com, kballa@walterhav.com;slasalvia@walterhav.com;deppler@walterhav.com

John J. Rutter on behalf of Creditor Mentor Lumber & Supply Co.
jrutter@ralaw.com

Frederic P. Schwieg on behalf of Attorney Frederic P. Schwieg
fschwieg@schwieglaw.com

Frederic P. Schwieg on behalf of Cross-Claimant Richard M. Osborne
fschwieg@schwieglaw.com

Frederic P. Schwieg on behalf of Debtor Richard M. Osborne
fschwieg@schwieglaw.com

Frederic P. Schwieg on behalf of Defendant Richard M. Osborne
fschwieg@schwieglaw.com

Michael J. Sikora, III on behalf of Creditor Chicago Title Insurance Company
msikora@sikoralaw.com, aarasmith@sikoralaw.com

Nathaniel R. Sinn on behalf of Creditor First National Bank of Pennsylvania
nsinn@bdblaw.com, grichards@bdblaw.com

Rachel L. Steinlage on behalf of Interested Party Zachary B Burkons
rsteinlage@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com;rbain@meyersroman.com

Richard J. Thomas on behalf of Plaintiff Home Savings Bank
rthomas@hendersoncovington.com, mgazda@hendersoncovington.com

Andrew M. Tomko on behalf of Creditor Tax Ease Ohio, LLC
atomko@sandhu-law.com, bk1notice@sandhu-law.com

Jeffrey C. Toole on behalf of Interested Party Zachary B Burkons
toole@buckleyking.com, young@buckleyking.com

Michael S. Tucker on behalf of Creditor Citizens Bank, N.A.
mtucker@ulmer.com

Phyllis A. Ulrich on behalf of Creditor The Huntington National Bank
bankruptcy@carlisle-law.com, bankruptcy@carlisle-law.com

Leslie E. Wargo on behalf of Cross-Claimant Richard M. Osborne
Leslie@Wargo-Law.com

Leslie E. Wargo on behalf of Debtor Richard M. Osborne
Leslie@Wargo-Law.com

Leslie E. Wargo on behalf of Spec. Counsel Leslie E. Wargo
Leslie@Wargo-Law.com

Leslie E. Wargo on behalf of Trustee Kari B. Coniglio
Leslie@Wargo-Law.com

Elia O. Woyt on behalf of Trustee Kari B. Coniglio
eowoyt@vorys.com, eowoyt@vorys.com;mdwalkuski@vorys.com

Maria D. Giannirakis ust06 on behalf of U.S. Trustee United States Trustee
maria.d.giannirakis@usdoj.gov

Scott R. Belhorn ust35 on behalf of U.S. Trustee United States Trustee
Scott.R.Belhorn@usdoj.gov
Ordinary US Mail Service:
Treasurer-Lake County
PO BOX 490
Painesville OH 44077-0490

Lake County Prosecutor-Civil
PO BOX 490
Painesville OH 44077-0490