IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND DIVISION

| | |
|---|---|
| In re: | Case No. 17-17361-AIH |
| RICHARD M. OSBORNE, SR., | Chapter 7 |
| Debtor(s). | Judge Arthur I. Harris |

### TRUSTEE'S REPORT OF SALE

Now comes Kari B. Coniglio, Chapter 7 Trustee herein, and herewith reports the sale of Debtor's real property located at VL Girdled Road, Concord, Ohio 44077, Lake Cty, Parcel 08-A-001-0000-490 for the net sum of $100,000, with the sale occurring by private sale on December 2, 2019. The purchaser of the real estate was Matthew J. Gosnik and Kristen A. Gosnik. The amount offered for the real estate was approved by the Court pursuant to the Order (I) Authorizing the Trustee to Sell Real Property Free and Clear of Liens, Encumbrances and Other Interests Pursuant to 11 U.S.C. 21 363; and (II) Vacating Prior Order Authorizing Sale (the "Sale Order") [Doc. 768]. A copy of the title company's Settlement Statement (HUD-1) is attached hereto as Exhibit 1.

Further, the Trustee states that the sale was conducted in strict conformity with the Sale Order, the United States Bankruptcy Code, and the Rules of Bankruptcy Procedure, with proper notice having been served prior to the sale and that the sales price was fair and reasonable.

Dated: February 17, 2020                    Respectfully submitted,

/s/ Kari B. Coniglio
Kari B. Coniglio #0081463
Chapter 7 Trustee
200 Public Square, Suite 1400
Cleveland, OH 44114
Tel (216) 479-6167
Fax (216) 937-3766
kbconiglio@vorys.com

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served via the Court's Electronic Case Filing System on the following who are listed on the Court's Electronic Mail Notice List:

- Patrick R. Akers, prakers@vorys.com
- Gregory P. Amend, gamend@bdblaw.com
- Alison L. Archer, alison.archer@ohioattorneygeneral.gov
- Richard M. Bain, rbain@meyersroman.com
- Adam S. Baker, abakerlaw@sbcglobal.net,
- Austin B. Barnes, III, abarnes@sandhu-law.com
- Robert D. Barr, rbarr@koehler.law
- David T. Brady, DBrady@Sandhu-Law.com
- Carrie M. Brosius, cmbrosius@vorys.com
- Kari B. Coniglio, kbconiglio@vorys.com
- LeAnn E. Covey, bknotice@clunkhoose.com
- Richard W. DiBella, rdibella@dgmblaw.com
- Melody Dugic Gazda, mgazda@hendersoncovington.com
- Bryan J. Farkas, bjfarkas@vorys.com
- Stephen R. Franks, amps@manleydeas.com
- Stephen John Futterer, sjfutterer@sbcglobal.net
- Michael R. Hamed, mhamed@kushnerhamed.com
- Heather E. Heberlein, hheberlein@bdblaw.com
- Dennis J. Kaselak, dkaselak@peteribold.com
- Christopher J. Klym, bk@hhkwlaw.com
- Jerry R. Krzys, jkrzys@hendersoncovington.com
- Matthew H. Matheney, mmatheney@bdblaw.com
- Shannon M. McCormick, bankruptcy@kamancus.com
- Kelly Neal, kelly.neal@bipc.com
- David M. Neumann, dneumann@meyersroman.com
- Timothy P. Palmer, timothy.palmer@bipc.com
- Drew T. Parobek, dtparobek@vorys.com
- Tricia L. Pycraft, tpycraft@ccj.com
- Kirk W. Roessler, kroessler@walterhav.com
- John J. Rutter, jrutter@ralaw.com
- Frederic P. Schwieg, fschwieg@schwieglaw.com
- Michael J. Sikora, III, msikora@sikoralaw.com
- Nathaniel R. Sinn, nsinn@bdblaw.com
- Rachel L. Steinlage, rsteinlage@meyersroman.com
- Richard J. Thomas, rthomas@hendersoncovington.com
- Andrew M. Tomko, atomko@sandhu-law.com
- Jeffrey C. Toole, toole@buckleyking.com

- Michael S. Tucker, mtucker@ulmer.com
- Phyllis A. Ulrich, bankruptcy@carlisle-law.com
- Leslie E. Wargo, Leslie@Wargo-Law.com
- Elia O. Woyt, eowoyt@vorys.com
- Maria D. Giannirakis, maria.d.giannirakis@usdoj.gov
- Scott R. Belhorn, Scott.R.Belhorn@usdoj.gov

and to the following via regular U.S. mail on February 17, 2020:

RICHARD M OSBORNE, Debtor
7265 Markell Rd.
Waite Hill, OH 44094

/s/ Kari B. Coniglio
Kari B. Coniglio #0081463
Chapter 7 Trustee

EXHIBIT 1

American Land Title Association

ALTA Settlement Statement - Seller
Adopted 05-01-2015

**Lake County Title, LLC**
**ALTA Universal ID**
**306 High Street**
**Fairport Harbor, OH 44077**

| | |
|---|---|
| **File No./Escrow No.:** | 19049095 |
| **Print Date & Time:** | February 10, 2020 at 09:57·AM |
| **Officer/Escrow Officer:** | |
| **Settlement Location:** | |
| **Property Address:** | VL Girdled Road<br>Concord, OH 44077 |
| **Buyer:** | Matthew J. Gosnik and Kirsten A. Gosnik |
| **Seller:** | Kari B. Coniglio as Chapter 7 Bankruptcy Trustee for Richard M. Osborne Trustee |
| **Lender:** | Middlefield Bank |
| **Settlement Date:** | February 10, 2020 |
| **Disbursement Date:** | February 11, 2020 |

| Description | | | Seller Debit | Seller Credit |
|---|---|---|---|---|
| **Financial** | | | | |
| Sale Price of Property | | | | $ 100,000.00 |
| **Prorations/Adjustments** | | | | |
| County Taxes<br>07/01/19 to 02/11/20 | | | $ 805.52 | |
| **Loan Charges to Middlefield Bank** | | | | |
| **Other Loan Charges** | | | | |
| Document Service Fee | to | Lake County Title, LLC | $ 75.00 | |
| Settlement Fee | to | Lake County Title, LLC | $ 275.00 | |
| Wire Fee | to | Lake County Title, LLC | $ 25.00 | |
| **Impounds** | | | | |
| **Title Charges & Escrow / Settlement Charges** | | | | |
| Title - Owner's Title Insurance (optional)<br>   to   Lake County Title, LLC<br>     Coverage:   $ 100,000.00<br>     Premium:    $ 575.00 | | | $ 287.50 | |
| Title Exam | to | Exam Pros LLC | $ 325.00 | |
| **Commission** | | | | |
| Commission | to | Foley Realtors, LLC | $ 3,000.00 | |
| Commission | to | Century 21 Homestar | $ 5,000.00 | |
| **Government Recording and Transfer Charges** | | | | |

Copyright 2015 American Land Title Association
All rights reserved

(19049095/19049095/17)
Printed on 02/10/20 at 09:57·AM

|  |  |  | Debit | Credit |
|---|---|---|---|---|
| **Payoffs** | | | | |
| **Miscellaneous** | | | | |
| Payment | to | Citizens Bank, NA | $ 74,096.25 | |
| Pay Delinquent Taxes | to | Lake County Treasurer | $ 5,756.70 | |
| Admin Fee | to | Century 21 Homestar | $ 250.00 | |
| Bankruptcy Payment | to | Kari B. Coniglio Chapter 7 Bankruptcy Trustee | $ 10,104.03 | |
| **Subtotals** | | | $ 100,000.00 | $ 100,000.00 |
| **TOTALS** | | | $ 0.00 | $ 0.00 |

**Acknowledgement**

We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement. We/I authorize Lake County Title, LLC to cause the funds to be disbursed in accordance with this statement.

Kari B. Coniglio as Chapter 7 Bankruptcy Trustee for Richard M. Osborne Trustee

BY:_____
   Trustee

_____
, Escrow Officer

Copyright 2015 American Land Title Association
All rights reserved

# Closing Disclosure

**Closing Information**

| | |
|---|---|
| Date Issued | 02/04/20 |
| Closing Date | 02/10/20 |
| Disbursement Date | 02/11/20 |
| Settlement Agent | Lake County Title, LLC |
| File # | 19049095 |
| Property | VL Girdled Road<br>Concord, OH 44077 |
| Sale Price | $ 100,000.00 |

**Transaction Information**

| | |
|---|---|
| Borrower | Matthew J. Gosnik and Kirsten A. Gosnik<br>11917 Girdled Road<br>Concord, OH 44077 |
| Seller | Kari B. Coniglio as Chapter 7 Bankruptcy Trustee for Richard M. O |

## Summaries of Transactions

### SELLER'S TRANSACTION

| M. Due to Seller at Closing | | $ 100,000.00 |
|---|---|---|
| 01 | Sale Price of Property | $ 100,000.00 |
| 02 | Sale Price of Any Personal Property Included in Sale | |
| 03 | | |
| 04 | | |
| 05 | | |
| 06 | | |
| 07 | | |
| 08 | | |
| **Adjustments for Items Paid by Seller in Advance** | | |
| 09 | City/Town Taxes | |
| 10 | County Taxes | |
| 11 | Assessments | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |

| N. Due from Seller at Closing | | $ 100,000.00 |
|---|---|---|
| 01 | Excess Deposit | |
| 02 | Closing Costs Paid at Closing (J) | $ 25,098.23 |
| 03 | Existing Loan(s) Assumed or Taken Subject to | |
| 04 | Payoff of First Mortgage Loan | |
| 05 | Payoff of Second Mortgage Loan | |
| 06 | | |
| 07 | Payment | $ 74,096.25 |
| 08 | Seller Credit | |
| 09 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| **Adjustments for Items Unpaid by Seller** | | |
| 14 | City/Town Taxes | |
| 15 | County Taxes  07/01/19 to 02/11/20 | $ 805.52 |
| 16 | Assessments | |
| 17 | | |
| 18 | | |
| 19 | | |

### CALCULATION

| | |
|---|---|
| Total Due to Seller at Closing (M) | $ 100,000.00 |
| Total Due from Seller at Closing (N) | - $ 100,000.00 |
| Cash ☐ From ☐ To Seller | |

## Contact Information

### REAL ESTATE BROKER (B)

| | |
|---|---|
| Name | Foley Realtors, LLC |
| Address | |
| OH License ID | |
| Contact | Lynn Foley |
| Contact OH License ID | |
| Email | |
| Phone | |

### REAL ESTATE BROKER (S)

| | |
|---|---|
| Name | Century 21 Homestar |
| Address | |
| OH License ID | |
| Contact | Michelle Webb |
| Contact OH License ID | |
| Email | |
| Phone | |

### SETTLEMENT AGENT

| | |
|---|---|
| Name | Lake County Title, LLC |
| Address | 306 High Street<br>Fairport Harbor, OH 44077 |
| OH License ID | |
| Contact | |
| Contact OH License ID | |
| Email | |
| Phone | (440)974-8242 |

### Confirm Receipt

Kari B. Coniglio as Chapter 7 Bankruptcy Trustee for Richard M. Osborne Trustee

BY: _____
    Trustee

Total number of lines has been exceeded. Please use the individual 2a and 2b documents.

17-17361-aih    Doc 823    FILED 02/17/20    ENTERED 02/17/20 11:36:40    Page 7 of 10

# Closing Cost Details

| Loan Costs | | Seller-Paid | |
|---|---|---|---|
| | | At Closing | Before Closing |
| **A. Origination Charges** | | | |
| 01   % of Loan Amount (Points) | | | |
| 02 | | | |
| 03 | | | |
| 04 | | | |
| 05 | | | |
| 06 | | | |
| 07 | | | |
| 08 | | | |
| **B. Services Borrower Did Not Shop For** | | | |
| 01 | | | |
| 02 | | | |
| 03 | | | |
| 04 | | | |
| 05 | | | |
| 06 | | | |
| 07 | | | |
| 08 | | | |
| 09 | | | |
| 10 | | | |
| **C. Services Borrower Did Shop For** | | | |
| 01 | | | |
| 02 Document Service Fee | to Lake County Title, LLC | $ 75.00 | |
| 03 | | | |
| 04 Settlement Fee | to Lake County Title, LLC | $ 275.00 | |
| 05 | | | |
| 06 | | | |
| 07 | | | |
| 08 | | | |
| 09 | | | |
| 10 Title Exam | to Exam Pros LLC | $ 325.00 | |
| 11 | | | |
| 12 Wire Fee | to Lake County Title, LLC | $ 25.00 | |
| 13 | | | |
| 14 | | | |

## Other Costs

### E. Taxes and Other Government Fees
| | | | |
|---|---|---|---|
| 01 Recording Fees | Deed: Mortgage: | | |
| 02 | | | |
| 03 | | | |

### F. Prepaids
| | | |
|---|---|---|
| 01 Homeowner's Insurance Premium ( mo.) | | |
| 02 Mortgage Insurance Premium ( mo.) | | |
| 03 Prepaid Interest ( per day from to ) | | |
| 04 Property Taxes ( mo.) | | |
| 05 | | |

### G. Initial Escrow Payment at Closing
| | | |
|---|---|---|
| 01 Homeowner's Insurance         per month for mo. | | |
| 02 Mortgage Insurance            per month for mo. | | |
| 03 Property Taxes                per month for mo. | | |
| 04 | | |
| 05 | | |
| 06 | | |
| 07 | | |
| 08 Aggregate Adjustment | | |

### H. Other
| | | | |
|---|---|---|---|
| 01 Admin Fee | to Century 21 Homestar | $ 250.00 | |
| 02 Bankruptcy Payment | to Kari B. Coniglio Chapter 7 Bankrup | $ 10,104.03 | |
| 03 Commission | to Foley Realtors, LLC | $ 3,000.00 | |
| 04 Commission | to Century 21 Homestar | $ 5,000.00 | |
| 05 Pay Delinquent Taxes | to Lake County Treasurer | $ 5,756.70 | |
| 06 Title - Owner's Title Insurance (optional) | to Lake County Title, LLC | $ 287.50 | |
| 07 | | | |
| 08 | | | |

### J. TOTAL CLOSING COSTS
| | |
|---|---|
| | $ 25,098.23 |

# Closing Disclosure Form Addendum

**Borrower(s):**

Matthew J. Gosnik and Kirsten A. Gosnik
11917 Girdled Road
Concord, OH 44077

**Seller(s):**

Kari B. Coniglio as Chapter 7 Bankruptcy Trustee for Richard M. Osborne Trustee

| | |
|---|---|
| **Lender:** | Middlefield Bank |
| **Settlement Agent:** | Lake County Title, LLC |
| | (440)974-8242 |
| **Settlement Date:** | February 10, 2020 |
| **Disbursement Date:** | February 11, 2020 |
| **Property Location:** | VL Girdled Road |
| | Concord, OH 44077 |

## Confirm Receipt

Kari B. Coniglio as Chapter 7 Bankruptcy Trustee for Richard M. Osborne Trustee

BY:_____
   Trustee