## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 17-17361 |
| | ) | |
| Richard M. Osborne, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Judge Arthur Harris |
| | ) | |

## JOINDER OF RECEIVER ZACHARY B. BURKONS TO THE LIMITED
## RESPONSE OF FIRST NATIONAL BANK OF PENNSYLVANIA TO
## THE MOTION TO SELL PERSONAL PROPERTY (LITIGATION CLAIMS)

Zachary B. Burkons, the duly-appointed receiver (the "Receiver") in a case captioned *Richard M. Osborne, et al., v. Parkview Federal Savings Bank n/k/a First National Bank of Pennsylvania, et al.,* pending before the Cuyahoga County Court of Common Pleas (the "State Court"), [Case No. 14-822810], hereby joins the Limited Response of First National Bank of Pennsylvania [Doc. No. 908] to the Trustee's proposed sale of what she describes as "Litigation Claims" [Doc. No. 887].

The Receiver is joining the Response and objects to the Sale Motion as it relates to the Receiver. Currently pending before this Court is an adversary proceeding filed by the United States Trustee seeking to deny the Debtor his discharge (Adversary Case No. 20-01004) based upon, *inter alia*, the same mischief that the Trustee abets by seeking the imprimatur of this Court for the non-colorable claims against the Receiver and the State Court which appointed him.

1

Respectfully Submitted,

/s/ David M. Neumann
Richard M. Bain (0016525)
David Neumann (0068747)
MEYERS, ROMAN, FRIEDBERG & LEWIS
28601 Chagrin Boulevard, Suite 600
Cleveland, Ohio 44122
(216) 831-0042    Fax: (216) 831-0542
Email: rbain@meyersroman.com
         dneumann@meyersroman.com

*Attorney for Receiver Zachary B. Burkons*

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Joinder of Receiver was electronically transmitted on or about June 9, 2020, via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice list or was served by U.S. mail, postage prepaid, or certified mail on the persons below as indicated below.

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Patrick R. Akers**    prakers@vorys.com
- **Gregory P. Amend**    gamend@bdblaw.com, grichards@bdblaw.com
- **Alison L. Archer**    alison.archer@ohioattorneygeneral.gov, Trish.Lazich@ohioattorneygeneral.gov;angelique.dennis-noland@ohioattorneygeneral.gov
- **Richard M. Bain**    rbain@meyersroman.com, mnowak@meyersroman.com;jray@meyersroman.com
- **Adam S. Baker**    abakerlaw@sbcglobal.net, adam@bakerlaw.us;abakerlaw@gmail.com
- **Austin B. Barnes**    abarnes@sandhu-law.com, bk1notice@sandhu-law.com
- **Robert D. Barr**    rbarr@koehler.law, rbarr@koehler.law
- **David T. Brady**    DBrady@Sandhu-Law.com, bk1notice@sandhu-law.com
- **Carrie M. Brosius**    cmbrosius@vorys.com, mdwalkuski@vorys.com
- **Kari B. Coniglio**    kbconiglio@vorys.com, mdwalkuski@vorys.com;kbc@trustesolutions.net;jncash2@vorys.com
- **LeAnn E. Covey**    bknotice@clunkhoose.com
- **Richard W. DiBella**    rdibella@dgmblaw.com
- **Bryan J. Farkas**    bjfarkas@vorys.com, bjfarkas@vorys.com;caujczo@vorys.com;mdwalkuski@vorys.com
- **Stephen R. Franks**    amps@manleydeas.com
- **Stephen John Futterer**    sjfutterer@sbcglobal.net, r43087@notify.bestcase.com
- **Melody Dugic Gazda**    mgazda@hendersoncovington.com
- **Michael R. Hamed**    mhamed@kushnerhamed.com, kgross@kushnerhamed.com
- **Heather E. Heberlein**    hheberlein@bdblaw.com, vgum@bdblaw.com
- **Dennis J. Kaselak**    dkaselak@peteribold.com, Cynthia@peteribold.com
- **Christopher J. Klym**    bk@hhkwlaw.com
- **Jerry R. Krzys**    jkrzys@hendersoncovington.com, jerrykrzys@gmail.com
- **Matthew H. Matheney**    mmatheney@bdblaw.com, bhajduk@bdblaw.com
- **Shannon M. McCormick**    bankruptcy@kamancus.com
- **Kelly Neal**    kelly.neal@bipc.com, donna.curcio@bipc.com
- **David M. Neumann**    dneumann@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com
- **Timothy P. Palmer**    timothy.palmer@bipc.com, donna.curcio@bipc.com
- **Drew T. Parobek**    dtparobek@vorys.com, mdwalkuski@vorys.com
- **Tricia L. Pycraft**    tpycraft@ccj.com, bowman@ccj.com

- **Kirk W. Roessler**   kroessler@walterhav.com,
  kballa@walterhav.com;slasalvia@walterhav.com;deppler@walterhav.com
- **John J. Rutter**   jrutter@ralaw.com
- **Frederic P. Schwieg**   fschwieg@schwieglaw.com
- **Michael J. Sikora**   msikora@sikoralaw.com, aarasmith@sikoralaw.com
- **Nathaniel R. Sinn**   nsinn@bdblaw.com, grichards@bdblaw.com
- **Rachel L. Steinlage**   rsteinlage@meyersroman.com,
  jray@meyersroman.com;mnowak@meyersroman.com;rbain@meyersroman.com
- **Richard J. Thomas**   rthomas@hendersoncovington.com,
  mgazda@hendersoncovington.com
- **Andrew M. Tomko**   atomko@sandhu-law.com, bk1notice@sandhu-law.com
- **Jeffrey C. Toole**   toole@buckleyking.com, young@buckleyking.com
- **United States Trustee**   (Registered address)@usdoj.gov
- **Michael S. Tucker**   mtucker@ulmer.com
- **Phyllis A. Ulrich**   bankruptcy@carlisle-law.com, bankruptcy@carlisle-law.com
- **Leslie E. Wargo**   Leslie@Wargo-Law.com
- **Elia O. Woyt**   eowoyt@vorys.com, eowoyt@vorys.com;mdwalkuski@vorys.com
- **Maria D. Giannirakis ust06**   maria.d.giannirakis@usdoj.gov
- **Scott R. Belhorn ust35**   Scott.R.Belhorn@usdoj.gov

**Via Regular Mail:**

**CSX Transportation, Inc.**
c/o McGuireWoods LLP
50 N. Laura Street, Suite 3300
Jacksonville, FL 32202

**Gregory M. Dennin**
Dennin & Dennin
2745 Main Street
Lake Placid, NY 12946
greg@gmdlplaw.com, djensch1@roadrunner.com

**Scott Hivnor**
Advanced Appraisal Services
37721 Vine Street Suite 3
Willoughby, OH 44094

**Shapero Green & Michel LLC**
25101 Chagrin Blvd.
Cleveland, OH 44122

**Eric Silver**
AG Real Estate Group Inc
3659 South Green Road
#100
Beachwood, OH 44122

/s/David M. Neumann
David M. Neumann
*Attorney for Receiver, Zachary B. Burkons*