# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| RICHARD M. OSBORNE, | ) Case No. 17-17361-(AIH) |
| | ) |
| Debtor. | ) |
| | ) Judge Arthur I. Harris |
| | ) |

## NOTICE OF SUBSTITUTION OF COUNSEL

Pursuant LBR 2091-1, please take notice that Marcel C. Duhamel, of the law firm Vorys, Sater, Seymour and Pease LLP ("Vorys"), will substitute for Patrick R. Akers of Vorys as counsel of record for Kari B. Coniglio, the Chapter 7 Trustee (the "Trustee"). The Trustee has knowledge of and approves the substitution.

Respectfully submitted,

/s/ Marcel C. Duhamel
Marcel C. Duhamel, Esq. (0062171)
Vorys, Sater, Seymour and Pease LLP
200 Public Square, Suite 1400
Cleveland, OH 44114
(216) 479-6112
(216) 937-3722 (facsimile)
mcduhamel@vorys.com

*Counsel to the Trustee*

# CERTIFICATE OF SERVICE

I certify that on October 16, 2020, a true and correct copy of the *Notice of Substitution of Counsel* was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

- Patrick R. Akers, on behalf of the Trustee, at prakers@vorys.com
- Gregory P. Amend, on behalf of First National Bank of Pennsylvania, at gamend@bdblaw.com
- Alison L. Archer, on behalf of Lakeland Community College, at alison.archer@ohioattorneygeneral.gov
- Richard M. Bain, on behalf of Zachary B. Burkons, at rbain@meyersroman.com
- Adam S. Baker, on behalf of Michael E. Osborne, Sr., at abakerlaw@sbcglobal.net
- Austin B. Barnes, III, on behalf of Tax Ease Ohio, LLC, at abarnes@sandhu-law.com
- Robert D. Barr, on behalf of Chicago Title Insurance Company, at rbarr@koehler.law
- Jeffrey W. Bieszczak, on behalf of the Trustee, at jwbieszczak@vorys.com
- David T. Brady, on behalf of Tax Ease Ohio, LLC, at DBrady@Sandhu-Law.com
- Carrie M. Brosius, on behalf of the Trustee, at cmbrosius@vorys.com
- Kari B. Coniglio, the Trustee, at kbconiglio@vorys.com
- LeAnn E. Covey, on behalf of Bank of America, N.A., at bknotice@clunkhoose.com
- Gregory M. Dennin, on behalf of the Debtor and himself, at greg@gmdlplaw.com
- Richard W. DiBella, on behalf of Nationwide Mutual Fire Insurance Company, at rdibella@dgmblaw.com
- Melody A. Dugic, on behalf of Home Savings Bank, Successor by Merger to The Home Savings & Loan Company of Youngstown, Ohio, at mgazda@hendersoncovington.com
- Douglas M. Eppler, on behalf of Osborne Farms, LLC fka Huron Lime Company, LLC, at deppler@walterhav.com
- Bryan J. Farkas, on behalf of the Trustee, at bjfarkas@vorys.com
- Scott D. Fink, on behalf of Erie Bank, a Division of CNB Bank s/b/m to Lake National Bank, at ecfndoh@weltman.com
- Stephen R. Franks, on behalf of Bank of America, N.A., at amps@manleydeas.com
- Stephen John Futterer, on behalf of City of Willoughby, at sjfutterer@sbcglobal.net
- Michael R. Hamed, on behalf of Gas Natural Inc., at mhamed@kushnerhamed.com
- Heather E. Heberlein, on behalf of First National Bank of Pennsylvania, at hheberlein@bdblaw.com
- Dennis J. Kaselak, on behalf of Diane M. Osborne, at dkaselak@peteribold.com
- Christopher J. Klym, on behalf of Ohio Department of Taxation, at bk@hhkwlaw.com
- Matthew H. Matheney, on behalf of First National Bank of Pennsylvania, at mmatheney@bdblaw.com
- Shannon M. McCormick, on behalf of Center Street School Condominiums and Coachhouses Unit Owners' Association, Inc., at bankruptcy@kamancus.com

- Michael J. Moran, on behalf of Diane M. Osborne, at mike@gibsonmoran.com
- Kelly Neal, on behalf of The Huntington National Bank, at kelly.neal@bipc.com
- David M. Neumann, on behalf of Zachary B. Burkons, at dneumann@meyersroman.com
- Timothy P. Palmer, on behalf of The Huntington National Bank, at timothy.palmer@bipc.com
- Drew T. Parobek, on behalf of the Trustee, at dtparobek@vorys.com
- Tricia L. Pycraft, on behalf of Rea & Associates, Inc., at tpycraft@ccj.com
- Kirk W. Roessler, on behalf of Estate of Jerome T. Osborne, Osborne Farms, LLC fka Huron Lime Company, LLC, and Huron River Properties, Inc., at kroessler@walterhav.com
- John J. Rutter, on behalf of Mentor Lumber & Supply Co., at jrutter@ralaw.com
- Frederic P. Schwieg, on behalf of the Debtor, at fschwieg@schwieglaw.com
- Shapero Green & Michel LLC, on behalf of the Trustee, at BGreen@ShaperoLaw.com
- Michael J. Sikora, III, on behalf of Chicago Title Insurance Company, at msikora@sikoralaw.com
- Nathaniel R. Sinn, on behalf of First National Bank of Pennsylvania, at nsinn@bdblaw.com
- Robin L. Stanley, on behalf of Diane M. Osborne, at rstanley@peteribold.com
- Rachel L. Steinlage, on behalf of Zachary B. Burkons, at rsteinlage@meyersroman.com
- Andrew M. Tomko, on behalf of Tax Ease Ohio, LLC, at atomko@sandhu-law.com
- Jeffrey C. Toole, on behalf of Zachary B. Burkons, at toole@buckleyking.com
- Michael S. Tucker, on behalf of Citizens Bank, N.A., at mtucker@ulmer.com
- Phyllis A. Ulrich, on behalf of The Huntington National Bank, at bankruptcy@carlisle-law.com
- Leslie E. Wargo, on behalf of the Debtor, the Trustee, and herself, at Leslie@Wargo-Law.com
- Elia O. Woyt, on behalf of the Trustee, at eowoyt@vorys.com
- Maria D. Giannirakis, on behalf of the United States Trustee, at maria.d.giannirakis@usdoj.gov
- Scott R. Belhorn, on behalf of the United States Trustee, at Scott.R.Belhorn@usdoj.gov

*/s/ Marcel C. Duhamel*
Marcel C. Duhamel