IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DISTRICT

| | | |
|---|---|---|
| In re: | ) | Case No. 17-17361 |
| | ) | |
| RICHARD M. OSBORNE, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Judge Arthur I. Harris |

**SECOND STIPULATION GRANTING EXTENSION OF TIME TO RESPOND TO TRUSTEE'S MOTION FOR ENTRY OF AN ORDER AUTHORIZING AND APPROVING THE SURCHARGE OF COLLATERAL FOR THE ATTORNEYS' FEES AND COSTS INCURRED BY TRUSTEE FROM THE SALE PROCEEDS OF DEBTOR'S PROPERTY PURSUANT TO 11 U.S.C. § 506(c)**

Kari B. Coniglio (the "Trustee"), the chapter 7 trustee for the bankruptcy estate of Richard M. Osborne, The Huntington National Bank ("Huntington"), Diane M. Osborne ("DMO"), and Diane M. Osborne, Trustee of the Diane M. Osborne Trust ("DMO Trust"; and, together with DMO, collectively, the "DMO Parties") stipulate and agree that Huntington and the DMO Parties shall have a further extension of time, through and including March 31, 2021 to respond to the *Trustee's Motion for Entry of an Order Authorizing and Approving the Surcharge of Collateral for the Attorneys' Fees and Costs Incurred by the Trustee from the Sale Proceeds of Debtor's Property Pursuant to 11 U.S.C. §506(c)* [Doc. 1004] (the "Motion"). The parties further stipulate and agree that the hearing on the Motion may be adjourned to April 6, 2021 at 10:00 A.M. This is the second extension of time to respond.

Agreed to by:

| | |
|---|---|
| */s/ Michael J. Moran* | */s/ Timothy Palmer* |
| Michael J. Moran (0018869) | Timothy Palmer |
| 243 Portage Trail | BUCHANAN INGERSOLL & ROONEY PC |
| P.O. Box 535 | 501 Grant Street, Suite 200 |
| Cuyahoga Falls, OH 44222 | Pittsburgh, PA 15219-4413 |
| (330) 929-0507 | Phone: 412-562-8800 |
| (330) 929-6605 – Fax | Fax: 412-562-1041 |
| mike@gibsonmornan.com | timothy.palmer@bipc.com |
| | |
| *Counsel for Diane M. Osborne and Diane M. Osborne, Trustee of the Diane M. Osborne Trust* | *Counsel for The Huntington National Bank* |

*/s/ Marcel C. Duhamel*
Marcel C. Duhamel (0062171)
Elia O. Woyt (0074109)
Carrie M. Brosius (0075484)
VORYS, SATER, SEYMOUR AND PEASE LLP
200 Public Square, Suite 1400
Cleveland, Ohio 44114
(216) 479-6100
(216) 479-6060 (facsimile)
mcduhamel@vorys.com
eowoyt@vorys.com
cmbrosius@vorys.com

*Counsel for the Trustee*

# CERTIFICATE OF SERVICE

I certify that on January 18, 2021, a true and correct copy of the *Second Stipulation Granting Extension of Time to Respond to Trustee's Motion for Entry of an Order Authorizing and Approving the Surcharge of Collateral for the Attorneys' Fees and Costs Incurred by the Trustee from the Sale Proceeds of Debtor's Property Pursuant to 11 U.S.C. §506(c)* was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

- Patrick R. Akers    prakers@vorys.com
- Gregory P. Amend    gamend@bdblaw.com, grichards@bdblaw.com
- Alison L. Archer    alison.archer@ohioattorneygeneral.gov, Trish.Lazich@ohioattorneygeneral.gov;angelique.dennis-noland@ohioattorneygeneral.gov
- Richard M. Bain    rbain@meyersroman.com, mnowak@meyersroman.com;jray@meyersroman.com
- Adam S. Baker    abakerlaw@sbcglobal.net, adam@bakerlaw.us;abakerlaw@gmail.com
- Austin B. Barnes    abarnes@sandhu-law.com, bk1notice@sandhu-law.com
- Robert D. Barr    rbarr@koehler.law, syackly@koehler.law
- Jeffrey W. Bieszczak    jwbieszczak@vorys.com
- David T. Brady    DBrady@Sandhu-Law.com, bk1notice@sandhu-law.com
- Carrie M. Brosius    cmbrosius@vorys.com, mdwalkuski@vorys.com
- Kari B. Coniglio    kbconiglio@vorys.com, mdwalkuski@vorys.com;kbc@trustesolutions.net;jncash2@vorys.com
- LeAnn E. Covey    bknotice@clunkhoose.com
- Richard W. DiBella    rdibella@dgmblaw.com
- Melody A. Dugic    mgazda@hendersoncovington.com
- Marcel C. Duhamel    mcduhamel@vorys.com, mdwalkuski@vorys.com
- Douglas M. Eppler    deppler@walterhav.com
- Bryan J. Farkas    bjfarkas@vorys.com, bjfarkas@vorys.com;caujczo@vorys.com;mdwalkuski@vorys.com
- Scott D. Fink    ecfndoh@weltman.com
- Glenn E. Forbes    bankruptcy@geflaw.net, gforbes@geflaw.net; r45233@notify.bestcase.com
- Stephen R. Franks    amps@manleydeas.com
- Stephen John Futterer    sjfutterer@sbcglobal.net, r43087@notify.bestcase.com
- Marc P. Gertz    mpgertz@gertzrosen.com, dmichna@gertzrosen.com
- Michael R. Hamed    mhamed@kushnerhamed.com, kgross@kushnerhamed.com
- Heather E. Heberlein    hheberlein@porterwright.com, mvitou@porterwright.com
- Dennis J. Kaselak    dkaselak@peteribold.com, Cynthia@peteribold.com

3

- Christopher J. Klym    bk@hhkwlaw.com
- Jerry R. Krzys    jkrzys@hendersoncovington.com, jerrykrzys@gmail.com
- Jeffrey M. Levinson    jml@jml-legal.com
- Matthew H. Matheney    mmatheney@porterwright.com, cpeskar@porterwright.com
- Shannon M. McCormick    bankruptcy@kamancus.com
- Michael J. Moran    mike@gibsonmoran.com, moranecf@gmail.com;r55982@notify.bestcase.com
- Heather L. Moseman    heather@mosemanlaw.com
- Kelly Neal    kelly.neal@bipc.com, donna.curcio@bipc.com
- David M. Neumann    dneumann@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com
- Timothy P. Palmer    timothy.palmer@bipc.com, donna.curcio@bipc.com
- Drew T. Parobek    dtparobek@vorys.com, mdwalkuski@vorys.com
- Tricia L. Pycraft    tpycraft@ccj.com, bowman@ccj.com
- Kirk W. Roessler    kroessler@walterhav.com, kballa@walterhav.com;slasalvia@walterhav.com;deppler@walterhav.com
- John J. Rutter    jrutter@ralaw.com
- Frederic P. Schwieg    fschwieg@schwieglaw.com
- Michael J. Sikora    msikora@sikoralaw.com, aarasmith@sikoralaw.com
- Nathaniel R. Sinn    nsinn@porterwright.com, cpeskar@porterwright.com
- Robin L. Stanley    rstanley@peteribold.com, Sonya@peteribold.com;Cynthia@peteribold.com;5478@notices.nextchapterbk.com
- Rachel L. Steinlage    rsteinlage@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com;rbain@meyersroman.com
- Richard J. Thomas    rthomas@hendersoncovington.com, mgazda@hendersoncovington.com
- Stephen G. Thomas    steve@sgtlaw.net, kim@sgtlaw.net
- Andrew M. Tomko    atomko@sandhu-law.com, bk1notice@sandhu-law.com
- Jeffrey C. Toole    jtoole@bernsteinlaw.com, lyoung@bernsteinlaw.com
- United States Trustee    (Registered address)@usdoj.gov
- Michael S. Tucker    mtucker@ulmer.com
- Phyllis A. Ulrich    bankruptcy@carlisle-law.com, bankruptcy@carlisle-law.com
- Leslie E. Wargo    Leslie@Wargo-Law.com
- Karey Werner    kewerner@vorys.com
- Elia O. Woyt    eowoyt@vorys.com, eowoyt@vorys.com;mdwalkuski@vorys.com
- Maria D. Giannirakis ust06    maria.d.giannirakis@usdoj.gov
- Scott R. Belhorn ust35    Scott.R.Belhorn@usdoj.gov

          */s/ Marcel C. Duhamel*
          Marcel C. Duhamel (0062171)
          *Counsel to the Trustee*