United States Bankruptcy Court
Northern District of Ohio

In re:  
Richard M. Osborne  
    Debtor

Case No. 17-17361-aih  
Chapter 7

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0647-1 | User: mgaug | Page 1 of 5 |
| Date Rcvd: Feb 11, 2021 | Form ID: pdf722 | Total Noticed: 28 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard M. Osborne, 7020 Williams Rd, Concord, OH 44077-9411 |
| aty | + | Frederic P. Schwieg, 2705 Gibson Drive, Rocky River, OH 44116-3008 |
| aty | + | Gregory M. Dennin, Dennin & Dennin, 2745 Main Street, Lake Placid, NY 12946-3559 |
| aty | + | Shapero Green & Michel LLC, 25101 Chagrin Blvd., Cleveland, OH 44122-5643 |
| cr | + | CSX Transportation, Inc., c/o McGuireWoods LLP, 50 N. Laura Street, Suite 3300, Jacksonville, FL 32202-3661 |
| cr | + | Center Street School Condominiums and coachhouses, Kaman & Cusimano, LLC, 50 Public Square Suite 2000, Cleveland, OH 44113-2215 |
| cr | + | Chicago Title Insurance Company, 2533 North 117th Avenue, Omaha, NE 68164-3679 |
| cr | | Citizens Bank, N.A., c/o Michael S. Tucker, Esq., 1660 West 2nd Street, Suite 1100, Cleveland, OH 44113-1448 |
| cr | + | City of Willoughby, One Public Square, Willoughby, OH 44094-7827 |
| cl | + | Diane M. Osborne, 8255 Morley Road, Mentor, OH 44060-8033 |
| cr | + | Estate of Jerome T. Osborne, c/o Kirk W. Roessler, Esq., 1301 East Ninth Street Suite 3500, Cleveland, OH 44114-1838 |
| cr | + | First Federal Bank of the Midwest, successor by me, c/o Attorney Melody A. Dugic, 6 Federal Plaza Central, Suite 1300, Youngstown, OH 44503, UNITED STATES 44503-1508 |
| cr | + | First National Bank of Pennsylvania, c/o Matthew H. Metheney, Esq., Porter Wright Morris & Arthur LLP, 950 Main Avenue, Suite 500, Cleveland, OH 44113-7206 |
| intp | + | GD3 Ventrures I, LLC, 9124 Tyler Blvd., Mentor, OH 44060-1881 |
| intp | + | Gas Natural Inc., 184 Shuman Blvd., Ste 300, Naperville, OH 60563-8420 |
| res | + | Home Savings Bank, Successor by Merger to The Home, 275 Federal Plaza West, Youngstown, OH 44503-1200 |
| cr | + | Huron River Properties, Inc., c/o Kirk W. Roessler, Esq., 1301 East Ninth Street Suite 3500, Walter Haverfield LLP, Cleveland, OH 44114-1821 |
| sp | + | Leslie E. Wargo, Wargo Law, LLC, 1501 North Marginal Road Suite 182, Cleveland, OH 44114-3762 |
| cr | + | Michael E. Osborne, Sr., 7670 Tyler Blvd., Mentor, OH 44060-4853 |
| cr | + | Ohio Department of Taxation, c/o William C. Huffman, 24441 Detroit Road, Suite 300, Westlake, OH 44145-1543 |
| cr | + | Osborne Farms, LLC fka Huron Lime Company, LLC, c/o Kirk W. Roessler, Esq., 1301 East Ninth Street Suite 3500, Cleveland, OH 44114-1838 |
| acc | + | Rea & Associates, Inc., Critchfield, Critchfield & Johnston, 225 North Market Street, Wooster, OH 44691-3511 |
| app | + | Scott Hivnor, Advanced Appraisal Services, 37721 Vine Street Suite 3, Willoughby, OH 44094-6256 |
| intp | + | Stephen Lovick, 7080 Painesville Ravenna Road, Concord, OH 44077-8926 |
| cr | + | The Huntington National Bank, c/o Timothy P. Palmer, Esq., Buchanan Ingersoll & Rooney PC, One Oxford Centre 20th floor, Pittsburgh, PA 15219-1400 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| r | + | Email/Text: eric@agrealestategroup.com | Feb 11 2021 22:04:00 | Eric Silver, AG Real Estate Group Inc, 3659 South Green Road, #100, Beachwood, OH 44122-5715 |
| intp | + | Email/Text: OHAGCEBKYEBN@ohioattorneygeneral.gov | Feb 11 2021 22:00:00 | Lakeland Community College, c/o Alison L. Archer, Assistant Attorney General, 615 W. Superior Ave., 11th Floor, Cleveland, OH 44113-1899 |
| intp | + | Email/Text: ecf@buckleyking.com | Feb 11 2021 22:01:00 | Zachary B Burkons, c/o Buckley King LPA, 600 Superior Ave., Suite 1400, Cleveland, OH 44114-2693 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Vorys, Sater, Seymour and Pease LLP |
| r | | AG Real Estate Group, Inc. |
| cr | | Bank of America, N.A. |
| cr | | Erie Bank, a Division of CNB Bank s/b/m to Lake Na |
| cr | | Mentor Lumber & Supply Co. |
| cr | | Nationwide Mutual Fire Insurance Company |
| cr | | Tax Ease Ohio, LLC |
| aty | *+ | Gregory M. Dennin, Dennin & Dennin, 2745 Main Street, Lake Placid, NY 12946-3559 |

TOTAL: 7 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2021     Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam S. Baker | on behalf of Creditor Michael E. Osborne Sr. abakerlaw@sbcglobal.net, adam@bakerlaw.us;abakerlaw@gmail.com |
| Alison L. Archer | on behalf of Interested Party Lakeland Community College alison.archer@ohioattorneygeneral.gov Trish.Lazich@ohioattorneygeneral.gov;angelique.dennis-noland@ohioattorneygeneral.gov |
| Andrew M. Tomko | on behalf of Creditor Tax Ease Ohio LLC atomko@sandhu-law.com, bk1notice@sandhu-law.com |
| Austin B. Barnes, III | on behalf of Creditor Tax Ease Ohio LLC abarnes@sandhu-law.com, bk1notice@sandhu-law.com |
| Bryan J. Farkas | on behalf of Trustee Kari B. Coniglio bjfarkas@vorys.com bjfarkas@vorys.com;caujczo@vorys.com;mdwalkuski@vorys.com |
| Carrie M. Brosius | on behalf of Plaintiff Kari B. Coniglio cmbrosius@vorys.com mdwalkuski@vorys.com |
| Carrie M. Brosius | on behalf of Trustee Kari B. Coniglio cmbrosius@vorys.com mdwalkuski@vorys.com |
| Christopher J. Klym | on behalf of Creditor Ohio Department of Taxation bk@hhkwlaw.com |
| David M. Neumann | on behalf of Interested Party Zachary B Burkons dneumann@meyersroman.com jray@meyersroman.com;mnowak@meyersroman.com |
| David T. Brady | on behalf of Creditor Tax Ease Ohio LLC DBrady@Sandhu-Law.com, bk1notice@sandhu-law.com |
| Dennis J. Kaselak | |

on behalf of Claimant Diane M. Osborne dkaselak@peteribold.com Cynthia@peteribold.com

Douglas M. Eppler

on behalf of Creditor Osborne Farms LLC fka Huron Lime Company, LLC deppler@walterhav.com

Drew T. Parobek

on behalf of Trustee Kari B. Coniglio dtparobek@vorys.com mdwalkuski@vorys.com

Elia O. Woyt

on behalf of Trustee Kari B. Coniglio eowoyt@vorys.com eowoyt@vorys.com;mdwalkuski@vorys.com

Frederic P. Schwieg

on behalf of Debtor Richard M. Osborne fschwieg@schwieglaw.com

Frederic P. Schwieg

on behalf of Attorney Frederic P. Schwieg fschwieg@schwieglaw.com

Frederic P. Schwieg

on behalf of Defendant Richard M. Osborne Sr. fschwieg@schwieglaw.com

Glenn E. Forbes

on behalf of Interested Party Stephen Lovick bankruptcy@geflaw.net gforbes@geflaw.net;r45233@notify.bestcase.com

Gregory P. Amend

on behalf of Creditor First National Bank of Pennsylvania gamend@bdblaw.com grichards@bdblaw.com

Heather E. Heberlein

on behalf of Creditor First National Bank of Pennsylvania hheberlein@porterwright.com mvitou@porterwright.com

Heather L. Moseman

on behalf of Interested Party GD3 Ventrures I LLC heather@mosemanlaw.com

Jeffrey C. Toole

on behalf of Interested Party Zachary B Burkons jtoole@bernsteinlaw.com lyoung@bernsteinlaw.com

Jeffrey M. Levinson

on behalf of Defendant Rigrtona Holding Company LLC jml@jml-legal.com

Jeffrey M. Levinson

on behalf of Defendant Beth Ann Osborne jml@jml-legal.com

Jeffrey M. Levinson

on behalf of Defendant Osair Inc. jml@jml-legal.com

Jeffrey M. Levinson

on behalf of Defendant Louie V LLC jml@jml-legal.com

Jeffrey W. Bieszczak

on behalf of Trustee Kari B. Coniglio jwbieszczak@vorys.com

Jerry R. Krzys

on behalf of Plaintiff Home Savings Bank jkrzys@hendersoncovington.com jerrykrzys@gmail.com

John J. Rutter

on behalf of Creditor Mentor Lumber & Supply Co. jrutter@ralaw.com

Karey Werner

on behalf of Plaintiff Kari B. Coniglio kewerner@vorys.com

Kari B. Coniglio

kbconiglio@vorys.com mdwalkuski@vorys.com;kbc@trustesolutions.net;jncash2@vorys.com

Kelly Neal

on behalf of Creditor The Huntington National Bank kelly.neal@bipc.com donna.curcio@bipc.com

Kirk W. Roessler

on behalf of Creditor Estate of Jerome T. Osborne kroessler@walterhav.com kballa@walterhav.com;slasalvia@walterhav.com;deppler@walterhav.com

Kirk W. Roessler

on behalf of Creditor Osborne Farms LLC fka Huron Lime Company, LLC kroessler@walterhav.com, kballa@walterhav.com;slasalvia@walterhav.com;deppler@walterhav.com

Kirk W. Roessler

on behalf of Creditor Huron River Properties Inc. kroessler@walterhav.com, kballa@walterhav.com;slasalvia@walterhav.com;deppler@walterhav.com

LeAnn E. Covey

on behalf of Creditor Bank of America N.A. bknotice@clunkhoose.com

Leslie E. Wargo

on behalf of Cross-Claimant Richard M. Osborne Leslie@Wargo-Law.com

Leslie E. Wargo
 on behalf of Defendant Richard M. Osborne Leslie@Wargo-Law.com

Leslie E. Wargo
 on behalf of Spec. Counsel Leslie E. Wargo Leslie@Wargo-Law.com

Leslie E. Wargo
 on behalf of Debtor Richard M. Osborne Leslie@Wargo-Law.com

Leslie E. Wargo
 on behalf of Trustee Kari B. Coniglio Leslie@Wargo-Law.com

Marc P. Gertz
 on behalf of Defendant Takedown Concrete LLC mpgertz@gertzrosen.com, dmichna@gertzrosen.com

Marc P. Gertz
 on behalf of Defendant Chris Fovozzo dba Professional Carpenter Service's LLC mpgertz@gertzrosen.com dmichna@gertzrosen.com

Marcel C. Duhamel
 on behalf of Plaintiff Kari B. Coniglio mcduhamel@vorys.com mdwalkuski@vorys.com

Marcel C. Duhamel
 on behalf of Trustee Kari B. Coniglio mcduhamel@vorys.com mdwalkuski@vorys.com

Maria D. Giannirakis ust06
 on behalf of Plaintiff Andrew R. Vara maria.d.giannirakis@usdoj.gov

Maria D. Giannirakis ust06
 on behalf of U.S. Trustee United States Trustee maria.d.giannirakis@usdoj.gov

Matthew D. Fazekas
 on behalf of Trustee Kari B. Coniglio mdfazekas@vorys.com

Matthew H. Matheney
 on behalf of Creditor First National Bank of Pennsylvania mmatheney@porterwright.com cpeskar@porterwright.com

Melody A. Dugic
 on behalf of Creditor First Federal Bank of the Midwest successor by merger to Home Savings Bank, successor by merger to The Home Savings & Loan Company of Youngstown, Ohio mgazda@hendersoncovington.com

Melody A. Dugic
 on behalf of Respondent Home Savings Bank Successor by Merger to The Home Savings & Loan Company of Youngstown, Ohio mgazda@hendersoncovington.com

Melody A. Dugic
 on behalf of Plaintiff Home Savings Bank mgazda@hendersoncovington.com

Michael J. Moran
 on behalf of Defendant Diane M. Osborne mike@gibsonmoran.com moranecf@gmail.com;r55982@notify.bestcase.com

Michael J. Moran
 on behalf of Defendant Diane M. Osborne Trustee of the Diane M. Osborne Trust mike@gibsonmoran.com, moranecf@gmail.com;r55982@notify.bestcase.com

Michael J. Moran
 on behalf of Claimant Diane M. Osborne mike@gibsonmoran.com moranecf@gmail.com;r55982@notify.bestcase.com

Michael J. Sikora, III
 on behalf of Creditor Chicago Title Insurance Company msikora@sikoralaw.com aarasmith@sikoralaw.com

Michael R. Hamed
 on behalf of Interested Party Gas Natural Inc. mhamed@kushnerhamed.com kgross@kushnerhamed.com

Michael S. Tucker
 on behalf of Creditor Citizens Bank N.A. mtucker@ulmer.com

Nathaniel R. Sinn
 on behalf of Creditor First National Bank of Pennsylvania nsinn@porterwright.com cpeskar@porterwright.com

Nathaniel R. Sinn
 on behalf of Plaintiff First National Bank of Pennsylvania nsinn@porterwright.com cpeskar@porterwright.com

Patrick R. Akers
 on behalf of Plaintiff Kari B. Coniglio prakers@vorys.com

Phyllis A. Ulrich
 on behalf of Creditor The Huntington National Bank bankruptcy@carlisle-law.com bankruptcy@carlisle-law.com

Rachel L. Steinlage
 on behalf of Interested Party Zachary B Burkons rsteinlage@meyersroman.com jray@meyersroman.com;mnowak@meyersroman.com;rbain@meyersroman.com

| | |
|---|---|
| Richard J. Thomas | on behalf of Plaintiff Home Savings Bank rthomas@hendersoncovington.com mgazda@hendersoncovington.com |
| Richard M. Bain | on behalf of Interested Party Zachary B Burkons rbain@meyersroman.com mnowak@meyersroman.com;jray@meyersroman.com |
| Richard W. DiBella | on behalf of Creditor Nationwide Mutual Fire Insurance Company rdibella@dgmblaw.com |
| Robert D. Barr | on behalf of Creditor Chicago Title Insurance Company rbarr@koehler.law syackly@koehler.law |
| Robin L. Stanley | on behalf of Defendant Diane M. Osborne rstanley@peteribold.com Sonya@peteribold.com;Cynthia@peteribold.com;5478@notices.nextchapterbk.com |
| Robin L. Stanley | on behalf of Claimant Diane M. Osborne rstanley@peteribold.com Sonya@peteribold.com;Cynthia@peteribold.com;5478@notices.nextchapterbk.com |
| Scott D. Fink | on behalf of Creditor Erie Bank  a Division of CNB Bank s/b/m to Lake National Bank ecfndoh@weltman.com |
| Scott R. Belhorn ust35 | on behalf of U.S. Trustee United States Trustee Scott.R.Belhorn@usdoj.gov |
| Scott R. Belhorn ust35 | on behalf of Plaintiff Andrew R. Vara Scott.R.Belhorn@usdoj.gov |
| Shannon M. McCormick | on behalf of Creditor Center Street School Condominiums and coachhouses Unit Owners' Association  Inc. bankruptcy@kamancus.com |
| Stephen G. Thomas | on behalf of Debtor Richard M. Osborne steve@sgtlaw.net kim@sgtlaw.net |
| Stephen John Futterer | on behalf of Creditor City of Willoughby sjfutterer@sbcglobal.net r43087@notify.bestcase.com |
| Stephen R. Franks | on behalf of Creditor Bank of America  N.A. amps@manleydeas.com |
| Timothy P. Palmer | on behalf of Creditor The Huntington National Bank timothy.palmer@bipc.com donna.curcio@bipc.com |
| Tricia L. Pycraft | on behalf of Accountant Rea & Associates  Inc. tpycraft@ccj.com, bowman@ccj.com |

TOTAL: 78

The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on February 10, 2021, which may be different from its entry on the record.

**IT IS SO ORDERED.**

**Dated: February 10, 2021**



ARTHUR I. HARRIS
UNITED STATES BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 17-17361 |
| | ) | |
| RICHARD M. OSBORNE, SR., | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Judge Arthur I. Harris |
| | ) | |

### ORDER GRANTING AG REAL ESTATE, INC.'S APPLICATION FOR REIMBURSEMENT OF EXPENSES INCURRED IN CONNECTION WITH THE SALE OF REAL PROPERTY

This matter is before the Court upon the Application of Ag Real Estate, Inc. (the "Broker") for Reimbursement of Expenses Incurred in Connection with the Sale of Real Property (the "Application") [Doc. 1050].[1]  Upon consideration of the Application, the Court finds that the Application was well taken, that no objections were raised to the Application, and that proper

---

[1] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Application.

notice of the Application was provided in accordance with the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure, as well as the Local Rules of this Court. Accordingly,

IT IS HEREBY ORDERED THAT:

1. The Application is granted.

2. The Trustee is authorized and directed to issue payment to the Broker from the net proceeds of the sale of the Subject Properties in the amount of $5,000 representing out-of-pocket marketing expenses actually incurred by the Broker in the listing and sale of the Subject Properties.

IT IS SO ORDERED.

# # #

Submitted by,

*/s/ Kari B. Coniglio, Trustee*
Kari B. Coniglio (0081463)
200 Public Square, Suite 1400
Cleveland, Ohio 44114
(216) 479-6100
(216) 479-6060 (facsimile)
kbconiglio@vorys.com
*Chapter 7 Trustee*

Copies sent via electronic mail on the attached service list and via regular U.S. mail on the Court's Mailing Matrix.

# SERVICE LIST

By electronic mail:

- Patrick R. Akers    prakers@vorys.com
- Gregory P. Amend    gamend@bdblaw.com, grichards@bdblaw.com
- Alison L. Archer    alison.archer@ohioattorneygeneral.gov, Trish.Lazich@ohioattorneygeneral.gov;angelique.dennis-noland@ohioattorneygeneral.gov
- Richard M. Bain    rbain@meyersroman.com, mnowak@meyersroman.com;jray@meyersroman.com
- Adam S. Baker    abakerlaw@sbcglobal.net, adam@bakerlaw.us;abakerlaw@gmail.com
- Austin B. Barnes    abarnes@sandhu-law.com, bk1notice@sandhu-law.com
- Robert D. Barr    rbarr@koehler.law, syackly@koehler.law
- Jeffrey W. Bieszczak    jwbieszczak@vorys.com
- David T. Brady    DBrady@Sandhu-Law.com, bk1notice@sandhu-law.com
- Carrie M. Brosius    cmbrosius@vorys.com, mdwalkuski@vorys.com
- Kari B. Coniglio    kbconiglio@vorys.com, mdwalkuski@vorys.com;kbc@trustesolutions.net;jncash2@vorys.com
- LeAnn E. Covey    bknotice@clunkhoose.com
- Richard W. DiBella    rdibella@dgmblaw.com
- Melody A. Dugic    mgazda@hendersoncovington.com
- Marcel C. Duhamel    mcduhamel@vorys.com, mdwalkuski@vorys.com
- Douglas M. Eppler    deppler@walterhav.com
- Bryan J. Farkas    bjfarkas@vorys.com, bjfarkas@vorys.com;caujczo@vorys.com;mdwalkuski@vorys.com
- Matthew D. Fazekas    mdfazekas@vorys.com
- Scott D. Fink    ecfndoh@weltman.com
- Glenn E. Forbes    bankruptcy@geflaw.net, gforbes@geflaw.net;r45233@notify.bestcase.com
- Stephen R. Franks    amps@manleydeas.com
- Stephen John Futterer    sjfutterer@sbcglobal.net, r43087@notify.bestcase.com
- Marc P. Gertz    mpgertz@gertzrosen.com, dmichna@gertzrosen.com
- Michael R. Hamed    mhamed@kushnerhamed.com, kgross@kushnerhamed.com
- Heather E. Heberlein    hheberlein@porterwright.com, mvitou@porterwright.com
- Dennis J. Kaselak    dkaselak@peteribold.com, Cynthia@peteribold.com
- Christopher J. Klym    bk@hhkwlaw.com
- Jerry R. Krzys    jkrzys@hendersoncovington.com, jerrykrzys@gmail.com
- Jeffrey M. Levinson    jml@jml-legal.com
- Matthew H. Matheney    mmatheney@porterwright.com, cpeskar@porterwright.com
- Shannon M. McCormick    bankruptcy@kamancus.com
- Michael J. Moran    mike@gibsonmoran.com, moranecf@gmail.com;r55982@notify.bestcase.com
- Heather L. Moseman    heather@mosemanlaw.com
- Kelly Neal    kelly.neal@bipc.com, donna.curcio@bipc.com
- David M. Neumann    dneumann@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com
- Timothy P. Palmer    timothy.palmer@bipc.com, donna.curcio@bipc.com
- Drew T. Parobek    dtparobek@vorys.com, mdwalkuski@vorys.com

- Tricia L. Pycraft    tpycraft@ccj.com, bowman@ccj.com
- Kirk W. Roessler    kroessler@walterhav.com, kballa@walterhav.com;slasalvia@walterhav.com;deppler@walterhav.com
- John J. Rutter    jrutter@ralaw.com
- Frederic P. Schwieg    fschwieg@schwieglaw.com
- Michael J. Sikora    msikora@sikoralaw.com, aarasmith@sikoralaw.com
- Nathaniel R. Sinn    nsinn@porterwright.com, cpeskar@porterwright.com
- Robin L. Stanley    rstanley@peteribold.com, Sonya@peteribold.com;Cynthia@peteribold.com;5478@notices.nextchapterbk.com
- Rachel L. Steinlage    rsteinlage@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com;rbain@meyersroman.com
- Richard J. Thomas    rthomas@hendersoncovington.com, mgazda@hendersoncovington.com
- Stephen G. Thomas    steve@sgtlaw.net, kim@sgtlaw.net
- Andrew M. Tomko    atomko@sandhu-law.com, bk1notice@sandhu-law.com
- Jeffrey C. Toole    jtoole@bernsteinlaw.com, lyoung@bernsteinlaw.com
- United States Trustee    (Registered address)@usdoj.gov
- Michael S. Tucker    mtucker@ulmer.com
- Phyllis A. Ulrich    bankruptcy@carlisle-law.com, bankruptcy@carlisle-law.com
- Leslie E. Wargo    Leslie@Wargo-Law.com
- Karey Werner    kewerner@vorys.com
- Elia O. Woyt    eowoyt@vorys.com, eowoyt@vorys.com;mdwalkuski@vorys.com
- Maria D. Giannirakis ust06    maria.d.giannirakis@usdoj.gov
- Scott R. Belhorn ust35    Scott.R.Belhorn@usdoj.gov