The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on March 19, 2021, which may be different from its entry on the record.

IT IS SO ORDERED.

Dated: March 19, 2021



Arthur I. Harris
UNITED STATES BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | Case No. 17-17361 |
| | ) | |
| RICHARD M. OSBORNE, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Judge Arthur I. Harris |

### ORDER

On March 18, 2021, all parties to the appeal pending as Bankruptcy Appellate Panel No. 20-8029 filed a motion for indicative ruling under Bankruptcy Rule 8008(a)(3) on a motion to compromise (Docket No. 1085). The Bankruptcy Court states that it would grant the motion to compromise if the court where the appeal is pending, the Bankruptcy Appellate Panel, remands for that purpose. The Court directs the clerk to send a copy of this order to the Bankruptcy Appellate Case Manager.

IT IS SO ORDERED.