No. 20-8029

BANKRUPTCY APPELLATE PANEL
OF THE SIXTH CIRCUIT

FILED
Apr 27, 2021
DEBORAH S. HUNT, Clerk

In re: RICHARD M. OSBORNE,

Debtor.

O R D E R

The parties hereby jointly move for a limited remand in order to permit the Bankruptcy Court to rule on the motion to compromise. *See Main Line Fed Sav and Loan Assn v. Tri-Kell, Inc.*, 721 F.2d 904, 906 (3rd Cir. 1983); *In re Bialac*, 694 F.2d 625, 627 (9th Cir. 1982).

Upon consideration of the motion, and further considering the U.S. Bankruptcy Court's Order of March 19, 2021,

The motion to hold this appeal in abeyance and for a limited remand is **GRANTED**. The Appellant is further **ORDERED** to file a status report every thirty (30) days with the Panel until the motion to compromise is ruled upon.

ENTERED PURSUANT TO 6th Cir. BAP
LBR 8013-1(a)(6)
BANKRUPTCY APPELLATE PANEL
SIXTH CIRCUIT RULE 33

Deborah S. Hunt, Clerk