# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

IN RE RICHARD M. OSBORNE, SR.
*Debtor*

CASE NO. 17-17361
JUDGE ARTHUR I. HARRIS
CHAPTER 7

## NOTICE OF DEATH OF DEBTOR

Pursuant to Federal Rule of Bankruptcy Procedure 1016 undersigned counsel notifies the Court that the debtor Richard M. Osborne, Sr. passed away on June 4, 2021.

Respectfully submitted,
/s/ Frederic P. Schwieg

Frederic P. Schwieg, Esq. (0030418)
Attorney at Law
19885 Detroit Rd, #239
Rocky River, Ohio 44116-1815
(440) 499-4506
Fax (440) 398-0490
fschwieg@schwieglaw.com
Attorney for Debtor

## CERTIFICATE OF SERVICE

A copy of this Notice was served on the following on the date filed by Notice of Electronic Filing though the Court's ECF/CM system.

Patrick R. Akers on behalf of Plaintiff Kari B. Coniglio
prakers@vorys.com

Gregory P. Amend on behalf of Creditor First National Bank of Pennsylvania
gamend@bdblaw.com, grichards@bdblaw.com

Alison L. Archer on behalf of Interested Party Lakeland Community College
alison.archer@ohioattorneygeneral.gov, Trish.Lazich@ohioattorneygeneral.gov;angelique.dennis-noland@ohioattorneygeneral.gov

Richard M. Bain on behalf of Interested Party Zachary B Burkons
rbain@meyersroman.com, mnowak@meyersroman.com;jray@meyersroman.com

Adam S. Baker on behalf of Creditor Michael E. Osborne, Sr.
abakerlaw@sbcglobal.net, adam@bakerlaw.us;abakerlaw@gmail.com

Austin B. Barnes, III on behalf of Creditor Tax Ease Ohio, LLC
abarnes@sandhu-law.com, bk1notice@sandhu-law.com

Robert D. Barr on behalf of Creditor Chicago Title Insurance Company
rbarr@koehler.law, syackly@koehler.law

Jeffrey W. Bieszczak on behalf of Trustee Kari B. Coniglio

jwbieszczak@vorys.com

David T. Brady on behalf of Creditor Tax Ease Ohio, LLC
DBrady@Sandhu-Law.com, bk1notice@sandhu-law.com

Carrie M. Brosius on behalf of Plaintiff Kari B. Coniglio
cmbrosius@vorys.com, mdwalkuski@vorys.com

Carrie M. Brosius on behalf of Trustee Kari B. Coniglio
cmbrosius@vorys.com, mdwalkuski@vorys.com

Kari B. Coniglio
kbconiglio@vorys.com, mdwalkuski@vorys.com;kbc@trustesolutions.net;jncash2@vorys.com

LeAnn E. Covey on behalf of Creditor Bank of America, N.A.
bknotice@clunkhoose.com

Richard W. DiBella on behalf of Creditor Nationwide Mutual Fire Insurance Company
rdibella@dgmblaw.com

Melody A. Dugic on behalf of Creditor First Federal Bank of the Midwest, successor by merger to Home Savings Bank, successor by merger to The Home Savings & Loan Company of Youngstown, Ohio
mgazda@hendersoncovington.com

Melody A. Dugic on behalf of Plaintiff Home Savings Bank
mgazda@hendersoncovington.com

Melody A. Dugic on behalf of Respondent Home Savings Bank, Successor by Merger to The Home Savings & Loan Company of Youngstown, Ohio
mgazda@hendersoncovington.com

Marcel C. Duhamel on behalf of Plaintiff Kari B. Coniglio
mcduhamel@vorys.com, mdwalkuski@vorys.com

Marcel C. Duhamel on behalf of Trustee Kari B. Coniglio
mcduhamel@vorys.com, mdwalkuski@vorys.com

Douglas M. Eppler on behalf of Creditor Osborne Farms, LLC fka Huron Lime Company, LLC
deppler@walterhav.com

Bryan J. Farkas on behalf of Trustee Kari B. Coniglio
bjfarkas@vorys.com, bjfarkas@vorys.com;caujczo@vorys.com;mdwalkuski@vorys.com

Matthew D. Fazekas on behalf of Trustee Kari B. Coniglio
mdfazekas@vorys.com

Scott D. Fink on behalf of Creditor Erie Bank, a Division of CNB Bank s/b/m to Lake National Bank
ecfndoh@weltman.com

Glenn E. Forbes on behalf of Interested Party Stephen Lovick
bankruptcy@geflaw.net, gforbes@geflaw.net;r45233@notify.bestcase.com

Stephen R. Franks on behalf of Creditor Bank of America, N.A.
amps@manleydeas.com

Stephen John Futterer on behalf of Creditor City of Willoughby

sjfutterer@sbcglobal.net, r43087@notify.bestcase.com

Marc P. Gertz on behalf of Defendant Chris Fovozzo dba Professional Carpenter Service's LLC
mpgertz@gertzrosen.com, dmichna@gertzrosen.com

Marc P. Gertz on behalf of Defendant Takedown Concrete, LLC
mpgertz@gertzrosen.com, dmichna@gertzrosen.com

Michael R. Hamed on behalf of Interested Party Gas Natural Inc.
mhamed@kushnerhamed.com, kgross@kushnerhamed.com

Heather E. Heberlein on behalf of Creditor First National Bank of Pennsylvania
hheberlein@porterwright.com, mvitou@porterwright.com

Dennis J. Kaselak on behalf of Claimant Diane M. Osborne
dkaselak@peteribold.com, Cynthia@peteribold.com

Christopher J. Klym on behalf of Creditor Ohio Department of Taxation
bk@hhkwlaw.com

Jerry R. Krzys on behalf of Plaintiff Home Savings Bank
jkrzys@hendersoncovington.com, jerrykrzys@gmail.com

Scott B. Lepene on behalf of Interested Party Legacy Ridge PA LLC
scott.lepene@thompsonhine.com, Laura.Montgomery@thompsonhine.com;ECFDocket@thompsonhine.com

Jeffrey M. Levinson on behalf of Defendant Louie V, LLC
jml@jml-legal.com

Jeffrey M. Levinson on behalf of Defendant Osair, Inc.
jml@jml-legal.com

Jeffrey M. Levinson on behalf of Defendant Rigrtona Holding Company, LLC
jml@jml-legal.com

Jeffrey M. Levinson on behalf of Defendant Beth Ann Osborne
jml@jml-legal.com

Matthew H. Matheney on behalf of Creditor First National Bank of Pennsylvania
mmatheney@porterwright.com, cpeskar@porterwright.com

Shannon M. McCormick on behalf of Creditor Center Street School Condominiums and coachhouses Unit Owners' Association, Inc.
bankruptcy@kamancus.com

Michael J. Moran on behalf of Claimant Diane M. Osborne
mike@gibsonmoran.com, moranecf@gmail.com;r55982@notify.bestcase.com

Michael J. Moran on behalf of Defendant Diane M. Osborne, Trustee of the Diane M. Osborne Trust
mike@gibsonmoran.com, moranecf@gmail.com;r55982@notify.bestcase.com

Michael J. Moran on behalf of Defendant Diane M. Osborne
mike@gibsonmoran.com, moranecf@gmail.com;r55982@notify.bestcase.com

Heather L. Moseman on behalf of Interested Party GD3 Ventrures I, LLC
heather@mosemanlaw.com

Kelly Neal on behalf of Creditor The Huntington National Bank
kelly.neal@bipc.com, donna.curcio@bipc.com

David M. Neumann on behalf of Interested Party Zachary B Burkons
dneumann@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com

Timothy P. Palmer on behalf of Creditor The Huntington National Bank
timothy.palmer@bipc.com, donna.curcio@bipc.com

Drew T. Parobek on behalf of Trustee Kari B. Coniglio
dtparobek@vorys.com, mdwalkuski@vorys.com

Tricia L. Pycraft on behalf of Accountant Rea & Associates, Inc.
tpycraft@ccj.com, bowman@ccj.com

Kirk W. Roessler on behalf of Creditor Estate of Jerome T. Osborne
kroessler@walterhav.com, kballa@walterhav.com;slasalvia@walterhav.com;deppler@walterhav.com

Kirk W. Roessler on behalf of Creditor Huron River Properties, Inc.
kroessler@walterhav.com, kballa@walterhav.com;slasalvia@walterhav.com;deppler@walterhav.com

Kirk W. Roessler on behalf of Creditor Osborne Farms, LLC fka Huron Lime Company, LLC
kroessler@walterhav.com, kballa@walterhav.com;slasalvia@walterhav.com;deppler@walterhav.com

John J. Rutter on behalf of Creditor Mentor Lumber & Supply Co.
jrutter@ralaw.com

Frederic P. Schwieg on behalf of Attorney Frederic P. Schwieg
fschwieg@schwieglaw.com

Frederic P. Schwieg on behalf of Debtor Richard M. Osborne
fschwieg@schwieglaw.com

Frederic P. Schwieg on behalf of Defendant Richard M. Osborne, Sr.
fschwieg@schwieglaw.com

Michael J. Sikora, III on behalf of Creditor Chicago Title Insurance Company
msikora@sikoralaw.com, aarasmith@sikoralaw.com

Nathaniel R. Sinn on behalf of Creditor First National Bank of Pennsylvania
nsinn@porterwright.com, cpeskar@porterwright.com

Nathaniel R. Sinn on behalf of Plaintiff First National Bank of Pennsylvania
nsinn@porterwright.com, cpeskar@porterwright.com

Robin L. Stanley on behalf of Claimant Diane M. Osborne
rstanley@peteribold.com, Sonya@peteribold.com;Cynthia@peteribold.com;5478@notices.nextchapterbk.com

Robin L. Stanley on behalf of Defendant Diane M. Osborne
rstanley@peteribold.com, Sonya@peteribold.com;Cynthia@peteribold.com;5478@notices.nextchapterbk.com

Rachel L. Steinlage on behalf of Interested Party Zachary B Burkons
rsteinlage@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com;rbain@meyersroman.com

Richard J. Thomas on behalf of Plaintiff Home Savings Bank

rthomas@hendersoncovington.com, mgazda@hendersoncovington.com

Stephen G. Thomas on behalf of Debtor Richard M. Osborne
steve@sgtlaw.net, kim@sgtlaw.net

Andrew M. Tomko on behalf of Creditor Tax Ease Ohio, LLC
atomko@sandhu-law.com, bk1notice@sandhu-law.com

Jeffrey C. Toole on behalf of Interested Party Zachary B Burkons
jtoole@bernsteinlaw.com, lyoung@bernsteinlaw.com

Michael S. Tucker on behalf of Creditor Citizens Bank, N.A.
mtucker@ulmer.com

Phyllis A. Ulrich on behalf of Creditor The Huntington National Bank
bankruptcy@carlisle-law.com, bankruptcy@carlisle-law.com

Leslie E. Wargo on behalf of Cross-Claimant Richard M. Osborne
Leslie@Wargo-Law.com

Leslie E. Wargo on behalf of Debtor Richard M. Osborne
Leslie@Wargo-Law.com

Leslie E. Wargo on behalf of Defendant Richard M. Osborne
Leslie@Wargo-Law.com

Leslie E. Wargo on behalf of Spec. Counsel Leslie E. Wargo
Leslie@Wargo-Law.com

Leslie E. Wargo on behalf of Trustee Kari B. Coniglio
Leslie@Wargo-Law.com

Karey Werner on behalf of Plaintiff Kari B. Coniglio
kewerner@vorys.com

Elia O. Woyt on behalf of Trustee Kari B. Coniglio
eowoyt@vorys.com, eowoyt@vorys.com;mdwalkuski@vorys.com

Maria D. Giannirakis ust06 on behalf of Plaintiff Andrew R. Vara
maria.d.giannirakis@usdoj.gov

Maria D. Giannirakis ust06 on behalf of U.S. Trustee United States Trustee
maria.d.giannirakis@usdoj.gov

Scott R. Belhorn ust35 on behalf of Plaintiff Andrew R. Vara
Scott.R.Belhorn@usdoj.gov

Scott R. Belhorn ust35 on behalf of U.S. Trustee United States Trustee
Scott.R.Belhorn@usdoj.gov

    /s/ Fred Schwieg
    Frederic P. Schwieg