Case No. 20-8029

## BANKRUPTCY APPELLATE PANEL
## OF THE SIXTH CIRCUIT

### ORDER

In re: RICHARD M. OSBORNE,

    Debtor.

Upon consideration of the parties' stipulation to voluntarily dismiss the appeal herein pursuant to Bankruptcy Rule 8023,

It is **ORDERED** that the motion be and it hereby is **GRANTED**, and the appeal is dismissed.

Issued: June 28, 2021

                                       ENTERED PURSUANT TO
                                       6th Cir. BAP LBR 8013-1(a)(2)
                                       BANKRUPTCY APPELLATE PANEL
                                       Deborah S. Hunt, Clerk