IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Richard M. Osborne, | Case No. 1:20cv2713 |
| Debtor/Appellant, | |
| -vs- | JUDGE PAMELA A. BARKER |
| Kari Coniglio, | JUDGEMENT ENTRY |
| Trustee/Appellee | |

This Court, having issued its Memorandum of Opinion and Order on the Notice of Appeal filed by Richard M. Osborne from the Order of the Bankruptcy Court entered on October 24, 2020, hereby affirms that decision. In addition, the Court denies Appellant Richard Osborne's Motion to Supplement the Record (Doc. No. 7).

This case is hereby TERMINATED.

**IT IS SO ORDERED.**

                                                    *s/Pamela A. Barker*
                                                    PAMELA A. BARKER
Date: July 8, 2021                           U. S. DISTRICT JUDGE