## EXHIBIT 3

| PROPERTY DESCRIPTION (Equity Interests) | TYPE OF ENTITY | BELIEVED OWNERSHIP INTEREST[1] |
|---|---|---|
| Achievement, Ltd. | Limited Liability Company | 100% |
| Big Oat's Oil Field Supply Company, LLC | Limited Liability Company | 100% |
| David Oil Company LLC | Limited Liability Company | 100% |
| Great Lakes Parkway LLC | Limited Liability Company | 100% |
| Tatonka Oil Company LLC | Limited Liability Company | 100% |

---

[1] The ownership interest is derived upon the information provided by the Debtor, including his bankruptcy schedules, his agents, and/or his attorneys. The Trustee makes no representation of the accuracy of the Debtor's ownership interest in these various entities.