The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on September 8, 2022, which may be different from its entry on the record.

IT IS SO ORDERED.

Dated: September 8, 2022



ARTHUR I. HARRIS
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| RICHARD M. OSBORNE, SR., | ) | Case No. 17-17361 |
| | ) | |
| Debtor. | ) | Judge Arthur I. Harris |
| | ) | |
| | ) | |
| KARI B. CONIGLIO, | ) | |
| Plaintiff. | ) | |
| | ) | Adversary Proceeding |
| v. | ) | No. 20-1013 |
| | ) | |
| RICHARD M. OSBORNE, SR., | ) | |
| *et al.*, | ) | |
| Defendants. | ) | |

ORDER

On August 30, 2022, during a status conference, the parties advised the Court that renewed mediation may help the parties reach a consensual resolution in this adversary proceeding and the related motion to vacate in the main bankruptcy case (Case No. 17-17361, Docket No. 752). Chief Judge Whipple has graciously

agreed to renew mediation efforts in these matters. Accordingly, the Court refers this adversary proceeding and the related motion to vacate to Chief Judge Whipple for mediation and to issue whatever orders related to mediation she deems appropriate.

On or before **4:00 P.M. EDT on September 12, 2022**, counsel for the parties who will participate in further mediation proceedings shall contact Chief Judge Whipple's chambers via e-mail to her judicial assistant, Andrea Schultz, at Andrea_Schultz@ohnb.uscourts.gov, to identify counsel who will participate, the name of the party counsel represents, and counsel's e-mail and telephone contact information.

IT IS SO ORDERED.