## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DISTRICT

| | | |
|---|---|---|
| In re: | ) | Case No. 17-17361 |
| | ) | |
| RICHARD M. OSBORNE, SR., | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Judge Arthur I. Harris |

## NOTICE OF TRUSTEE'S INTENT TO SELL PERSONAL PROPERTY (WELLSCRAFT SCARAB)

Please take notice that pursuant to 11 U.S.C. § 363(b) and in accordance with Rules 2002(a)(2) and 6004(a) of the Federal Rules of Bankruptcy Procedure, Kari B. Coniglio, the Trustee in the chapter 7 bankruptcy case identified in the caption above, intends to sell the following personal property (Wellscraft Scarab) at private sale:

| Personal Property | Sale Amount |
|---|---|
| 2016 Wellscraft Scarab Boat | $22,000 |

The above property will be sold to Daniel C. Marino, Jr. of Canfield, Ohio, for the sum of $22,000, with a 25% deposit ($5,500) to be paid upon the filing of this Notice and the balance to be paid in immediately available funds upon expiration of the objection period set forth below. The sale of the property will be free and clear of all liens, claims and encumbrances, pursuant to this Court's Order entered on September 14, 2022. *See* Docket No. 1218.

The sale will be held and completed immediately following the time period set forth below, at the Office of Kari B. Coniglio, Trustee, 200 Public Square, Suite 1400, Cleveland, Ohio 44114.

If you do not want the Court to approve the proposed sale; or if you want the Court to consider your views on this matter, then on or before **October 11, 2022**, you or your attorney must:

File a written response, explaining your position, at:

Clerk, U.S. Bankruptcy Court
H.M. Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114

If you mail your response to the Court for filing, you must mail it early enough so that the Court

will receive it on or before the date stated above.

You must also mail a copy of your response to:

Kari Balog Coniglio, Trustee
200 Public Square, Suite 1400
Cleveland, Ohio 44114

Office of the United States Trustee
H.M. Metzenbaum U.S. Courthouse
201 Superior Avenue, East, Room 441
Cleveland, OH 44114

You must also attend the hearing on the Notice, scheduled to be held on **October

18, 2022 at 10:00 A.M.** in Courtroom 1A, Howard M. Metzenbaum United States Court

House, 201 Superior Avenue, Cleveland, Ohio 44114.

If you or your attorney do not take these steps, the Court may decide that you do

not oppose the relief sought in the Notice and may enter an order granting that relief.

Respectfully submitted,

/s/ Kari B. Coniglio
Kari B. Coniglio #0081463
Chapter 7 Trustee
200 Public Square, Suite 1400
Cleveland, OH 44114
Tel (216) 479-6167
Fax (216) 937-3766
kbconiglio@vorys.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2022, a copy of the foregoing *Notice of Trustee's Intent to Sell Personal Property (Wellscraft Scarab)*, was served via the Court's electronic case filing system on the entities and individuals who are listed on the Court's electronic mail notice list:

- Patrick R. Akers     prakers@vorys.com
- Gregory P. Amend     gamend@bdblaw.com, grichards@bdblaw.com
- Alison L. Archer     alison.archer@ohioattorneygeneral.gov, Trish.Lazich@ohioattorneygeneral.gov;angelique.dennis-noland@ohioattorneygeneral.gov
- Richard M. Bain     rbain@meyersroman.com, mnowak@meyersroman.com;jray@meyersroman.com
- Adam S. Baker     abakerlaw@sbcglobal.net, adam@bakerlaw.us;abakerlaw@gmail.com
- Austin B. Barnes     abarnes@sandhu-law.com, bk1notice@sandhu-law.com
- Robert D. Barr     rbarr@koehler.law, syackly@koehler.law
- Jeffrey W. Bieszczak     jwbieszczak@vorys.com
- David T. Brady     DBrady@Sandhu-Law.com, bk1notice@sandhu-law.com
- Carrie M. Brosius     cmbrosius@vorys.com, mdwalkuski@vorys.com
- Kari B. Coniglio     kbconiglio@vorys.com, mdwalkuski@vorys.com;kbc@trustesolutions.net;jncash2@vorys.com
- LeAnn E. Covey     bknotice@clunkhoose.com
- Richard W. DiBella     rdibella@dgmblaw.com
- Melody A. Dugic     mgazda@hendersoncovington.com
- Marcel C. Duhamel     mcduhamel@vorys.com, mdwalkuski@vorys.com
- Douglas M. Eppler     deppler@walterhav.com
- Bryan J. Farkas     bjfarkas@vorys.com, bjfarkas@vorys.com;caujczo@vorys.com;mdwalkuski@vorys.com
- Matthew D. Fazekas     mdfazekas@vorys.com
- Scott D. Fink     ecfndoh@weltman.com
- Glenn E. Forbes     bankruptcy@geflaw.net, gforbes@geflaw.net;r45233@notify.bestcase.com
- Stephen R. Franks     amps@manleydeas.com
- Stephen John Futterer     sjfutterer@sbcglobal.net, r43087@notify.bestcase.com
- Marc P. Gertz     mpgertz@gertzrosen.com, dmichna@gertzrosen.com
- Michael R. Hamed     mhamed@kushnerhamed.com, kgross@kushnerhamed.com
- Heather E. Heberlein     hheberlein@porterwright.com, mvitou@porterwright.com
- Dennis J. Kaselak     dkaselak@peteribold.com, Cynthia@peteribold.com
- Christopher J. Klym     bk@hhkwlaw.com
- Jerry R. Krzys     jkrzys@hendersoncovington.com, jerrykrzys@gmail.com
- Scott B. Lepene     scott.lepene@thompsonhine.com, Christine.Broz@thompsonhine.com;ECFDocket@thompsonhine.com
- Jeffrey M. Levinson     jml@jml-legal.com
- Matthew H. Matheney     mmatheney@porterwright.com, cpeskar@porterwright.com
- Shannon M. McCormick     bankruptcy@kamancus.com

3

- Michael J. Moran    mike@gibsonmoran.com, moranecf@gmail.com;r55982@notify.bestcase.com
- Heather L. Moseman    heather@mosemanlaw.com
- Kelly Neal    kelly.neal@bipc.com, donna.curcio@bipc.com
- David M. Neumann    dneumann@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com
- Timothy P. Palmer    timothy.palmer@bipc.com, donna.curcio@bipc.com
- Drew T. Parobek    dtparobek@vorys.com, mdwalkuski@vorys.com
- Tricia L. Pycraft    tpycraft@ccj.com, bowman@ccj.com
- Kirk W. Roessler    kroessler@walterhav.com, kballa@walterhav.com;slasalvia@walterhav.com;deppler@walterhav.com
- John J. Rutter    jrutter@ralaw.com
- Frederic P. Schwieg    fschwieg@schwieglaw.com
- Michael J. Sikora    msikora@sikoralaw.com, aarasmith@sikoralaw.com
- Nathaniel R. Sinn    nsinn@porterwright.com, cpeskar@porterwright.com
- Robin L. Stanley    rstanley@peteribold.com, Sonya@peteribold.com;Cynthia@peteribold.com;5478@notices.nextchapterbk.com
- Rachel L. Steinlage    rsteinlage@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com;rbain@meyersroman.com
- Richard J. Thomas    rthomas@hendersoncovington.com, mgazda@hendersoncovington.com
- Stephen G. Thomas    steve@sgtlaw.net, kim@sgtlaw.net
- Andrew M. Tomko    atomko@sandhu-law.com, bk1notice@sandhu-law.com
- Jeffrey C. Toole    jtoole@bernsteinlaw.com, lyoung@bernsteinlaw.com
- United States Trustee    (Registered address)@usdoj.gov
- Michael S. Tucker    mtucker@ulmer.com
- Phyllis A. Ulrich    bankruptcy@carlisle-law.com, bankruptcy@carlisle-law.com
- Leslie E. Wargo    Leslie@Wargo-Law.com
- Karey Werner    kewerner@vorys.com
- Elia O. Woyt    eowoyt@vorys.com, eowoyt@vorys.com;mdwalkuski@vorys.com
- Maria D. Giannirakis ust06    maria.d.giannirakis@usdoj.gov
- Scott R. Belhorn ust35    Scott.R.Belhorn@usdoj.gov

/s/ Kari B. Coniglio
Kari B. Coniglio #0081463
Chapter 7 Trustee

4