IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND DIVISION

| | |
|---|---|
| In re: | Case No. 17-17361-AIH |
| RICHARD M. OSBORNE, SR., | Chapter 7 |
| Debtor(s). | Judge Arthur I. Harris |

### TRUSTEE'S REPORT OF SALE
**(Membership Interests in Great Lakes Parkway LLC)**

Now comes Kari Balog Coniglio, Chapter 7 Trustee herein, and herewith reports the sale of Debtor's membership interests in Great Lakes Parkway LLC for $28,000.00, with the sale occurring by private sale on or about August 31, 2022. The purchaser of the real estate was EB Better Than EW LLC. A copy of the assignment of the membership interests is attached hereto as **Exhibit 1** and a copy of the $28,000 check is attached hereto as **Exhibit 2**.

Further, the Trustee states that the sale was conducted in strict conformity with the *Order Granting Trustee's First Motion for Entry of Order (I) Authorizing and Approving Sale of Equity Interests, (II) Approving Competitive and Interactive Bidding Procedures for the Sale of Equity Interests; and (III) Approving Form and Manner of Notice* [Doc. 1198], the United States Bankruptcy Code, and the Rules of Bankruptcy Procedure, with proper notice having been served prior to the sale and that the sale price was fair and reasonable.

Dated: September 26, 2022

Respectfully submitted,

/s/ Kari Balog Coniglio
Kari Balog Coniglio #0081463
Chapter 7 Trustee
200 Public Square, Suite 1400
Cleveland, OH 44114
Tel (216) 479-6167
Fax (216) 937-3766
kbconiglio@vorys.com

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on September 26, 2022, a copy of the foregoing *Trustee's Report of Sale (Membership Interests in Great Lakes Parkway LLC)*, was served via the Court's electronic case filing system on the entities and individuals who are listed on the Court's electronic mail notice list:

- Patrick R. Akers    prakers@vorys.com
- Gregory P. Amend    gamend@bdblaw.com, grichards@bdblaw.com
- Alison L. Archer    alison.archer@ohioattorneygeneral.gov, Trish.Lazich@ohioattorneygeneral.gov;angelique.dennis-noland@ohioattorneygeneral.gov
- Richard M. Bain    rbain@meyersroman.com, mnowak@meyersroman.com;jray@meyersroman.com
- Adam S. Baker    abakerlaw@sbcglobal.net, adam@bakerlaw.us;abakerlaw@gmail.com
- Austin B. Barnes    abarnes@sandhu-law.com, bk1notice@sandhu-law.com
- Robert D. Barr    rbarr@koehler.law, syackly@koehler.law
- Jeffrey W. Bieszczak    jwbieszczak@vorys.com
- David T. Brady    DBrady@Sandhu-Law.com, bk1notice@sandhu-law.com
- Carrie M. Brosius    cmbrosius@vorys.com, mdwalkuski@vorys.com
- Kari Balog Coniglio    kbconiglio@vorys.com, mdwalkuski@vorys.com;kbc@trustesolutions.net;jncash2@vorys.com
- LeAnn E. Covey    bknotice@clunkhoose.com
- Richard W. DiBella    rdibella@dgmblaw.com
- Melody A. Dugic    mgazda@hendersoncovington.com
- Marcel C. Duhamel    mcduhamel@vorys.com, mdwalkuski@vorys.com
- Douglas M. Eppler    deppler@walterhav.com
- Bryan J. Farkas    bjfarkas@vorys.com, bjfarkas@vorys.com;caujczo@vorys.com;mdwalkuski@vorys.com
- Matthew D. Fazekas    mdfazekas@vorys.com
- Scott D. Fink    ecfndoh@weltman.com
- Glenn E. Forbes    bankruptcy@geflaw.net, gforbes@geflaw.net;r45233@notify.bestcase.com
- Stephen R. Franks    amps@manleydeas.com
- Stephen John Futterer    sjfutterer@sbcglobal.net, r43087@notify.bestcase.com
- Marc P. Gertz    mpgertz@gertzrosen.com, dmichna@gertzrosen.com
- Michael R. Hamed    mhamed@kushnerhamed.com, kgross@kushnerhamed.com
- Heather E. Heberlein    hheberlein@porterwright.com, mvitou@porterwright.com
- Dennis J. Kaselak    dkaselak@peteribold.com, Cynthia@peteribold.com
- Christopher J. Klym    bk@hhkwlaw.com
- Jerry R. Krzys    jkrzys@hendersoncovington.com, jerrykrzys@gmail.com
- Scott B. Lepene    scott.lepene@thompsonhine.com, Christine.Broz@thompsonhine.com;ECFDocket@thompsonhine.com
- Jeffrey M. Levinson    jml@jml-legal.com
- Matthew H. Matheney    mmatheney@porterwright.com, cpeskar@porterwright.com

2

- Shannon M. McCormick     bankruptcy@kamancus.com
- Michael J. Moran     mike@gibsonmoran.com,
  moranecf@gmail.com;r55982@notify.bestcase.com
- Heather L. Moseman     heather@mosemanlaw.com
- Kelly Neal     kelly.neal@bipc.com, donna.curcio@bipc.com
- David M. Neumann     dneumann@meyersroman.com,
  jray@meyersroman.com;mnowak@meyersroman.com
- Timothy P. Palmer     timothy.palmer@bipc.com, donna.curcio@bipc.com
- Drew T. Parobek     dtparobek@vorys.com, mdwalkuski@vorys.com
- Tricia L. Pycraft     tpycraft@ccj.com, bowman@ccj.com
- Kirk W. Roessler     kroessler@walterhav.com,
  kballa@walterhav.com;slasalvia@walterhav.com;deppler@walterhav.com
- John J. Rutter     jrutter@ralaw.com
- Frederic P. Schwieg     fschwieg@schwieglaw.com
- Michael J. Sikora     msikora@sikoralaw.com, aarasmith@sikoralaw.com
- Nathaniel R. Sinn     nsinn@porterwright.com, cpeskar@porterwright.com
- Robin L. Stanley     rstanley@peteribold.com,
  Sonya@peteribold.com;Cynthia@peteribold.com;5478@notices.nextchapterbk.com
- Rachel L. Steinlage     rsteinlage@meyersroman.com,
  jray@meyersroman.com;mnowak@meyersroman.com;rbain@meyersroman.com
- Richard J. Thomas     rthomas@hendersoncovington.com,
  mgazda@hendersoncovington.com
- Stephen G. Thomas     steve@sgtlaw.net, kim@sgtlaw.net
- Andrew M. Tomko     atomko@sandhu-law.com, bk1notice@sandhu-law.com
- Jeffrey C. Toole     jtoole@bernsteinlaw.com, lyoung@bernsteinlaw.com
- United States Trustee     (Registered address)@usdoj.gov
- Michael S. Tucker     mtucker@ulmer.com
- Phyllis A. Ulrich     bankruptcy@carlisle-law.com, bankruptcy@carlisle-law.com
- Leslie E. Wargo     Leslie@Wargo-Law.com
- Karey Werner     kewerner@vorys.com
- Elia O. Woyt     eowoyt@vorys.com, eowoyt@vorys.com;mdwalkuski@vorys.com
- Maria D. Giannirakis ust06     maria.d.giannirakis@usdoj.gov
- Scott R. Belhorn ust35     Scott.R.Belhorn@usdoj.gov

And by regular U.S. Mail on the following:

Evan T. Byron, Esq.
Kaufman, Drozdowski & Grendell, LLC
29525 Chagrin Blvd, Suite 250
Pepper Pike, Ohio 44122

                                        /s/ Kari Balog Coniglio
                                        Kari Balog Coniglio #0081463
                                        Chapter 7 Trustee

# **EXHIBIT 1**

## ASSIGNMENT OF MEMBERSHIP INTERESTS

This ASSIGNMENT OF MEMBERSHIP INTERESTS (this "__Assignment__") is made effective as of *Aug 31*, 2022 by and between Kari B. Coniglio, Chapter 7 Bankruptcy Trustee ("__Assignor__") and __EB BETTER THAN EW LLC__ ("__Assignee__") pursuant to and in accordance with that certain *Order Granting Trustee's Motion for Entry of Order (I) Authorizing and Approving Sale of Specific Property, (II) Approving Competitive and Interactive Bidding Procedures For the Sale of Specific Property, and (III) Approving Form and Manner of Notice* entered on _____, 2022 in the Chapter 7 bankruptcy proceeding known as In re: Richard M. Osborne, Sr.., Case No. 17-17361, United States Bankruptcy Court for the Northern District of Ohio, Eastern Division.

For valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Assignor and Assignee agree as follows:

1. __Incorporation of Purchase Agreement__. This assignment is subject to the terms and conditions of that certain Membership Interests Purchase Agreement (the "__Agreement__") made by and between Assignor and Assignee and effective as of __8/31/2022__.

2. __Assignment__. Assignor does hereby grant, convey, transfer, assign, set over, and deliver to Assignee all of the membership interests of Richard M. Osborne, Sr. in __GREAT LAKES PARKWAY LLC__, an Ohio limited liability company (the "__Membership Interests__"). This Assignment is executed without recourse and without representations or warranties of any kind or nature, expressed, implied or imposed by law, except as provided in the Agreement.

3. __Acceptance of Assignment__. Assignee hereby accepts the assignment from Assignor of the Membership Interests.

4. __Miscellaneous__.

(a) __Headings__. The headings in this Assignment are solely for convenience and shall not be given any effect in the construction or interpretation of this Assignment.

(b) __Counterparts__. This Assignment may be executed in a number of counterparts, each of which shall be deemed an original and all of which shall constitute one and the same Assignment. Any counterpart may be executed by facsimile or .pdf signature and such facsimile or .pdf signature shall be deemed an original.

IN WITNESS WHEREOF, Assignor and Assignee have caused this Assignment to be duly executed as of the date first written above.

SELLER:                                                    BUYER

                                                           [      EB BETTER THAN EW LLC      ]

By: _____                                By: _____
Kari B. Coniglio, as Chapter 7 Trustee                     Print (name): Milagro Muniak
for the Bankruptcy Estate of Richard M.
Osborne in United States Bankruptcy Court,
Northern District of Ohio Case Number
17-17361

Date: 9/16/2022                                            Date: 8/26/22

2

# **EXHIBIT 2**

HOLD TO LIGHT TO VIEW TRUE WATERMARK IN PAPER   HEAT SENSITIVE RED LOCK DISAPPEARS WHEN HEATED

# Kaufman, Drozdowski & Grendell, LLC

IOLTA Account
29525 Chagrin Blvd., Suite 250
Pepper Pike, Ohio 44122
440.462.6500

6-7041/2410

EZShield™ Check Fraud
Protection for Business

DATE **9-13-2022**

PAY TO THE
ORDER OF **Kari B. Coniglio, as Ch. 7 Trustee for the Bankr.**   **$ 28,000.**⁰⁰

**Estate of Richard M. Osborne, US Dist. Ct Bankr Case No. 17-17361**

**Twenty eight thousand and 00/100** —————————— DOLLARS

Security Features
Included.
Details on Back.



## ❋ Citizens Bank®

MEMO **Muniak - EB Better Than EW LLC**









HOLD TO LIGHT TO VIEW TRUE WATERMARK IN PAPER   HEAT SENSITIVE RED LOCK DISAPPEARS WHEN HEATED

# Kaufman, Drozdowski & Grendell, LLC

6-7041/2410

IOLTA Account
29525 Chagrin Blvd., Suite 250
Pepper Pike, Ohio 44122
440.462.6500

EZShield™ Check Fraud
Protection for Business

DATE 9-13-2022

PAY TO THE ORDER OF _Kari B. Coniglio, as Ch. 7 Trustee for the Bankr._ $ 28,000.00

Estate of Richard M. Osborne, US Dist. Ct. Bankr. Case No. 17-17361

Twenty eight thousand and 00/100 —————— DOLLARS



**※ Citizens Bank®**

MEMO Muniak - EB Better Than EW LLC



MP