# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# CLEVELAND DIVISION

| | |
|---|---|
| In re: | Case No. 17-17361-AIH |
| RICHARD M OSBORNE | Chapter 7 |
| Debtor(s). | Judge Arthur I. Harris |

### TRUSTEE'S NOTICE OF PROPOSED ABANDONMENT
### (Membership Interests in Rockefeller Oil Company, LLC)

Notice is hereby given, in accordance with Rule 6007 of the Federal Rules of Bankruptcy Procedure and §554 of the United States Bankruptcy Code, of the Trustee's proposed abandonment of the following property (the "Property").

| | |
|---|---|
| Description of Property: | Membership Interests in Rockefeller Oil Company, LLC |
| Estimated Market Value: | $0.00 |
| Source of Valuation: | The documents reviewed by Trustee indicate that the Property has no value. |
| Amount of Liens: | Unknown. |
| Claimed Exemptions: | $0.00 |
| Cost of Sale: | N/A |

**Your rights may be reduced, modified or eliminated.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

Please take notice that unless an objection or request for hearing on this proposed abandonment is filed, the Property will be deemed abandoned according to law without further order of the Court or action by the Trustee.

If you object to the proposed abandonment, on or before May 17, 2023, you or your attorney must:

1. File with the Court an objection at the following address:

   United States Bankruptcy Court
   Howard M. Metzenbaum U.S. Courthouse
   201 Public Square
   Cleveland, Ohio 44114

If you mail your response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above.

2. Mail a copy of your objection to each of the following:

| | |
|---|---|
| Kari Balog Coniglio | Office of the U.S. Trustee |
| Chapter 7 Trustee | 201 Superior Avenue East, Suite 441 |
| 200 Public Square, Suite 1400 | Cleveland, Ohio 44114 |
| Cleveland, OH 44114 | |

Respectfully submitted,

/s/ Kari Balog Coniglio
Kari Balog Coniglio #0081463
Chapter 7 Trustee
200 Public Square, Suite 1400
Cleveland, OH 44114
Tel (216) 479-6167
Fax (216) 937-3766
kbconiglio@vorys.com

# CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2023, a true and correct copy of the foregoing *Trustee's Notice of Proposed Abandonment (Rockefeller Oil Company, LLC)* was filed and served electronically via the Court's CM/ECF System upon those who are registered to receive electronic notice:

- Patrick R. Akers    prakers@vorys.com
- Gregory P. Amend    gamend@bdblaw.com, grichards@bdblaw.com
- Alison L. Archer    alison.archer@ohioattorneygeneral.gov, Trish.Lazich@ohioattorneygeneral.gov;angelique.dennis-noland@ohioattorneygeneral.gov
- Richard M. Bain    rbain@meyersroman.com, mnowak@meyersroman.com;jray@meyersroman.com
- Adam S. Baker    abakerlaw@sbcglobal.net, adam@bakerlaw.us;abakerlaw@gmail.com
- Austin B. Barnes    abarnes@sandhu-law.com, bk1notice@sandhu-law.com
- Robert D. Barr    rbarr@koehler.law, syackly@koehler.law
- Jeffrey W. Bieszczak    jwbieszczak@vorys.com
- David T. Brady    DBrady@Sandhu-Law.com, bk1notice@sandhu-law.com
- Carrie M. Brosius    cmbrosius@vorys.com, mdwalkuski@vorys.com
- Thomas W. Coffey    tcoffey@tcoffeylaw.com
- Kari Balog Coniglio    kbconiglio@vorys.com, mdwalkuski@vorys.com;kbc@trustesolutions.net;jncash2@vorys.com
- LeAnn E. Covey    bknotice@clunkhoose.com
- Richard W. DiBella    rdibella@dgmblaw.com
- Melody A. Dugic    mdugic@hendersoncovington.com
- Marcel C. Duhamel    mcduhamel@vorys.com, mdwalkuski@vorys.com
- Douglas M. Eppler    deppler@walterhav.com, mzitnik@walterhav.com
- Bryan J. Farkas    bjfarkas@vorys.com, bjfarkas@vorys.com;savasquez@vorys.com;mdwalkuski@vorys.com
- Matthew D. Fazekas    mdfazekas@vorys.com, mdwalkuski@vorys.com
- Scott D. Fink    ecfndoh@weltman.com
- Glenn E. Forbes    bankruptcy@geflaw.net, gforbes@geflaw.net;r45233@notify.bestcase.com
- Stephen R. Franks    amps@manleydeas.com
- Stephen John Futterer    sjfutterer@sbcglobal.net, r43087@notify.bestcase.com
- Marc P. Gertz    mpgertz@gertzrosen.com, ptsarnas@gertzrosen.com
- Michael R. Hamed    mhamed@kushnerhamed.com, kgross@kushnerhamed.com
- Heather E. Heberlein    hheberlein@porterwright.com, mvitou@porterwright.com
- Dennis J. Kaselak    dkaselak@peteribold.com, Cynthia@peteribold.com
- Christopher J. Klym    bk@hhkwlaw.com
- Jerry R. Krzys    jkrzys@hendersoncovington.com, jerrykrzys@gmail.com
- Scott B. Lepene    scott.lepene@thompsonhine.com, Laura.Montgomery@thompsonhine.com;ECFDocket@thompsonhine.com
- Matthew H. Matheney    mmatheney@porterwright.com, mvitou@porterwright.com
- Shannon M. McCormick    bankruptcy@kamancus.com

- Michael J. Moran    mike@gibsonmoran.com, moranecf@gmail.com;r55982@notify.bestcase.com
- Heather L. Moseman    heather@mosemanlaw.com
- Kelly Neal    kelly.neal@bipc.com, donna.curcio@bipc.com;eservice@bipc.com
- David M. Neumann    dneumann@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com
- Timothy P. Palmer    timothy.palmer@bipc.com, donna.curcio@bipc.com;eservice@bipc.com
- Drew T. Parobek    dtparobek@vorys.com, mdwalkuski@vorys.com
- Tricia L. Pycraft    tpycraft@ccj.com, giess@ccj.com
- Michael P. Quinlan    mquinlan@mggmlpa.com, cvacar@mggmlpa.com
- Kirk W. Roessler    kroessler@porterwright.com, kballa@porterwright.com;slasalvia@porterwright.com
- John J. Rutter    jrutter@ralaw.com
- Frederic P. Schwieg    fschwieg@schwieglaw.com
- Michael J. Sikora    msikora@sikoralaw.com, aarasmith@sikoralaw.com
- Nathaniel Sinn    nsinn@porterwright.com, cpeskar@porterwright.com
- Robin L. Stanley    rstanley@peteribold.com, 5478@notices.nextchapterbk.com;trish@iboldobrien.com
- Rachel L. Steinlage    rsteinlage@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com;rbain@meyersroman.com
- Richard J. Thomas    rthomas@hendersoncovington.com, dciambotti@hendersoncovington.com
- Andrew M. Tomko    atomko@sandhu-law.com, bk1notice@sandhu-law.com
- Jeffrey C. Toole    jtoole@bernsteinlaw.com, lyoung@bernsteinlaw.com
- United States Trustee    (Registered address)@usdoj.gov
- Michael S. Tucker    mtucker@ulmer.com
- Phyllis A. Ulrich    bankruptcy@carlisle-law.com, bankruptcy@carlisle-law.com
- Emma Mae Walton    ewalton@porterwright.com
- Leslie E. Wargo    Leslie@Wargo-Law.com
- Karey Werner    kewerner@vorys.com
- Elia O. Woyt    eowoyt@vorys.com, eowoyt@vorys.com;mdwalkuski@vorys.com
- Maria D. Giannirakis ust06    maria.d.giannirakis@usdoj.gov
- Scott R. Belhorn ust35    Scott.R.Belhorn@usdoj.gov

and to the following via regular U.S. mail on May 3, 2023:

Brandon D.R. Dynes
c/o Bridey Matheney
1282 W. 58th Street
Cleveland, OH 44102

Brandon D.R. Dynes
1282 W. 58th Street
Cleveland, OH 44102

                                                      /s/ Kari B. Coniglio
                                                      Kari B. Coniglio #0081463
                                                      Chapter 7 Trustee