# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# CLEVELAND DIVISION

| | |
|---|---|
| In re: | Case No. 17-17361-AIH |
| RICHARD M OSBORNE | Chapter 7 |
| Debtor(s). | Judge Arthur I. Harris |

## TRUSTEE'S NOTICE OF PROPOSED ABANDONMENT
## (Certain Valueless Equity Interests)

Notice is hereby given, in accordance with Rule 6007 of the Federal Rules of Bankruptcy Procedure and §554 of the United States Bankruptcy Code, of the Trustee's proposed abandonment of the following property (the "Property").

| | |
|---|---|
| Description of Property: | Membership Interests in Rigrtona Holding Company, LLC |
| | Shares in RMO, Inc. |
| | Shares in OsAir, Inc. |
| Estimated Market Value: | $0.00 |
| Source of Valuation: | The documents reviewed by Trustee indicate that the Property has no value. |
| Amount of Liens: | Unknown. |
| Claimed Exemptions: | $0.00 |
| Cost of Sale: | N/A |

**Your rights may be reduced, modified or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

Please take notice that unless an objection or request for hearing on this proposed abandonment is filed, the Property will be deemed abandoned according to law without further order of the Court or action by the Trustee.

If you object to the proposed abandonment, on or before June 14, 2023, you or your attorney must:

1. File with the Court an objection at the following address:

    United States Bankruptcy Court
    Howard M. Metzenbaum U.S. Courthouse
    201 Public Square
    Cleveland, Ohio 44114

If you mail your response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above.

2. Mail a copy of your objection to each of the following:

| | |
|---|---|
| Kari Balog Coniglio | Office of the U.S. Trustee |
| Chapter 7 Trustee | 201 Superior Avenue East, Suite 441 |
| 200 Public Square, Suite 1400 | Cleveland, Ohio 44114 |
| Cleveland, OH 44114 | |

Respectfully submitted,

/s/ Kari Balog Coniglio
Kari Balog Coniglio #0081463
Chapter 7 Trustee
200 Public Square, Suite 1400
Cleveland, OH 44114
Tel (216) 479-6167
Fax (216) 937-3766
kbconiglio@vorys.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2023, a true and correct copy of the foregoing *Trustee's Notice of Proposed Abandonment (Certain Valueless Equity Interests)* was filed and served electronically via the Court's CM/ECF System upon those who are registered to receive electronic notice:

- Patrick R. Akers    prakers@vorys.com
- Gregory P. Amend    gamend@bdblaw.com, grichards@bdblaw.com
- Alison L. Archer    alison.archer@ohioattorneygeneral.gov, Trish.Lazich@ohioattorneygeneral.gov;angelique.dennis-noland@ohioattorneygeneral.gov
- Richard M. Bain    rbain@meyersroman.com, mnowak@meyersroman.com;jray@meyersroman.com
- Adam S. Baker    abakerlaw@sbcglobal.net, adam@bakerlaw.us;abakerlaw@gmail.com
- Austin B. Barnes    abarnes@sandhu-law.com, bk1notice@sandhu-law.com
- Robert D. Barr    rbarr@koehler.law, syackly@koehler.law
- Jeffrey W. Bieszczak    jwbieszczak@vorys.com
- David T. Brady    DBrady@Sandhu-Law.com, bk1notice@sandhu-law.com
- Carrie M. Brosius    cmbrosius@vorys.com, mdwalkuski@vorys.com
- Thomas W. Coffey    tcoffey@tcoffeylaw.com
- Kari Balog Coniglio    kbconiglio@vorys.com, mdwalkuski@vorys.com;kbc@trustesolutions.net;jncash2@vorys.com
- LeAnn E. Covey    bknotice@clunkhoose.com
- Richard W. DiBella    rdibella@dgmblaw.com
- Melody A. Dugic    mdugic@hendersoncovington.com
- Marcel C. Duhamel    mcduhamel@vorys.com, mdwalkuski@vorys.com
- Douglas M. Eppler    deppler@walterhav.com, mzitnik@walterhav.com
- Bryan J. Farkas    bjfarkas@vorys.com, bjfarkas@vorys.com;savasquez@vorys.com;mdwalkuski@vorys.com
- Matthew D. Fazekas    mdfazekas@vorys.com, mdwalkuski@vorys.com
- Scott D. Fink    ecfndoh@weltman.com
- Glenn E. Forbes    bankruptcy@geflaw.net, gforbes@geflaw.net;r45233@notify.bestcase.com
- Stephen R. Franks    amps@manleydeas.com
- Stephen John Futterer    sjfutterer@sbcglobal.net, r43087@notify.bestcase.com
- Marc P. Gertz    mpgertz@gertzrosen.com, ptsarnas@gertzrosen.com
- Michael R. Hamed    mhamed@kushnerhamed.com, kgross@kushnerhamed.com
- Heather E. Heberlein    hheberlein@porterwright.com, mvitou@porterwright.com
- Dennis J. Kaselak    dkaselak@peteribold.com, Cynthia@peteribold.com
- Christopher J. Klym    bk@hhkwlaw.com
- Jerry R. Krzys    jkrzys@hendersoncovington.com, jerrykrzys@gmail.com
- Scott B. Lepene    scott.lepene@thompsonhine.com, Laura.Montgomery@thompsonhine.com;ECFDocket@thompsonhine.com
- Matthew H. Matheney    mmatheney@porterwright.com, mvitou@porterwright.com
- Shannon M. McCormick    bankruptcy@kamancus.com

- Michael J. Moran   mike@gibsonmoran.com, moranecf@gmail.com;r55982@notify.bestcase.com
- Heather L. Moseman   heather@mosemanlaw.com
- Kelly Neal   kelly.neal@bipc.com, donna.curcio@bipc.com;eservice@bipc.com
- David M. Neumann   dneumann@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com
- Timothy P. Palmer   timothy.palmer@bipc.com, donna.curcio@bipc.com;eservice@bipc.com
- Drew T. Parobek   dtparobek@vorys.com, mdwalkuski@vorys.com
- Tricia L. Pycraft   tpycraft@ccj.com, giess@ccj.com
- Michael P. Quinlan   mquinlan@mggmlpa.com, cvacar@mggmlpa.com
- Kirk W. Roessler   kroessler@porterwright.com, kballa@porterwright.com;slasalvia@porterwright.com
- John J. Rutter   jrutter@ralaw.com
- Frederic P. Schwieg   fschwieg@schwieglaw.com
- Michael J. Sikora   msikora@sikoralaw.com, aarasmith@sikoralaw.com
- Nathaniel Sinn   nsinn@porterwright.com, cpeskar@porterwright.com
- Robin L. Stanley   rstanley@peteribold.com, 5478@notices.nextchapterbk.com;trish@iboldobrien.com
- Rachel L. Steinlage   rsteinlage@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com;rbain@meyersroman.com
- Richard J. Thomas   rthomas@hendersoncovington.com, dciambotti@hendersoncovington.com
- Andrew M. Tomko   atomko@sandhu-law.com, bk1notice@sandhu-law.com
- Jeffrey C. Toole   jtoole@bernsteinlaw.com, lyoung@bernsteinlaw.com
- United States Trustee   (Registered address)@usdoj.gov
- Michael S. Tucker   mtucker@ulmer.com
- Phyllis A. Ulrich   bankruptcy@carlisle-law.com, bankruptcy@carlisle-law.com
- Emma Mae Walton   ewalton@porterwright.com
- Leslie E. Wargo   Leslie@Wargo-Law.com
- Karey Werner   kewerner@vorys.com
- Elia O. Woyt   eowoyt@vorys.com, eowoyt@vorys.com;mdwalkuski@vorys.com
- Maria D. Giannirakis ust06   maria.d.giannirakis@usdoj.gov
- Scott R. Belhorn ust35   Scott.R.Belhorn@usdoj.gov

and to the following via regular U.S. mail on May 31, 2023:

Brandon D.R. Dynes
c/o Bridey Matheney
1282 W. 58th Street
Cleveland, OH 44102

Brandon D.R. Dynes
1282 W. 58th Street
Cleveland, OH 44102

/s/ Kari B. Coniglio
Kari B. Coniglio #0081463
Chapter 7 Trustee

4