IT IS SO ORDERED.

Dated:  14 December, 2023 12:04 AM

Suzana Krstevski Koch
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 17-17361 |
| | ) | |
| RICHARD M. OSBORNE, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Judge Suzana Krstevski Koch |

## ORDER GRANTING MOTION OF TRUSTEE TO SELL PERSONAL PROPERTY (MEMBERSHIP INTERESTS IN 8491 MAYFIELD ACQUISITIONS, LLC)

This matter is before the Court on the motion (the "Motion") of the trustee, Kari B. Coniglio, for an order authorizing the sale by private sale, free and clear of liens, encumbrances, and other interests, of personal property consisting of the Debtor's membership interests in 8491 Mayfield Acquisitions, LLC (the "Membership Interests"). Time is of the essence in consummating the sale of the Membership Interests (the "Sale Transaction"). In order to maximize the value of the Membership Interests to the bankruptcy estate, it is essential that the Sale Transaction occur within the time constraints set forth in the Membership Interests Purchase Agreement, once such agreement is executed by the Trustee. Accordingly, there is cause to waive

the stay contemplated by Bankruptcy Rule 6004. Upon review of the Motion, and the related notices, the Court finds that the requested relief is well-taken.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. The Motion is GRANTED.

2. The Trustee is authorized to immediately execute the Membership Interests Purchase Agreement with the Buyer[1] and sell the Membership Interests to the Buyer free and clear of liens, encumbrances, and other interests.

3. If 8941 Mayfield Acquisitions, LLC ("8491") or its members elect to purchase the Membership Interests as contemplated in the Purchase Agreement, the Trustee is authorized under 11 U.S.C. § 363 to immediately execute all necessary documents to transfer the Membership Interests to the electing party in exchange for $15,000.00 or greater.

4. Notwithstanding Bankruptcy Rule 6004(h), this Order shall be effective and enforceable immediately upon entry and its provisions shall be self-executing. In the absence of any person or entity obtaining a stay pending appeal, the Buyer and the Trustee are free to close the Sale Transaction under the Purchase Agreement, once such agreement is executed by the Trustee, at any time pursuant to the terms thereof.

5. The Court retains exclusive jurisdiction with regard to all matters, claims, rights, issues or disputes arising from or related to the implementation of this Order and relief provided for herein.

---

[1] Capitalized terms not otherwise defined herein shall have the same meaning as in the Motion.

# # #

Respectfully submitted,

/s/ Matthew D. Fazekas
Marcel C. Duhamel (0062171)
Elia O. Woyt (0074109)
Matthew D. Fazekas (0099693)
VORYS, SATER, SEYMOUR AND PEASE LLP
200 Public Square, Suite 1400
Cleveland, Ohio 44114
(216) 479-6100
(216) 479-6060 (facsimile)
mcduhamel@vorys.com
eowoyt@vorys.com
mdfazekas@vorys.com

*Counsel to the Trustee*

## SERVICE LIST

To be served via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

- Patrick R. Akers    prakers@vorys.com
- Gregory P. Amend    gamend@bdblaw.com, grichards@bdblaw.com
- Alison L. Archer    alison.archer@ohioattorneygeneral.gov, Trish.Lazich@ohioattorneygeneral.gov;angelique.dennis-noland@ohioattorneygeneral.gov
- Richard M. Bain    rbain@meyersroman.com, mnowak@meyersroman.com;jray@meyersroman.com
- Adam S. Baker    abakerlaw@sbcglobal.net, adam@bakerlaw.us;abakerlaw@gmail.com
- Austin B. Barnes    abarnes@sandhu-law.com, bk1notice@sandhu-law.com
- Robert D. Barr    rbarr@koehler.law, syackly@koehler.law
- Jeffrey W. Bieszczak    jwbieszczak@vorys.com
- David T. Brady    DBrady@Sandhu-Law.com, bk1notice@sandhu-law.com
- Carrie M. Brosius    cmbrosius@vorys.com, mdwalkuski@vorys.com
- Kari B. Coniglio    kbconiglio@vorys.com, mdwalkuski@vorys.com;kbc@trustesolutions.net;jncash2@vorys.com
- LeAnn E. Covey    bknotice@clunkhoose.com
- Richard W. DiBella    rdibella@dgmblaw.com
- Melody A. Dugic    mgazda@hendersoncovington.com
- Marcel C. Duhamel    mcduhamel@vorys.com, mdwalkuski@vorys.com
- Douglas M. Eppler    deppler@walterhav.com
- Bryan J. Farkas    bjfarkas@vorys.com, bjfarkas@vorys.com;caujczo@vorys.com;mdwalkuski@vorys.com

3

- Matthew D. Fazekas    mdfazekas@vorys.com
- Scott D. Fink    ecfndoh@weltman.com
- Glenn E. Forbes    bankruptcy@geflaw.net, gforbes@geflaw.net;r45233@notify.bestcase.com
- Stephen R. Franks    amps@manleydeas.com
- Stephen John Futterer    sjfutterer@sbcglobal.net, r43087@notify.bestcase.com
- Marc P. Gertz    mpgertz@gertzrosen.com, dmichna@gertzrosen.com
- Michael R. Hamed    mhamed@kushnerhamed.com, kgross@kushnerhamed.com
- Heather E. Heberlein    hheberlein@porterwright.com, mvitou@porterwright.com
- Dennis J. Kaselak    dkaselak@peteribold.com, Cynthia@peteribold.com
- Christopher J. Klym    bk@hhkwlaw.com
- Jerry R. Krzys    jkrzys@hendersoncovington.com, jerrykrzys@gmail.com
- Scott B. Lepene    scott.lepene@thompsonhine.com, Christine.Broz@thompsonhine.com;ECFDocket@thompsonhine.com
- Jeffrey M. Levinson    jml@jml-legal.com
- Matthew H. Matheney    mmatheney@porterwright.com, cpeskar@porterwright.com
- Shannon M. McCormick    bankruptcy@kamancus.com
- Michael J. Moran    mike@gibsonmoran.com, moranecf@gmail.com;r55982@notify.bestcase.com
- Heather L. Moseman    heather@mosemanlaw.com
- Kelly Neal    kelly.neal@bipc.com, donna.curcio@bipc.com
- David M. Neumann    dneumann@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com
- Timothy P. Palmer    timothy.palmer@bipc.com, donna.curcio@bipc.com
- Drew T. Parobek    dtparobek@vorys.com, mdwalkuski@vorys.com
- Tricia L. Pycraft    tpycraft@ccj.com, bowman@ccj.com
- Kirk W. Roessler    kroessler@walterhav.com, kballa@walterhav.com;slasalvia@walterhav.com;deppler@walterhav.com
- John J. Rutter    jrutter@ralaw.com
- Frederic P. Schwieg    fschwieg@schwieglaw.com
- Michael J. Sikora    msikora@sikoralaw.com, aarasmith@sikoralaw.com
- Nathaniel R. Sinn    nsinn@porterwright.com, cpeskar@porterwright.com
- Robin L. Stanley    rstanley@peteribold.com, Sonya@peteribold.com;Cynthia@peteribold.com;5478@notices.nextchapterbk.com
- Rachel L. Steinlage    rsteinlage@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com;rbain@meyersroman.com
- Richard J. Thomas    rthomas@hendersoncovington.com, mgazda@hendersoncovington.com
- Stephen G. Thomas    steve@sgtlaw.net, kim@sgtlaw.net
- Andrew M. Tomko    atomko@sandhu-law.com, bk1notice@sandhu-law.com
- Jeffrey C. Toole    jtoole@bernsteinlaw.com, lyoung@bernsteinlaw.com
- United States Trustee    (Registered address)@usdoj.gov
- Michael S. Tucker    mtucker@ulmer.com
- Phyllis A. Ulrich    bankruptcy@carlisle-law.com, bankruptcy@carlisle-law.com
- Leslie E. Wargo    Leslie@Wargo-Law.com
- Karey Werner    kewerner@vorys.com

- Elia O. Woyt    eowoyt@vorys.com, eowoyt@vorys.com;mdwalkuski@vorys.com
- Maria D. Giannirakis ust06    maria.d.giannirakis@usdoj.gov
- Scott R. Belhorn ust35    Scott.R.Belhorn@usdoj.gov

And on the following by regular U.S. Mail:

| | |
|---|---|
| Jerome A. Fink, Manager<br>Partnership Liquidity Investors V, LLC<br>1511 Kings Road<br>Newport Beach, CA 92663 | Brandon D.R. Dynes<br>c/o Bridey Matheney<br>1282 W. 58th Street<br>Cleveland, OH 44102 |
| Davis Family Real Estate Holdings, Inc.<br>Attn: Earl R. Davis<br>295 Madison Avenue, 12th Fl.,<br>New York, NY 10017 | Angelique Paguidopon<br>Cash For Interests, LLC<br>17314 W17th Place<br>Golden, CO 80401 |
| 8491 Mayfield Acquisitions, LLC<br>c/o M2KLB Holdco, LLC<br>7670 Tyler Boulevard<br>Mentor, OH 44060 | M2KLB Holdco, LLC<br>c/o Michael E. Osborne<br>7670 Tyler Boulevard<br>Mentor, OH 44060 |
| Lance Osborne<br>7670 Tyler Boulevard<br>Mentor, OH 44060 | Richard M. Osborne, Jr.<br>7050 Jackson Street<br>Mentor, OH 44040 |