**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND DIVISION**

| | |
|---|---|
| In re: | Case No. 17-17361-SKK |
| RICHARD M. OSBORNE, | Chapter 7 |
| Debtor(s). | Judge Suzana Krstevski Koch |

## TRUSTEE'S NOTICE OF PROPOSED ABANDONMENT

Notice is hereby given, in accordance with Rule 6007 of the Federal Rules of Bankruptcy Procedure and §554 of the United States Bankruptcy Code, of the Trustee's proposed abandonment of this property (the "Property").

| | |
|---|---|
| Description of Property: | Membership Interest in Callendar Real Estate Development Company LLC |
| Estimated Market Value | $125,000.00 |
| Source of Valuation: | Sale Price for Real Estate owned by LLC. |
| Amount of Liens | $125,750.00 |
| Claimed Exemptions: | $0.00 |
| Cost of Sale: | $8,750.00 |

**Your rights may be reduced, modified or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

Please take notice that unless an objection or request for hearing on this proposed abandonment is filed, the Property will be deemed abandoned according to law without further order of the Court or action by the Trustee.

If you object to the proposed abandonment, on or before November 15, 2024, you or your attorney must:

1. File with the Court an objection at the following address:

    United States Bankruptcy Court
    Howard M. Metzenbaum U.S. Courthouse
    201 Public Square
    Cleveland, Ohio 44114

If you mail your response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above.

2. Mail a copy of your objection to each of the following:

Kari B. Coniglio
Chapter 7 Trustee
200 Public Square, Suite 1400
Cleveland, OH 44114

Office of the U.S. Trustee
201 Superior Avenue East, Suite 441
Cleveland, Ohio 44114

Respectfully submitted,

/s/ Kari Balog Coniglio
Kari Balog Coniglio #0081463
Chapter 7 Trustee
200 Public Square, Suite 1400
Cleveland, OH 44114
Tel (216) 479-6167
Fax (216) 937-3766
kbconiglio@vorys.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was electronically transmitted on or about November 1, 2024 via this Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice List:

- Gregory P. Amend  gamend@bdblaw.com, grichards@bdblaw.com
- Alison L. Archer  alison.archer@ohioattorneygeneral.gov, Trish.Lazich@ohioattorneygeneral.gov;angelique.dennis-noland@ohioattorneygeneral.gov
- Richard M. Bain  rbain@meyersroman.com, mnowak@meyersroman.com;jray@meyersroman.com
- Adam S. Baker  abakerlaw@sbcglobal.net, adam@bakerlaw.us;abakerlaw@gmail.com
- Austin B. Barnes  abarnes@sandhu-law.com, bk1notice@sandhu-law.com
- Robert D. Barr  rbarr@koehler.law, syackly@koehler.law
- Jeffrey W. Bieszczak  jwbieszczak@vorys.com
- David T. Brady  DBrady@Sandhu-Law.com, bk1notice@sandhu-law.com
- Carrie M. Brosius  cmbrosius@vorys.com, mdwalkuski@vorys.com
- Thomas W. Coffey  tcoffey@tcoffeylaw.com
- Kari Balog Coniglio  kbconiglio@vorys.com, mdwalkuski@vorys.com;kbc@trustesolutions.net;jncash2@vorys.com
- LeAnn E. Covey  bknotice@clunkhoose.com
- Richard W. DiBella  rdibella@dgmblaw.com
- Melody A. Dugic  mdugic@hendersoncovington.com
- Marcel C. Duhamel  mcduhamel@vorys.com, mdwalkuski@vorys.com
- Douglas M. Eppler  deppler@walterhav.com, mzitnik@walterhav.com

- Bryan J. Farkas     bjfarkas@vorys.com, bjfarkas@vorys.com;savasquez@vorys.com;mdwalkuski@vorys.com
- Matthew D. Fazekas     mdfazekas@vorys.com, mdwalkuski@vorys.com
- Scott D. Fink     ecfndoh@weltman.com
- Glenn E. Forbes     bankruptcy@geflaw.net, gforbes@geflaw.net;r45233@notify.bestcase.com
- Stephen R. Franks     amps@manleydeas.com
- Stephen John Futterer     sjfutterer@sbcglobal.net, r43087@notify.bestcase.com
- Marc P. Gertz     mpgertz@gertzrosen.com, ptsarnas@gertzrosen.com
- Michael R. Hamed     mhamed@kushnerhamed.com, kgross@kushnerhamed.com
- Heather E. Heberlein     hheberlein@porterwright.com, mvitou@porterwright.com
- Dennis J. Kaselak     dkaselak@peteribold.com, Cynthia@peteribold.com
- Christopher J. Klym     bk@hhkwlaw.com
- Jerry R. Krzys     jkrzys@hendersoncovington.com, jerrykrzys@gmail.com
- Scott B. Lepene     scott.lepene@thompsonhine.com, Laura.Montgomery@thompsonhine.com;ECFDocket@thompsonhine.com
- Matthew H. Matheney     mmatheney@porterwright.com, mvitou@porterwright.com
- Shannon M. McCormick     bankruptcy@kamancus.com
- Michael J. Moran     mike@gibsonmoran.com, moranecf@gmail.com;r55982@notify.bestcase.com
- Heather L. Moseman     heather@mosemanlaw.com
- Kelly Neal     kelly.neal@bipc.com, donna.curcio@bipc.com;eservice@bipc.com
- David M. Neumann     dneumann@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com
- Timothy P. Palmer     timothy.palmer@bipc.com, donna.curcio@bipc.com;eservice@bipc.com
- Tricia L. Pycraft     tpycraft@ccj.com, giess@ccj.com
- Michael P. Quinlan     mquinlan@mggmlpa.com, cvacar@mggmlpa.com
- Kirk W. Roessler     kroessler@porterwright.com, kballa@porterwright.com;slasalvia@porterwright.com
- John J. Rutter     jrutter@ralaw.com
- Frederic P. Schwieg     fschwieg@schwieglaw.com
- Michael J. Sikora     msikora@sikoralaw.com, aarasmith@sikoralaw.com
- Nathaniel Sinn     nsinn@porterwright.com, cpeskar@porterwright.com
- Robin L. Stanley     rstanley@peteribold.com, 5478@notices.nextchapterbk.com;trish@iboldobrien.com
- Rachel L. Steinlage     rsteinlage@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com;rbain@meyersroman.com
- Richard J. Thomas     rthomas@hendersoncovington.com, dciambotti@hendersoncovington.com
- Andrew M. Tomko     atomko@sandhu-law.com, bk1notice@sandhu-law.com
- Jeffrey C. Toole     jtoole@bernsteinlaw.com, lyoung@bernsteinlaw.com
- United States Trustee     (Registered address)@usdoj.gov
- Michael S. Tucker     mtucker@ulmer.com
- Phyllis A. Ulrich     bankruptcy@carlisle-law.com, bankruptcy@carlisle-law.com
- Emma Mae Walton     ewalton@porterwright.com
- Leslie E. Wargo     Leslie@Wargo-Law.com
- Karey Werner     kewerner@vorys.com
- Elia O. Woyt     eowoyt@vorys.com, eowoyt@vorys.com;mdwalkuski@vorys.com

- Maria D. Giannirakis ust06    maria.d.giannirakis@usdoj.gov
- Scott R. Belhorn ust35    Scott.R.Belhorn@usdoj.gov

and to the following via regular U.S. mail on November 1, 2024:

Brandon D.R. Dynes
c/o Bridey Matheney
1282 W. 58th Street
Cleveland, OH 44102

Brandon D.R. Dynes
1282 W. 58th Street
Cleveland, OH 44102

/s/ Kari Balog Coniglio
Kari B. Coniglio #0081463
Chapter 7 Trustee