CC
18-00595
11/18/2025

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION (CLEVELAND)

| | | |
|---|---|---|
| **In re:** | ) | Case No 17-17361 |
| | ) | |
| **Richard M. Osborne** | ) | Chapter 7 |
| | ) | |
| Debtor(s). | ) | Judge Suzana Krstevski Koch |
| | ) | |
| | ) | **MOTION OF TAX EASE OHIO, LLC, FOR** |
| | ) | **RELIEF FROM STAY REAL PROPERTY** |
| | ) | **LOCATED AT 6912 STATE ROUTE 44,** |
| | ) | **RAVENNA, OH 44266** |
| | ) | |

Tax Ease Ohio, LLC, (the "**Creditor**") moves this Court, under §§ 361, 362, 363 and other sections of Title 11 of the United States Code, and under Federal Rules of Bankruptcy Procedure 4001 and 6007, and under Local Bankruptcy Rule 4001-1 for an order conditioning, modifying or dissolving the automatic stay imposed by Bankruptcy Code § 362.

## MEMORANDUM IN SUPPORT

1. The Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157 (b)(2). The venue of this case and this Motion is proper under 28 U.S.C. §§ 1408 and 1409.

2. On November 3, 2015, Creditor purchased Tax Certificate No. 2015-176, from the Portage County Treasurer, pursuant to Ohio Revised Code § 5721.33, in the amount of $17,217.94, plus interest thereon at the certificate rate of 15.00% per annum. The claim is secured by the real property located at 6912 State Route 44, Ravenna, OH 44266, which entitles Movant to the right of payment of delinquent real estate taxes relating to real property owned by Richard M. Osborne, Trustee (collectively "Debtor"). A copy of Tax Certificate No. 2015-176 is attached and incorporated herein as "Exhibit A."

3. On September 19, 2016, Creditor purchased Tax Certificate No. 2016-085, from the Portage County Treasurer, pursuant to Ohio Revised Code §5721.33, in the amount of $2,686.68, plus interest thereon at the certificate rate of 18.00% per annum. The claim is secured by the real property located at

6912 State Route 44, Ravenna, OH 44266, which entitles Creditor to the right of payment of delinquent real estate taxes relating to real property owned by Richard M. Osborne, Trustee (collectively "Debtors"). A copy of Tax Certificate No. 2016-085 is attached and incorporated herein as "Exhibit A."

5. To secure payment of the tax lien and performance of the other terms contained in it, relating to real property owned by Richard M. Osborne, Trustee. **The Tax Certificate(s)** /Notice of Intent to Foreclose granted a lien on the collateral. The collateral is more fully contained in the Tax Certificate(s), attached as Exhibit A.

6. The lien created by the **Tax Certificates** was duly perfected by Possession of the Tax Certificate(s)/ Notice of Intent to Foreclose on November 3, 2015, and September 19, 2016. A copy of the recorded tax certificate is attached as Exhibit B.

7. The entity in possession of the original **Tax Certificates** as of the date of this motion is the Tax Ease Ohio, LLC, 14800 Landmark Blvd., Suite 400, Dallas, TX_ 75254.

8. The entity servicing the tax certificates is Tax Ease Ohio, LLC.
9. The Tax Certificate(s) were transferred, as evidenced by the following: **N/A**
   a. If the collateral is real estate:
      i. Under Uniform Commercial Code § 3-203(a) as applicable under state law in effect where the property is located, from the original lender (check only one):

         N/A

         OR

         By endorsement on the Note, payable to_____.

                  OR

         By blank endorsement on the Note

         OR

         By allonge attached to the Note, payable to_____.

          OR

          By blank allonge, attached to the Note.

                  OR

          The Note is not endorsed to the Creditor or is not endorsed in blank with an allegation that the Creditor is in possession of the original Note. The

factual and legal basis upon which the Creditor is entitled to bring this motion is (explain with particularity and attach supporting documentation):

_____

    ii. Under Uniform Commercial Code § 3-203(a) as applicable under state law in effect where the property is located, from <FIRST TRANSFERREE> to <_____> [ADD ADDITIONAL TRANSFER SECTIONS AS APPROPRIATE. THE LAST TRANSFEREE MUST BE THE CREDITOR]

    iii. A court has already determined that the Creditor has the ability to enforce the Note and Security Agreement with a judgment date <INSERT DATE OF JUDGMENT> in the <INSERT NAME OF COURT>. A copy of the judgment is attached as Exhibit <_>.

    iv. Other: Debtor is deceased

The **Tax Certificate(s)**/Notice of Intent to Foreclose were transferred as follows (check only one): N/A

OR

From the original lender, mortgagee, or mortgagee's 'nominee on <DATE> to <FIRST TRANSFERREE>. The transfer is evidenced by the document(s) attached to this Motion as Exhibit <__> [ADD ADDITIONAL TRANSFER SECTIONS AS APPROPRIATE. THE LAST TRANSFEREE MUST BE THE CREDITIOR.]

10. The collateral is valued at $104,500.00. The valuation is based on Portage County Auditor's tax record.

11. As of November 18, 2025, there is currently due and owing on Tax Certificate No. 2015-176, the outstanding principal balance of $17,217.94, plus interest accruing thereon at the rate of 15.00% per annum from November 3, 22015, as described in more detail on the worksheet. As of November 18, 2025, there is currently due and owing on Tax Certificate No. 2016-085 the outstanding principal balance of $2,686.68, plus interest accruing thereon at the rate of 18.00% per annum from September 19, 2016 as described in more detail on the worksheet.

12. The amount due and owing as set forth in paragraph 13 does not include a credit for the sum held in suspense account by the **Creditor.** The amount of the credit is $0.00.

13. Other parties believed to have an interest in the Collateral besides the Debtor(s), the Creditor, and the Trustee are (check all that apply): **N/A**
The Portage County Treasurer, for real estate taxes, in an unknown amount.

14. The Creditor is entitled to relief from the automatic stay under Bankruptcy Code § 326 (d) for these reason(s) (check all that apply): See **Other**

    Debtor has failed to provide adequate protection for the lien held by the **Creditor** for **the reasons stated in the boxes checked below:**

        **N/A**    Debtor has failed to the Collateral insured as required by the Security Agreement.

        **N/A**    Debtor has failed to make periodic payments to **Creditor** for the months of STATE EACH MONTH AND YEAR>, which unpaid payments are in the aggregate amount of <AMOUNT> through <DATE>. The total provided in this paragraph cannot be relied upon as a reinstatement quotation.

        **N/A**    Debtor is delinquent om the funding of the plan, and therefore the trustee has failed make periodic payments to the Creditor since the commencement of the bankruptcy case for the months of _____, which unpaid payments are in the aggregate amount of $_____ through_____. The total provided in this paragraph cannot be relied upon as a reinstatement quotation.

X    **OTHER cause (set forth with specificity):** Debtor is deceased, relief is required in order to proceed in the state court.

**WHEREFORE**, **Creditor** moves the Court for an Order granting **Creditor** relief from the automatic stay of Bankruptcy Code § 362 to permit **Creditor** to proceed under applicable non bankruptcy law.

    /s/Austin B. Barnes, III
David T. Brady (0073127)
Suzanne M. Godenswager (0086422)
Austin B. Barnes III (0052130)
Sandhu Law Group, LLC
1213 Prospect Avenue, Suite 300
Cleveland, OH 44115
T 216-373-1001 F 216-373-1002
abarnes@sandhu-law.com
*Attorney for Tax Ease Ohio, LLC*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on December 10, 2025, a true and correct copy of the foregoing Notice of Motion for Relief from Stay filed by Tax Ease Ohio, LLC, was served via the Court's electronic case filing system on the following who are listed on the Court's Electronic Mail Notice List:

Gregory M. Dennin
greg@gmdlplaw.com
and
Leslie E. Wargo
leslie@wargo-law.com
*Attorney for Debtor*

Kari B. Coniglio
kbconiglio@vorys.com
*Chapter 7 Trustee*

United States Trustee-Maria D. Giannirakis
maria.d.giannirakis@usdoj.gov
*US Trustee*

and by regular U.S. mail, postage prepaid, to:

Richard M. Osborne
7265 Markell Road
Waite Hill, OH 44094

/s/ Austin B. Barnes, III
David T. Brady (0073127)
Suzanne M. Godenswager (0086422)
Austin B. Barnes III (0052130)

No. 2015-176

BONNIE M. HOWE
PORTAGE CO. RECORDER

201601861 ℞-9ᵘ

RECEIVED FOR RECORD
AT 9:30:08
FEE 28.00

**INDEXED**

BONNIE M. HOWE
PORTAGE CO. RECORDER

201517703 ℞-6ᵘ

RECEIVED FOR RECORD
AT 8:16:19
FEE 28.00

**INDEXED**

DTE121N
Rev.11/08
O.R.C. 5721.31 (G)

## Tax Certificate

### (Negotiated Sale)

This certificate will be canceled six years after the date of delivery pursuant to Ohio Revised Code 5721.37, unless the date is extended because of bankruptcy pursuant to O.R.C. 5721.37(A)(3)(b). In the state of Ohio, I do hereby certify that, at a negotiated sale pursuant to O.R.C. 5721.33, this tax certificate for the parcel listed below was offered and sold, and the certificate was delivered on:

November 3, 2015 *Re-recording to*
~~October 3, 2015~~ in Portage County *correct date error*

| Parcel owner: OSBORNE RICHARD M TRUSTEE |||
|---|---|---|
| Property address: 8912 ST RT 44 |||
| Parcel number: 31-210-00-00-012-000 | Delq. Tax: $17,017.94 | Lien year(s):2009 |
| Legal description (attach additional sheets if necessary): |||
| DIV M LOT 10 SW |||
| ACRES 1.34 |||

The purchaser of this tax certificate or any transferee is entitled to file a notice of intent to foreclose on this parcel within six years after the purchase of this tax certificate, or by the date negotiated with the county treasurer. The parcel owner may redeem this parcel at any time before the court files its entry confirming the sale of the certificate parcel. Upon redemption, the certificate holder shall receive a payment equal to the tax certificate purchase price with the interest provided in O.R.C.5721.30(F), 5721.33, 5721.38, or 5721.42, as applicable, over the period of time described in O.R.C. 5721.30(J) and 5721.38, plus the county treasurer's fee.

| Certificate purchaser: US Bank as Custodian for TAX EASE OHIO, LLC |||
|---|---|---|
| Address: 14800 Landmark Blvd Suite 400 Dallas, TX 75254 |||
| Phone number: 1-(866)-907-2626 |||
| Certificate purchase price: $17,217.94 || Negotiated Interest rate: 15.00% |
| Premium: $0.00 | Discount: $0.00 | Treasurer's fee: $200.00 |

Witness this __5__ day of __November__, __2015__.

Signature _____
Treasurer or designee


EXHIBIT A

No. 2016-085

BONNIE M. HOWE
PORTAGE CO. RECORDER

DTE121N
Rev.11/08
O.R.C. 5721.31 (G)

201615525 ℬ 28 ᴸᵇ

RECEIVED FOR RECORD
AT 8:20:46
FEE 08 INDEXED

## Tax Certificate

### (Negotiated Sale)

This certificate will be canceled six years after the date of delivery pursuant to Ohio Revised Code 5721.37, unless the date is extended because of bankruptcy pursuant to O.R.C. 5721.37(A)(3)(b). In the state of Ohio, I do hereby certify that, at a negotiated sale pursuant to O.R.C. 5721.33, this tax certificate for the parcel listed below was offered and sold, and the certificate was delivered on:

September 19, 2016 in Portage County

| Parcel owner: OSBORNE RICHARD TRUSTEE | | |
|---|---|---|
| Property address: 6912 ST RT 44 | | |
| Parcel number: 31-210-00-00-012-000 | Delq. Tax: $2,586.68 | Lien year(s): 2015 |
| Legal description (attach additional sheets if necessary): DIV M LOT 10 SW ACRES 1.34 | | |
|  | | |
|  | | |

The purchaser of this tax certificate or any transferee is entitled to file a notice of intent to foreclose on this parcel within six years after the purchase of this tax certificate, or by the date negotiated with the county treasurer. The parcel owner may redeem this parcel at any time before the court files its entry confirming the sale of the certificate parcel. Upon redemption, the certificate holder shall receive a payment equal to the tax certificate purchase price with the interest provided in O.R.C.5721.30(F), 5721.33, 5721.38, or 5721.42, as applicable, over the period of time described in O.R.C. 5721.30(J) and 5721.38, plus the county treasurer's fee.

| Certificate purchaser: US Bank as Custodian for TAX EASE OHIO, LLC | | |
|---|---|---|
| Address: 14800 Landmark Blvd., Suite 400, Dallas, TX 75254 | | |
| Phone number: 1-(866)-907-2626 | | |
| Certificate purchase price: $2,686.68 | | Negotiated interest rate: 18.00% |
| Premium: $0.00 | Discount: $0.00 | Treasurer's fee: $100 |

Witness this 27 day of Sept, 2016.

Signature_____
Treasurer or designee


EXHIBIT
B

**EXHIBIT C**
**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION (CLEVELAND)**

| | | |
|---|---|---|
| **In re:** | ) | **Case No 17-17361** |
| | ) | |
| **Richard M. Osborne** | ) | **Chapter 7** |
| | ) | |
| Debtor(s). | ) | **Judge Suzana Krstevski Koch** |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

**RELIEF FROM STAY WORKSHEET**

I. LOAN DATA

    A. INDENTIFICATION OF COLLATERAL (check all that apply):

    Real Estate 6912 State Route 44, Ravenna, OH 44266

    **Other**: Debtor is deceased, relief is required in order to proceed in the state court

    Personal Property <Describe. Include ID or VIN number, as a applicable>

    Other Property <Describe> _____

    B.    CURRENT VALUE OF THE COLLATERAL: 104,500.00

    C.    SOURCE OF COLLATERAL VALUATION: Portage County

Auditor's Tax Record.

    D.    ORIGINAL LENDER:

    E.    ENTITY ENTITLED TO ENFORCE THE **CERTIFICATES/NOTICE OF INTENT TO FORECLOSE**: Tax Ease Ohio, LLC

    F.    CURRENT LOAN SERVICER: Tax Ease Ohio, LLC

    G.    DATE OF **CERTIFICATES/NOTICE OF INTENT TO FORECLOSE**: November 3, 2015 and September 19, 2016.

    H.    ORIGINAL PRINCIPAL AMOUNT DUE UNDER **CERTIFICATES/ NOTICE OF INTENT TO FORECLOSE**: $17,217.94 and $2,686.68.

    I.    ORIGINAL INTEREST RATE ON **CERTIFICATES/NOTICE OF INTENT TO FORECLOSE**: 15.00%, and 18.00%, respectively.

    J.    CURRENT INTEREST RATE:
15.00%, and 18.00%, respectively.

    K.    ORIGINAL MONTHLY PAYMENT AMOUNT:
(principal and interest only for mortgage loans): **N/A**

L. CURRENT MONTHLY PAYMENT AMOUNT LISTED ABOVE: **N/A**
M. THE CURRENT MONTHLY PAYMENT AMOUNT LISTED ABOVE:

    Includes an escrow amount of $_____ for real estate taxes.

    Includes an escrow amount of $_____ for property insurance.

  Includes and escrow amount of $_____.

 Does not include any escrow amount.                                  N.

DATE LAST PAYMENT RECEIVED: $_____

O. AMOUNT OF LAST PAYMENT RECEIVED: $_____
P. AMOUNT HELD IN SUSPENSE ACCOUNT: $0.00
Q. NUMBER OF PAYMENTS PAST DUE: N/A

II. AMOUNT ALLEGED TO BE DUE AS OF **November 18, 2025**

|   | Description of Charge | Total Amount of Charges | # of Charges of Incurred | Date Charges Incurred |
|---|---|---|---|---|
| A. | PRINCIPAL | $17,217.94<br><br>$2,686.68<br><br>$0<br><br>$ 0 | | |
| B. | INTEREST | 5380.61<br><br>604.50 | | |
| C. | TAXES | $0.00 | | |
| D. | INSURANCE | $0.00 | | |
| E. | LATE FEES | $0.00 | | |
| F. | NON-SUFFICIENT FUNDS FEES | $0.00 | | |

| | | | | |
|---|---|---|---|---|
| G. | PAY-BY-PHONE FEES | $0.00 | | |
| H. | BROKER PRICE OPINIONS | $0.00 | | |
| I. | FORCE-PLACED INSURANCE | $0.00 | | |
| J. | PROPERTY INSPECTIONS | $0.00 | | |
| K. | OTHER CHARGES | Attorney Fees and Costs $ 0.00 | | |

**TOTAL DEBT:**     $22,598.55

                    $3,291.18

**LESS AMOUNT HELD IN SUSPENSE N/A**

**TOTAL DUE AS OF November 18, 2025: N/A**

\* This total cannot be relied upon as a payoff quotation.

**This worksheet was prepared by:**

          /s/Austin B. Barnes, III
David T. Brady (0073127)
Suzanne M. Godenswager (0086422)
Austin B. Barnes III (0052130)
Sandhu Law Group, LLC
1213 Prospect Avenue, Suite 300
Cleveland, OH 44115
216-373-1001
216-373-1002
abarnes@sandhu-law.com
***Attorney for Tax Ease Ohio, LLC***