**IT IS SO ORDERED.**

**Dated: 12 November, 2026 02:46 PM**

Suzana Krstevski Koch
United States Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 17-17361 |
| | ) | |
| RICHARD M. OSBORNE, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Judge Suzana Krstevski Koch, |
| | ) | Successor to Judge Arthur I. Harris |

**ORDER GRANTING THE FIRST APPLICATION FOR COMPENSATION BY MORITT HOCK & HAMROFF LLP AS SPECIAL COUNSEL FOR THE CHAPTER 7 TRUSTEE**

This matter is before the Court upon consideration of the *Application for Compensation by Moritt Hock & Hamroff LLP as Special Counsel for the Chapter 7 Trustee* [Doc. 1387] (the "Fee Application"). The Fee Application seeks allowance and payment of $71,650.00 and reimbursement of $927.91 in expenses incurred by Moritt Hock & Hamroff LLP ("MHH") in its representation as special counsel of Kari Balog Coniglio, Chapter 7 Trustee (the "Trustee"). All parties in interest having been duly served with notice of the Fee Application and the deadline to respond, and no party in interest having appeared in opposition to the Motion, the Court being fully apprised in the premises, FINDS and ORDERS as follows:

THE COURT FINDS that the compensation requested is reasonable taking into account the nature and extent of such services, the time spent on such services, and the rates charged. The Court finds that the services rendered were necessary to the administration of the case, that they were performed in a reasonable amount of time commensurate with the complexity and importance and nature of the claim presented. The Court finds that the attorneys at MHH have demonstrated skill and experience in the litigation and judgment execution field, and the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than under this title.

IT IS THEREFORE ORDERED THAT Moritt Hock & Hamroff LLP's request for legal fees in the amount of $71,650.00 and expenses of $927.91 and allowing its $72,577.91 as an administrative expense against the bankruptcy estate to be paid by the estate is hereby APPROVED.

SUBMITTED BY

*<u>/s/ Kari Balog Coniglio</u>*

Kari Balog Coniglio
200 Public Square, Suite 1400
Cleveland, Ohio 44114
(216) 479-6167
kbconiglio@vorys.com
*Chapter 7 Bankruptcy Trustee*

MORITT HOCK & HAMROFF LLP
*Special Counsel to the Trustee*
Leslie A. Berkoff
400 Garden City Plaza, 2nd Floor
Garden City, New York 11530
(516) 873-2000
(516) 873-2010 (facsimile)
lberkoff@moritthock.com

Copies sent via electronic mail and regular U.S. Mail on the attached service list:

**SERVICE LIST**

To be served via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

- Patrick R. Akers prakers@vorys.com
- Gregory P. Amend gamend@bdblaw.com, grichards@bdblaw.com
- Alison L. Archer alison.archer@ohioattorneygeneral.gov, Trish.Lazich@ohioattorneygeneral.gov;angelique.dennis-noland@ohioattorneygeneral.gov
- Richard M. Bain rbain@meyersroman.com, mnowak@meyersroman.com;jray@meyersroman.com
- Adam S. Baker abakerlaw@sbcglobal.net, adam@bakerlaw.us;abakerlaw@gmail.com
- Austin B. Barnes abarnes@sandhu-law.com, bk1notice@sandhu-law.com
- Robert D. Barr rbarr@koehler.law, syackly@koehler.law
- Jeffrey W. Bieszczak jwbieszczak@vorys.com
- David T. Brady DBrady@Sandhu-Law.com, bk1notice@sandhu-law.com
- Carrie M. Brosius cmbrosius@vorys.com, mdwalkuski@vorys.com
- Kari B. Coniglio kbconiglio@vorys.com, mdwalkuski@vorys.com;kbc@trustesolutions.net;jncash2@vorys.com
- LeAnn E. Covey bknotice@clunkhoose.com
- Richard W. DiBella rdibella@dgmblaw.com
- Melody A. Dugic mgazda@hendersoncovington.com
- Marcel C. Duhamel mcduhamel@vorys.com, mdwalkuski@vorys.com
- Douglas M. Eppler deppler@walterhav.com
- Bryan J. Farkas bjfarkas@vorys.com, bjfarkas@vorys.com;caujczo@vorys.com;mdwalkuski@vorys.com
- Matthew D. Fazekas mdfazekas@vorys.com
- Scott D. Fink ecfndoh@weltman.com
- Glenn E. Forbes bankruptcy@geflaw.net, gforbes@geflaw.net;r45233@notify.bestcase.com
- Stephen R. Franks amps@manleydeas.com
- Stephen John Futterer sjfutterer@sbcglobal.net, r43087@notify.bestcase.com
- Marc P. Gertz mpgertz@gertzrosen.com, dmichna@gertzrosen.com
- Michael R. Hamed mhamed@kushnerhamed.com, kgross@kushnerhamed.com
- Heather E. Heberlein hheberlein@porterwright.com, mvitou@porterwright.com
- Dennis J. Kaselak dkaselak@peteribold.com, Cynthia@peteribold.com
- Christopher J. Klym bk@hhkwlaw.com
- Jerry R. Krzys jkrzys@hendersoncovington.com, jerrykrzys@gmail.com
- Scott B. Lepene scott.lepene@thompsonhine.com, Christine.Broz@thompsonhine.com;ECFDocket@thompsonhine.com
- Jeffrey M. Levinson jml@jml-legal.com
- Matthew H. Matheney mmatheney@porterwright.com, cpeskar@porterwright.com
- Shannon M. McCormick bankruptcy@kamancus.com

- Michael J. Moran mike@gibsonmoran.com, moranecf@gmail.com;r55982@notify.bestcase.com
- Heather L. Moseman heather@mosemanlaw.com
- Kelly Neal kelly.neal@bipc.com, donna.curcio@bipc.com
- David M. Neumann dneumann@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com
- Timothy P. Palmer timothy.palmer@bipc.com, donna.curcio@bipc.com
- Drew T. Parobek dtparobek@vorys.com, mdwalkuski@vorys.com
- Tricia L. Pycraft tpycraft@ccj.com, bowman@ccj.com
- Kirk W. Roessler kroessler@walterhav.com, kballa@walterhav.com;slasalvia@walterhav.com;deppler@walterhav.com
- John J. Rutter jrutter@ralaw.com
- Frederic P. Schwieg fschwieg@schwieglaw.com
- Michael J. Sikora msikora@sikoralaw.com, aarasmith@sikoralaw.com
- Nathaniel R. Sinn nsinn@porterwright.com, cpeskar@porterwright.com
- Robin L. Stanley rstanley@peteribold.com, Sonya@peteribold.com;Cynthia@peteribold.com;5478@notices.nextchapterbk.com
- Rachel L. Steinlage rsteinlage@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com;rbain@meyersroman.com
- Richard J. Thomas rthomas@hendersoncovington.com, mgazda@hendersoncovington.com
- Stephen G. Thomas steve@sgtlaw.net, kim@sgtlaw.net
- Andrew M. Tomko atomko@sandhu-law.com, bk1notice@sandhu-law.com
- Jeffrey C. Toole jtoole@bernsteinlaw.com, lyoung@bernsteinlaw.com
- United States Trustee (Registered address)@usdoj.gov
- Michael S. Tucker mtucker@ulmer.com
- Phyllis A. Ulrich bankruptcy@carlisle-law.com, bankruptcy@carlisle-law.com
- Leslie E. Wargo Leslie@Wargo-Law.com
- Karey Werner kewerner@vorys.com
- Elia O. Woyt eowoyt@vorys.com, eowoyt@vorys.com;mdwalkuski@vorys.com
- Maria D. Giannirakis ust06 maria.d.giannirakis@usdoj.gov
- Scott R. Belhorn ust35 Scott.R.Belhorn@usdoj.gov

And by regular U.S. Mail on the following:

Earl R. Davis
295 Madison Avenue, 12th Fl.,
New York, NY 10017

Brandon D.R. Dynes
c/o Bridey Matheney
1282 W. 58th Street
Cleveland, OH 44102

Glenn E. Forbes
Main Street Law Building 166 Main Street
Painesville, OH 44077

Frederic P. Schwieg
19885 Detroit Rd # 239
Rocky River, OH 44116-1815

Gregory M. Dennin
2745 Main Street
Lake Placid, NY 12946

Keller Williams Pittsburgh N.
c/o Thomas Seaman
2550 Village Commons Dr.
Erie, PA 16506

Advanced Appraisal Services
c/o Scott Hivnor
37721 Vine Street, Ste 3
Willoughby, OH 44094

Century 21 Homestar
c/o Michelle R. Webb
3550 Lander Rd
Pepper Pike, OH

Ag Real Estate Group, Inc.
c/o Eric Silver
3659 South Green Road, Suite 100
Beachwood, OH 44122

Shapero & Green LLC
c/o Brian J. Green
Signature Square, Building II 25101 Chagrin Blvd., Suite 220
Beachwood, OH 44122

Neal Grossman
952 East 72nd St
Cleveland, OH 44103

Alex N. Sill Company
6000 Lombardo Ctr., Ste 600
Cleveland, OH 44131

Brandon D.R. Dynes
c/o Bridey Matheney
1282 W. 58th Street
Cleveland, OH 44102

Rea & Associates, Inc.
c/o Raymond G. Onderisin, CPA
7201 Center St.
Mentor, OH 44060

Leslie E. Wargo
1501 N. Marginal Rd # 182
Cleveland, OH 44114

Marcum LLP
c/o Howard Klein
6685 Beta Drive
Mayfield Village, OH 44143

AWS Commerical, LLC dba Colliers International
c/o Mark S. Abood
200 Public Square, Suite 1200
Cleveland, OH 44114

Brandon D.R. Dynes
1282 W. 58th Street
Cleveland, OH 44102